CT Corporation
a Wolters Kluwer Business

# Filing Results

**TERRY WITCHER**
**McGuireWoods LLP**
**201 N Tryon Street**
**30th Floor**
**Charlotte, NC 28202**

**Date:** **07/25/2022**
**Order #:** **87818087**
**Customer #:** **505608**
**Reference 1:** **2076503-0020**
**Reference 2:** **Uncle Nearest (FCMA)**

**Target Name: Uncle Nearest, Inc.**

**Jurisdiction: Secretary of State, Delaware**

**Filing Type:** **UCC Financing Statement**

**Searched Through: --**

Results: See attached filing acknowledgement

**Document Listing:**

| File # | File Date | Type of Filing |
|---|---|---|
| 20226157580 | 07/22/2022 | Original Financing Statement |

TERRI FAULKS
UCC Team 6
4400 Easton Commons Way
Suite 125
Columbus, OH 43219
(800) 713-0705 EXT:3302
terri.faulks@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

EXHIBIT
11

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
WK LIEN SOLUTIONS 800-331-3282

B. E-MAIL CONTACT AT FILER (optional)
UCCFILINGRETURN@WOLTERSKLUWER.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

P.O. BOX 29071
GLENDALE, CA 91209-9071
US

Delaware Department of State
U.C.C. Filing Section
Filed: 05:19 PM 07/22/2022
U.C.C. Initial Filing No: 2022 6157580

Service Request No: 20223066702

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: UNCLE NEAREST, INC.

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3125 US 231 N. | SHELBYVILLE | TN | 37160 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME:

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: FARM CREDIT MID-AMERICA, PCA, AS ADMINISTRATIVE AGENT

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 12501 LAKEFRONT PLACE | LOUISVILLE | KY | 40232 | US |

4. COLLATERAL: This financing statement covers the following collateral:
All assets of the Debtor, wheresoever located, whether now owned and existing or hereafter acquired, together with all proceeds thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
DE-0-87818090-64413951

CT Corporation
a Wolters Kluwer Business

# Filing Results

**TERRY WITCHER**
**McGuireWoods LLP**
**201 N Tryon Street**
**30th Floor**
**Charlotte, NC 28202**

**Date:** **07/25/2022**
**Order #:** **87818087**
**Customer #:** **505608**
**Reference 1:** **2076503-0020**
**Reference 2:** **Uncle Nearest (FCMA)**

**Target Name:** **Nearest Green Distillery, Inc.**

**Jurisdiction:** **Secretary of State, Delaware**

**Filing Type:** **UCC Financing Statement**
Results: See attached filing acknowledgement

**Searched Through: --**

**Document Listing:**

| File # | File Date | Type of Filing |
|---|---|---|
| 20226157598 | 07/22/2022 | Original Financing Statement |

**TERRI FAULKS**
**UCC Team 6**
**4400 Easton Commons Way**
**Suite 125**
**Columbus, OH 43219**
**(800) 713-0705 EXT:3302**
**terri.faulks@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
WK LIEN SOLUTIONS 800-331-3282

B. E-MAIL CONTACT AT FILER (optional)
UCCFILINGRETURN@WOLTERSKLUWER.COM

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

P.O. BOX 29071
GLENDALE, CA 91209-9071
US

Delaware Department of State
U.C.C. Filing Section
Filed: 05:19 PM 07/22/2022
U.C.C. Initial Filing No: 2022 6157598

Service Request No: 20223066703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: NEAREST GREEN DISTILLERY, INC.

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3125 US 231 N. | SHELBYVILLE | TN | 37160 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME:

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: FARM CREDIT MID-AMERICA, PCA, AS ADMINISTRATIVE AGENT

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 12501 LAKEFRONT PLACE | LOUISVILLE | KY | 40232 | US |

4. COLLATERAL: This financing statement covers the following collateral:
All assets of the Debtor, wheresoever located, whether now owned and existing or hereafter acquired, together with all proceeds thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
DE-0-87818092-64413962

CT Corporation
a Wolters Kluwer Business

# Filing Results

**TERRY WITCHER**
**McGuireWoods LLP**
**201 N Tryon Street**
**30th Floor**
**Charlotte, NC 28202**

**Date:** **07/25/2022**
**Order #:** **87818087**
**Customer #:** **505608**
**Reference 1:** **2076503-0020**
**Reference 2:** **Uncle Nearest (FCMA)**

**Target Name: Uncle Nearest Real Estate Holdings, LLC**

**Jurisdiction: Secretary of State, Tennessee**

**Filing Type:** **UCC Financing Statement**
Results: See attached filing acknowledgement

**Searched Through: --**

**Document Listing:**

| File # | File Date | Type of Filing |
|---|---|---|
| 437028927 | 07/22/2022 | Original Financing Statement |

TERRI FAULKS
UCC Team 6
4400 Easton Commons Way
Suite 125
Columbus, OH 43219
(800) 713-0705 EXT:3302
terri.faulks@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

437028927

## FINANCING STATEMENT

This is a representation of a document created electronically at the Tennessee Secretary of State's web site.

A. NAME & PHONE OF CONTACT AT FILER (Optional)
LIEN SOLUTIONS 800-331-3282

B. EMAIL OF CONTACT AT FILER (Optional)
uccfilingreturn@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

JOHN JAMES
2929 ALLEN PKWY STE 3300
HOUSTON, TX 77019

Financing Statement Doc #: 437028927
FILED: 7/22/2022 4:19 PM

Tre Hargett, Secretary of State

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

DEBTORS

1. DEBTOR'S NAME

a. ORGANIZATION'S NAME
UNCLE NEAREST REAL ESTATE HOLDINGS, LLC

OR

| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

c. MAILING ADDRESS
3125 US 231 N

| d. CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|
| SHELBYVILLE | TN | 37160 | USA |

SECURED PARTIES

1. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)

a. ORGANIZATION'S NAME
FARM CREDIT MID-AMERICA, PCA, AS ADMINISTRATIVE AGENT

OR

| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S) INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

c. MAILING ADDRESS
12501 LAKEFRONT PLACE

| d. CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|
| LOUISVILLE | KY | 40232 | USA |

COLLATERAL: This financing statement covers the following collateral:

All assets of the Debtor, wheresoever located, whether now owned and existing or hereafter acquired, together with all proceeds thereof.

**Maximum principal indebtedness for Tennessee recording tax purposes is:** $0.00

Check only if applicable and check only one box: Collateral is ☐ held in a Trust ☐ being administered by a Decedent's Personal Representative

Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

OPTIONAL FILER REFERENCE DATA:
TN-0-87818094-64414064

NOTE: All information on this form is public record.