**FARM CREDIT MID-AMERICA, PCA**
**12501 Lakefront Place**
**Louisville, KY 40299**

January 19, 2024

Uncle Nearest, Inc.
3125 US 231 N
Shelbyville, TN 37160
Attention of Chief Financial Officer

Re: Reservation of Rights

Dear Ladies and Gentlemen:

We refer to that certain Credit Agreement dated as of July 22, 2022 (as amended, restated, supplemented or otherwise modified from time to time, the "Credit Agreement") among UNCLE NEARTEST, INC., a Delaware corporation (the "Company"), NEAREST GREEN DISTILLERY, INC., a Delaware corporation ("Distillery"), UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, a Tennessee limited liability company ("RE Holdings" and, together with the Company and Distillery, collectively, the "Borrowers" and each, a "Borrower"), FARM CREDIT MID-AMERICA, PCA, in its capacity as administrative agent (in such capacity, the "Administrative Agent"), and each of the lenders party thereto (collectively, the "Lenders"). Capitalized terms used herein without definition shall have the meanings assigned to them in the Credit Agreement.

As you are aware, an Event of Default has occurred and is continuing as a result of the failure of the Borrowers to pay interest owing under the Credit Agreement on January 2, 2024 (the "Existing Default"). Please note that as a result of the Existing Default, (a) the Borrowers and their Subsidiaries are prohibited from taking certain actions and/or engaging in certain transactions, which such prohibitions are more particularly set forth in the Credit Agreement, (b) pursuant to Section 2.6(b)(ii) of the Credit Agreement, the Default Rate was automatically implemented upon the occurrence of the Existing Default and will remain in effect in accordance with the terms of the Credit Agreement and (c) the Administrative Agent, the Lenders and/or the Required Lenders may proceed to enforce any and all of their respective rights under, or in respect of, the Credit Agreement, the other Loan Documents and applicable Law. Further, pursuant to Section 6.2(h) of the Credit Agreement, the Administrative Agent is requesting that the Borrowers promptly provide the following information:

- Copies of all current distributorship agreements and a list of any distributorship relationships that are subject to current negotiations.
- Estimated delivery date and case count for inventory deliveries expected during Q1 and Q2 2024.
- Invoices for all barrel purchase and barrel storage for each month of 2023.
- The current Accounts Payable aging.
- The current Accounts Receivable aging.
- All deposit, checking and investment account statements for each month of 2023.
- Neilson depletion and velocity data for 2023.

Neither the failure of the Administrative Agent, any Lender or the Required Lenders to exercise any right or remedy under the Loan Documents with respect to the Existing Default, nor any forbearance or delay

EXHIBIT
16

in exercising any such right or remedy, shall constitute a waiver of such right or remedy or any other right or remedy available under the Loan Documents or applicable Law. Any continued funding of Loans shall be at the sole discretion of the Administrative Agent and the Lenders and, if funded, shall not constitute a waiver of the Existing Default or any other Default or Event of Default. Without limitation of the foregoing, each of the Administrative Agent, the Lenders and the Required Lenders expressly reserves and continues to reserve all of its rights and remedies under the Credit Agreement, the other Loan Documents and applicable Law in respect of any and all Defaults or Events of Default under the Credit Agreement and the other Loan Documents (including, without limitation, the Existing Default).

[Signature page follows.]

Very truly yours,

FARM CREDIT MID-AMERICA, PCA, as Administrative Agent

DocuSigned by:

By: Brian Klatt
90F8438A6674DK

Name: Brian Klatt
Title: Vice President Corporate Originations