November 13, 2024

**VIA UPS AND ELECTRONIC MAIL**

Farm Credit Mid-America, PCA
12501 Lakefront Place
Louisville, KY 40299

Attn: Managing Director Food and Agribusiness

Dear Mr. Brian Klatt:

**Re: Credit Agreement Dated as of July 22, 2022 (the "Credit Agreement")**

To Farm Credit Mid-America, PCA, and its representatives:

We acknowledge your correspondence dated November 5, 2024, and we appreciate our ongoing partnership and the opportunity to address the items you outlined. We have consistently strived to engage constructively and transparently in our exchanges, underscoring our commitment to this valued partnership. However, we are concerned that some of the requests and responses from your office do not adequately reflect the collaborative spirit we hope to maintain, given the goals we share for mutual success.

To this end, we are fully prepared to work cooperatively, including as it relates to our rights to restructure. We would welcome the opportunity to involve Farm Credit in these efforts.

In the meantime, the response timeframe outlined in the November 5, 2024, correspondence presents considerable challenges. Specifically:

- The request for inventory reconciliation, dated November 5, 2024 allows only until November 8, 2024 for completion of substantive tasks such as reconciling inventory discrepancies.
- The expectation of a leadership meeting by November 12, 2024 allows minimal preparation time.
- Similarly, the financial burden of substantial legal fees is expected by November 12, 2024.

Considering the complexity of these matters, we respectfully suggest that the response deadline be extended to December 31, 2024. This extension will enable us to thoroughly review the specific requests and align our responses with the existing Credit Agreement's terms.

Thank you for your attention to this matter. We look forward to constructive dialogue and a successful resolution for all parties involved.

Sincerely

EXHIBIT
20

cc: Fogel & Potamianos LLP

4100 W. Alameda Ave.
Suite 300

Burbank, CA 91505

Attention: Jerome Fogel

Email: jfogel@fpgeneralcounsel.com

McGuireWoods LLP

Steven Ritchie (sritchie@mcguirewoods.com)
Demetra Liggins (dliggins@mcguirewoods.com)
Alexandra Shipley (ashipley@mcguirewoods.com)

November 13, 2024

**VIA UPS AND ELECTRONIC MAIL**

Farm Credit Mid-America, PCA
12501 Lakefront Place
Louisville, KY 40299

Attn: Response to Notice of Distressed Loan and Restructuring Opportunity

Dear Mr. Brian Klatt:

Thank you for your notice regarding our loan(s) and for providing us with the opportunity to apply for restructuring. We appreciate your proactive communication and your commitment to supporting borrowers through challenging financial times. We look forward to working cooperatively with Farm Credit Mid-America to secure a feasible path forward.

To streamline our restructuring process and establish a productive foundation, we propose that Farm Credit initiate a restructuring scenario that includes a forbearance timeframe, a reduced interest rate, a period for interest-only payments, and a structured progression toward a traditional payment and amortization schedule. Having this scenario as a starting point would enable us to assess the feasibility of restructuring more effectively and ensure that we provide the most relevant supporting documentation.

We believe this approach would maximize our collective efficiency in creating a plan aligned with the restructuring policy and our current financial capacity. Once the initial proposal is outlined, we will promptly review and respond, supplying any additional financial information requested to support our application.

Thank you again for this opportunity and for your understanding of our approach. We look forward to your proposed restructure scenario and to continuing our collaboration toward a sustainable resolution.

Best regards,

cc: Fogel & Potamianos LLP

4100 W. Alameda Ave.
Suite 300

Burbank, CA 91505

Attention: Jerome Fogel

Email: jfogel@fpgeneralcounsel.com

McGuireWoods LLP

Steven Ritchie (sritchie@mcguirewoods.com)
Demetra Liggins (dliggins@mcguirewoods.com)
Alexandra Shipley (ashipley@mcguirewoods.com)