UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Farm Credit Mid-America, PCA

v. Case No. 4:25-CV-00038

Uncle Nearest, Inc., Nearest Green Distillery, Inc..
Uncle Nearest Real Estate Holdings, LLC,
Fawn Weaver and Keith Weaver

## **DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for Farm Credit Mid-America, PCA,

certify to the best of my knowledge and belief:

☐ My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4*.

☒ My client has the following parent corporation(s):

Plaintiff is a Production Credit Association chartered by the Farm Credit Administration under the Farm Credit Act of 1971, as amended. Farm Credit Mid-America, PCA's principal office is located 12501 Lakefront Place, Louisville, Kentucky 40299. No publicly held entity directly owns 10% or more of Farm Credit Mid-America, PCA.

☐ The following publicly held corporation(s) own 10% or more of my client's stock:

*/s/ Erika R. Barnes*
(Signature of Counsel)

07/28/2025
(Date)