UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:25-cv-38-CEA-CHS |
| | ) | |
| UNCLE NEAREST, INC., NEAREST GREEN DISTILLERY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER and KEITH WEAVER, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

The undersigned counsel, ROCKLAN W. KING III and STACIA M. DAIGLE, hereby enter their appearance on behalf of Defendants, UNCLE NEAREST, INC., NEAREST GREEN DISTILLERY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER and KEITH WEAVER, in the above-styled action.

Dated: July 30, 2025                Respectfully submitted,

*/s/ Rocklan W. King III*
Rocklan W. King III (TN BPR No. 030643)
Stacia M. Daigle (TN BPR No. 038533)
1600 West End Avenue, Suite 1400
Nashville, TN 37203
(615) 259-1450 / (615) 259-1470 F
rocky.king@arlaw.com
stacia.daigle@arlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served via ECF upon the following:

> Erika R Barnes, Esq.
> Stites & Harbison, PLLC (Nashville)
> 401 Commerce Street, Suite 800
> Nashville, TN 37219
> (615) 782-2252 / (615) 742-0734 F
> ebarnes@stites.com
>
> *Counsel for Plaintiff*

This 30th day of July, 2025.

*/s/ Rocklan W. King III*
Rocklan W. King III
