# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

Farm Credit Mid-America, PCA

       Plaintiff,

v.

       Case No. 4:25-CV-00038

Uncle Nearest, Inc., et. al.

       Defendant.

## <u>MOTION FOR ADMISSION *PRO HAC VICE*</u>

The undersigned, counsel for Farm Credit Mid-America, PCA       ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

☑ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

Oklahoma & Illinois

☑ **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

### OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 07/29/2025

_____
(Signature–hand signed)

Name: Mary Alexandra Shipley

Firm: McGuire Woods LLP

Address: Texas Tower
845 Texas Ave., Suite 2400
Houston, TX 77002-2904

Email address: AShipley@mcguirewoods.com

Once your motion is granted, you must register as an E-File... with the Court. For instructions visit the Court's website.