# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

## CERTIFICATE OF GOOD STANDING

I, _____ BONNIE N. HACKLER _____ , Clerk of this Court,

certify that _____ Mary Alexandra Shipley _____ , Bar # _____ 32506OK _____ ,

was duly admitted to practice in this Court on _____ 03/25/2022 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Muskogee, Oklahoma _____ on _____ 07/25/2025 _____
*(Location)* *(Date)*

BONNIE N. HACKLER
*CLERK*

Jaclyn Dunn
*DEPUTY CLERK*

