# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:25-CV-38 |
| | ) | |
| UNCLE NEAREST, INC., NEAREST | ) | |
| GREEN DISTILLERY, INC., UNCLE | ) | |
| NEAREST REAL ESTATE HOLDINGS, LLC, | ) | |
| FAWN WEAVER and KEITH WEAVER, | ) | |
| | ) | |
| **Defendants.** | ) | |

**DECLARATION OF FAWN WEAVER IN SUPPORT OF DEFENDANTS'
RESPONSE IN OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR
THE IMMEDIATE APPOINTMENT OF RECEIVER**

I, Fawn Weaver, declare as follows:

1. I am the Chief Executive Officer of Uncle Nearest, Inc., and I have personal knowledge of the matters stated herein. If called as a witness, I could and would competently testify to the facts contained within this declaration.

2. Regarding the overstatement of Defendants' barrel inventory, Defendants' former Chief Financial Officer, acting on his own, made this representation to Plaintiff. Between 2022 and 2023, the former CFO represented to the Plaintiff that Uncle Nearest had 77,000 barrels of whiskey on hand and used this overstatement to secure a $24 million line of credit increase. The former CFO was the sole signee on all loan notices used to request funding secured by the barrels. Inventory reporting was handled separately and exclusively by the former CFO.

1

3. Neither I nor any other officer at Defendants was aware that the CFO had overstated the barrel inventory to Plaintiff. Defendants have terminated the CFO and are investigating his misconduct in connection with pursuing claims against him.

4. Next, Defendants fully disclosed to the Plaintiff the structure in which they acquired the Martha's Vineyard Property. Collectively attached as Exhibit A to this declaration are true and correct email communications, with attachments, that demonstrate Defendants not only disclosed the structure of the purchase of the MV Property but that Plaintiff's banking officers traveled to and stayed at the MV property.

5. Specifically included in Exhibit A are the following communications. Each of which are true and accurate copies that are maintained by Defendants in their regular course of business:

    a.    February 23, 2023 email from Mike Senzaki (former CFO) to Jonathan Boyce from Plaintiff, sharing the executed offer of the MV Property.

    b.    June 13 &14, 2023 email from Jonahtan Boyce to Brian Klatt (Plaintiff's employee), Rollin Richey (Plaintiff's employee), and Mike Senzaki, coordinating a trip to the MV Property.

    c.    June 23, 2023 email from Jonathn Boyce to Mike Senzaki and Brian Klatt, discussing trip to MV Property in August 2023.

    d.    July 31, 2023 email from Jonathan Boyce to Mike Senzaki and Brian Klatt, discussing itinerary for MV Property trip.

    e.    August 2, 2023 email from Jonathan Boyce to Mike Senzaki and Brian Klatt, discussing itinerary for MV Property trip.

2

f.     August 10, 2023 emails from Brian Klatt to Mike Senzaki and Jonathan Boyce regarding biking trip while at the MV Property.

At all times, Defendants were transparent with their purchase of the MV Property and usage of the MV Property with Plaintiff. Plaintiff did not request or, based on information and belief, take any action to perfect a security interest in the MV Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 3, 2025.

Fawn Weaver
Chief Executive Officer
Uncle Nearest, Inc.

# EXHIBIT A

 **Outlook**

---

## Fwd: Martha's Vineyard

---

**From**  Mike Senzaki <mike.senzaki@unclenearest.com>

**Date**  Sat 8/2/2025 12:12 PM

**To**  Fawn Weaver <fawn.weaver@unclenearest.com>

📎 1 attachment (4 MB)

Fully executed Codman Offer & Addendum (version 5) (3).pdf;

---------- Forwarded message ---------
From: **Mike Senzaki** <mike.senzaki@unclenearest.com>
Date: Thu, Feb 23, 2023 at 11:39 AM
Subject: Martha's Vineyard
To: Jonathan Boyce <Jonathan.Boyce@e-farmcredit.com>

Case 4:25-cv-00038-CEA-CHS     Document 16-1     Filed 08/03/25     Page 6 of 28
PageID #: 2089
about:blank?windowId=SecondaryReadingPane3&fdId=1SecondaryReadingPane#10     1/1

dotloop signature verification: dtlp.us/VNNI-2Z1a-5hLm

# CONTRACT TO PURCHASE REAL ESTATE #501 (Page 1 of 2)



**MASSACHUSETTS**
ASSOCIATION OF REALTORS®

**(With Contingencies)**

**(Binding Contract. If Legal Advice Is Desired, Consult An Attorney.)**

| From: | **BUYER(S):** | To: | **OWNER OF RECORD ("SELLER"):** |
|---|---|---|---|
| Name(s): | Keith Weaver | Name(s): | Roundabout Holdings LLC |
| Address: | 600 North Main Street Suite 2000 Shelbyville, TN 37160 | Address: | Heirs of Vincent Sophia 225 NE Minzer Blvd, #770 Boca Raton, FL 33432 |

The agent Jennifer B. DaSilva _____ is operating in this transaction as:

☑ Buyer's Agent  ☐ Seller's Agent  ☐ Facilitator  ☐ Dual Agent

on behalf of Point B Compass, 19 Winter Street, Edgartown, MA 02539

*This provision does not eliminate the requirement to have a signed Mandatory Real Estate Licensee-Consumer Relationship Disclosure, but acts to satisfy Standard of Practice 16-10 in the REALTOR® Code of Ethics.*

The **BUYER** offers to purchase the real property described as 10 Codman Springs, Edgartown, MA 02539

_____ together with all buildings and improvements thereon (the "Premises")

to which I have been introduced by Point B Compass _____ upon the following terms and conditions:

**1. Purchase Price:** The BUYER agrees to pay the sum of $2,275,000 _____ to the SELLER for the purchase of the Premises (the "Offer"), due as follows:

    i.   $ 10,000 _____ as a deposit to bind this Offer
        ☐ and delivered herewith to the Seller or Seller's agent
        ☑ or to be delivered forthwith upon receipt of written acceptance
    ii.  $ 217,500 _____ as an additional deposit upon executing the Purchase And Sale Agreement;
    iii. Balance by bank's, cashier's, treasurer's or certified check or wire transfer at time for closing.

**2. Duration Of Offer.** This Offer is valid until 9:00 ☐ a.m./p.m ☑ on 01/28/2023 _____ by which time a copy of this Offer shall be signed by the SELLER, accepting this Offer and returned to the BUYER, otherwise this Offer shall be deemed rejected and the money tendered herewith shall be returned to the BUYER. Upon written notice to the BUYER or BUYER'S agent of the SELLER'S acceptance, the accepted Offer shall form a binding agreement. Time is of the essence as to each provision.

**3. Purchase And Sale Agreement.** The SELLER and the BUYER shall, on or before 5:00 ☐ a.m./p.m ☑ on 02/16/2023 execute the Standard Purchase and Sale Agreement of the MASSACHUSETTS ASSOCIATION OF REALTORS® or substantial equivalent which, when executed, shall become the entire agreement between the parties and this Offer shall have no further force and effect.

**4. Closing.** The SELLER agrees to deliver a good and sufficient deed conveying good and clear record and marketable title at 12:00 _____ ☐ a.m./p.m ☑ on 03/28/2023 _____ at the Dukes _____ County Registry of Deeds or such other time or place as may be mutually agreed upon by the parties.

**5. Escrow.** The deposit shall be held by Compass Massachusetts LLC _____, as escrow agent, subject to the terms hereof. Endorsement or negotiation of this deposit by the real estate broker shall not be deemed acceptance of the terms of the Offer. In the event of any disagreement between the parties concerning to whom escrowed funds should be paid, the escrow agent may retain said deposit pending written instructions mutually given by the BUYER and SELLER. The escrow agent shall abide by any Court decision concerning to whom the funds shall be paid and shall not be made a party to a pending lawsuit solely as a result of holding escrowed funds. Should the escrow agent be made a party in violation of this paragraph, the escrow agent shall be dismissed and the party asserting a claim against the escrow agent shall pay the agent's reasonable attorneys' fees and costs.

**6. Contingencies.** It is agreed that the BUYER'S obligations under this Offer and any Purchase and Sale Agreement signed pursuant to this Offer are expressly conditioned upon the following terms and conditions:

    ~~a. Mortgage.~~ (Delete If Waived) The BUYER'S obligation to purchase is conditioned upon obtaining a written commitment for financing in the amount of $ n/a _____ at prevailing rates, terms and conditions by n/a _____

. The BUYER shall have an obligation to act reasonably diligently to satisfy any condition within the BUYER'S control. If, despite reasonable efforts, the BUYER has been unable to obtain such written commitment the BUYER may terminate this agreement by giving written notice that is received by 5:00 p.m. on the calendar day after the date set forth above. In the event that notice has not been received, this condition is deemed waived. In the event that due notice has been received, the obligations of the parties shall cease and this agreement shall be void; and all monies deposited by the BUYER shall be returned. In no event shall the BUYER be deemed to have used

**MASSFORMS**™ Statewide Standard Real Estate Forms ©1999, 2000, 2001, 2002, 2007, 2010, 2012, 2013, 2014, 2017 MASSACHUSETTS ASSOCIATION OF REALTORS® 10.22.2014(#3031)

dotloop signature verification: dtlp.us/VNNI-2Z1a-ShLm

# CONTRACT TO PURCHASE REAL ESTATE  #501  (Page 2 of 2)
**(With Contingencies)**


**MASSACHUSETTS**
ASSOCIATION OF REALTORS®

reasonable efforts to obtain financing unless the BUYER has submitted one application by n/a _____ and acted reasonably promptly in providing additional information requested by the mortgage lender.

**b. Inspections.** (Delete If Waived) The BUYER'S obligations under this agreement are subject to the right to obtain inspection(s) of the Premises or any aspect thereof, including, but not limited to, home, pest, radon, lead paint, energy usage/efficiency, septic/sewer, water quality, and water drainage by consultant(s) regularly in the business of conducting said inspections, of BUYER'S own choosing, and at BUYER'S sole cost by 02/10/2023 _____. If the results are not satisfactory to BUYER, in BUYER'S sole discretion, BUYER shall have the right to give written notice received by the SELLER or SELLER'S agent by 5:00 p.m. on the calendar day after the date set forth above, terminating this agreement. Upon receipt of such notice this agreement shall be void and all monies deposited by the BUYER shall be returned. Failure to provide timely notice of termination shall constitute a waiver. In the event that the BUYER does not exercise the right to have such inspection(s) or to so terminate, the SELLER and the listing broker are each released from claims relating to the condition of the Premises that the BUYER or the BUYER'S consultants could reasonably have discovered.

**7. Representations/Acknowledgments.** The BUYER acknowledges receipt of an agency disclosure, lead paint disclosure (for residences built before 1978) and Home Inspectors Facts For Consumers brochure (prepared by the Office of Consumer Affairs). The BUYER is not relying upon any representation, verbal or written, from any real estate broker or licensee concerning legal use. Any reference to the category (single family, multi-family, residential, commercial) or the use of this property in any advertisement or listing sheet, including the number of units, number of rooms or other classification is not a representation concerning legal use or compliance with zoning by-laws, building code, sanitary code or other public or private restrictions by the broker. The BUYER understands that if this information is important to BUYER, it is the duty of the BUYER to seek advice from an attorney or written confirmation from the municipality. In addition, the BUYER acknowledges that there are no warranties or representations made by the SELLER or any broker on which BUYER relies in making this Offer, except those previously made in writing and the following: (if none, write "NONE"):

**8. Buyer's Default.** If the BUYER defaults in BUYER'S obligations, all monies tendered as a deposit shall be paid to the SELLER as liquidated damages and this shall be SELLER'S sole remedy.

**9. Additional Terms.**
See Addendum

*Keith Weaver*
dotloop verified
01/27/23 8:26 PM EST
YKZP-NQUN-FWH-FZFO

| | |
|---|---|
| **BUYER** | Date |

## SELLER'S REPLY

SELLER(S): (check one and sign below):
- [X] (a) ACCEPT(S) the Offer as set forth above at X _____ a.m./p.m. on this 01/28/2023 ___ day of X _____
  - [ ] [ ]
- [ ] (b) REJECT(S) the Offer.
- [ ] (c) Reject(s) the Offer and MAKE(S) A COUNTEROFFER on the following terms:

*Joseph Azzalone, Managing Member*
dotloop verified
01/28/23 6:04 AM AST
LVJN-DKTQ-PCBL-STHI

This Counteroffer shall expire at _____ a.m./p.m. on _____ if not withdrawn earlier.

| | | | |
|---|---|---|---|
| SELLER, or spouse | Date | SELLER | Date |

### (IF COUNTEROFFER FROM SELLER) BUYER'S REPLY

The BUYER: (check one and sign below):
- [ ] (a) ACCEPT(S) the Counteroffer as set forth above at _____ a.m./p.m. on this _____ day of _____.
  - [ ] [ ]
- [ ] (b) REJECT(S) the Counteroffer.

| | | | |
|---|---|---|---|
| BUYER | Date | BUYER | Date |

### RECEIPT FOR DEPOSIT

I hereby acknowledge receipt of a deposit in the amount of $ _____ from the BUYER this _____ day of _____

_____
Escrow Agent or Authorized Representative

MASSFORMS™
Statewide Standard Real Estate Forms
©1999, 2000, 2001, 2002, 2007, 2010, 2012, 2013, 2014, 2017 MASSACHUSETTS ASSOCIATION OF REALTORS®
10.22 2014/403031



dotloop signature verification: dtlp.us/VNNI-2Z1a-5hLm



# ADDENDUM

This is an Addendum to the Real Estate Purchase Contract between the parties dated 01/26/2023
pertaining to the property located at 10 Codman Spring Rd, Edgartown, MA 02539

1. SELLER shall by appointment have access to the premises for the purpose of making measurements, inspections and the like. Said access shall be at a reasonable time, by appointment and in the presence of SELLER or SELLER'S agent.

2. RIGHT TO ASSIGN – BUYERS shall have the right to assign this contract to BUYER'S spouse, issue, a partnership, corporation, limited liability partnership or limited liability company in which the BUYER, BUYER'S spouse or BUYER'S issue have an interest, or to any trust for the benefit of one or more of the BUYER, the BUYER's spouse or BUYER'S issue.

3. PURCHASE & SALES AGREEMENT – This offer is subject to a mutually agreeable Purchase & Sales Agreement, subject to attorney review, which once executed shall supersede this agreement and be the sole agreement among the parties. BUYER's Attorney shall review the title issue that affects the property to the satisfaction of the BUYER.

4. LAND BANK – BUYERS acknowledges that the purchase is subject to a fee of 2% of the purchase price. The fee is payable by the BUYER to the Martha's Vineyard Land Bank at the time of closing.

5. AGENCY DISCLOSURE – Compass Massachusetts LLC is acting as a Buyer's and Seller's Agent in this transaction. Both parties are obligated to act honestly and ethically with all parties throughout the transaction.

6. PROFESSIONAL FEES - SELLER shall pay Compass Massachusetts LLC in accordance to the executed listing agreement at closing a fee equal to 5.0% of the purchase price.

| *Keith Weaver* | dotloop verified 01/26/23 6:18 PM EST VFJB-Y456-MCH1-D4Z5 | *Joseph Anzalone, Managing Member* | dotloop verified 01/28/23 6:04 AM AST DGPI-TQLO-WRT6-Y5LM | 01/28/2023 |
| --- | --- | --- | --- | --- |
| (Buyer) | (Date) | (Seller) | | (Date) |

| | | | |
| --- | --- | --- | --- |
| (Buyer) | (Date) | (Seller) | (Date) |

**MASSFORMS™**
Statewide Standard Real Estate Forms

©1999 MASSACHUSETTS ASSOCIATION OF REALTORS®



 Outlook

---

## Fwd: Martha Vineyard

---

**From** Mike Senzaki <mike.senzaki@unclenearest.com>

**Date** Sat 8/2/2025 12:19 PM

**To** Fawn Weaver <fawn.weaver@unclenearest.com>

---------- Forwarded message ---------
From: **Jonathan Boyce** <Jonathan.Boyce@fcma.com>
Date: Wed, Jun 14, 2023 at 9:57 AM
Subject: Martha Vineyard
To: Brian Klatt <Brian.Klatt@e-farmcredit.com>, Rollin Richey <Rollin.Richey@e-farmcredit.com>,
mike.senzaki@unclenearest.com <mike.senzaki@unclenearest.com>

Good morning,

Coordinating with Keith this morning and he gave me two sets of dates for us to come... August 10-12 or August 17-19.

I'm checking my calendar now.

**Jonathan Boyce**
NMLS 1450590
Financial Officer | Jonathan.Boyce@fcma.com
1908 Madison St Shelbyville, TN 37160
T 931-684-3291 F 931-684-1099 | fcma.com



This communication is intended for the exclusive use of the addressee(s). It may contain information that is privileged, confidential and/or protected from disclosure, and that may be subject to the Electronic Communications Privacy Act of 1986, as amended. If you are not the intended recipient, any review, dissemination, distribution or copying of the communication is strictly prohibited. Please notify us immediately by telephone and/or reply e-mail and destroy this message and attachments. Farm Credit Mid-America, ACA

 Outlook

---

## Fwd: Martha Vineyard

---

**From** Mike Senzaki <mike.senzaki@unclenearest.com>

**Date** Sat 8/2/2025 12:19 PM

**To** Fawn Weaver <fawn.weaver@unclenearest.com>

---------- Forwarded message ---------
From: **Jonathan Boyce** <Jonathan.Boyce@fcma.com>
Date: Wed, Jun 14, 2023 at 9:57 AM
Subject: Martha Vineyard
To: Brian Klatt <Brian.Klatt@e-farmcredit.com>, Rollin Richey <Rollin.Richey@e-farmcredit.com>,
mike.senzaki@unclenearest.com <mike.senzaki@unclenearest.com>

Good morning,

Coordinating with Keith this morning and he gave me two sets of dates for us to come... August 10-12
or August 17-19.

I'm checking my calendar now.

**Jonathan Boyce**
NMLS 1450590
Financial Officer | Jonathan.Boyce@fcma.com
1908 Madison St Shelbyville, TN 37160
T 931-684-3291 F 931-684-1099 | fcma.com



This communication is intended for the exclusive use of the addressee(s). It may contain information that is privileged, confidential and/or protected from disclosure, and that may be subject to the Electronic Communications Privacy Act of 1986, as amended. If you are not the intended recipient, any review, dissemination, distribution or copying of the communication is strictly prohibited. Please notify us immediately by telephone and/or reply e-mail and destroy this message and attachments. Farm Credit Mid-America, ACA

Case 4:25-cv-00038-CEA-CHS    Document 16-1    Filed 08/03/25    Page 11 of 28
                                  PageID #: 2094
about:blank?windowId=SecondaryReadingPane15                                          1/1

 **Outlook**

---

## Fwd: Falmouth Reservation

**From** Mike Senzaki <mike.senzaki@unclenearest.com>

**Date** Sat 8/2/2025 12:13 PM

**To** Fawn Weaver <fawn.weaver@unclenearest.com>

---------- Forwarded message ---------
From: **Jonathan Boyce** <Jonathan.Boyce@fcma.com>
Date: Fri, Jun 23, 2023 at 10:28 AM
Subject: Falmouth Reservation
To: Mike Senzaki <mike.senzaki@unclenearest.com>, Mike Senzaki <mike@unclenearest.com>, Brian Klatt <Brian.Klatt@e-farmcredit.com>

Good Morning

Booked a place in Falmouth since I couldn't find anything in Martha's Vineyard.  Checking in on August 17th and checking out on August 21st.

Looking forward to it!

**Jonathan Boyce**
NMLS 1450590
Financial Officer | Jonathan.Boyce@fcma.com
1908 Madison St Shelbyville, TN 37160
T 931-684-3291 F 931-684-1099 | fcma.com

This communication is intended for the exclusive use of the addressee(s). It may contain information that is privileged, confidential and/or protected from disclosure, and that may be subject to the Electronic Communications Privacy Act of 1986, as amended. If you are not the intended recipient, any review, dissemination, distribution or copying of the communication is strictly prohibited. Please notify us immediately by telephone and/or reply e-mail and destroy this message and attachments. Farm Credit Mid-America, ACA

**From:** Vrbo <sender@messages.homeaway.com>
**Sent:** Friday, June 23, 2023 9:21 AM
**To:** Jonathan Boyce <Jonathan.Boyce@e-farmcredit.com>
**Subject:** Your reservation has been confirmed

====EXTERNAL EMAIL====





 Image removed by sender. Warning icon

**Know before you go**
Check Covid restrictions [here](#)

Reservation confirmed

# Your reservation has been confirmed

Jonathan Boyce, get ready for your trip to East Falmouth, Massachusetts, United States of America! You can now access your booking details and other important information about your trip.

Travelling with a group? Invite friends and family to join your trip so they can access basic booking information whenever they need it.

 Invite friends

[Manage your trip](#)



**Property**                                                            [#2501908](#)

_____

**Reservation ID**                                            [HA-1JVH6R](#)

_____

**Arrive**                                                              Aug 17, 2023

_____

**Depart**                                                              Aug 21, 2023

_____

**Nights**                                                                         4

_____

**Guests**                                                                  3 adults

_____

**Host name**                                                    Justin Perry

# Charges

$540.00 x 4 nights                                    $2,160.00

Cleaning Fee                                          $250.00

Service Fee                                           $343.00

Lodging Tax                                           $397.81

_____

Total                                                $3,150.81

_____

Due on June 23, 2023 Paid                            $1,985.60

Due on July 18, 2023                                 $1,165.21

Pay now

# Charges

If you incur incidental fees or cause damage to the rental property, your credit card may be charged up to $500. Learn more about policies on our <u>Help Center.</u>

---

# House Rules

**Check in** after 3:00 PM

**Check out** before 11:00 AM

Maximum overnight guests: 8 (sleeps up to 8 adults)

- 

Minimum age to rent: 25

- 

Children allowed

- 

No events

- 
- 
- 

No pets

- No pets

Smoking allowed: outside

- 
- 
- Backyard is fine, just please clean up. Thanks



# Need to cancel?

We know plans change. That's why we made it easy to update or cancel your booking if you need to.

(Psst...don't forget, you can cancel for a 100% refund until Aug 3)

| Image removed by sender. | 50% refund | No refund |
| 100% refund | | |

| Image removed by sender. | Image removed by sender. | Image removed by sender. |
| Aug 3 | Aug 10 | Aug 17 |
| | | **Check in** |

[Change or cancel trip](#)

Image removed by sender. Navigate to the Vrbo Homepage.

We're here to help. Visit our Help Center for useful info and FAQs

Image removed by sender. Download on the App Store.
Image removed by sender. Get it on Google Play.

© 2023 Vrbo. All rights reserved.

Vrbo and the Vrbo logos are trademarks of Vrbo. Vrbo is located at 11920 Alterra Pkwy, Austin, TX 78758

View, save or print our Terms & Conditions.
Contact Us | Privacy Policy

Image removed by sender. Image removed by sender.

 **Outlook**

---

## Fwd: Itinerary

---

**From** Mike Senzaki <mike.senzaki@unclenearest.com>

**Date** Sat 8/2/2025 12:11 PM

**To** Fawn Weaver <fawn.weaver@unclenearest.com>

📎 1 attachment (55 KB)

Itinerary.docx;

---

---------- Forwarded message ---------
From: **Jonathan Boyce** <Jonathan.Boyce@fcma.com>
Date: Mon, Jul 31, 2023 at 6:45 PM
Subject: Itinerary
To: Mike Senzaki <mike@unclenearest.com>, Mike Senzaki <mike.senzaki@unclenearest.com>

Here is the travel itinerary.

**Jonathan Boyce**
NMLS 1450590
Financial Officer | Jonathan.Boyce@fcma.com
1908 Madison St Shelbyville, TN 37160
T 931-684-3291 F 931-684-1099 | fcma.com

This communication is intended for the exclusive use of the addressee(s). It may contain information that is privileged, confidential and/or protected from disclosure, and that may be subject to the Electronic Communications Privacy Act of 1986, as amended. If you are not the intended recipient, any review, dissemination, distribution or copying of the communication is strictly prohibited. Please notify us immediately by telephone and/or reply e-mail and destroy this message and attachments. Farm Credit Mid-America, ACA

Case 4:25-cv-00038-CEA-CHS    Document 16-1    Filed 08/03/25    Page 21 of 28
PageID #: 2104
about:blank?windowId=SecondaryReadingPane2&fdId=1SecondaryReadingPane#9                                    1/1

# Farm Credit Mid America

| Itinerary | For Name |
|---|---|
| **Trip Description** | Martha's Vineyard |
| **Departure Date** | August 17th |
| **Departure Airline** | JetBlue from Nashville, TN |
| **Departure Time** | 1:40 pm Central |
| **Arrival Time** | 5:26 pm Eastern to Boston, MA |
| **Hotel** | Falmouth, MA |
| **Return Date** | August 21st |
| **Return Airline** | JetBlue |
| **Return Departure Time** | 11:10 am Eastern |
| **Arrival Time** | 1:05 pm Central to Nashville, Tn |

 Outlook

---

## Fwd: Itinerary for MV

---

**From** Mike Senzaki <mike.senzaki@unclenearest.com>

**Date** Sat 8/2/2025 12:11 PM

**To**     Fawn Weaver <fawn.weaver@unclenearest.com>

📎 1 attachment (55 KB)

Itinerary.docx;

---------- Forwarded message ---------
From: **Jonathan Boyce** <Jonathan.Boyce@fcma.com>
Date: Wed, Aug 2, 2023 at 1:31 PM
Subject: Itinerary for MV
To: Brian Klatt <Brian.Klatt@e-farmcredit.com>, Mike Senzaki <mike.senzaki@unclenearest.com>

Here is basic itinerary for MV trip.

Brian – we have a meeting scheduled with Keith and Fawn on the 18th but not time set yet.  Mike's coming in on the 19th.

I have registered us for UN events on 18th, 19th, and 20th.

Mike – I haven't sent this to Keith or Fawn so please forward to them if think appropriate.

Thanks

**Jonathan Boyce**
NMLS 1450590
Financial Officer | Jonathan.Boyce@fcma.com
1908 Madison St Shelbyville, TN 37160
T 931-684-3291 F 931-684-1099 | fcma.com





This communication is intended for the exclusive use of the addressee(s). It may contain information that is privileged, confidential and/or protected from disclosure, and that may be subject to the Electronic Communications Privacy Act of 1986, as amended. If you are not the intended recipient, any review, dissemination, distribution or copying of the communication is strictly prohibited. Please notify us immediately by telephone and/or reply e-mail and destroy this message and attachments. Farm Credit Mid-America, ACA

Case 4:25-cv-00038-CEA-CHS     Document 16-1     Filed 08/03/25     Page 24 of 28
                                PageID #: 2107
about:blank?windowId=SecondaryReadingPane8                                      2/2

# Uncle Nearest

| Itinerary | For Name |
|---|---|
| **Trip Description** | Martha's Vineyard |
| **Departure Date** | August 17th |
| **Departure Airline** | JetBlue from Nashville, TN |
| **Departure Time** | 1:40 pm Central |
| **Arrival Time** | 5:26 pm Eastern to Boston, MA |
| **Hotel** | Falmouth, MA |
| **Return Date** | August 21st |
| **Return Airline** | JetBlue |
| **Return Departure Time** | 11:10 am Eastern |
| **Arrival Time** | 1:05 pm Central to Nashville, Tn |

# August 18th

| Itinerary | For Name |
|---|---|
| **Client Visit** | Meeting with Keith and Fawn at 471 West Tisbury Rd, Edgartown, MA |
| **Meeting Time** | TBD – Fawn has confirmed meeting just no time yet. Our 3rd quarter meeting. |
| **UN Event** | Cocktails from 2-7 pm – RSVP'd |

# August 19ᵗʰ

| Itinerary | For Name |
|---|---|
| **Client Visit** | Mike's arriving early morning – touch base with him. Get him access to the home |
| **Meeting Time** | No UN meeting schedule for today |
| **UN Event** | G Garvin and Jazz 5-8pm – RSVP'd |
| | |

# August 20th

| Itinerary | For Name |
|---|---|
| **Client Visit** | TBD – See what the day holds |
| **Meeting Time** | No UN meeting schedule for today |
| **UN Event** | Gospel Brunch with Weavers, 1-3 pm – RSVP'd |
| | |

 **Outlook**

---

**Fwd: Bike rentals**

---

**From** Mike Senzaki <mike.senzaki@unclenearest.com>

**Date** Sat 8/2/2025 12:13 PM

**To** Fawn Weaver <fawn.weaver@unclenearest.com>

---------- Forwarded message ---------
From: **Brian Klatt** <Brian.Klatt@fcma.com>
Date: Thu, Aug 10, 2023 at 10:35 AM
Subject: Bike rentals
To: Mike Senzaki <mike.senzaki@unclenearest.com>, Jonathan Boyce <Jonathan.Boyce@fcma.com>

I made reservations for bikes on MV for Friday-Sunday.  Helmets and locks included.  Bring your
padded bike shorts and sunscreen.

**Brian Klatt**
Vice President Corporate Originations | Brian.Klatt@fcma.com
12501 Lakefront Place Louisville, KY 40299
T 303-550-8463 F 502-450-9357 | fcma.com

This communication is intended for the exclusive use of the addressee(s). It may contain information that is privileged, confidential and/or protected
from disclosure, and that may be subject to the Electronic Communications Privacy Act of 1986, as amended. If you are not the intended recipient, any
review, dissemination, distribution or copying of the communication is strictly prohibited. Please notify us immediately by telephone and/or reply e-mail
and destroy this message and attachments. Farm Credit Mid-America, ACA

Case 4:25-cv-00038-CEA-CHS    Document 16-1    Filed 08/03/25    Page 27 of 28
PageID #: 2110
about:blank?windowId=SecondaryReadingPane5&fdId=1SecondaryReadingPane#12110                    1/1

 **Outlook**

---

### Fwd: shoes

---

**From**  Mike Senzaki <mike.senzaki@unclenearest.com>

**Date**  Sat 8/2/2025 12:15 PM

**To**  Fawn Weaver <fawn.weaver@unclenearest.com>

---------- Forwarded message ---------
From: **Brian Klatt** <Brian.Klatt@fcma.com>
Date: Thu, Aug 10, 2023 at 10:44 AM
Subject: shoes
To: Mike Senzaki <mike.senzaki@unclenearest.com>
Cc: Jonathan Boyce <Jonathan.Boyce@fcma.com>

WTH….you're didn't think to set me up with a pair of Air Force One's?  Size 10

**Brian Klatt**
Vice President Corporate Originations | Brian.Klatt@fcma.com
12501 Lakefront Place Louisville, KY 40299
T 303-550-8463 F 502-450-9357 | fcma.com

This communication is intended for the exclusive use of the addressee(s). It may contain information that is privileged, confidential and/or protected from disclosure, and that may be subject to the Electronic Communications Privacy Act of 1986, as amended. If you are not the intended recipient, any review, dissemination, distribution or copying of the communication is strictly prohibited. Please notify us immediately by telephone and/or reply e-mail and destroy this message and attachments. Farm Credit Mid-America, ACA