# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| *Plaintiff*, | ) | Case No. 4:25-cv-38 |
| v. | ) | Judge Atchley |
| UNCLE NEAREST, INC., *et al.*, | ) | Magistrate Judge Steger |
| *Defendants*. | ) | |

## ORDER

In preparation for the hearing on Plaintiff's Emergency Motion for the Immediate Appointment of Receiver [Doc. 3] set for this Thursday, August 7, 2025, before the undersigned, the Court hereby **ORDERS** the following:

1. **On or before August 5, 2025**, Plaintiff and Defendants **SHALL** each file a list of the exhibits they intend to offer at the August 7th hearing with the exhibits pre-marked for identification purposes;

2. Plaintiff and Defendants **SHALL** bring electronic copies of their exhibits to the hearing;

3. Plaintiff and Defendants **SHALL** also prepare binders containing hard copies of their exhibits. A copy of each party's binder(s) **SHALL** be provided to (i) the undersigned and (ii) his law clerk at the beginning of the August 7th hearing;

4. **On or before August 5, 2025**, Plaintiff and Defendants **SHALL** each file a list of the witnesses they intend to call at the August 7th hearing; and

5. In addition to the factors described in the Court's July 29, 2025, Order [Doc. 12], the parties **SHALL** be prepared to discuss the qualifications of any proposed receiver at

the August 7th hearing.

Additionally, the Court hereby places the parties **ON NOTICE** that it has allocated **ninety (90) minutes** for the August 7th hearing based on its current availability. If one or more of the parties anticipates that the hearing will require additional time, then they **SHALL** file a motion for continuance explaining the grounds for their position.

    **SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**