IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 4:25-CV-38 |
| UNCLE NEAREST, INC., NEAREST GREEN DISTILLERY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER and KEITH WEAVER, | ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' EXHIBIT AND WITNESS LISTS

Defendants, UNCLE NEAREST, INC., NEAREST GREEN DISTILLERY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER, and KEITH WEAVER ("Defendants" or collectively "Uncle Nearest"), hereby submit the following Exhibit and Witness Lists, pursuant to this Court's Order [Dkt. No. 20] in preparation for the hearing on Plaintiff's Emergency Motion for Immediate Appointment of Receiver to be held August 7, 2025 (the "Hearing").

### Exhibit List

Defendants submit the following list of exhibits it may offer at the Hearing:

A. February 23, 2023 email from Mike Senzaki (former CFO) to Jonathan Boyce from Plaintiff, sharing the executed offer of the MV Property.

1

B. June 13 & 14, 2023 email from Jonathan Boyce to Brian Klatt (Plaintiff's employee), Rollin Richey (Plaintiff's employee), and Mike Senzaki, coordinating a trip to the MV Property.

C. June 23, 2023 email from Jonathn Boyce to Mike Senzaki and Brian Klatt, discussing trip to MV Property in August 2023.

D. July 31, 2023 email from Jonathan Boyce to Mike Senzaki and Brian Klatt, discussing itinerary for MV Property trip.

E. August 2, 2023 email from Jonathan Boyce to Mike Senzaki and Brian Klatt, discussing itinerary for MV Property trip.

F. August 10, 2023 emails from Brian Klatt to Mike Senzaki and Jonathan Boyce regarding biking trip while at the MV Property.

G. May 8, 2023 Loan Notice executed by Mike Senzaki.

H. July 26, 2023 Loan Notice executed by Mike Senzaki.

I. August 1, 2023 Loan Notice executed by Mike Senzaki.

J. Borrowing Base Certificate(s) executed by Mike Senzaki.

K. Uncle Nearest balance sheets.

## Witness List

Defendants reserve the right to call the following witnesses:

1. Fawn Weaver
2. Keith Weaver

Defendants reserve the right not to use any of the foregoing exhibits or call any of the foregoing witnesses, and further reserves the right to adopt any exhibits or call any witnesses listed by Plaintiff.

2

Respectfully submitted,

**ADAMS AND REESE, LLP**

*/s/ Rocklan W. King III*
Rocklan W. King III (TN BPR #030643)
Stacia M. Daigle (BPR #038533)
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
(615) 259-1450 / (615) 259-1470 F
rocky.king@arlaw.com
stacia.daigle@arlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th of August, 2025, a true and correct copy of the foregoing has been served via the Court's CM/ECF system to the following:

>Erika R. Barnes
>Erika R. Barnes (TN Bar No. 028628)
>STITES & HARBISON PLLC
>401 Commerce St., Suite 800
>Nashville, TN 37219
>Telephone: (615) 782-2252
>Email: ebarnes@stites.com
>
>Demetra Liggins (admitted *pro hac vice*)
>Dairanetta S. Spain (TN Bar No. 039981)
>MCGUIREWOODS LLP
>Texas Tower
>845 Texas Ave., Suite 2400
>Houston, TX 77002
>Telephone: (713) 353-6661
>Email: dliggins@mcguirewoods.com
>dspain@mcguirewoods.com
>
>M. Alexandra Shipley (admitted *pro hac vice*)
>MCGUIREWOODS LLP
>77 West Wacker Drive, Suite 4100
>Chicago, IL 60601
>Telephone: (312) 849-8253
>Email: ashipley@mcguirewoods.com
>
>*Attorneys for Farm Credit Mid-America, PCA*

/s/Rocklan W. King III
Rocklan W. King III