UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA,<br><br>Plaintiff,<br><br>v.<br><br>UNCLE NEAREST, INC., NEAREST GREEN DISTILLERY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER, and KEITH WEAVER<br><br>Defendants. | Civil Action No. 4:25-CV-00038 |

---

FARM CREDIT MID-AMERICA, PCA'S EXHIBIT LIST FOR AUGUST 7, 2025 HEARING ON EMERGENCY MOTION FOR THE IMMEDIATE APPOINTMENT OF RECEIVER

---

Plaintiff, Farm Credit Mid-America, PCA ("FCMA"), in accordance with the Court's Order entered August 4, 2025 (Docket No. 20), designates the following exhibits which may be tendered at the hearing on FCMA's Emergency Motion for the Immediate Appointment of Receiver.

1. Declaration of Brian Klatt in support of FCMA's Verified Complaint and Emergency Motion for the Immediate Appointment of Receiver

2. Credit Agreement dated July 22, 2022

3. Amendment No. 1 to Credit Agreement dated October 3, 2022

4. Amendment No. 2 to Credit Agreement dated December 16, 2022

5. Amendment No. 3 to Credit Agreement dated January 26, 2023

6. Amendment No. 4 to Credit Agreement dated March 30, 2023

7. Amendment No. 5 to Credit Agreement dated June 6, 2023

8. Amendment No. 6 to Credit Agreement and Limited Waiver dated July 26, 2023

9. Amendment No. 7 to Credit Agreement and Limited Waiver dated December 27, 2023

10. Amendment No. 8 to Credit Agreement and Forbearance Agreement dated April 15, 2025

11. Security Agreement dated July 22, 2022

12. UCC Financing Statement, DE File No. 20226157580

13. UCC Financing Statement, DE File No. 20226157598

14. UCC Financing Statement, TN File No. 437028927

15. Deed of Trust, Assignment of Leases, Security Agreement and Financing Statement dated July 22, 2022, Register's Office of Bedford County, TN Book TD1060, Page 865

16. First Amendment to Deed of Trust, Assignment of Leases, Security Agreement and Financing Statement dated June 5, 2023, Register's Office of Bedford County, TN Book TD1087, Page 941

17. Deed of Trust, Assignment of Leases, Security Agreement and Financing Statement dated July 22, 2022, Register's Office of Moore County, TN Book T174, Page 191

18. Deed of Trust, Assignment of Leases, Security Agreement and Financing Statement dated June 5, 2023, Register's Office of Bedford County, TN Book TD1087, Page 919

19. Information Request Letter dated January 12, 2024

20. Reservation of Rights Letter dated January 19, 2024

21. Reservation of Rights Letter dated February 5, 2024

22. Default Rate Notice dated May 24, 2024

23. Letter from FCMA to Uncle Nearest dated November 5, 2024

24. Letter from Uncle Nearest to FCMA dated November 13, 2024

25. Letter from FCMA to Uncle Nearest dated November 22, 2024

26. December 31, 2023 Borrowing Base Certificate

27. January 31, 2024 Borrowing Base Certificate

28. February 29, 2024 Borrowing Base Certificate

29. March 31, 2024 Borrowing Base Certificate

30. April 30, 2024 Borrowing Base Certificate

31. May 31, 2024 Borrowing Base Certificate

32. June 6, 2024 Borrowing Base Certificate

33. July 31, 2024 Borrowing Base Certificate

34. August 31, 2024 Borrowing Base Certificate

35. October 31, 2024 Borrowing Base Certificate

36. November 30, 2024 Borrowing Base Certificate

37. December 31, 2024 Borrowing Base Certificate

38. January 31, 2025 Borrowing Base Certificate

39. October 31, 2024 Tower Collateral Report

40. Deed dated April 11, 2023 to UN HOUSE MV LLC, of record in Dukes County, Massachusetts, Registry of Deeds Book 01690, Page 656 (Martha's Vineyard Deed)

41. Mortgage dated September 25, 2024, from UN HOUSE MV LLC to Oaktree Funding Corp., Dukes County, Massachusetts, Registry of Deeds Book 01690, Page 656 (Martha's Vineyard Mortgage)

42. Officer's Certificate of Uncle Nearest, Inc., Nearest Green Distillery, Inc., and Uncle Nearest Real Estate Holdings, LLC, dated October 3, 2022 (Amendment No. 1)

43. Officer's Certificate of Uncle Nearest, Inc., Nearest Green Distillery, Inc., and Uncle Nearest Real Estate Holdings, LLC, dated January 26, 2023 (Amendment No. 3)

44. Officer's Certificate of Uncle Nearest, Inc., Nearest Green Distillery, Inc., and Uncle Nearest Real Estate Holdings, LLC, dated March 30, 2023 (Amendment No. 4)

45. Officer's Certificate of Uncle Nearest, Inc., Nearest Green Distillery, Inc., and Uncle Nearest Real Estate Holdings, LLC, dated June 6, 2023 (Amendment No. 5)

46. Officer's Certificate of Uncle Nearest, Inc., Nearest Green Distillery, Inc., and Uncle Nearest Real Estate Holdings, LLC, dated July 26, 2023 (Amendment No. 6)

47. Notice of Default and Reservation of Rights, dated May 5, 2025

48. Notice of Default and Reservation of Rights, dated June 26, 2025

49. Any exhibits listed by any other party and any composites/summaries of any of the foregoing

50. All filings and exhibits/schedules/attachments related thereto on the docket in the above-referenced case, and any composites/summaries of any of the foregoing

RESERVATION OF RIGHTS

FCMA reserves the right to introduce one or more, or none, of the exhibits listed above, and reserves the right to introduce additional exhibits in rebuttal. FCMA reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and documents filed and to supplement or amend these lists at any time before the hearing.

Respectfully submitted,

*/s/ Erika R. Barnes*
Erika R. Barnes (TN Bar No. 028628)
STITES & HARBISON PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email: ebarnes@stites.com

- and-

Demetra Liggins (admitted *pro hac vice*)
Dairanetta S. Spain (TN Bar No. 039981)
MCGUIREWOODS LLP
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX 77002
Telephone: (713) 353-6661
Email: dliggins@mcguirewoods.com
dspain@mcguirewoods.com

M. Alexandra Shipley (admitted *pro hac vice*)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8253
Email: ashipley@mcguirewoods.com

K. Elizabeth Sieg (*pro hac vice* pending)
MCGUIREWOODS LLP
800 East Canal St.
Richmond, VA 23219
Telephone: (804) 775-1137
Email: bsieg@mcguirewoods.com

*Attorneys for Farm Credit Mid-America, PCA*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Exhibit List has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF system on this the 5th day of August, 2025.

*/s/Erika R. Barnes*

Erika R. Barnes