**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **FARM CREDIT MID-AMERICA, PCA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNCLE NEAREST, INC., NEAREST GREEN DISTILLERY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER, and KEITH WEAVER**<br><br>**Defendants.** | **Civil Action No. 4:25-CV-00038** |

# FARM CREDIT MID-AMERICA, PCA'S WITNESS LIST FOR AUGUST 7, 2025 HEARING ON EMERGENCY MOTION FOR THE IMMEDIATE APPOINTMENT OF RECEIVER

Plaintiff, Farm Credit Mid-America, PCA ("FCMA"), in accordance with the Court's Order entered August 4, 2025 (Docket No. 20), designates the following individuals who may be called as a witness at the hearing on FCMA's Emergency Motion for the Immediate Appointment of Receiver.

1. Brian Klatt, Managing Director Food & Agribusiness, of Farm Credit Mid-America, PCA.

2. Kevin L. Larin, Managing Director of Riveron and proposed receiver.

3. Any witness listed by any other party.

4. Any witness necessary to rebut any testimony of a witness called or designated by any other party.

## RESERVATION OF RIGHTS

FCMA reserves the right to call one or more, or none, of the witnesses listed above, and reserves the right to call additional witnesses in rebuttal. FCMA reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and documents filed and to supplement or amend these lists at any time before the hearing.

Respectfully submitted,

*/s/ Erika R. Barnes*

Erika R. Barnes (TN Bar No. 028628)
STITES & HARBISON PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email: ebarnes@stites.com

- and-

Demetra Liggins (admitted *pro hac vice*)
Dairanetta S. Spain (TN Bar No. 039981)
MCGUIREWOODS LLP
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX 77002
Telephone: (713) 353-6661
Email: dliggins@mcguirewoods.com
dspain@mcguirewoods.com

M. Alexandra Shipley (admitted *pro hac vice*)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8253
Email: ashipley@mcguirewoods.com

K. Elizabeth Sieg (*pro hac vice* pending)
MCGUIREWOODS LLP
800 East Canal St.
Richmond, VA 23219
Telephone: (804) 775-1137
Email: bsieg@mcguirewoods.com

*Attorneys for Farm Credit Mid-America, PCA*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Witness List has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF system on this the 5th day of August, 2025.

*/s/Erika R. Barnes*
Erika R. Barnes

/