UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **FARM CREDIT MID-AMERICA, PCA,** <br><br>     **Plaintiff,** <br><br> v. <br><br> **UNCLE NEAREST, INC., NEAREST GREEN DISTILLERY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER, and KEITH WEAVER** <br><br>     **Defendants.** | Civil Action No. 4:25-CV-00038 |

**JOINT STIPULATION REGARDING HEARING ON**
**EMERGENCY MOTION FOR THE IMMEDIATE APPOINTMENT OF RECEIVER**

The Court has scheduled a hearing (the "Hearing") on the Emergency Motion for the Immediate Appointment of Receiver [Doc. 3] (the "Receiver Motion")[1] on August 7, 2025, at 2:30 p.m. ET. [Doc 12]. The Plaintiff, Farm Credit Mid-America, PCA (the "Lender"), and Defendants Uncle Nearest, Inc., Nearest Green Distillery, Inc., Uncle Nearest Real Estate Holdings, LLC, and Fawn and Keith Weaver (in their official and individual capacities) (collectively, "Uncle Nearest") (and together with the Lender, the "Parties"), have conferred regarding witnesses, exhibits and certain relevant facts. The Parties wish to streamline the proceedings and avoid unnecessary objections regarding admissibility of the foregoing and have agreed to the below stipulation.

**IT IS THEREFORE STIPULATED AND AGREED** that:

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Receiver Motion.

1. The Declaration of Brian Klatt in Support of the Verified Complaint and Emergency Motion for the Immediate Appointment of Receiver [Doc. 4] (the "Declaration") will serve as the direct testimony of the declarant, Brian Klatt.

2. The Defendant reserves the right to cross-examine the declarant, Brian Klatt, regarding the contents of the Declaration or any other matter contained in the Verified Complaint.

3. The Defendants will not object to the admissibility or use of Exhibits 1-48 on Plaintiff's Exhibit List filed on August 5, 2025 [Doc. 22]. For the avoidance of doubt, the Defendants do not and will not object to admissibility of such exhibits at the Hearing on any grounds including, without limitation, foundation, authenticity, relevance, best evidence or hearsay.

4. Plaintiff will not object to the admissibility or use of Exhibits G-J on Defendants' Exhibit List filed on August 5, 2025 [Doc. 21]. For the avoidance of doubt, Plaintiff does not and will not object to admissibility of such exhibits at the Hearing on any grounds including, without limitation, foundation, authenticity, relevance, best evidence or hearsay.

5. The Parties hereby stipulate that the following facts are true:

    a. The Lender was aware of that the MV Property was purchased in or around March 2023.

    b. Certain employees of the Lender visited the MV Property in the Summer of 2023.

6. Nothing in this Stipulation will preclude a Party from arguing with respect to the factual or legal implications, if any, of any such exhibit, including any weight that should be given to the exhibit.

7. All Parties expressly reserve the right to object to and/or move to exclude any exhibit referred to above other than at the Hearing.

*/s/ Erika R. Barnes*
Erika R. Barnes (TN Bar No. 028628)
**STITES & HARBISON PLLC**
401 Commerce St., Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email: ebarnes@stites.com

- and-

Demetra Liggins (admitted *pro hac vice*)
Dairanetta S. Spain (TN Bar No. 039981)
**MCGUIREWOODS LLP**
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX 77002
Telephone: (713) 353-6661
Email: dliggins@mcguirewoods.com
        dspain@mcguirewoods.com

M. Alexandra Shipley (admitted *pro hac vice*)
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8253
Email: ashipley@mcguirewoods.com

K. Elizabeth Sieg (*pro hac vice* pending)
**MCGUIREWOODS LLP**
800 East Canal St.
Richmond, VA 23219
Telephone: (804) 775-1137
Email: bsieg@mcguirewoods.com
*Attorneys for Farm Credit Mid-America, PCA*

**ADAMS AND REESE, LLP**

*/s/ Rocklan W. King, III*
Rocklan W. King III (TN BPR #030643)
Stacia M. Daigle (BPR #038533)
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
(615) 259-1450 / (615) 259-1470 F
rocky.king@arlaw.com
stacia.daigle@arlaw.com
*Attorneys for Defendants*