CASE NO. **4:25-cv-38**

STYLE: **Farm Credit Mid-America PCA** v. **Uncle Nearest, Inc. et al**

**PRESENT:** Honorable **Charles E. Atchley, Jr.** ☑ U.S. District Judge ☐ U.S. Magistrate Judge

| Allison Laster | Elizabeth Coffey | |
|---|---|---|
| Courtroom Deputy | Court Reporter | Interpreter(s) ☐ SWORN |

FTR ☐ 1B ☐ 4

Attorney(s) for Plaintiff(s): **Barnes, Sieg, Liggins**

Attorney(s) for Defendant(s): **King, Daigle**

PROCEEDINGS:

Hearing on Emergency Motion to Appoint Receiver (Document No. 3). Exhibit and Witness list attached - copy of exhibits maintained by Clerk's Office. An Order will be forthcoming and entered shortly on this motion.

Counsel is to meet and confer on the issue of current media usage during on-going settlement discussions and submit proposed Order to Chambers via ECF.

Time: **2:33** to **4:26**   Time: _____ to _____
Time: _____ to _____   Time: _____ to _____
Time: _____ to _____   Time: _____ to _____   Date _____