# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Tennessee

Farm Credit Mid-America, PCA

V.

Uncle Nearest, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 4:25-cv-38

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Charles E. Atchley, Jr. | Liggins, Sieg, Barnes | King, Daigle |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/7/2025 | Elizabeth Coffey | Allison Laster |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/7/2025 | x | x | Declaration of Brian Klatt in Support of Complaint and Emergency Motion |
| 2 | | 8/7/2025 | x | x | Credit Agreement dated July 22, 2022 |
| 3 | | 8/7/2025 | x | x | Amendment No. 1 to Agreement dated 10/3/2022 |
| 4 | | 8/7/2025 | x | x | Amendment No. 2 to Agreement dated 12/16/2022 |
| 5 | | 8/7/2025 | x | x | Amendment No. 3 to Agreement dated 1/26/2023 |
| 6 | | 8/7/2025 | x | x | Amendment No. 4 to Agreement dated 3/30/2023 |
| 7 | | 8/7/2025 | x | x | Amendment No. 5 to Agreement dated 6/6/2023 |
| 8 | | 8/7/2025 | x | x | Amendment No. 6 to Agreement and Limited Waiver dated 7/26/2023 |
| 9 | | 8/7/2025 | x | x | Amendment No. 7 to Agreement and Limited Waiver dated 12/27/2023 |
| 10 | | 8/7/2025 | x | x | Amendment No. 8 to Agreement and Forbearance Agreement dated 4/15/2025 |
| 11 | | 8/7/2025 | x | x | Security Agreement dated 7/22/2022 |
| 12 | | 8/7/2025 | x | x | UCC Financing Statement, DE File No. 20226157580 |
| 13 | | 8/7/2025 | x | x | UCC Financing Statement, DE File No. 20226157598 |
| 14 | | 8/7/2025 | x | x | UCC Financing Statement, DE File No. 437028927 |
| 15 | | 8/7/2025 | x | x | Deed of Trust, Assignment of Leases, Security Agreement/Financing Statement 7/22/2022 |
| 16 | | 8/7/2025 | x | x | First Amendment to Deed of Trust, etc. (exhibit 15) dated 6/5/2023 |
| 17 | | 8/7/2025 | x | x | Deed of Trust, Assignment of Leases, Security Agreement/Financing Statement 7/22/2022 |
| 18 | | 8/7/2025 | x | x | Deed of Trust, Assignment of Leases, Security Agreement/Financing Statement 6/5/2023 |
| 19 | | 8/7/2025 | x | x | Information Request Letter dated 1/12/2024 |
| 20 | | 8/7/2025 | x | x | Reservation of Rights Letter dated 1/19/2024 |
| 21 | | 8/7/2025 | x | x | Reservation of Rights Letter dated 2/5/2024 |
| 22 | | 8/7/2025 | x | x | Default Rate Notice dated 5/24/2024 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Farm Credit Mid-America PCA vs. Uncle Nearest, Inc.   CASE NO. 4:25-cv-38 |
| 23 | | 8/7/2025 | x | x | Letter from FCMA to Uncle Nearest dated 11/5/2024 |
| 24 | | 8/7/2025 | x | x | Letter from Uncle Nearest to FCMA dated 11/13/2024 |
| 25 | | 8/7/2025 | x | x | Letter from FCMA to Uncle Nearest dated 11/22/2024 |
| 26 | | 8/7/2025 | x | x | 12/31/2023 - Borrowing Base Certificate |
| 27 | | 8/7/2025 | x | x | 1/31/2024 - Borrowing Base Certificate |
| 28 | | 8/7/2025 | x | x | 2/29/2024 - Borrowing Base Certificate |
| 29 | | 8/7/2025 | x | x | 3/31/2024 - Borrowing Base Certificate |
| 30 | | 8/7/2025 | x | x | 4/30/2024 - Borrowing Base Certificate |
| 31 | | 8/7/2025 | x | x | 5/31/2024 - Borrowing Base Certificate |
| 32 | | 8/7/2025 | x | x | 6/6/2024 - Borrowing Base Certificate |
| 33 | | 8/7/2025 | x | x | 7/31/2024 - Borrowing Base Certificate |
| 34 | | 8/7/2025 | x | x | 8/31/2024 - Borrowing Base Certificate |
| 35 | | 8/7/2025 | x | x | 10/31/2024 - Borrowing Base Certificate |
| 36 | | 8/7/2025 | x | x | 11/30/2024 - Borrowing Base Certificate |
| 37 | | 8/7/2025 | x | x | 12/31/2024 - Borrowing Base Certificate |
| 38 | | 8/7/2025 | x | x | 1/31/2025 - Borrowing Base Certificate |
| 39 | | 8/7/2025 | x | x | 10/31/2024 - Tower Collateral Report |
| 40 | | 8/7/2025 | x | x | Martha's Vineyard Deed dated 4/11/2023 |
| 41 | | 8/7/2025 | x | x | Martha's Vineyard Mortgage dated 9/25/2024 |
| 42 | | 8/7/2025 | x | x | Officer's Certificate of Uncle Nearest, Inc. dated 10/3/2022 (Amendment No. 1) |
| 43 | | 8/7/2025 | x | x | Officer's Certificate of Uncle Nearest, Inc. dated 1/26/2023 (Amendment No. 3) |
| 44 | | 8/7/2025 | x | x | Officer's Certificate of Uncle Nearest, Inc. dated 3/30/2023 (Amenment No. 4) |
| 45 | | 8/7/2025 | x | x | Officer's Certificate of Uncle Nearest, Inc. dated 6/6/2023 (Amendment No. 5) |
| 46 | | 8/7/2025 | x | x | Officer's Certificate of Uncle Nearest, Inc. dated 7/26/2023 (Amendment No. 6) |
| 47 | | 8/7/2025 | x | x | Notice of Default and Reservation of Rights dated 5/5/2025 |
| 48 | | 8/7/2025 | x | x | Notice of Default and Reservation of Rights dated 6/26/2025 |
| W | | 8/7/2025 | | | Brian Klatt - sworn |

Page 2 of ____ Pages

Case 4:25-cv-00038-CEA-CHS    Document 26-1    Filed 08/07/25    Page 2 of 3    PageID #: 2135

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| Farm Credit Mid-America PCA | | | VS. | Uncle Nearest, Inc., et al | CASE NO. 4:25-cv-38 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | W | 8/7/2025 | | | Keith Edward Weaver - sworn |
| | B | 8/7/2025 | x | | Email - Jonathan Boyce to Brian Klatt, Mike Senzaki, Rollin Richey dated 6/14/2023 (ID Only) |

Page _____ of _____ Pages