IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| UNCLE NEAREST, INC., NEAREST GREEN DISTILLERY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER and KEITH WEAVER, | ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 4:25-CV-00038

## JOINT MOTION FOR ENTRY OF AGREED ORDER

Plaintiff, Farm Credit Mid-America, PCA (the "Lender" or "Farm Credit"), and Defendants Uncle Nearest, Inc. ("Uncle Nearest, Inc."), Nearest Green Distillery, Inc. (the "Distillery"), Uncle Nearest Real Estate Holdings, LLC ("RE Holdings" and together with Uncle Nearest, Inc., and the Distillery, collectively the "Borrowers" or "Uncle Nearest"), Fawn Weaver ("Ms. Weaver") and Keith Weaver ("Mr. Weaver", collectively with Ms. Weaver, the "Weavers" and together with Uncle Nearest, the "Defendants") (collectively, the "Parties") jointly move the Court to enter Proposed Agreed Order, attached as **Exhibit A**.

**DATED: August 8, 2025.**

Respectfully submitted,

/s/ Erika R. Barnes
Erika R. Barnes (TN Bar No. 028628)
STITES & HARBISON PLLC
401 Commerce St., Suite 800
Nashville, TN 37219

Telephone: (615) 782-2252
Email: ebarnes@stites.com

   - and-

Demetra Liggins (admitted *pro hac vice*)
Dairanetta S. Spain (TN Bar No. 039981)
**MCGUIREWOODS LLP**
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX 77002
Telephone: (713) 353-6661
Email: dliggins@mcguirewoods.com
      dspain@mcguirewoods.com

M. Alexandra Shipley (submitted *pro hac vice*)
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8253
Email: ashipley@mcguirewoods.com

Elizabeth K. Sieg (*pro hac vice* pending)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1137
Email: bsieg@mcguirewoods.com

*Attorneys for Farm Credit Mid-America, PCA*


**ADAMS AND REESE, LLP**

/s/ Rocklan W. King, III
Rocklan W. King III (TN Bar #030643)
Stacia M. Daigle (TN Bar #038533)
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
(615) 259-1450 / (615) 259-1470 F
Email: rocky.king@arlaw.com
      stacia.daigle@arlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

       I certify that on August 8, 2025, a true and correct copy of the foregoing was served via via the Court's CM/ECF system upon the following:

Rocklan W. King III
Stacia M. Daigle
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Email: rocky.king@arlaw.com
       stacia.daigle@arlaw.com

*Attorneys for Defendants*

                                /s/ Erika R. Barnes
                                Erika R. Barnes