## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

FARM CREDIT MID-AMERICA, PCA,    )
            )
     **Plaintiff,**          )
            )
      **v.**           )   **Civil Action No. 4:25-CV-38**
            )
UNCLE NEAREST, INC., NEAREST   )
GREEN DISTILLERY, INC., UNCLE   )
NEAREST REAL ESTATE HOLDINGS, LLC, )
FAWN WEAVER and KEITH WEAVER,   )
            )
     **Defendants.**       )

## [PROPOSED] AGREED ORDER

On August 7, 2025, this Court held a hearing on the Plaintiff's Emergency Motion for the Immediate Appointment of Receiver (the "Receiver Motion")[1] and has taken this matter under advisement. Until the Court enters an order on the Receiver Motion,

**IT IS HEREBY ORDERED** that:

1.     Defendants, and all persons or entities, including employees, agents, creditors, banks, investors, shareholders, officers, directors, subsidiaries, affiliates, owners or others, affiliated with the Defendants (the "Company"), **SHALL** be enjoined and restrained from in any way disturbing, interfering, influencing, or affecting any and all issues that are subject of the proceedings or the proposed Receivership, including, without limitation, the "brand" of Uncle Nearest. This prohibition includes, without limitation, sales or other transfers of any of the Lender's Collateral and the proposed Receivership Assets, including any such transfers that are prohibited by the Loan Documents, such as investments, advances, or transfers by Uncle Nearest

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Receiver Motion.

Farm Credit v Uncle Nearest, et al
Plaintiff's Exhibit

A

4:25-CV-00038

in, or on behalf of, any non-Loan Party (as such term is defined in the Credit Agreement) or Dispositions (as such term is defined in the Credit Agreement), pursuing actions or proceedings which affect the Lender's Collateral or the proposed Receivership Assets, to the extent the same would interfere with or disturb these proceedings, without the permission and approval of this Court, until the Court has ruled on the Receiver Motion. For the avoidance of doubt, the Company is authorized to operate its business in the ordinary course; however, no barrel sales shall occur.

2. The parties, including each of their representatives, officers, and directors, **SHALL** refrain from making any statement through any medium, whether oral or written, including, without limitation, social media posts or statements to the press, regarding these proceedings, the Lender's Collateral, the proposed Receivership Assets, or any other party to these proceedings without the permission and approval of this Court until the Court has ruled on the Receiver Motion. For the avoidance of doubt, while public statements to the press and on social media are prohibited, all parties are permitted to engage in private discussions with current and potential, including investors.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order, including, without limitation, the authority to interpret, implement and enforce the terms and provisions of this Order (including the injunctive relief provided in this Order).

**DATED: August 8, 2025.**


                                                 _____

HON. CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE

**APPROVED IN FORM AND SUBSTANCE:**

**ADAMS AND REESE, LLP**

*/s/ Rocklan W. King III*
Rocklan W. King III (TN BPR #030643)
Stacia M. Daigle (BPR #038533)
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450
Fascimile: (615) 259-1470
rocky.king@arlaw.com
stacia.daigle@arlaw.com

*Attorneys for Defendants*


*/s/ Erika R. Barnes*
Erika R. Barnes (TN Bar No. 028628)
STITES & HARBISON PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email: ebarnes@stites.com

Demetra Liggins (admitted *pro hac vice*)
Dairanetta S. Spain (TN Bar No. 039981)
MCGUIREWOODS LLP
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX 77002
Telephone: (713) 353-6661
Email: dliggins@mcguirewoods.com
dspain@mcguirewoods.com

M. Alexandra Shipley (admitted *pro hac vice*)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8253
Email: ashipley@mcguirewoods.com

*Attorneys for Farm Credit Mid-America, PCA*