UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| FARM CREDIT MID-AMERICA, PCA, | ) | |
|---|---|---|
| | ) | |
| *Plaintiff*, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.*, | ) | Magistrate Judge Steger |
| | ) | |
| *Defendants*. | ) | |

**AGREED ORDER**[1]

On August 7, 2025, this Court held a hearing on the Plaintiff's Emergency Motion for the Immediate Appointment of Receiver (the "Receiver Motion")[2] and has taken this matter under advisement. Until the Court enters an order on the Receiver Motion,

**IT IS HEREBY ORDERED** that:

1. Defendants, and all persons or entities, including employees, agents, creditors, banks, investors, shareholders, officers, directors, subsidiaries, affiliates, owners or others, affiliated with the Defendants (the "Company"), **SHALL** be enjoined and restrained from in any way disturbing, interfering, influencing, or affecting any and all issues that are subject of the proceedings or the proposed Receivership, including, without limitation, the "brand" of Uncle Nearest. This prohibition includes, without limitation, sales or other transfers of any of the Lender's Collateral and the proposed Receivership Assets, including any such transfers that are prohibited by the Loan Documents, such as investments, advances, or transfers by Uncle Nearest in, or on behalf of, any

---

[1] The Court has modified the caption and signature block of the Proposed Agreed Order [Doc. 27-1] to reflect the undersigned's standard practice. Additionally, the undersigned added the term "shareholders/stakeholders" to the last sentence of paragraph 2 to correct an inadvertent omission brought to the Court's attention after the Proposed Agreed Order was filed. No other changes have been made.

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Receiver Motion.

non-Loan Party (as such term is defined in the Credit Agreement) or Dispositions (as such term is defined in the Credit Agreement), pursuing actions or proceedings which affect the Lender's Collateral or the proposed Receivership Assets, to the extent the same would interfere with or disturb these proceedings, without the permission and approval of this Court, until the Court has ruled on the Receiver Motion. For the avoidance of doubt, the Company is authorized to operate its business in the ordinary course; however, no barrel sales shall occur.

2. The parties, including each of their representatives, officers, and directors, **SHALL** refrain from making any statement through any medium, whether oral or written, including, without limitation, social media posts or statements to the press, regarding these proceedings, the Lender's Collateral, the proposed Receivership Assets, or any other party to these proceedings without the permission and approval of this Court until the Court has ruled on the Receiver Motion. For the avoidance of doubt, while public statements to the press and on social media are prohibited, all parties are permitted to engage in private discussions with current and potential shareholders/stakeholders, including investors.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order, including, without limitation, the authority to interpret, implement and enforce the terms and provisions of this Order (including the injunctive relief provided in this Order).

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**