# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **FARM CREDIT MID-AMERICA, PCA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:25-CV-38 |
| | ) |
| **UNCLE NEAREST, INC., NEAREST GREEN DISTILLERY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER and KEITH WEAVER,** | ) ) ) ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL MEDIATION**

Before the Court is Defendants' Uncle Nearest, Inc., Nearest Green Distillery, Inc., Uncle Nearest Real Estate Holdings, LLC, Fawn Weaver, and Keith Weaver's ("Defendants" or "Uncle Nearest") Motion to Compel Mediation (the "Motion"). In the Motion, Defendants have advised the Court that they have made multiple good faith efforts to initiate mediation with Plaintiff Farm Credit Mid-America, PCA, as well as a group of investors represented by Holland & Knight LLP (the "Investor Group"), to work toward a commercial resolution to this litigation. Defendants have informed the Court that, while Plaintiff has expressed an interest in mediation, the Parties have not set or conducted the mediation.

Having considered the Motion, the Court finds good cause to **GRANT** the Motion and **ORDER** the Parties to participate in an in-person mediation.

It is hereby **ORDERED** that the Parties **SHALL** participate in an in-person mediation with mediator John Tarpley.

1

It is **ORDERED** that all individuals with binding settlement authority attend the mediation in-person, including the Investor Group and/or its representative(s).

It is **ORDERED** that this in-person mediation take place no later than **August 29, 2025**.

It is further **ORDERED** that the Parties notify the Court of the outcome of mediation and whether this matter has resolved by no later than three (3) days after the mediation has occurred.

SO ORDERED.

_____
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY:**

**ADAMS AND REESE, LLP**

*/s/ Rocklan W. King III*
Rocklan W. King III (TN BPR #030643)
Stacia M. Daigle (BPR #038533)
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450
Fascimile: (615) 259-1470
rocky.king@arlaw.com
stacia.daigle@arlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 15th day of August, 2025, a true and correct copy of the foregoing has been served via the Court's CM/ECF system to the following:

Erika R. Barnes (TN Bar No. 028628)
STITES & HARBISON PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email: ebarnes@stites.com

Demetra Liggins (admitted *pro hac vice*)
Dairanetta S. Spain (TN Bar No. 039981)
MCGUIREWOODS LLP
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX 77002
Telephone: (713) 353-6661
Email: dliggins@mcguirewoods.com
dspain@mcguirewoods.com

M. Alexandra Shipley (admitted *pro hac vice*)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8253
Email: ashipley@mcguirewoods.com

Elizabeth K. Sieg (admitted *pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1137
Email: bsieg@mcguirewoods.com

*Attorneys for Farm Credit Mid-America, PCA*

                                                   */s/Rocklan W. King III*
                                                   Rocklan W. King III