UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:25-cv-38 |
| | ) |
| v. | ) Judge Atchley |
| | ) |
| UNCLE NEAREST, INC., *et al.*, | ) Magistrate Judge Steger |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned files this appearance in this case and gives notice that he will appear and represent the interests of Receiver Phillip G. Young, Jr., and requests to be served with copies of all filings and notice in this case in accordance with the Federal Rules of Civil Procedure, and the Local Rules for the Eastern District of Tennessee. Service may be made as follows:

> Justin T. Campbell
> Thompson Burton PLLC
> 1801 West End Avenue, Suite 1550
> Nashville, TN 37203
> Tel: 615.465.6015
> Justin@thompsonburton.com

Dated this 23rd day of August, 2025.

By: /s/ Justin T. Campbell
Justin T. Campbell, Tn. Bar No. 31056
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Voice: (615) 465-6015
Fax: (615) 807-3048
Justin@thompsonburton.com

Counsel for Receiver

## CERTIFICATE OF SERVICE

      I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: August 23, 2025.

                                      /s/ Justin T. Campbell
                                      Justin T. Campbell