# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:25-cv-38 |
| ) | |
| v. ) | Judge Atchley |
| ) | |
| UNCLE NEAREST, INC., *et al.*, ) | Magistrate Judge Steger |
| ) | |
| Defendants. ) | |

## NOTICE OF RECIEVER'S PROFESSIONALS

**COMES NOW** the receiver herein, Phillip G. Young, Jr. ("Receiver"), by and through undersigned counsel, hereby submits this Notice of Receiver's Professionals pursuant to Paragraph 10(c) of the Order Appointing Receiver, and further states:

1. Receiver has retained Newpoint Advisors Corporation as the financial consultant for this receivership.
2. Receiver has retained Thoroughbred Spirits Group as the operational consultant for this receivership.
3. Receiver has retained the law firm of Belcher, Sykes, & Harrington PLLC to serve as alcoholic beverage counsel for this receivership.
4. Receiver has retained Herald Law Firm in Paris, France to domesticate the receivership order in France, and to assist in the evaluation and/or liquidation of this receivership estate's French assets.
5. Receiver has retained Nutter, McClennen & Fish, LLP in Boston, Massachusetts, to domesticate the receivership order in Massachusetts, and to assist in the evaluation and/or liquidation of this receivership estate's Massachusetts assets.
6. Receiver has retained the law firm of which he is a member, Thompson Burton, PLLC, to advise him on all other legal aspects related to this receivership.

These professionals have been employed on reasonable terms, and will be paid their ordinary and customary rates. All professionals will be paid from the Receivership Assets pursuant to Paragraph 21 of the Order Appointing Receiver.

Respectfully submitted this 12th day of September 2025.

*/s/ Justin T. Campbell*
Justin T. Campbell, BPR #031056
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
Telephone: (615) 465-6015
justin@thompsonburton.com

*Counsel for Receiver*

## CERTIFICATE OF SERVICE

        I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: September 12, 2025.

                                              */s/ Justin T. Campbell*
                                              Justin T. Campbell