**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | |
|---|---|
| **FARM CREDIT MID-AMERICA, PCA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNCLE NEAREST, INC., NEAREST GREEN DISTILLARY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER and KEITH WEAVER,**<br><br>**Defendants.** | **Docket No. 4:25-cv-38**<br><br>**Judge Charles E. Atchley, Jr.**<br>**Magistrate Judge Christopher H. Steger** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE**

The undersigned files this Appearance in the above cause and gives notice that Lucas A. Davidson will appear and represent the interests of ***Tennessee Distilling Group, LLC***. Counsel requests service of all filings and notices in this cause in accordance with the *Federal Rules of Civil Procedure* and the *Local Rules* for the United States District Court, Eastern District of Tennessee at:


Lucas A. Davidson, Esq.
ldavidson@buchalter.com

1 Music Circle South, Suite 300
Nashville, TN 37203
T: (629) 224-6600
F: (213) 896-0400

Dated: September 17, 2025

Respectfully submitted,

*/s/ Lucas A. Davidson*
Lucas A. Davidson, TN BPR No. 029955
**BUCHALTER, A PROFESSIONAL CORPORATION**
1 Music Circle South, Suite 300
Nashville, TN 37203
T: (629) 224-6600
E: ldavidson@buchalter.com

Oren Bitan, *Pro Hac Vice Pending*
**BUCHALTER, A PROFESSIONAL CORPORATION**
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
T: (213) 891-0700
F: (213) 896-0400
E: obitan@buchalter.com

***Attorneys for Tennessee Distilling Group, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct of the foregoing document was filed and served via the Court's CM/ECF system upon all parties requesting service in this cause.

Dated: September 17, 2025

*s/ Lucas A. Davidson*
Lucas A. Davidson