# EXHIBIT A

Division of Business and Charitable Organizations
Department of State
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: 615-741-2286
sos.tn.gov/

**Tre Hargett**
Secretary of State

TRACIE JORDAN
194 WASHINGTON AVE
ALBANY, NY 12210, USA

| **Request Type:** | Certified Copies | **Issuance Date:** | 09/23/2025 |
|---|---|---|---|
| **Order #:** | C2025081585 | **Copies Requested:** | 1 |

## Document Receipt

| Receipt #: | 2025-673598 | Filing Fee: | $20.00 |
|---|---|---|---|
| Payment: | Credit Card - 3906520003 | | $20.00 |

I, Tre Hargett, Secretary of State of the State of Tennessee, do hereby certify that **QUILL AND CASK OWNER, LLC**, Control # 001562521 was formed or qualified to do business in the State of Tennessee on 07/25/2024. QUILL AND CASK OWNER, LLC has a home jurisdiction of TENNESSEE and is currently in Active status. The attached documents are true and correct copies and were filed in this office on the date(s) indicated below.

Tre Hargett
Secretary of State

| Tracking # | Date Filed | Filing Description |
|---|---|---|
| B1600-4989 | 07/25/2024 | Initial Filing for Quill and Cask Owner, LLC |
| B2025397585 | 06/10/2025 | Notice of Determination for QUILL AND CASK OWNER, LLC |




# ARTICLES OF ORGANIZATION
# LIMITED LIABILITY COMPANY

SS-4270



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102
(615) 741-2286

Filing Fee: $50.00 per member
(minimum fee = $300.00, maximum fee = $3,000.00)

For Office Use Only
-FILED-
Control # 001562521

The Articles of Organization presented herein are adopted in accordance with the provisions of the Tennessee Revised Limited Liability Company Act.

1. The name of the Limited Liability Company is: Quill and Cask Owner, LLC

   (Note: Pursuant to the provisions of T.C.A. §48-249-106, each Limited Liability Company name must contain the words "Limited Liability Company" or the abbreviation "LLC" or "L.L.C.")

2. Name Consent: (Written Consent for Use of Indistinguishable Name)
   ☐ This entity name already exists in Tennessee and has received name consent from the existing entity.

3. This company has the additional designation of: None

4. The name and complete address of the Limited Liability Company's initial registered agent and office located in the state of Tennessee is:
   CAPITOL CORPORATE SERVICES, INC.
   STE B
   992 DAVIDSON DR
   NASHVILLE, TN 37205-1051
   DAVIDSON COUNTY

5. Fiscal Year Close Month:    December

6. If the document is not to be effective upon filing by the Secretary of State, the delayed effective date and time is:
   (none)                                    (Not to exceed 90 days)

7. The Limited Liability Company will be:
   ☐ Member Managed          ☒ Manager Managed          ☐ Director Managed

8. Number of Members at the date of filing:    1

9. Period of Duration:    Perpetual

10. The complete address of the Limited Liability Company's principal executive office is:
    KEITH WEAVER
    SUITE 2000
    600 NORTH MAIN STREET
    SHELBYVILLE, TN 37160
    BEDFORD COUNTY



# ARTICLES OF ORGANIZATION
# LIMITED LIABILITY COMPANY

SS-4270



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102
(615) 741-2286

Filing Fee: $50.00 per member
(minimum fee = $300.00, maximum fee = $3,000.00)

For Office Use Only
**-FILED-**
Control # 001562521

B1600-4990 07/25/2024 12:14 PM Received by Tennessee Secretary of State Tre Hargett

**The name of the Limited Liability Company is:** Quill and Cask Owner, LLC

**11. The complete mailing address of the entity (if different from the principal office) is:**
KEITH WEAVER
SUITE 2000
600 NORTH MAIN STREET
SHELBYVILLE, TN 37160

**12. Non-Profit LLC** (required only if the Additional Designation of "Non-Profit LLC" is entered in section 3.)
☐ I certify that this entity is a Non-Profit LLC whose sole member is a nonprofit corporation, foreign or domestic, incorporated under or subject to the provisions of the Tennessee Nonprofit Corporation Act and who is exempt from franchise and excise tax as not-for-profit as defined in T.C.A. §67-4-2004. The business is disregarded as an entity for federal income tax purposes.

**13. Professional LLC** (required only if the Additional Designation of "Professional LLC" is entered in section 3.)
☐ I certify that this PLLC has one or more qualified persons as members and no disqualified persons as members or holders.
**Licensed Profession:**

**14. Series LLC** (optional)
☐ I certify that this entity meets the requirements of T.C.A. §48-249-309(a) & (b)

**15. Obligated Member Entity** (list of obligated members and signatures must be attached)
☐ This entity will be registered as an Obligated Member Entity (OME)    Effective Date: (none)
☐ I understand that by statute: THE EXECUTION AND FILING OF THIS DOCUMENT WILL CAUSE THE MEMBER(S) TO BE PERSONALLY LIABLE FOR THE DEBTS, OBLIGATIONS AND LIABILITIES OF THE LIMITED LIABILITY COMPANY TO THE SAME EXTENT AS A GENERAL PARTNER OF A GENERAL PARTNERSHIP. CONSULT YOUR ATTORNEY.

**16. This entity is prohibited from doing business in Tennessee:**
☐ This entity, while being formed under Tennessee law, is prohibited from engaging in business in Tennessee.

**17. Other Provisions:**

| Electronic | Organizer |
|---|---|
| Signature | Title/Signer's Capacity |
| Taylor Kinard | Jul 25, 2024 12:14PM |
| Printed Name | Date |

**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: 615-741-2286
sos.tn.gov/

**Tre Hargett**
Secretary of State

CAPITOL CORPORATE SERVICES, INC.
992 DAVIDSON DR STE B
NASHVILLE, TN 37205-1051, USA

Issuance Date: 06/10/2025

Control Number: 001562521
Tracking Number: B2025397585

**RE: Notice of Determination for QUILL AND CASK OWNER, LLC**

Dear Business Entity:

Pursuant to the provisions of T.C.A. § 48-25-301 or § 48-246-501 of the Tennessee Limited Liability Company Act or T.C.A. § 48-249-604 or § 48-249-908 of the Tennessee Revised Limited Liability Company Act, it has been determined that the following ground(s) exist(s) for the administrative dissolution of the above limited liability company, if a Tennessee limited liability company, or the revocation of its certificate of authority, if a foreign limited liability company:

The annual report which was due on or before 04/01/2025 has not been filed. You may generate the annual report form from our website [https://tncab.tnsos.gov] and either file it electronically or mail it along with the filing fee to the Tennessee Secretary of State at the address noted on the annual report form.

**If each ground for dissolution or revocation is not corrected or proven not to exist within 65 calendar days from the issuance date of this notice, the business entity, all associated assumed names, and any workers' compensation exemption registrations associated with this entity shall be administratively dissolved/revoked or may have its certificate of authority revoked and the entity will have to complete additional requirements and pay additional filing fees to reinstate or terminate.**

**NOTE: Make sure to add your business email when filing your annual report to receive reminders of important deadlines.**

If you have questions, please contact us at the number noted below.

Sincerely,

Business Services Division

**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: 615-741-2286
sos.tn.gov/

**Tre Hargett**
Secretary of State

TRACIE JORDAN
194 WASHINGTON AVE
ALBANY, NY 12210, USA

| | | | |
|---|---|---|---|
| **Request Type:** | Certified Copies | **Issuance Date:** | 09/23/2025 |
| **Order #:** | C2025081632 | **Copies Requested:** | 1 |

## Document Receipt

| | | | |
|---|---|---|---|
| Receipt #: | 2025-673734 | Filing Fee: | $20.00 |
| Payment: | Credit Card - 3906522103 | | $20.00 |

I, Tre Hargett, Secretary of State of the State of Tennessee, do hereby certify that **QUILL AND CASK OWNER, LLC**, Control # 001562521 was formed or qualified to do business in the State of Tennessee on 07/25/2024. QUILL AND CASK OWNER, LLC has a home jurisdiction of TENNESSEE and is currently in Active status. The attached documents are true and correct copies and were filed in this office on the date(s) indicated below.

Tre Hargett
Secretary of State

| Tracking # | Date Filed | Filing Description |
|---|---|---|
| B2025479965 | 07/05/2025 | 2024 Annual Report for QUILL AND CASK OWNER, LLC |

# Annual Report

**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: 615-741-2286
sos.tn.gov/businesses

Control #: 001562521
Filed: 07/05/2025  12:12 PM
Tre Hargett
Secretary of State



**Tre Hargett**
Secretary of State

## Entity Information

**Business Name:** QUILL AND CASK OWNER, LLC

**Entity Type:** Limited Liability Company

**Place of Formation:** TENNESSEE

**Control Number:** 001562521

**Managed Type:** Manager Managed

**Principal Office Address:**
600 NORTH MAIN STREET SUITE 2000
USA, SHELBYVILLE, TN 37160

**Mailing Address:**
600 NORTH MAIN STREET SUITE 2000
USA, SHELBYVILLE, TN 37160

**Nature of Business (NAICS):**

**Number of Members:** Six Or Less

## Officer Information

KEITH WEAVER
600 NORTH MAIN STREET SUITE 2000
USA, SHELBYVILLE, TN 37160
*Manager*

## Registered Agent Information

CAPITOL CORPORATE SERVICES, INC.
992 DAVIDSON DR STE B
NASHVILLE, TN 37205-1051

## Signature

☑ By entering my name in the space provided below, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day.

**Signed Electronically:** KEITH   WEAVER          **Date:** 07/05/2025
**Title:** MANAGER