# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:25-cv-00038-CEA-CHS |
| ) | |
| v. ) | Judge Atchley |
| ) | |
| UNCLE NEAREST, INC., *et al.*, ) | Magistrate Judge Steger |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned files this appearance in this case and gives notice that he will appear and represent the interests of WhistlePig, LLC, and requests to be served with copies of all filings and notice in this case in accordance with the Federal Rules of civil Procedure, and the Local Rules for the Eastern District of Tennessee. Service may be made as follows:

    Austin L. McMullen
    Bradley Arant Boult Cummings LLP
    1221 Broadway, Suite 2400
    Nashville, Tennessee 37203
    Phone: (615) 252-2307
    E-mail: amcmullen@bradley.com

Dated this 2nd Day of October, 2025.

Respectfully submitted,

/s/ *Austin L. McMullen*
Austin L. McMullen (BPR #020877)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Phone: (615) 252-2307
amcmullen@bradley.com

*Attorneys for WhistlePig, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting services in the above-listed case.

Dated October 2, 2025.

/s/ *Austin L. McMullen*
Austin L. McMullen