**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

---

**NOTICE OF COMPLIANCE**

---

I hereby certify that on the 30th day of September 2025, I caused a true and correct copy of the foregoing, **Motion to Clarify,** Court's **Order** regarding the **Motion to Clarify, and Order Appointing Receiver** to be served upon the individuals/entities listed below in the manner indicated:

**Via Certified Mail**

Shelbyville Barrel House BBQ LLC
c/o UNITED STATES CORPORATION AGENTS, INC.
5865 RIDGEWAY CENTER PKWY STE 384
MEMPHIS, TN 38120-4032

**Via Certified Mail**

Shelbyville Grand, LLC
c/o UNITED STATES CORPORATION AGENTS, INC.
5865 RIDGEWAY CENTER PKWY STE 384
MEMPHIS, TN 38120-4032

**Via Certified Mail**
Grant Sidney, Inc.
INCORPORATING SERVICES, LTD., INC.
992 DAVIDSON DR STE B
NASHVILLE, TN 37205-1051

**Via Certified Mail**
Quill and Cask Owner, LLC
CAPITOL CORPORATE SERVICES, INC.
992 DAVIDSON DR STE B
NASHVILLE, TN 37205-1051

**Via Certified Mail**

Nashwood, Inc.
INCORPORATING SERVICES, LTD.
3500 S DUPONT HWY
DOVER, DE 19901

**Via Certified Mail**

Humble Baron, Inc
c/o INCORPORATING SERVICES, LTD.
3500 S DUPONT HWY
DOVER, DE 19901

**Via Certified Mail**
4 Park Street LLC
RESIDENT AGENTS INC.
8 THE GREEN, STE R
DOVER, DE 19901

The following three entities were either never formally established or do not have assigned Registered Agents. For service on these three entities, Attorney Michael Collins, counsel for Keith and Fawn Weaver, has agreed to accept service on their behalf. Those entities are:

- Uncle Nearest Spurs VI, LLC
- Classic Hops Brewing Co.
- Weaver Interwoven Family Foundation

Respectfully submitted,

/s/ Justin T. Campbell
Justin T. Campbell, Tn. Bar No. 31056
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Voice: (615) 465-6015
Fax: (615) 807-3048
Justin@thompsonburton.com

*Counsel for Receiver*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all parties having made an appearance herein, via the Court's CM/ECF system.

This 13th day of October, 2025.

/s/ Justin T. Campbell
Justin T. Campbell