**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **FARM CREDIT MID-AMERICA, PCA,** | ) | |
| **Plaintiff,** | ) | **Case No. 4:25-cv-38** |
| **v.** | ) | **Judge Atchley** |
| **UNCLE NEAREST, INC., et al.,** | ) | **Magistrate Judge Steger** |
| **Defendants.** | ) | |

## NOTICE OF SPECIAL APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned, Michael E. Collins of Manier & Herod, a Tennessee Professional Corporation, 1201 Demonbreun Street, Suite 900, Nashville, Tennessee 37203, hereby enters his notice of special appearance as counsel for the following companies (collectively, the "Non-Defendants"), in the above-referenced matter.

1) Shelbyville Barrel House BBQ LLC

2) Humble Baron, Inc.

3) Grant Sidney, Inc.

4) Uncle Nearest Spurs VI, LLC

5) Quill and Cask Owner, LLC

6) Nashwood, Inc.

7) Classic Hops, Inc.

8) Shelbyville Grand, LLC

9) Weaver Interwoven Family Foundation

10) 4 Front Street LLC

By virtue of this special appearance, each of the Non-Defendants expressly reserves any and all defenses/objections relating to the Court's jurisdiction and/or venue, as well as any and all defenses/objections under the Federal Rules of Civil Procedure.

All notices, pleadings, and other papers filed in this matter, as well as correspondence with respect to the above-captioned proceeding, should be forwarded to the undersigned counsel at the address listed below.

Respectfully submitted,

**MANIER & HEROD, P.C.**

*/s/ Michael E. Collins*

Michael E. Collins (TN BPR No. 16036)
S. Marc Buchman (TN BPR No. 41598)
1201 Demonbreun Street, Suite 900
Nashville, Tennessee 37203
T: (615) 244-0030
F: (629) 500-1137
mcollins@manierherod.com
mbuchman@manierherod.com

*Counsel for the Non-Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, a true and correct copy of the foregoing Notice of Special Appearance was served on all parties receiving electronic notice via the CM/ECF system.

*/s/ Michael E. Collins*
Michael E. Collins