UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:25-cv-38 |
| ) | |
| v. ) | Judge Atchley |
| ) | |
| UNCLE NEAREST, INC., et al., ) | Magistrate Judge Steger |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendants, Keith Weaver and Fawn Weaver (collectively, the "Weavers" or "Defendants"), by and through their undersigned counsel and in accordance with Local Rule 83.4(g), respectfully move this Court for an Order substituting Rocklan W. King, III, Stacia Marie Daigle, and Adams and Reese, LLP with Michael E. Collins and Manier & Herod., P.C., as the their counsel of record. In support of this motion the Weavers state as follows:

1. Farm Credit Mid-America, PCA ("Farm Credit" or "Plaintiff") filed the Complaint and Request for Appointment of Receiver on or about July 28, 2025.

2. On or about August 3, 2025, the Weavers filed a Response to the Emergency Motion to Appoint Receiver.

3. This Court entered the Order Appointing Receiver on or about August 22, 2025.

4. No discovery has been served.

5. Based on the appointment of the Receiver, the Weavers and Adams and Reese, LLP have mutually agreed to terminate their engagement, and the Weavers now request that Michael E. Collins and Manier & Herod., P.C. be substituted as their counsel of record.

1

6. Copies of all pleadings, papers, correspondence, and electronic filing notices, etc., should be directed to:

>Michael E. Collins
>**MANIER & HEROD, P.C.**
>1201 Demonbreun Street, Suite 900
>Nashville, Tennessee 37203
>T: (615) 244-0030
>F: (629) 500-1137
>mcollins@manierherod.com

Respectfully submitted,

**MANIER & HEROD, P.C.**

*/s/ Michael E. Collins*
Michael E. Collins (TN BPR No. 16036)
S. Marc Buchman (TN BPR No. 41598)
1201 Demonbreun Street, Suite 900
Nashville, Tennessee 37203
T: (615) 244-0030
F: (629) 500-1137
mcollins@manierherod.com
mbuchman@manierherod.com

*Counsel for Defendants, Fawn Weaver and Keith Weaver*

-and-

*/s/ Rocklan W. King, III*
Rocklan W King, III
Stacia Marie Daigle
**ADAMS AND REESE LLP**
1600 West End Avenue Ste 1400
Nashville, TN 37203
615-259-1450
Rocky.King@arlaw.com
Stacia.Burns@arlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2025, a true and correct copy of the foregoing was served on all parties receiving electronic notice via the CM/ECF system.

*/s/ Michael E. Collins*
Michael E. Collins

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **FARM CREDIT MID-AMERICA, PCA,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| **UNCLE NEAREST, INC., et al.,** | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

This matter came before the Court upon Defendants, Keith and Fawn Weaver's (collectively, the "Weavers" or "Defendants") Motion for Substitution of Counsel. Upon consideration of the record in this matter and good cause shown,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion for Substitution of Counsel is GRANTED.

2. Rocklan W. King, III, Stacia Marie Daigle, and Adams and Reese, LLP shall be deemed withdrawn as counsel of record for the Weavers.

3. Michael E. Collins, S. Marc Buchman, and Manier & Herod., P.C. shall be substituted as the Weaver's counsel of record. Copies of all pleadings, papers, correspondence, and electronic filing notices, etc., shall be directed to the Weavers' substituted counsel using the following address:

> Michael E. Collins
> **MANIER & HEROD, P.C.**
> 1201 Demonbreun Street, Suite 900
> Nashville, Tennessee 37203
> T: (615) 244-0030
> F: (629) 500-1137
> mcollins@manierherod.com

**SO ORDERED**.

 

    **CHARLES E. ATCHLEY, JR.**
    **UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY BY:**

**MANIER & HEROD, P.C.**

*/s/ Michael E. Collins*
_____
Michael E. Collins    (TN BPR No. 16036)
S. Marc Buchman    (TN BPR No. 41598)
1201 Demonbreun Street, Suite 900
Nashville, Tennessee 37203
T: (615) 244-0030
F: (629) 500-1137
mcollins@manierherod.com
mbuchman@manierherod.com

*Counsel for Defendants, Fawn Weaver and Keith Weaver*

-and-

**ADAMS AND REESE LLP**

*/s/ Rocklan W. King, III*
_____
Rocklan W King, III
Stacia Marie Daigle
1600 West End Avenue Ste 1400
Nashville, TN 37203
615-259-1450
Rocky.King@arlaw.com
Stacia.Burns@arlaw.com

5

Case 4:25-cv-00038-CEA-CHS    Document 61    Filed 10/21/25    Page 5 of 5    PageID #: 2648