UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **FARM CREDIT MID-AMERICA, PCA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNCLE NEAREST, INC., NEAREST GREEN DISTILLERY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER, and KEITH WEAVER**<br><br>**Defendants.** | **Civil Action No. 4:25-CV-00038** |

## JOINT STIPULATION WAIVING SERVICE OF SUMMONS

Plaintiff Farm Credit Mid-America, P.C.A. ("Farm Credit), and Defendants Uncle Nearest, Inc., Nearest Green Distillery, Inc., Uncle Nearest Real Estate Holdings, LLC, Fawn Weaver, and Keith Weaver (collectively, the "Defendants") (and together with Farm Credit, the "Parties"), by and through counsel, have jointly stipulated that Defendants waive service of summons and that the Parties agree to set a deadline for Defendants' answer at a later date.

**IT IS THEREFORE STIPULATED AND AGREED** that:

1. The Defendants and their counsel have received a copy of the Complaint. Counsel has appeared on the Defendants' behalf and the Defendants have agreed to save the expense of serving a summons and complaint in this case.

2. The Defendants understand that they will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a summons or of service.

3. The deadline for the Defendants to answer the Complaint will be a date determined by the Parties by mutual agreement in writing and without further order of this Court.

Dated: August 14, 2025

Respectfully submitted,

*_/s/ Erika R. Barnes_*
Erika R. Barnes (TN Bar No. 028628)
**STITES & HARBISON PLLC**
401 Commerce St., Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email: ebarnes@stites.com

- and-

Demetra Liggins (admitted *pro hac vice*)
Dairanetta S. Spain (TN Bar No. 039981)
**MCGUIREWOODS LLP**
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX 77002
Telephone: (713) 353-6661
Email: dliggins@mcguirewoods.com
dspain@mcguirewoods.com

M. Alexandra Shipley (admitted *pro hac vice*)
**MCGUIREWOODS LLP**
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8253
Email: ashipley@mcguirewoods.com

K. Elizabeth Sieg (*pro hac vice* pending)
**MCGUIREWOODS LLP**
800 East Canal St.
Richmond, VA 23219
Telephone: (804) 775-1137
Email: bsieg@mcguirewoods.com
***Attorneys for Farm Credit Mid-America, PCA***

**ADAMS AND REESE, LLP**

*/s/ Rocklan W. King, III*
Rocklan W. King III (TN BPR #030643)
Stacia M. Daigle (BPR #038533)
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
(615) 259-1450 / (615) 259-1470 F
rocky.king@arlaw.com
stacia.daigle@arlaw.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

*/s/ Demetra Liggins*
Demetra Liggins