**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ADDITIONAL PROFESSIONAL RETAINED BY RECEIVER

Comes now Phillip G. Young, Jr. (the "Receiver"), the court-appointed receiver in this matter, by and through counsel, and hereby submits this Notice of Additional Professional Retained by Receiver pursuant to Paragraph 10(c) of the Order Appointing Receiver. The Receiver hereby states that he has retained Arlington Capital Advisors, LLC to advise the Receiver on possible transactions related to this matter, including refinancing of indebtedness, consummating equity infusions or investments, and/or consummating a sale of some or all of the Receivership Assets.

Respectfully Submitted,

/s Justin T. Campbell
Justin T. Campbell, Tn Bar No. 031056
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Voice: (615) 465-6015
Fax: (615) 807-3048
Email: justin@thompsonburton.com

*Counsel for Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: October 27, 2025.

/s/ Justin T. Campbell
Justin T. Campbell