UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.*, | ) | Magistrate Judge Steger |
| | ) | |
| *Defendants*. | ) | |

## ORDER

Before the Court is Receiver Phillip G. Young, Jr., Plaintiff Farm Credit Mid-America, PCA, and Non-Party Respondents Humble Baron, Inc., Shelbyville Barrel House BBQ, LLC, Grant Sidney, Inc., Uncle Nearest Spurs VI, LLC, Quill and Cask Owner, LLC, Nashwood, Inc., Classic Hops Brewing Co., Shelbyville Grand, LLC, Weaver Interwoven Family Foundation, and 4 Front Street LLC's Joint Motion for Entry of Agreed Order [Doc. 77]. The Motion requests the Court enter a proposed Agreed Order that would, generally speaking, (1) direct the Non-Party Respondents to provide certain bank statements to the Receiver, (2) require the Receiver to review these bank statements in relation to the currently pending Motion for Clarification, and (3) direct the Receiver to—after having reviewed the provided bank statements and given the Non-Party Respondents the opportunity to provide any necessary clarification—advise the Court whether a hearing on the Motion for Clarification is necessary or whether the Motion for Clarification will be withdrawn. [*Id.*; Doc. 77-1].

Considering the movants' good faith efforts to resolve this issue and the fact the Receiver is in the best position to evaluate what effect the Non-Party Respondents' bank statements may have on the Motion for Clarification, the Joint Motion [Doc. 77] is **GRANTED**. The Court will

enter the Agreed Order contemporaneously. Furthermore, to ensure the Court remains informed of the movants' progress towards completing the requirements laid out in the Agreed Order, the Receiver is hereby **ORDERED** to submit brief reports stating which obligations under the Agreed Order have been completed and which remain outstanding **every thirty days**. This reporting obligation shall continue until the Receiver files the notice described in Paragraph 8 of the Agreed Order.

    **SO ORDERED.**

    */s/ Charles E. Atchley, Jr.*
    **CHARLES E. ATCHLEY, JR.**
    **UNITED STATES DISTRICT JUDGE**