UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) |
| Plaintiff, | ) Case No. 4:25-cv-38 |
| v. | ) Judge Atchley |
| UNCLE NEAREST, INC., *et al.,* | ) Magistrate Judge Steger |
| Defendants. | ) |

## RECEIVER'S REPORT REGARDING
## NON-PARTY RESPONDENTS' DOCUMENT PRODUCTION

Comes now Phillip G. Young, Jr. (the "Receiver"), the court-appointed receiver in this matter, by and through counsel, and offers this report pursuant to the terms of the Court's Order (Doc. 78) (the "Order") entered on October 29, 2025.

In the Court's Order, this Court directed the Receiver to "submit brief reports stating which obligations under the Agreed Order have been completed and which remain outstanding" every thirty days. As of the date of this Report, Uncle Nearest Real Estate Holdings LLC, Shelbyville Barrel House BBQ LLC, Humble Baron, Inc., Grant Sidney, Inc., Uncle Nearest Spurs VI, LLC, Quill and Cask Owner, LLC, Nashwood, Inc., Classic Hops Brewing Co., Shelbyville Grand, LLC, Weaver Interwoven Family Foundation, and 4 Park Street LLC (collectively, the "Non-Party Respondents") have each submitted to the Receiver two (2) years of bank account statements, to the extent those entities maintained bank accounts. Based upon the transfers noted in the produced bank account statements, on November 19, 2025, the Receiver requested an additional three (3) years of bank account statements for seven (7) of the Non-Party Respondents: Shelbyville Barrel House BBQ LLC, Humble Baron, Inc., Grant Sidney, Inc., Quill and Cask Owner, LLC, Nashwood, Inc., Classic Hops Brewing Co., and Shelbyville Grand, LLC. These additional bank

1

statements are due to be produced to the Receiver on December 1, 2025.

The Receiver did not receive check copies, wire transfer details, or credit details for six (6) of the accounts. When the Receiver requested this additional information for these six (6) accounts, the Non-Party Respondents, through counsel, responded that those documents were not "included with the bank statements or otherwise readily available" as provided in the terms of the Agreed Order Staying Proceedings Related to Receiver's Motion for Clarification and Establishing Schedule Regarding Further Proceedings (Doc. 79). As a solution to this issue, the Non-Party Respondents have agreed to provide further explanations for any transfers identified by the Receiver as questionable; the Receiver and his financial consultants are working to compile that list of questionable transfers.

The Receiver will notify this Court once all requirements of the Agreed Order Staying Proceedings Related to Receiver's Motion for Clarification and Establishing Schedule Regarding Further Proceedings have been met.

Dated this 26th day of November, 2025.

Respectfully submitted,

/s/ Justin T. Campbell
Justin T. Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
(615) 465-6015 (phone)
justin@thompsonburton.com

Counsel for the Receiver

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served on all parties having made an appearance herein, via the Court's CM/ECF system.

      This 26th day of November, 2025.

                                          /s/ Justin T. Campbell
                                          Justin T. Campbell