**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT TENNESSEE**

| | | |
|---|---|---|
| **FARM CREDIT MID-AMERICA, PCA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNCLE NEAREST, INC., NEAREST GREEN DISTILLERY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER and KEITH WEAVER,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 4:25-cv-38** |

**NOTICE OF APPEARANCE**

Please take notice that Michael E. Collins, Esq., and S. Marc Buchman, Esq., with the law firm of Manier & Herod., P.C., hereby enter their appearance as counsel for Defendants, Uncle Nearest, Inc., Nearest Green Distillery, Inc., and Uncle Nearest Real Estate Holdings, LLC (collectively, "Defendants"). Copies of all pleadings, papers, correspondence, and electronic filing notices, etc., should be directed to:


Michael E. Collins
S. Marc Buchman
**MANIER & HEROD, P.C.**
1201 Demonbreun Street, Suite 900
Nashville, Tennessee 37203
T: (615) 244-0030
F: (629) 500-1137
mcollins@manierherod.com
mbuchman@manierherod.com

Respectfully submitted,

*/s/ Michael E. Collins*


Michael E. Collins (TN BPR No. 16036)
S. Marc Buchman (TN BPR No. 41598)
**MANIER & HEROD, P.C.**
1201 Demonbreun Street, Suite 900
Nashville, Tennessee 37203
T: (615) 244-0030
F: (629) 500-1137
mcollins@manierherod.com
mbuchman@manierherod.com

*Counsel for Defendants*


**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2025, a true and correct copy of the foregoing Notice of Appearance was served on all parties receiving electronic notice via the CM/ECF system.

*/s/ Michael E. Collins*
Michael E. Collins