IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) |
| Plaintiff, | ) Case No. 4:25-cv-38 |
| v. | ) Judge Atchley |
| UNCLE NEAREST, INC., et al., | ) Magistrate Judge Steger |
| Defendants. | ) |

**STIPULATION AND AGREED ORDER EXTENDING THE TIME TO FILE RESPONSES AND REPLIES TO THE MOTION TO RECONSIDER THE MEMORANDUM OPINION AND ORDER [DKT. 32] AND ORDER APPOINTING RECEIVER [DKT. 39] AND TO STAY ACCESS TO PROPRIETARY INFORMATION**

Grant Sidney, Inc. ("Grant Sidney"), Fawn Weaver, and Keith Weaver (collectively, the "Movants"), Farm Credit Mid-America, PCA ("Farm Credit"), and Phillip G. Young, Jr., in his capacity as receiver (the "Receiver") (the Movants, Farm Credit, and the Receiver, collectively, the "Parties"), each by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on December 23, 2025, the Movants filed their *Motion to Reconsider the Memorandum Opinion and Order [Dkt. 32] and Order Appointing Receiver [Dkt. 39] and to Stay Access to Proprietary Information* [Dkt. 91] (the "Motion to Reconsider").

**WHEREAS**, pursuant to Local Rule 7.1(a), the response deadline for the Motion to Reconsider is January 6, 2026, and the reply deadline is January 13, 2026.

**WHEREAS**, given the holidays, the Parties have agreed to respectively extend the response and reply deadlines for the Motion to Reconsider by one week to January 13, 2026, and January 20, 2026.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The deadline for Farm Credit and the Receiver to file a response to the Motion to Reconsider shall be January 13, 2026.

2. The deadline for the Movants to file a reply to Farm Credit's or the Receiver's response to the Motion to Reconsider shall be January 20, 2026.

**SO ORDERED.**

_____
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

**AGREED TO BY:**

/s/ Michael E. Collins
Michael E. Collins (TN BPR No. 16036)
S. Marc Buchman (TN BPR No. 41598)
**MANIER & HEROD, P.C.**
1201 Demonbreun St., Suite 900
Nashville, TN 37203
T: (615) 244-0030
F: (629) 500-1137
mcollins@manierherod.com
mbuchman@manierherod.com

*Counsel for Grant Sidney, Inc.,
Fawn Weaver, and Keith Weaver*

-and-

/s/ Justin T. Campbell
Justin T. Campbell (TN BPR No. 31056)
**THOMPSON BURTON PLLC**
1801 West End Ave., Suite 1550
Nashville, TN 37203
T: (615) 465-6015
justin@thompsonburton.com

*Counsel for Phillip G. Young, Jr.,
in his capacity as receiver*

-and-

/s/ Erika R. Barnes
Erika R. Barnes (TN BPR No. 28628)
Stites & Harbison PLLC
401 Commerce St. Suite 800
Nashville, TN 37219
T: (615) 782-2252
ebarnes@stites.com

-and-

Demetra Liggins (admitted *pro hac vice*)
Dairanetta S. Spain (TN BPR No. 39981)
**MCGUIREWOODS LLP**
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX 77002
T: (713) 353-6661
dliggins@mcguirewoods.com
dspain@mcguirewoods.com

M. Alexandra Shipley (admitted *pro hac vice*)
**MCGUIREWOODS LLP**
77 West Wacker Dr., Suite 4100
Chicago, IL 60601
T: (312) 849-8253
ashipley@mcguirewoods.com

K. Elizabeth Sieg (admitted *pro hac vice*)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal St.
Richmond, VA 23219
bsieg@mcguirewoods.com

*Counsel for Farm Credit Mid-America, PCA*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, a copy of the foregoing was served via this Court's CM/ECF system on all parties consenting to receive electronic service.

*/s/ Michael E. Collins*
Michael E. Collins