UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.*, | ) | Magistrate Judge Steger |
| | ) | |
| *Defendants*. | ) | |

## ORDER

The parties have agreed to a stipulated briefing schedule regarding Defendant Fawn Weaver, Defendant Keith Weaver, and Non-Party Grant Sidney, Inc.'s Motion to Reconsider. [Doc. 92]. Given the parties collaborative efforts and the effects of the recent holidays on the parties' abilities to respond to the Motion to Reconsider, the Court hereby approves the stipulated briefing schedule pursuant to Local Rule 7.1(a). *See* E.D. Tenn. L.R. 7.1(a) (stating that the standard briefing schedule "may be set aside if ordered by the Court, or if within 14 days after the filing of a motion, a stipulated briefing schedule is approved by the Court."). Accordingly, Plaintiff Farm Credit Mid-America, PCA and the Receiver, Phillip G. Young, Jr., shall have until, and including, **January 13, 2026**, to file a response to the Motion to Reconsider. The Weavers and Grant Sidney shall have until, and including, **January 20, 2026**, to file a reply should they so desire.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**