UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) |
| Plaintiff, | ) Case No. 4:25-cv-38 |
| v. | ) Judge Atchley |
| UNCLE NEAREST, INC., et al., | ) Magistrate Judge Steger |
| Defendants. | ) |

**ADDITIONAL ENTITIES' NOTICE OF NO FURTHER REQUESTS OR REPLY BY RECEIVER AND REQUEST FOR ENTRY OF ORDER RELATING TO MOTION TO CLARIFY**

Shelbyville Barrel House BBQ LLC, Humble Baron, Inc., Grant Sidney, Inc., Uncle Nearest Spurs VI, LLC, Quill and Cask Owner, LLC, Nashwood, Inc., Classic Hops Brewing Co., Shelbyville Grand, LLC, Weaver Interwoven Family Foundation, and 4 Front Street LLC (collectively, the "Additional Entities") hereby provide notice to the Court that, with regard to the *Receiver's Motion for Clarification of Receivership Order* (the "Motion to Clarify"), the Receiver has received all of the requested documents relating to the Additional Entities as of December 1, 2025, and has not provided "any additional questions, evidence and/or argument regarding the Motion to Clarify to the Respondents" within 14 days of receipt of the documentation as required by the *Agreed Order Staying Proceedings Related to Receiver's Motion for Clarification and Establishing Schedule Regarding Further Proceedings* (the "Agreed Order"). Such additional questions, evidence, and/or arguments were due on December 15, 2025. Furthermore, the Receiver has not filed the monthly report regarding the status of the additional documentation due on December 31, 2025, as required by the *Order* entered October 29, 2025 (the "October 29 Order").

On January 2, 2026, counsel for the Additional Entities emailed the Receiver and his counsel to confirm that the Receiver would not be asserting that the Additional Entities should be part of the Receivership (the "January 2 E-mail"). To date, no response has been received.

In light of (a) no additional evidence or argument having been provided in accordance with the Agreed Order, (b) no monthly report having been filed by December 31, 2025, in accordance with the October 29 Order, and (c) no response having been made to the January 2 Email, and due to the severe financial impact the cloud of the Motion to Clarify is having on the operations of the Additional Entities, the Additional Entities request entry of the proposed order attached as **EXHIBIT A**, which clarifies that the Additional Entities are not under the control of the Receiver or part of the Receivership Estate.

Respectfully submitted,

**MANIER & HEROD, P.C.**

*/s/ Michael E. Collins*
Michael E. Collins (TN BPR No. 16036)
S. Marc Buchman (TN BPR No. 41598)
1201 Demonbreun Street, Suite 900
Nashville, Tennessee 37203
T: (615) 244-0030
F: (629) 500-1137
mcollins@manierherod.com
mbuchman@manierherod.com

*Counsel for the Additional Entities*

# CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2026, a true and correct copy of the foregoing was served on all parties receiving electronic notice via the CM/ECF system.

*/s/ Michael E. Collins*
Michael E. Collins

# EXHIBIT A
Proposed Order

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:25-cv-38 |
| ) | |
| v. ) | Judge Atchley |
| ) | |
| UNCLE NEAREST, INC., et al., ) | Magistrate Judge Steger |
| ) | |
| Defendants. ) | |
| ) | |

ORDER ON RECEIVER'S MOTION FOR CLARIFICATION
OF RECEIVERSHIP ORDER

Upon the *Receiver's Motion for Clarification of Receivership Order* (the "Motion"); and responses thereto having been filed by Farm Credit Mid-America, PCA, Shelbyville Barrel House BBQ LLC, Humble Baron, Inc., Grant Sidney, Inc., Uncle Nearest Spurs VI, LLC, Quill and Cask Owner, LLC, Nashwood, Inc., Classic Hops Brewing Co., Shelbyville Grand, LLC, Weaver Interwoven Family Foundation, and 4 Front Street LLC (collectively, the "Additional Entities"); and the Court having previously entered the *Agreed Order Staying Proceedings Related to Receiver's Motion for Clarification and Establishing Schedule Regarding Further Proceedings* (Dkt. 79) and the *Order* entered October 29, 2025 (Dkt. 78), which set forth certain deadlines relating to resolution of the Motion; and based on the representation of the Additional Entities in the *Additional Entities Notice of No Further Requests or Reply by Receiver and Request for Entry of Order Relating to Motion to Clarify* filed on January 6, 2026, it is hereby

4

Case 4:25-cv-00038-CEA-CHS    Document 95    Filed 01/06/26    Page 4 of 5    PageID #: 2880

**ORDERED** that the Additional Entities are not included as entities subject to the control of the Receiver under the *Order Appointing Receiver* (Dkt. 39) and neither the Additional Entities nor their respective assets are deemed assets of the Receivership; and it is further

**ORDERED** that any and all matters pertaining to the Motion to Clarify are deemed resolved by this Order.

**SO ORDERED.**

**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

**Submitted by:**

*/s/ Michael E. Collins*
Michael E. Collins (TN BPR No. 16036)
S. Marc Buchman (TN BPR No. 41598)
**MANIER & HEROD, P.C.**
1201 Demonbreun St., Suite 900
Nashville, TN 37203
T: (615) 244-0030
F: (629) 500-1137
mcollins@manierherod.com
mbuchman@manierherod.com

*Counsel for Additional Entities*