# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) |
| Plaintiff, | ) Case No. 4:25-cv-38 |
| v. | ) Judge Atchley |
| UNCLE NEAREST, INC., *et al.*, | ) Magistrate Judge Steger |
| Defendants. | ) |

## RECEIVER'S MOTION TO FILE SECOND QUARTERLY REPORT UNDER SEAL

Comes now Phillip G. Young, Jr. (the "Receiver"), the court-appointed receiver in this matter, by and through counsel, and respectfully requests leave from the Court to file his Second Quarterly Report, which is submitted herewith as. a "Proposed Sealed Document" pursuant to Local Rule 26.2, the Electronic Case Filing Rules and Procedures Rule 12.2, and this Court's Memorandum and Order Regarding Sealing Confidential Information (Doc. 9).

In support of this motion, the Trustee states as follows:

1. The Receiver understands and appreciates this Court's stance that motions to seal are disfavored. That said, given the status of this Receivership and the contents of the Receiver's Second Quarterly Report (the "Report"), the Receiver believes that the Court should seal the Report for several reasons.

2. First, this Court's Receivership Order makes clear that the primary purpose of filing quarterly reports in this case is to ensure that the Court and the parties to this action are being adequately informed on the progress of the Receivership. That goal will be accomplished even if the Report is sealed, as the Court will have access to the sealed report and the Report will be emailed to counsel for the parties to this litigation. There are therefore no due process concerns or any equivalent Constitutional issues with sealing the Report.

3. Moreover, the Receiver is concerned that information contained in the Report might chill the Receiver's efforts to seek a refinancing of the debt and/or his efforts to sell the assets of the Company. As detailed in the Report, the Receiver is in the middle of a process aimed at preserving the Company's brand by the refinancing of debt or sale of assets. This is a critical juncture in this Receivership. It is important for the Receiver to be completely candid with the Court about the status of the Receivership. However, disclosure of specifics concerning the sale/refinancing process or its results thus far could have a negative impact on the sale and refinancing process and could therefore negatively impact the Company. The Receiver has been very transparent with the Court on all aspects of the marketing process and the operations of the Company, trusting that this Court will take steps to guard this sensitive and confidential information.

4. Finally, as the Receiver has argued in prior pleadings and is reiterated in the Report, disclosure of certain potential litigation at this time could have a negative impact on the value of the Company. The Receiver has been very clear that he is committed to investigating any and all causes of action belonging to the Company…at the appropriate time. Litigation of certain matters at this time, or even the disclosures made in the Report concerning that potential litigation, could adversely impact the value of the Company and the progress of this Receivership.

5. The Receiver believes that the entire purpose of this Receivership is to preserve the value of the Company; over-disclosure of information to the general public jeopardizes that goal. While the Receiver wishes to be candid with the Court and the parties to the litigation regarding the progress of all aspects of the Receivership, that degree of candor does not extend to competitors, potential investors, or the public at large. Disclosure of a substantial amount of information contained in the Report could threaten this Receivership's goals and the value of the Company.

WHEREFORE, the Receiver respectfully requests that he be allowed to file the Second Quarterly Report under seal, subject to any later order to unseal the document.

Dated this 6th day of January 2026.

Respectfully submitted,

/s/ Justin T. Campbell
Justin T. Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
(615) 465-6015 (phone)
justin@thompsonburton.com

Counsel for the Receiver

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all parties have entered a notice of appearance via the Court's CM/ECF service system.

This 6th day of January 2026.

/s/ Justin T. Campbell.
Justin T. Campbell