Walter Miles, General Partner
NexGen2780, LP
6470 East Johns Crossing STE 160
Johns Creek GA 30097

Date: 12/16/2025

Via Court Filing and Courtesy Copy

The Honorable Charles E. Atchley Jr.
United States District Judge
United States District Court
Eastern District of Tennessee
900 Georgia Avenue, Room 125
Chattanooga, Tennessee 37402



FILED
JAN 0 8 2026
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Re: In re Uncle Nearest, Inc. Receivership Proceedings
Expression of Interest in Acquisition

Your Honor,

On behalf of a group of investors, I am pleased to formally introduce our intent to engage in a transaction designed to resolve the outstanding debt obligations of Uncle Nearest with Farm Credit Mid-America.

This investor group is composed of both individual and institutional participants. The institutions expected to participate are long-established, many with histories spanning over 100 years, and collectively bring with them the experience of completing **10,000+ transactions** across industries and jurisdictions. The breadth and depth of this track record ensures financial stability, credibility, and execution capability in successfully managing the contemplated transaction.

To facilitate the repayment and restructuring process, we established NexGen2780, LP, which serves as the vehicle for carrying out the debt resolution, acquisition, and any related restructuring. NexGen2780 will be capitalized and managed by the investor group I represent, with the purpose of ensuring that all debt obligations to Farm Credit Mid-America are satisfied and that a clear and equitable exit strategy is provided for existing equity stakeholders.

We respectfully note our concern that the extended duration of the receivership proceedings may be contributing to a gradual diminution of enterprise value. Prolonged uncertainty can adversely affect brand equity, distributor and vendor relationships, employee retention, and overall market positioning. NexGen2780 believes that a timely and orderly sale process, conducted under Court supervision, could help mitigate further value erosion while maximizing recovery for creditors and other stakeholders.

In furtherance of transparency and good faith, NexGen2780 sent written correspondence expressing its interest to Farm Credit on 10/8/2025, Uncle Nearest, Inc. on 10/8/2025, and the Court-appointed Receiver 10/8/2025. Our intent in those communications, as in this letter, is solely to express interest and to make ourselves available for any Court-directed process the Receiver determines appropriate.

Delivery confirmation
Farm Credit:    10/14/2025
Phillip Young:  10/10/2025
Uncle Nearest: Delivery not confirmed

Enclosed please find a Letter of Intent (LOI), which outlines the preliminary terms of this transaction. We look forward to working with the receiver to finalize a definitive agreement that serves the best interests of the Court, the Creditor, and all stakeholders involved.

Respectfully,

NexGen2780

Walter Miles, General Partner
MILESWL09@GMAIL.COM

# LETTER OF INTENT (Asset Purchase / Debt Resolution)

FARM CREDIT MID-AMERICA
Creating Financial & Capital Investment Opportunities

PRIVATE AND CONFIDENTIAL

Date: 12/16/2025

Townsend Ziebold
Arlington Capital Advisors
2000 Morris Ave
Suite 1100
Birmingham, AL 35203

From:
Walter Miles, General Partner
NexGen2780, LP
6470 East Johns Crossing STE 160
Johns Creek GA 30097

Dear Mr. Young:

Farm Credit Mid-America (the "Creditor") is pleased to submit this Letter of Intent (the "Letter of Intent") regarding the transaction involving Uncle Nearest (the "Borrower"), with outstanding debt of USD $108,000,000. The transaction shall be carried out by NexGen2780 (the "Purchaser"), a company formed for the purpose of repaying the debt, providing working capital, and covering court and receiver fees. The Transaction will also deliver an equitable exit strategy for existing shareholders. The Transaction shall be subject to Court supervision and Receiver oversight.

## 1. Purchase Agreement.

The parties will finalize and execute a definitive purchase agreement defining the Transaction, including mutually agreed terms, prior to the Expiration Date.

## 2. Total Consideration.

The total consideration of USD $108,000,000 shall be recognized as the Borrower's outstanding obligation and shall be administered by NexGen2780 for repayment, working capital, and restructuring purposes under Court supervision.

## 3. Purchase Price Adjustment.

The consideration may be subject to customary adjustments including working capital, receivables, and inventory in accordance with GAAP. The Court and Receiver shall ensure proper disclosures and adjustments are calculated transparently.

## 4. Disclosure and Compliance

The Court and the Receiver shall provide NexGen2780 and its representatives with all financial, legal, and operational information necessary to evaluate the Transaction, including GAAP-compliant statements, contracts, liabilities, and regulatory matters. This will allow informed decision-making consistent with law and fiduciary duties.

## 5. Exit Strategy for Existing Equity Stakeholders.

The Transaction will provide a structured exit plan for all existing equity stakeholders, including redemption or buyout from Transaction proceeds, optional retained interests (with Court approval), and completion of the process within [90] days of Closing.

## 6. Ownership and Structure of NexGen2780.

At the Closing, NexGen2780 will be formed and capitalized for the sole purpose of this Transaction. NexGen2780 shall be owned by Uncle Nearest together with a group of investors subject to Court approval. Ownership, equity allocations, and management of NexGen2780 will be defined in the definitive Agreement, ensuring adequate capitalization to satisfy all obligations.

## 7. Conditions Precedent to Closing.

Customary conditions precedent will include Court approval, due diligence, and execution of necessary documentation.

## 8. Legal Effect.

This Letter of Intent is non-binding and subject to negotiation and execution of a definitive Agreement approved by the Court. Neither Uncle Nearest nor NexGen2780 shall be bound until such Agreement is executed.

As indicated above, we expect to proceed immediately to negotiate a mutually satisfactory Agreement while the Creditor, Borrower, and NexGen2780 conclude due diligence. If acceptable, please indicate below and return one signed original.

Sincerely,

UNCLE NEAREST
By: _____ Its: _____

NEXGEN2780
By: _____[signature]_____ Its: General Partner

Accepted and Agreed:

FARM CREDIT MID-AMERICA
By: _____ Its: _____

COURT-APPOINTED RECEIVER
By: _____ Its: _____

NetChen 2780, LP
6470 East Johns Crossing Ste 160
Johns Creek, Ga 30097

United States District Court
Honorable Charles E. Atchley Sr.
Eastern District of Tennessee
900 Georgia Ave, Room 125
Chattanooga, TN 37402

RETURN RECEIPT REQUESTED

REGISTERED MAIL
RA 298 010 420 US
Label 200, July 1999
(102595) 99-M-1904



Retail
RDC 99
37402
U.S. POSTAGE PAID
FCM LETTER
MABLETON, GA 30126
DEC 18, 2025
$24.88
S2324D501489-16

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**SENDER: COMPLETE THIS SECTION**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)  C. Date of Delivery

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

1. Article Addressed to:

Honorable Charles Atchley Jr
Eastern District of TN
900 Georgia Ave Room 130
Chattanooga, TN 37402



9590 9402 9792 5266 5361 76

2. Article Number (Transfer from service label)

RA298616420US