UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:25-cv-38 |
| ) | |
| v. ) | Judge Atchley |
| ) | |
| UNCLE NEAREST, INC., *et al.,* ) | Magistrate Judge Steger |
| ) | |
| Defendants. ) | |

## NOTICE REGARDING LETTER FILED WITH COURT

Comes now Phillip G. Young, Jr. (the "Receiver"), the court-appointed receiver in this matter, by and through counsel, and hereby gives this notice related to the letter filed by NexGen2780, LP ("NexGen") at Doc. 100. NexGen contacted the Receiver in October but provided no telephone number or email address by which to contact them. The Receiver researched NexGen and could find no information about the company. In late December, NexGen reached out to Arlington Capital Advisors ("Arlington"), the Receiver's investment advisors, with substantially the same letter filed with the Court. Arlington immediately contacted NexGen to discuss the letter and has been in communication with NexGen since, following the same processes as it does with any other potential investor, lender, or purchaser. To the Receiver's knowledge, NexGen has not yet signed the required Non-Disclosure Agreement, though the Receiver understands that Arlington has a follow-up call scheduled with NexGen late on January 8, 2026. In summary, the Receiver is unsure why NexGen filed the letter with the Court when it has been a party to the same process as all other potential lenders and investors.

Respectfully Submitted,

/s Justin T. Campbell
Justin T. Campbell, Tn Bar No. 031056
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Voice: (615) 465-6015
Fax:   (615) 807-3048
Email: justin@thompsonburton.com

*Counsel for Receiver*

# CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: January 8, 2026.

/s/ Justin T. Campbell
Justin T. Campbell