# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| *Plaintiff*, | ) | Case No. 4:25-cv-38 |
| v. | ) | Judge Atchley |
| UNCLE NEAREST, INC., *et al.*, | ) | Magistrate Judge Steger |
| *Defendants*. | ) | |

## ORDER

On January 6, 2026, the Court ordered the Receiver, Phillip G. Young, Jr., to show cause why he had failed to timely submit a status report as required by the Court's Order granting the parties' Joint Motion for Entry of Agreed Order. [Doc. 94]. The Receiver promptly responded. [Doc. 98]. In his response, the Receiver represented that he had missed the reporting deadline due to the intervening holidays, his focus on the larger issue of what position he should take regarding the Motion for Clarification, and the number of moving parts this case has presented as of late. [*Id.*]. The Receiver further apologized for missing the reporting deadline and assured the Court that future filings would be timely filed. [*Id.*]. Considering the foregoing, the Court finds the Receiver has shown good cause for his failure to timely submit a status report.[1]

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] In his response, the Receiver also requests that the Court set a hearing regarding the Motion for Clarification. [Doc. 98]. The Court will address the Motion for Clarification and attendant request for hearing in due course.