UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) |
| Plaintiff, | ) Case No. 4:25-cv-38 |
| v. | ) Judge Atchley |
| UNCLE NEAREST, INC., *et al.*, | ) Magistrate Judge Steger |
| Defendants. | ) |

## RECEIVER'S MOTION TO FILE
## RESPONSE TO MOTION TO RECONSIDER UNDER SEAL

Comes now Phillip G. Young, Jr. (the "Receiver"), the court-appointed receiver in this matter, by and through counsel, and respectfully requests leave from the Court to file under seal his Response to Motion to Reconsider (the "Response"), which is submitted herewith as a "Proposed Sealed Document" pursuant to Local Rule 26.2, the Electronic Case Filing Rules and Procedures Rule 12.2, and this Court's Memorandum and Order Regarding Sealing Confidential Information (Doc. 9).

In support of this motion, the Receiver states as follows:

1. Like the Receiver's Second Quarterly Report (the "Report"), the Receiver believes that the Response should be sealed. The Response incorporates, cites to, and mirrors conclusions included in the Report. Therefore, the Receiver reiterates herein the reasons that the Report, and this Response, should be kept under seal.

2. The Movants who filed the Motion to Reconsider will receive a full, unsealed copy of the Receiver's Response, as will counsel for the primary secured lender. With all parties to this litigation having full access to the Response, there are no due process concerns or any equivalent Constitutional issues with its sealing.

3. Like the Report, the Receiver is concerned that information contained in the Response might chill the Receiver's efforts to seek a refinancing of the debt and/or his efforts to sell the assets of the Company. As detailed in the Report and the Response, the Receiver is in the middle of a process aimed at preserving the Company's brand by the refinancing of debt or sale of assets. This is a critical juncture in this Receivership. It is important for the Receiver to be completely candid with the Court about the status of the Receivership and its impact on the Motion for Reconsideration. However, disclosure of specifics concerning the sale/refinancing process or its results thus far could have a negative impact on the sale and refinancing process and could therefore negatively impact the Company. The Receiver has been very transparent with the Court on all aspects of the marketing process and the operations of the Company, trusting that this Court will take steps to guard this sensitive and confidential information.

4. Finally, as the Receiver has argued in prior pleadings and is reiterated in the Response, disclosure of certain potential litigation at this time could have a negative impact on the value of the Company. The Receiver has been very clear that he is committed to investigating any and all causes of action belonging to the Company…at the appropriate time. Litigation of certain matters at this time, or even the disclosures made in the Response concerning that potential litigation, could adversely impact the value of the Company and the progress of this Receivership.

5. Like the Report, disclosure of a substantial amount of information contained in the Response could threaten this Receivership's goals and the value of the Company.

WHEREFORE, the Receiver respectfully requests that he be allowed to file the Receiver's Response to Motion to Reconsider under seal, subject to any later order to unseal the document.

Dated this 13th day of January 2026.

                Respectfully submitted,

                /s/ Justin T. Campbell
                Justin T. Campbell
                Thompson Burton PLLC
                1801 West End Avenue, Suite 1550
                Nashville, Tennessee 37203
                (615) 465-6015 (phone)
                justin@thompsonburton.com

                Counsel for the Receiver

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon all parties have entered a notice of appearance via the Court's CM/ECF service system.

This 13th day of January 2026.

                /s/ Justin T. Campbell.
                Justin T. Campbell