UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) |
| Plaintiff, | ) Case No. 4:25-cv-38 |
| v. | ) Judge Atchley |
| UNCLE NEAREST, INC., *et al.,* | ) Magistrate Judge Steger |
| Defendants. | ) |

### RECEIVER'S MOTION TO MODIFY REPORTING SCHEDULE

**COMES NOW** the court-appointed receiver herein, Phillip G. Young, Jr. ("Receiver"), by and through undersigned counsel, and hereby respectfully requests that this Court modify the quarterly reporting schedule established by the Order Appointing Receiver (Doc. 39) (the "Receivership Order"), and clarified by the Court's January 6, 2026 Order (Doc. 94) (the "Scheduling Order").

On August 22, 2025, this Court appointed the Receiver pursuant to the terms of the Receivership Order. The Receivership Order further directed the Receiver to file quarterly operating reports beginning on October 1, 2025. On January 6, 2026, the Court's Scheduling Order laid out dates by which the quarterly operating reports would be due for the remainder of the year: April 1, 2026; July 1, 2026; and October 1, 2026. In a footnote to the Scheduling Order, the Court invited the Receiver to seek to alter those dates by motion, if he believed it necessary.

By this Motion, the Receiver respectfully requests that the Court modify the reporting schedule established in the Scheduling Order. The Receiver respectfully requests that the deadlines for the remainder of the year be reset to the following dates: April 10, 2026 (for Quarter 1); July

10, 2026 (for Quarter 2); and October 9, 2026 (for Quarter 3). By slightly extending the deadlines for filing his quarterly reports, the Receiver can ensure that the books have been closed for the preceding quarter and that the Court is timely given accurate information regarding the Company's performance in the prior quarter. The Receiver has found it challenging to finalize the books for a quarter, gather information from his consulting team, and immediately report on the performance for that quarter the following day. This amended schedule will afford the Receiver sufficient time to timely deliver reliable and fulsome information to the Court each quarter.

WHEREFORE, the Receiver respectfully requests that the Court amend the reporting schedule to provide that quarterly reports shall be due on April 10, 2026; July 10, 2026; and October 9, 2026.

Dated this 13th day of January, 2026.

By: /s/ Justin T. Campbell

Justin T. Campbell, Tn. Bar No. 31056
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Voice: (615) 465-6015
Fax: (615) 807-3048
Justin@thompsonburton.com

*Counsel for Receiver*

## CERTIFICATE OF SERVICE

   I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: January 13, 2026.

                 /s/ Justin T. Campbell
                 Justin T. Campbell