## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNCLE NEAREST, INC., NEAREST GREEN ) <br> DISTILLERY, INC., UNCLE NEAREST REAL ) <br> ESTATE HOLDINGS, LLC, FAWN WEAVER and ) <br> KEITH WEAVER, ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:25-cv-38 <br><br> Judge Atchley <br><br> Magistrate Judge Steger |

### FARM CREDIT MID-AMERICA, PCA'S MOTION FOR LEAVE TO FILE RECONSIDERATION MOTION RESPONSE UNDER SEAL

Plaintiff, Farm Credit Mid-America, PCA ("FCMA"), in response to the *Motion to Reconsider the Memorandum Opinion and Order*[1] *and Order Appointing Receiver*[2] *and to Stay Access to Proprietary Information* ("Reconsideration Motion"),[3] and pursuant to Local Rules 26.2(b) and 5.3, the Electronic Case Filing Rules and Procedures Rule 12.2, and this Court's *Memorandum and Order Regarding Sealing Confidential Information* entered on July 29, 2025,[4] requests leave to file FCMA's response to the Reconsideration Motion (the "Reconsideration Motion Response") under seal.

In support of this motion, FCMA states as follows:

---

[1] Dkt. No. 32.
[2] Dkt. No. 39.
[3] Each capitalized term used but not defined herein shall have the meaning ascribed in the *Order Appointing Receiver* [Dkt. No. 39] (the "Receivership Order"), the *Emergency Motion for the Immediate Appointment of Receiver* [Dkt. No. 3] (the "Receivership Motion"), or the *Statement of Farm Credit Mid-America, PCA in Support of Motion for Clarification of Receivership Order* [Dkt. No. 44] (the "FCMA Statement in Support").
[4] Dkt. No. 9.

1. The Reconsideration Motion Response contains statements from the Receiver's Second Quarterly Report, which was filed entirely under seal.[5]

2. The legal bases for FCMA's request to file under seal rest on the Receiver's Motion to File Second Quarterly Report Under Seal[6] and the Receiver's Motion to File Response to Motion to Reconsider Under Seal.[7]

3. Disclosing the contents of the Reconsideration Motion Response would circumvent the Receiver's requests to seal.

4. Accordingly, FCMA requests leave to file the Reconsideration Motion Response under seal, subject to any later order to unseal the document.

---

[5] Dkt. No. 97.
[6] Dkt. No. 96.
[7] Dkt. No. 104.

Respectfully submitted,

*/s/ Erika R. Barnes*
Erika R. Barnes (TN Bar No. 028628)
STITES & HARBISON PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email: ebarnes@stites.com

- and-

Demetra Liggins (admitted *pro hac vice*)
Dairanetta S. Spain (TN Bar No. 039981)
MCGUIREWOODS LLP
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX  77002
Telephone: (713) 353-6661
Email: dliggins@mcguirewoods.com
           dspain@mcguirewoods.com

M. Alexandra Shipley (admitted *pro hac vice*)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8253
Email: ashipley@mcguirewoods.com

K. Elizabeth Sieg (admitted *pro hac vice*)
MCGUIREWOODS LLP
800 East Canal St.
Richmond, VA 23219
Telephone: (804) 775-1137
Email: bsieg@mcguirewoods.com

*Attorneys for Farm Credit Mid-America, PCA*

Dated: January 13, 2026

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing *Response to Court's Order and Motion for Leave to File Documents Under Seal* has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF system on this the 13th day of January, 2026.

                                              */s/Erika R. Barnes*
                                              Erika R. Barnes