# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

FARM CREDIT MID-AMERICA, PCA,    )
    )
        *Plaintiff*,    )        Case No. 4:25-cv-38
    )
v.    )        Judge Atchley
    )
UNCLE NEAREST, INC., *et al.*,    )        Magistrate Judge Steger
    )
        *Defendants*.    )

## ORDER

On January 6, 2026, the Court set deadlines by which the Receiver, Phillip G. Young, Jr., must file quarterly reports in this case. [Doc. 94 at 2]. Specifically, the Court ordered the Receiver to file his quarterly reports on or before January 2nd, April 1st, July 1st, and October 1st going forward. [*Id.*]. Recognizing, however, that these deadlines may need to be altered, the Court noted that the Receiver was free to file a motion to modify the reporting schedule. [*Id.* at 2 n.2].

The Receiver has now filed such a motion [Doc. 106], requesting that the Court extend the April, July, and October reporting deadlines for 2026 by slightly more than a week so he "can ensure that the books have been closed for the preceding quarter and that the Court is timely given accurate information regarding the Company's performance in the prior quarter." The Receiver further represents that he "has found it challenging to finalize the books for a quarter, gather information from his consulting team, and immediately report on the performance for that quarter the following day." [Doc. 106]. Considering these representations, the motion [Doc. 106] is **GRANTED**. The Receiver's quarterly reports for the remainder of 2026 shall be due on the following dates: April 10, 2026 (Quarter One); July 10, 2026 (Quarter Two); and October 9, 2026 (Quarter 3). If the receivership is still in effect following submission of the October 9, 2026,

quarterly report, the Court will set deadlines by which the Receiver must submit his quarterly reports in 2027.

**SO ORDERED.**

_/s/ Charles E. Atchley, Jr._____
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**