# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:25-cv-38 |
| ) | |
| v. ) | Judge Atchley |
| ) | |
| UNCLE NEAREST, INC., et al., ) | Magistrate Judge Steger |
| ) | |
| Defendants. ) | |

## EMERGENCY MOTION TO FILE MOVANTS' OMNIBUS REPLY RELATING TO MOTION TO RECONSIDER [DKT. 91] UNDER SEAL

Grant Sidney, Inc. ("Grant Sidney"), Fawn Weaver and Keith Weaver (collectively, the "Weavers", and collectively with Grant Sidney, the "Movants"), by and through their undersigned counsel, hereby request leave to file under seal their Movants' Omnibus Reply Relating to Motion to Reconsider (the "Reply"), which is submitted herewith as a "Proposed Sealed Document" pursuant to Local Rule 26.2, the Electronic Case Filing Rules and Procedures Rule 12.2, and this Court's Memorandum and Order Regarding Sealing Confidential Information. In support of this Motion, the Movants assert and allege as follows:

1. As the Movants have noted in prior pleadings, they fully support maintaining pleadings relating to the Motion to Reconsider under seal due to the confidential nature of the evidence pertinent to determination of the Motion, the potential harm that public disclosure of the information could have on the Company, and due to the fact that the Motion to Reconsider represents only an interlocutory determination that is not determinative of the claims and defenses

1

pertinent to the Farm Credit Complaint. The ongoing bankruptcy case of *In re Stoli Group USA*[1] has been mostly conducted under seal for these same reasons. Moreover, Fed. R. Civ. P. 66 also provides this Court wider latitude than usual with regards to the rules for administration of a receivership estate, stating:

> These rules govern an action in which the appointment of a receiver is sought or a receiver sues or is sued. **But the practice in administering an estate by a receiver or a similar court-appointed officer must accord with the historical practice in federal courts or with a local rule.** An action in which a receiver has been appointed may by dismissed only by court order.[2]

2. The Receiver has filed his Response to the Motion to Reconsider, as well as the Receiver's Second Quarterly Report, under seal and Farm Credit has likewise filed its Response to the Motion to Reconsider Under Seal. Since the Movant's Reply directly addresses the allegations and information in the Responses of the Receiver and Farm Credit and in the Receiver's Second Quarterly Report, maintaining the Movant's Reply under seal is appropriate, pending the hearing before Magistrate Judge Steger on January 20, 2026.

3. A copy of the Reply and the applicable exhibits will be served on counsel to the Receiver and counsel to Farm Credit, so the sealing of the documents from the general public will not create any due process concerns.

**[REST OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] Case No. 8:24-BK-80146 (Bankr. N.D. Tex. 2024) (allowing the sealing of most of the significant pleadings and hearings in the case to protect confidential information from public disclosure). *See also Bollinger v. Bollinger Motors, Inc.*, case no. 2:25-CV-10790-TGB-APP, 2025 U.S. Dist. LEXIS 85208 (E.D. Mich. May 5, 2025) (allowing documents to be filed under seal with respect to a motion to appoint a receiver).
[2] Fed. R. Civ. P. 66 (emphasis added).

WHEREFORE, the Movants respectfully request that the Court allow the Movants to file their Reply and related exhibits under seal and that the Court grant such other and further relief as is appropriate.

Respectfully submitted,

**MANIER & HEROD, P.C.**

*/s/ Michael E. Collins*
Michael E. Collins (TN BPR No. 16036)
S. Marc Buchman (TN BPR No. 41598)
1201 Demonbreun Street, Suite 900
Nashville, Tennessee 37203
T: (615) 244-0030
F: (629) 500-1137
mcollins@manierherod.com
mbuchman@manierherod.com

*Counsel for the Movants*

### CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, a true and correct copy of the foregoing was served on all parties receiving electronic notice via the CM/ECF system.

*/s/ Michael E. Collins*
Michael E. Collins