**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION**

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:25-cv-38 |
| ) | |
| v. ) | Judge Atchley |
| ) | |
| UNCLE NEAREST, INC., *et al.,* ) | Magistrate Judge Steger |
| ) | |
| Defendants. ) | |

## RECEIVER'S REPORT REGARDING
## MOTION FOR CLARIFICATION

Comes now Phillip G. Young, Jr. (the "Receiver"), the court-appointed receiver in this matter, by and through counsel, and offers this report pursuant to the terms of the Court's Order (Doc. 78) (the "Order") entered on October 29, 2025.

In the Court's Order, this Court directed the Receiver to "submit brief reports stating which obligations under the Agreed Order have been completed and which remain outstanding" every thirty days. As such, a report is due on January 26, 2026.

For the Receiver's report, he states that the Court has now scheduled a hearing to consider the Receiver's Motion for Clarification of Receivership Order (Doc. 41) for February 9, 2026. The Receiver intends to file a brief with the Court, presenting evidence that supports his request to include additional entities in this receivership action, by February 2, 2026, pursuant to the terms of the Agreed Order (Doc. 79).

Dated this 26th day of January, 2026.

                                          Respectfully submitted,

                                          /s/ Justin T. Campbell
                                          Justin T. Campbell
                                          Thompson Burton PLLC
                                          1801 West End Avenue, Suite 1550
                                          Nashville, Tennessee 37203
                                          (615) 465-6015 (phone)
                                          justin@thompsonburton.com

                                          Counsel for the Receiver

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served on all parties having made an appearance herein, via the Court's CM/ECF system.

      This 26th day of January, 2026.

                                          /s/ Justin T. Campbell
                                          Justin T. Campbell