UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNCLE NEAREST, INC., *et al.*, ) <br> ) <br> Defendants. ) | Case No. 4:25-cv-38 <br><br> Judge Atchley <br><br> Magistrate Judge Steger |

## CERTIFICATION OF MEET AND CONFER AND STATUS REPORT PURSUANT TO ORDER ON STAY OF PROCEEDINGS AND REQUEST FOR HEARING

Receiver Phillip G. Young, Jr. (the "Receiver"), Plaintiff Farm Credit Mid-America, PCA ("FCMA") and Defendant Keith Weaver, Defendant Fawn Weaver, and Defendant Grant Sidney, Inc. (collectively, the "Defendants")(collectively, the "Parties") hereby certify that on Monday, January 26, 2026 at 11 a.m. (central standard time), the Parties met via Zoom videoconference to discuss the scheduling associated with the orderly progression of this litigation, as required by the Court's Order dated December 22, 2025 (Docket No. 90).

Following the meeting, the Parties determined that they were unable to reach an agreement on a joint schedule for the progression of this litigation and request a hearing with the Court to set an appropriate schedule.

Dated: January 30, 2026.

Respectfully Submitted,

/s/ Justin T. Campbell
Justin T. Campbell (031056)
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
Tel:   615.465.6000
Email: justin@thompsonburton.com
*Counsel for Receiver*


/s/ Erika R. Barnes
Erika R. Barnes (TN Bar No. 028628)
STITES & HARBISON PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
Tel:   615.782.2252
Email: ebarnes@stites.com

-and-

Demetra Liggins (admitted *pro hace vice*)
Dairanetta S. Spain (TN Bar No. 039981)
MCGUIREWOODS LLP
Texas Tower – 845 Texas Ave., Suite 2400
Houston, TX 77002
Tel:   713.353.6661
Email: dliggins@mcguirewoods.com
       dspain@mcguirewoods.com

M. Alexandra Shipley (admitted *pro hace vice*)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Tel:   312.849.8253
Email: ashipley@mcguirewoods.com

K. Elizabeth Sieg (admitted *pro hace vice*)
MCGUIREWOODS LLP
800 East Canal St.
Richmond, VA 23219
Tel:   804.775.1137
Email: bsieg@mcguirewoods.com
*Attorneys for Plaintiff*

/s/ Michael E. Collins  
Michael E. Collins   (TN Bar No. 16036)  
S. Marc Buchman   (TN Bar No. 41598)  
Manier & Herod, P.C.  
1201 Demonbreun Street, Suite 900  
Nashville, TN 37203  
Tel:   615.244.0030  
Email: mcollins@manierherod.com  
       mbuchman@manierherod.com  
*Counsel for Respondents*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 30, 2026, a true and correct copy of the foregoing was filed via the Court's CM/ECF system and served on all parties electing service via the Court's CM/ECF system.

/s/ Justin T. Campbell