# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) |
| Plaintiff, | ) Case No. 4:25-cv-38 |
| v. | ) Judge Atchley |
| UNCLE NEAREST, INC., *et al.,* | ) Magistrate Judge Steger |
| Defendants. | ) |

## RECEIVER'S WITNESS AND EXHIBIT LIST FOR FEBRUARY 9, 2026 HEARING

Comes now Phillip G. Young, Jr., the Court-appointed receiver herein ("Receiver"), by and through undersigned counsel, and hereby gives notice of the witnesses he may call, and exhibits he may introduce, at the February 9, 2026, hearing on the Motion for Clarification of Receivership Order (Doc. 41) (the "Motion for Clarification") and the Emergency Motion to Reconsider the Memorandum Opinion and Order and Order Appointing Receiver and to Stay Access to Proprietary Information (Doc. 91) (the "Motion to Reconsider"):

## WITNESS LIST

1. Phillip G. Young, Receiver – If called to testify regarding the Motion for Clarification and/or the Motion to Reconsider, Mr. Young will testify regarding all matters contained in his Second Quarterly Report and his Affidavit filed on February 2, 2026.

2. Tim Stone, Newpoint Advisors – If called to testify regarding the Motion for Clarification and/or the Motion to Reconsider, Mr. Stone will testify regarding the financial operations of the Company, financial projections for the Company, and the books and records of the Company.

3. Scott Schiller, Thoroughbred Spirits – If called to testify regarding the Motion to Reconsider, Mr. Schiller will testify regarding the operations of the Company and the operational projections of the Company.

4. Wade Honeycutt, Arlington Capital – If called to testify regarding the Motion to Reconsider, Mr. Honeycutt will testify regarding efforts to obtain refinancing of the Company's debts and/or efforts to market the Company's assets for sale.

5. The Receiver reserves the right to call the witnesses identified by any other party in interest, and any other witnesses needed to rebut evidence offered by any other party in interest.

## EXHIBIT LIST

1. Any and all documents previously filed with the Court in this matter including, but not limited to, the Receiver's First Quarterly Report, his Second Quarterly Report, his February 2, 2026 Affidavit (and all exhibits thereto), and the Movants' Reply in Support of Emergency Motion to Reconsider the Memorandum Opinion and Order and Order Appointing Receiver (and all exhibits thereto).

2. Convertible Notes between Uncle Nearest, Inc. and MP-Tenn LLC.

3. The Receiver reserves the right to introduce any exhibits identified by any other party in interest, and any exhibits needed to rebut evidence offered by any other party in interest.

DATED: February 2, 2026

             By: /s/ Justin T. Campbell
                Justin T. Campbell, Tn. Bar No. 31056
                Thompson Burton PLLC
                1801 West End Avenue, Suite 1550
                Nashville, Tennessee 37203
                Voice: (615) 465-6015
                Fax: (615) 807-3048
                Justin@thompsonburton.com

                *Counsel for Receiver*

## CERTIFICATE OF SERVICE

   I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: February 2, 2026.

                  /s/ Justin T. Campbell
                  Justin T. Campbell