UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| **FARM CREDIT MID-AMERICA, PCA,** | |
| **Plaintiff,** | |
| v. | **Civil Action No. 4:25-CV-00038** |
| **UNCLE NEAREST, INC., NEAREST GREEN DISTILLERY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER, and KEITH WEAVER** | **Judge Atchley** |
| | **Magistrate Judge Steger** |
| **Defendants.** | |

### FARM CREDIT MID-AMERICA, PCA'S WITNESS LIST FOR FEBRUARY 9, 2026 HEARING ON MOTION FOR CLARIFICATION OF RECEIVERSHIP ORDER AND MOTION FOR RECONISDERATION

Plaintiff, Farm Credit Mid-America, PCA ("FCMA"), in accordance with the Court's Order entered January 23, 2026 (Docket No. 116), files this *Witness List* for all matters scheduled for hearing on **Monday, February 9, 2026 at 10:00 a.m.** (the "Combined Hearing").

### WITNESSES

FCMA designates the following individuals who may be called as a witness, whether in person, or by affidavit, declaration, or proffer

1. Brian Klatt, Managing Director Food & Agribusiness, of Farm Credit Mid-America, PCA;

2. Kevin L. Larin, Managing Director of Riveron;

3. Any witness necessary to authenticate a document;

4. Any witnesses called or designated by, or called to testified by, or proffered, by any party-in-interest;

5. Any witness necessary to impeach or rebut any testimony of any witness called or designated by any other party.

## RESERVATION OF RIGHTS

FCMA reserves the right to proffer, call one or more, or none, of the witnesses listed above, and reserves the right to call additional witnesses in rebuttal. FCMA reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and documents filed and to supplement or amend these lists at any time before the Combined Hearing.

Respectfully submitted,

*/s/ Erika R. Barnes*
Erika R. Barnes (TN Bar No. 028628)
STITES & HARBISON PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email: ebarnes@stites.com

- and-

Demetra Liggins (admitted *pro hac vice*)
Dairanetta S. Spain (TN Bar No. 039981)
MCGUIREWOODS LLP
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX 77002
Telephone: (713) 353-6661
Email: dliggins@mcguirewoods.com
       dspain@mcguirewoods.com

M. Alexandra Shipley (admitted *pro hac vice*)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8253
Email: ashipley@mcguirewoods.com

*Attorneys for Farm Credit Mid-America, PCA*

## CERTIFICATE OF SERVICE

       I hereby certify that on February 2, 2026, a true and correct copy of the foregoing Witness List has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF system.

       */s/ Erika R. Barnes*
       Erika R. Barnes