UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:25-cv-38 |
| ) | |
| v. ) | Judge Atchley |
| ) | |
| UNCLE NEAREST, INC., et al., ) | Magistrate Judge Steger |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT WITNESS AND EXHIBIT LIST FOR THE HEARING ON FEBRUARY 9, 2026**

Comes now, Grant Sidney, Inc., Fawn Weaver, Keith Weaver, Shelbyville Barrel House BBQ LLC, Humble Baron, Inc., Quill and Cask Owner, LLC, Nashwood, Inc., Shelbyville Grand, LLC, and 4 Front Street LLC (collectively, the "Weavers and Non-Parties"), by and through their undersigned counsel, and hereby file the following combined witness and exhibit list for the hearing scheduled for February 9, 2026, at 10:00 a.m. (the "Hearing").

## WITNESSES

1. The Weavers and Non-Parties may, if necessary, call the following witnesses at the Hearing:

  a. Fawn Weaver;

  b. Keith Weaver;

  c. Brian Klatt;

  d. Phillip Young;

  e. Tim Stone;

  f. Scott Schiller;

g.  Katherine Jerkens;

h.  Victoria Eady Butler;

i.  Danny Romano, Romano Beverage;

j.  Anthony Severini, Genesis Global;

k.  Any witness listed by any other party; and

l.  Any witness necessary to rebut the testimony of a witness called or designated by any other party.

## **EXHIBITS**

2. The Weavers and Non-Parties may introduce the following exhibits at the Hearing:

a.  **All** bank statements of the Non-Parties reflecting transactions between Uncle Nearest, Nearest Green Distillery and the Non-Parties

b.  Barrel Inventory Lists for Nearest Green Distillery as of December 31, 2025

c.  NextGen Letter dated December 16, 2025

d.  December 10, 2025 Bi-Weekly Update Created by Newpoint Advisors

e.  Newpoint Advisors Cash Flow Report included in its December 10, 2025 Bi-Weekly Update

f.  Nielsen Retail Performance Data

g.  Advanced Spirits Agreement dated January 18, 2024 and related documents

h.  February 9 Email from Justin Campbell to Michael Collins

i.  Nielsen Retail Performance Summary Chart

j.  Crown Point Letter of Intent dated July 7, 2025

k.  Transcript of Receivership Hearing held on August 7, 2025

l.  Barrel Valuation Spreadsheet

m.  Note Purchase Agreement dated February 4, 2025

n.  Uncle Nearest Inc. Side Letter dated February 4, 2025

o.  Uncle Nearest Inc. Board Resolution dated February 4, 2025 re Convertible Promissory Note

p.  Convertible Promissory Note dated February 4, 2025

q.  Convertible Promissory Note dated February 28, 2025

r.  **All** Grant Sidney Bank Statements

s.  Subordinated Credit Agreement dated April 15, 2025

t.  EIN Letter for Grant Sidney, Inc.

u.  VR Investments, Inc. Articles of Incorporation dated June 14, 2013

v.  VR Investments Certificate of Amendment to Articles of Incorporation dated June 25, 2015

w.  Grant Sidney California Statement of Information dated January 30, 2025

x.  Tennessee Secretary of State Report for Humble Baron, Inc.

y.  Humble Baron, Inc. Lease Agreement dated March 1, 2023

z.  Humble Baron, Inc. First Amendment to Commercial Lease Agreement dated February 1, 2025

aa. Humble Baron, Inc. Levy Settlement Agreement dated March 18, 2025

bb. Humble Baron, Inc. Bank Statements

cc. Lease Agreement dated December 17, 2018 relating to Shelbyville Barrel

3

House BBQ, LLC

dd. Franchise Agreement dated September 1, 2022 relating to Shelbyville Barrel House BBQ, LLC

ee. Shelbyville Barrel House BBQ, LLC Bank Statements

ff. Quill & Cask Owner, LLC Bank Statements

gg. EIN Letter for Quill & Cask Owner, LLC

hh. Tennessee Secretary of State Report for Quill & Cask Owner, LLC

ii. Shelbyville Grand, LLC Bank Statements

jj. Tennessee Secretary of State Report for Shelbyville Grand, LLC

kk. 4 Front Street, LLC Bank Statements

ll. Tennessee Secretary of State Report for 4 Front Street, LLC

mm. Tennessee Secretary of State Report for Nashwood, Inc.

nn. Any other exhibit identified on the exhibit lists filed by any other party in this matter.

oo. Any exhibits required for rebuttal.

## RESERVATION OF RIGHTS

3. The Weavers and the Non-Parties reserve the right (1) to call or to introduce one or more of the witnesses and exhibits listed above, (2) to call additional witnesses and introduce additional exhibits in rebuttal, and (3) the right to supplement this list prior to the Hearing.

Dated: February 2, 2026

> Respectfully submitted,
>
> MANIER & HEROD, P.C.
>
> /s/ *Michael E. Collins*
> Michael E. Collins (admitted *pro hac vice*)
> S. Marc Buchman (admitted *pro hac vice*)
> 1201 Demonbreun St., Suite 900
> Nashville, TN 37203
> Telephone: 615-742-9344
> mcollins@manierherod.com
> mbuchman@manierherod.com
>
> *Counsel for the Weavers and Non-Parties*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 2, 2026, a true and correct copy of the foregoing was served via the ECF system.

> /s/ Michael E. Collins
> Michael E. Collins