UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| **FARM CREDIT MID-AMERICA, PCA,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 4:25-CV-00038 |
| **UNCLE NEAREST, INC., NEAREST GREEN DISTILLERY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER, and KEITH WEAVER** | Judge Atchley |
| | Magistrate Judge Steger |
| **Defendants.** | |

**FARM CREDIT MID-AMERICA, PCA'S EXHIBIT LIST FOR FEBRUARY 9, 2026 HEARING ON MOTION FOR CLARIFICATION OF RECEIVERSHIP ORDER AND MOTION FOR RECONISDERATION**
[Relates to Dkt. Nos. 91, 105, 113 and 116]

Plaintiff, Farm Credit Mid-America, PCA ("FCMA"), designates the following exhibits, which may be tendered for all matters schedule for hearing on **Monday, February 9, 2026 at 10:00 a.m.** (the "Combined Hearing").

1. Declaration of Brian Klatt in support of *FCMA's Response to Motion to Reconsider the Memorandum Opinion and Order and Order Appointing Receiver and to Stay Access to Proprietary Information*

2. Declaration of Kevin Larin in support of *FCMA's Response to Motion to Reconsider the Memorandum Opinion and Order and Order Appointing Receiver and to Stay Access to Proprietary Information*

3. Curriculum Vitae of Kevin Larin

4. Pre-receivership cash flows reported through June 13, 2025

5. Keystone Restructuring Plan

6. Pre-receivership May 2025 cash flow forecast through August 8, 2025

7. Accounts Payable Balance dated June 12, 2025

8. Uncle Nearest Estimated Total Liabilities

9. Post-receivership actual cash flows reported through January 18, 2026

10. Post-receivership cash flow forecast through April 19, 2026

11. Receiver's Second Quarterly Report

12. Borrowing Base Certificate dated March 31, 2025

13. Analysis of Borrowing Base as of December 31, 2025

14. Settlement Agreement made by and among Levy Premium Foodservice Limited Partnership, on the one hand, and Shelbyville Barrel House BBQ LLC and Humble Baron, Inc., on the other hand dated March 18, 2025

15. First Bank statement for Nearest Green Distillery, Inc. dated April 1, 2025 through April 30, 2025

16. Cash transactions to Byz Funder, Green Note, Dash Funding, and Diverse Capital

17. Diverse Capital Sale of Future Receipts Agreement dated June 26, 2024

18. Dash Funding Revenue Purchase Agreement and Security Agreement and Guaranty of Performance dated July 26, 2024

19. Dash Funding Sale of Future Receipts Agreement dated November 25, 2024

20. Complaint filed in the action styled *Grant Sidney, Inc., Fawn Weaver, and Keith Weaver v. Michael Senzaki and ZMS Strategies, Inc.*, Case No. 35594, in the Chancery Court for Bedford County, Tennessee.

21. Receiver's First Quarterly Report

22. Uncle Nearest Billing Statement as of January 31, 2026

23. Uncle Nearest Payoff Statement as of February 2, 2026 – Revolving Loan

24. Uncle Nearest Payoff Statement as of February 2, 2026 – RELOC Loan

25. Uncle Nearest Payoff Statement as of February 2, 2026 – Receivership Line of Credit

26. Uncle Nearest Payoff Statement as of February 2, 2026 – Term Loan

27. Amendment No. 9 to Credit Agreement dated September 10, 2025

28. Amendment No. 10 to Credit Agreement dated November 19, 2025

29. Credit Agreement conformed through Amendment No. 10 dated November 19, 2025 (redline changes only – post-receivership changes)

30. Uncle Nearest's December 31, 2023, Inventory Report

31. Tennessee Distilling Group, LLC's December 31, 2023, End of Month Inventory Report

32. Tennessee Distilling Group, LLC's December 31, 2023, Distilled Barrel Inventory Report

33. All exhibits admitted at the hearing held on August 7, 2025 [Dkt. No. 26-1]

34. All filings and exhibits/schedules/attachments related thereto on the docket in the above-referenced case, and any composites/summaries of any of the foregoing.

35. Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party-in-interest.

36. Any exhibit listed by any other party-in-interest.

## **RESERVATION OF RIGHTS**

FCMA reserves the right to introduce one or more, or none, of the exhibits listed above, and reserves the right to introduce additional exhibits in rebuttal. FCMA reserves the right to ask the Court to take judicial notice of pleadings, transcripts, and documents filed and to supplement or amend this Exhibit List at any time before the Combined Hearing.

Respectfully submitted,

*/s/ Erika R. Barnes*
Erika R. Barnes (TN Bar No. 028628)
STITES & HARBISON PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email: ebarnes@stites.com

- and-

Demetra Liggins (admitted *pro hac vice*)
Dairanetta S. Spain (TN Bar No. 039981)
MCGUIREWOODS LLP
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX 77002
Telephone: (713) 353-6661
Email: dliggins@mcguirewoods.com
      dspain@mcguirewoods.com

M. Alexandra Shipley (admitted *pro hac vice*)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8253
Email: ashipley@mcguirewoods.com

*Attorneys for Farm Credit Mid-America, PCA*

## CERTIFICATE OF SERVICE

   I hereby certify that on February 2, 2026, a true and correct copy of the foregoing Exhibit List has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF system.

                   */s/Erika R. Barnes*
                   Erika R. Barnes