

# ESTIMATED PAYOFF FOR LOAN

42500 CONSTRUCTION

Uncle Nearest, Inc.
3125 US 231 North
Shelbyville, TN 37160

|  |  | Current Balances<br>As of February 2, 2026 | Accrual For<br>7 days |  | Estimated Balance<br>As of February 9, 2026 |
|---|---|---|---|---|---|
| Principal | + | $15,000,000.00 |  | + | $15,000,000.00 |
| Remaining Principal | - | $0.00 |  | - | $0.00 |
| Interest | + | $1,405,553.46 | $26,609.59 | + | $1,432,163.05 |
| Late Charges | + | $0.00 | $0.00 | + | $0.00 |
| Other Charges/ Negative Escrow | + | $2,801,008.43 |  | + | $2,801,008.43 |
| Farm Cash Mgmt | - | $0.00 | $0.00 | - | $0.00 |
| Prepay Penalty | + | $0.00 |  | + | $0.00 |
| Total Protected Equity | - | N/A |  | - | N/A |
| Total Risk Equity | - | N/A |  | - | N/A |
|  | + | $0.00 |  | + | $0.00 |
| Other Escrow | - | $0.00 | $0.00 | - | $0.00 |
| **LOAN PAYOFF** | = | **$19,206,561.89** |  | = | **$19,233,171.48** |
| Daily Interest Factor |  | 3801.3700 |  |  |  |
| Late Charge Factor |  | 0.0000 |  |  |  |
| Daily FCM Factor |  | 0.0000 |  |  |  |
| Maturity Date |  |  |  |  |  |
| Remaining Stock |  | N/A |  |  |  |

Estimated payoff is based on current balances and will be affected by interest rate changes, billing, advances against the loan, other charges or loan repayments.

Customer Level Stock may need to be retired manually.



**Farm Credit v Uncle Nearest, et al**
**Plaintiff's Exhibit**
**24**
4:25-CV-00038