| Tennessee Distilling Group (TDG) New Fill | | Cost per Barrel | | Total | November 30, 2023 | |
|---|---|---|---|---|---|---|
| | TDG Distilled 2018 Barrels- Silver | $ | 650.00 | 96 | $ | 62,400.00 |
| | TDG Distilled 2018 Barrels- Aged | $ | 650.00 | 254 | $ | 165,100.00 |
| | TDG Distilled 2018 Barrels- Bourbon | $ | 2,070.00 | 332 | $ | 687,240.00 |
| | TDG Distilled 2019 Barrels- Aged | $ | 650.00 | 1,322 | $ | 859,300.00 |
| | TDG Distilled 2020 Barrels-Aged | $ | 650.00 | 6,441 | $ | 4,186,650.00 |
| | TDG Distilled 2021 Barrels-Aged | $ | 671.23 | 10,332 | $ | 6,935,148.36 |
| | TDG Distilled 2022 Barrels-Aged | $ | 671.23 | 12,123 | $ | 8,137,321.29 |
| | TDG Barrels June | $ | 673.50 | 1,857 | $ | 1,250,689.50 |
| | TDG Barrels July | $ | 673.50 | 1,950 | $ | 1,313,325.00 |
| | TDG Barrels August | $ | 673.50 | 1,949 | $ | 1,312,651.50 |
| | TDG Barrels September | $ | 673.50 | 1,963 | $ | 1,322,080.50 |
| | TDG Barrels October | $ | 673.50 | 896 | $ | 603,456.00 |
| | TDG Barrels November | $ | 673.50 | 1,962 | $ | 1,321,407.00 |
| | TDG Barrels December | $ | 673.50 | 1,977 | $ | 1,331,509.50 |
| | TDG Barrels 2023 Janaury | $ | 673.50 | 1,982 | $ | 1,334,877.00 |
| | TDG Barrels 2023 February | $ | 673.50 | 1,784 | $ | 1,201,524.00 |
| | TDG Barrels 2023 March | $ | 673.50 | 1,648 | $ | 1,109,928.00 |
| | TDG Barrels 2023 April | $ | 673.50 | 1,876 | $ | 1,263,486.00 |
| | TDG Barrels 2023 May | $ | 673.50 | 2,152 | $ | 1,449,372.00 |
| | TDG Barrels 2023 June | $ | 673.50 | 2,052 | $ | 1,382,022.00 |
| | TDG Barrels 2023 July | $ | 673.50 | 1,987 | $ | 1,338,244.50 |
| | TDG Barrels 2023 Aug | $ | 673.50 | 1,678 | $ | 1,130,133.00 |
| | TDG Barrels 2023 Sep | $ | 673.50 | 1,589 | $ | 1,070,191.50 |
| | TDG Barrels 2023 OCT | $ | 673.50 | 1,784 | $ | 1,201,524.00 |
| | TDG Barrels 2023 Nov | $ | 673.50 | 1,879 | $ | 1,265,506.50 |
| | TDG Barrels 2023 Dec | $ | 673.50 | 1,913 | $ | 1,288,405.50 |
| | TDG Distilled 2020 Barrels-Rye | $ | 650.00 | 63 | $ | 40,950.00 |

| Customer Procured Inventory | Code | Cost per Barrel | Aging Years | | | |
|---|---|---|---|---|---|---|
| Tennessee Whiskey | BKE | $ 1,700.00 | 3 | 597 | $ | 1,014,900.00 |
| Tennessee Whiskey | BKE | $ 2,700.00 | 4 | 53 | $ | 143,100.00 |
| Rye Whiskey | JOHIL | $ 3,000.00 | 5 | 1,758 | $ | 5,274,000.00 |
| Tennessee Whiskey | TDG1 | $ 2,600.00 | 4 | 368 | $ | 956,800.00 |
| Tennessee Whiskey | THOM112 | $ 2,650.00 | 4 | 1,356 | $ | 3,593,400.00 |
| Tennessee Whiskey | VWE | $ 2,600.00 | 4 | 635 | $ | 1,651,000.00 |
| Tennessee Whiskey | VWE 2023 | $ 2,560.00 | 3.5 | 1,233 | $ | 3,156,480.00 |
| Tennessee Whiskey | WP | $ 2,400.00 | 4 | 412 | $ | 988,800.00 |
| Tennessee Whiskey | 04B13 | $ 3,100.00 | 10 | 123 | $ | 381,300.00 |
| Tennessee Whiskey | 14c29 | $ 3,100.00 | 9 | 72 | $ | 223,200.00 |
| Tennessee Whiskey | 12G09 | $ 2,300.00 | 8 | 1 | $ | 2,300.00 |
| Tennessee Whiskey | 12G17 | $ 750.00 | 5 | 1 | $ | 750.00 |
| Rye Whiskey | 17K22 | $ 2,700.00 | 7 | 1 | $ | 2,700.00 |
| Rye Whiskey | 17K29 | $ 3,300.00 | 11 | 44 | $ | 145,200.00 |
| Rye Whiskey | 17K29 | $ 3,000.00 | 4 | 352 | $ | 1,056,000.00 |
| Rye Whiskey | 17L05 | $ 3,100.00 | 11 | 50 | $ | 155,000.00 |
| Tennessee Whiskey-Corsair | 18F06 | $ 3,100.00 | 11 | 6 | $ | 18,600.00 |
| UN Project-Silver | 20B25 | $ 750.00 | 5 | 23 | $ | 17,250.00 |
| UN Project-Silver #74252 | 20B25' | $ 750.00 | 5 | 1 | $ | 750.00 |
| Tennessee Whiskey | VWE3 | $ 2,632.00 | 4 | 1,345 | $ | 3,540,040.00 |
| Tennessee Whiskey | VWE4 | $ 2,632.00 | 4 | 2,502 | $ | 6,585,264.00 |
| Tennessee Whiskey | VWE2 | $ 2,600.00 | 4 | 1,757 | $ | 4,568,200.00 |
| Tennessee Whiskey | VWE5 | $ 2,350.00 | 4 | 1,255 | $ | 2,949,250.00 |
| Tennessee Whiskey | TDGAGED | $ 2,750.00 | 4 | 1,136 | $ | 3,124,000.00 |
| Tennessee Whiskey | VWE | $ 2,241.00 | 4 | 5,876 | $ | 13,168,116.00 |

| Case Inventory | | | | | | |
|---|---|---|---|---|---|---|
| | | 1820 | 112.56 | | | |
| | | 1856 | 54.49 | 9,770 | $ | 532,367.30 |
| | | Rye | 59.38 | 647 | $ | 38,418.86 |
| TDG | | 1884 | 44.94 | 1,527 | $ | 68,623.38 |
| UK | | 1856 | 95.63 | 478 | $ | 45,711.14 |
| | | Rye | 59.38 | 4,905 | $ | 291,258.90 |
| | | 1856 | 54.49 | 9,387 | $ | 511,497.63 |
| Califonia | | 1884 | 44.94 | 7,729 | $ | 347,341.26 |

| Total Inventory | | | | | $ | 99,638,128.82 |
|---|---|---|---|---|---|---|

Farm Credit

| | | |
|---|---|---|
| Total Inventory Non Cases | $ | 97,280,842.65 |
| Inventory cases | $ | 3,670,436.94 |
| Purchase | $ | 100,951,279.59 |
| Total Borrowing Base | $ | 100,951,279.59 |
| Borrowing Base @ 70% | $ | 70,665,895.71 |
| A/R | $ | 2,551,841.00 |
| AR Borowing Base @75% | $ | 1,913,880.75 |
| Total Borrowing Base | $ | 72,579,776.46 |