# END OF MONTH INVENTORY REPORT

**Customer:** <u>Uncle Nearest</u>

**Month End:** <u>December 2023</u>



## Overview

**Tennessee Distilling Group (TDG) Distilled Barrel Inventory**

|  | Barrel Qty | Initial Wine Gallons at Barreling | **Initial Proof Gallons at Barreling |
|---|---|---|---|
| TDG Distilled 2018 Barrels- Silver | 96 | 5,088.00 | 6,319.68 |
| TDG Distilled 2018 Barrels- (77/15/8) | 31 | 1,643.00 | 2,046.08 |
| TDG Distilled 2018 Barrels- Bourbon (70/22/8) | 1 | 53.00 | 65.93 |
| TDG Distilled 2018 Barrels- (80/10/10) | 229 | 12,137.00 | 15,107.61 |
| TDG Distilled 2018 Barrels- (84/8/8) | 30 | 1,590.00 | 1,979.52 |
| TDG Distilled 2019 Barrels- (77/15/8) | 660 | 34,980.00 | 43,518.88 |
| TDG Distilled 2019 Barrels- Bourbon (70/22/8) | 1,000 | 53,000.00 | 65,986.67 |
| TDG Distilled 2019 Barrels -(80/10/10) | 2,589 | 137,217.00 | 170,989.25 |
| TDG Distilled 2019 Barrels- (84/8/8) | 833 | 44,149.00 | 54,975.93 |
| TDG Distilled 2020 Barrels -(80/10/10) | 2,943 | 155,979.00 | 194,318.25 |
| TDG Distilled 2020 Barrels- (84/8/8) | 6,429 | 340,737.00 | 424,499.51 |
| TDG Distilled 2020 Barrels-Rye | 63 | 3,339.00 | 4,153.59 |
| TDG Distilled 2021 Barrels- (84/8/8) | 9,028 | 478,484.00 | 563,634.74 |
| TDG Distilled 2022 Barrels-(80/10/10) | 12,505 | 662,765.00 | 825,876.48 |
| TDG Distilled 2022 Barrels- (84/8/8) | 12,625 | 669,125.00 | 740,463.12 |
| TDG Distilled 2023 Barrels-(80/10/10) | 5,650 | 299,450.00 | 372,982.12 |
| TDG Distilled 2023 Barrels- (84/8/8) | 8,404 | 445,412.00 | 492,766.88 |
| **Total TDG Distilled Barrels** | **63,116** | **3,345,148.00** | **3,979,684.25** |

**Customer Procured Barrel Inventory**

|  | Barrel Qty | Initial Wine Gallons at Barreling | **Initial Proof Gallons at Barreling |
|---|---|---|---|
| Customer Procured Barrels | 138 | 7,274.77 | 8,866.29 |
| **Total Procured Barrels** | **138** | **7,274.77** | **8,866.29** |

**Bulk Whiskey Inventory**

|  | Quantity | Wine Gallons | Proof Gallons |
|---|---|---|---|
| Totes | 21 | 5,327.86 | 6,346.42 |
| Tank | 0 | 0.00 | 0.00 |
| **Total Bulk Whiskey** | **21** | **5,327.86** | **6,346.42** |

**Farm Credit v Uncle Nearest, et al**
**Plaintiff's Exhibit**
**31**
4:25-CV-00038

**All Inventory Subject to "Angel Share" Evaporation and Processing Loss

**Confidential**

Prepared By: <u>KaRynda Barner</u>
Reviewed By: <u>Jennifer Bailey</u>