# Kevin L. Larin
Managing Director, Riveron
Restructuring & Turnaround Services

---

**SUMMARY STATEMENT**
- Seasoned restructuring & turnaround professional drawing on over 25 years of financial, executive, operational, valuation, and legal experience.
- Skilled at guiding corporate entities, executive teams, lenders, stakeholders and their respective advisors through varying degrees of corporate change.
- Experienced in all aspects of corporate oversight including executive management, financial management, legal review, business valuation, and transaction structuring.

**RELEVANT EMPLOYMENT HISTORY**
- Riveron Consulting (2025 to Present)
  - Managing Director, Restructuring & Turnaround Services
- Alvarez & Marsal (2007 to 2013, and 2016 to 2024)
  - Senior Director, North American Corporate Restructuring
- Kerr Russell & Webber (2005 to 2007)
  - Attorney at Law (*Michigan*), Debtor / Creditor and Corporate Transactional Law
- AlixPartners, LLC (2002 to 2005)
  - Associate, Turnaround & Restructuring Group
- Various financial, executive and consulting roles including:
  - *EMS USA, Inc.*, VP Special Projects (2014 to 2016)
  - *Black Elk Energy, LLC*, VP Special Projects (2013 to 2014)
  - *Ford Motor Company*, Treasury Analyst (2000 to 2001)
  - *Larin Financial, LLC*, Valuation Consultant (1999 to 2000)
  - *The Lefko Group*, Valuation Associate (1997 to 1999)

**EDUCATION**
- University of Detroit Mercy, School Of Law
  - Juris Doctor (2004)
  - Michigan Bar License - P63557 (*active and in good standing since 2025*)
- University of Michigan - Dearborn
  - Master of Science in Finance (2001)
- Western Michigan University
  - Bachelor of Business Administration, Finance (1996)

**SELECT RELEVANT PROFESSIONAL EXPERIENCE**
- Financial Advisor to multi-billion dollar global consumer disposable company (confidential)
  - Advised company on out of court restructuring with specific oversight with regard to global supply chain optimization, litigation portfolio management, & balance sheet restructuring
- Financial Advisor to the Trustee of the $70mm Tower Automotive Post-Confirmation Trust
  - Responsible for final claim analysis, negotiation & settlement with monthly stakeholder reporting
- Financial Advisor Imperial Sugar Company through its sale to Louis Dreyfus Commodities, LLC
  - Advised on financial and supply chain stabilization, ultimately allowing the company to transact at a >50% premium to its per share price and assumption of $125mm of debt
- Financial Advisor to Art Van Furniture (including, in part, Levin Furniture and Wolf Furniture affiliates)
  - Advised a major Midwest furniture retailer with over 140 retail locations across six states on its Chapter 11 bankruptcy and its structured liquidation / going-out-of-business sales.
- Financial Advisor to Cox Operating, LLC (a/k/a MLCJR, LLC)
  - Financial advisor and senior member of the office of the Chief Restructuring Officer for an offshore exploration and production company, guiding the company through operational stabilization and ultimate series of section 363 sales generating over $95mm in transaction proceeds.

Farm Credit v Uncle Nearest, et al
**Plaintiff's Exhibit**
3
4:25-CV-00038