**Pre-Receivership Reported Cash Flows**

| | WE 4/18 | WE 4/25 | WE 5/2 | WE 5/9 | WE 5/16 | WE 5/23 | WE 5/30 | WE 6/6 | WE 6/13 |
|---|---|---|---|---|---|---|---|---|---|
| Park Street Collections | 275,000 | 250,000 | 110,000 | 175,000 | 92,000 | 165,000 | 991,244 | 145,894 | 713,094 |
| Retail & Tours | 88,749 | 74,062 | 102,093 | 85,382 | 79,788 | 114,541 | 121,842 | 123,098 | 71,336 |
| Other Collections | 13,793 | - | 6 | 27,383 | 3,192 | 16,198 | 17,505 | 4,003 | 17,956 |
| Total Cash In | 377,542 | 324,062 | 212,099 | 287,765 | 174,980 | 295,739 | 1,130,591 | 272,995 | 802,386 |
| | | | | | | | | | |
| Payroll & Benefits | (489,667) | - | - | (575,000) | - | - | (341,096) | - | - |
| RAMP Card | - | - | - | - | - | - | - | - | - |
| NGD_Production | (4,483) | (380,863) | (9,622) | (200,000) | (204,248) | - | (17,912) | - | - |
| UN_S&M | (85,623) | (152,251) | (19,106) | - | - | (3,249) | - | (51,218) | (35,754) |
| UN_Corporate | (2,535) | (27,131) | (54,175) | (4,376) | (12,677) | (20,487) | (126,251) | (65,779) | - |
| NGD_Corporate | (1,575) | (63,572) | (32,318) | (25,000) | (1,575) | (15,173) | (28,341) | (25,000) | (23,404) |
| Finance | - | (16,678) | - | - | - | (1,678) | - | - | (5,800) |
| NGD_S&M | - | - | - | - | - | - | (5,193) | (2,947) | (5,726) |
| NGD_Facilities | - | (7,442) | (3,530) | - | (5,200) | (1,125) | (18,120) | (17,560) | - |
| NGD_Retail | (41,429) | - | (800) | (25,652) | - | (2,176) | (18,270) | (36,399) | (9,596) |
| Security | - | (4,883) | - | (3,870) | - | - | (1,665) | - | (5,333) |
| Cognac | - | (191) | (5,457) | (11,957) | (3,659) | 1,726 | (4,823) | (23,408) | (781) |
| Other / Uncategorized | (89,413) | (187,095) | (383,734) | (11,671) | (49,157) | (49,029) | (71,676) | (212,261) | (3,070) |
| Other Obligations | (69,950) | (69,950) | (69,950) | (69,950) | (69,950) | (82,924) | - | (139,900) | (69,950) |
| | - | - | - | - | - | - | - | - | - |
| Net Operating Cash Flows | (407,134) | (585,994) | (366,594) | (639,711) | (171,486) | 118,171 | 496,258 | (301,477) | 642,973 |
| | | | | | | | | | |
| Cumulative Net Operating Cash Flows | $ (407,134) | $ (993,128) | $(1,359,722) | $(1,999,433) | $(2,170,919) | $(2,052,748) | $(1,556,490) | $(1,857,966) | $(1,214,994) |

Average weekly cash burn of  $  (134,999) ←

Farm Credit v Uncle Nearest, et al

**Plaintiff's Exhibit**

**4**

**4:25-CV-00038**