





**Business Review with Farm Credit Mid-America**

# Uncle Nearest

Restructuring Plan

February 11, 2025

Farm Credit v Uncle Nearest, et al
**Plaintiff's Exhibit**

**5**

4:25-CV-00038

# Executive Summary

- The Uncle Nearest brand is strong with 16% L6M revenue growth (YOY) compared to a market that has declined 2%.

- Given the revenue growth, brand recognition and well-connected management & investor group, the company has received significant funding to support cash burn and grow the asset base.

- Additional debt funding has over-levered the company, creating a significant debt service burden.

- The company has had delayed financials with accuracy issues leading to challenges in understanding the company's profitability and B/S.

- Based on inaccurate reporting of the borrowing base, the company has reached a $20M+ over-advance position on the revolver and is past-due on $7M+ of principal and interest payments.

- Current cash-on-hand is ~$1M, and AP vendors have been stretched significantly, including a judgment on Berlin's AP.

- 2024 EBITDA is forecasted to be -$17M. Even a major business turnaround plan will require 12+ months and require runway to fund cash burn of $1M+ per month.

- To alleviate the short-term cash need, the company has arranged the sale of $23M of barrels – representing $6M of collateral on the FCMA borrowing base.
  - We have proposed splitting the proceeds of this sale 58%/42% to replace the collateral value and pay down past due P&I – while maintaining capital for short-term operations.

- **The restructuring plan includes three steps (and requires $50M in capital):**
  - **Phase I: Short-term liquidity support through emergency cash injection ($2-4M) and barrel sales proceeds ($9M)**
  - **Phase II: Mid-term loan from owners ($30M-$40M), FCMA debt replacement by private investors, profit improvement initiatives, and additional barrel sales ($10M-$20M)**
  - **Phase III: Equity raise from current and new investors ($20M-30M) and an institutional refi process**

- The company will begin outreach immediately to private investors to potentially take out FCMA debt (partial or whole), with an institutional refinance effort to begin TBD.



| 1 | **Background - Sales** |
|---|---|
| 2 | Background - Financial |
| 3 | Restructuring Plan |
| 4 | Liquidity Position |
| 5 | Next Steps |

# Sales Background
## *Sales Strategy*

**Uncle Nearest is positioned for growth in 2025, with increasing focus and commitment from RNDC.**



Uncle Nearest is RNDC's third-best selling brand of premium whiskey, behind only Four Roses and Woodford Reserve

RNDC has made Uncle Nearest one of only two companies allowed to directly incentivize their state leaders to drive UN sales

RNDC has granted Uncle Nearest direct access to the RNDC state leadership

One of RNDC's primary goals for H1 2025 is increasing Uncle Nearest sales volume by 20-40%

RNDC has streamlined its "corporate portfolio" from almost 2,000 brands to just 79 – which includes Uncle Nearest

1856 and Single Barrel are rolling out to all Costco locations in the Southeast; Costco expects this to drive significant volume



RNDC's top priority in H1 2025 is getting Nearest Green into 100% of locations which already carry 1884, which represents 11,817 points of distribution

Nearest Green has been mandated for rollout this spring into 246 of the 269 Meijer grocery stores in the Midwest

Nearest Green will also be launching into all 277 Total Wine stores across the USA

Nearest Green has been picked up by all Trader Joe's locations in California (205 stores), with adoption expected to continue nationwide

Nearest Green has been picked up for all Spec's locations in Texas (200 stores). Spec's dominates the Texas market and serves as the primary on-premise supplier

ABC Fine Wine & Spirits (127 stores) is a dominant player in the Florida market, and just picked up Nearest Green

# Sales Background
## *Sales Strategy*

**Driven by a strong marketing presence, national recognition, and new product development, Uncle Nearest is forecasting 33% YoY revenue growth from FY2024 to FY2025.**



- 7th Most Visited Distillery in the US
- Love & Whiskey Sustained 7 weeks on NYT Business Best Sellers List
- 230K Guests Visited the Tasting Room
- 303K Social Media Interactions
- 158 Bourbon Awards
- 9.2M Social Media Views
- 39 National and Global Partners
- 622K Social Media Followers
- 34B Monthly Media Impressions
- 1,821 Media Placements

**Successful marketing initiatives in 2024 are driving growth across the entire business**

*Source: December 2024 Investor Presentation*

Case 4:25-cv-00038-CEA-CHS    Document 131-3    Filed 02/03/26    Page 5 of 25
PageID #: 3514

# Sales Background
## *Commercial Trends*

**Despite recent industry headwinds, Uncle Nearest has delivered consistent and continued sales growth through nationwide distribution.**

| Selected Brand Families | L6M Retail Sales - Open States ($M) | Growth vs Year Ago |
|---|---|---|
| Jack Daniel's | $ 187 | -7% |
| Jim Beam | $ 104 | -2% |
| Buffalo Trace | $ 76 | 13% |
| Basil Hayden | $ 55 | -5% |
| Blanton's | $ 51 | 9% |
| Whistlepig | $ 28 | -18% |
| **Uncle Nearest** | **$ 13** | **16%** |
| Willett | $ 11 | -28% |
| Heaven Hill | $ 9 | -13% |
| Breckenridge | $ 5 | -28% |
| **Total Whiskey Market** | **$ 3,225** | **-2%** |

Despite US whiskey market headwinds, **UN retail sales up 16%** in Last 6 Months vs one year ago



**42%**
Sales CAGR,
2019 - 2024



Park Street - 2024 UN Sales by State





**2024** has represented a **sales rebound** despite slowdown in 2023

**Nearest Green launched in October of 2024 achieving $1.5M in revenue in Q4 alone. Nearest Green provides Uncle Nearest with a competitive product in the $2B+ premium segment of whiskey.**



**Super-Premium Segment**
$75+
Single Barrel & 777

**High-End Premium Segment**
$40-75
1884, 1856, & Rye

**Premium Segment**
$20-40
Nearest Green *(New)*

*Source: December 2024 Investor Presentation*

Case 4:25-cv-00038-CEA-CHS    Document 131-3    Filed 02/03/26    Page 7 of 25
PageID #: 3516

# Sales Background
## *Business Valuation*

**Celebrity-owned and "storied" spirits brands have recently sold for revenue multiples ranging from 12-24x with continued investment and rebounding M&A activity in the industry.[1]**

**Enterprise Value ($M)**

| | | Annual Revenue | | |
|---|---|---|---|---|
| | | **$40M** | **$60M** | **$80M** |
| **Revenue Multiple** | **12x** | $480 | $720 | $960 |
| | **18x** | $720 | $1,080 | $1,440 |
| | **24x** | $960 | $1,440 | $1,920 |

- Diageo purchased Casamigos Tequila for $1B in 2017 (George Clooney);

- Aviation Gin (Ryan Reynolds) sold for $610M in 2020 at 24x revenue,

- Proper No. Twelve (Conor McGregor) sold for $600M at 12x revenue in 2021

- Diageo purchased Don Papa Rum for $280M at 12.5x revenue in 2021 with additional performance rewards

1 *Alcohol Disruption Sparks Increase Beverage Market M&A: Beverage Sector Update,* Capstone Partners, February 2025

THE KEYSTONE GROUP    PROPRIETARY & CONFIDENTIAL | Page 8

| 1 | Background - Sales |
| 2 | **Background - Financial** |
| 3 | Restructuring Plan |
| 4 | Liquidity Position |
| 5 | Next Steps |

Case 4:25-cv-00038-CEA-CHS    Document 131-3    Filed 02/03/26    Page 9 of 25
PageID #: 3518

# Financial Background
## 2024 Estimated Financials

**In 2024, excluding barrel sales without any profit improvement initiatives beyond Q3 run-rate, implies a preliminary EBITDA loss of -$14M.***

| ($M) | Q1 Adj. | Q2 Adj. | Q3 Adj. | Q4 Est. | FY2024 Total | Run-Rate w/o barrels |
|---|---|---|---|---|---|---|
| **Sales[1]** | $15.3 | $11.0 | $9.7 | $7.6 | $43.6 | $40.0 |
| **COGS[2]** | $5.1 | $4.3 | $4.2 | $3.5 | $17.1 | $16.4 |
| **Gross Profit** | $10.2 | $6.6 | $5.5 | $4.2 | $26.5 | $23.6 |
| *Gross Margin %* | *66%* | *60%* | *57%* | *55%* | *61%* | *59%* |
| Payroll[5] | $3.2 | $3.5 | $3.1 | $2.7 | $12.4 | $11.7 |
| Marketing | $4.6 | $3.5 | $2.8 | $2.8 | $13.7 | $11.3 |
| Sales Support | $2.5 | $2.2 | $1.5 | $1.7 | $7.9 | $7.0 |
| Manufacturing | $0.8 | $0.4 | $0.4 | $0.4 | $2.0 | $1.6 |
| Other[4] | $2.1 | $2.0 | $1.6 | $1.6 | $7.2 | $6.2 |
| **Operating Expenses[3]** | $13.1 | $11.6 | $9.3 | $9.2 | $43.3 | $37.8 |
| **EBITDA** | ($2.9) | ($5.0) | ($3.8) | ($5.0) | ($16.8) | ($14.2) |

[1]Sales for all quarters include actuals received from Park St (distribution) and NetSuite (retail); $23M in barrel sales excluded in financials
[2]Q4 spirit COGS projected from Q3 average COGS / case sold
[3]Q4 operating expenses assumes trends of prior 3 months, except for Park St fees which are a projection based on Q3 average operating expense / Park St case sold
[4]Largest items in other OpEx are insurance, dues & subscriptions, professional services, computer services, and occupancy expenses (rent, janitorial, security, etc.).
Run-rate Other excludes consulting payments to vodka consultant ($45k)
[5]Run-Rate excludes $350k expenses for cognac businesses president

*2024 financial statements are currently being finalized. Preliminary view assumes Q1-Q3 actuals and forecasted Q4 at actual sales / margin from Park St data and similar operating expenses as Q3.


THE KEYSTONE GROUP

# Financial Background
## Capital Requirement

**Assuming preliminary 2024 run-rate\* and $23M of barrel sales, the company will require $50M of additional capital to support operations and debt service through Q2 2026.**

| ($M) | 2024 Total ACT/FCST | 2025 Total FCST | 2026 Q1/Q2 FCST |
|---|---|---|---|
| EBITDA | (19) | (14) | (7) |
| Profitability Improvements | | 4 | 2 |
| **Proforma EBITDA** | **(19)** | **(11)** | **(5)** |
| Barrel Sales Margin | 2 | 15 | - |
| **Cash Flow after Barrel Sales** | **(17)** | **4** | **(5)** |
| AR | | (0) | (2) |
| Inv | | 4 | (0) |
| AP | | (11) | (0) |
| **Change in Working Capital** | **8** | **(8)** | **(2)** |
| Debt Service | (10) | (15) | (7) |
| Past Due Debt Service | - | (13) | - |
| CapEx | (3) | (1) | (1) |
| **Total Fixed Charges** | **(13)** | **(29)** | **(8)** |
| Net Cash Infusions | 24 | | |
| Loan to Owners | (2) | | |
| **Net Cash Flow** | **0** | **(32)** | **(15)** |
| **Net Cash Need (cumulative)** | **-** | **(32)** | **(48)** |

### Assumptions

**Income Statement**
- Run-rate based on 2024 with constant YOY sales and no operational improvements
- Assumes 59% average GM%
- Profitability improvements assume 15% YOY growth in 2025/2026 with 59% gross margin
- Assumes $23M of barrel sales in Feb-Apr 2023 – proceeds split based on revised proposal (58% FCMA / 42% UN)

**Balance Sheet**
- AR based on DSO of 15
- Inventory assumes no additional barrel purchases and sell finished goods on hand with minimal additional production
- AP includes $11M of paydown in 2025
- Debt service assumes catch-up payments for past due interest and principal in Q1/Q2 2025, as well as $6M revolver pay down with barrel sales
- CapEx is limited at $100K / month

**Other**
- 2024 cash based on bank transactions
- Excludes investment required for vodka and cognac launches
- Assumes refinance of FCMA debt in H1 2026

*\*2024 financial statements are currently being finalized. Preliminary view assumes Q1-Q3 actuals and forecasted Q4 at actual sales / margin from Park St data and similar operating expenses as Q3.*

 THE KEYSTONE GROUP

Case 4:25-cv-00038-CEA-CHS    Document 131-3    Filed 02/03/26    Page 11 of 25    PageID #: 3520

| 1 | Background - Sales |
|---|---|
| 2 | Background - Financial |
| **3** | **Restructuring Plan** |
| 4 | Liquidity Position |
| 5 | Next Steps |

Case 4:25-cv-00038-CEA-CHS   Document 131-3   Filed 02/03/26   Page 12 of 25
PageID #: 3621

# Restructuring Plan
## *Estimated Timeline*

**The recapitalization plan requires a multi-step approach to secure capital to continue funding business operations through a turnaround plan.**



THE KEYSTONE GROUP

PROPRIETARY & CONFIDENTIAL | Page **13**

# Restructuring Plan
## *Barrel Sales*

**The company arranged a sale of 21K barrels with Q&Cask, which has since been revised to 13K barrels for $23M and will drive $15M of profit for the company.**

| Barrel Year | TDG Barrels in Inventory | Barrels for Sale | TDG Barrels Remaining | Original Cost | Q&Cask Buy Price | Total Revenue ($M) | Total COGS ($M) | Total Margin ($M) |
|---|---|---|---|---|---|---|---|---|
| 2018 | 56 | 56 | - | $ 650 | $ 1,800 | $ 0.1 | $ 0.0 | $ 0.1 |
| 2019 | 2,034 | 2,034 | - | $ 650 | $ 1,800 | $ 3.7 | $ 1.3 | $ 2.3 |
| 2020 | 2,761 | 2,761 | - | $ 650 | $ 1,800 | $ 5.0 | $ 1.8 | $ 3.2 |
| 2021 | 9,028 | 8,125 | 903 | $ 671 | $ 1,800 | $ 14.6 | $ 5.5 | $ 9.2 |
| 2022 | 25,130 | - | 25,130 | $ 671 | $ 1,800 | $ - | $ - | $ - |
| 2023 | 14,054 | - | 14,054 | $ 674 | $ 1,800 | $ - | $ - | $ - |
| **Total** | **53,063** | **12,976** | **40,087** | | | **$ 23.4** | **$ 8.6** | **$ 14.7** |

- Title and product was intended to transfer to Q&Cask by the end of 2024; however, transfer has been on hold to negotiate terms with FCMA, and the barrels still appear on UN TDG barrel reports
- Buyer responsible for all shipping, handling and storage charges after transfer
- Cash to be provided by Q&Cask upon sale to third parties

THE KEYSTONE GROUP

# Restructuring Plan
*Additional Barrel Sales*

## UN's on-hand supply of barrels exceeds projected demand in 2025 and 2026 so the excess barrels could be sold to generate additional runway.

- After accounting for the proposed $23M barrel sale, Uncle Nearest holds 46,000 barrels in inventory at TDG and at the distillery

- Assuming 50% sales growth each year, Uncle Nearest would have sufficient inventory to sell off barrels maturing in 2025 and 2026

- Although the barrel supply may be tight in 2025, 2026 is projected to have a significant amount of excess barrels, which could be sold to generate runway in 2025

- Potential buyers of additional barrels would include J.B. Thome, Brindiamo Group, Q&Cask, and Iron Cask

As of:    Nov-24

| Fill Year | Mature Year | Barrels On-Hand | Planned for Direct Sale | Barrels Remaining | Case Equivalents |
|---|---|---|---|---|---|
| 2017 | 2021 | 35 | | 35 | 1,558 |
| 2018 | 2022 | 317 | (57) | 260 | 11,575 |
| 2019 | 2023 | 2,573 | (2,034) | 539 | 23,996 |
| 2020 | 2024 | 7,639 | (2,761) | 4,878 | 217,169 |
| 2021 | 2025 | 9,364 | (8,125) | 1,239 | 55,160 |
| 2022 | 2026 | 25,132 | | 25,132 | 1,118,877 |
| 2023 | 2027 | 14,054 | | 14,054 | 625,684 |
| **Total** | | **59,114** | **(12,977)** | **46,137** | **2,054,019** |

| Mature Year | Case Sales | *Proj. Growth over PY* | Proj. Case Sales | Cases Available | Excess Cases | Excess Barrels | Est. Price per Barrel | Potential Sale Value |
|---|---|---|---|---|---|---|---|---|
| 2024 | 183,902 | | | | | | | |
| 2025 | | *50%* | 275,853 | 309,459 | 33,605 | 755 | $ 1,950 | $ 1,471,925 |
| 2026 | | *50%* | 413,780 | 1,118,877 | 705,097 | 15,838 | $ 1,700 | $ 26,924,175 |
| **Total** | | | | | **738,702** | **16,593** | | **$ 28,396,100** |
| Collateral Value (70% of Book Value) | | | | | | | $ 469 | $ 7,781,922 |
| **Net Proceeds to Business** | | | | | | | | **$ 20,614,179** |

*Note: barrels on-hand does not include Customer-Procured barrels stored at TDG.*
*Barrel to case conversion assumes 25% angel's share, converting one 53-gallon barrel into ~44.5 4.5-liter cases.*
*Assumes a weighted average cost of $670 per barrel, based on TDG historical costs.*

Case 4:25-cv-00038-CEA-CHS    Document 131-3    Filed 02/03/26    Page 15 of 25
PageID #: 3524

| 1 | Background - Sales |
|---|---|
| 2 | Background - Financial |
| 3 | Restructuring Plan |
| **4** | **Liquidity Position** |
| 5 | Next Steps |

Case 4:25-cv-00038-CEA-CHS     Document 131-3     Filed 02/03/26     Page 16 of 25
PageID #: 3625



# Liquidity Position
## *Proposal Overview*

**Here is a revised plan for the use of ~$23M barrel proceeds, based on our updated view of current cash burn and high priority AP payments necessary.**

| | FCMA Proposal | Uncle Nearest Revised Proposal |
|---|---|---|
| **Split of Proceeds** | ▪ $17M of proceeds wired to FCMA<br>▪ $6M remain with UN for payment of payroll, TDG, TDG – Tax & Escrow and other critical AP | ▪ Split $13.6M / $9.4M - (58% FCMA / 42% UN)<br>▪ In total once $23M is sold, FCMA receives 58% of sales proceeds, including $1.7M of previously received proceeds – will cover $7.6M of P&I through 2/1 and $6M of barrel collateral (scaling payments as more barrels are sold)<br>▪ In total, 42% of barrel sales remain with UN |
| **Terms** | ▪ FCMA will review barrel sales contract and take assignment within 7 days<br>▪ TKG under D&O and remains engaged as CXO<br>▪ Complete perfection certificate and grant security interest in unencumbered assets<br>▪ Provide debt restructuring plan | ▪ Same<br><br>▪ Retain advisor<br><br>▪ Same<br><br>▪ Same |
| **Additional Debt Relief** | ▪ N/A | ▪ 4/1 principal and interest is deferred to be paid upon equity event |

Case 4:25-cv-00038-CEA-CHS    Document 131-3    Filed 02/03/26    Page 17 of 25
PageID #: 3526

THE KEYSTONE GROUP

PROPRIETARY & CONFIDENTIAL | Page **17**

# Liquidity Position
*Proceeds Split*

**In order to provide necessary cash to the business out of the gate, the proposal applies initial proceeds to the revolver to replace the barrel collateral with remaining proceeds going to UN. Then starting the week ending 3/14, proceeds will also begin paying past due P&I. Overall, the split will be 58% FCMA / 42% UN.**



**Use of Barrel Sale Proceeds**

THE KEYSTONE GROUP

PROPRIETARY & CONFIDENTIAL | Page **18**

# Liquidity Position
## *Cash Flow Overview*

**The proposed split of proceeds will provide enough cash for the company to stabilize operations and effect a broader restructuring plan, while improving FCMA's current overadvance situation.**



**UN - Projected Cash On Hand**

UN Revised Proposal (42% Split, Defer 4/1 P&I), 2,049

Base Case, (4,035)

**Cash Flow Assumptions**
- Sales forecast based on avg sales per workday from Apr – Dec 2024
- Assumed 24% reduction of Park Street sales to collections to account for fees & chargebacks
- Disbursements include TDG, TTB and TN State tax payments, monthly Ramp card payments, Professional Fees, and IT, insurance, and lease payments
- Includes payments to secondary lenders (Dash Funding, etc.; total $1M)
- Minimal payments for CapEx ($100K monthly) and marketing ($25K weekly), with limited investment into vodka or cognac

**UN Barrel Proceeds Split Proposal**
- Includes $2.5M of cash infusion from UN owners for immediate cash needs
- Barrel Sales ($20.4M) spread evenly from week of 2/28 through end of April; <u>UN receives 42% of proceeds in total</u>
- FCMA is paid off based on related barrel collateral and growing P&I repayments
- Additional A/P paydown ($3.2M) for high-priority vendors is included in weeks 2/14 – 5/9
- Does <u>not</u> include payment of P&I of $2.7M on 4/1

# Liquidity Position
## 13-Week Cashflow Base Case (pre-cash infusions)

**The "Base Case" Model (before barrel sales or cash infusions) forecasts negative cash in Week 1 with net cash balance decreasing to $4M by Week 13. This requires significant AP stretch as well.**

| Cash Flow Week<br>$ 000's          Week Ending: | 0<br>Act<br>02/07 | 1<br>Fcst<br>02/14 | 2<br>Fcst<br>02/21 | 3<br>Fcst<br>02/28 | 4<br>Fcst<br>03/07 | 5<br>Fcst<br>03/14 | 6<br>Fcst<br>03/21 | 7<br>Fcst<br>03/28 | 8<br>Fcst<br>04/04 | 9<br>Fcst<br>04/11 | 10<br>Fcst<br>04/18 | 11<br>Fcst<br>04/25 | 12<br>Fcst<br>05/02 | 13<br>Fcst<br>5/9/2025 | Total<br>Forecast<br>05/09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Sales | 570 | 649 | 519 | 649 | 649 | 649 | 649 | 649 | 649 | 649 | 649 | 649 | 649 | 649 | 8,302 |
| **Cash Receipts:** | | | | | | | | | | | | | | | |
| Park Street Collections | - | - | - | - | - | 396 | 456 | 365 | 456 | 456 | 456 | 456 | 456 | 456 | 3,953 |
| Retail & Tour Sales | 15 | 49 | 39 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 622 |
| Other Cash Infusions (Equity, Debt, Barrels) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| All Other | 24 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| **Total Receipts** | 39 | 49 | 39 | 49 | 49 | 445 | 505 | 413 | 505 | 505 | 505 | 505 | 505 | 505 | 4,575 |
| **Cash Disbursements:** | | | | | | | | | | | | | | | |
| Payroll | 859 | 0 | - | 450 | - | 450 | - | 450 | - | 450 | - | 450 | - | 450 | 2,700 |
| Other Debt Service & Leases | 118 | 232 | 70 | 70 | 92 | 70 | 70 | 70 | 92 | 70 | 70 | 70 | 70 | 92 | 1,137 |
| Operations | 100 | 37 | 15 | 137 | 843 | 37 | 15 | 37 | 343 | 15 | 37 | 15 | 22 | 30 | 1,585 |
| Marketing | - | 27 | 46 | 127 | 77 | 27 | 46 | 127 | 77 | 46 | 27 | 127 | 25 | 25 | 805 |
| Other OpEx | 187 | 368 | 144 | 455 | 150 | 149 | 122 | 455 | 150 | 149 | 122 | 130 | 419 | 130 | 2,943 |
| Capital Expenditures | 130 | - | - | - | 700 | - | - | - | 700 | - | - | - | - | 100 | 1,500 |
| AP Paydown / (Stretch) | - | (45) | (65) | (145) | (1,493) | (45) | (65) | (145) | (993) | (65) | (45) | (145) | | | (3,251) |
| **Total Disbursements** | 1,394 | 619 | 211 | 1,094 | 369 | 688 | 189 | 994 | 369 | 666 | 211 | 647 | 536 | 827 | 7,419 |
| **Operating Net Cashflow** | (1,356) | (570) | (172) | (1,045) | (320) | (243) | 316 | (581) | 136 | (161) | 294 | (142) | (31) | (322) | (2,844) |
| **FC P&I Payment** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cashflow** | (1,356) | (570) | (172) | (1,045) | (320) | (243) | 316 | (581) | 136 | (161) | 294 | (142) | (31) | (322) | (2,844) |
| **Ending Cash Balance** | (1,190) | (1,761) | (1,933) | (2,978) | (3,298) | (3,542) | (3,226) | (3,806) | (3,671) | (3,832) | (3,538) | (3,681) | (3,712) | (4,035) | (4,035) |

THE KEYSTONE GROUP

# Liquidity Position

## 13-Week Cashflow Subsequent Forecast (after barrel sales and split of proceeds)

**Layering in immediate cash infusions of $2.5M with revised terms of a 58% / 42% split of barrel sales and deferred P&I on 4/1 allows the company to maintain positive cash through the 13-week outlook.**

| Cash Flow Week | 0 Act | 1 Fcst | 2 Fcst | 3 Fcst | 4 Fcst | 5 Fcst | 6 Fcst | 7 Fcst | 8 Fcst | 9 Fcst | 10 Fcst | 11 Fcst | 12 Forecast | 13 Forecast | Total Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 000's          Week Ending: | 02/07 | 02/14 | 02/21 | 02/28 | 03/07 | 03/14 | 03/21 | 03/28 | 04/04 | 04/11 | 04/18 | 04/25 | 05/02 | 5/9/2025 | 05/09 |
| **Uncle Nearest Revised Proposal - 58/42 Split** | | | | | | | | | | | | | | | |
| **Impact to Uncle Nearest Cash Balance** | | | | | | | | | | | | | | | |
| Base Case - Cash Balance | (1,190) | (1,761) | (1,933) | (2,978) | (3,298) | (3,542) | (3,226) | (3,806) | (3,671) | (3,832) | (3,538) | (3,681) | (3,712) | (4,035) | (4,035) |
| Base Case - Net Weekly Cashflow | (1,356) | (570) | (172) | (1,045) | (320) | (243) | 316 | (581) | 136 | (161) | 294 | (142) | (31) | (322) | (2,844) |
| + Immediate Cash Infusion | 1,459 | 1,000 | - | - | - | - | - | - | - | - | - | - | - | - | 2,459 |
| *Planned Barrel Sales* | | | | | | | | | | | | | | | |
| + Cash Proceeds from Barrel Sales | - | - | - | 2,262 | 2,262 | 2,262 | 2,262 | 2,262 | 2,262 | 2,262 | 2,262 | 2,262 | - | - | 20,357 |
| - Barrel Sale Repayment to FC | - | - | - | (583) | (583) | (1,520) | (1,520) | (1,520) | (1,520) | (2,100) | (2,100) | (2,100) | - | - | (13,547) |
| - A/P Paydown and Payment Plans | - | (263) | (235) | (334) | (253) | (253) | (253) | (253) | (228) | (223) | (223) | (223) | (223) | (223) | (3,185) |
| **Revised Plan - Ending Cash Balance** | 269 | 435 | 28 | 327 | 1,432 | 1,678 | 2,483 | 2,391 | 3,041 | 2,819 | 3,052 | 2,849 | 2,594 | 2,049 | 2,049 |
| *Variance to Base Case* | 1,459 | 2,196 | 1,960 | 3,305 | 4,731 | 5,220 | 5,709 | 6,198 | 6,712 | 6,651 | 6,590 | 6,529 | 6,307 | 6,084 | 6,084 |



# Liquidity Position
## *Cash Collections*

**Park Street manages chargebacks and other expenses directly for Uncle Nearest. Because they handle these expenses, there is a "gross-to-net" reduction of sales from Park Street to what is available for collection.**

**Park Street Sales vs Cash Inflows**

| ($ 000's) | Sales | Collections | Variance | Variance % |
|---|---|---|---|---|
| **2023** | $ 24,237 | $ 17,808 | $ 6,428 | 27% |
| **2024** | $ 34,896 | $ 27,665 | $ 7,231 | 21% |
| | | | | |
| **2024-Q1** | $ 11,851 | $ 10,210 | $ 1,641 | 14% |
| **2024-Q2** | $ 8,849 | $ 6,875 | $ 1,974 | 22% |
| **2024-Q3** | $ 8,054 | $ 6,130 | $ 1,924 | 24% |
| **2024-Q4** | $ 6,201 | $ 4,650 | $ 1,551 | 25% |

- Based on historical analysis of sales through Park Street vs actual cash pulled from Park Street, an average 21% of sale proceeds are used to pay Park Street fees, vendor chargebacks, and freight and storage fees

- The 13-week cash flow model assumes a 24% gross-to-net reduction of Park Street sales to collections

- Because of a chargeback balance exceeding the Park Street Cash balance, we have assumed a 4-week pause in Park Street collections to pay down urgent chargebacks

- Recent sales weeks have performed below forecast, lowering expected collections for the 13-week period

# Liquidity Position
## High-Priority Accounts Payable Detail

**The company has identified top vendors that require payment of past-due payables during the 13-week period. These AP balances are currently under review for confirmation prior to payment.**

| High-Priority Vendors | Category | Current | 0-30 Days Past Due | 30-60 Days Past Due | 60-90 Days Past Due | 90+ Days Past Due | Total |
|---|---|---|---|---|---|---|---|
| Genesis Global Recruiting Inc. | Payroll Provider | 532 | 605 | 253 | | | 1,390 |
| Tennessee Distilling Group | Distilling, Storage, Bottling | | 221 | 93 | 111 | 689 | 1,114 |
| Tennessee Distilling Group - Tax & Escrow | Taxes for TDG Production | | 12 | | 161 | 701 | 874 |
| Marabou, Inc F/S/O Jeffrey Wright | Advertising | | 600 | | | | 600 |
| Tricorbraun Inc | Glass for Nearest Green line | | | 146 | | 248 | 393 |
| Clear Channel Outdoor | Advertising | 6 | | 28 | 49 | 244 | 327 |
| 1099 Contractors | Various | 0 | 34 | 71 | 30 | 109 | 244 |
| Blue Label Packaging | Bottling Materials | | | | | 213 | 213 |
| Deluxe | PoS System and Distillery Retail Items | | | | 17 | 185 | 202 |
| Advanced Spirits, LLC | Barrel Production Options | | 181 | | | | 181 |
| Procopio | Legal | | | 2 | 2 | 123 | 127 |
| Morgan, Lewis & Bockius LLP | Legal | 0 | 6 | | | 117 | 123 |
| *All Other* | | *0* | *91* | *35* | *33* | *667* | *825* |
| **Total High-Priority** | | **539** | **1,750** | **627** | **402** | **3,297** | **6,615** |

**Total Past Due: $6,076**

PROPRIETARY & CONFIDENTIAL | Page 23

| 1 | **Background - Sales** |
|---|---|
| 2 | **Background - Financial** |
| 3 | **Restructuring Plan** |
| 4 | **Liquidity Position** |
| **5** | **Next Steps** |

# Next Steps

**Our next steps will focus on the following items:**

- Provide diligence list requested by McGuireWoods
    - CXO position for Keystone
    - Perfection certificate

- Finalize barrel proceeds split

- Finalize 2024 financial statements

- Begin debt raise process

- Determine length of extension to credit agreement

- Continue legal negotiations with Berlin

Case 4:25-cv-00038-CEA-CHS    Document 131-3    Filed 02/03/26    Page 25 of 25
PageID #: 3634

 THE KEYSTONE GROUP