13-Week Cash Flow
Provided by Uncle Nearest

| Week Ending --> | 16-May | 23-May | 30-May | 6-Jun | 13-Jun | 20-Jun | 27-Jun | 4-Jul | 11-Jul | 18-Jul | 25-Jul | 1-Aug | 8-Aug | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Week #--> | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13-Week Total |
| **Total Cash In** | $235,000 | $235,000 | $235,000 | $235,000 | $250,000 | $250,000 | $250,000 | $250,000 | $270,000 | $270,000 | $270,000 | $270,000 | $300,000 | $3,320,000 |
| **Payroll (Genesis)** | $270,000 | $270,000 | $270,000 | $270,000 | $265,000 | $265,000 | $265,000 | $265,000 | $260,000 | $260,000 | $260,000 | $260,000 | $255,000 | $3,435,000 |
| **Ramp** | $102,000 | $102,000 | $102,000 | $102,000 | $95,000 | $95,000 | $95,000 | $95,000 | $90,000 | $90,000 | $90,000 | $90,000 | $85,000 | $1,233,000 |
| **Invoices Paid Total** | $420,000 | $420,000 | $420,000 | $420,000 | $420,000 | $420,000 | $420,000 | $420,000 | $420,000 | $420,000 | $420,000 | $420,000 | $400,000 | $5,440,000 |
| NGD_Production | $163,494 | $163,494 | $163,494 | $163,494 | $163,494 | $163,494 | $163,494 | $163,494 | $163,494 | $163,494 | $163,494 | $163,494 | $155,709 | $2,117,641 |
| UN_S&M | $94,387 | $94,387 | $94,387 | $94,387 | $94,387 | $94,387 | $94,387 | $94,387 | $94,387 | $94,387 | $94,387 | $94,387 | $89,893 | $1,222,541 |
| UN_Corporate | $65,403 | $65,403 | $65,403 | $65,403 | $65,403 | $65,403 | $65,403 | $65,403 | $65,403 | $65,403 | $65,403 | $65,403 | $62,289 | $847,124 |
| NGD_Corporate | $41,316 | $41,316 | $41,316 | $41,316 | $41,316 | $41,316 | $41,316 | $41,316 | $41,316 | $41,316 | $41,316 | $41,316 | $39,348 | $535,139 |
| Finance | $25,091 | $25,091 | $25,091 | $25,091 | $25,091 | $25,091 | $25,091 | $25,091 | $25,091 | $25,091 | $25,091 | $25,091 | $23,896 | $324,988 |
| NGD_S&M | $13,171 | $13,171 | $13,171 | $13,171 | $13,171 | $13,171 | $13,171 | $13,171 | $13,171 | $13,171 | $13,171 | $13,171 | $12,544 | $170,596 |
| NGD_Facilities | $6,635 | $6,635 | $6,635 | $6,635 | $6,635 | $6,635 | $6,635 | $6,635 | $6,635 | $6,635 | $6,635 | $6,635 | $6,319 | $85,937 |
| NGD_Retail | $9,123 | $9,123 | $9,123 | $9,123 | $9,123 | $9,123 | $9,123 | $9,123 | $9,123 | $9,123 | $9,123 | $9,123 | $8,689 | $118,167 |
| Security | $1,379 | $1,379 | $1,379 | $1,379 | $1,379 | $1,379 | $1,379 | $1,379 | $1,379 | $1,379 | $1,379 | $1,379 | $1,314 | $17,867 |
| **Total Cash Out** | $792,000 | $792,000 | $792,000 | $792,000 | $780,000 | $780,000 | $780,000 | $780,000 | $770,000 | $770,000 | $770,000 | $770,000 | $740,000 | $10,108,000 |
| **Operational Cash Flow** | ($557,000) | ($557,000) | ($557,000) | ($557,000) | ($530,000) | ($530,000) | ($530,000) | ($530,000) | ($500,000) | ($500,000) | ($500,000) | ($500,000) | ($440,000) | ($6,788,000) |

Farm Credit v Uncle Nearest, et al
**Plaintiff's Exhibit**

**6**

4:25-CV-00038