| Financial Row | Amount |
|---|---|
| **Liabilities & Equity** | |
|   **Current Liabilities** | |
|     **2800 - Notes Payable** | |
|       2800.01 - Notes Payable : Ford Credit : Expedition | $40,455.88 |
|       2800.02 - Notes Payable : Ford Credit : F150 2024 | $83,718.49 |
|       2800.03 - Ford Credit : F150 2021 | $30,054.99 |
|       2800.04 - Ford Credit : 2024 FORD MUSTG | $47,771.75 |
|       2802 - Notes Payable : Mercedes | $36,610.20 |
|       2803 - Notes Payable: Dash Funding | $1,078,434.85 |
|       2805 - Notes Payable : NGD : Farm Credit Lease | $31,522.07 |
|       2806 - Notes Payable : Farm Credit -Bronco | $8,585.19 |
|       2807 - Equity Partners | $1,000,000.00 |
|       2812 - Notes Payable : North Mill Equipment Finance | $28,539.60 |
|       2815 - Notes Payable : Huntington Bank | $3,375.84 |
|       2820 - Scarcelli Promissory Note | $1,000,000.00 |
|       2821 - WhistlePig Barrel Loan | $4,068,560.18 |
|       2823 - FCMA - Dan Call Farm Loan | $624,426.37 |
|       2824 - Grant Sidney Investment Loan | $20,026,270.00 |
|     **Total - 2800 - Notes Payable** | **$28,108,325.41** |
|   **Accounts Payable** | |
|     **2100 - Accounts Payable** | |
|       2100 - Accounts Payable | $20,143,518.23 |
|       2105 - Accounts Payable: Park Street | $1,697,088.16 |
|       2110 - Accounts Payable: Square One | $43,434.89 |
|       2120 - Accounts Payable: Cognac | $48,097.34 |
|     **Total - 2100 - Accounts Payable** | **$21,932,138.62** |
|   **Other Current Liability** | |
|   **Credit Card** | |
|     **2700.01 - Credit Cards : UN** | |
|       2708 - Credit Cards : UN : American Express - Bonvoy | $10,117.36 |
|       2709 - Credit Cards : UN : American Express - DeltaSky | $18,918.75 |
|       2710 - Credit Cards : UN : American Express - Plum | $104,104.64 |
|       2712 - Credit Cards : UN : American Express - Delta Reserve | $39,643.86 |
|       2717 - Credit Cards: UN: Visa - Ramp | $104,456.34 |
|     **Total - 2700.01 - Credit Cards : UN** | **$277,240.95** |
|   **Total Credit Card** | **$277,240.95** |
|   **Other Current Liability** | |
|     **2505 - Sales Tax Payables** | |
|       2505.01 - Sales Taxes Payable : TN | $19,659.00 |
|     **Total - 2505 - Sales Tax Payables** | **$19,659.00** |
|     **2950 - Current Portion of Long-Term Debt** | |
|       2951 - Current Portion of Long-Term Debt: Farm Credit | $3,800,000.00 |
|     **Total - 2950 - Current Portion of Long-Term Debt** | **$3,800,000.00** |
|   **Total Other Current Liability** | **$4,096,899.95** |
| **Total Liabilities** | **$54,137,363.98** |



**Farm Credit v Uncle Nearest, et al**
**Plaintiff's Exhibit**

**8**

**4:25-CV-00038**