**Post Receivership Reported Cash Flows**

| UN Cash Flows | 9/1<br>9/7<br>Actual | 9/8<br>9/14<br>Actual | 9/15<br>9/21<br>Actual | 9/22<br>9/28<br>Actual | 9/29<br>10/5<br>Actual | 10/6<br>10/12<br>Actual | 10/13<br>10/19<br>Actual | 10/20<br>10/26<br>Actual | 10/27<br>11/2<br>Actual | 11/3<br>11/9<br>Actual |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cumulative** | | | | | | | | | | |
| Cumulative Net Cash Flow Reported | 234,767 | 1,590,271 | 1,143,992 | 764,527 | 1,105,232 | 983,425 | 1,284,483 | 848,840 | 784,321 | 743,282 |
| Add back: Cumulative Receivership Fees | - | - | 247,505 | 405,370 | 543,981 | 624,496 | 700,087 | 772,651 | 844,652 | 942,125 |
| Less: Cumulative FCMA Funding | - | (1,700,000) | (1,700,000) | (1,700,000) | (1,700,000) | (2,300,000) | (2,300,000) | (2,300,000) | (2,300,000) | (2,300,000) |
| Cumulative Net Cash Flow - Adjusted | $ 234,767 | $ (109,729) | $ (308,504) | $ (530,103) | $ (50,787) | $ (692,079) | $ (315,430) | $ (678,509) | $ (671,026) | $ (614,594) |

| UN Cash Flows | 11/10<br>11/16<br>Actual | 11/17<br>11/23<br>Actual | 11/24<br>11/30<br>Actual | 12/1<br>12/7<br>Actual | 12/8<br>12/14<br>Actual | 12/15<br>12/21<br>Actual | 12/22<br>12/28<br>Actual | 12/29<br>1/4<br>Actual | 1/5<br>1/11<br>Actual | 1/12<br>1/18<br>Actual |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cumulative** | | | | | | | | | | |
| Cumulative Net Cash Flow Reported | 981,656 | 781,923 | 738,970 | 1,040,587 | 1,535,431 | 2,132,573 | 952,779 | 1,527,194 | 1,503,888 | 1,137,212 |
| Add back: Cumulative Receivership Fees | 1,065,463 | 1,136,146 | 1,207,912 | 1,294,549 | 1,350,158 | 1,390,434 | 1,426,273 | 1,474,971 | 1,571,089 | 1,729,259 |
| Less: Cumulative FCMA Funding | (2,300,000) | (2,500,000) | (2,500,000) | (2,500,000) | (2,723,805) | (3,800,000) | (3,800,000) | (3,800,000) | (3,800,000) | (3,800,000) |
| Cumulative Net Cash Flow - Adjusted | $ (252,881) | $ (581,930) | $ (553,118) | $ (164,865) | $ 161,784 | $ (276,993) | $(1,420,948) | $ (797,835) | $ (725,023) | $ (933,529) |

Average weekly cash burn of $ (46,676)

**Farm Credit v Uncle Nearest, et al**
**Plaintiff's Exhibit**

**9**

4:25-CV-00038