| UN Cash Flows<br>Week Start<br>Week End<br>Actual/Projected | Week 20<br>1/12<br>1/18<br>Actual | Week 21<br>1/19<br>1/25<br>Projected | Week 22<br>1/26<br>2/1<br>Projected | Week 23<br>2/2<br>2/8<br>Projected | Week 24<br>2/9<br>2/15<br>Projected | Week 25<br>2/16<br>2/22<br>Projected | Week 26<br>2/23<br>3/1<br>Projected | Week 27<br>3/2<br>3/8<br>Projected | Week 28<br>3/9<br>3/15<br>Projected | Week 29<br>3/16<br>3/22<br>Projected | Week 30<br>3/23<br>3/29<br>Projected | Week 31<br>3/30<br>4/5<br>Projected | Week 32<br>4/6<br>4/12<br>Projected | Week 33<br>4/13<br>4/19<br>Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cumulative Net Cash Flow **Reported** | $1,137,212 | $1,435,899 | $945,088 | $793,099 | $846,957 | $860,301 | $479,180 | $519,487 | $285,703 | $187,900 | $(220,927) | $(290,534) | $(509,998) | $(706,088) |
| Add back: Cumulative Receivership Fees | 1,729,259 | 1,856,531 | 2,026,531 | 2,186,531 | 2,346,531 | 2,521,531 | 2,691,531 | 2,851,531 | 3,011,531 | 3,186,531 | 3,356,531 | 3,516,531 | 3,676,531 | 3,851,531 |
| Less: Cumulative FCMA Funding | (3,800,000) | (3,800,000) | (3,800,000) | (3,800,000) | (3,800,000) | (3,800,000) | (3,800,000) | (3,800,000) | (3,800,000) | (3,800,000) | (3,800,000) | (3,800,000) | (3,800,000) | (3,800,000) |
| Cumulative Net Cash Flow - **Adjusted** | $(933,529) | $(507,571) | $(828,381) | $(820,370) | $(606,512) | $(418,169) | $(629,290) | $(428,982) | $(502,766) | $(425,569) | $(664,396) | $(574,003) | $(633,467) | $(654,557) |
| Avg Weekly Burn | (46,676) | (24,170) | (37,654) | (35,668) | (25,271) | (16,727) | (24,203) | (15,888) | (17,956) | (14,675) | (22,147) | (18,516) | (19,796) | (19,835) |
| Ending Cash | $1,201,448 | $1,500,135 | $1,009,324 | $857,335 | $911,193 | $924,537 | $543,416 | $583,723 | $349,939 | $252,136 | $(156,691) | $(226,298) | $(445,762) | $(641,852) |



Farm Credit v Uncle Nearest, et al
**Plaintiff's Exhibit**

**10**

4:25-CV-00038