# FORM OF BORROWING BASE CERTIFICATE

Date: March 31, 2025

To: Farm Credit Mid-America, PCA, as the Administrative Agent

Ladies and Gentlemen:

Reference is made to that certain Credit Agreement dated as of July 13, 2022 (as amended, restated, supplemented or otherwise modified from time to time, the "Credit Agreement"), among UNCLE NEAREST, INC., a Delaware corporation (the "Company"), NEAREST GREEN DISTILLERY, INC., a Delaware Corporation ("Distillery"), UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, a Tennessee limited liability company ("RE Holdings"), each other Borrower party thereto (together with the Company, Distillery and RE Holdings, collectively, the "Borrowers" and each, a "Borrower"), the lenders from time to time party thereto, as Lenders, and FARM CREDIT MID-AMERICA, PCA, as Administrative Agent. Capitalized terms used herein and not defined herein shall have the meanings assigned thereto in the Credit Agreement.

The undersigned hereby certifies as of the date hereof that he/she is the Interim CFO of the Company, and that, as such, he/she is authorized to execute and deliver this Borrowing Base Certificate to the Administrative Agent on the behalf of the Company, and that the analysis and information set forth in this Borrowing Base Certificate is true and accurate on and as of the date hereof.

## Borrowing Base / Availability Calculations

Eligible Accounts: $1,145,730
Accounts Advance Rate: 75%
**Accounts Borrowing Base: $859,297**

Eligible Inventory: $52,583,215
Inventory Advance Rate: 70%
**Inventory Borrowing Base: $36,808,250**

*Availability Reserves:*

Less: Rent and Charge Reserves: $0
Less Outstanding Taxes and other Government charges: $0
Less: Liabilities that are or may become secured by Liens on the Collateral (including Permitted Liens) which might have priority over the Liens or interests of the Lender in the Collateral: $0



Less: Reserves with respect to the salability of Eligible Inventory or which reflect such other factors as affect the market value of the Eligible Inventory, including obsolescence, seasonality, Shrink, vendor chargebacks, imbalance, change in Inventory character, composition or mix, markdowns and out of date and/or expired Inventory: $0
Less: Whiskey storage reserves: $0
Less: the Dilution Reserve: $0
Less: [Other TBD]: $0
**Total Availability Reserves: $0**

**Borrowing Base** (Accounts Borrowing Base + Inventory Borrowing Base – Total Availability Reserves): $37,667,548

*Line Reserves:*
Rent and Charges Reserve: $0
Plus: Aggregate amount of liabilities at any time secured by Liens upon collateral that are Senior to the Administrative Agent's Liens: $0
Plus: Sums that any Loan Party may be required to pay under any Section of the Credit Agreement or any other Loan Document and has failed to pay: $0
Plus: Amounts for which claims may be reasonably expected to be asserted against the Collateral: $0

Aggregate Revolving Credits Commitments: $0
Less: Line Reserves: $0

**Maximum Borrowing Amount** (the lesser of the aggregate Revolving Credit Commitments – Line Reserves) and the Borrowing Base): $

**Less the Outstanding Amount of all Revolving Loans: ($65,224,032)**

**Availability: ($27,556,484)**

## Certification

IN WITNESS WHEREOF, the undersigned has executed this Borrowing Base Certificate as of June 11, 2025.

**UNCLE NEAREST, INC.**

*/s/ Carlos Flores*
Carlos Flores
Interim CFO

Mar-25

| Barrels Held at TDG | # Barrels | Cost/Barrel | Inventory Value |
|---|---|---|---|
| TDG Distilled 2018 Barrels- Silver | 96 | $2,700 | $259,200 |
| TDG Distilled 2018 Barrels- (77/15/8) | 31 | $2,700 | $83,700 |
| TDG Distilled 2018 Barrels- Bourbon (70/22/8) | 1 | $2,070 | $2,070 |
| TDG Distilled 2018 Barrels- (80/10/10) | 7 | $650 | $4,550 |
| TDG Distilled 2018 Barrels- (84/8/8) | 18 | $650 | $11,700 |
| TDG Distilled 2019 Barrels- (77/15/8) | 660 | $650 | $429,000 |
| TDG Distilled 2019 Barrels- Bourbon (70/22/8) | 1000 | $650 | $650,000 |
| TDG Distilled 2019 Barrels -(80/10/10) | 121 | $650 | $78,650 |
| TDG Distilled 2019 Barrels- (84/8/8) | 89 | $650 | $57,850 |
| TDG Distilled 2020 Barrels -(80/10/10) | 2314 | $650 | $1,504,100 |
| TDG Distilled 2020 Barrels- (84/8/8) | 4502 | $2,400 | $10,804,800 |
| TDG Distilled 2020 Barrels-Rye | 63 | $3,000 | $189,000 |
| TDG Distilled 2021 Barrels- (84/8/8) | 9028 | $650 | $5,868,200 |
| TDG Distilled 2022 Barrels-(80/10/10) | 12505 | $650 | $8,128,250 |
| TDG Distilled 2022 Barrels- (84/8/8) | 12625 | $650 | $8,206,250 |
| TDG Distilled 2023 Barrels-(80/10/10) | 5650 | $650 | $3,672,500 |
| TDG Distilled 2023 Barrels- (84/8/8) | 8404 | $650 | $5,462,600 |
| **Total TDG Distilled** | **57,114** | | **$45,412,420** |

| Barrels Held at NGD | # Barrels | Cost/Barrel | Inventory Value |
|---|---|---|---|
| 1820 Single Barrel | 336 | $650 | $218,400 |
| 1856 | 214 | $650 | $139,100 |
| 1884 | 371 | $650 | $241,150 |
| Single Barrel | 33 | $650 | $21,450 |
| Single Barrel Rye | 93 | $3,000 | $279,000 |
| UN UNCUT/UNFILTERED | 3 | $3,000 | $9,000 |
| **Total NGD Distilled** | **1,050** | | **$908,100** |

| Other Barrels - Held Offsite | # Barrels | Cost/Barrel | Inventory Value |
|---|---|---|---|
| Customer Procured Barrels | 138 | $3,200 | $441,600 |
| Rye Whiskey - Whistlepig (Held Offisite) | 1,192 | $1,967 | $2,344,676 |
| **Total Other Barrels** | **1,330** | | **$2,786,276** |

| Bulk Inventory | # PG | Cost/PG | Inventory Value |
|---|---|---|---|
| NGD | 7,076 | $ 44 | $311,361 |
| TDG - Tank | - | $ 44 | $0 |
| TDG - Totes | 23 | $ 44 | $1,012 |
| **Total Bulk** | **$7,099** | | **$312,373** |

| | Finished Case Inventory | # Cases | Unit Price | Inventory Value |
|---|---|---|---|---|
| Park Street | Nearest Green Tennessee Whiskey TDG 750ml/ | 4,291 | $18.88 | $81,009 |
| Park Street | Uncle Nearest 1856 Aged Whiskey 6/750mL 50° | 14,815 | $37.76 | $559,402 |
| Park Street | Uncle Nearest NG 1884 Small Batch Whiskey 6/ | 4,385 | $36.90 | $161,794 |
| Park Street | Uncle Nearest Single Barrel Premium Whiskey (I | 12,005 | $43.75 | $525,204 |
| Park Street | Uncle Nearest Straight Rye Whiskey 6/750mL 5( | 20,007 | $35.24 | $705,041 |
| | **Total** | **55,502** | | **$2,032,450** |
| TDG | UN 1856 Aged Whiskey 6/750mL 100PF | 12,470 | $37.76 | $470,867 |
| TDG | UN 1884 Whiskey 6/750mL 93PF | 7,147 | $36.90 | $263,724 |
| TDG | UN Rye 6/750ML 100PF | 547 | $96.06 | $52,545 |
| | **Total** | **20,164** | | **$787,136** |
| NGD | 1856 V2 | 3290 | $37.76 | $124,230 |
| NGD | 1884 V2 | 1310 | $36.90 | $48,339 |
| NGD | Straight Rye | 474 | $90.52 | $42,906 |
| NGD | Single Barrel | 1656 | $43.75 | $72,450 |
| NGD | Nearest Green | 914 | $18.88 | $17,256 |
| NGD | Single Barrel Rye | 381 | $103.09 | $39,277 |
| | **Total** | **8,025** | | **$344,459** |
| | **Total Finished Cases** | **83,691** | | **$3,164,046** |

| Accounts Receivable | A/R Value |
|---|---|
| Park Street A/R Balance | $2,221,430 |
| Less: A/P | $1,075,700 |
| **Remaining Eligible Balance** | **$1,145,730** |

| Category | Inventory Value | Advance Rate | Collateral Base |
|---|---|---|---|
| Total TDG Distilled | $45,412,420 | 70% | $31,788,694 |
| Total NGD Distilled | $908,100 | 70% | $635,670 |
| Total Other Barrels | $2,786,276 | 70% | $1,950,393 |
| Total Bulk | $312,373 | 70% | $218,661 |
| Total Finished Cases | $3,164,046 | 70% | $2,214,832 |
| **Total Inventory** | **$52,583,215** | | **$36,808,250** |
| A/R Balance | $1,145,730 | 75% | $859,297 |
| **Total Collateral Available** | **$53,728,945** | | **$37,667,548** |
| Revolver Balance | | | $65,224,032 |
| Availability | | | ($27,556,484) |