DRAFT
Calculated Borrowing Base using 12/31 collateral balances

### Barrel Inventory Held at Tennessee Distilling Group (TDG)

**TDG Distilled**

| | # of Barrels | Cost per Barrel | Inventory Value |
|---|---|---|---|
| TDG Distilled 2018 Barrels- Silver | 96 | $ 2,700 | $ 259,200 |
| TDG Distilled 2018 Barrels- (77/15/8) | 31 | 2,700 | $ 83,700 |
| TDG Distilled 2018 Barrels- Bourbon (70/22/8) | 1 | 2,070 | $ 2,070 |
| TDG Distilled 2018 Barrels- (80/10/10) | 7 | 650 | $ 4,550 |
| TDG Distilled 2018 Barrels- (84/8/8) | 18 | 650 | $ 11,700 |
| TDG Distilled 2019 Barrels- (77/15/8) | 660 | 650 | $ 429,000 |
| TDG Distilled 2019 Barrels- Bourbon (70/22/8) | 1,000 | 650 | $ 650,000 |
| TDG Distilled 2019 Barrels -(80/10/10) | 121 | 650 | $ 78,650 |
| TDG Distilled 2019 Barrels- (84/8/8) | 89 | 650 | $ 57,850 |
| TDG Distilled 2020 Barrels -(80/10/10) | 1,898 | 650 | $ 1,233,700 |
| TDG Distilled 2020 Barrels- (84/8/8) | 4,364 | 2,400 | $ 10,473,600 |
| TDG Distilled 2020 Barrels-Rye | 63 | 3,000 | $ 189,000 |
| TDG Distilled 2021 Barrels- (84/8/8) | 9,028 | 650 | $ 5,868,200 |
| TDG Distilled 2022 Barrels-(80/10/10) | 11,405 | 650 | $ 7,413,250 |
| TDG Distilled 2022 Barrels- (84/8/8) | 12,625 | 650 | $ 8,206,250 |
| TDG Distilled 2023 Barrels-(80/10/10) | 5,650 | 650 | $ 3,672,500 |
| TDG Distilled 2023 Barrels- (84/8/8) | 8,404 | 650 | $ 5,462,600 |
| **Total TDG Distilled** | **55,460** | **$ 795** | **$ 44,095,820** |

**Customer Procured Inventory - Held at TDG**

| | # of Barrels | Cost per Barrel | Inventory Value |
|---|---|---|---|
| Tennessee Whiskey | 1 | 2,300 | $ 2,300 |
| Tennessee Whiskey | 1 | 750 | $ 750 |
| Tennessee Whiskey-Corsair | 6 | 3,100 | $ 18,600 |
| Rye Whiskey | 50 | 3,000 | $ 150,000 |
| Rye Whiskey | 20 | 3,000 | $ 60,000 |
| Rye Whiskey | 6 | 3,000 | $ 18,000 |
| Rye Whiskey | 30 | 3,000 | $ 90,000 |
| UN Project-Silver | 23 | 750 | $ 17,250 |
| UN Project-Silver #74252 | 1 | 750 | $ 750 |
| **Total Customer Procured - Held at TDG** | **138** | **$ 2,592** | **$ 357,650** |
| **Total Barrel Inventory at TDG** | **55,598** | | **$ 44,453,470** |

### Barrel Inventory Held at NG Distillery

| | # of Barrels | Cost per Barrel | Inventory Value |
|---|---|---|---|
| Tennessee Whiskey | 451 | $ 650.00 | $ 293,150 |
| Tennessee Whiskey | 191 | $ 650.00 | $ 124,150 |
| **Total NG Distillery Barrel Inventory** | **642** | **$ 650** | **$ 417,300** |

### Other Barrels - Held Offsite

| | # of Barrels | Cost per Barrel | Inventory Value |
|---|---|---|---|
| Rye Whiskey - Whistlepig | - | $ 1,967.01 | $ - |
| **Total Other Offsite Barrels** | **-** | | **$ -** |

| Category | Inventory Value | Advance Rate | Collateral Base |
|---|---|---|---|
| Barrels at TDG | $44,453,470 | 70% | $31,117,429 |
| Barrels at NGD | $417,300 | 70% | $292,110 |
| Other barrels | $0 | 70% | $0 |
| Bulk | $67,003 | 70% | $46,902 |
| Finished Goods | $3,454,227 | 70% | $2,417,959 |
| **Total Inventory** | **$48,392,001** | | **$33,874,401** |
| **A/R Balance** | **$3,723,433** | **75%** | **$2,792,575** |
| **Total Collateral Available** | **$52,115,434** | | **$36,666,975** |
| **Revolver Balance** | | | **$65,224,032** |
| **Availability** | | | **($28,557,057)** |

Farm Credit v Uncle Nearest, et al
**Plaintiff's Exhibit**
**12**
4:25-CV-00038

| Bulk Inventory | | | |
|---|---|---|---|
| Location | PGs | Cost per PG | Inventory Value |
| TDG Totes | 1,537 | $ 43.58 | $ 67,002 |
| TDG Tank | 0 | $ 43.58 | $ 1 |
| **Total Bulk Inventory** | **1,537** | | **$ 67,003** |

| FINISHED CASE INVENTORY | | | |
|---|---|---|---|
| Location | Qty | Unit Price | Inventory Value |
| Park Street - 1820 | 7 | $ 112.56 | $ 732 |
| Park Street - 1856 | 6,144 | 37.76 | 232,003 |
| Park Street - 1884 | 5,989 | 36.90 | 220,988 |
| Park Street - 777 | 1 | 109.88 | 110 |
| Park Street - MBE | 4 | 41.39 | 166 |
| Park Street - NG84 | 9,062 | 72.96 | 661,152 |
| Park Street - Single Barrel | 13,475 | 43.75 | 589,532 |
| Park Street - SB Rye | 39 | 96.06 | 3,746 |
| Park Street - Rye | 17,567 | 90.52 | 1,590,120 |
| Park Street - UnUn Rye | - | 96.06 | - |
| Park Street - 1856-375 | 722 | 18.88 | 13,623 |
| Park Street - 1884-375 | 851 | 18.45 | 15,695 |
| Park Street - Cognac LTO | 150 | 109.88 | 16,482 |
| Park Street - Toasted LTO | 1,000 | 109.88 | 109,880 |
| TDG - 1820 | incl in PS | 112.56 | na |
| TDG - 1856 | incl in PS | 37.76 | na |
| TDG - 1884 | incl in PS | 36.90 | na |
| TDG - 777 | incl in PS | 109.88 | na |
| TDG - MBE | incl in PS | 41.39 | na |
| TDG - NG84 | incl in PS | 72.96 | na |
| TDG - Single Barrel | incl in PS | 43.75 | na |
| TDG - SB Rye | incl in PS | 96.06 | na |
| TDG - Rye | incl in PS | 90.52 | na |
| TDG - UnUn Rye | incl in PS | 96.06 | na |
| **Total Finished Case Inventory** | **55,009** | | **$ 3,454,227** |