Uncle Nearest - Historical Bank Transactions
Select Historical Transfers

| Date | Description | Originating Account | Dollar Value | Total Net $$ | In/Out | Weeknum | Outflow Name | Out-SubCategory |
|---|---|---|---|---|---|---|---|---|
| 9/10/2024 | BOOK TRANSFER CREDIT B/O: BYZFUNDER NY LLC NEW YORK NY 10018- US REF: FINANCI | COMMERCIAL CHECKING (...1065) | $202,705.00 | | Inflow | 37 | Byzfunder | Other Lender Funding |
| 9/13/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:240912 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 37 | BYZFUNDER | Other Lender - Debt Service |
| 9/20/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:240919 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 38 | BYZFUNDER | Other Lender - Debt Service |
| 9/27/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:240926 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 39 | BYZFUNDER | Other Lender - Debt Service |
| 10/4/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:241003 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 40 | BYZFUNDER | Other Lender - Debt Service |
| 10/11/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:241010 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 41 | BYZFUNDER | Other Lender - Debt Service |
| 10/18/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:241017 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 42 | BYZFUNDER | Other Lender - Debt Service |
| 10/25/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:241024 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 43 | BYZFUNDER | Other Lender - Debt Service |
| 11/1/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:241031 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 44 | BYZFUNDER | Other Lender - Debt Service |
| 11/8/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:241107 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 45 | BYZFUNDER | Other Lender - Debt Service |
| 11/15/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:241114 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 46 | BYZFUNDER | Other Lender - Debt Service |
| 11/19/2024 | ORIG CO NAME:Byzfunder DB ORIG ID:1016207445 DESC DATE:SD1800 CO ENTRY DESCR | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 47 | Byzfunder | Other Lender - Debt Service |
| 11/22/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:241121 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | ($111,395.00) | Outflow | 47 | BYZFUNDER | Other Lender - Debt Service |
| 11/29/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:241128 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 48 | BYZFUNDER | Other Lender - Debt Service |
| 12/6/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:241205 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 49 | BYZFUNDER | Other Lender - Debt Service |
| 12/13/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:241212 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 50 | BYZFUNDER | Other Lender - Debt Service |
| 12/20/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:241219 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 51 | BYZFUNDER | Other Lender - Debt Service |
| 12/27/2024 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:241226 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 52 | BYZFUNDER | Other Lender - Debt Service |
| 1/3/2025 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:250102 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 1 | BYZFUNDER | Other Lender - Debt Service |
| 1/10/2025 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:250109 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 2 | BYZFUNDER | Other Lender - Debt Service |
| 1/17/2025 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:250116 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 3 | BYZFUNDER | Other Lender - Debt Service |
| 1/24/2025 | ORIG CO NAME:BYZFUNDER ORIG ID:9000083D02 DESC DATE:250123 CO ENTRY DESCR:P | COMMERCIAL CHECKING (...1065) | ($13,650.00) | | Outflow | 4 | BYZFUNDER | Other Lender - Debt Service |
| 2/4/2025 | DIRECT PAY Byzfunder DB CCD 25020413002847T UNCLE NEAREST | xxxx1189 | ($13,650.00) | | Outflow | | Byzfunder | Other Lender - Debt Service |
| 2/7/2025 | PAYMENTS BYZFUNDER CCD 000000000000210 UNCLE NEAREST INC | xxxx1189 | ($13,650.00) | | Outflow | | Byzfunder | Other Lender - Debt Service |
| 2/14/2025 | PAYMENTS BYZFUNDER CCD 000000000000218 UNCLE NEAREST INC | xxxx1189 | ($150.00) | | Outflow | | Byzfunder | Other Lender - Debt Service |



Farm Credit v Uncle Nearest, et al
**Plaintiff's Exhibit**
**15**
**4:25-CV-00038**

Uncle Nearest - Historical Bank Transactions
Select Historical Transfers

| Date | Description | Originating Account | Dollar Value | Total Net $$ | In/Out | Weeknum | Outflow Name | Out-SubCategory |
|---|---|---|---|---|---|---|---|---|
| 6/7/2024 | ORIG CO NAME:DASH FUNDING SOU ORIG ID:4756172314 DESC DATE: CO ENTRY DESCR: | COMMERCIAL CHECKING (...1065) | $950,000.00 | | Inflow | 23 | Dash Funding | Other Lender Funding |
| 6/14/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($39,971.00) | | Outflow | 24 | Dash Funding | Other Lender - Debt Service |
| 6/21/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($39,971.00) | | Outflow | 25 | Dash Funding | Other Lender - Debt Service |
| 6/28/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($39,971.00) | | Outflow | 26 | Dash Funding | Other Lender - Debt Service |
| 7/8/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($39,971.00) | | Outflow | 28 | Dash Funding | Other Lender - Debt Service |
| 7/12/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($39,971.00) | | Outflow | 28 | Dash Funding | Other Lender - Debt Service |
| 7/19/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($39,971.00) | | Outflow | 29 | Dash Funding | Other Lender - Debt Service |
| 7/26/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($39,971.00) | | Outflow | 30 | Dash Funding | Other Lender - Debt Service |
| 7/29/2024 | ORIG CO NAME:DASH FUNDING SOU ORIG ID:4756172314 DESC DATE: CO ENTRY DESCR: | COMMERCIAL CHECKING (...1065) | $505,826.00 | | Inflow | 31 | Dash Funding | Other Lender Funding |
| 8/2/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 31 | Dash Funding | Other Lender - Debt Service |
| 8/9/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 32 | Dash Funding | Other Lender - Debt Service |
| 8/16/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 33 | Dash Funding | Other Lender - Debt Service |
| 8/23/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 34 | Dash Funding | Other Lender - Debt Service |
| 8/30/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 35 | Dash Funding | Other Lender - Debt Service |
| 9/6/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 36 | Dash Funding | Other Lender - Debt Service |
| 9/13/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 37 | Dash Funding | Other Lender - Debt Service |
| 9/20/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 38 | Dash Funding | Other Lender - Debt Service |
| 9/27/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 39 | Dash Funding | Other Lender - Debt Service |
| 10/4/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 40 | Dash Funding | Other Lender - Debt Service |
| 10/11/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 41 | Dash Funding | Other Lender - Debt Service |
| 10/18/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 42 | Dash Funding | Other Lender - Debt Service |
| 10/25/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 43 | Dash Funding | Other Lender - Debt Service |
| 11/1/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 44 | Dash Funding | Other Lender - Debt Service |
| 11/8/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 45 | Dash Funding | Other Lender - Debt Service |
| 11/15/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 46 | Dash Funding | Other Lender - Debt Service |
| 11/18/2024 | REVERSAL OF ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENT | COMMERCIAL CHECKING (...1065) | $65,000.00 | | Inflow | 47 | Dash Funding | Other Lender - Debt Service |
| 11/22/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | | Outflow | 47 | Dash Funding | Other Lender - Debt Service |
| 11/22/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($65,000.00) | ($1,208,000.00) | Outflow | 47 | Dash Funding | Other Lender - Debt Service |
| 11/27/2024 | ORIG CO NAME:DASH FUNDING SOU ORIG ID:4756172314 DESC DATE: CO ENTRY DESCR: | COMMERCIAL CHECKING (...1065) | $609,621.00 | | Inflow | 48 | Dash Funding | Other Lender Funding |
| 11/29/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($69,950.00) | | Outflow | 48 | Dash Funding | Other Lender - Debt Service |
| 12/6/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($69,950.00) | | Outflow | 49 | Dash Funding | Other Lender - Debt Service |
| 12/13/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($69,950.00) | | Outflow | 50 | Dash Funding | Other Lender - Debt Service |
| 12/20/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($69,950.00) | | Outflow | 51 | Dash Funding | Other Lender - Debt Service |
| 12/27/2024 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($69,950.00) | | Outflow | 52 | Dash Funding | Other Lender - Debt Service |
| 1/3/2025 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($69,950.00) | | Outflow | 1 | Dash Funding | Other Lender - Debt Service |
| 1/10/2025 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($69,950.00) | | Outflow | 2 | Dash Funding | Other Lender - Debt Service |
| 1/17/2025 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($69,950.00) | | Outflow | 3 | Dash Funding | Other Lender - Debt Service |
| 1/24/2025 | ORIG CO NAME:DashFundingSour ORIG ID:9475617234 DESC DATE: CO ENTRY DESCR:844 | COMMERCIAL CHECKING (...1065) | ($69,950.00) | | Outflow | 4 | Dash Funding | Other Lender - Debt Service |
| 2/10/2025 | 8446663274 DashFundingSour CCD 123244468 UNCLE NEAREST 3 | xxxx1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 2/10/2025 | 8446663274 DashFundingSour CCD 123244469 UNCLE NEAREST 3 | xxxx1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 2/14/2025 | Payment   DASH FUNDING SOU CCD  UNCLE NEAREST 3 | xxxx1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 2/21/2025 | Payment   DASH FUNDING SOU CCD  UNCLE NEAREST 3 | xxxx1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 2/28/2025 | Payment   DASH FUNDING SOU CCD  UNCLE NEAREST 3 | xxxx1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 3/7/2025 | Payment   DASH FUNDING SOU CCD  UNCLE NEAREST 3 | xxxx1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 4/4/2025 | Payment   DASH FUNDING SOU CCD  UNCLE NEAREST 3 | xxxx1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 4/11/2025 | Payment   DASH FUNDING SOU CCD  UNCLE NEAREST 3 | xxxx1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 4/18/2025 | ACH Debit Payment   DASH FUNDING SOU, CCD, UNCLE NEAREST 3 | ****1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 4/25/2025 | ACH Debit Payment   DASH FUNDING SOU, CCD, UNCLE NEAREST 3 | ****1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 5/2/2025 | ACH Debit Payment   DASH FUNDING SOU, CCD, UNCLE NEAREST 3 | ****1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 5/9/2025 | ACH Debit Payment   DASH FUNDING SOU, CCD, UNCLE NEAREST 3 | ****1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 5/16/2025 | ACH Debit Payment   DASH FUNDING SOU, CCD, UNCLE NEAREST 3 | ****1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 5/23/2025 | ACH Debit Payment   DASH FUNDING SOU, CCD, UNCLE NEAREST 3 | ****1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 5/30/2025 | ACH Debit Payment   DASH FUNDING SOU, CCD, UNCLE NEAREST 3 | ****1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 6/6/2025 | ACH Debit Payment   DASH FUNDING SOU, CCD, UNCLE NEAREST 3 | ****1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 6/6/2025 | ACH Debit 8446663274 DashFundingSour, CCD, 127663443, UNCLE NEAREST 3 | ****1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |
| 6/13/2025 | ACH Debit Payment   DASH FUNDING SOU, CCD, UNCLE NEAREST 3 | ****1189 | ($69,950.00) | | Outflow | | Dash Funding | Other Lender - Debt Service |

Uncle Nearest - Historical Bank Transactions
Select Historical Transfers

| Date | Description | Originating Account | Dollar Value | Total Net $$ | In/Out | Weeknum | Outflow Name | Out-SubCategory |
|---|---|---|---|---|---|---|---|---|
| 7/1/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Jul 01 CO ENTRY DESCR:U | COMMERCIAL CHECKING (...1065) | $665,000.00 | | Inflow | 27 | Diverse Capital | Other Lender Funding |
| 7/5/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Jul 05 CO ENTRY DESCR:U | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 27 | Diverse Capital | Other Lender - Debt Service |
| 7/12/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Jul 12 CO ENTRY DESCR:U | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 28 | Diverse Capital | Other Lender - Debt Service |
| 7/19/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Jul 19 CO ENTRY DESCR:U | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 29 | Diverse Capital | Other Lender - Debt Service |
| 7/26/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Jul 26 CO ENTRY DESCR:U | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 30 | Diverse Capital | Other Lender - Debt Service |
| 8/2/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Aug 2 CO ENTRY DESCR:U | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 31 | Diverse Capital | Other Lender - Debt Service |
| 8/9/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Aug 9 CO ENTRY DESCR:U | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 32 | Diverse Capital | Other Lender - Debt Service |
| 8/16/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Aug 16 CO ENTRY DESCR: | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 33 | Diverse Capital | Other Lender - Debt Service |
| 8/23/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Aug 23 CO ENTRY DESCR: | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 34 | Diverse Capital | Other Lender - Debt Service |
| 8/30/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Aug 30 CO ENTRY DESCR: | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 35 | Diverse Capital | Other Lender - Debt Service |
| 9/6/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Sep 6 CO ENTRY DESCR:U | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 36 | Diverse Capital | Other Lender - Debt Service |
| 9/13/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Sep 13 CO ENTRY DESCR:I | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 37 | Diverse Capital | Other Lender - Debt Service |
| 9/20/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Sep 20 CO ENTRY DESCR:I | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 38 | Diverse Capital | Other Lender - Debt Service |
| 9/27/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Sep 27 CO ENTRY DESCR:I | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 39 | Diverse Capital | Other Lender - Debt Service |
| 10/4/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Oct 4 CO ENTRY DESCR:U | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 40 | Diverse Capital | Other Lender - Debt Service |
| 10/11/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Oct 11 CO ENTRY DESCR:l | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 41 | Diverse Capital | Other Lender - Debt Service |
| 10/18/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Oct 18 CO ENTRY DESCR:l | COMMERCIAL CHECKING (...1065) | ($31,915.63) | ($388,215.79) | Outflow | 42 | Diverse Capital | Other Lender - Debt Service |
| 10/25/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Oct 25 CO ENTRY DESCR:l | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 43 | Diverse Capital | Other Lender - Debt Service |
| 11/1/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Nov 1 CO ENTRY DESCR:U | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 44 | Diverse Capital | Other Lender - Debt Service |
| 11/8/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Nov 8 CO ENTRY DESCR:U | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 45 | Diverse Capital | Other Lender - Debt Service |
| 11/15/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Nov 15 CO ENTRY DESCR: | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 46 | Diverse Capital | Other Lender - Debt Service |
| 11/20/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Nov 20 CO ENTRY DESCR: | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 47 | Diverse Capital | Other Lender - Debt Service |
| 11/22/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Nov 22 CO ENTRY DESCR: | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 47 | Diverse Capital | Other Lender - Debt Service |
| 11/29/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Nov 29 CO ENTRY DESCR: | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 48 | Diverse Capital | Other Lender - Debt Service |
| 12/6/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Dec 6 CO ENTRY DESCR:U | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 49 | Diverse Capital | Other Lender - Debt Service |
| 12/13/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Dec 13 CO ENTRY DESCR: | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 50 | Diverse Capital | Other Lender - Debt Service |
| 12/20/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Dec 20 CO ENTRY DESCR: | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 51 | Diverse Capital | Other Lender - Debt Service |
| 12/27/2024 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Dec 27 CO ENTRY DESCR: | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 52 | Diverse Capital | Other Lender - Debt Service |
| 1/3/2025 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Jan 3 CO ENTRY DESCR:UI | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 1 | Diverse Capital | Other Lender - Debt Service |
| 1/10/2025 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Jan 10 CO ENTRY DESCR:l | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 2 | Diverse Capital | Other Lender - Debt Service |
| 1/17/2025 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Jan 17 CO ENTRY DESCR:l | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 3 | Diverse Capital | Other Lender - Debt Service |
| 1/24/2025 | ORIG CO NAME:Diverse Capital ORIG ID:851969968 DESC DATE:Jan 24 CO ENTRY DESCR:l | COMMERCIAL CHECKING (...1065) | ($31,915.63) | | Outflow | 4 | Diverse Capital | Other Lender - Debt Service |
| 2/4/2025 | Memo Debit, Diverse Capital   UNCLE NEAR   ACH Entry Memo Posted Today | xxxx1189 | ($31,915.63) | | Outflow | | Diverse capital | Other Lender - Debt Service |
| 2/7/2025 | UNCLE NEAR Diverse Capital CCD  UNCLE NEAREST INC | xxxx1189 | ($31,915.63) | | Outflow | | Diverse capital | Other Lender - Debt Service |
| 9/20/2024 | FEDWIRE CREDIT VIA: OPTIMUMBANK/067015096 B/O: GREEN NOTE CAPITAL PARTNERS | COMMERCIAL CHECKING (...1065) | $190,000.00 | | Inflow | 38 | Green Note | Other Lender Funding |
| 9/27/2024 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:240926 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 39 | Green Note | Other Lender - Debt Service |
| 10/4/2024 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:241003 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 40 | Green Note | Other Lender - Debt Service |
| 10/11/2024 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:241010 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 41 | Green Note | Other Lender - Debt Service |
| 10/18/2024 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:241017 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 42 | Green Note | Other Lender - Debt Service |
| 10/25/2024 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:241025 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 43 | Green Note | Other Lender - Debt Service |
| 11/1/2024 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:241031 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 44 | Green Note | Other Lender - Debt Service |
| 11/8/2024 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:241107 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 45 | Green Note | Other Lender - Debt Service |
| 11/15/2024 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:241114 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 46 | Green Note | Other Lender - Debt Service |
| 11/22/2024 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:241121 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 47 | Green Note | Other Lender - Debt Service |
| 11/29/2024 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:241129 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 48 | Green Note | Other Lender - Debt Service |
| 12/6/2024 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:241205 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 49 | Green Note | Other Lender - Debt Service |
| 12/13/2024 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:241212 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | ($115,163.65) | Outflow | 50 | Green Note | Other Lender - Debt Service |
| 12/20/2024 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:241219 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 51 | Green Note | Other Lender - Debt Service |
| 12/27/2024 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:241226 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 52 | Green Note | Other Lender - Debt Service |
| 1/3/2025 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:250102 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 1 | Green Note | Other Lender - Debt Service |
| 1/10/2025 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:250109 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 2 | Green Note | Other Lender - Debt Service |
| 1/17/2025 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:250116 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 3 | Green Note | Other Lender - Debt Service |
| 1/24/2025 | ORIG CO NAME:GREEN NOTE CAP ORIG ID:RPP4730677 DESC DATE:250123 CO ENTRY DE | COMMERCIAL CHECKING (...1065) | ($13,263.64) | | Outflow | 4 | Green Note | Other Lender - Debt Service |
| 2/6/2025 | GREEN NOTE GREEN NOTE CAP CCD 8874 UNCLE NEAREST, INC | xxxx1189 | ($13,263.64) | | Outflow | | Green Note | Other Lender - Debt Service |
| 2/7/2025 | GREEN NOTE GREEN NOTE CAP CCD 8874 UNCLE NEAREST, INC | xxxx1189 | ($13,263.64) | | Outflow | | Green Note | Other Lender - Debt Service |
| 2/14/2025 | GREEN NOTE GREEN NOTE CAP CCD 8874 UNCLE NEAREST, INC | xxxx1189 | ($13,263.64) | | Outflow | | Green Note | Other Lender - Debt Service |
| 2/21/2025 | GREEN NOTE GREEN NOTE CAP CCD 8874 UNCLE NEAREST, INC | xxxx1189 | ($13,263.64) | | Outflow | | Green Note | Other Lender - Debt Service |
| 2/28/2025 | GREEN NOTE GREEN NOTE CAP CCD 8874 UNCLE NEAREST, INC | xxxx1189 | ($13,263.64) | | Outflow | | Green Note | Other Lender - Debt Service |
| 3/7/2025 | GREEN NOTE GREEN NOTE CAP CCD 8874 UNCLE NEAREST, INC | xxxx1189 | ($9,193) | | Outflow | | Green Note | Other Lender - Debt Service |