IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNCLE NEAREST, INC., NEAREST GREEN )<br>DISTILLERY, INC., UNCLE NEAREST REAL )<br>ESTATE HOLDINGS, LLC, FAWN WEAVER and )<br>KEITH WEAVER, )<br>)<br>Defendants. )<br>) | Case No. 4:25-cv-38<br><br>Judge Atchley<br><br>Magistrate Judge Steger |

## FARM CREDIT MID-AMERICA, PCA'S MOTION TO SEAL CERTAIN DECLARATION EXHIBITS

Plaintiff, Farm Credit Mid-America, PCA ("FCMA"), by and through undersigned, respectfully requests the Court to seal certain exhibits to the *Declaration of Brian Klatt*[1] ("Klatt Declaration") and the *Declaration of Kevin Larin*[2] ("Larin Declaration," together, the "Declarations"). In support of this motion, FCMA states as follows:

1. Pursuant Federal Rule of Civil Procedure 5.2 and Local Rules 26.2(b) and 5.3, the Electronic Case Filing Rules and Procedures Rule 12.2, FCMA requests the Court to seal certain exhibits filed on February 3, 2026, in connection with the Declarations.

2. Certain exhibits to the Declarations require the redaction of personal identifying information.[3] Accordingly, FCMA requests that the exhibits be sealed.

---

[1] Dkt. No. 130.
[2] Dkt. No. 131.
[3] Dkt. Nos. 130-1, 130-3, 130-4, and 130-5; Dkt. Nos. 131-12, 131-13, and 131-14.

3. FCMA will timely re-file the Declarations with the appropriately redacted versions of the exhibits.

Respectfully submitted,

*/s/ Erika R. Barnes*
Erika R. Barnes (TN Bar No. 028628)
STITES & HARBISON PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email: ebarnes@stites.com

- and-

Demetra Liggins (admitted *pro hac vice*)
Dairanetta S. Spain (TN Bar No. 039981)
MCGUIREWOODS LLP
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX 77002
Telephone: (713) 353-6661
Email: dliggins@mcguirewoods.com
dspain@mcguirewoods.com

M. Alexandra Shipley (admitted *pro hac vice*)
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8253
Email: ashipley@mcguirewoods.com

*Attorneys for Farm Credit Mid-America, PCA*

Dated: February 5, 2026

# CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing *Motion to Seal Previously Filed Documents* has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF system on this the 5th day of February, 2026.

                                             */s/Erika R. Barnes*
                                             Erika R. Barnes