# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., et al., | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOVANTS' REPLY IN SUPPORT OF EMERGENCY MOTION TO RECONSIDER THE MEMORANDUM OPINION AND ORDER [DKT. 32] AND ORDER APPOINTING RECEIVER [DKT. 39]

Grant Sidney, Inc. ("Grant Sidney"), Fawn Weaver and Keith Weaver (collectively, the "Founders", and collectively with Grant Sidney, the "Movants"), by and through their undersigned counsel, hereby submit this Reply to the responses filed by the Receiver ("Receiver's Response")[1] and by Farm Credit Mid-America, PCA (the "Farm Credit Response")[2] relating to the Emergency Motion to Reconsider the Memorandum Opinion and Order [Dkt. 32] and Order Appointing Receiver [Dkt. 39] and to Stay Access to Proprietary Information (the "Motion to Reconsider").[3] For their Reply in support of the Motion to Reconsider, the Movants assert and allege as follows:

## INTRODUCTION

1.      This Reply addresses the arguments in Farm Credit's Response and in the Receiver's Response, including factual representations and conclusions the Receiver affirmatively

---

[1] Dkt. 105.
[2] Dkt. 108.
[3] Dkt. 91.

advances in opposing reconsideration. The question presently before the Court in the Motion to Reconsider is not whether the appointment of a Receiver back in October was appropriate, but, rather, whether the continuing with the Receivership moving forward makes sense based on the current situation and the direction of the Company. The Receiver has now had approximately five months with full access to and control of the Company and has charged the estate more than $2,000,000 (paid and projected through January 18, 2026) for his and his professionals' fees. In that time, he has investigated and found no evidence of fraud by the current management of the Company. He has filed no financial reports during this period other than the most basic totals of quarterly collections and expenditures in his quarterly reports. He has not investigated the claims against Farm Credit or the former CFO of the Company, who has admitted to his fraudulent activity to investigators engaged by the Company prior to the Receiver's appointment. He also has not investigated the claims against the former Comptroller, who is believed to have deleted individual Quickbooks entries from 2024 immediately following her termination. The Receiver's management of the Company has coincided with a precipitous decline in retail sales for the Company's brands – a decline that cannot be credibly attributed to broader industry trends or to Republic National Distributing Company ("RNDC"), which the Receiver inaccurately presents as the Company's primary distributor.

2.      With regard to solvency and adequacy of collateral, the Movants herein provide documentary evidence to support their solvency analysis, not mere conjecture as is all that is provided by the Receiver and Farm Credit. Under both Federal law and Tennessee law, the test for insolvency test is the balance sheet test, period.[4] Here, the documentary evidence shows that the fair market value of the Company's hard assets, including the Nearest Green Distillery and its

---

[4] *See* 11 U.S.C. § 101(32); T.C.A. § 66-3-303(a).

more than 56,000 barrels of aged whiskey, exceeds the debt owed to Farm Credit, even before accounting for the value of the Uncle Nearest brand itself. With respect to the Uncle Nearest brand value, using the Receiver's own acknowledgement of $41 million in 2024 revenue, which figure excludes GAAP-compliant wholesale barrel sales that have historically been a core component of the Company's business and are similarly utilized by other major bourbon producers, and applying the conservative 12.9x sales multiple used in prior capital raises, the brand itself is worth greatly in excess of the $160 million, which is the total indebtedness asserted by the Receiver but has not been supported by any filed schedules or financial statements. In sum, Uncle Nearest's asset base, including hard assets and brand equity, is worth significantly more than the total alleged indebtedness of the Company. The Receiver's suggestion of insolvency is based not on an objective market valuation, but on the results of a hasty and disorganized sale process conducted under the Receivership and that has not been disclosed to the Movants or the Court. At best, it reflects a distressed, liquidation-style value driven by the existence of the Receivership itself. It does not reflect a fair or reliable assessment of enterprise value under any recognized methodology.

3. This effort by the Movants to terminate the Receivership is compelled by the record now before the Court and is not based on fear of any findings by the Receiver – it is based on a focused effort to recover the enterprise value of the Company that has been lost since the start of the Receivership and to grow that enterprise value for the benefit of all of the stakeholders in the Company, including Farm Credit, and to avoid a preventable collapse. The Movants have developed a defined and actionable plan to reverse the sales degradation that has occurred during the Receivership and to restore the Company to the sales growth trajectory it maintained before the Receivership began. That Plan includes the appointment of a qualified financial expert with substantial spirit industry experience to serve as Chief Financial Officer. The Movant's have

already been in discussions with sources of financing that, if the Receivership is terminated, will be able to fund a renewed marketing focus in order to rebuild brand sales to their pre-Receivership levels, then move to continue the sales growth that the Company had consistently achieved prior to the Receivership. The Company's existing management team, with available financing, is uniquely qualified to recover the lost market share caused by the Receivership and to grow the Uncle Nearest brand. Additionally, the Movants would have no objection to Newpoint Partners continuing its efforts to audit the Company's cap table and pre-2024 financials.

## **<u>REPLY</u>**

I.   THE RECEIVER'S AND FARM CREDIT'S ARGUMENTS ARE MERE CONJECTURE AND LACK OF EVIDENTIARY SUPPORT

4.      Both the Receiver's Response and Farm Credit's Response are devoid of the most critical thing that this Court needs to make its determination – actual evidence. The Movants assert that the burden should remain on Farm Credit to prove that the Receivership should continue, especially where the Receiver and Farm Credit have better access to the Company's financial information.  On the key factual issues before the Court – solvency and adequacy of collateral – neither the Receiver nor Farm Credit offers anything other than their apparently new conclusions that the Company is insolvent and that there may not be sufficient collateral to cover even the Farm Credit debt. Just so the Court understands, this is a complete reversal, without the production of any supporting calculations or financial schedules, of what the Receiver has been telling literally every party since the start of the case – that he expects to be able to pay all of the debt in full and return funds to equity in the case. Furthermore, at the hearing on the appointment of the Receiver,

4

Farm Credit's witness, Brian Klatt, stated on the record that the Bank's belief was that the value of the Company was in excess of the Farm Credit debt.[5]

5.     This reversal by the Receiver and Farm Credit has been made without reference to any calculation and appears solely intended to preserve the Receiver's role in the case.  Indeed, the Receiver provides the Court with **absolutely no financial information** for the Company to support a solvency analysis in his Response to the Motion to Reconsider. Considering that the Receiver's Response was filed under seal, there was simply no reason for the Receiver not to provide the Court with the most basic financial information – i.e. at a minimum, the Company's income statement, balance sheet, and cash flow forecast.  The Receiver expects the Court to accept, without supporting documentation, his characterizations of the operations of the Company and the assets and liabilities. The Movants are providing the limited financial information that they have been provided to date and would request that, as part of the hearing on the Motion to Reconsider, the Receiver be required to file under seal comprehensive financial statements and operational documents for the Company.

II.     UNCLE NEAREST IS CLEARLY SOLVENT

6.     With respect to the argument made by both the Receiver and Farm Credit in their Responses that there are two tests of insolvency, that is simply incorrect.  The test for insolvency under both Tennessee and Federal law is the balance sheet test.  Section 101(32) of Title 11 of the U.S. Code defines "insolvent" as "with reference to an entity other than a partnership and a municipality, financial condition such that the sum of such entity's debts is greater than all of such entity's property, at fair valuation . . . ."[6]  Section 66-3-303(a) of the Tennessee Code provides that

_____

[5] Dkt. 30, p. 46.
[6] 11 U.S.C. § 101(32).

5

"[a] debtor is insolvent if the sum of the debtor's debts is greater than all of the debtor's assets, at fair valuation."[7]

7.     The question of whether an entity is generally paying its debts as they come due is not part of the insolvency determination under Federal or Tennessee law but can create a rebuttable presumption of insolvency under state law.[8] As a rebuttable presumption, the presumption is defeated upon evidence that "the nonexistence of insolvency as defined in § 2(a) [T.C.A. § 66-3-303(a)] is more probable than its existence."[9] In this case, even if a presumption were to be applied in this case, which the Movants' dispute, the balance sheet test controls and Uncle Nearest is clearly solvent under that test.

8.     A simple analysis of Uncle Nearest's assets plainly shows solvency and adequacy of Farm Credit's collateral.  The primary assets of the Receivership are (1) the Uncle Nearest whiskey brand, (2) the Nearest Green Distillery and real property, (3) the approximately 56,000 undisputed barrels of aged whiskey that are owned by the Uncle Nearest, (4) the Martha's Vineyard property, and (5) the Cognac France property.

9.     The simplest assets to value are the hard assets – the value of the Nearest Green Distillery and real property, the aged whisky barrels, the Martha's Vineyard property, and the Cognac France property:

     a.     Nearest Green Distillery: The Nearest Green Distillery is a sprawling complex of 7 buildings on 428 acres of land. The Distillery is located within 20 miles of two of the most well-known and visited distilleries in the U.S. – Jack Daniels Distillery and George Dickel Distillery. During the Summer of 2025, prior to the

---

[7] T.C.A. § 66-3-303(a).
[8] T.C.A. § 66-3-303(b).
[9] Id. cmt. n. 2.

Receivership, the Company's management was entertaining two sale-leaseback transactions – both placing a value on the Uncle Nearest Distillery property of $65 million or greater.

b. <u>Barreled Whiskey</u>: Uncle Nearest holds approximately 56,117 barrels of aged whiskey. This barrel count has been confirmed by the Receiver. Attached as **Exhibit 1** is an aging report for the barreled whiskey. As is well-known in the industry, a barrel of whiskey increases in value as it ages because the aging process creates a mellowing of the whiskey that can only be accomplished by the elapsing time. When the whiskey is initially barreled, the value of the barreled whiskey is a function of the cost to produce the barrel of whiskey, including the cost of the required new charred white oak barrel. Based on recent pricing from whiskey brokers, the value of the newly barreled whisky is approximately $1,000 per barrel and increases each year, with some of the Company's rye inventory valued above $3,000, with much of the Company's older inventory averaging $2,500 or more per barrel when not through a forced liquidation. On a conservative view, the average value of the barrels owned by Uncle Nearest is approximately $1,400 leading to a current fair market value of the Company's barreled whiskey inventory of approximately $78,000,000.[10]

c. The Martha's Vineyard property has an estimated value of $4,000,000.

d. The property in Cognac, France has a value of at least $2,000,000.

---

[10] In addition, each of these barrels, when converted into finished Uncle Nearest product, generates revenue of approximately $6,450, $7,200, or $8,640, depending on the SKU.

10.    Thus, the value of just the barreled whiskey and the real property assets is more than $140 million, without even considering the value of the Uncle Nearest brand, which is (or has been up to the Receiver's appointment) a top-30 premium American whiskey brand.

11.    With respect to the Uncle Nearest brand, the Receiver has confirmed that the 2024 sales of Uncle Nearest were approximately $41 million, excluding GAAP-compliant barrel sales that had previously been disclosed to Farm Credit and properly recorded in financial statements provided to investors. A recognized expert witness in the spirits industry — who has participated in numerous acquisitions of spirits companies and brands over the past 20 years — is prepared to provide testimony confirming that the value of the Uncle Nearest brand is no less than the multiple historically used in its capital raises and may be considerably higher, provided that the Court permits the supporting documentation to be submitted under seal. This request is consistent with industry practice, as valuation benchmarks for enterprises with comparable popularity, market position, and consumer recognition are rarely made public. Using the 12.9x sales multiple historically applied to Uncle Nearest capital raises — a multiple that is conservative when compared to those applied in recent transactions involving similarly situated brands — the brand's value as of the first month of the Receivership would have been $528,900,000. This estimate is based on the 2024 revenue figure the Receiver has represented to the Court.[11] Moreover, the revenue recognition methodology used by Uncle Nearest is consistent with industry norms, including those followed by larger competitors, in which wholesale and retail sales are reported together and not separately itemized in total revenue

12.    Thus, the total value of the assets of Uncle Nearest is in excess of $500 million and, in any event, is greatly in excess of $160 million even on an ultra-conservative basis.

---

[11] Receiver's Second Quarterly Report (Dkt. 97) p.3, ¶ 4.

13.     The Receiver has asserted that the Company's total debt is $160 million but has provided no financial information to support that calculation. The Movants believe that the Receiver's figure may include: (1) the forward price payable to Advance Spirits associated with the 21,000 so-called "missing" barrels; (2) the $20 million infusion from Grant Sidney in early 2025, which Ms. Weaver has made clear to both the Receiver and Farm Credit was not subject to repayment; and (3) a convertible note that was originally set to convert into equity in 2030, but which may have been reclassified as debt at the outset of the Receivership. Unfortunately, the Receiver has not provided the Court with financial records to clarify this calculation and has informed the Movants that Company financials will not be shared unless the Movants agree not to submit them in Court filings — a condition they cannot accept. What the Movants can confirm, however, is that they retained three certified accountants who, following the vendor scheme described in the Movants' complaint against the Company's former CFO uncovered by third-party investigators, Kroll, and referenced in the Receiver's Response to the Motion to Reconsider and Second Quarterly Report, contacted every known vendor of the Company — approximately 400 in total. That audit revealed vendor unsecured payables of only approximately $7 million and the total known unsecured debt disclosed to the Receiver by Movants at the time the Receivership began was approximately $10 million. Since that time, the Receiver has provided no documentation regarding the alleged additional unsecured debt and has not requested any information from the Movants to verify the alleged additional debt.

III.     THE RECEIVER'S FLAWED SALE PROCESS IS NOT A VALID DETERMINANT OF FAIR MARKET VALUE

14.     The Receiver's reliance on a flawed fire sale process as an indicator of the market value of the Company is improper. We know that the sale process is in disarray and that communication with the market is a problem because that disarray is evidenced by the letter filed

by NextGen2780, LP on January 8, 2026 (the "NextGen Letter"),[12] a copy of which is attached as **Exhibit 2**. The NextGen Letter indicates that despite reaching out to the Receiver in early October 2025, no follow-up communication had been made. The NextGen Letter further includes a letter of intent for a restructuring transaction for Uncle Nearest with $108 million of cash consideration plus additional financial accommodations, including some return to equity.[13] To have a sale process that leads potential buyers to feel the need to approach the Court directly in order to ensure they have a seat at the sale table undermines the reliability of that process as a valuation benchmark.

15.     The fact that the Receiver has undertaken a sale process without providing full disclosure of that process to affected parties or seeking Court approval of the process is also a problem. Since no details of the sale process have been provided to the Court, we have no insight as to what information was made available to potential purchasers, the description of the assets actually being marketed for sale, the nature of the potential purchasers as financial or strategic buyers, etc. In the absence of that information, the results of the sale process cannot be deemed reliable indicators of value.

16.     There is simply no basis on which the offers received under this mostly undisclosed sale process conducted in haste under this Receivership where sales have begun to decline dramatically can be deemed a true barometer of actual fair market value of the Company or the brand. The true value of the Company cannot be based on a hasty and unorganized sale process, which provides no relevant due diligence materials and no communication with the Company's

---

[12] Dkt. 100.
[13] The NextGen Letter further states "[w]e respectfully note our concern that the extended duration of the receivership proceedings may be contributing to a gradual diminution of enterprise value. Prolonged uncertainty can adversely affect brand equity, distributor and vendor relationships, employee retention, and overall market positioning." Dkt. 100. This statement by NextGen2780, L.P. is consistent with the concerns expressed by the Movant's in the Motion to Reconsider and this Reply.

management and that screams to the market that this is a fire sale. In no sense can this process that has not even been approved by the Court be deemed a process geared toward obtaining true fair market value. Rather, as reflected in the NextGen Letter, the potential buyers see a Receivership that is destroying the brand value and a Receiver looking to sell as quickly as he can. A fire sale process under these conditions is not a comprehensive and fair sale process that can be a basis for determining fair market value.

17.     While Arlington Capital has significant experience in sale transactions, the Movants expect that even Arlington Capital would recognize that the purchase offers that it can obtain in this distressed Receivership environment and these conditions are not geared to obtaining the full market value of the Company.

## IV.     UNCLE NEAREST IS ABLE TO PAY ITS OPERATING DEBTS AS THEY COME DUE UNDER THE RECEIVER'S OWN PROJECTIONS

18.     With respect to the argument that the Company is not able to generally pay its debts as they come due, neither the Receiver nor Farm Credit provides any financial data to support their bald assertions that the debts are not being paid as they come due from operating revenue. Furthermore, the Trustee's position is inconsistent with his own financial projections and with statements that he has recently made to vendors. Specifically, as shown in the Declaration of Anthony Severini, which is attached as **Exhibit 3**, Mr. Severini, who is the CFO of Global Genesis, was expressly told by the Receiver in a conversation in late December 2025, that the Company is cash flow positive if the Receiver's fees and expenses are excluded.

19.     As an apparent requirement of the Forbearance Agreement between the Receivership Estate and Farm Credit, which the Receiver continues to withhold from the parties and the Court, the Receiver is required to prepare bi-weekly cash flow reports/forecasts, which, until mid-December 2025, were also being provided to Fawn Weaver. The last Bi-Weekly Update

received by the Movants is attached as **Exhibit 4** and is dated December 10, 2025.  It includes a cash flow spreadsheet that has been expanded and is attached as **Exhibit 5**.  It provides actual receipts and expenditures of the Receivership Estate through December 7, 2025 and projects receipts and expenditures through March 8, 2026. The cash infusions provided by Farm Credit are shown in the line item titled "FCMA Non-Operating Collections."  That line item shows that from the inception of the Receivership through December 21, 2025 (partially projected), the total amount advanced by Farm Credit was $2,723,805 (partially projected).  During that exact same period, the total fees incurred by the Receiver and his professionals totaled $1,594,549 (partially projected).  The difference between the amount funded by Farm Credit and the Receiver's fees and expenses was $1,129,256.

20.    Pursuant to the Receiver's First Quarterly Report, the Receiver had requested $1 million from Farm Credit to pay pre-receivership debts and $1.5 million to cover estimated Receiver fees and expenses.[14] Then, in a request to Farm Credit made on December 10, 2025, the Receiver requested an additional $223,805.40 from Farm Credit to reimburse the Receivership for certain pre-receivership liabilities to Tennessee Distilling Group that had already been paid by the Company.[15] Consequently, the total funding requested by the Receiver to fund his own fees and expenses and to fund the payment of certain pre-receivership liabilities was $2,723,805, and Farm Credit funded exactly $2,723,805. In other words, contrary to what both the Receiver and Farm Credit have stated, the Receivership has been able to pay its ongoing operating debts as they come due through December without the need for funding from Farm Credit for any post-receivership expenses other than those incurred by the Receiver and his professionals.[16]

---

[14] Dkt. 46, p.3-4.
[15] Exhibit 4, p. 11.
[16] Farm Credit asserts that it has funded $3.8 million to the Receivership Estate, but that is inconsistent with the Receiver's projections as of December 11, 2025.  The simple fact that the amount actually funded by Farm Credit is

21.     Furthermore, the cash flow projections show that the estate would not need any Farm Credit financing through March 8 other than limited funding to cover a portion of the Receiver's fees and expenses.[17]  While the cash flow forecast shows cash going negative starting in mid-February 2026, the total negative balance as of March 8, 2026 is projected to be <$198,378>, which is less than the projected fees and expenses of the Receiver from December 22, 2025 through March 8, 2026 totaling $1,197,500.  In other words, if you remove the Receiver's fees and expenses from the cash flow forecast, the cash balance of the estate as of March 8, 2026 would be projected at $999,122 in the positive.  Thus, contrary to the statements made by the Receiver and Farm Credit, the Receiver's own figures show that, if the exorbitant fees and expenses of the Receivership end, the Company will be able to cash flow current operations.

22.     Unfortunately, the Receiver has ceased providing the cash flow forecasts to Movants and has stated that he will only agree to provide further forecasts to Movants on the condition that the Movants agree not to include the forecasts in any Court filing.[18]  It is frankly befuddling that the Receiver appears to take the position that he is a party in this matter and not a fiduciary.  As a fiduciary, he has the obligation to provide the financial reports and projections to the parties and the Court.  In any event, the Movants cannot agree to a condition that prevents them from providing the forecasts or any other relevant financial information relating to the Company to the Court.

23.     Again, the Receiver's apparent new position that the Company is cash flow negative without even considering the Receiver's fees and expenses is directly contradicted by the

---

unclear is indicative of the fact that there has been no adequate disclosure of the financial status of the Company by the Receiver.

[17] *See* **Exhibit 5**.

[18] A copy of the correspondence from the Receiver's counsel indicating the conditions to receipt of the forecasts is attached as **Exhibit 8**.

Receiver's own recent statements to at least one vendor of the Company. In late December 2025, the Receiver expressly advised the CFO of Global Genesis that Uncle Nearest was cash flow positive if the Receiver's fees and expenses were excluded. The Receiver's about-face on that issue can only be viewed as gamesmanship intended to preserve his role as receiver in the case.

24.     Farm Credit has asserted that it has provided an additional $3.8 million of financing after the initial funding at the start of the Receivership. Unfortunately, the math for Farm Credit doesn't add up unless there has been some significant funding that has been made after mid-December 2025, which was not necessary per the Receiver's own projections. As noted above, the Receiver's own projections show that the Company would remain cash flow positive, even with payment of the Receiver's fees and expenses, through the middle of February 2026. Thus, it is unclear why Farm Credit would have allegedly funded another $1 million since mid-December. The simple fact that there is a question as to how much has been funded by Farm Credit is indicative of the lack of financial disclosure by the Receiver in this case.

25.     The Receiver's conclusory statement that "the Company is unable to simply operate its way out of its current financial condition" is only true if the Court allows the Receiver to continue to run the Company. While the management team that had been in control of the Company from its founding until the appointment of the Receiver was not perfect, it did shepherd the Company from a start-up with no sales to one of the 30 largest American Whiskey brands in approximately 8 years, and that success cannot be denied and should not be discounted. Furthermore, that management team successfully kept Uncle Nearest on a growth path even where the industry as a whole was faltering. Success in the spirit industry does not happen by chance or luck. A whiskey brand does not automatically succeed simply because the industry as a whole is up nor does it automatically fail when the industry is down.

26.     The current decline in the whiskey industry began in 2022. The industry grew by 6.2% in 2023, declined by 0.7% in 2024, and declined by 2.8% through the first half of 2025. Despite overall industry performance, Uncle Nearest grew by 27.3% in 2023, grew by 2.4% in 2024, and grew by 7.0% during the first half of 2025. For the second half of 2025, the industry was down 6.4%, while Uncle Nearest, under the stewardship of the Receiver, is down a whopping 15.4%. This pre-receivership performance is clear evidence that the prior management has the ability to grow the brand and increase sales even while the industry is down. Allowing the Receivership to continue in the face of the massive decline in sales under the Receiver's watch to date is simply a death sentence for the Uncle Nearest brand.

27.     Attached as **Exhibit 6** is a summary of the retail sales performance of the Uncle Nearest brands as compared to the overall market and supporting printouts of the Nielsen data sets for each month from January 2025 through January 2026. These exhibits show the steady growth of sales for Uncle Nearest prior to the Receivership even in the face of a downward trending market and the dramatic decline of sales immediately after the appointment of the Receiver significantly in excess of the overall market decline.

V.     THE RECEIVER'S EFFORT TO DISTRIBUTE BLAME FOR THE COMPANY'S POOR SALES PERFORMANCE UNDER HIS WATCH SHOULD BE REJECTED

28.     The Receiver argues that the poor company performance under his watch is due to several factors: (1) the uncertainty related to the Receivership and the related litigation; (2) financial issues with the Company's largest distributor by territory, RNDC, which the Receiver cites as a primary cause of the Company's sales decline; and (3) the industry overall trends. While the Receivership itself is undoubtedly destroying the value of the Company daily, the facts do not support that the litigation is having an impact. The Nielsen figures show that, even after Farm Credit filed its lawsuit, Uncle Nearest's retail sales continued to grow. The downturn in retail sales

did not occur until the Receiver took over operations. Consequently, the Receiver's efforts to place blame on the "litigation" is unfounded. The Movants assert that the termination of the Receivership will immediately lessen the uncertainty surrounding the Company and result in immediate recovery to sales, notwithstanding that the Farm Credit litigation and suits against Senzaki may continue.

29.     Furthermore, the Receiver's efforts to blame poor sales performance on the "industry" are not based in fact and ignore that the Receiver has not taken the steps necessary to effectively deal with those situations. With respect to the industry downturn, the Receiver's argument that he is simply at the whim of the industry is belied by the Nielsen sales data, which shows that literally up until exact time that the Receiver was appointed, the Company was **outperforming** the industry by over 30 %.[19]  Since the Receiver has been appointed, the Company has **underperformed** the industry by a whopping 18.3%.  This reversal did not start upon the filing of the Farm Credit Complaint – it started at the point that the Company's management team that oversaw the growth of the Company from start-up to a top-30 premium American Whiskey was replaced by the Receiver and his team with no experience in running a whiskey brand. To deny the extreme loss of value that has occurred during the Receiver's tenure would be the equivalent of sticking one's head in the sand.

30.     The Receiver's argument that he had no source of financing other than from Farm Credit is belied by the fact that (1) he only sought a full refinancing of the Company, not an interim credit facility from another source; (2) that he had unencumbered assets that he could have leveraged for operating capital; and (3) that, in light of the oversecured position of Farm Credit, he could have sought to provide either a subordinate or priming lien on the assets of the Company

---

[19] **Exhibit 6** (based on the 12-month period immediately preceding the Receivership Order).

to support financing from another lender. While obtaining go-forward financing from the existing lender is certainly common in insolvency situations, the record does not reflect that the Receiver made an effort pursue other available interim financing options.

31.     The Receiver seeks to place blame for the Company's poor performance during the Receivership on the Company's distributor, RNDC. While it is true that RNDC is experiencing its own financial issues, the continued strong performance of other RNDC brands shows that RNDC's own financial struggles are not a necessary precursor to poor brand performance. For example, Penelope Bourbon, which is another RNDC brand similar to Uncle Nearest, was out-performing the market and achieving positive year-over-year growth through August 2025, as was Uncle Nearest.   Penelope Bourbon's growth during this period was driven in material part by the successful execution of Limited Time Offers ("LTOs"), a strategy that the Receiver and Farm Credit declined to approve for Uncle Nearest during a critical selling window. As a result, two planned LTOs were not executed, causing Uncle Nearest to miss a key sales period that would have generated material incremental revenue. As shown in **Exhibit 6**, beginning August 2025, while Penelope Bourbon's continued to grow its retail sales on a year over year basis and outperform the market, Uncle Nearest's retail sales took an immediate nose-dive, even though both Penelope Whiskey and Uncle Nearest are both highly tied to RNDC. The continued strong performance of Penelope Bourbon evidences that RNDC's problems should not have impacted Uncle Nearest's continued growth.

32.     The Receiver has also inaccurately portrayed RNDC as the Company's primary distributor and has relied on that relationship to justify the Company's decline in sales. In truth, RNDC does not represent two of the Company's top three states or five of its top ten by sales or volume. While the Company has 20 total distributors, the Receiver and his consultants have

engaged only with RNDC, and even then only minimally—conducting, upon information and belief, approximately five calls or Zoom meetings over a five-month period, three of which were limited to general receivership updates, and two of which RNDC representatives have described as immaterial. This lack of meaningful engagement by the Receiver and his team with the distributors is a key problem leading to a decrease in the distributor support needed to grow the brand.

33.     The Receiver also made the decision to forego bottling which caused out of stocks among a number of markets.  Instead of bottling product and selling it to RNDC at a profit, the Receiver allowed RNDC to move existing product between its various associated distributorships. Since a distributor is not allowed to move product between states, the only way that this could be accomplished was for Uncle Nearest to accept a return of product from one distributor in one state, issue a credit, and then resell the product to another distributor in another state using that credit. This circular transaction generated no revenue for Uncle Nearest, resulted in lost sales, and allowed the receiving distributor to sell the product without paying for it, while Uncle Nearest bore the opportunity cost.

34.     Second, the Receiver's push to sell the brand was also made apparent to RNDC and other distributors. Because of the three-tier system that is federally-mandated in the spirit industry, a spirit brand must foster strong relationships with its distributors as a matter of the brand's survival. That relationship is built on the brand's financial commitment to growth. If the distributors get the sense that minimal investment will be made by the brand owner, the distributors will focus their attention on other brands where the commitment to growth is present. When ownership is unclear in an industry where founder or owner involvement at the market level is critical to the growth of an independent brand, distributors will often hold back orders until that

uncertainty is resolved, because if a company fails or changes hands, distributors can be left holding unsold inventory. The Receiver simply can't blame the poor performance of the brand on RNDC.

35.     The Company's pre-receivership management team, which has worked with RNDC for more than eight years and shown its ability to grow the brand, is capable of repairing the relationship with RNDC as well as the Company's other 19 distributors.  However, the longer the current situation persists, the harder that effort becomes.

VI.     THE WEAVERS HAVE NEVER DISPUTED THAT UNCLE NEAREST HAS AN EQUITABLE INTEREST IN ANY PROCEEDS FROM THE MARTHA'S VINEYARD PROPERTY

36.     With respect to the Martha's Vineyard Property, the Receiver insinuates that the Weavers take the position that, if the Martha Vineyard property is sold, those proceeds should not inure to Uncle Nearest.[20] That has never been the position of the Weavers.  The whole issue relating to that property is Farm Credit's false assertion that the Martha's Vineyard Property was purchased by Keith Weaver as some form of fraud or misrepresentation to the Bank, which the Weavers have completely refuted with clear evidence.  The reason that the property was purchased by Mr. Weaver rather than by Uncle Nearest was due to legal restrictions in Martha's Vineyard regarding property ownership and Farm Credit was fully aware that the property would not be purchased by Uncle Nearest, Inc. for that reason. Unfortunately, the Receiver is aware, based on numerous conversations, that the Weavers do not claim beneficial ownership of the Martha's Vineyard property and that Uncle Nearest, Inc., has an equitable interest in any proceeds, making the contrary implication of his filings inaccurate.

---

[20] Dkt. 97, p. 7 n. 4.

## VII. THE RECEIVER MAKES NUMEROUS ASSERTIONS THAT ARE SIMPLY UNSUPPORTED BY ACTUAL DOCUMENTARY EVIDENCE OR ARE FALSE

37. The Receiver has indicated that the Company's unsecured debt is approximately $40 million more than shown in the Company's records, but provides no financial information to support that figure. That discrepancy is obviously significant and is likely the result of a few significant liabilities that the Receiver believes were not booked, rather than a large number of small liabilities. The Receiver should be required to provide a list of the creditors and the amounts alleged to be owed that make up this discrepancy so that the parties and the Court can determine whether the amounts alleged to be owed are legitimate. The Movants believe that the Receiver's calculation of the total debt includes (1) the forward price payable to Advance Spirits associated with the 21,000 so called "missing" barrels and (2) the repayment of the $20 million infused into the Company by the Grant Sidney in early 2025. Nothing in the Receiver's filings suggests that this alleged discrepancy arises from undisclosed third-party trade creditors, as opposed to the reclassification of known transactions.

38. The Receiver's allegation that the Company was unable to make payroll at the time the Receivership began is simply false. The Company had an agreement with Genesis Global for financing of the payroll so there was never any risk that payroll would not be made. The Declaration of Anthony Severini, which is attached as **Exhibit 3**, evidences that Genesis was prepared to continue to cover payroll. The only reason that payroll became an issue at the outset of the Receivership was because of the Receivership itself and the Receiver's aggressive approach to the Genesis Global.

39. With respect to the Quickbooks records that were deleted by a former employee, the Receiver acknowledges that he was made aware of that situation in the first few days of the Receivership and yet, after more than five months, provides no update on the status of those records

other than that he "is working to recover that data." The records were maintained by Quickbooks so the deleted records should be recoverable from Intuit or, if they are not recoverable from Intuit, the Receiver should by now know the status of recovering those.

40. The Receiver also continues to make assertions without showing any more insight than what he provided in his First Quarterly Report:

    a. He indicates that reported revenue for 2024 was in excess of $70 million but that, "in actuality", the revenue for 2024 was only approximately $41 million. However, he provides no information as to what the source of the alleged discrepancy was.

    b. He indicated the barrel count was exaggerated by more than 20,000 barrels but fails to explain that, in fact, the alleged 21,000 "missing" barrels were actually barrels purchased by Uncle Nearest under a forward contract through Advance Spirits. Indeed, it appears that the Receiver's position that the unsecured debt of the Company is $50 million may be based, in part, on the Company's obligations under this exact forward contract. If the Receiver is recognizing the amount due under the forward contract as a liability, then the Receiver must also recognize the whiskey barrels themselves as assets under the GAAP dual entry and matching principles. To do otherwise would improperly inflate liabilities while omitting the corresponding asset. The Receiver's and Farm Credit's assertions that 21,000 barrels were missing is simply false – the barrels in fact exist and are held by Advance Spirits under a forward contract under which the Company is obligated to pay Advance Spirits for the barrels. Copies of the Advance Spirit contracts are attached as **Exhibit 7**.

c. The Receiver has indicated that he and his advisors have been able to reconstruct the financial records for 2024 and 2025,[21] yet none of those financial have been shared with parties or the Court.

d. The Receiver has indicated in his first quarterly report that the Company's cap table was unreliable and that he would be working to correct the cap table. Three months later, the Receiver's update on that process is simply that he is still working to update the cap table. Other than his generalized statements, we have no idea as to the extent of the discrepancies he references.

VIII.   THE RECEIVER'S INTENT ON CONDUCTING A FORENSIC INVESTIGATION THAT WILL TAKE "CONSIDERABLE TIME" IS NOT APPROPRIATE

41.     The Receiver has indicated that he "has begun a forensic investigation into the finances and transactions of the company" and that the investigation "is expected to take considerable time to complete."[22]  The problem is that we are not before the Court on a fraud allegation. The Receiver has turned this case into a fishing expedition to investigate matters that are simply not before the Court. To be clear, the Movant's don't fear an investigation other than the fact that, at a professional fee burn rate approaching approximately $400,000 per month, the proposed investigation taking considerable time will cost the Company more than it should have to afford, considering that, after approximately five months of investigation and approximately $2 million in fees, the Receiver has been unable to identify any allegation of fraud with the specificity that would be required for a properly plead fraud allegation. Indeed, as noted above, the alleged missing barrels are actually now known to not be missing at all and the allegations relating to the Martha's Vineyard property has been completely debunked.

---

[21] Dkt. 97, ¶ 4.
[22] Dkt. 97, ¶ 18.

42.     In *Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC*,[23] the New York district court addressed a similar situation and determined that the investigation that the receiver intended to undertake was an investigation that could be made through normal discovery channels and did not require the appointment of a Receiver to conduct.  In that case, which dealt with specified fraud claims, in response to a motion to terminate the receivership with respect to certain defendants, the receiver argued that he "still had questions" relating to the involvement of those specific defendants with respect to the alleged fraud.[24]  However, the court noted that the receiver's questions and concerns did not directly relate to the specific assets at issue and those questions could be answered through normal discovery channels in the underlying litigation.[25]  Further, the Court stated that the "dispositive issue" was whether the continued appointment of the receiver was "*clearly* necessary to protect Plaintiff's property."[26] The court held that, even in a case alleging fraud, the continued appointment of the receiver was not "clearly necessary" to protect the property at issue and ultimately terminated the receivership as to the moving defendants.[27]

43.     In this case, there is no formally plead fraud count by Farm Credit against the Company and it has also been alleged that Farm Credit may have culpability with respect to the actions of Uncle Nearest's former Chief Financial Officer, which Movants intend to explore through testimony and evidence at the hearing.  As in *Compass-Charlotte*, the nature and scope of any alleged improper activities can be investigated by Farm Credit and the Defendants through the discovery process in the underlying litigation. The Receiver is clearly not needed or appropriate for that investigation.

---

[23] 2024 U.S. Dist. LEXIS 110357, at *6–7 (N.D.N.Y. 2024).
[24] Id. at *13.
[25] Id. at  *14-15.
[26] Id. at *15.
[27] Id. at *21.

WHEREFORE, Grant Sidney, Inc., Fawn Weaver and Keith Weaver, hereby respectfully request that the Court terminate the Receivership effective immediately and grant such other relief as is appropriate.

Respectfully submitted,

**MANIER & HEROD, P.C.**

*/s/ Michael E. Collins*

Michael E. Collins  (TN BPR No. 16036)
S. Marc Buchman (TN BPR No. 41598)
1201 Demonbreun Street, Suite 900
Nashville, Tennessee 37203
T: (615) 244-0030
F: (629) 500-1137
mcollins@manierherod.com
mbuchman@manierherod.com

*Counsel for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, a copy of the foregoing was served via this Court's CM/ECF system on all parties consenting to receive electronic service.

*/s/ Michael E. Collins*

Michael E. Collins

24

# EXHIBIT 1

# END OF MONTH INVENTORY REPORT



**Customer:** <u>Uncle Nearest</u>

**Month End:** <u>December 2025</u>

## Overview

### Tennessee Distilling Group (TDG) Distilled Barrel Inventory

| | Barrel Qty | Initial Wine Gallons at Barreling | **Initial Proof Gallons at Barreling |
|---|---|---|---|
| TDG Distilled 2018 Barrels- Silver | 96 | 5,088.00 | 6,319.68 |
| TDG Distilled 2018 Barrels- (77/15/8) | 31 | 1,643.00 | 2,046.08 |
| TDG Distilled 2018 Barrels- Bourbon (70/22/8) | 1 | 53.00 | 65.93 |
| TDG Distilled 2018 Barrels- (80/10/10) | 7 | 371.00 | 461.52 |
| TDG Distilled 2018 Barrels- (84/8/8) | 18 | 954.00 | 1,187.58 |
| TDG Distilled 2019 Barrels- (77/15/8) | 660 | 34,980.00 | 43,518.88 |
| TDG Distilled 2019 Barrels- Bourbon (70/22/8) | 1,000 | 53,000.00 | 65,986.67 |
| TDG Distilled 2019 Barrels -(80/10/10) | 121 | 6,413.00 | 7,993.13 |
| TDG Distilled 2019 Barrels- (84/8/8) | 89 | 4,717.00 | 5,873.61 |
| TDG Distilled 2020 Barrels -(80/10/10) | 1,814 | 96,142.00 | 119,776.52 |
| TDG Distilled 2020 Barrels- (84/8/8) | 4,364 | 231,292.00 | 288,171.44 |
| TDG Distilled 2020 Barrels-Rye | 63 | 3,339.00 | 4,153.59 |
| TDG Distilled 2021 Barrels- (84/8/8) | 9,028 | 478,484.00 | 563,634.74 |
| TDG Distilled 2022 Barrels-(80/10/10) | 11,405 | 604,465.00 | 817,951.92 |
| TDG Distilled 2022 Barrels- (84/8/8) | 12,625 | 669,125.00 | 740,463.12 |
| TDG Distilled 2023 Barrels-(80/10/10) | 5,650 | 299,450.00 | 372,982.12 |
| TDG Distilled 2023 Barrels- (84/8/8) | 8,404 | 445,412.00 | 492,766.88 |
| **Total TDG Distilled Barrels** | **55,376** | **2,934,928.00** | **3,533,353.42** |

### Customer Procured Barrel Inventory

| | Barrel Qty | Initial Wine Gallons at Barreling | **Initial Proof Gallons at Barreling |
|---|---|---|---|
| Customer Procured Barrels | 138 | 7,274.77 | 8,866.29 |
| **Total Procured Barrels** | **138** | **7,274.77** | **8,866.29** |

| **TOTAL Barrels** | **55,514** |
|---|---|

### Bulk Whiskey Inventory

| | Quantity | Wine Gallons | Proof Gallons |
|---|---|---|---|
| Totes | 10 | 1,411.97 | 1,537.42 |
| Tank | 0 | 0.00 | 0.00 |
| **Total Bulk Whiskey** | **10** | **1,411.97** | **1,537.42** |

**All Inventory Subject to "Angel Share" Evaporation and Processing Loss
Confidential

Prepared By: <u>Clayton Smith</u>
Reviewed By: <u>Jennifer Bailey</u>

Case 4:25-cv-00038-CEA-CHS    Document 137    Filed 02/05/26    Page 26 of 107
PageID #: 3963

# Barrels at Nearest Green Distillery

| Barrel Number | Barrel Id | Internal Spirit Type | Total Age of Spirits |
|---|---|---|---|
| 1 | 1305414 | 1820 Single Barrel | 4 yrs 228 days |
| 2 | 1305415 | 1820 Single Barrel | 4 yrs 228 days |
| 3 | 1305416 | 1820 Single Barrel | 4 yrs 228 days |
| 4 | 1305417 | 1820 Single Barrel | 4 yrs 228 days |
| 5 | 1305418 | 1820 Single Barrel | 4 yrs 228 days |
| 6 | 1305419 | 1820 Single Barrel | 4 yrs 228 days |
| 7 | 1305420 | 1820 Single Barrel | 4 yrs 228 days |
| 8 | 1305421 | 1820 Single Barrel | 4 yrs 228 days |
| 9 | 1305422 | 1820 Single Barrel | 4 yrs 228 days |
| 10 | 1305423 | 1820 Single Barrel | 4 yrs 228 days |
| 11 | 1305424 | 1820 Single Barrel | 4 yrs 228 days |
| 12 | 1305425 | 1820 Single Barrel | 4 yrs 228 days |
| 13 | 1305426 | 1820 Single Barrel | 4 yrs 228 days |
| 14 | 1305427 | 1820 Single Barrel | 4 yrs 228 days |
| 15 | 1305428 | 1820 Single Barrel | 4 yrs 228 days |
| 16 | 1305429 | 1820 Single Barrel | 4 yrs 228 days |
| 17 | 1305430 | 1820 Single Barrel | 4 yrs 228 days |
| 18 | 1305431 | 1820 Single Barrel | 4 yrs 228 days |
| 19 | 1305432 | 1820 Single Barrel | 4 yrs 228 days |
| 20 | 1305433 | 1820 Single Barrel | 4 yrs 228 days |
| 21 | 1305434 | 1820 Single Barrel | 4 yrs 228 days |
| 22 | 1305435 | 1820 Single Barrel | 4 yrs 228 days |
| 23 | 1305436 | 1820 Single Barrel | 4 yrs 228 days |
| 24 | 1305437 | 1820 Single Barrel | 4 yrs 228 days |
| 25 | 1305438 | 1820 Single Barrel | 4 yrs 228 days |
| 26 | 1305439 | 1820 Single Barrel | 4 yrs 228 days |
| 27 | 1305440 | 1820 Single Barrel | 4 yrs 228 days |
| 28 | 1305441 | 1820 Single Barrel | 4 yrs 228 days |
| 29 | 1305442 | 1820 Single Barrel | 4 yrs 228 days |
| 30 | 1305443 | 1820 Single Barrel | 4 yrs 228 days |
| 31 | 1305444 | 1820 Single Barrel | 4 yrs 228 days |
| 32 | 1305445 | 1820 Single Barrel | 4 yrs 228 days |
| 33 | 1305446 | 1820 Single Barrel | 4 yrs 228 days |
| 34 | 1305447 | 1820 Single Barrel | 4 yrs 228 days |
| 35 | 1305448 | 1820 Single Barrel | 4 yrs 228 days |
| 36 | 1305449 | 1820 Single Barrel | 4 yrs 228 days |
| 37 | 1305450 | 1820 Single Barrel | 4 yrs 228 days |
| 38 | 1305451 | 1820 Single Barrel | 4 yrs 228 days |
| 39 | 1305452 | 1820 Single Barrel | 4 yrs 228 days |
| 40 | 1305453 | 1820 Single Barrel | 4 yrs 228 days |
| 41 | 1305454 | 1820 Single Barrel | 4 yrs 228 days |
| 42 | 1305455 | 1820 Single Barrel | 4 yrs 228 days |
| 43 | 1305456 | 1820 Single Barrel | 4 yrs 228 days |
| 44 | 1305457 | 1820 Single Barrel | 4 yrs 228 days |
| 45 | 1305458 | 1820 Single Barrel | 4 yrs 228 days |
| 46 | 1305459 | 1820 Single Barrel | 4 yrs 228 days |
| 47 | 1305460 | 1820 Single Barrel | 4 yrs 228 days |
| 48 | 1305461 | 1820 Single Barrel | 4 yrs 228 days |

| | | | |
|---|---|---|---|
| 49 | 1305462 | 1820 Single Barrel | 4 yrs 228 days |
| 50 | 1305463 | 1820 Single Barrel | 4 yrs 228 days |
| 51 | 1305464 | 1820 Single Barrel | 4 yrs 228 days |
| 52 | 1305465 | 1820 Single Barrel | 4 yrs 228 days |
| 53 | 1305466 | 1820 Single Barrel | 4 yrs 228 days |
| 54 | 1305467 | 1820 Single Barrel | 4 yrs 228 days |
| 55 | 1305468 | 1820 Single Barrel | 4 yrs 228 days |
| 56 | 1305469 | 1820 Single Barrel | 4 yrs 228 days |
| 57 | 1305470 | 1820 Single Barrel | 4 yrs 228 days |
| 58 | 1305471 | 1820 Single Barrel | 4 yrs 228 days |
| 59 | 1305472 | 1820 Single Barrel | 4 yrs 228 days |
| 60 | 1305473 | 1820 Single Barrel | 4 yrs 228 days |
| 61 | 1305474 | 1820 Single Barrel | 4 yrs 228 days |
| 62 | 1305475 | 1820 Single Barrel | 4 yrs 228 days |
| 63 | 1305476 | 1820 Single Barrel | 4 yrs 228 days |
| 64 | 1305477 | 1820 Single Barrel | 4 yrs 228 days |
| 65 | 1305478 | 1820 Single Barrel | 4 yrs 228 days |
| 66 | 1305479 | 1820 Single Barrel | 4 yrs 228 days |
| 67 | 1305480 | 1820 Single Barrel | 4 yrs 228 days |
| 68 | 1305481 | 1820 Single Barrel | 4 yrs 228 days |
| 69 | 1305482 | 1820 Single Barrel | 4 yrs 228 days |
| 70 | 1305483 | 1820 Single Barrel | 4 yrs 228 days |
| 71 | 1305484 | 1820 Single Barrel | 4 yrs 228 days |
| 72 | 1305485 | 1820 Single Barrel | 4 yrs 228 days |
| 73 | 1305486 | 1820 Single Barrel | 4 yrs 228 days |
| 74 | 1305487 | 1820 Single Barrel | 4 yrs 228 days |
| 75 | 1305488 | 1820 Single Barrel | 4 yrs 228 days |
| 76 | 1305489 | 1820 Single Barrel | 4 yrs 228 days |
| 77 | 1305490 | 1820 Single Barrel | 4 yrs 228 days |
| 78 | 1305491 | 1820 Single Barrel | 4 yrs 228 days |
| 79 | 1305492 | 1820 Single Barrel | 4 yrs 228 days |
| 80 | 1305493 | 1820 Single Barrel | 4 yrs 228 days |
| 81 | 1305494 | 1820 Single Barrel | 4 yrs 228 days |
| 82 | 1305495 | 1820 Single Barrel | 4 yrs 228 days |
| 83 | 1305496 | 1820 Single Barrel | 4 yrs 228 days |
| 84 | 1305497 | 1820 Single Barrel | 4 yrs 228 days |
| 85 | 1305502 | 1820 Single Barrel | 4 yrs 229 days |
| 86 | 1305503 | 1820 Single Barrel | 4 yrs 229 days |
| 87 | 1305504 | 1820 Single Barrel | 4 yrs 229 days |
| 88 | 1305505 | 1820 Single Barrel | 4 yrs 229 days |
| 89 | 1305506 | 1820 Single Barrel | 4 yrs 229 days |
| 90 | 1305507 | 1820 Single Barrel | 4 yrs 229 days |
| 91 | 1305508 | 1820 Single Barrel | 4 yrs 229 days |
| 92 | 1305509 | 1820 Single Barrel | 4 yrs 229 days |
| 93 | 1305510 | 1820 Single Barrel | 4 yrs 229 days |
| 94 | 1305511 | 1820 Single Barrel | 4 yrs 229 days |
| 95 | 1305512 | 1820 Single Barrel | 4 yrs 229 days |
| 96 | 1305513 | 1820 Single Barrel | 4 yrs 229 days |
| 97 | 1305514 | 1820 Single Barrel | 4 yrs 229 days |

| | | | |
|---|---|---|---|
| 98 | 1305515 | 1820 Single Barrel | 4 yrs 229 days |
| 99 | 1305516 | 1820 Single Barrel | 4 yrs 229 days |
| 100 | 1305517 | 1820 Single Barrel | 4 yrs 229 days |
| 101 | 1305518 | 1820 Single Barrel | 4 yrs 229 days |
| 102 | 1305519 | 1820 Single Barrel | 4 yrs 229 days |
| 103 | 1305520 | 1820 Single Barrel | 4 yrs 229 days |
| 104 | 1305521 | 1820 Single Barrel | 4 yrs 229 days |
| 105 | 1305522 | 1820 Single Barrel | 4 yrs 229 days |
| 106 | 1305523 | 1820 Single Barrel | 4 yrs 229 days |
| 107 | 1305524 | 1820 Single Barrel | 4 yrs 229 days |
| 108 | 1305525 | 1820 Single Barrel | 4 yrs 229 days |
| 109 | 1305526 | 1820 Single Barrel | 4 yrs 229 days |
| 110 | 1305527 | 1820 Single Barrel | 4 yrs 229 days |
| 111 | 1305528 | 1820 Single Barrel | 4 yrs 229 days |
| 112 | 1305529 | 1820 Single Barrel | 4 yrs 229 days |
| 113 | 1305530 | 1820 Single Barrel | 4 yrs 229 days |
| 114 | 1305531 | 1820 Single Barrel | 4 yrs 229 days |
| 115 | 1305532 | 1820 Single Barrel | 4 yrs 229 days |
| 116 | 1305533 | 1820 Single Barrel | 4 yrs 229 days |
| 117 | 1305534 | 1820 Single Barrel | 4 yrs 229 days |
| 118 | 1305535 | 1820 Single Barrel | 4 yrs 229 days |
| 119 | 1305536 | 1820 Single Barrel | 4 yrs 229 days |
| 120 | 1305537 | 1820 Single Barrel | 4 yrs 229 days |
| 121 | 1305538 | 1820 Single Barrel | 4 yrs 229 days |
| 122 | 1305539 | 1820 Single Barrel | 4 yrs 229 days |
| 123 | 1305540 | 1820 Single Barrel | 4 yrs 229 days |
| 124 | 1305541 | 1820 Single Barrel | 4 yrs 229 days |
| 125 | 1305542 | 1820 Single Barrel | 4 yrs 229 days |
| 126 | 1305543 | 1820 Single Barrel | 4 yrs 229 days |
| 127 | 1305544 | 1820 Single Barrel | 4 yrs 229 days |
| 128 | 1305545 | 1820 Single Barrel | 4 yrs 229 days |
| 129 | 1305546 | 1820 Single Barrel | 4 yrs 229 days |
| 130 | 1305547 | 1820 Single Barrel | 4 yrs 229 days |
| 131 | 1305548 | 1820 Single Barrel | 4 yrs 229 days |
| 132 | 1305549 | 1820 Single Barrel | 4 yrs 229 days |
| 133 | 1305550 | 1820 Single Barrel | 4 yrs 229 days |
| 134 | 1305551 | 1820 Single Barrel | 4 yrs 229 days |
| 135 | 1305552 | 1820 Single Barrel | 4 yrs 229 days |
| 136 | 1305553 | 1820 Single Barrel | 4 yrs 229 days |
| 137 | 1305554 | 1820 Single Barrel | 4 yrs 229 days |
| 138 | 1305555 | 1820 Single Barrel | 4 yrs 229 days |
| 139 | 1305556 | 1820 Single Barrel | 4 yrs 229 days |
| 140 | 1305557 | 1820 Single Barrel | 4 yrs 229 days |
| 141 | 1305558 | 1820 Single Barrel | 4 yrs 229 days |
| 142 | 1305559 | 1820 Single Barrel | 4 yrs 229 days |
| 143 | 1305560 | 1820 Single Barrel | 4 yrs 229 days |
| 144 | 1305561 | 1820 Single Barrel | 4 yrs 229 days |
| 145 | 1305562 | 1820 Single Barrel | 4 yrs 229 days |
| 146 | 1305563 | 1820 Single Barrel | 4 yrs 229 days |

| | | |
|---|---|---|
| 147 | 1305564 1820 Single Barrel | 4 yrs 229 days |
| 148 | 1305565 1820 Single Barrel | 4 yrs 229 days |
| 149 | 1305566 1820 Single Barrel | 4 yrs 229 days |
| 150 | 1305567 1820 Single Barrel | 4 yrs 229 days |
| 151 | 1305568 1820 Single Barrel | 4 yrs 229 days |
| 152 | 1305569 1820 Single Barrel | 4 yrs 229 days |
| 153 | 1305570 1820 Single Barrel | 4 yrs 229 days |
| 154 | 1305571 1820 Single Barrel | 4 yrs 229 days |
| 155 | 1305572 1820 Single Barrel | 4 yrs 229 days |
| 156 | 1305573 1820 Single Barrel | 4 yrs 229 days |
| 157 | 1305574 1820 Single Barrel | 4 yrs 229 days |
| 158 | 1305575 1820 Single Barrel | 4 yrs 229 days |
| 159 | 1305576 1820 Single Barrel | 4 yrs 229 days |
| 160 | 1305577 1820 Single Barrel | 4 yrs 229 days |
| 161 | 1305578 1820 Single Barrel | 4 yrs 229 days |
| 162 | 1305579 1820 Single Barrel | 4 yrs 229 days |
| 163 | 1305580 1820 Single Barrel | 4 yrs 229 days |
| 164 | 1305581 1820 Single Barrel | 4 yrs 229 days |
| 165 | 1305582 1820 Single Barrel | 4 yrs 229 days |
| 166 | 1305583 1820 Single Barrel | 4 yrs 229 days |
| 167 | 1305584 1820 Single Barrel | 4 yrs 229 days |
| 168 | 1305585 1820 Single Barrel | 4 yrs 229 days |
| 169 | 1306409 1820 Single Barrel | 4 yrs 228 days |
| 170 | 1306410 1820 Single Barrel | 4 yrs 228 days |
| 171 | 1306411 1820 Single Barrel | 4 yrs 225 days |
| 336 | 1306412 1820 Single Barrel | 4 yrs 225 days |
| 172 | 1306413 1820 Single Barrel | 4 yrs 225 days |
| 173 | 1306414 1820 Single Barrel | 4 yrs 225 days |
| 174 | 1306415 1820 Single Barrel | 4 yrs 225 days |
| 175 | 1306416 1820 Single Barrel | 4 yrs 225 days |
| 176 | 1306417 1820 Single Barrel | 4 yrs 225 days |
| 177 | 1306418 1820 Single Barrel | 4 yrs 225 days |
| 178 | 1306419 1820 Single Barrel | 4 yrs 225 days |
| 179 | 1306420 1820 Single Barrel | 4 yrs 225 days |
| 180 | 1306421 1820 Single Barrel | 4 yrs 225 days |
| 181 | 1306422 1820 Single Barrel | 4 yrs 225 days |
| 182 | 1306423 1820 Single Barrel | 4 yrs 225 days |
| 183 | 1306424 1820 Single Barrel | 4 yrs 225 days |
| 184 | 1306425 1820 Single Barrel | 4 yrs 225 days |
| 185 | 1306426 1820 Single Barrel | 4 yrs 225 days |
| 186 | 1306427 1820 Single Barrel | 4 yrs 225 days |
| 187 | 1306428 1820 Single Barrel | 4 yrs 225 days |
| 188 | 1306429 1820 Single Barrel | 4 yrs 225 days |
| 189 | 1306430 1820 Single Barrel | 4 yrs 225 days |
| 190 | 1306431 1820 Single Barrel | 4 yrs 225 days |
| 191 | 1306432 1820 Single Barrel | 4 yrs 225 days |
| 192 | 1308197 1820 Single Barrel | 4 yrs 224 days |
| 193 | 1308198 1820 Single Barrel | 4 yrs 224 days |
| 194 | 1308199 1820 Single Barrel | 4 yrs 224 days |

| | | |
|---|---|---|
| 195 | 1308200 1820 Single Barrel | 4 yrs 224 days |
| 196 | 1308201 1820 Single Barrel | 4 yrs 224 days |
| 197 | 1308202 1820 Single Barrel | 4 yrs 224 days |
| 198 | 1308203 1820 Single Barrel | 4 yrs 224 days |
| 199 | 1308204 1820 Single Barrel | 4 yrs 224 days |
| 200 | 1308205 1820 Single Barrel | 4 yrs 224 days |
| 201 | 1308206 1820 Single Barrel | 4 yrs 224 days |
| 202 | 1308207 1820 Single Barrel | 4 yrs 224 days |
| 203 | 1308208 1820 Single Barrel | 4 yrs 224 days |
| 204 | 1308209 1820 Single Barrel | 4 yrs 224 days |
| 205 | 1308210 1820 Single Barrel | 4 yrs 224 days |
| 206 | 1308211 1820 Single Barrel | 4 yrs 224 days |
| 207 | 1308212 1820 Single Barrel | 4 yrs 224 days |
| 208 | 1308213 1820 Single Barrel | 4 yrs 224 days |
| 209 | 1308214 1820 Single Barrel | 4 yrs 224 days |
| 210 | 1308215 1820 Single Barrel | 4 yrs 224 days |
| 211 | 1308216 1820 Single Barrel | 4 yrs 224 days |
| 212 | 1308217 1820 Single Barrel | 4 yrs 224 days |
| 213 | 1308218 1820 Single Barrel | 4 yrs 224 days |
| 214 | 1308219 1820 Single Barrel | 4 yrs 224 days |
| 215 | 1308220 1820 Single Barrel | 4 yrs 224 days |
| 216 | 1308221 1820 Single Barrel | 4 yrs 224 days |
| 217 | 1308222 1820 Single Barrel | 4 yrs 224 days |
| 218 | 1308223 1820 Single Barrel | 4 yrs 224 days |
| 219 | 1308224 1820 Single Barrel | 4 yrs 224 days |
| 220 | 1308225 1820 Single Barrel | 4 yrs 224 days |
| 221 | 1308226 1820 Single Barrel | 4 yrs 224 days |
| 222 | 1308227 1820 Single Barrel | 4 yrs 224 days |
| 223 | 1308228 1820 Single Barrel | 4 yrs 224 days |
| 224 | 1308229 1820 Single Barrel | 4 yrs 224 days |
| 225 | 1308230 1820 Single Barrel | 4 yrs 224 days |
| 226 | 1308231 1820 Single Barrel | 4 yrs 224 days |
| 227 | 1308232 1820 Single Barrel | 4 yrs 224 days |
| 228 | 1308233 1820 Single Barrel | 4 yrs 224 days |
| 229 | 1308234 1820 Single Barrel | 4 yrs 224 days |
| 230 | 1308235 1820 Single Barrel | 4 yrs 224 days |
| 231 | 1308236 1820 Single Barrel | 4 yrs 224 days |
| 232 | 1308237 1820 Single Barrel | 4 yrs 224 days |
| 233 | 1308238 1820 Single Barrel | 4 yrs 224 days |
| 234 | 1308406 1820 Single Barrel | 4 yrs 224 days |
| 235 | 1308747 1820 Single Barrel | 4 yrs 223 days |
| 236 | 1308748 1820 Single Barrel | 4 yrs 223 days |
| 237 | 1308749 1820 Single Barrel | 4 yrs 223 days |
| 238 | 1308750 1820 Single Barrel | 4 yrs 223 days |
| 239 | 1308751 1820 Single Barrel | 4 yrs 223 days |
| 240 | 1308752 1820 Single Barrel | 4 yrs 223 days |
| 241 | 1308753 1820 Single Barrel | 4 yrs 223 days |
| 242 | 1308754 1820 Single Barrel | 4 yrs 223 days |
| 243 | 1308755 1820 Single Barrel | 4 yrs 223 days |

| | | |
|---|---|---|
| 244 | 1308756 1820 Single Barrel | 4 yrs 223 days |
| 245 | 1308757 1820 Single Barrel | 4 yrs 223 days |
| 246 | 1308758 1820 Single Barrel | 4 yrs 223 days |
| 247 | 1308759 1820 Single Barrel | 4 yrs 223 days |
| 248 | 1308760 1820 Single Barrel | 4 yrs 223 days |
| 249 | 1308761 1820 Single Barrel | 4 yrs 223 days |
| 250 | 1308762 1820 Single Barrel | 4 yrs 223 days |
| 251 | 1308763 1820 Single Barrel | 4 yrs 223 days |
| 252 | 1308764 1820 Single Barrel | 4 yrs 225 days |
| 253 | 1308765 1820 Single Barrel | 4 yrs 225 days |
| 254 | 1308766 1820 Single Barrel | 4 yrs 225 days |
| 255 | 1308767 1820 Single Barrel | 4 yrs 225 days |
| 256 | 1308768 1820 Single Barrel | 4 yrs 225 days |
| 257 | 1308769 1820 Single Barrel | 4 yrs 225 days |
| 258 | 1308770 1820 Single Barrel | 4 yrs 225 days |
| 259 | 1308771 1820 Single Barrel | 4 yrs 225 days |
| 260 | 1308772 1820 Single Barrel | 4 yrs 225 days |
| 261 | 1308773 1820 Single Barrel | 4 yrs 225 days |
| 262 | 1308774 1820 Single Barrel | 4 yrs 225 days |
| 263 | 1308775 1820 Single Barrel | 4 yrs 225 days |
| 264 | 1308776 1820 Single Barrel | 4 yrs 225 days |
| 265 | 1308777 1820 Single Barrel | 4 yrs 225 days |
| 266 | 1308778 1820 Single Barrel | 4 yrs 225 days |
| 267 | 1308779 1820 Single Barrel | 4 yrs 225 days |
| 268 | 1308780 1820 Single Barrel | 4 yrs 225 days |
| 269 | 1308781 1820 Single Barrel | 4 yrs 225 days |
| 270 | 1308782 1820 Single Barrel | 4 yrs 225 days |
| 271 | 1308783 1820 Single Barrel | 4 yrs 225 days |
| 272 | 1308784 1820 Single Barrel | 4 yrs 225 days |
| 273 | 1308785 1820 Single Barrel | 4 yrs 225 days |
| 274 | 1308786 1820 Single Barrel | 4 yrs 225 days |
| 275 | 1308787 1820 Single Barrel | 4 yrs 225 days |
| 276 | 1308788 1820 Single Barrel | 4 yrs 224 days |
| 277 | 1308789 1820 Single Barrel | 4 yrs 224 days |
| 278 | 1308790 1820 Single Barrel | 4 yrs 224 days |
| 279 | 1308791 1820 Single Barrel | 4 yrs 224 days |
| 280 | 1308792 1820 Single Barrel | 4 yrs 224 days |
| 281 | 1308793 1820 Single Barrel | 4 yrs 224 days |
| 282 | 1308794 1820 Single Barrel | 4 yrs 224 days |
| 283 | 1308795 1820 Single Barrel | 4 yrs 224 days |
| 284 | 1308796 1820 Single Barrel | 4 yrs 224 days |
| 285 | 1308797 1820 Single Barrel | 4 yrs 224 days |
| 286 | 1308798 1820 Single Barrel | 4 yrs 224 days |
| 287 | 1308799 1820 Single Barrel | 4 yrs 224 days |
| 288 | 1308800 1820 Single Barrel | 4 yrs 224 days |
| 289 | 1308801 1820 Single Barrel | 4 yrs 224 days |
| 290 | 1308802 1820 Single Barrel | 4 yrs 224 days |
| 291 | 1308803 1820 Single Barrel | 4 yrs 224 days |
| 292 | 1308804 1820 Single Barrel | 4 yrs 224 days |

| | | | |
|---|---|---|---|
| 293 | 1308805 | 1820 Single Barrel | 4 yrs 224 days |
| 294 | 1308806 | 1820 Single Barrel | 4 yrs 224 days |
| 295 | 1308807 | 1820 Single Barrel | 4 yrs 224 days |
| 296 | 1308808 | 1820 Single Barrel | 4 yrs 224 days |
| 297 | 1308809 | 1820 Single Barrel | 4 yrs 224 days |
| 298 | 1308810 | 1820 Single Barrel | 4 yrs 224 days |
| 299 | 1308811 | 1820 Single Barrel | 4 yrs 224 days |
| 300 | 1308812 | 1820 Single Barrel | 4 yrs 224 days |
| 301 | 1308813 | 1820 Single Barrel | 4 yrs 224 days |
| 302 | 1308814 | 1820 Single Barrel | 4 yrs 224 days |
| 303 | 1308815 | 1820 Single Barrel | 4 yrs 224 days |
| 304 | 1308816 | 1820 Single Barrel | 4 yrs 224 days |
| 305 | 1308817 | 1820 Single Barrel | 4 yrs 224 days |
| 306 | 1308818 | 1820 Single Barrel | 4 yrs 224 days |
| 307 | 1308819 | 1820 Single Barrel | 4 yrs 224 days |
| 308 | 1308820 | 1820 Single Barrel | 4 yrs 224 days |
| 309 | 1308821 | 1820 Single Barrel | 4 yrs 224 days |
| 310 | 1308822 | 1820 Single Barrel | 4 yrs 224 days |
| 311 | 1308823 | 1820 Single Barrel | 4 yrs 224 days |
| 312 | 1308824 | 1820 Single Barrel | 4 yrs 224 days |
| 313 | 1308825 | 1820 Single Barrel | 4 yrs 224 days |
| 314 | 1308826 | 1820 Single Barrel | 4 yrs 224 days |
| 315 | 1308827 | 1820 Single Barrel | 4 yrs 224 days |
| 316 | 1308828 | 1820 Single Barrel | 4 yrs 224 days |
| 317 | 1308829 | 1820 Single Barrel | 4 yrs 224 days |
| 318 | 1308830 | 1820 Single Barrel | 4 yrs 224 days |
| 319 | 1308831 | 1820 Single Barrel | 4 yrs 224 days |
| 320 | 1308832 | 1820 Single Barrel | 4 yrs 224 days |
| 321 | 1308833 | 1820 Single Barrel | 4 yrs 224 days |
| 322 | 1308834 | 1820 Single Barrel | 4 yrs 224 days |
| 323 | 1308835 | 1820 Single Barrel | 4 yrs 224 days |
| 324 | 1308836 | 1820 Single Barrel | 4 yrs 224 days |
| 325 | 1308837 | 1820 Single Barrel | 4 yrs 224 days |
| 326 | 1308838 | 1820 Single Barrel | 4 yrs 224 days |
| 327 | 1308839 | 1820 Single Barrel | 4 yrs 224 days |
| 328 | 1308840 | 1820 Single Barrel | 4 yrs 224 days |
| 329 | 1308841 | 1820 Single Barrel | 4 yrs 224 days |
| 330 | 1308842 | 1820 Single Barrel | 4 yrs 224 days |
| 331 | 1308843 | 1820 Single Barrel | 4 yrs 224 days |
| 332 | 1308844 | 1820 Single Barrel | 4 yrs 224 days |
| 333 | 1308845 | 1820 Single Barrel | 4 yrs 224 days |
| 334 | 1308846 | 1820 Single Barrel | 4 yrs 224 days |
| 335 | 1308847 | 1820 Single Barrel | 4 yrs 224 days |
| 422 | 1616103 | UN UNCUT/UNFILTERED | 8 yrs 53 days |
| 428 | 1616109 | UN UNCUT/UNFILTERED | 8 yrs 53 days |
| 433 | 1661718 | UN UNCUT/UNFILTERED | 8 yrs 44 days |
| 513 | 1794006 | Single Barrel Rye | 7 yrs 78 days |
| 514 | 1794007 | Single Barrel Rye | 7 yrs 78 days |
| 526 | 1794019 | Single Barrel Rye | 7 yrs 78 days |

| 536 | 1794029 Single Barrel Rye | 7 yrs 78 days |
| 537 | 1794030 Single Barrel Rye | 7 yrs 78 days |
| 539 | 1847776 Single Barrel Rye | 7 yrs 54 days |
| 543 | 1847780 Single Barrel Rye | 7 yrs 54 days |
| 544 | 1847781 Single Barrel Rye | 7 yrs 54 days |
| 547 | 1847784 Single Barrel Rye | 7 yrs 54 days |
| 549 | 1847786 Single Barrel Rye | 7 yrs 54 days |
| 551 | 1847788 Single Barrel Rye | 7 yrs 54 days |
| 552 | 1847789 Single Barrel Rye | 7 yrs 54 days |
| 554 | 1847791 Single Barrel Rye | 7 yrs 54 days |
| 555 | 1847792 Single Barrel Rye | 7 yrs 54 days |
| 556 | 1847793 Single Barrel Rye | 7 yrs 54 days |
| 557 | 1847794 Single Barrel Rye | 7 yrs 54 days |
| 560 | 1847797 Single Barrel Rye | 7 yrs 54 days |
| 564 | 1847801 Single Barrel Rye | 7 yrs 54 days |
| 565 | 1847802 Single Barrel Rye | 7 yrs 54 days |
| 566 | 1847803 Single Barrel Rye | 7 yrs 54 days |
| 567 | 1847804 Single Barrel Rye | 7 yrs 54 days |
| 568 | 1847805 Single Barrel Rye | 7 yrs 54 days |
| 569 | 1847806 Single Barrel Rye | 7 yrs 54 days |
| 570 | 1847807 Single Barrel Rye | 7 yrs 54 days |
| 571 | 1847808 Single Barrel Rye | 7 yrs 54 days |
| 572 | 1847809 Single Barrel Rye | 7 yrs 54 days |
| 577 | 1847814 Single Barrel Rye | 7 yrs 54 days |
| 578 | 1847815 Single Barrel Rye | 7 yrs 54 days |
| 580 | 1847817 Single Barrel Rye | 7 yrs 54 days |
| 581 | 1847818 Single Barrel Rye | 7 yrs 54 days |
| 582 | 1847856 Single Barrel Rye | 7 yrs 115 days |
| 583 | 1847857 Single Barrel Rye | 7 yrs 115 days |
| 586 | 1847860 Single Barrel Rye | 7 yrs 222 days |
| 587 | 1847861 Single Barrel Rye | 7 yrs 222 days |
| 588 | 1847862 Single Barrel Rye | 7 yrs 222 days |
| 589 | 1847863 Single Barrel Rye | 7 yrs 222 days |
| 590 | 1847864 Single Barrel Rye | 7 yrs 222 days |
| 591 | 1847865 Single Barrel Rye | 7 yrs 222 days |
| 592 | 1847866 Single Barrel Rye | 7 yrs 222 days |
| 593 | 1847867 Single Barrel Rye | 7 yrs 222 days |
| 595 | 1847869 Single Barrel Rye | 7 yrs 222 days |
| 596 | 1847870 Single Barrel Rye | 7 yrs 222 days |
| 597 | 1847871 Single Barrel Rye | 7 yrs 222 days |
| 598 | 1847872 Single Barrel Rye | 7 yrs 222 days |
| 599 | 1847873 Single Barrel Rye | 7 yrs 222 days |
| 600 | 1847874 Single Barrel Rye | 7 yrs 222 days |
| 602 | 1847876 Single Barrel Rye | 7 yrs 222 days |
| 605 | 1847879 Single Barrel Rye | 7 yrs 222 days |
| 606 | 1847880 Single Barrel Rye | 7 yrs 222 days |
| 613 | 1847887 Single Barrel Rye | 7 yrs 222 days |
| 614 | 1847888 Single Barrel Rye | 7 yrs 222 days |
| 616 | 1847890 Single Barrel Rye | 7 yrs 78 days |

| | | |
|---|---|---|
| 617 | 1847891 Single Barrel Rye | 7 yrs 78 days |
| 618 | 1847892 Single Barrel Rye | 7 yrs 78 days |
| 619 | 1847893 Single Barrel Rye | 7 yrs 78 days |
| 620 | 1847894 Single Barrel Rye | 7 yrs 78 days |
| 621 | 1847895 Single Barrel Rye | 7 yrs 78 days |
| 792 | 1889231 Single Barrel Rye | 7 yrs 54 days |
| 795 | 1889234 Single Barrel Rye | 7 yrs 54 days |
| 800 | 1889239 Single Barrel Rye | 7 yrs 54 days |
| 810 | 1889249 Single Barrel Rye | 7 yrs 54 days |
| 812 | 1889251 Single Barrel Rye | 7 yrs 54 days |
| 813 | 1889252 Single Barrel Rye | 7 yrs 54 days |
| 814 | 1889253 Single Barrel Rye | 7 yrs 54 days |
| 815 | 1889254 Single Barrel Rye | 7 yrs 54 days |
| 816 | 1889255 Single Barrel Rye | 7 yrs 54 days |
| 817 | 1889256 Single Barrel Rye | 7 yrs 54 days |
| 826 | 1889272 Single Barrel Rye | 7 yrs 74 days |
| 831 | 1889277 Single Barrel Rye | 7 yrs 74 days |
| 837 | 1889283 Single Barrel Rye | 7 yrs 74 days |
| 839 | 1889285 Single Barrel Rye | 7 yrs 74 days |
| 840 | 1889286 Single Barrel Rye | 7 yrs 74 days |
| 842 | 1889288 Single Barrel Rye | 7 yrs 74 days |
| 850 | 1889296 Single Barrel Rye | 7 yrs 78 days |
| 852 | 1889298 Single Barrel Rye | 7 yrs 78 days |
| 853 | 1889299 Single Barrel Rye | 7 yrs 78 days |
| 856 | 1889302 Single Barrel Rye | 7 yrs 78 days |
| 857 | 1889303 Single Barrel Rye | 7 yrs 78 days |
| 862 | 1932403 Single Barrel | 8 yrs 230 days |
| 863 | 1932404 Single Barrel | 8 yrs 230 days |
| 864 | 1932405 Single Barrel | 8 yrs 230 days |
| 865 | 1932406 Single Barrel | 8 yrs 230 days |
| 866 | 1932407 Single Barrel | 8 yrs 230 days |
| 867 | 1932408 Single Barrel | 8 yrs 230 days |
| 868 | 1932409 Single Barrel | 8 yrs 230 days |
| 869 | 1932410 Single Barrel | 8 yrs 230 days |
| 870 | 1932411 Single Barrel | 8 yrs 230 days |
| 871 | 1932412 Single Barrel | 8 yrs 232 days |
| 872 | 1932413 Single Barrel | 8 yrs 232 days |
| 873 | 1932414 Single Barrel | 8 yrs 232 days |
| 874 | 1932415 Single Barrel | 8 yrs 232 days |
| 875 | 1932416 Single Barrel | 8 yrs 232 days |
| 876 | 1932417 Single Barrel | 8 yrs 232 days |
| 883 | 1932424 Single Barrel | 8 yrs 232 days |
| 884 | 1932425 Single Barrel | 8 yrs 232 days |
| 885 | 1932426 Single Barrel | 8 yrs 232 days |
| 886 | 1932427 Single Barrel | 8 yrs 232 days |
| 887 | 1932428 Single Barrel | 8 yrs 232 days |
| 889 | 1932430 Single Barrel | 8 yrs 232 days |
| 890 | 1932431 Single Barrel | 8 yrs 232 days |
| 891 | 1932432 Single Barrel | 8 yrs 232 days |

| | | |
|---|---|---|
| 894 | 1932435 Single Barrel | 8 yrs 232 days |
| 895 | 1932436 Single Barrel | 8 yrs 232 days |
| 896 | 1932437 Single Barrel | 8 yrs 232 days |
| 897 | 1932438 Single Barrel | 8 yrs 232 days |
| 899 | 1932440 Single Barrel | 8 yrs 232 days |
| 902 | 1932443 Single Barrel | 8 yrs 232 days |
| 903 | 1932444 Single Barrel | 8 yrs 232 days |
| 906 | 1932447 Single Barrel | 8 yrs 232 days |
| 907 | 1932448 Single Barrel | 8 yrs 232 days |
| 910 | 1932451 Single Barrel | 8 yrs 232 days |
| 1421 | 2123605 1884 | 7 yrs 53 days |
| 1488 | 2147174 1884 | 6 yrs 61 days |
| 1643 | 2155102 1884 | 6 yrs 199 days |
| 1685 | 2170083 1884 | 6 yrs 187 days |
| 1716 | 2170114 1884 | 6 yrs 187 days |
| 1759 | 2173866 1884 | 6 yrs 187 days |
| 1761 | 2173868 1884 | 6 yrs 187 days |
| 1781 | 2173889 1884 | 6 yrs 186 days |
| 1788 | 2173896 1884 | 6 yrs 186 days |
| 2032 | 2191198 1884 | 6 yrs 185 days |
| 2099 | 2202283 1884 | 8 yrs 233 days |
| 2132 | 2209220 1884 | 7 yrs 59 days |
| 2199 | 2220842 1884 | 7 yrs 54 days |
| 2203 | 2220846 1884 | 7 yrs 54 days |
| 2214 | 2220857 1884 | 6 yrs 198 days |
| 2215 | 2220858 1884 | 6 yrs 198 days |
| 2216 | 2220859 1884 | 6 yrs 198 days |
| 2364 | 2237322 1884 | 6 yrs 305 days |
| 2381 | 2237381 1884 | 7 yrs 53 days |
| 2567 | 2252320 1884 | 6 yrs 163 days |
| 2570 | 2252323 1884 | 6 yrs 132 days |
| 2576 | 2252333 1884 | 6 yrs 198 days |
| 2579 | 2252345 1884 | 6 yrs 129 days |
| 2581 | 2252347 1884 | 6 yrs 129 days |
| 2623 | 2255176 1884 | 6 yrs 164 days |
| 2631 | 2255184 1884 | 6 yrs 164 days |
| 2632 | 2255185 1884 | 6 yrs 164 days |
| 2640 | 2255193 1884 | 6 yrs 164 days |
| 2656 | 2255209 1884 | 6 yrs 164 days |
| 2659 | 2255212 1884 | 6 yrs 164 days |
| 2661 | 2255214 1884 | 6 yrs 164 days |
| 2665 | 2255220 1884 | 6 yrs 159 days |
| 2666 | 2255221 1884 | 6 yrs 159 days |
| 2668 | 2255239 1884 | 6 yrs 159 days |
| 3192 | 2316410 1884 | 6 yrs 129 days |
| 3247 | 2320826 1856 | 6 yrs 123 days |
| 3253 | 2320832 1856 | 6 yrs 123 days |
| 3257 | 2320836 1856 | 6 yrs 354 days |
| 3258 | 2320837 1856 | 6 yrs 156 days |

| | | |
|---|---|---|
| 3259 | 2320838 1856 | 6 yrs 173 days |
| 3261 | 2320840 1856 | 6 yrs 173 days |
| 3265 | 2320844 1856 | 6 yrs 173 days |
| 3269 | 2320848 1856 | 6 yrs 173 days |
| 3270 | 2320849 1856 | 6 yrs 173 days |
| 3271 | 2320850 1856 | 6 yrs 173 days |
| 3275 | 2320854 1856 | 6 yrs 173 days |
| 3282 | 2320861 1856 | 6 yrs 173 days |
| 3286 | 2320865 1856 | 6 yrs 173 days |
| 3289 | 2320868 1856 | 6 yrs 51 days |
| 3291 | 2320870 1856 | 6 yrs 51 days |
| 3293 | 2320872 1856 | 6 yrs 51 days |
| 3297 | 2320876 1856 | 6 yrs 51 days |
| 3301 | 2320880 1856 | 6 yrs 51 days |
| 3305 | 2320884 1856 | 6 yrs 51 days |
| 3308 | 2320888 1856 | 6 yrs 355 days |
| 3309 | 2320889 1856 | 6 yrs 355 days |
| 3438 | 2325152 1856 | 7 yrs 49 days |
| 3440 | 2325154 1856 | 7 yrs 49 days |
| 3441 | 2325155 1856 | 7 yrs 49 days |
| 3442 | 2325156 1856 | 7 yrs 49 days |
| 3443 | 2325157 1856 | 5 yrs 356 days |
| 3444 | 2325158 1856 | 5 yrs 356 days |
| 3445 | 2325159 1856 | 5 yrs 356 days |
| 3446 | 2325160 1856 | 5 yrs 356 days |
| 3447 | 2325161 1856 | 5 yrs 356 days |
| 3448 | 2325162 1856 | 5 yrs 356 days |
| 3449 | 2325163 1856 | 5 yrs 356 days |
| 3450 | 2325164 1856 | 6 yrs 104 days |
| 3451 | 2325165 1856 | 6 yrs 104 days |
| 3452 | 2325166 1856 | 6 yrs 104 days |
| 3705 | 2331356 1856 | 6 yrs 163 days |
| 3706 | 2331357 1856 | 6 yrs 163 days |
| 3707 | 2331358 1856 | 6 yrs 163 days |
| 3711 | 2331362 1856 | 6 yrs 163 days |
| 3712 | 2331371 1856 | 6 yrs 181 days |
| 3713 | 2331372 1856 | 6 yrs 181 days |
| 3718 | 2331378 1856 | 6 yrs 172 days |
| 3719 | 2331379 1856 | 6 yrs 172 days |
| 3732 | 2331472 1856 | 6 yrs 160 days |
| 3733 | 2331473 1856 | 6 yrs 160 days |
| 3734 | 2331474 1856 | 6 yrs 160 days |
| 3735 | 2331475 1856 | 6 yrs 160 days |
| 3736 | 2331476 1856 | 6 yrs 160 days |
| 3737 | 2331477 1856 | 6 yrs 160 days |
| 3738 | 2331478 1856 | 6 yrs 160 days |
| 3739 | 2331479 1856 | 6 yrs 160 days |
| 3740 | 2331480 1856 | 6 yrs 160 days |
| 3741 | 2331481 1856 | 6 yrs 160 days |

| | | |
|---|---|---|
| 3742 | 2331531 1856 | 6 yrs 150 days |
| 3743 | 2331532 1856 | 6 yrs 150 days |
| 3750 | 2331541 1856 | 6 yrs 166 days |
| 3751 | 2331542 1856 | 6 yrs 166 days |
| 3752 | 2331543 1856 | 6 yrs 166 days |
| 3753 | 2331544 1856 | 6 yrs 166 days |
| 3754 | 2331545 1856 | 6 yrs 166 days |
| 3755 | 2331546 1856 | 6 yrs 166 days |
| 3756 | 2331547 1856 | 6 yrs 166 days |
| 3757 | 2331548 1856 | 6 yrs 166 days |
| 3758 | 2331549 1856 | 6 yrs 166 days |
| 3759 | 2331550 1856 | 6 yrs 165 days |
| 3760 | 2331551 1856 | 6 yrs 165 days |
| 3761 | 2331552 1856 | 6 yrs 165 days |
| 3964 | 2445558 1884 | 5 yrs 76 days |
| 3965 | 2445559 1884 | 5 yrs 76 days |
| 3966 | 2445560 1884 | 5 yrs 76 days |
| 3967 | 2445561 1884 | 5 yrs 76 days |
| 3968 | 2445562 1884 | 5 yrs 76 days |
| 3970 | 2445564 1884 | 5 yrs 76 days |
| 3975 | 2445569 1884 | 5 yrs 76 days |
| 3976 | 2445570 1884 | 5 yrs 76 days |
| 3977 | 2445571 1884 | 5 yrs 76 days |
| 3978 | 2445572 1884 | 5 yrs 76 days |
| 3981 | 2445575 1884 | 5 yrs 76 days |
| 3982 | 2445576 1884 | 5 yrs 76 days |
| 3983 | 2445577 1884 | 5 yrs 76 days |
| 3985 | 2445579 1884 | 5 yrs 76 days |
| 3986 | 2445580 1884 | 5 yrs 76 days |
| 3993 | 2445587 1884 | 5 yrs 76 days |
| 3994 | 2445588 1884 | 5 yrs 76 days |
| 3995 | 2445589 1884 | 5 yrs 76 days |
| 3996 | 2445590 1884 | 5 yrs 76 days |
| 4002 | 2445596 1884 | 5 yrs 76 days |
| 4167 | 2450338 1884 | 5 yrs 228 days |
| 4172 | 2450343 1884 | 5 yrs 228 days |
| 4173 | 2450375 1884 | 5 yrs 188 days |
| 4174 | 2450376 1884 | 5 yrs 188 days |
| 4175 | 2450377 1884 | 5 yrs 188 days |
| 4176 | 2450378 1884 | 5 yrs 188 days |
| 4177 | 2450379 1884 | 5 yrs 188 days |
| 4218 | 2450424 1884 | 5 yrs 229 days |
| 4226 | 2450962 1884 | 5 yrs 255 days |
| 4323 | 2451572 1884 | 5 yrs 258 days |
| 4325 | 2451574 1884 | 5 yrs 258 days |
| 4358 | 2451607 1884 | 5 yrs 227 days |
| 4359 | 2451608 1884 | 5 yrs 227 days |
| 4418 | 2519741 1884 | 5 yrs 103 days |
| 4419 | 2519742 1884 | 5 yrs 103 days |

| | | |
|---|---|---|
| 4420 | 2519743 1884 | 5 yrs 103 days |
| 4421 | 2519744 1884 | 5 yrs 103 days |
| 4422 | 2519745 1884 | 5 yrs 103 days |
| 4423 | 2519746 1884 | 5 yrs 103 days |
| 4436 | 2519759 1884 | 5 yrs 103 days |
| 4437 | 2519760 1884 | 5 yrs 103 days |
| 4438 | 2519761 1884 | 5 yrs 103 days |
| 4439 | 2519762 1884 | 5 yrs 103 days |
| 4440 | 2519763 1884 | 5 yrs 103 days |
| 4441 | 2519764 1884 | 5 yrs 103 days |
| 4490 | 2529323 1884 | 5 yrs 102 days |
| 4491 | 2529324 1884 | 5 yrs 102 days |
| 4492 | 2529325 1884 | 5 yrs 102 days |
| 4493 | 2529326 1884 | 5 yrs 102 days |
| 4494 | 2529327 1884 | 5 yrs 102 days |
| 4495 | 2529328 1884 | 5 yrs 102 days |
| 4496 | 2529329 1884 | 5 yrs 102 days |
| 4497 | 2529330 1884 | 5 yrs 102 days |
| 4498 | 2529331 1884 | 5 yrs 102 days |
| 4499 | 2529332 1884 | 5 yrs 102 days |
| 4500 | 2529333 1884 | 5 yrs 102 days |
| 4501 | 2529334 1884 | 5 yrs 102 days |
| 4502 | 2529335 1884 | 5 yrs 102 days |
| 4503 | 2529336 1884 | 5 yrs 102 days |
| 4504 | 2529337 1884 | 5 yrs 102 days |
| 4505 | 2529338 1884 | 5 yrs 102 days |
| 4506 | 2529339 1884 | 5 yrs 102 days |
| 4507 | 2529340 1884 | 5 yrs 102 days |
| 4508 | 2529341 1884 | 5 yrs 102 days |
| 4509 | 2529342 1884 | 5 yrs 102 days |
| 4510 | 2529343 1884 | 5 yrs 102 days |
| 4511 | 2529344 1884 | 5 yrs 102 days |
| 4512 | 2529345 1884 | 5 yrs 102 days |
| 4513 | 2529346 1884 | 5 yrs 102 days |
| 4514 | 2529347 1884 | 5 yrs 102 days |
| 4515 | 2529348 1884 | 5 yrs 102 days |
| 4516 | 2529349 1884 | 5 yrs 102 days |
| 4517 | 2529350 1884 | 5 yrs 102 days |
| 4518 | 2529351 1884 | 5 yrs 102 days |
| 4519 | 2529352 1884 | 5 yrs 102 days |
| 4520 | 2529353 1884 | 5 yrs 102 days |
| 4521 | 2529354 1884 | 5 yrs 102 days |
| 4522 | 2529355 1884 | 5 yrs 102 days |
| 4523 | 2529356 1884 | 5 yrs 102 days |
| 4524 | 2529357 1884 | 5 yrs 102 days |
| 4525 | 2529358 1884 | 5 yrs 102 days |
| 4526 | 2529359 1884 | 5 yrs 102 days |
| 4527 | 2529360 1884 | 5 yrs 102 days |
| 4528 | 2529361 1884 | 5 yrs 102 days |

| | | |
|---|---|---|
| 4529 | 2529362 1884 | 5 yrs 102 days |
| 4530 | 2529363 1884 | 5 yrs 102 days |
| 4531 | 2529364 1884 | 5 yrs 102 days |
| 4532 | 2529365 1884 | 5 yrs 102 days |
| 4533 | 2529366 1884 | 5 yrs 102 days |
| 4534 | 2529367 1884 | 5 yrs 102 days |
| 4535 | 2529368 1884 | 5 yrs 102 days |
| 4536 | 2529369 1884 | 5 yrs 102 days |
| 4537 | 2529370 1884 | 5 yrs 102 days |

# EXHIBIT 2

Walter Miles, General Partner
NexGen2780, LP
6470 East Johns Crossing STE 160
Johns Creek GA 30097

Date: 12/16/2025

Via Court Filing and Courtesy Copy

The Honorable Charles E. Atchley Jr.
United States District Judge
United States District Court
Eastern District of Tennessee
900 Georgia Avenue, Room 125
Chattanooga, Tennessee 37402

FILED

JAN 08 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Re: In re Uncle Nearest, Inc. Receivership Proceedings
Expression of Interest in Acquisition

Your Honor,

On behalf of a group of investors, I am pleased to formally introduce our intent to engage in a transaction designed to resolve the outstanding debt obligations of Uncle Nearest with Farm Credit Mid-America.

This investor group is composed of both individual and institutional participants. The institutions expected to participate are long-established, many with histories spanning over 100 years, and collectively bring with them the experience of completing **10,000+ transactions** across industries and jurisdictions. The breadth and depth of this track record ensures financial stability, credibility, and execution capability in successfully managing the contemplated transaction.

To facilitate the repayment and restructuring process, we established NexGen2780, LP, which serves as the vehicle for carrying out the debt resolution, acquisition, and any related restructuring. NexGen2780 will be capitalized and managed by the investor group I represent, with the purpose of ensuring that all debt obligations to Farm Credit Mid-America are satisfied and that a clear and equitable exit strategy is provided for existing equity stakeholders.

We respectfully note our concern that the extended duration of the receivership proceedings may be contributing to a gradual diminution of enterprise value. Prolonged uncertainty can adversely affect brand equity, distributor and vendor relationships, employee retention, and overall market positioning. NexGen2780 believes that a timely and orderly sale process, conducted under Court supervision, could help mitigate further value erosion while maximizing recovery for creditors and other stakeholders.

In furtherance of transparency and good faith, NexGen2780 sent written correspondence expressing its interest to Farm Credit on 10/8/2025, Uncle Nearest, Inc. on 10/8/2025, and the Court-appointed Receiver 10/8/2025. Our intent in those communications, as in this letter, is solely to express interest and to make ourselves available for any Court-directed process the Receiver determines appropriate.

Delivery confirmation
Farm Credit:   10/14/2025
Phillip Young:  10/10/2025
Uncle Nearest: Delivery not confirmed

Enclosed please find a Letter of Intent (LOI), which outlines the preliminary terms of this transaction. We look forward to working with the receiver to finalize a definitive agreement that serves the best interests of the Court, the Creditor, and all stakeholders involved.

Respectfully,

NexGen2780

Walter Miles, General Partner
MILESWL09@GMAIL.COM

# LETTER OF INTENT (Asset Purchase / Debt Resolution)

FARM CREDIT MID-AMERICA
Creating Financial & Capital Investment Opportunities

PRIVATE AND CONFIDENTIAL

Date: 12/16/2025

Townsend Ziebold
Arlington Capital Advisors
2000 Morris Ave
Suite 1100
Birmingham, AL 35203

From:
Walter Miles, General Partner
NexGen2780, LP
6470 East Johns Crossing STE 160
Johns Creek GA 30097


Dear Mr. Young:

Farm Credit Mid-America (the "Creditor") is pleased to submit this Letter of Intent (the "Letter of Intent") regarding the transaction involving Uncle Nearest (the "Borrower"), with outstanding debt of USD $108,000,000. The transaction shall be carried out by NexGen2780 (the "Purchaser"), a company formed for the purpose of repaying the debt, providing working capital, and covering court and receiver fees. The Transaction will also deliver an equitable exit strategy for existing shareholders. The Transaction shall be subject to Court supervision and Receiver oversight.

## 1. Purchase Agreement.

The parties will finalize and execute a definitive purchase agreement defining the Transaction, including mutually agreed terms, prior to the Expiration Date.

## 2. Total Consideration.

The total consideration of USD $108,000,000 shall be recognized as the Borrower's outstanding obligation and shall be administered by NexGen2780 for repayment, working capital, and restructuring purposes under Court supervision.

## 3. Purchase Price Adjustment.

The consideration may be subject to customary adjustments including working capital, receivables, and inventory in accordance with GAAP. The Court and Receiver shall ensure proper disclosures and adjustments are calculated transparently.

The Court and the Receiver shall provide NexGen2780 and its representatives with all financial, legal, and operational information necessary to evaluate the Transaction, including GAAP-compliant statements, contracts, liabilities, and regulatory matters. This will allow informed decision-making consistent with law and fiduciary duties.

## 5. Exit Strategy for Existing Equity Stakeholders.

The Transaction will provide a structured exit plan for all existing equity stakeholders, including redemption or buyout from Transaction proceeds, optional retained interests (with Court approval), and completion of the process within [90] days of Closing.

## 6. Ownership and Structure of NexGen2780.

At the Closing, NexGen2780 will be formed and capitalized for the sole purpose of this Transaction. NexGen2780 shall be owned by Uncle Nearest together with a group of investors subject to Court approval. Ownership, equity allocations, and management of NexGen2780 will be defined in the definitive Agreement, ensuring adequate capitalization to satisfy all obligations.

## 7. Conditions Precedent to Closing.

Customary conditions precedent will include Court approval, due diligence, and execution of necessary documentation.

## 8. Legal Effect.

This Letter of Intent is non-binding and subject to negotiation and execution of a definitive Agreement approved by the Court. Neither Uncle Nearest nor NexGen2780 shall be bound until such Agreement is executed.

As indicated above, we expect to proceed immediately to negotiate a mutually satisfactory Agreement while the Creditor, Borrower, and NexGen2780 conclude due diligence. If acceptable, please indicate below and return one signed original.

Sincerely,

UNCLE NEAREST
By: _____ Its: _____

NEXGEN2780
By: _____ Its: General Partner

Accepted and Agreed:

FARM CREDIT MID-AMERICA
By: _____ Its: _____

COURT-APPOINTED RECEIVER
By: _____ Its: _____

NexGen 2780, LP
6470 East Johns Crossing Ste 160
Johns Creek, Ga 30097

RETURN RECEIPT
REQUESTED

United States District Court
Honorable Charles E. Atchley Sr.
Eastern District of Tennessee
900 Georgia Ave, Room 125
Chattanooga, TN 37402

Label 200, July 1999

United States Postal Service
REGISTERED MAIL

RA 298 010 420 US

(102595) 99-M-1904



Retail

RDC 99

37402

U.S. POSTAGE PAID
FCM LETTER
MABLETON, GA 30126
DEC 18, 2025

$24.88

S2324D501489-16



## SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Charles Atchley Jr
Eastern District of TN
900 Georgia Ave Room 127
Chattanooga, TN 37402



9590 9402 9792 5266 5361 76

2. Article Number (Transfer from service label)

7A 2986104204 US

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)　　C. Date of Delivery

D. Is delivery address different from item 1?　☐ Yes
   If YES, enter delivery address below:　　☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., et al., | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF ANTHONY SEVERINI

COMES NOW the Declarant Anthony Severini to make a declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.  I am over the age of eighteen and competent to testify to the matters stated herein.

2.  I am the Chief Financial Officer of Genesis Global Workforce Solutions, Inc. ("Genesis Global")

3.  Genesis Global is the Employer of Record ("EOR") for Uncle Nearest, Inc., responsible for payroll processing, employee benefits administration, and related human resources functions.

4.  Genesis Global has served as the EOR for Uncle Nearest, Inc. since 2019.

5.  This Declaration addresses (a) the historic business relationship between Genesis Global and Uncle Nearest, Inc. and (b) the relationship between Genesis Global and the court-appointed Receiver for Uncle Nearest, Inc., including relevant communications concerning payroll.

1

6.     This affidavit further addresses the continued support of Fawn Weaver and Keith Weaver, founders of Uncle Nearest, Inc., by Genesis Global, as well as my own support, and the future of the business relationship between Genesis Global and Uncle Nearest, Inc.

7.     Genesis Global has provided extended financing terms to Uncle Nearest for payroll and benefits for their employees based on our long-standing business and personal relationship with the Weavers and our belief that Uncle Nearest has a strong future with positive potential to keep paying its financial obligations.  These beliefs are based on our basic knowledge of their industry, our direct experience with the brand, its market penetration that we have seen first-hand, and our direct positive experience with both Fawn and Keith Weaver. During the time I have known Fawn and Keith, they have honored all their agreements with me and Genesis Global without exception.

8.     Prior to the Receivership being installed in August 2025, payments were being made and applied to the oldest outstanding invoices first. Subsequent to the Receivership, we are required to apply payments to current payroll invoices. Invoices that were outstanding as of the Receivership starting date are continuing to age to comply with the court requirements.

9.     As late as the day before the commencement of the Receivership, Genesis had agreed to continue to process and pay all the employees of Uncle Nearest and Nearest Green.

10.     Only as a result of the notification of the Receivership that informed me that the Weavers were no longer allowed to make financial decisions on behalf of the Company, I was required to freeze any new credit to Uncle Nearest.  Since the Weavers were now precluded from making financial commitments on behalf of the Company, Genesis Global did not have any assurances from the Weavers on Genesis being paid for their services going forward.

11.     Upon our receipt of the Court's notification of the Receiver, I reached out to the Receiver to inform them that we are now requiring payroll to be paid in advance.  This is our standard practice when a company is in this type of situation. This was not a reflection of our belief in the Company or the Weavers, but a reflection that the Weavers were no longer controlling the finances of the Company and could not commit to making sure Genesis Global was repaid on its services.

12.     To be clear, payroll for Uncle Nearest was not in jeopardy of not being processed prior to the Receiver's commencement.

13.     During September 2025, I had a conversation with Philip Young to get an understanding of the overall process of the Receiver, status of our outstanding payables and the state of the business. During this conversation, Mr. Young stated he was very bullish on the Company, he believed the Company's value was much larger than its liabilities.  He stated he was hopeful that by the end of the year but most likely by end of Q1 2026, the company would have new financing in place or the company would be sold and believed every vendor would be paid back in full, including Genesis Global.

14.     Based on those representations, Genesis Global agreed to continue processing payroll even though the creditor stay prevented payment on invoices that Uncle Nearest had been systematically paying down prior to the receivership.

15.     Early in January 2026, I had a follow up conversation with Mr. Young.  He stated during this call that no bank offers had come in to refinance debt nor had any acceptable investor offers come in.  At this time, he was unsure when the Receivership would end but that he was informing the bank and the courts that it is unsustainable to keep a receiver in place too long, as it does damage to the brand and general operations will begin to suffer. Additionally, I asked Mr.

Young if the Company was cash flow positive now. He stated the company has been running cash flow positive. I then asked if this accounted for the receiver costs, which he said it did not.

16.　　On Monday, January 19, 2026, I received a call from Ms. Weaver asking whether I had ever told the Receiver that payroll for Uncle Nearest was in jeopardy of being paid. I told her payroll for the Company, prior to the receivership, was always processed and funded based on commitments from her and our belief in their ability to operate the company and their personal assurances to continue to make payments to Genesis. Since the Receiver has been installed, payroll being paid and processed is now dependent on Genesis receiving funds from the Receiver timely. While the Receiver is in place and the Weavers are not providing representations for the Company, we cannot extend any credit to the receiver.

17.　　The facts stated in this Declaration are based on my personal knowledge and direct involvement.

18.　　I make this Declaration to ensure the Court has an accurate factual record regarding payroll matters for Uncle Nearest, Inc.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 20th day of January 2026.

Anthony Severini
Affiant

4

# EXHIBIT 4





Bi-Weekly Update to Riveron/Farm Credit
December 10, 2025

# Agenda

- Review of updated/new "Proposed Cash Flow Budget"

- Sales Variance Analysis

- 13-Week Variance

- 2-Week Variance

- TDG Payments and Assumptions

- Current Inventory Analysis

- Barrel Inventory

- A/R Analysis

- Other / Path Forward

1



# 13-Week Cash Flow – Proposed Cash Flow Budget

| | Week 15 12/8 12/14 Projected | Week 16 12/15 12/21 Projected | Week 17 12/22 12/28 Projected | Week 18 12/29 1/4 Projected | Week 19 1/5 1/11 Projected | Week 20 1/12 1/18 Projected | Week 21 1/19 1/25 Projected | Week 22 1/26 2/1 Projected | Week 23 2/2 2/8 Projected | Week 24 2/9 2/15 Projected | Week 25 2/16 2/22 Projected | Week 26 2/23 3/1 Projected | Week 27 3/2 3/8 Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | |
| **Total Sales** | $406,878 | $397,556 | $203,663 | $292,841 | $313,724 | $377,184 | $377,184 | $370,282 | $276,609 | $275,856 | $275,856 | $275,856 | $207,893 |
| **Operating Collections** | | | | | | | | | | | | | |
| NGD Collections | $134,890 | $134,890 | $72,330 | $106,501 | $83,365 | $83,365 | $83,365 | $83,365 | $70,000 | $70,000 | $70,000 | $70,000 | $70,000 |
| Park Street Collections | 450,285 | 130,389 | 426,431 | 16,477 | 525,729 | 271,988 | 262,666 | 131,333 | 186,340 | 230,359 | 293,819 | 293,819 | 286,917 |
| Other Operating Collections | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Collections** | $585,175 | $265,279 | $498,761 | $122,978 | $609,094 | $355,353 | $346,031 | $214,698 | $256,340 | $300,359 | $363,819 | $363,819 | $356,917 |
| **Non-Operating Collections** | | | | | | | | | | | | | |
| Other Non-Operating Collections | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| FCMA Non-Operating Collections | - | 223,805 | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Collections** | $ - | $223,805 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Collections** | $585,175 | $489,084 | $498,761 | $122,978 | $609,094 | $355,353 | $346,031 | $214,698 | $256,340 | $300,359 | $363,819 | $363,819 | $356,917 |
| **Cumulative Collections** | $2,104,684 | $2,593,768 | $3,092,529 | $3,215,507 | $3,824,601 | $4,179,954 | $4,525,985 | $4,740,684 | $4,997,024 | $5,297,383 | $5,661,202 | $6,025,020 | $6,381,937 |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Ramp & Credit Cards | $42,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 |
| Various Vendor AP Payments | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 |
| COGS | 16,900 | 124,053 | 23,402 | 21,946 | 16,900 | 116,900 | 20,477 | 21,946 | 20,477 | 16,900 | 120,477 | 21,946 | 20,477 |
| SG&A | 115,754 | 31,334 | 13,725 | 32,584 | 55,511 | 32,179 | 29,442 | 30,286 | 34,683 | 49,316 | 127,119 | 34,015 | 34,687 |
| Utilities | 1,768 | 9,762 | 7,880 | 11,336 | 1,768 | 7,677 | 2,847 | 15,527 | 2,700 | 4,785 | 5,421 | 16,839 | 2,700 |
| Other Operating | 6,300 | 4,500 | 4,500 | 4,500 | 6,300 | 330,178 | 4,500 | 4,500 | 4,500 | 6,300 | 4,500 | 4,500 | 4,500 |
| Payroll and Payroll Expenses | - | 222,870 | - | 322,670 | - | 222,870 | - | 322,670 | - | 222,870 | - | 322,670 | - |
| Occupancy Costs | 58,766 | 9,450 | 750 | 12,953 | 58,766 | 9,450 | 750 | 4,808 | 66,810 | 9,551 | 750 | 4,808 | 66,810 |
| **Total Operating Disbursements** | $262,753 | $455,235 | $103,522 | $459,254 | $192,510 | $772,520 | $111,281 | $453,002 | $182,435 | $362,988 | $311,532 | $458,043 | $182,439 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | |
| Term Debt, Fees, Interest, etc. | $65,556 | $6,414 | $1,410 | $10,825 | $104 | $15,238 | $7,402 | $8,858 | $2,071 | $15,238 | $7,402 | $8,858 | $2,071 |
| Receiver Engagement - Professional Fees | 160,000 | 140,000 | 62,500 | 115,000 | 110,000 | 125,000 | 110,000 | 110,000 | 110,000 | 110,000 | 125,000 | 110,000 | 110,000 |
| Other Non-Operating Disbursements | 4,300 | 31,769 | 8,650 | 15,319 | 65,300 | 10,850 | 31,769 | 13,330 | 4,300 | 2,800 | 31,769 | 13,330 | 4,300 |
| **Total Non-Operating Disbursements** | $229,856 | $178,183 | $72,560 | $141,144 | $175,404 | $151,088 | $149,171 | $132,188 | $116,371 | $128,038 | $164,171 | $132,188 | $116,371 |
| **Total Disbursements** | $492,608 | $633,418 | $176,082 | $600,397 | $367,914 | $923,608 | $260,452 | $585,190 | $298,806 | $491,026 | $475,703 | $590,231 | $298,810 |
| **Cumulative Disbursements** | $1,953,187 | $2,586,605 | $2,762,686 | $3,363,084 | $3,730,997 | $4,654,605 | $4,915,057 | $5,500,247 | $5,799,052 | $6,290,078 | $6,765,781 | $7,356,012 | $7,654,822 |
| **Net Cash Flow** | $92,566 | $(144,333) | $322,680 | $(477,420) | $241,180 | $(568,254) | $85,579 | $(370,491) | $(42,465) | $(190,666) | $(111,884) | $(226,412) | $58,107 |
| **Cumulative Cash Flow** | $151,497 | $7,163 | $329,843 | $(147,576) | $93,604 | $(474,651) | $(389,072) | $(759,563) | $(802,028) | $(992,695) | $(1,104,579) | $(1,330,991) | $(1,272,884) |
| **Cash Balance (Book) Week Ending** | $1,197,389 | $1,053,056 | $1,375,735 | $898,316 | $1,139,496 | $571,241 | $656,821 | $286,329 | $243,864 | $53,197 | $(58,687) | $(285,099) | $(226,992) |
| **Cash Reserve for pre-Rec TDG Payments** | $(227,382) | $(10,731) | $(14,307) | $(14,307) | $(14,307) | $(14,307) | $(17,884) | $(17,884) | $(21,461) | $(21,461) | $(25,037) | $(25,037) | $(28,614) |
| **Cash Available for Post-Receivership Operatic** | $1,424,771 | $1,063,786 | $1,390,043 | $912,623 | $1,153,803 | $585,549 | $674,705 | $304,213 | $265,324 | $74,658 | $(33,650) | $(260,062) | $(198,378) |

# Sales Variance Analysis (Weeks 13 & 14)

| 2 Week Sales Variance | Actual | Forecast | Variance $ | Variance % |
|---|---|---|---|---|
| Uncle Nearest 1884 - 750 | 239,710 | 241,827 | (2,118) | -0.88% |
| Uncle Nearest 1856 - 750 | 211,376 | 184,520 | 26,856 | 14.55% |
| Uncle Nearest Single Barrel | 124,455 | 39,999 | 84,456 | 211.14% |
| Uncle Nearest Straight Rye | 10,180 | 34,211 | (24,031) | -70.24% |
| Uncle Nearest Cognac LTO | 47,240 | 250,000 | (202,760) | -81.10% |
| Uncle Nearest 1884 - 375 | 24,266 | 37,837 | (13,571) | -35.87% |
| Uncle Nearest 1856 - 375 | 4,923 | 42,388 | (37,465) | -88.39% |
| Uncle Nearest - Toasted | - | - | - | 0.00% |
| Nearest Green Whiskey | 108,373 | 69,316 | 39,057 | 56.35% |
| Other | 668 | - | 668 | 0.00% |
| **Total Gross Sales** | **771,190** | **900,099** | **(128,909)** | **-14.32%** |
| Chargeback Activity | 228,984 | 254,678 | (25,694) | -10.09% |
| **Net Sales** | **542,206** | **645,421** | **(103,215)** | **-15.99%** |
| **Distillery/Retail Sales** | **337,957** | **241,391** | **96,566** | **40.00%** |
| **Total Sales** | **880,163** | **886,812** | **(6,649)** | **-0.75%** |

- Single Barrel positive variance due to yearly commitments for holiday season

- 1884 sales trending towards forecast as bottling production allows for increased shipments

- Cognac LTO sales have slowed – forecast has been adjusted for future weeks; Current week bottling signings expected to increase sales

- Strong Black Friday turnout leading to Distillery/Retail sales beating projections

- Updated sales forecast is significantly more accurate as shown below with a ~16% variance vs ~44% from weeks 11 & 12

Note: 'Forecast' from 11/26 report

3

**NEWPOINT**
ADVISORS CORPORATION
Showing small distressed companies the way forward

# 13-Week Cash Flow Variance

| | Weeks 11 -23 11/10 2/8 Approved Budget | Weeks 11 -23 11/10 2/8 Proposed Budget | Var $ | Var % | Notes |
|---|---|---|---|---|---|
| **Total Sales** | **$5,744,773** | **$4,614,255** | **$(1,130,517)** | **-20%** | Lower than forecast sales from actual weeks + adjusted sales forecast |
| | | | | | |
| **Total Operating Collections** | **$5,531,450** | **$5,087,018** | **$(444,432)** | **-8%** | |
| **Total Non-Operating Collections** | **$1,500,000** | **$445,281** | **$(1,054,719)** | **-70%** | TDG pre-Receivership payment excluded |
| **Total Collections** | **$7,031,450** | **$5,532,299** | **$(1,499,151)** | **-21%** | |
| **Operating Disbursements** | | | | | |
| Ramp & Credit Cards | $416,000 | $408,104 | $(7,896) | -2% | |
| Various Vendor AP Payments | 349,283 | 265,977 | (83,306) | -24% | Continued suppression of non-essential expenses |
| COGS | 564,043 | 577,732 | 13,689 | 2% | |
| SG&A | 701,948 | 596,467 | (105,481) | -15% | Continued limiting of marketing spend |
| Utilities | 90,761 | 86,702 | (4,059) | -4% | |
| Other Operating | 576,746 | 524,742 | (52,004) | -9% | |
| Payroll and Payroll Expenses | 1,627,281 | 1,586,503 | (40,778) | -3% | |
| Occupancy Costs | 278,220 | 271,997 | (6,223) | -2% | |
| **Total Operating Disbursements** | **$4,604,283** | **$4,318,225** | **$(286,058)** | **-6%** | |
| **Non-Operating Disbursements** | | | | | |
| Term Debt, Fees, Interest, etc. | $139,766 | $124,992 | $(14,773) | -11% | Timing of equipment lease payments |
| Receiver Engagement - Professional Fees | 1,670,000 | 1,394,924 | (275,076) | -16% | Limited spend from Thanksgiving week and continued efforts to limit expenses |
| Other Non-Operating Disbursements | 253,445 | 257,812 | 4,367 | 2% | |
| **Total Non-Operating Disbursements** | **$2,063,211** | **$1,777,729** | **$(285,482)** | **-14%** | |
| **Total Disbursements** | **$6,667,493** | **$6,095,953** | **$(571,540)** | **-9%** | |
| **Net Cash Flow** | **$363,957** | **$(563,654)** | **$(927,611)** | **-255%** | |

Note: Approved Budget from 11/13 report

4

**NEWPOINT**
ADVISORS CORPORATION
Showing small distressed companies the way forward

# 2-Week Cash Flow Variance

| | Weeks 13 - 14 11/24 12/7 Projected | Weeks 13 - 14 11/24 12/7 Actual | Var $ | Var % | Notes |
|---|---|---|---|---|---|
| **Total Sales** | **$970,278** | **$880,163** | **$(90,115)** | **-9%** | |
| | | | | | |
| **Total Operating Collections** | **$766,223** | **$1,021,957** | **$255,734** | **33%** | Higher than projected Black Friday sales at distillery |
| **Total Non-Operating Collections** | **$ -** | **$ -** | **$ -** | | |
| **Total Collections** | **$766,223** | **$1,021,957** | **$255,734** | **33%** | |
| **Operating Disbursements** | | | | | |
| Ramp & Credit Cards | $64,000 | $75,097 | $11,097 | 17% | Marketing Blitz and timing of payments |
| Various Vendor AP Payments | 42,531 | 4,712 | (37,819) | -89% | Continued supression of expenses |
| COGS | 44,795 | 117,482 | 72,686 | 162% | Timing of TDG payment hitting bank account |
| SG&A | 118,372 | 46,521 | (71,851) | -61% | Non-payment of marketing items + timing of payments |
| Utilities | 19,216 | 16,812 | (2,403) | -13% | Timing of utility payments |
| Other Operating | 9,000 | 6,870 | (2,130) | -24% | Coninued suppression of expenses |
| Payroll and Payroll Expenses | 318,114 | 299,217 | (18,897) | -6% | |
| Occupancy Costs | 13,703 | - | (13,703) | -100% | Non-payment of certain Cognac expenses |
| **Total Operating Disbursements** | **$629,730** | **$566,711** | **$(63,019)** | **-10%** | |
| **Non-Operating Disbursements** | | | | | |
| Term Debt, Fees, Interest, etc. | $12,439 | $2,818 | $(9,622) | -77% | Timing of certain equipment lease payments |
| Receiver Engagement - Professional Fees | 295,000 | 158,402 | (136,598) | -46% | Lower than forecast expenses due to Thanksgiving holiday |
| Other Non-Operating Disbursements | 24,169 | 35,362 | 11,193 | 46% | Higher than forecasted taxes due to true-up |
| **Total Non-Operating Disbursements** | **$331,608** | **$196,582** | **$(135,026)** | **-41%** | |
| **Total Disbursements** | **$961,339** | **$763,294** | **$(198,045)** | **-21%** | |
| **Net Cash Flow** | **$(195,116)** | **$258,663** | **$453,779** | **-233%** | |

Note: Projections from 11/13 report

5

NEWPOINT
ADVISORS CORPORATION
Showing small distressed companies the way forward

# Tennessee Distilling Group (TDG) Payment Summary

| | Week 11 11/10 11/16 | Week 12 11/17 11/23 | Week 13 11/24 11/30 | Week 14 12/1 12/7 | Week 15 12/8 12/14 | Week 16 12/15 12/21 | Week 17 12/22 12/28 | Week 18 12/29 1/4 | Week 19 1/5 1/11 | Week 20 1/12 1/18 | Week 21 1/19 1/25 | Week 22 1/26 2/1 | Week 23 2/2 2/8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening TDG pre-Receiver Reserve Balance | $ (223,805) | $ (223,805) | $ (223,805) | $ (227,382) | $ (227,382) | $ (227,382) | $ (10,731) | $ (14,307) | $ (14,307) | $ (14,307) | $ (14,307) | $ (17,884) | $ (17,884) |
| Funding of TDG pre-Receiver Payables | - | - | - | - | - | 223,805 | - | - | - | - | - | - | - |
| Payment of TDG pre-Receiver Payables | - | - | 3,577 | - | - | 7,153 | 3,577 | - | - | - | 3,577 | - | 3,577 |
| Closing TDG pre-Receiver Reserve Balance | $ (223,805) | $ (223,805) | $ (227,382) | $ (227,382) | $ (227,382) | $ (10,731) | $ (14,307) | $ (14,307) | $ (14,307) | $ (14,307) | $ (17,884) | $ (17,884) | $ (21,461) |

- Assume small payments to pay pre-Receiver storage fees on barrels being transferred to NGD for bottling

- Inclusion of "TDG Reserve Balance" roll-forward to track pre-Receivership payments to TDG and forecast future FCMA reimbursements



6

# Inventory – Park Street Case Available Inventory

| Expression Grouping | Park Street Dec 8th Statement | | | | | | |
|---|---|---|---|---|---|---|---|
| | NJ Western Carriers | FL Jax Aldenbridge | CA Napa Aldenbridge | Tennessee Distilling Grp | Nearest Green Distillery | All Others | TOTAL |
| Uncle Nearest | 13,392 | 7,217 | 6,936 | 2,889 | (1) | 612 | **31,045** |
| Uncle Nearest 1820 | - | - | 4 | - | - | 3 | **7** |
| Uncle Nearest 1856 | 261 | 14 | 1,508 | 2,742 | 431 | 675 | **5,632** |
| Uncle Nearest 1884 | 54 | 51 | 1,168 | 2 | 2,360 | 1,950 | **5,584** |
| Nearest Green | 354 | 90 | 280 | 8,627 | 12 | 1,015 | **10,378** |
| All Others | 7 | - | 5 | - | 158 | 197 | **367** |
| **TOTAL** | **14,068** | **7,372** | **9,901** | **14,260** | **2,960** | **4,452** | **53,012** |

| Expression Grouping | Change From November 24th to December 8th | | | | | | |
|---|---|---|---|---|---|---|---|
| | NJ Western Carriers | FL Jax Aldenbridge | CA Napa Aldenbridge | Tennessee Distilling Grp | Nearest Green Distillery | All Others | TOTAL |
| Uncle Nearest | (304) | - | - | - | (135) | (36) | **(475)** |
| Uncle Nearest 1820 | - | - | - | - | - | - | **-** |
| Uncle Nearest 1856 | 14 | - | (52) | - | (100) | (58) | **(196)** |
| Uncle Nearest 1884 | (84) | - | (15) | - | (200) | (142) | **(441)** |
| Nearest Green | (463) | (192) | - | - | - | (59) | **(714)** |
| All Others | (5) | - | 5 | - | (84) | 29 | **(55)** |
| **TOTAL** | **(842)** | **(192)** | **(62)** | **-** | **(519)** | **(266)** | **(1,882)** |

- Available Inventory by Bottle Type
  - UN 1884
    - 375ML = 723
    - 750ML = 4,862
  - UN 1856
    - 375ML = 732
    - 750ML = 4,900

- Delay in delivery of 1884 labels caused production shift to Toasted. 1884 bottling to resume after Toasted is complete.

7



# Barrel Inventories

| Barrel Inventories as of (10/31/2025) | | | |
|---|---|---|---|
| **Product Group** | **TDG** | **Uncle Nearest** | **Other** | **TOTAL** |
| Less than 3 years | 17,407 | | - | **17,407** |
| 3 to 5 years | 31,039 | 338 | - | **31,377** |
| Greater than 5 years | 7,014 | 435 | - | **7,449** |
| **TOTAL** | **55,460** | **773** | **-** | **56,233** |

| Barrel Inventories as of (11/30/2025) | | | |
|---|---|---|---|
| **Age Grouping** | **TDG** | **Uncle Nearest** | **Other** | **TOTAL** |
| Less than 3 years | 15,765 | - | - | **15,765** |
| 3 to 5 years | 32,153 | 338 | - | **32,491** |
| Greater than 5 years | 7,383 | 404 | - | **7,787** |
| **TOTAL** | **55,301** | **742** | **-** | **56,043** |

| Barrel Inventories Variance | | | |
|---|---|---|---|
| **Product Group** | **TDG** | **Uncle Nearest** | **Other** | **TOTAL** |
| Less than 3 years | (1,642) | - | - | **(1,642)** |
| 3 to 5 years | 1,114 | - | - | **1,114** |
| Greater than 5 years | 369 | (31) | - | **338** |
| **TOTAL** | **(159)** | **(31)** | **-** | **(190)** |

- Shipment(s) of barrels to NGD slower than expected due to TDG work shortage. The Receivership team continues to closely work with TDG to ensure smooth transfers in the future.

- 190-barrel reduction during November, in-line with approved barrel dumping schedule and bottling production of approximately 1,900 cases/week assuming 40 cases/barrel yield

8



# A/R Analysis

| Park Street 12/9 Pull | | | | |
|---|---|---|---|---|
| **Customer** | **Current** | **1-30 Days** | **31+ Days** | **Total** |
| Republic Nat Dist Co | 712,148 | 137,091 | 498,912 | **1,348,150** |
| Empire Distributors | 480,782 | 163,470 | 114,810 | **759,062** |
| Romano Beverage | 448,125 | - | - | **448,125** |
| DDDC AAFES | 170,610 | - | - | **170,610** |
| Manhattan Beer Wine | 91,700 | 76,705 | - | **168,405** |
| All Others | 869,104 | 90,139 | 70,982 | **1,030,224** |
| **TOTAL** | **2,772,468** | **467,404** | **684,704** | **3,924,576** |

- RNDC remains largest outstanding receivable
  - The Receiver is working with RNDC to clear up old credit memos where RNDC has committed to make payment on overdue A/R, once this process is completed

- The Receivership team is currently investigating overdue balance for Empire Distributors
  - The $114,810 is related to one Tennessee invoice from 8/27/25

9



# Request of Farm Credit

- Fund $223,805.40 related to TDG pre-Receivership liabilities already paid by the Company
    - $201,495.00 paid 10/06/2025
    - $22,310.40 paid 10/15/2025

10



# EXHIBIT 5

# Uncle Nearest Consolidated
Cash Flow Launcher ™
Key Schedule

| Sales and Collections | Week -2 8/18 8/24 Actual | Week -1 8/25 8/31 Actual | Week 1 9/1 9/7 Actual | Week 2 9/8 9/14 Actual | Week 3 9/15 9/21 Actual | Week 4 9/22 9/28 Actual | Week 5 9/29 10/5 Actual | Week 6 10/6 10/12 Actual | Week 7 10/13 10/19 Actual | Week 8 10/20 10/26 Actual | Week 9 10/27 11/2 Actual | Week 10 11/3 11/9 Actual | Week 11 11/10 11/16 Actual | Week 12 11/17 11/23 Actual | Week 13 11/24 11/30 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | | | | |
| Total Sales | $ - | $ - | $303,036 | $213,397 | $387,301 | $387,360 | $258,744 | $413,836 | $157,944 | $357,646 | $329,948 | $524,677 | $219,189 | $498,983 | $86,366 |
| **Operating Collections** | | | | | | | | | | | | | | | |
| NGD Collections | $ - | $ - | $52,184 | $56,885 | $93,314 | $90,299 | $82,248 | $57,241 | $104,736 | $101,422 | $61,178 | $74,392 | $88,799 | $72,552 | $69,889 |
| Park Street Collections | - | - | 211,272 | 542,466 | 130,804 | 275,000 | 500,000 | - | 375,000 | - | - | 425,000 | 425,000 | 225,000 | 224,000 |
| Other Operating Collections | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Collections | $ - | $ - | $263,456 | $599,350 | $224,118 | $365,299 | $582,248 | $57,241 | $479,736 | $101,422 | $61,178 | $499,392 | $513,799 | $297,552 | $293,889 |
| **Non-Operating Collections** | | | | | | | | | | | | | | | |
| Other Non-Operating Collections | $ - | $ - | $ - | $ - | $ - | $42,942 | $ - | $ - | $ - | $ - | $21,476 | $3,688 | $21,476 | $ - | $ - |
| FCMA Non-Operating Collections | - | - | - | 1,700,000 | - | - | - | 600,000 | - | - | - | - | - | 200,000 | - |
| Total Non-Operating Collections | $ - | $ - | $ - | $1,700,000 | $ - | $42,942 | $ - | $600,000 | $ - | $ - | $21,476 | $3,688 | $21,476 | $200,000 | $ - |
| Total Collections | $ - | $ - | $263,456 | $2,299,350 | $224,118 | $408,241 | $582,248 | $657,241 | $479,736 | $101,422 | $82,654 | $503,080 | $535,275 | $497,552 | $293,889 |
| Cumulative Collections | | | | | | $408,241 | $990,489 | $1,647,730 | $2,127,466 | $2,228,888 | $2,311,542 | $2,814,622 | $3,349,897 | $3,847,449 | $4,141,338 |

| Purchases and Disbursements | Week -2 8/18 8/24 Actual | Week -1 8/25 8/31 Actual | Week 1 9/1 9/7 Actual | Week 2 9/8 9/14 Actual | Week 3 9/15 9/21 Actual | Week 4 9/22 9/28 Actual | Week 5 9/29 10/5 Actual | Week 6 10/6 10/12 Actual | Week 7 10/13 10/19 Actual | Week 8 10/20 10/26 Actual | Week 9 10/27 11/2 Actual | Week 10 11/3 11/9 Actual | Week 11 11/10 11/16 Actual | Week 12 11/17 11/23 Actual | Week 13 11/24 11/30 Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Disbursements** | | | | | | | | | | | | | | | |
| Ramp & Credit Cards | $ - | $ - | $ - | $ - | $290,938 | $63,440 | $16,520 | $26,027 | $31,363 | $ - | $26,629 | $4,683 | $35,000 | $7 | $75,097 |
| Various Vendor AP Payments | - | - | - | 5,118 | 13,518 | 25,517 | 6,253 | 3,012 | 25,311 | 10,454 | 8,939 | 36,727 | 33,148 | 4,712 |
| COGS | - | - | - | - | 56,647 | 181,888 | 5,000 | 201,495 | 22,398 | 137,904 | 7,627 | 5,307 | 12,795 | 64,455 | 109,282 |
| SG&A | - | - | - | - | 61,394 | 20,171 | 26,288 | 47,942 | 37,234 | - | 8,000 | 39,040 | 46,277 | 128,173 | 22,767 |
| Utilities | - | - | 3,012 | 122 | 5,486 | 3,158 | 17,118 | 231 | 15,945 | 6,423 | 10,023 | 3,527 | 4,500 | 4,126 | 14,537 |
| Other Operating | - | - | 25,359 | 353 | - | 1,173 | 644 | 12,197 | - | 514 | - | 1,181 | 199 | 147,895 | 3,377 |
| Payroll and Payroll Expenses | - | - | - | 894,735 | - | 346,492 | - | 362,742 | - | 251,076 | - | 373,952 | - | 196,207 | - |
| Occupancy Costs | - | - | - | - | - | - | - | 7,924 | - | - | - | - | 17,590 | 31,904 | - |
| Total Operating Disbursements | $ - | $ - | $28,371 | $895,211 | $419,583 | $629,840 | $91,086 | $656,886 | $117,875 | $421,228 | $62,733 | $436,629 | $153,088 | $605,914 | $229,772 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | | |
| Term Debt, Fees, Interest, etc. | $ - | $ - | $318 | $29 | $0 | $ - | $7,410 | $41,646 | $(14,789) | $4,633 | $1,728 | $10,018 | $ - | $4,300 | $2,818 |
| Receiver Engagement - Professional Fees | - | - | - | - | 247,505 | 157,865 | 138,611 | 80,516 | 75,591 | 72,564 | 72,001 | 97,472 | 123,338 | 70,683 | 71,766 |
| Other Non-Operating Disbursements | - | - | - | 48,606 | 3,309 | - | 4,436 | - | - | 38,640 | 10,710 | - | 20,475 | 16,388 | 32,487 |
| Total Non-Operating Disbursements | $ - | $ - | $318 | $48,635 | $250,814 | $157,865 | $150,457 | $122,162 | $60,802 | $115,837 | $84,439 | $107,491 | $143,813 | $91,371 | $107,070 |
| Total Disbursements | $ - | $ - | $28,689 | $943,846 | $670,397 | $787,705 | $241,543 | $779,048 | $178,677 | $537,065 | $147,173 | $544,120 | $296,901 | $697,285 | $336,842 |
| Cumulative Disbursements | | | | | | $787,705 | $1,029,249 | $1,808,297 | $1,986,974 | $2,524,039 | $2,671,212 | $3,215,332 | $3,512,232 | $4,209,517 | $4,546,360 |
| Net Cash Flow | $ - | $ - | $234,767 | $1,355,504 | $(446,279) | $(379,465) | $340,705 | $(121,807) | $301,058 | $(435,643) | $(64,519) | $(41,039) | $238,374 | $(199,733) | $(42,953) |
| Cumulative Cash Flow | | | | | | $(379,465) | $(38,760) | $(160,567) | $140,491 | $(295,152) | $(359,670) | $(400,710) | $(162,335) | $(362,068) | $(405,021) |
| Cash Balance (Book) Week Ending | $ - | $ - | $299,003 | $1,654,507 | $1,208,228 | $828,763 | $1,169,468 | $1,047,661 | $1,348,719 | $913,076 | $848,557 | $807,518 | $1,045,892 | $846,159 | $803,206 |
| Cash Reserve for pre-Rec TDG Payments | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $(201,495) | $(223,805) | $(223,805) | $(223,805) | $(223,805) | $(223,805) | $(223,805) | $(227,382) |
| Cash Available for Post-Receivership Operations | | | $299,003 | $1,654,507 | $1,208,228 | $828,763 | $1,169,468 | $1,249,156 | $1,572,524 | $1,136,881 | $1,072,363 | $1,031,323 | $1,269,698 | $1,069,965 | $1,030,588 |

NAC 020_13WCFL_Combined Uncle Nearest_2025-12-10 - 3 Tab Model (002) Privileged and Confidential

1/19/2026 1:51 PM



| | Week 14 12/1 12/7 Actual | Week 15 12/8 12/14 Projected | Week 16 12/15 12/21 Projected | Week 17 12/22 12/28 Projected | Week 18 12/29 1/4 Projected | Week 19 1/5 1/11 Projected | Week 20 1/12 1/18 Projected | Week 21 1/19 1/25 Projected | Week 22 1/26 2/1 Projected | Week 23 2/2 2/8 Projected | Week 24 2/9 2/15 Projected | Week 25 2/16 2/22 Projected | Week 26 2/23 3/1 Projected | Week 27 3/2 3/8 Projected | 13-Week Metrics Total | 13-Week Metrics Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $793,797 | $406,878 | $397,556 | $203,663 | $292,841 | $313,724 | $377,184 | $377,184 | $370,282 | $276,609 | $275,856 | $275,856 | $275,856 | $207,893 | $4,051,381 | $311,645 |
| | $268,068 | $134,890 | $134,890 | $72,330 | $106,501 | $83,365 | $83,365 | $83,365 | $83,365 | $70,000 | $70,000 | $70,000 | $70,000 | $70,000 | $1,132,071 | $87,082 |
| | 460,000 | 450,285 | 130,389 | 426,431 | 16,477 | 525,729 | 271,988 | 262,666 | 131,333 | 186,340 | 230,359 | 293,819 | 293,819 | 286,917 | 3,506,552 | 269,735 |
| | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | $728,068 | $585,175 | $265,279 | $498,761 | $122,978 | $609,094 | $355,353 | $346,031 | $214,698 | $256,340 | $300,359 | $363,819 | $363,819 | $356,917 | $4,638,623 | $356,817 |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | - | - | 223,805 | - | - | - | - | - | - | - | - | - | - | - | 223,805 | 17,216 |
| | $ - | $ - | $223,805 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $223,805 | $17,216 |
| | $728,068 | $585,175 | $489,084 | $498,761 | $122,978 | $609,094 | $355,353 | $346,031 | $214,698 | $256,340 | $300,359 | $363,819 | $363,819 | $356,917 | $4,862,428 | $374,033 |
| | $4,869,406 | $5,454,581 | $5,943,665 | $6,442,426 | $6,565,404 | $7,174,498 | $7,529,851 | $7,875,882 | $8,090,581 | $8,346,921 | $8,647,280 | $9,011,099 | $9,374,917 | $9,731,834 | | |

| | Week 14 12/1 12/7 Actual | Week 15 12/8 12/14 Projected | Week 16 12/15 12/21 Projected | Week 17 12/22 12/28 Projected | Week 18 12/29 1/4 Projected | Week 19 1/5 1/11 Projected | Week 20 1/12 1/18 Projected | Week 21 1/19 1/25 Projected | Week 22 1/26 2/1 Projected | Week 23 2/2 2/8 Projected | Week 24 2/9 2/15 Projected | Week 25 2/16 2/22 Projected | Week 26 2/23 3/1 Projected | Week 27 3/2 3/8 Projected | 13-Week Metrics Total | 13-Week Metrics Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ - | $42,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $32,000 | $426,000 | $32,769 |
| | - | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 21,266 | 276,452 | 21,266 |
| | 8,200 | 16,900 | 124,053 | 23,402 | 21,946 | 16,900 | 116,900 | 20,477 | 21,946 | 20,477 | 16,900 | 120,477 | 21,946 | 20,477 | 562,800 | 43,292 |
| | 23,754 | 115,754 | 31,334 | 13,725 | 32,584 | 55,511 | 32,179 | 29,442 | 30,286 | 34,683 | 49,316 | 127,119 | 34,015 | 34,687 | 620,633 | 47,741 |
| | 2,275 | 1,768 | 9,762 | 7,880 | 11,336 | 1,768 | 7,677 | 2,847 | 15,527 | 2,700 | 4,785 | 5,421 | 16,839 | 2,700 | 91,010 | 7,001 |
| | 3,493 | 6,300 | 4,500 | 4,500 | 4,500 | 6,300 | 330,178 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 389,578 | 29,968 |
| | 299,217 | - | 222,870 | - | 322,670 | - | 222,870 | - | 322,670 | - | 222,870 | - | 322,670 | - | 1,636,619 | 125,894 |
| | - | 58,766 | 9,450 | 750 | 12,953 | 58,766 | 9,450 | 750 | 4,808 | 66,810 | 9,551 | 750 | 4,808 | 66,810 | 304,421 | 23,417 |
| | $336,939 | $262,753 | $455,235 | $103,522 | $459,254 | $192,510 | $772,520 | $111,281 | $453,002 | $182,435 | $362,988 | $311,532 | $458,043 | $182,439 | $4,307,514 | $331,347 |
| | $ - | $65,556 | $6,414 | $1,410 | $10,825 | $104 | $15,238 | $7,402 | $8,858 | $2,071 | $15,238 | $7,402 | $8,858 | $2,071 | $151,443 | $11,649 |
| | 86,636 | 160,000 | 140,000 | 62,500 | 115,000 | 110,000 | 125,000 | 110,000 | 110,000 | 110,000 | 110,000 | 125,000 | 110,000 | 110,000 | 1,497,500 | 115,192 |
| | 2,876 | 4,300 | 31,769 | 8,650 | 15,319 | 65,300 | 10,850 | 31,769 | 13,330 | 4,300 | 2,800 | 31,769 | 13,330 | 4,300 | 237,787 | 18,291 |
| | $89,512 | $229,856 | $178,183 | $72,560 | $141,144 | $175,404 | $151,088 | $149,171 | $132,188 | $116,371 | $128,038 | $164,171 | $132,188 | $116,371 | $1,886,729 | $145,133 |
| | $426,451 | $492,608 | $633,418 | $176,082 | $600,397 | $367,914 | $923,608 | $260,452 | $585,190 | $298,806 | $491,026 | $475,703 | $590,231 | $298,810 | $6,194,243 | $476,480 |
| | $4,972,811 | $5,465,419 | $6,098,837 | $6,274,919 | $6,875,316 | $7,243,230 | $8,166,837 | $8,427,289 | $9,012,479 | $9,311,285 | $9,802,310 | $10,278,014 | $10,868,244 | $11,167,054 | | |
| | $301,617 | $92,566 | $(144,333) | $322,680 | $(477,420) | $241,180 | $(568,254) | $85,579 | $(370,491) | $(42,465) | $(190,666) | $(111,884) | $(226,412) | $58,107 | $(1,331,815) | $(102,447) |
| | $(103,405) | $(10,839) | $(155,172) | $167,508 | $(309,912) | $(68,732) | $(636,986) | $(551,407) | $(921,898) | $(964,364) | $(1,155,030) | $(1,266,915) | $(1,493,327) | $(1,435,220) | | |
| | $1,104,823 | $1,197,389 | $1,053,056 | $1,375,735 | $898,316 | $1,139,496 | $571,241 | $656,821 | $286,329 | $243,864 | $53,197 | $(58,687) | $(285,099) | $(226,992) | | |
| | $(227,382) | $(227,382) | $(10,731) | $(14,307) | $(14,307) | $(14,307) | $(14,307) | $(17,884) | $(17,884) | $(21,461) | $(21,461) | $(25,037) | $(25,037) | $(28,614) | | |
| | $1,332,205 | $1,424,771 | $1,063,786 | $1,390,043 | $912,623 | $1,153,803 | $585,549 | $674,705 | $304,213 | $265,324 | $74,658 | $(33,650) | $(260,062) | $(198,378) | | |

**Cash Highest**

Week 17

$322,680

$1,375,735

Case 4:25-cv-00038-CEA-CHS   Document 137   Filed 02/05/26   Page 67 of 107
PageID #: 4004

| Flow |
|------|
| **Lowest** |
| **Week 20** |
| **$(568,254)** |
| **$(285,099)** |

NAC 020_13WCFL_Combined Uncle Nearest_2025-12-10 - 3 Tab Model (002) **Privileged and Confidential** 13 - Forecast Flow Launcher

Case 4:25-cv-00038-CEA-CHS    Document 137    Filed 02/05/26    Page 68 of 107
PageID #: 4005

1/19/2026 1:51 PM

# EXHIBIT 6

**EXHIBIT 6 - NIELSEN (NIQ) RETAIL SCAN DATA**

| Period | Uncle Nearest $ Growth | Market $ Growth | Delta |
|---|---|---|---|
| January 2025 | 30.2% | -1.0% | **31.2 pts** |
| February 2025 | 5.4% | -7.1% | **12.5 pts** |
| March 2025 | -1.1% | -4.3% | **3.2 pts** |
| April 2025 | 7.0% | -4.9% | **11.9 pts** |
| May 2025 | 1.3% | -5.0% | **6.3 pts** |
| June 2025 | 1.3% | -0.4% | **1.7 pts** |
| July 2025 | 0.7% | -4.6% | **5.3 pts** |
| **Bank Lawsuit Announced** | | | |
| August 2025 | 7.2% | -0.6% | **7.8 pts** |
| **Receiver Appointed** | | | |
| September 2025 | -8.2% | -6.8% | **-1.4 pts** |
| October 2025 | -25.3% | -11.0% | **-14.3 pts** |
| November 2025 | -14.8% | -7.7% | **-7.1 pts** |
| December 2025 | -23.8% | -9.0% | **-14.8 pts** |
| January 2026 | -26.8% | -8.5% | **-18.3 pts** |

*The 2024 Year in Review analyzes 52 weeks ending 12/27/2027, aligning with Nielsen (NIQ) scan data.

**EXHIBIT A**

**IN-CAMERA SUBMISSION — CONFIDENTIAL AND PROPRIETARY BUSINESS INFORMATION**
*Submitted for the Court's review only*

**Purpose of In-Camera Submission**
This exhibit is submitted for in-camera review because it contains detailed, **non-public, competitively sensitive sales performance information derived from proprietary industry data**. Public disclosure of this information would risk competitive harm to the Company by revealing granular revenue trends and relative market positioning that are not otherwise available to competitors or the general public.

The exhibit is provided solely to assist the Court in evaluating the Motion to Reconsider and the request for expedited review. It is not offered for public dissemination and is not necessary for resolution of any issue that must be adjudicated on the public record. Rather, it provides context relevant to the Court's assessment of enterprise value preservation and the potential impact of continued extraordinary relief while the Motion remains pending..

**BRAND FAMILY REPORT: ALL DATA THRU 2025-01-25**

[HOME]

TOTAL US XAOC + LIQUOR OPEN
Latest 4 Wks
(All)

MARKET
TIME
CATEGORY

| | | $ | | | VOL | | | STORES | |
|---|---|---|---|---|---|---|---|---|---|
| | YOUR $ GROWTH | 30.2% | | YOUR VOL GROWTH | 33.7% | | YOUR DISTRO | 16.6 | |
| | MARKET $ GROWTH | –1.0% | | MARKET VOL GROWTH | –2.0% | | MARKET DISTRO | 64.6 | 35,776 |
| | YOUR $ SHARE CHANGE | 0.20 | | YOUR VOL SHARE CHANGE | 0.20 | | | 5,235 | |

### $ SHARE

| $ RANK UNCLE NEAREST | $ SHARE | PTS vs YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs YA | $RETAIL | MAX CWD | PTS vs YA | MAX STORES SELLING | $PT CWD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YOUR TOTAL | 0.84 | 0.20 | $1,562,163 | $362,128 | 30.2% | 6.2% | 2,610 | 658 | 33.7% | $49.88 | –2.6% | 16.6 | 2.2 | 5,235 | $94,106 | 12.8% | $298 |
| 28  UNCLE NEAREST WHISKEY | 0.84 | 0.20 | $1,562,163 | $362,128 | 30.2% | | 2,610 | 658 | 33.7% | $49.88 | –2.6% | 16.6 | 2.2 | 5,235 | $94,106 | 12.8% | $298 |

| $ RANK BRAND FAMILY | $ SHARE | PTS vs YA | $SALES | vs YA | % vs LY | % INNOV | VOL | vs YA | % vs LY | $RETAIL | MAX CWD | PTS vs YA | MAX STORES SELLING | $PT CWD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SELECTION TOTAL | 100.00 | – | $184,973.98 | –$1,821.78 | –1.0% | | 340.55 | –7.0% | –2.0% | $45.26 | 1.1% | 64.6 | –0.5 | | | | |
| 1  WOODFORD RESERVE | 6.83 | 0.85 | $12,639,296 | $526,906 | 4.3% | 4.3% | 26,619 | 499 | 1.9% | $39.57 | 2.4% | 58.6 | –0.5 | 27,813 | $275,835 | 5.3% | $454 |
| 2  MAKER'S MARK | 6.51 | 0.47 | $12,043,147 | $758,439 | 6.7% | 2.0% | 31,388 | 1,078 | 3.5% | $31.97 | 3.1% | 64.8 | 0.5 | 35,776 | $185,822 | 6.0% | $337 |
| 3  BUFFALO TRACE | 5.40 | 0.48 | $9,985,653 | $787,316 | 8.7% | 0.0% | 27,873 | 2,363 | 9.3% | $29.86 | –0.5% | 43.2 | 0.2 | 26,892 | $231,203 | 8.2% | $371 |
| 4  BULLEIT WHISKEY | 5.32 | (0.14) | $9,844,664 | –$363,182 | –3.6% | 1.5% | 26,914 | –1,801 | –6.3% | $30.48 | 2.9% | 59.3 | –0.5 | 32,194 | $166,015 | –2.7% | $306 |
| 5  BLANTON | 3.68 | 0.86 | $6,814,979 | $1,520,470 | 29.0% | 0.7% | 5,166 | 736 | 16.6% | $109.93 | 1.0% | 18.3 | 1.0 | 11,797 | $372,567 | 5.7% | $578 |
| 6  BASIL HAYDEN | 3.59 | (0.10) | $6,645,913 | –$244,402 | –3.5% | | 12,608 | –315 | –2.4% | $43.93 | –1.5% | 45.4 | –0.2 | 18,793 | $146,450 | –3.1% | $354 |
| 7  ELIJAH CRAIG BRBN | 3.55 | (0.02) | $6,571,041 | –$100,737 | –1.5% | 2.0% | 13,221 | –227 | –1.7% | $41.42 | 0.2% | 45.6 | –0.9 | 20,473 | $144,228 | 0.6% | $321 |
| 8  FOUR ROSES | 3.39 | 0.29 | $6,268,277 | $374,674 | 6.4% | 12.5% | 10,861 | 684 | 6.7% | $48.09 | –0.3% | 36.3 | –0.2 | 14,858 | $172,537 | 6.8% | $422 |
| 9  ANGELS ENVY WSKY | 3.08 | 0.33 | $5,690,015 | $585,646 | 11.0% | 8.5% | 8,023 | 535 | 7.1% | $59.10 | 3.6% | 37.8 | –0.5 | 14,949 | $150,649 | 12.4% | $381 |
| 10  KNOB CREEK | 3.04 | (0.28) | $5,619,560 | –$578,316 | –9.3% | 2.0% | 11,020 | –775 | –6.6% | $42.49 | –3.0% | 39.2 | –1.9 | 19,143,246 | –4.5% | $296 |
| 11  JACK DANIEL'S | 2.61 | (0.17) | $4,821,741 | –$176,156 | –3.6% | 1.0% | 10,549 | 158 | –5.0% | $38.09 | 1.5% | 41.5 | –0.9 | 22,057 | $116,131 | –1.4% | $219 |
| 12  OLD FORESTER | 2.25 | (0.10) | $4,162,856 | –$221,485 | –5.1% | 2.0% | 6,004 | –805 | –12.1% | $57.78 | 8.0% | 14.6 | –1.2 | 5,124 | $284,737 | 2.5% | $812 |
| 13  EAGLE RARE | 2.16 | 0.28 | $3,991,191 | $485,487 | 13.8% | 13.0% | 5,849 | 569 | 10.8% | $56.86 | 2.6% | 18.3 | –0.8 | 12,868 | $218,695 | 19.1% | $310 |
| 14  MICHTER'S WHISKEY | 2.07 | 0.24 | $3,823,021 | $406,054 | 11.9% | | 5,380 | 54 | 1.0% | $56.49 | 10.8% | 26.8 | –0.9 | 9,880 | $142,917 | 15.6% | $387 |
| 15  COLONEL EH TAYLOR | 2.04 | 0.73 | $3,765,298 | $1,326,659 | 54.5% | | 3,282 | 635 | 34.1% | $95.61 | –5.2% | 9.3 | 0.1 | 6,545 | $406,415 | 8.5% | $575 |
| 16  WHISTLEPIG WSKY | 1.89 | (0.14) | $3,504,664 | –$293,376 | –7.7% | | 4,322 | –108 | –2.5% | $67.57 | –5.4% | 18.8 | 2.6 | 6,265 | $186,022 | –20.3% | $559 |
| 17  W.L. WELLER | 1.89 | (0.37) | $3,490,941 | –$732,200 | –17.3% | | 4,702 | –1,206 | –20.4% | $61.87 | 3.9% | 11.0 | –1.0 | 7,403 | $317,358 | –9.5% | $472 |
| 18  SKREWBALL WHISKEY | 1.81 | (0.39) | $3,354,388 | –$752,418 | –18.3% | 2.0% | 10,333 | –1,894 | –15.5% | $27.05 | –3.3% | 46.1 | –3.1 | 24,415 | $72,826 | –12.6% | $137 |
| 19  HIGH WEST WSKY | 1.66 | 0.12 | $3,075,861 | $198,434 | 6.9% | 2.5% | 4,468 | 33 | 0.7% | $57.29 | 6.1% | 19.5 | 0.9 | 8,103 | $158,061 | 1.9% | $380 |
| 20  JEFFERSON'S WSKY | 1.50 | (0.18) | $2,783,292 | –$356,590 | –11.4% | 2.0% | 4,613 | –312 | –6.3% | $50.28 | –5.4% | 24.7 | –1.4 | 10,234 | $114,539 | –6.2% | $272 |
| 21  1792 WHISKEY | 1.40 | 0.13 | $2,598,282 | $225,591 | 9.5% | 2.0% | 5,956 | 373 | 5.2% | $36.35 | 2.2% | 30.4 | 1.4 | 12,344 | $85,631 | 5.5% | $214 |
| 22  RUSSELL'S RESERVE | 1.15 | 0.03 | $2,118,715 | $38,361 | 1.3% | 2.0% | 2,837 | –233 | –7.6% | $62.24 | 9.6% | 20.6 | 1.7 | 7,052 | $103,000 | 4.8% | $300 |
| 23  GEORGE T. STAGG BRBN | 1.13 | 0.05 | $2,081,905 | $78,729 | 3.9% | 0.3% | 1,350 | 798 | 16.3% | $128.48 | –10.7% | 7.1 | 2.7 | 4,180 | $294,887 | –35.5% | $498 |
| 24  TRAVELLER WHISKEY | 1.04 | (0.33) | $1,928,672 | –$632,016 | –24.7% | | 4,350 | –1,094 | –20.1% | $36.95 | –5.7% | 31.9 | 22.2 | 13,773 | $60,536 | –77.1% | $140 |
| 25  VAN WINKLE BRBN | 1.02 | (0.81) | $1,888,018 | –$1,525,889 | –44.7% | 1.8% | 474 | –266 | –35.9% | $331.79 | –13.7% | 2.5 | –0.6 | 1,099 | $767,487 | –31.7% | $1,718 |
| 26  LARCENY BOURBON | 0.94 | (0.17) | $1,744,957 | –$325,792 | –15.7% | 2.0% | 4,120 | –699 | –11.6% | $34.06 | –4.7% | 28.9 | –1.9 | 12,670 | $60,400 | –10.2% | $138 |
| 27  WILD TURKEY | 0.89 | (0.03) | $1,639,416 | –$71,724 | –4.2% | 2.0% | 2,566 | –108 | –4.1% | $52.39 | –0.1% | 13.5 | –3.4 | 4,595 | $121,348 | 20.2% | $357 |
| 28  UNCLE NEAREST WHISKEY | 0.84 | 0.20 | $1,562,163 | $362,128 | 30.2% | 6.2% | 2,610 | 658 | 33.7% | $49.88 | –2.6% | 16.6 | 2.2 | 5,235 | $94,106 | 12.8% | $298 |

---

**Key observations from this period:**

- Uncle Nearest shows **strong dollar sales growth (+30.2%),** materially outperforming the overall category, which declined (–1.0%).

- **Unit volume increased significantly (+33.7%),** indicating elevated retailer reordering rather than pricing effects alone.

- **Velocity increased (+12.8%),** reflecting faster sell-through at retail during the period.

- Distribution and store count remain stable, indicating continued retail access.

**Context within the broader timeline:**

The elevated performance in January reflects a marketing initiative planned approximately six months in advance in anticipation of Black History Month, consistent with similar programs executed in prior years. This initiative contributed to increased consumer engagement and retail activity during this period.

The Company does not anticipate a comparable repeat of this performance in 2026, as the Receiver elected not to continue the same marketing initiative beyond 2025, prioritizing cash preservation and maintenance of existing operations rather than growth-oriented programming.

**BRAND FAMILY REPORT: ALL DATA THRU 2025-02-22**

[HOME]

| | | YOUR $ GROWTH | $ 5.4% | YOUR VOL GROWTH | VOL 7.6% | YOUR DISTRO | 16.4 | STORES | 4,490 |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL US XAOC + LIQUOR OPEN | MARKET TIME CATEGORY | MARKET $ GROWTH | -7.1% | MARKET VOL GROWTH | -8.0% | MARKET DISTRO | 65.0 | | 35,808 |
| Latest 4 Wks | | YOUR $ SHARE CHANGE | 0.10 | YOUR $ VOL SHARE CHANGE | 0.11 | | | | |
| [All] | $ SHARE | | | | | | | | |

| $ RANK UNCLE NEAREST | $ SHARE | PTS vs YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs YA | $RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $/PT CWD | % vs YA | $/STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YOUR TOTAL | 0.87 | 0.10 | $1,600,296 | $81,724 | 5.4% | | 2,666 | 189 | 7.6% | $50.03 | -2.1% | 16.4 | -0.5 | 4,490 | $97,342 | 8.6% | $356 |
| 27 UNCLE NEAREST WHISKEY | 0.87 | 0.10 | $1,600,296 | $81,724 | 5.4% | 7.4% | 2,666 | 189 | 7.6% | $50.03 | -2.1% | 16.4 | -0.5 | 4,490 | $97,342 | 8.6% | $356 |

| $ RANK BRAND FAMILY | $ SHARE | PTS vs YA | $SALES | vs YA | % vs LY | % INNOV | VOL | vs YA | % vs LY | $RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $/PT CWD | % vs YA | $/STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SELECTION TOTAL | 100.00 | - | $184,419,89 | -$14,078,08 | -7.1% | | 343,94 | -30,07 | -8.0% | $44.68 | 1.0% | 65.0 | -0.8 | 35,808 | | | |
| 1 WOODFORD RESERVE | 6.44 | 0.14 | $11,882,781 | -$626,020 | -5.0% | | 24,935 | -1,336 | -5.1% | $39.71 | 0.1% | 57.5 | -2.2 | 27,189 | $206,513 | -1.3% | $437 |
| 2 BUFFALO TRACE | 6.39 | 1.05 | $11,779,023 | $1,193,894 | 11.3% | | 33,056 | 3,736 | 12.4% | $29.70 | -1.0% | 49.9 | 2.8 | 27,383 | $236,195 | 4.9% | $430 |
| 3 MAKER'S MARK | 6.36 | 0.55 | $11,728,027 | $206,236 | 1.8% | | 30,478 | -722 | -2.3% | $32.07 | 4.2% | 51.0 | -0.8 | 35,808 | $180,348 | 3.1% | $328 |
| 4 BULLEIT WHISKEY | 5.20 | [0.09] | $9,591,431 | -$904,072 | -8.6% | 3.8% | 25,940 | -3,238 | -11.0% | $30.81 | 2.7% | 57.8 | -3.1 | 30,296 | $166,085 | -3.7% | $317 |
| 5 BLANTON | 3.89 | 0.76 | $7,181,552 | $969,062 | 15.6% | | 5,610 | 520 | 10.3% | $106.67 | 4.6% | 22.0 | 0.1 | 12,976 | $326,731 | 12.3% | $553 |
| 6 ELIJAH CRAIG BRBN | 3.83 | [0.18] | $7,068,944 | -$858,777 | -10.8% | 4.5% | 13,432 | -1,673 | -11.1% | $43.86 | 0.3% | 45.8 | -2.3 | 20,373 | $154,276 | -6.3% | $347 |
| 7 BASIL HAYDEN | 3.50 | [0.24] | $6,456,758 | -$978,014 | -13.2% | | 12,435 | -1,764 | -12.4% | $43.27 | -0.8% | 45.6 | -1.8 | 19,007 | $141,534 | -9.7% | $340 |
| 8 FOUR ROSES | 3.22 | 0.29 | $5,939,915 | $129,647 | 2.2% | | 10,847 | 244 | 2.3% | $45.64 | -0.1% | 37.3 | -1.8 | 14,638 | $159,204 | -7.1% | $406 |
| 9 OLD FORESTER | 3.10 | 0.52 | $5,725,574 | $590,225 | 11.5% | 2.2% | 7,258 | 743 | -3.3% | $65.74 | 5.2% | 15.4 | -3.4 | 5,165 | $373,002 | 35.9% | $1,108 |
| 10 ANGELS ENVY WSKY | 3.03 | 0.19 | $5,586,790 | -$53,599 | -1.0% | 6.5% | 8,252 | -172 | -2.0% | $56.42 | 1.1% | 37.9 | -2.9 | 15,364 | $147,409 | 6.5% | $364 |
| 11 KNOB CREEK | 3.00 | [0.20] | $5,535,405 | -$818,774 | -12.9% | 8.5% | 10,900 | -1,359 | -11.1% | $42.32 | -2.0% | 39.8 | -1.9 | 19,391 | $138,976 | -8.6% | $285 |
| 12 JACK DANIEL'S | 2.46 | [0.05] | $4,528,306 | -$436,735 | -8.8% | 2.2% | 9,853 | -977 | -9.0% | $38.30 | 0.2% | 40.0 | -3.1 | 21,878 | $113,236 | -0.7% | $207 |
| 13 EAGLE RARE | 2.28 | 0.31 | $4,197,433 | $290,103 | 7.4% | 1.7% | 6,357 | 347 | 5.8% | $55.02 | 1.6% | 22.5 | -0.7 | 13,853 | $186,304 | 10.7% | $303 |
| 14 COLONEL EH TAYLOR | 2.23 | 0.52 | $4,112,911 | $711,237 | 20.9% | | 3,889 | 507 | 15.0% | $88.13 | 5.1% | 11.7 | 0.4 | 7,424 | $351,832 | 14.3% | $554 |
| 15 WHISTLEPIG WSKY | 2.10 | 0.33 | $3,868,623 | $172,389 | 4.7% | | 4,457 | 449 | 11.2% | $72.33 | -0.8% | 18.3 | 0.4 | 6,031 | $211,747 | 7.9% | $641 |
| 16 W.L. WELLER | 2.05 | 0.12 | $3,782,051 | -$47,539 | -1.2% | | 6,007 | 326 | 5.7% | $52.46 | -6.6% | 12.7 | 1.3 | 7,054 | $298,269 | -11.0% | $536 |
| 17 MICHTER'S WHISKEY | 1.86 | 0.03 | $3,424,607 | -$199,319 | -5.5% | 0.8% | 5,251 | -524 | -9.1% | $54.35 | 4.0% | 27.1 | -1.2 | 9,563 | $126,230 | 2.1% | $358 |
| 18 SKREWBALL WHISKEY | 1.65 | [0.32] | $3,040,428 | -$872,708 | -22.3% | 0.5% | 9,335 | -2,322 | -19.9% | $27.14 | -3.0% | 45.4 | -4.6 | 22,497 | $66,985 | -14.5% | $135 |
| 19 JEFFERSON'S WSKY | 1.44 | [0.26] | $2,646,792 | -$730,703 | -21.6% | | 4,306 | -960 | -18.2% | $51.22 | 3.9% | 23.2 | -3.1 | 11,427 | $114,107 | -9.9% | $265 |
| 20 HIGH WEST WSKY | 1.34 | [0.19] | $2,465,044 | -$560,250 | -18.2% | | 3,897 | -1,045 | -21.2% | $52.85 | 3.0% | 18.9 | -0.6 | 7,078 | $130,219 | -15.5% | $351 |
| 21 GEORGE T. STAGG BRBN | 1.29 | 0.45 | $2,385,021 | $705,341 | 42.0% | | 1,878 | 811 | 75.9% | $105.84 | -19.3% | 8.9 | 3.3 | 5,203 | $266,781 | -11.1% | $458 |
| 22 1792 WHISKEY | 1.26 | [0.18] | $2,323,225 | -$541,263 | -18.9% | 7.6% | 5,452 | -1,099 | -16.8% | $35.51 | -2.6% | 29.3 | -2.0 | 11,427 | $79,291 | -13.3% | $203 |
| 23 TRAVELLER WHISKEY | 1.10 | 1.11 | $2,037,254 | $2,362,974 | -53.6% | | 4,627 | -4,922 | -51.5% | $36.69 | -4.2% | 32.3 | 0.9 | 14,623 | $63,053 | -56.5% | $139 |
| 24 RUSSELL'S RESERVE | 1.04 | 0.29 | $1,913,092 | $44,426 | 2.4% | | 2,622 | -412 | -13.6% | $60.81 | 18.5% | 20.7 | 0.4 | 6,433 | $92,505 | 3.3% | $297 |
| 25 LARCENY BOURBON | 0.93 | [0.29] | $1,718,731 | -$693,365 | -28.7% | | 3,814 | -1,124 | -22.8% | $34.10 | -1.7% | 28.9 | -3.8 | 12,832 | $59,577 | -9.4% | $134 |
| 26 BARDSTOWN BOURBON COMPANY | 0.92 | 0.41 | $1,701,980 | $691,015 | 68.4% | | 2,453 | 1,223 | 99.5% | $57.03 | -5.6% | 10.9 | 4.0 | 2,699 | $156,288 | 5.9% | $631 |
| 27 UNCLE NEAREST WHISKEY | 0.87 | 0.10 | $1,600,296 | $81,724 | 5.4% | 7.4% | 2,666 | 189 | 7.6% | $50.03 | -2.1% | 16.4 | -0.5 | 4,490 | $97,342 | 0.6% | $356 |
| PENELOPE WHISKEY | 0.86 | 0.20 | $1,588,352 | $281,526 | 21.5% | | 2,608 | 823 | 46.1% | $50.75 | -16.8% | 7.9 | 0.5 | 2,487 | $202,338 | 14.3% | $639 |

**Key observations from this period:**

- Uncle Nearest shows **positive dollar sales growth (+5.4%)**, outperforming the overall category, which declined (−7.1%)

- **Unit volume increased (+7.6%)**, while market volume declined (−8.0%), indicating continued retailer reordering despite broader category softness.

- **Velocity increased (+8.6%)**, reflecting continued sell-through strength at retail, though at a more moderated pace than January.

- Distribution and store count remain largely stable, with no indication of widespread retail pullback during this period.

**Context within the broader timeline:**

This period reflects a moderation from the elevated January performance while maintaining continued outperformance relative to a sharply declining bourbon market. The data indicates sustained underlying demand and retailer support entering late February, rather than a reversal or disruption. February therefore reinforces that Uncle Nearest's pre-Receivership performance reflected durable consumer demand and commercial stability, not a temporary spike confined to a single promotional period.

# Monthly Nielsen Retail Performance Snapshot – March 2025

**BRAND FAMILY REPORT: ALL DATA THRU 2025-03-22**

[HOME]

TOTAL US XAOC + LIQUOR OPEN+ — MARKET TIME — Latest 4 Wks — CATEGORY — (All)

| | $ GROWTH | VOL GROWTH | DISTRO | STORES |
|---|---|---|---|---|
| YOUR $ GROWTH | -1.1% | YOUR VOL GROWTH 5.0% | YOUR DISTRO 16.2 | 4,432 |
| MARKET $ GROWTH | -4.3% | MARKET VOL GROWTH -5.0% | MARKET DISTRO 64.6 | 35,169 |
| YOUR $ SHARE CHANGE | 0.03 | YOUR VOL SHARE CHANGE 0.07 | | |

## $ RANK UNCLE NEAREST

| $ RANK | | $ SHARE | PTS vs YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs YA | $/RETAIL | PTS vs YA | MAX STORES SELLING | $/PT CWD | % vs YA | $/STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YOUR TOTAL | 0.84 | 0.03 | $1,491,306 | -$16,437 | -1.1% | | 2,581 | 122 | 5.0% | $48.15 | -5.8% | 4,432 | $92,056 | 5.4% | $337 |
| 29 | UNCLE NEAREST WHISKEY | 0.84 | 0.03 | $1,491,306 | -$16,437 | -1.1% | 10.4% | 2,581 | 122 | 5.0% | $48.15 | -5.8% | 4,432 | $92,056 | 5.4% | $337 |

## $ RANK BRAND FAMILY

| $ RANK | | $ SHARE | PTS vs YA | $SALES | vs YA | % vs LY | % INNOV | VOL | vs YA | % vs LY | $/RETAIL | PTS vs YA | MAX STORES SELLING | $/PT CWD | % vs YA | $/STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SELECTION TOTAL | 100.00 | - | $178,175.70 | -$7,997.70 | -4.3% | | 332.10 | -17.43 | -5.0% | $44.71 | 0.7% | 64.6 | - | | |
| 1 | WOODFORD RESERVE | 6.35 | 0.27 | $11,319,336 | -$3,862 | 0.0% | | 23,946 | 496 | 2.1% | $39.39 | -2.1% | 57.1 | -1.7 | 27,066 | $198,327 | 2.9% | $418 |
| 2 | BUFFALO TRACE | 6.28 | 0.93 | $11,192,919 | $1,298,299 | 13.1% | | 31,186 | 3,314 | 12.6% | $29.91 | -0.2% | 50.3 | 2.9 | 27,430 | $222,745 | 6.2% | $408 |
| 3 | MAKER'S MARK | 6.15 | 0.41 | $10,960,507 | $273,018 | 2.6% | | 28,731 | 647 | 2.3% | $31.79 | 0.2% | 35.9 | -1.1 | 35,169 | $193,667 | 4.3% | $312 |
| 4 | BULLEIT WHISKEY | 5.21 | 0.03 | $9,289,867 | -$359,393 | -3.7% | 2.0% | 24,952 | -1,604 | -5.7% | $31.01 | 3.1% | 53.6 | -1.4 | 30,035 | $161,254 | -1.4% | $309 |
| 5 | BLANTON | 4.00 | 0.55 | $7,122,869 | $750,606 | 11.8% | 1.3% | 5,758 | 614 | 11.9% | $103.08 | -0.1% | 22.4 | 2.6 | 13,184 | $317,985 | -1.1% | $540 |
| 6 | ELIJAH CRAIG BRBN | 3.67 | (0.15) | $6,536,779 | -$575,152 | -8.1% | | 12,524 | -1,731 | -12.1% | $43.50 | 4.6% | 44.3 | -3.3 | 20,033 | $147,624 | -1.3% | $326 |
| 7 | BASIL HAYDEN | 3.50 | (0.15) | $6,238,685 | -$556,226 | -8.2% | | 12,040 | -933 | -7.2% | $43.18 | -1.1% | 44.1 | -1.2 | 18,963 | $141,339 | -5.7% | $329 |
| 8 | KNOB CREEK | 3.20 | 0.09 | $5,695,811 | -$81,523 | -1.4% | | 10,753 | -676 | -5.9% | $44.14 | 4.6% | 38.0 | -2.2 | 19,070 | $149,850 | 4.3% | $299 |
| 9 | OLD FORESTER | 2.94 | 0.39 | $5,231,384 | $486,281 | 10.2% | 0.9% | 6,980 | 68 | 1.0% | $62.46 | 9.2% | 15.1 | -2.6 | 5,108 | $345,762 | 29.0% | $1,024 |
| 10 | ANGELS ENVY WSKY | 2.89 | 0.15 | $5,156,934 | $51,460 | 1.0% | 3.7% | 7,583 | -131 | -1.7% | $56.68 | 2.9% | 36.8 | -2.9 | 15,008 | $140,287 | 8.7% | $344 |
| 11 | FOUR ROSES | 2.85 | 0.16 | $5,085,042 | $65,895 | 1.3% | | 9,459 | -99 | -1.0% | $44.80 | 0.3% | 35.6 | -2.2 | 14,293 | $142,758 | 7.7% | $356 |
| 12 | EAGLE RARE | 2.73 | 0.65 | $4,871,767 | $1,361,931 | 38.8% | 1.7% | 7,528 | 2,100 | 30.5% | $56.10 | 6.4% | 24.6 | 3.9 | 14,421 | $198,200 | 26.6% | $338 |
| 13 | COLONEL EH TAYLOR | 2.50 | 0.67 | $4,453,866 | $1,693,327 | 61.3% | | 4,237 | 1,788 | 64.0% | $81.96 | -1.6% | 14.9 | 4.2 | 8,253 | $299,524 | 15.3% | $540 |
| 14 | JACK DANIEL'S | 2.47 | (0.04) | $4,404,297 | -$268,371 | -5.7% | | 9,827 | -379 | -3.7% | $37.35 | -2.1% | 39.6 | -2.5 | 21,547 | $111,107 | 0.2% | $204 |
| 15 | W.L. WELLER | 2.21 | 0.21 | $3,941,861 | $207,499 | 5.6% | | 6,374 | 612 | 10.6% | $51.53 | -4.6% | 14.2 | 1.7 | 7,995 | $278,577 | -7.0% | $493 |
| 16 | WHISTLEPIG WSKY | 2.02 | 0.19 | $3,606,824 | $156,397 | 5.8% | | 4,441 | 543 | 13.9% | $67.69 | -7.2% | 18.9 | 3.0 | 6,194 | $194,648 | -5.6% | $582 |
| 17 | MICHTERS WHISKEY | 1.75 | (0.02) | $3,126,561 | -$179,559 | -5.4% | | 5,078 | -590 | -5.4% | $51.31 | 0.0% | 27.1 | -1.4 | 9,873 | $115,456 | -5.5% | $317 |
| 18 | SKREWBALL WHISKEY | 1.58 | (0.36) | $2,814,420 | -$800,973 | -22.2% | 0.9% | 8,648 | -2,045 | -19.1% | $27.12 | -3.7% | 22.8 | -2.9 | 22,082 | $65,773 | -12.4% | $127 |
| 19 | PENELOPE WHISKEY | 1.49 | 0.43 | $2,663,213 | $679,367 | 34.2% | | 3,670 | 1,300 | 54.8% | $60.47 | -13.3% | 8.3 | 0.9 | 2,780 | $322,423 | 19.0% | $958 |
| 20 | HIGH WEST WSKY | 1.42 | 0.04 | $2,529,332 | -$45,268 | -1.8% | 5.0% | 3,915 | -314 | -7.4% | $53.83 | 8.1% | 18.1 | -0.6 | 7,942 | $139,897 | -1.5% | $318 |
| 21 | JEFFERSON'S WSKY | 1.34 | (0.26) | $2,389,057 | -$586,119 | -19.7% | 0.3% | 3,866 | -703 | -15.4% | $55.50 | -1.2% | 13.3 | -3.1 | 9,076 | $183,993 | -8.4% | $263 |
| 22 | 1792 WHISKEY | 1.29 | (0.32) | $2,300,195 | -$685,790 | -23.0% | | 5,396 | -1,267 | -19.0% | $35.53 | -5.2% | 29.6 | -3.8 | 11,507 | $77,709 | -15.9% | $200 |
| 23 | GEORGE T. STAGG BRBN | 1.29 | (0.08) | $2,298,594 | -$243,005 | -9.6% | | 1,626 | -201 | -11.0% | $110.78 | 1.6% | 8.3 | 0.8 | 4,621 | $277,273 | -18.6% | $497 |
| 24 | TRAVELLER WHISKEY | 1.04 | (1.33) | $1,852,899 | -$2,561,522 | -58.0% | | 4,234 | -5,229 | -55.3% | $36.47 | -6.2% | 31.3 | -3.3 | 13,250 | $59,198 | -53.7% | $140 |
| 25 | LARCENY BOURBON | 0.98 | (0.19) | $1,738,797 | -$432,402 | -19.9% | 1.0% | 4,211 | -880 | -17.3% | $34.41 | -3.2% | 28.4 | -4.0 | 12,878 | $61,268 | -8.6% | $135 |
| 26 | RUSSELL'S RESERVE | 0.91 | 0.10 | $1,619,023 | -$63,956 | -3.8% | | 2,563 | -190 | -6.9% | $52.64 | 3.3% | 14.4 | -1.1 | 7,165 | $75,832 | -3.2% | $226 |
| 27 | VAN WINKLE WSKY | 0.91 | 0.21 | $1,612,638 | $326,030 | 25.3% | | 472 | 38 | 8.8% | $284.98 | 15.2% | 2.7 | 0.0 | 660 | $590,710 | 26.3% | $2,443 |
| 28 | BARDSTOWN BOURBON COMPANY | 0.86 | 0.10 | $1,531,063 | $237,855 | 18.4% | | 2,313 | 659 | 39.8% | $55.15 | -25.5% | 10.9 | -0.1 | 2,637 | $140,346 | -26.2% | $581 |
| 29 | UNCLE NEAREST WHISKEY | 0.84 | 0.03 | $1,491,306 | -$16,437 | -1.1% | 10.4% | 2,581 | 122 | 5.0% | $48.15 | -5.8% | 16.2 | -1.1 | 4,432 | $92,056 | 5.4% | $337 |
| 30 | WILD TURKEY | | (0.17) | $1,323,525 | -$285,277 | -17.6% | | 2,101 | -561 | -21.2% | $52.99 | 5.3% | 14.2 | -2.6 | 4,219 | $93,284 | -3.6% | $315 |

---

**Key observations from this period:**

- Uncle Nearest shows a modest decline in dollar sales (–1.1%), while the overall category declined more sharply (–4.3%).

- **Unit volume increased (+5.0%),** despite a broader market volume decline (–5.0%), indicating continued retailer reordering.

- **Velocity increased (+5.4%),** reflecting continued sell-through at retail.

- Distribution and store count remain largely stable, with no indication of widespread retail pullback.

**Context within the broader timeline:**

The modest decline in dollar sales during March reflects a planned expansion of Nearest Green 84-proof at a $29.99 price point into additional markets. This strategy was implemented in anticipation of consumer trade-down behavior in a softening spirits market and was expected to temporarily reduce dollar sales while increasing volume and velocity.

The March results are consistent with that expectation: while dollar sales moderated, both volume and velocity increased, indicating continued consumer demand and retailer support. This period therefore reflects an intentional commercial shift rather than a deterioration in brand performance, with anticipated benefits to volume and velocity expected to accrue as the year progressed.

BRAND FAMILY REPORT: ALL DATA THRU 2025-04-19

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| HOME! | TOTAL US XAOC + LIQUOR OPE | MARKET | | $ | YOUR $ GROWTH | 7.0% | YOUR VOL GROWTH | 16.8% | YOUR DISTRO | 16.1 | STORES 4,448 |
| | [Latest 4 Wks] | TIME | | | MARKET $ GROWTH | -4.9% | MARKET VOL GROWTH | -4.2% | MARKET DISTRO | 64.2 | 35,918 |
| | [All] | CATEGORY | | | YOUR $ SHARE CHANGE | 0.09 | YOUR VOL SHARE CHANGE | 0.13 | | | |

$ SHARE

| $ RANK UNCLE NEAREST | $ SHARE | PTS vs YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs YA | $RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES | $/PT CWD | % vs YA | $/STOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YOUR TOTAL | 0.82 | 0.09 | $1,472,357 | $96,657 | 7.0% | | 2,539 | 366 | 16.8% | $48.33 | -8.4% | 16.1 | 0.6 | 4,448 | $91,337 | 2.8% | $3 |
| 29 UNCLE NEAREST WHISKEY | 0.82 | 0.09 | $1,472,357 | $96,657 | 7.0% | 9.6% | 2,539 | 366 | 16.8% | $48.33 | -8.4% | 16.1 | 0.6 | 4,448 | $91,337 | 2.8% | $3 |

| $ RANK BRAND FAMILY | $ SHARE | PTS VS YA | $SALES | vs YA | % vs LY | % INNOV | VOL | vs YA | % vs LY | $RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES | $/PT CWD | % vs YA | $/STOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SELECTION TOTAL | 100.00 | | $180,345,18 | -$9,259,11 | -4.9% | | 339,13 | -14,70 | -4.2% | $44.32 | -0.8% | 64.2 | -1.3 | 35,91 | | | |
| 1 BUFFALO TRACE | 6.97 | 1.30 | $12,565,008 | $1,818,454 | 16.9% | | 35,203 | 6,980 | 24.7% | $29.74 | -6.3% | 49.8 | 1.5 | 27,299 | $252,157 | -13.5% | $460 |
| 2 MAKER'S MARK | 6.72 | 0.91 | $12,120,279 | $1,097,863 | 10.0% | | 31,555 | 1,831 | 6.4% | $32.01 | 3.4% | 64.2 | -1.3 | 35,918 | $188,848 | 12.2% | $337 |
| 3 WOODFORD RESERVE | 6.42 | 0.12 | $11,569,945 | -$371,449 | -3.1% | | 24,348 | -886 | -3.4% | $39.60 | -0.3% | 55.1 | -2.9 | 26,797 | $208,422 | -1.3% | $432 |
| 4 BULLEIT WHISKEY | 5.04 | (0.29) | $9,087,530 | -$1,010,929 | -10.0% | 3.4% | 24,591 | -2,946 | -10.4% | $30.80 | 0.4% | 57.3 | -3.0 | 29,838 | $158,513 | -5.3% | $304 |
| 5 BLANTON | 4.29 | 0.38 | $7,737,057 | $318,500 | 4.3% | | 5,814 | -123 | -2.1% | $110.90 | 6.5% | 1.9 | -1.7 | 12,399 | $388,602 | 13.0% | $624 |
| 6 ELIJAH CRAIG BRBN | 3.64 | 0.00 | $6,570,454 | -$331,749 | -4.8% | 2.6% | 12,325 | -1,446 | -10.5% | $44.43 | 6.4% | 43.4 | -3.8 | 19,114 | $151,323 | 3.5% | $344 |
| 7 BASIL HAYDEN | 3.47 | (0.23) | $6,262,296 | -$756,336 | -10.8% | | 12,080 | -1,191 | -3.0% | $43.20 | -2.0% | 44.5 | -1.8 | 18,478 | $140,984 | -7.2% | $339 |
| 8 KNOB CREEK | 3.08 | 0.00 | $5,556,731 | -$280,379 | -4.8% | | 10,643 | -634 | -7.3% | $43.51 | 2.7% | 37.8 | -1.9 | 16,394 | $146,926 | 0.1% | $330 |
| 9 ANGELS ENVY WSKY | 2.86 | 0.17 | $5,150,498 | $51,376 | 1.0% | | 7,554 | -159 | -2.1% | $56.82 | 3.1% | 36.4 | -3.1 | 14,924 | $141,575 | 9.5% | $344 |
| 10 FOUR ROSES | 2.84 | 0.12 | $5,113,731 | -$35,238 | -0.7% | | 9,488 | -134 | -1.4% | $44.91 | 0.7% | 34.9 | -3.1 | 13,601 | $146,609 | 8.0% | $376 |
| 11 EAGLE RARE | 2.73 | 0.70 | $4,931,313 | $1,064,765 | 27.5% | | 7,135 | 1,125 | 18.7% | $57.59 | 7.4% | 24.2 | 2.6 | 14,211 | $203,605 | 14.0% | $347 |
| 12 COLONEL E.H.TAYLOR | 2.50 | 0.60 | $4,502,988 | $907,902 | 25.3% | | 4,700 | 1.38 | 3.4% | $79.84 | -5.0% | 9.1 | -1.3 | 9,176 | $281,613 | -2.3% | $491 |
| 13 OLD FORESTER | 2.45 | 0.21 | $4,436,805 | $169,218 | 4.0% | | 6,404 | -127 | -1.9% | $57.74 | 6.0% | 15.2 | -1.3 | 5,008 | $292,280 | 12.9% | $886 |
| 14 JACK DANIEL'S | 2.33 | (0.11) | $4,210,590 | -$417,733 | -9.0% | | 9,350 | -783 | -7.7% | $37.53 | -1.4% | 38.9 | -2.7 | 21,016 | $108,252 | -2.7% | $200 |
| 15 WHISTLEPIG WSKY | 2.19 | 0.45 | $3,956,632 | $659,190 | 20.0% | | 4,716 | -899 | 23.6% | $69.92 | -2.9% | 18.7 | 1.5 | 6,165 | $211,359 | 10.7% | $642 |
| 16 W.L. WELLER | 2.15 | 0.33 | $3,886,241 | $435,632 | 12.6% | | 5,653 | 526 | 10.3% | $57.29 | -2.1% | 13.5 | 0.6 | 7,909 | $287,657 | 7.4% | $491 |
| 17 MICHTER'S WHISKEY | 1.89 | 0.19 | $3,389,929 | -$455,084 | -11.8% | | 5,045 | -623 | -11.0% | $52.69 | -1.7% | 27.6 | -1.3 | 9,393 | $115,661 | -6.2% | $361 |
| 18 PENELOPE WHISKEY | 1.53 | 0.03 | $2,765,324 | $367,862 | 53.8% | | 3,959 | 1,704 | 77.2% | $58.21 | -13.2% | 12.0 | 4.1 | 9,260 | $231,021 | 1.0% | $694 |
| 19 SKREWBALL WHISKEY | 1.49 | (0.33) | $2,686,146 | -$756,580 | -22.0% | | 8,193 | -1,945 | -19.2% | $27.35 | -3.4% | 42.0 | -4.9 | 21,028 | $64,000 | -12.8% | $128 |
| 20 JEFFERSON'S WSKY | 1.48 | (0.25) | $2,662,494 | -$608,250 | -18.6% | | 4,191 | -716 | -14.2% | $51.34 | -5.1% | 23.1 | -2.9 | 9,402 | $114,911 | -8.3% | $283 |
| 21 HIGH WEST WSKY | 1.45 | 0.14 | $2,615,642 | $124,312 | 5.0% | | 4,027 | -147 | -3.5% | $54.12 | 8.8% | 17.5 | -1.3 | 7,134 | $149,722 | 13.0% | $367 |
| 22 1792 WHISKEY | 1.22 | (0.35) | $2,198,943 | -$783,590 | -26.3% | | 5,234 | -1,337 | -20.3% | $35.01 | -7.4% | 29.9 | -3.3 | 11,639 | $73,666 | -18.0% | $188 |
| 23 TRAVELLER WHISKEY | 1.02 | (0.67) | $1,837,148 | -$1,373,703 | -42.8% | | 4,219 | -2,590 | -38.1% | $36.29 | -6.3% | 30.9 | -3.9 | 13,033 | $59,416 | -35.7% | $141 |
| 24 BARDSTOWN BOURBON COMPANY | 0.92 | 0.32 | $1,654,727 | $524,096 | 46.4% | | 2,502 | 1,279 | 104.6% | $55.12 | -28.5% | 11.9 | 4.9 | 2,877 | $139,639 | -14.2% | $575 |
| 25 RUSSELL'S RESERVE | 0.92 | 0.08 | $1,651,330 | $32,647 | 2.0% | | 2,591 | -95 | -3.5% | $53.11 | 5.7% | 21.4 | -0.9 | 6,503 | $77,057 | 6.3% | $254 |
| 26 LARCENY BOURBON | 0.88 | (0.16) | $1,585,963 | -$391,463 | -19.8% | | 3,869 | -864 | -18.6% | $34.16 | -1.5% | 27.3 | -3.7 | 12,587 | $58,009 | -3.0% | $126 |
| 27 WILD TURKEY | 0.83 | 0.01 | $1,494,801 | -$63,239 | -4.1% | | 2,368 | -117 | -4.7% | $52.60 | 0.7% | 15.3 | | 4,881 | $99,959 | -2.5% | $306 |
| 28 BOOKERS | 0.83 | 0.13 | $1,492,851 | -$53,275 | -3.4% | | 1,229 | -33 | -2.6% | $101.24 | 4.3% | 3.2 | | 4,367 | $192,947 | -13.7% | $341 |
| 29 UNCLE NEAREST WHISKEY | 0.82 | 0.09 | $1,472,357 | $96,657 | 7.0% | 9.6% | 2,539 | 366 | 16.8% | $48.33 | -8.4% | 16.1 | 0.6 | 4,448 | $91,337 | 2.8% | $331 |

**Key observations from this period:**

- Uncle Nearest shows **positive dollar sales growth (+7.0%),** while the overall category declined (−4.9%).

- **Unit volume increased materially (+16.8%),** significantly outperforming a declining market (−4.2%).

- **Velocity increased (+2.8%),** indicating continued retail sell-through following the prior month's product expansion.

- Distribution and store count remain stable, with no indication of reduced retail access.

**Context within the broader timeline:**

April reflects the early effects of the expanded rollout of Nearest Green 84-proof at a $29.99 price point introduced in March. As anticipated, the strategy began to translate into higher volume and sustained sell-through, with dollar sales recovering from the temporary moderation observed in March.

This period demonstrates that the March decline was not indicative of weakening demand, but rather a short-term effect of a planned trade-down strategy, with underlying consumer demand and retailer support continuing into April.

ID FAMILY REPORT: ALL DATA THRU 2025-05-17

| | | YOUR $ GROWTH | $ 1.3% | YOUR VOL GROWTH | VOL 12.5% | YOUR DISTRO | 14.3 | STORES |
|---|---|---|---|---|---|---|---|---|
| TOTAL US XAOC + LIQUOR OPE | MARKET TIME CATEGORY | MARKET $ GROWTH | -5.0% | MARKET VOL GROWTH | -5.6% | MARKET DISTRO | 63.9 | 4,041 |
| Latest 4 Wks | | YOUR $ SHARE CHANGE | 0.05 | YOUR VOL SHARE CHANGE | 0.12 | | | 35,844 |
| (All) | $ SHARE | | | | | | | |

| $ RANI UNCLE NEAREST | | $ SHARE | PTS vs YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs YA | $RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES | $/PT CWD | % vs YA $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YOUR TOTAL | 0.82 | 0.05 | $1,451,352 | $19,113 | 1.3% | | 2,524 | 280 | 12.5% | $47.92 | -9.9% | 14.3 | -2.1 | 4,041 | $101,493 | 16.5% |
| 29 | UNCLE NEAREST WHISKEY | 0.82 | 0.05 | $1,451,352 | $19,113 | 1.3% | 11.4% | 2,524 | 280 | 12.5% | $47.92 | -9.9% | 14.3 | -2.1 | 4,041 | $101,493 | 16.5% |

| $ RANI BRAND FAMILY | | $ SHARE | PTS VS YA | $SALES | vs YA | % vs LY | % INNOV | VOL | vs YA | % vs LY | $RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES | $/PT CWD | % vs YA $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SELECTION TOTAL | 100.00 | - | $176,586,17~ | -$9,347,25~ | -5.0% | | 331.30~ | -19.54~ | -5.6%~ | $44.42 | 0.6% | 63.9 | -0.9 | 35,84~ | | |
| 1 | WOODFORD RESERVE | 7.20 | 0.00 | $12,716,379 | -$668,495 | -5.0% | | 27,259 | -1,157 | -4.1% | $38.87 | -0.9% | 57.2 | -2.3 | 27,629 | $222,314 | -1.2% |
| 2 | MAKER'S MARK | 6.64 | 1.08 | $11,724,365 | $1,393,480 | 13.5% | 8.4% | 29,250 | 1,733 | 6.3% | $32.84 | 6.3% | 63.9 | -0.9 | 35,844 | $183,451 | 15.0% |
| 3 | BUFFALO TRACE | 6.17 | 0.72 | $10,887,968 | $763,161 | 7.5% | | 29,873 | 1,739 | 6.2% | $30.37 | 1.3% | 47.2 | -0.9 | 26,657 | $230,873 | 9.5% |
| 4 | BULLEIT WHISKEY | 5.26 | 0.11 | $9,280,126 | -$278,643 | -2.9% | 3.7% | 25,448 | -651 | -2.5% | $30.39 | -0.4% | 58.0 | -1.3 | 30,690 | $160,140 | -0.7% |
| 5 | BLANTON | 4.62 | 0.30 | $8,154,481 | $127,005 | 1.6% | | 6,038 | -68 | -1.1% | $112.54 | 2.7% | 20.0 | -1.4 | 13,000 | $408,132 | 8.6% |
| 6 | BASIL HAYDEN | 3.46 | (0.21) | $6,116,173 | -$720,130 | -10.5% | | 11,779 | -1,259 | -9.7% | $43.27 | -1.0% | 23.6 | -2.6 | 18,332 | $139,162 | -5.4% |
| 7 | ELIJAH CRAIG BRBN | 3.45 | (0.12) | $6,084,938 | -$544,178 | -8.2% | 4.7% | 11,932 | -1,877 | -13.6% | $42.50 | 6.2% | 43.7 | -3.8 | 19,209 | $139,176 | -0.2% |
| 8 | COLONEL EH TAYLOR | 2.94 | 1.27 | $5,190,922 | $2,090,927 | 67.4% | | 5,665 | 2,698 | 90.9% | $76.35 | -12.3% | 17.1 | 5.5 | 9,636 | $303,031 | 73.2% |
| 9 | KNOB CREEK | 2.94 | (0.11) | $5,188,042 | -$483,925 | -8.5% | 0.5% | 10,060 | -911 | -8.3% | $42.97 | -0.2% | 36.8 | -3.0 | 18,349 | $141,056 | -1.0% |
| 10 | ANGELS ENVY WSKY | 2.81 | 0.15 | $4,958,478 | $8,175 | 0.2% | 3.1% | 7,251 | -92 | -1.3% | $56.99 | 1.4% | 35.9 | -3.0 | 14,072 | $138,004 | 8.4% |
| 11 | FOUR ROSES | 2.72 | (0.05) | $4,801,816 | -$352,548 | -6.8% | 6.0% | 9,803 | -529 | -5.7% | $45.45 | -1.2% | 34.6 | -2.8 | 13,529 | $138,901 | 7.6% |
| 12 | EAGLE RARE | 2.49 | 0.58 | $4,399,425 | $952,734 | 24.0% | 0.9% | 5,873 | 589 | 11.1% | $62.43 | 11.6% | 22.6 | 1.2 | 14,210 | $195,096 | 17.3% |
| 13 | WILD TURKEY | 2.44 | 0.27 | $4,306,505 | $274,931 | 6.8% | 1.1% | 10,902 | 116 | 1.1% | $32.92 | 5.7% | 31.5 | -6.4 | 18,450 | $136,758 | 39.5% |
| 14 | JACK DANIEL'S | 2.35 | (0.34) | $4,145,243 | -$858,352 | -17.2% | 3.1% | 9,334 | -1,124 | -10.7% | $37.01 | -7.2% | 38.6 | -3.5 | 21,490 | $107,306 | -9.6% |
| 15 | OLD FORESTER | 2.13 | 0.20 | $3,754,369 | $171,329 | 4.8% | | 5,674 | -116 | -2.0% | $55.14 | 6.9% | 14.0 | -2.1 | 5,002 | $268,361 | 30.4% |
| 16 | W.L. WELLER | 2.12 | 0.33 | $3,745,630 | $420,362 | 12.6% | | 4,775 | -201 | -4.0% | $65.37 | 17.4% | 12.7 | 1.0 | 8,085 | $294,006 | 3.7% |
| 17 | WHISTLEPIG WSKY | 2.01 | 0.24 | $3,547,494 | -$259,568 | 7.9% | 4.0% | 4,193 | 429 | 11.4% | $70.50 | -3.2% | 17.5 | 0.9 | 5,678 | $202,713 | 5.8% |
| 18 | MICHTER'S WHISKEY | 1.94 | (0.06) | $3,430,685 | -$283,863 | -7.6% | | 4,940 | -610 | -11.0% | $57.88 | 3.8% | 26.0 | -3.0 | 9,714 | $132,000 | 2.9% |
| 19 | SKREWBALL WHISKEY | 1.48 | (0.30) | $2,619,872 | -$692,732 | -20.9% | 0.3% | 7,981 | -1,714 | -17.7% | $27.36 | -3.9% | 41.5 | -4.8 | 21,580 | $63,084 | -11.8% |
| 20 | HIGH WEST WSKY | 1.46 | 0.32 | $2,573,813 | $454,228 | 21.4% | 0.9% | 3,875 | 150 | 4.0% | $55.35 | 16.7% | 16.6 | -1.9 | 7,164 | $155,049 | 35.5% |
| 21 | JEFFERSON'S WSKY | 1.44 | (0.17) | $2,544,098 | -$441,576 | -14.8% | 3.2% | 4,347 | -511 | -11.0% | $51.12 | -4.3% | 22.0 | -3.5 | 9,316 | $115,641 | -1.2% |
| 22 | 1792 WHISKEY | 1.30 | (0.21) | $2,290,113 | -$503,459 | -18.0% | 4.1% | 5,310 | -894 | -14.4% | $35.94 | -4.2% | 29.7 | -2.4 | 11,250 | $77,056 | -11.5% |
| 23 | PENELOPE WHISKEY | 1.18 | 0.44 | $2,091,584 | $698,318 | 50.1% | 3.8% | 3,197 | 1,354 | 73.4% | $54.51 | -13.4% | 11.7 | 3.5 | 3,339 | $179,074 | 4.6% |
| 24 | TRAVELLER WHISKEY | 0.96 | (0.52) | $1,687,951 | -$1,047,889 | -38.3% | | 3,849 | -2,075 | -35.0% | $36.55 | -5.0% | 29.2 | -6.9 | 12,735 | $57,747 | -23.8% |
| 25 | BOOKERS | 0.91 | 0.10 | $1,599,719 | $253,897 | 18.8% | | 1,283 | 215 | 20.2% | $103.89 | -1.1% | 9.7 | 1.8 | 4,316 | $164,919 | -2.8% |
| 26 | RUSSELL'S RESERVE | 0.90 | 0.04 | $1,587,323 | -$674 | 0.0% | 4.1% | 2,466 | -104 | -4.0% | $53.65 | 4.2% | 20.0 | -2.4 | 6,801 | $79,247 | 12.1% |
| 27 | BARDSTOWN BOURBON COMPANY | 0.88 | 0.13 | $1,552,670 | $153,314 | 11.0% | 0.0% | 2,357 | 1,007 | 74.5% | $54.89 | -36.5% | 11.8 | 4.6 | 2,702 | $131,582 | -32.5% |
| 28 | LARCENY BOURBON | 0.83 | (0.32) | $1,474,275 | -$665,274 | -31.1% | 0.9% | 3,695 | -1,346 | -26.7% | $33.25 | -6.0% | 27.2 | -5.2 | 12,634 | $54,241 | -17.9% |
| 29 | UNCLE NEAREST WHISKEY | 0.82 | 0.05 | $1,451,352 | $19,113 | 1.3% | 11.4% | 2,524 | 280 | 12.5% | $47.92 | -9.9% | 14.3 | -2.1 | 4,041 | $101,493 | 16.5% |

**Key observations from this period:**

- Uncle Nearest shows **positive dollar sales growth (+1.3%)**, while the overall category declined sharply (−5.0%).

- Unit **volume increased materially (+12.5%)**, significantly outperforming a declining market (−5.6%).

- **Velocity increased (+16.5%)**, reflecting accelerating retail sell-through during the period.

- Distribution and store count declined modestly but remain broadly intact, with no indication of widespread retail disengagement.

**Context within the broader timeline:**

May reflects continued execution of the volume-led strategy associated with the expanded rollout of Nearest Green 84-proof at a $29.99 price point. While dollar growth moderated relative to April, volume and velocity gains accelerated, indicating sustained consumer demand and strong retail sell-through despite a softening spirits market.

This period further demonstrates that pre-Receivership performance was driven by deliberate portfolio strategy and retailer support rather than transient promotional effects, with Uncle Nearest continuing to outperform a contracting category.

BRAND FAMILY REPORT: ALL DATA THRU 2025-06-14

[HOME]

| | | $ |
|---|---|---|
| YOUR $ GROWTH | 1.3% | |
| MARKET $ GROWTH | -0.4% | |
| YOUR $ SHARE CHANGE | 0.01 | |

| | VOL |
|---|---|
| YOUR VOL GROWTH | 9.3% |
| MARKET VOL GROWTH | -1.6% |
| YOUR $ VOL SHARE CHANGE | 0.08 |

| | | STORES |
|---|---|---|
| YOUR DISTRO | 15.9 | 4,613 |
| MARKET DISTRO | 63.7 | 35,806 |

TOTAL US XAOC + LIQUOR OPEN · Latest 4 Wks · [All]
MARKET TIME CATEGORY — $ SHARE

| $ RANK UNCLE NEAREST | $ SHARE | PTS vs YA | $SALES | vs YA | % vs LY | % INNOV | VOL | vs YA | % vs LY | $RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $PT CWD | % vs YA | $/STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YOUR TOTAL | 0.87 | 0.01 | $1,635,739 | $21,066 | 1.3% | | 2,768 | 236 | 9.3% | $49.24 | -7.3% | | | 4,613 | $103,136 | 13.1% | $355 |
| 27 UNCLE NEAREST WHISKEY | 0.87 | 0.01 | $1,635,739 | -$21,066 | 1.3% | 16.1% | 2,768 | -236 | 9.3% | $49.24 | -7.3% | 15.9 | -1.8 | 4,613 | $103,136 | 13.1% | $355 |

| $ RANK BRAND FAMILY | $ SHARE | PTS VS YA | $SALES | vs YA | % vs LY | % INNOV | VOL | vs YA | % vs LY | $RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $PT CWD | % vs YA | $/STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SELECTION TOTAL | 100.00 | - | $187,822.68 | -$796.3 | -0.4% | | 350.56 | -5.87 | -1.6% | $44.65 | | 63.7 | -1.6 | | | | |
| 1 WOODFORD RESERVE | 6.60 | 0.07 | $12,392,884 | $85,467 | 0.7% | | 26,173 | -870 | 3.4% | $39.46 | -2.7% | 57.6 | -1.9 | 28,379 | $215,117 | 4.6% | $437 |
| 2 MAKER'S MARK | 6.07 | 0.37 | $11,392,049 | $642,530 | 6.0% | 7.1% | 29,241 | 454 | 1.6% | $32.47 | 4.3% | 68.7 | -1.6 | 35,806 | $178,839 | 8.6% | $318 |
| 3 BUFFALO TRACE | 5.98 | -0.04 | $11,223,470 | $708,867 | 6.7% | 0.4% | 31,058 | 1,729 | 5.9% | $30.71 | 9.8% | 60.6 | -0.1 | 19,241 | $231,078 | 7.0% | $414 |
| 4 BULLEIT WHISKEY | 4.91 | -0.19 | $9,224,718 | -$388,118 | -4.0% | 0.4% | 25,659 | -392 | -1.5% | $29.96 | -2.6% | 57.7 | -2.1 | 30,542 | $159,985 | -6.5% | $302 |
| 5 BLANTON | 4.72 | 0.98 | $8,871,614 | $1,888,602 | 27.3% | | 7,003 | 1,206 | 20.8% | $105.57 | 4.0% | 21.9 | -0.7 | 12,944 | $405,097 | 29.4% | $685 |
| 6 BASIL HAYDEN | 3.45 | -0.37 | $6,482,331 | -$779,894 | -10.0% | | 12,526 | -1,267 | -9.2% | $43.13 | -1.9% | 45.5 | -2.1 | 18,962 | $142,594 | -5.8% | $342 |
| 7 ELIJAH CRAIG BRBN | 3.31 | -0.47 | $6,225,374 | -$920,154 | -12.9% | 3.0% | 12,307 | -2,130 | -14.8% | $42.15 | 2.2% | 44.2 | -4.0 | 20,105 | $140,782 | -5.0% | $310 |
| 8 ANGEL'S ENVY WSKY | 3.25 | -0.28 | $6,098,179 | -$507,894 | 3.0% | 21.0% | 8,725 | 234 | 2.3% | $54.25 | | 38.2 | -4.2 | 14,972 | $159,596 | 21.0% | $407 |
| 9 COLONEL EH TAYLOR | 3.15 | 1.53 | $5,916,682 | $2,863,097 | 93.8% | 21.0% | 6,617 | 3,216 | 94.5% | $74.51 | -0.4% | 13.7 | 6.1 | 9,970 | $301,103 | 34.4% | $593 |
| 10 KNOB CREEK | 2.80 | -0.45 | $5,258,430 | -$884,057 | -14.1% | 2.2% | 10,257 | -1,636 | -13.7% | $42.56 | -0.5% | 38.3 | -3.4 | 18,284 | $137,403 | -6.5% | $288 |
| 11 FOUR ROSES | 2.79 | -0.12 | $5,246,631 | -$241,768 | -4.4% | | 10,032 | 315 | 3.2% | $43.58 | -7.4% | 35.3 | -2.3 | 14,291 | $148,504 | 1.6% | $367 |
| 12 EAGLE RARE | 2.65 | -0.77 | $4,978,084 | $1,432,295 | 40.4% | | 6,851 | 1,549 | 29.2% | $60.56 | 6.6% | 23.3 | 0.7 | 13,722 | $213,743 | 36.2% | $363 |
| 13 WILD TURKEY | 2.56 | -0.34 | $4,807,141 | -$247,331 | 5.3% | 0.5% | 11,912 | -867 | 7.8% | $33.63 | 6.6% | 34.5 | -3.5 | 19,241 | $139,337 | 2.1% | $250 |
| 14 JACK DANIEL'S | 2.33 | -0.12 | $4,382,089 | -$246,022 | -5.3% | 2.0% | 9,763 | -486 | -4.7% | $37.40 | -1.6% | 40.6 | -0.9 | 21,625 | $108,253 | 1.1% | $203 |
| 15 W.L. WELLER | 2.32 | 0.44 | $4,358,523 | $806,446 | 22.7% | | 6,797 | 1,632 | 31.6% | $53.43 | -6.8% | 14.0 | 1.6 | 7,849 | $311,101 | 9.0% | $555 |
| 16 WHISTLEPIG WSKY | 2.05 | -0.02 | $3,848,340 | -$47,464 | -1.2% | 19.8% | 4,706 | 347 | 6.0% | $68.14 | -8.5% | 19.5 | 1.2 | 6,657 | $197,351 | -7.1% | $578 |
| 17 MICHTER'S WHISKEY | 1.89 | -0.07 | $3,557,753 | -$151,890 | -4.1% | | 5,211 | -334 | -6.0% | $56.88 | 2.0% | 27.6 | -2.4 | 9,255 | $128,882 | 4.1% | $384 |
| 18 OLD FORESTER | 1.73 | -0.39 | $3,256,079 | -$752,796 | -18.8% | | 5,344 | -936 | -14.8% | $50.78 | -4.7% | 34.7 | -4.2 | 5,301 | $221,351 | -5.8% | $614 |
| 19 JEFFERSONS WSKY | 1.59 | -0.09 | $2,995,467 | -$174,361 | -5.5% | | 4,730 | -72 | -1.5% | $60.03 | -4.1% | 22.8 | -2.7 | 9,095 | $131,035 | -5.6% | $329 |
| 20 SKREWBALL WHISKEY | 1.55 | -0.29 | $2,906,110 | -$560,333 | -16.2% | | 8,824 | -1,376 | -13.5% | $27.45 | -3.1% | 43.5 | -3.6 | 22,071 | $66,078 | -13.2% | $132 |
| 21 1792 WHISKEY | 1.51 | -0.03 | $2,837,448 | -$63,061 | -2.2% | 10.0% | 6,274 | -303 | -4.6% | $37.69 | 2.6% | 31.0 | -2.5 | 12,238 | $91,501 | 5.7% | $232 |
| 22 HIGH WEST WSKY | 1.29 | -0.07 | $2,429,811 | $120,314 | 5.2% | 25.1% | 3,760 | -196 | -5.0% | $53.05 | 19.7% | 17.1 | -1.9 | 7,453 | $141,763 | 16.9% | $326 |
| 23 PENELOPE WHISKEY | 1.13 | 0.08 | $2,121,359 | $749,330 | 54.5% | 25.1% | 3,824 | 1,322 | 67.4% | $53.83 | -7.7% | 11.3 | 3.7 | 3,976 | $187,695 | | $626 |
| 24 TRAVELLER WHISKEY | 0.98 | -0.33 | $1,839,385 | -$631,557 | -25.6% | | 4,228 | -1,125 | -21.0% | $36.26 | -5.7% | 31.5 | 4.6 | 13,450 | $58,467 | -65.0% | $137 |
| 25 RUSSELL'S RESERVE | 0.92 | 0.08 | $1,724,653 | $138,387 | 8.7% | | 2,636 | 89 | 3.5% | $54.95 | 5.0% | 20.4 | -0.9 | 6,878 | $84,500 | 13.3% | $251 |
| 26 BOOKERS | 0.89 | 0.12 | $1,675,761 | $212,014 | 14.5% | | 1,347 | 167 | 14.1% | $103.63 | 8.3% | 10.2 | 2.4 | 4,899 | $164,337 | -12.0% | $342 |
| 27 UNCLE NEAREST WHISKEY | 0.87 | 0.01 | $1,635,739 | $21,066 | 1.3% | 16.1% | 2,768 | 236 | 9.3% | $49.24 | -7.3% | 15.9 | -1.8 | 4,613 | $103,136 | 13.1% | $355 |
| 28 BARDSTOWN BOURBON COMPANY | 0.85 | 0.29 | $1,595,765 | $547,602 | 52.2% | | 2,331 | 1,156 | 97.3% | $57.05 | -22.9% | 11.9 | 4.6 | 2,919 | $133,985 | -6.8% | $547 |

**Key observations from this period:**

- Uncle Nearest shows **positive dollar sales growth (+1.3%),** while the overall category declined (−0.4%).

- **Unit volume increased (+9.3%),** significantly outperforming a declining market (−1.6%).

- **Velocity increased (+13.1%),** reflecting continued acceleration in retail sell-through.

- Distribution and store count declined modestly but remain broadly intact, with no indication of widespread retail disengagement.

**Context within the broader timeline:**

June reflects continued execution of the volume-led strategy associated with the expanded rollout of Nearest Green 84-proof at a $29.99 price point. While dollar growth remained modest, volume and velocity continued to increase, indicating sustained consumer demand and retailer support despite ongoing softness in the broader spirits category.

This period reinforces that, prior to the Receivership, Uncle Nearest continued to outperform the market through deliberate portfolio strategy and strong retail sell-through, rather than short-term promotional effects.

BRAND FAMILY REPORT: ALL DATA THRU 2025-07-12

| | | | $ | | VOL | | STORES | |
|---|---|---|---|---|---|---|---|---|
| | | | YOUR $ GROWTH | 0.7% | YOUR VOL GROWTH | 9.5% | YOUR DISTRO | 15.7 | 4,417 |
| [HOME] | TOTAL US XAOC + LIQUOR OPEN | MARKET | MARKET $ GROWTH | -4.6% | MARKET VOL GROWTH | -3.7% | MARKET DISTRO | 65.1 | 35,980 |
| | Latest 4 Wks | TIME | YOUR $ SHARE CHANGE | 0.05 | YOUR VOL SHARE CHANGE | 0.10 | | |
| | [All] | CATEGORY | | | | | | |

**$ SHARE**

| $ RANK UNCLE NEAREST | $ SHARE | PTS vs YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs YA | $RETAIL | vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $PT CWD | vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **YOUR TOTAL** | 0.93 | 0.05 | $1,640,681 | $11,645 | 0.7% | | 2,824 | 245 | 9.5% | $48.42 | -8.0% | 15.7 | -2.0 | 4,417 | $104,836 | 13.5% | $371 |
| 26 UNCLE NEAREST WHISKEY | 0.93 | 0.05 | $1,640,681 | $11,645 | 0.7% | | 2,824 | 245 | 9.5% | $48.42 | -8.0% | 15.7 | -2.0 | 4,417 | $104,836 | 13.5% | $371 |

| $ RANK BRAND FAMILY | $ SHARE | PTS vs YA | $SALES | vs YA | % vs LY | % INNOV | VOL | vs YA | % vs LY | $RETAIL | vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $PT CWD | vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SELECTION TOTAL** | 100.00 | -- | $177,091.13 | -$8,446.44 | -4.6% | | 333.52 | -12.7% | -3.7% | $44.25 | -0.9% | 65.1 | 0.6 | 35,98 | | | |
| 1 WOODFORD RESERVE | 6.44 | 0.10 | $11,413,490 | -$352,107 | -3.0% | | 23,644 | -687 | -2.7% | $40.23 | -0.3% | 15.7 | -1.5 | 26,348 | $199,502 | -0.4% | $433 |
| 2 BUFFALO TRACE | 6.21 | 0.56 | $10,991,597 | $514,263 | 4.9% | | 30,370 | 1,412 | 4.9% | $30.16 | 0.0% | 48.1 | -1.2 | 26,872 | $228,516 | 7.6% | $409 |
| 3 MAKER'S MARK | 6.13 | 0.34 | $10,861,319 | $107,285 | 1.0% | 5.2% | 28,129 | -318 | -1.1% | $32.18 | 2.1% | 65.1 | 0.6 | 35,980 | $166,789 | 0.1% | $302 |
| 4 BULLEIT WHISKEY | 5.00 | [0.04] | $8,857,730 | -$469,193 | -5.2% | 3.5% | 24,850 | -691 | -2.7% | $29.70 | -2.6% | 57.8 | -2.5 | 29,937 | $153,142 | -0.9% | $296 |
| 5 BLANTON | 4.78 | 0.75 | $8,471,298 | $983,045 | 13.1% | | 6,764 | 789 | 13.2% | $104.36 | -0.7% | 22.0 | 0.1 | 13,841 | $385,059 | 12.7% | $612 |
| 6 BASIL HAYDEN | 3.51 | [0.25] | $6,208,531 | -$759,767 | -10.8% | | 12,159 | -1,269 | -9.4% | $42.55 | -1.5% | 23.7 | -2.3 | 17,761 | $355,394 | -6.3% | $350 |
| 7 COLONEL EH TAYLOR | 3.43 | 2.09 | $6,081,858 | $3,567,206 | 143.8% | | 7,314 | 4,674 | 177.0% | $69.29 | -12.0% | 19.9 | 8.3 | 10,086 | $305,928 | 41.6% | $603 |
| 8 ANGELS ENVY WSKY | 3.30 | 0.55 | $5,847,890 | $748,889 | 14.7% | 2.3% | 8,369 | 563 | 7.2% | $58.23 | 7.0% | 38.9 | -2.9 | 14,520 | $150,370 | -23.3% | $403 |
| 9 ELIJAH CRAIG BRBN | 3.07 | [0.50] | $5,439,390 | -$1,186,534 | -17.9% | 2.6% | 11,281 | -2,026 | -15.2% | $40.18 | -3.2% | 44.4 | -2.3 | 19,088 | $122,481 | -13.7% | $285 |
| 10 FOUR ROSES | 2.97 | 0.27 | $5,259,253 | $253,809 | 5.1% | 6.6% | 9,796 | 637 | 7.0% | $44.74 | -1.8% | 35.4 | -3.2 | 14,061 | $148,777 | 14.7% | $374 |
| 11 KNOB CREEK | 2.90 | [0.44] | $5,135,922 | -$1,060,963 | -17.1% | 2.6% | 10,071 | -1,916 | -15.3% | $50.99 | 2.3% | 35.4 | -3.8 | 18,103 | $133,850 | -11.7% | $284 |
| 12 EAGLE RARE | 2.78 | 0.43 | $4,924,973 | $689,043 | 13.0% | | 7,289 | 761 | 11.7% | $56.30 | 1.3% | 23.2 | 0.6 | 14,295 | $212,375 | 10.3% | $345 |
| 13 JACK DANIEL'S | 2.28 | [0.13] | $4,030,337 | -$442,568 | -9.9% | 1.3% | 9,247 | -495 | -5.1% | $36.32 | -5.1% | 41.3 | -0.3 | 21,527 | $97,587 | -9.3% | $187 |
| 14 WILD TURKEY | 2.24 | [0.01] | $3,958,830 | -$211,835 | -5.1% | | 10,362 | -154 | -1.5% | $31.84 | -3.7% | 35.4 | -2.0 | 19,130 | $111,990 | 0.2% | $207 |
| 15 WHISTLEPIG WSKY | 2.13 | 0.30 | $3,780,327 | $376,070 | 11.1% | | 4,530 | 634 | 16.3% | $69.54 | -4.5% | 18.7 | 1.1 | 6,094 | $202,265 | 4.8% | $620 |
| 16 W.L. WELLER | 2.10 | [0.27] | $3,718,624 | -$684,065 | -15.5% | | 5,790 | -84 | -1.4% | $53.52 | -14.3% | 14.3 | 0.9 | 7,754 | $260,590 | -29.3% | $480 |
| 17 MICHTER'S WHISKEY | 1.76 | [0.02] | $3,122,701 | -$182,520 | -5.3% | | 4,859 | -236 | -4.6% | $53.56 | -3.3% | 27.4 | -1.6 | 9,164 | $114,092 | -0.4% | $341 |
| 18 OLD FORESTER | 1.65 | [0.31] | $2,912,190 | -$706,353 | -19.5% | | 4,721 | -1,181 | -20.0% | $51.42 | -0.2% | 14.1 | -2.5 | 4,798 | $206,317 | -5.2% | $607 |
| 19 1792 WHISKEY | 1.60 | 0.16 | $2,835,786 | $160,873 | 6.0% | 11.2% | 6,378 | 313 | 5.2% | $39.05 | 1.2% | 31.1 | -1.0 | 11,919 | $91,124 | 3.3% | $238 |
| 20 JEFFERSON'S WSKY | 1.54 | [0.01] | $2,730,357 | -$146,231 | -5.1% | 4.3% | 4,377 | -56 | -1.3% | $51.98 | -3.3% | 21.4 | -3.4 | 8,925 | $127,349 | 10.8% | $306 |
| 21 SKREWBALL WHISKEY | 1.51 | [0.35] | $2,681,595 | -$781,771 | -22.6% | 0.3% | 8,262 | -2,003 | -19.5% | $27.05 | -3.8% | 43.4 | -4.6 | 20,820 | $61,816 | -14.4% | $129 |
| 22 HIGH WEST WSKY | 1.30 | 0.09 | $2,295,482 | $50,440 | 2.2% | | 3,538 | -309 | -8.0% | $54.07 | 11.2% | 17.4 | -1.8 | 7,068 | $132,000 | 12.8% | $325 |
| 23 PENELOPE WHISKEY | 1.18 | 0.43 | $2,081,454 | $518,420 | 64.8% | | 3,161 | 1,238 | 69.7% | $54.88 | -2.9% | 11.4 | 1.6 | 2,934 | $182,584 | 12.6% | $709 |
| 24 TRAVELLER WHISKEY | 1.10 | [0.06] | $1,939,162 | -$210,393 | -9.8% | | 4,451 | -209 | -4.5% | $36.31 | -5.5% | 32.0 | -3.0 | 13,231 | $60,656 | -1.2% | $147 |
| 25 BOOKERS | 1.01 | 0.02 | $1,791,934 | -$41,054 | -2.2% | | 1,445 | -12 | -0.8% | $103.33 | -1.5% | 10.9 | 0.3 | 4,899 | $164,851 | -10.6% | $366 |
| 26 **UNCLE NEAREST WHISKEY** | 0.93 | 0.05 | $1,640,681 | $11,645 | 0.7% | 16.5% | 2,824 | 245 | 9.5% | $48.42 | -8.0% | 15.7 | -2.0 | 4,417 | $104,836 | 13.5% | $371 |
| 27 BARDSTOWN BOURBON COMPANY | 0.83 | 0.31 | $1,467,891 | $500,265 | 51.7% | | 2,208 | 1,065 | 93.1% | $55.39 | -21.4% | 11.9 | 5.3 | 2,899 | $123,042 | -17.8% | $506 |
| 28 RUSSELL'S RESERVE | 0.81 | [0.01] | $1,426,531 | -$88,324 | -5.8% | | 2,230 | -42 | -1.8% | $53.30 | -4.1% | 19.6 | -0.9 | 7,177 | $72,671 | -1.3% | $199 |

**Key observations from this period:**

- Uncle Nearest shows **positive dollar sales growth (+0.7%),** while the overall category declined more sharply (–4.6%).

- **Unit volume increased (+9.5%),** significantly outperforming a declining market (–3.7%).

- **Velocity increased (+13.5%),** indicating continued acceleration in retail sell-through.

- Distribution and store count declined modestly but remain broadly intact, with no indication of widespread retail disengagement.

**Context within the broader timeline:**

July reflects continued execution of the volume-led strategy associated with the expanded rollout of Nearest Green 84-proof at a $29.99 price point. Despite modest dollar growth, volume and velocity continued to increase, demonstrating sustained consumer demand and retailer support in advance of the filing of the lawsuit later in the month.

This period confirms that immediately prior to the lawsuit and the subsequent Receivership, Uncle Nearest continued to outperform a contracting category through deliberate portfolio strategy and strong retail sell-through, rather than short-term promotional effects.

**BRAND FAMILY REPORT: ALL DATA THRU 2025-08-09**

| | | $ | YOUR $ GROWTH | 7.2% | VOL | YOUR VOL GROWTH | 15.9% | YOUR DISTRO | 15.0 | STORES | 4,873 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL US XADC + LIQUOR OPEN | MARKET TIME CATEGORY | | MARKET $ GROWTH | -0.6% | | MARKET VOL GROWTH | 1.2% | MARKET DISTRO | 63.2 | | 34,591 |
| Latest 4 Wks (All) | | | YOUR $ SHARE CHANGE | | | YOUR VOL SHARE CHANGE | 0.10 | | | | |

**$ SHARE**

| $ RANK | UNCLE NEAREST | $ SHARE | PTS VS YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs LY | $RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $/PT CWD | VEL | $/STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YOUR TOTAL | 0.91 | 0.07 | $1,540,182 | $103,342 | 7.2% | | 2,544 | 348 | 15.9% | $50.44 | -7.5% | 15.0 | -1.4 | 4,873 | $102,747 | 17.2% | $316 |
| 26 | UNCLE NEAREST WHISKEY | 0.91 | 0.07 | $1,540,182 | $103,342 | 7.2% | 18.3% | 2,544 | 348 | 15.9% | $50.44 | -7.5% | 15.0 | -1.4 | 4,873 | $102,747 | 17.2% | $316 |

| $ RANK | BRAND FAMILY | $ SHARE | PTS VS YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs LY | $RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $/PT CWD | VEL | $/STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SELECTION TOTAL | 100.00 | - | $169,531,30 | -$997,72 | -0.6% | | 321,94 | 3.75 | 1.2% | $43.91 | -1.7% | 63.2 | 0.0 | 34,59 | | | |
| 1 | BUFFALO TRACE | 7.51 | 1.87 | $12,730,851 | -$3,113,121 | 32.4% | | 36,317 | 9,983 | 37.5% | $29.21 | -3.7% | 49.7 | 8.6 | 27,959 | $256,412 | 30.7% | $455 |
| 2 | WOODFORD RESERVE | 6.09 | (0.14) | $10,337,710 | -$299,905 | -2.8% | | 21,607 | -586 | -2.6% | $39.87 | -0.2% | 55.2 | -3.6 | 25,790 | $187,345 | 3.5% | $401 |
| 3 | MAKER'S MARK | 5.69 | (0.29) | $9,645,368 | -$536,980 | -5.3% | 4.1% | 25,328 | -1,249 | -4.7% | $31.74 | -0.6% | 63.2 | 0.0 | 34,591 | $152,713 | -5.2% | $279 |
| 4 | BULLEIT WHISKEY | 4.87 | (0.13) | $8,268,770 | -$287,663 | -3.1% | 1.4% | 22,725 | -493 | -2.1% | $30.32 | -1.0% | 58.2 | -0.6 | 30,327 | $146,687 | -0.1% | $292 |
| 5 | BLANTON | 4.20 | 0.39 | $7,123,629 | -$556,270 | 8.5% | | 5,960 | 369 | 7.0% | $101.30 | 1.3% | 21.9 | -1.0 | 12,661 | $333,972 | 13.6% | $563 |
| 6 | W.L. WELLER | 3.61 | 0.77 | $6,123,883 | $1,278,875 | 26.4% | | 7,652 | 1,984 | 34.5% | $66.70 | -6.0% | 12.8 | 1.6 | 7,614 | $479,928 | 10.0% | $804 |
| 7 | EAGLE RARE | 3.34 | 1.13 | $5,668,640 | $1,695,432 | 50.2% | 15.0% | 8,042 | 2,434 | 43.4% | $58.74 | 4.6% | 22.0 | 9.1 | 13,924 | $258,017 | 49.7% | $407 |
| 8 | BASIL HAYDEN | 3.32 | (0.42) | $5,628,935 | -$743,952 | -11.7% | | 10,936 | -1,448 | -11.7% | $42.89 | 0.0% | 43.6 | -2.6 | 17,948 | $129,223 | -6.4% | $314 |
| 9 | COLONEL E H TAYLOR | 3.30 | 1.57 | $5,591,338 | $2,823,689 | 102.0% | | 6,400 | 3,313 | 103% | $72.80 | 5.1% | 22.0 | 8.0 | 10,525 | $279,847 | 21.4% | $531 |
| 10 | ELIJAH CRAIG BRBN | 3.08 | (0.52) | $5,191,594 | -$317,109 | -5.0% | 1.5% | 10,644 | -1,673 | -15.0% | $40.65 | -0.3% | 43.2 | -3.0 | 19,356 | $120,092 | -9.5% | $268 |
| 11 | ANGELS ENVY WSKY | 2.98 | 0.17 | $5,061,100 | $263,281 | 5.5% | | 7,230 | 19 | 0.3% | $58.33 | 5.2% | 36.3 | -3.4 | 13,192 | $139,271 | 15.4% | $384 |
| 12 | KNOB CREEK | 2.91 | (0.41) | $4,940,899 | -$727,470 | -12.8% | 4.1% | 9,709 | -1,038 | -9.7% | $42.41 | -3.5% | 36.6 | -1.7 | 17,517 | $134,850 | -8.8% | $282 |
| 13 | JACK DANIEL'S | 2.76 | 0.50 | $4,673,874 | $823,758 | 21.6% | | 11,828 | 3,326 | 37.4% | $32.93 | -11.5% | 38.4 | -1.1 | 21,025 | $121,779 | 25.0% | $222 |
| 14 | FOUR ROSES | 2.67 | (0.06) | $4,523,558 | -$120,493 | -2.6% | | 8,445 | -205 | -2.5% | $44.64 | -3.8% | 33.3 | -2.5 | 13,554 | $135,517 | 5.1% | $334 |
| 15 | WILD TURKEY | 2.13 | (0.25) | $3,613,108 | -$459,030 | -11.1% | | 9,561 | -565 | -5.6% | $31.49 | -5.8% | 33.3 | -2.6 | 16,687 | $108,567 | -4.5% | $193 |
| 16 | WHISTLEPIG WSKY | 2.09 | 0.13 | $3,549,747 | $275,749 | 6.4% | | 4,374 | 805 | 22.5% | $67.64 | -11.5% | 17.2 | | 5,688 | $206,141 | -1.4% | $624 |
| 17 | MICHTER'S WHISKEY | 1.79 | 0.08 | $3,036,372 | $97,701 | 3.0% | 1.3% | 4,758 | 168 | 3.7% | $53.19 | -0.7% | 27.2 | -0.8 | 9,440 | $111,796 | -6.0% | $322 |
| 18 | OLD FORESTER | 1.75 | (0.25) | $2,976,114 | -$444,806 | -13.0% | | 4,785 | -837 | -14.9% | $51.83 | 2.2% | 13.1 | -1.1 | 4,582 | $227,532 | -5.5% | $650 |
| 19 | 1792 WHISKEY | 1.58 | (0.14) | $2,681,136 | -$254,909 | -8.7% | 8.1% | 5,929 | -539 | -8.3% | $37.68 | -0.4% | 29.4 | -1.7 | 11,529 | $91,164 | -3.5% | $233 |
| 20 | SKRE WBALL WHISKEY | 1.48 | (0.28) | $2,511,665 | -$445,278 | -15.5% | 2.1% | 7,905 | -1,112 | -12.3% | $31.77 | -1.1% | 26.7 | -2.7 | 21,083 | $60,059 | -11.9% | $119 |
| 21 | JEFFERSONS WSKY | 1.46 | (0.13) | $2,478,336 | -$52,697 | -3.1% | | 4,051 | 248 | 6.5% | $50.98 | -4.1% | 20.0 | -0.2 | 8,206 | $123,979 | -1.2% | $302 |
| 22 | PENELOPE WHISKEY | 1.36 | 0.63 | $2,300,473 | $1,165,900 | 102.8% | | 3,273 | 1,606 | 96.3% | $58.58 | -3.3% | 11.4 | 3.7 | 3,219 | $201,619 | 37.4% | $715 |
| 23 | HIGH WEST WSKY | 1.24 | 0.10 | $2,103,300 | $162,779 | 8.4% | | 3,307 | -42 | -1.2% | $53.01 | 9.7% | 16.5 | -0.8 | 7,183 | $127,473 | 13.6% | $293 |
| 24 | TRAVELLER WHISKEY | 0.97 | (0.11) | $1,644,159 | -$188,891 | -10.3% | | 3,787 | -213 | -5.3% | $36.18 | -5.3% | 30.0 | -1.9 | 12,544 | $54,769 | -4.7% | $131 |
| 25 | RUSSELL'S RESERVE | 0.91 | (0.56) | $1,549,188 | -$386,275 | -38.5% | | 2,250 | -382 | -34.5% | $57.38 | -28.0% | 19.8 | -0.1 | 6,305 | $78,242 | -38.3% | $246 |
| 26 | UNCLE NEAREST WHISKEY | 0.91 | 0.07 | $1,540,182 | $103,342 | 7.2% | 18.3% | 2,544 | 348 | 15.9% | $50.44 | -7.5% | 15.0 | -1.4 | 4,873 | $102,747 | 17.2% | $316 |

**Key observations from this period:**

- Uncle Nearest **shows strong dollar sales growth (+7.2%),** while the overall category was relatively flat (–0.6%).

- **Unit volume increased materially (+15.9%)**, outperforming the broader market (+1.2%).

- **Velocity increased (+17.2%)**, indicating accelerating retail sell-through.

- Distribution and store count remained stable, with no indication of retail pullback.

**Context within the broader timeline:**

This period reflects continued momentum following the filing of the lawsuit on July 28, 2025. Despite the litigation, volume and velocity accelerated, indicating sustained consumer demand and retailer support.

August therefore confirms that the lawsuit itself did not disrupt retail performance. Instead, immediately prior to the appointment of the Receiver later in August, Uncle Nearest continued to outperform the broader category through deliberate portfolio strategy and strong retail execution.

**BRAND FAMILY REPORT: ALL DATA THRU 2025-09-06**

| | | | | |
|---|---|---|---|---|
| (HOME) | TOTAL US XAOC + LIQUOR OPEN STATE + CON | MARKET TIME CATEGORY | | |
| | Latest 4 Wks | | | |
| | (All) | | | |

| | | $ | VOL | | |
|---|---|---|---|---|---|
| YOUR $ GROWTH | -8.2% | YOUR VOL GROWTH | 7.2% | YOUR DISTRO | 15.0 |
| MARKET $ GROWTH | -6.8% | MARKET VOL GROWTH | -4.4% | MARKET DISTRO | 64.0 |
| YOUR $ SHARE CHANGE | (0.01) | YOUR VOL SHARE CHANGE | 0.09 | | |

STORES: YOUR 3,968 / MARKET 35,272

| $ SHARE | | | SALES VOLUME | | | | PRICE (750ML) | | DISTRIBUTION | | | VELOCITY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| $ RANK | UNCLE NEAREST | $ SHARE | PTS vs YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs YA | $/RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $/PT CWD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YOUR TOTAL | 0.94 | (0.01) | $1,589,903 | -$141,603 | -8.2% | | 2,743 | 184 | 7.2% | $48.30 | -14.3% | 15.0 | -2.4 | 3,968 | $105,712 | 6.6% | $401 |
| 24 | UNCLE NEAREST WHISKEY | 0.94 | (0.01) | $1,589,903 | -$141,603 | -8.2% | 15.7% | 2,743 | 184 | 7.2% | $48.30 | -14.3% | 15.0 | -2.4 | 3,968 | $105,712 | 6.6% | $401 |

| $ RANK | BRAND FAMILY | $ SHARE | PTS VS YA | $SALES | vs YA | % vs LY | % INNOV | VOL | vs YA | % vs LY | $/RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $/PT CWD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SELECTION TOTAL | 100.00 | - | $169,519,90 | -$12,358,97 | -6.8% | -8.6% | 324,49 | -15,10 | -4.4% | $43.53 | -2.5% | 64.0 | -0.8 | 35,27 | | | |
| 1 | BUFFALO TRACE | 7.50 | 1.94 | $12,716,432 | $2,601,044 | 25.7% | 0.2% | 36,055 | 8,883 | 31.9% | $28.88 | -4.7% | 51.3 | 2.8 | 28,795 | $247,932 | 18.9% | $442 |
| 2 | WOODFORD RESERVE | 6.41 | 0.20 | $10,859,165 | -$430,884 | -3.8% | | 22,442 | -741 | -3.2% | $40.32 | -0.6% | 55.8 | -2.6 | 27,221 | $194,783 | 0.6% | $399 |
| 3 | MAKER'S MARK | 5.83 | (0.36) | $9,877,672 | -$1,377,623 | -12.2% | 1.3% | 25,903 | -3,140 | -10.8% | $31.78 | -11.6% | 64.0 | -0.8 | 35,272 | $154,411 | -11.2% | $280 |
| 4 | BULLEIT WHISKEY | 4.96 | (0.05) | $8,414,442 | -$699,380 | -7.7% | 2.0% | 23,119 | -1,620 | -6.5% | $30.33 | -1.2% | 57.1 | -1.1 | 28,878 | $147,363 | -5.8% | $291 |
| 5 | BLANTON | 4.18 | 0.62 | $7,088,501 | $615,158 | 9.5% | | 5,812 | 536 | 10.2% | $101.63 | -0.6% | 22.5 | 0.0 | 13,477 | $314,625 | 9.6% | $526 |
| 6 | BASIL HAYDEN | 3.68 | (0.08) | $6,234,517 | -$601,589 | -8.8% | 9.7% | 12,367 | -955 | -7.2% | $42.01 | -1.8% | 45.2 | -1.6 | 18,515 | $137,932 | -5.6% | $337 |
| 7 | ELIJAH CRAIG BRBN | 3.32 | (0.09) | $5,623,367 | -$576,209 | -9.3% | 9.7% | 11,337 | -1,378 | -10.8% | $41.34 | 1.7% | 42.5 | -3.3 | 19,238 | $132,190 | -2.3% | $292 |
| 8 | W.L. WELLER | 3.30 | (0.22) | $5,600,279 | -$801,761 | -12.5% | | 7,892 | -215 | -2.6% | $59.13 | -10.1% | 12.8 | -0.2 | 7,127 | $437,522 | -11.4% | $786 |
| 9 | EAGLE RARE | 2.98 | 1.02 | $5,053,226 | $1,491,432 | 41.9% | 11.0% | 7,020 | 1,750 | 33.2% | $59.99 | 6.5% | 22.2 | 1.0 | 13,715 | $227,828 | 35.5% | $368 |
| 10 | FOUR ROSES | 2.98 | 0.03 | $5,051,753 | -$312,636 | -5.8% | 12.1% | 9,025 | -350 | -3.7% | $46.65 | -2.2% | 34.4 | -2.4 | 14,076 | $146,853 | 0.7% | $359 |
| 11 | KNOB CREEK | 2.96 | (0.24) | $5,017,188 | -$808,348 | -13.9% | 3.2% | 9,931 | -1,475 | -12.9% | $42.10 | -1.1% | 36.8 | -1.3 | 17,705 | $136,300 | -10.8% | $283 |
| 12 | ANGELS ENVY WSKY | 2.95 | 0.18 | $5,000,977 | -$39,178 | -0.8% | 18.9% | 7,452 | -112 | -1.5% | $55.93 | 0.7% | 35.5 | -3.9 | 13,940 | $140,754 | 10.1% | $359 |
| 13 | COLONEL EH TAYLOR | 2.78 | 1.11 | $4,715,650 | $1,674,799 | 55.1% | | 5,436 | 2,160 | 65.9% | $72.29 | -6.5% | 19.0 | 0.0 | 9,601 | $248,716 | 6.0% | $478 |
| 14 | JACK DANIEL'S | 2.19 | (0.24) | $3,707,044 | -$698,836 | -15.9% | 0.4% | 8,552 | -1,210 | -12.4% | $36.12 | -4.0% | 39.0 | -2.7 | 20,995 | $95,052 | -10.1% | $177 |
| 15 | WILD TURKEY | 2.14 | (0.17) | $3,627,049 | -$581,678 | -13.8% | 4.1% | 9,510 | -1,048 | -9.9% | $31.78 | -4.3% | 32.5 | -5.0 | 18,634 | $111,464 | -0.7% | $195 |
| 16 | WHISTLEPIG WSKY | 2.02 | 0.25 | $3,427,322 | -$213,875 | 6.7% | 20.5% | 4,055 | 141 | 3.6% | $70.44 | 3.0% | 18.0 | -0.3 | 5,906 | $190,725 | 8.1% | $580 |
| 17 | MICHTER'S WHISKEY | 1.79 | 0.08 | $3,035,112 | -$578,223 | -2.5% | | 4,950 | 19 | 0.4% | $51.09 | -2.9% | 27.1 | -0.4 | 9,826 | $112,121 | -1.2% | $309 |
| 18 | OLD FORESTER | 1.68 | (0.14) | $2,841,652 | -$467,034 | -14.1% | | 4,745 | -777 | -14.1% | $49.90 | -0.1% | 13.6 | -1.6 | 5,075 | $208,485 | -4.0% | $560 |
| 19 | SKREWBALL WHISKEY | 1.55 | (0.16) | $2,622,002 | -$463,340 | -15.5% | | 8,117 | -1,054 | -11.5% | $26.92 | -4.6% | 42.4 | -2.8 | 21,417 | $61,825 | -9.8% | $122 |
| 20 | JEFFERSON'S WSKY | 1.53 | (0.20) | $2,588,918 | -$248,492 | -8.8% | 8.5% | 4,313 | 106 | 2.5% | $50.02 | -11.0% | 21.7 | 0.5 | 8,601 | $119,140 | -10.9% | $301 |
| 21 | 1792 WHISKEY | 1.52 | 0.02 | $2,583,082 | -$148,925 | -5.5% | 12.7% | 5,817 | -216 | -3.6% | $37.01 | -1.9% | 29.9 | -1.9 | 11,431 | $86,304 | 0.5% | $226 |
| 22 | PENELOPE WHISKEY | 1.22 | 0.57 | $2,064,802 | $887,955 | 75.5% | 45.9% | 3,018 | 1,256 | 71.3% | $57.01 | 2.4% | 10.9 | 3.1 | 2,905 | $189,780 | 25.9% | $711 |
| 23 | HIGH WEST WSKY | 1.21 | 0.01 | $2,046,625 | -$136,545 | -6.3% | 6.7% | 3,368 | -542 | -13.9% | $50.65 | 8.8% | 17.3 | -2.8 | 6,837 | $118,645 | 9.0% | $299 |
| 24 | UNCLE NEAREST WHISKEY | 0.94 | (0.01) | $1,589,903 | -$141,603 | -8.2% | 15.7% | 2,743 | 184 | 7.2% | $48.30 | -14.3% | 15.0 | -2.4 | 3,968 | $105,712 | 6.6% | $401 |

**Key observations from this period:**

- Uncle Nearest shows a **significant decline in dollar sales (–8.2%),** exceeding the overall category decline (–6.8%).

- **Unit volume increased (+7.2%),** while the broader market declined (–4.4%), indicating continued consumer demand where product remained available.

- **Velocity remained positive (+6.6%)** but moderated relative to the consistently higher levels observed throughout most of the year, reflecting reduced retail execution rather than a collapse in consumer interest.

- Distribution and store count declined, indicating reduced retail access during the period.

**Context within the broader timeline:**

This period follows the appointment of the Receiver and marks the first sustained divergence from the Company's pre-Receivership performance pattern. In prior months, dollar sales, volume, and velocity moved together, reflecting coordinated retail execution and distribution support. In September, that alignment breaks: consumer demand and sell-through remained intact, while dollar sales declined as distribution and execution contracted.

This pattern is consistent with operational and commercial disruption following the onset of the Receivership, rather than a demand-driven decline, and represents a clear inflection point in the Company's retail performance.

# Monthly Nielsen Retail Performance Snapshot – October 2025

**BRAND FAMILY REPORT: ALL DATA THRU 2025-10-04**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **$** | | **VOL** | **YOUR DISTRO** 13.1 | **STORES** |
| | | YOUR $ GROWTH **-25.3%** | | YOUR VOL GROWTH **-13.6%** | MARKET DISTRO 63.2 | **4,014** |
| [HOME] | **TOTAL US XAOC + LIQUOR OPEN** MARKET TIME | MARKET $ GROWTH -11.0% | | MARKET VOL GROWTH -7.1% | | 35,167 |
| | **Latest 4 Wks** CATEGORY | YOUR $ SHARE CHANGE (0.15) | | YOUR VOL SHARE CHANGE (0.05) | | |
| | **(All)** | | | | | |

| | | **$ SHARE** | | **$SALES** | | **SALES/VOLUME** | **VOL** | | | **PRICE (750ML)** | | **DISTRIBUTION** | | | **VELOCITY** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **$ RANK** | **UNCLE NEAREST** | **$ SHARE** | **PTS vs YA** | **$SALES** | **vs YA** | **% vs YA** | **% INNOV** | **VOL** | **vs YA** | **% vs YA** | **$RETAIL** | **% vs YA** | **MAX CWD** | **PTS vs YA** | **MAX STORES SELLING** | **$/PT CWD** | **% vs YA** | **$/STORE** |
| | YOUR TOTAL | 0.80 | (0.15) | $1,334,550 | -$451,119 | -25.3% | | 2,312 | -363 | -13.6% | $48.11 | -13.5% | 13.1 | -4.2 | 4,014 | $102,108 | -1.2% | $332 |
| 28 | UNCLE NEAREST WHISKEY | 0.80 | (0.15) | $1,334,550 | -$451,119 | -25.3% | 13.7% | 2,312 | -363 | -13.6% | $48.11 | -13.5% | 13.1 | -4.2 | 4,014 | $102,108 | -1.2% | $332 |

| **$ RANK** | **BRAND FAMILY** | **$ SHARE** | **PTS vs YA** | **$SALES** | **vs YA** | **% vs LY** | **% INNOV** | **VOL** | **vs YA** | **% vs LY** | **$RETAIL** | **% vs YA** | **MAX CWD** | **PTS vs YA** | **MAX STORES SELLING** | **$/PT CWD** | **% vs YA** | **$/STORE** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **SELECTION TOTAL** | 100.00 | - | $166,751,611 | -$20,591,811 | -11.0% | -4.2% | 322.17 | -24.52 | -7.1% | $43.13 | -4.2% | 63.2 | -0.3 | 35,167 | | | |
| 1 | BUFFALO TRACE | 7.50 | 2.21 | $12,500,231 | $2,598,389 | 26.2% | 0.2% | 35,950 | 8,372 | 30.5% | $29.06 | -3.2% | 55.2 | -3.5 | 28,768 | $239,514 | 18.3% | $435 |
| 2 | WOODFORD RESERVE | 6.43 | 0.27 | $10,726,226 | -$813,088 | -7.1% | | 22,731 | -1,555 | -6.4% | $39.22 | -0.3% | 55.4 | -3.5 | 26,945 | $193,579 | -1.2% | $398 |
| 3 | MAKER'S MARK | 6.24 | (0.17) | $10,409,575 | -$1,601,974 | -13.3% | 5.6% | 26,728 | -3,685 | -12.1% | $32.45 | -1.4% | 63.2 | -0.3 | 35,167 | $164,735 | -13.0% | $296 |
| 4 | BULLEIT WHISKEY | 5.13 | 0.19 | $8,547,148 | -$698,413 | -7.6% | | 23,659 | -1,569 | -6.2% | $30.11 | -1.4% | 56.0 | -2.3 | 29,934 | $152,709 | -3.8% | $286 |
| 5 | BLANTON | 3.77 | 0.25 | $6,288,218 | -$316,429 | -4.8% | | 5,191 | -184 | -3.4% | $104.95 | -1.4% | 21.4 | -0.4 | 12,549 | $294,536 | -3.4% | $501 |
| 6 | BASIL HAYDEN | 3.55 | (0.18) | $5,913,947 | -$1,025,974 | -14.8% | | 11,597 | -1,824 | -13.6% | $42.50 | -1.4% | 41.4 | -1.8 | 18,128 | $136,203 | -11.5% | $326 |
| 7 | ELIJAH CRAIG BRBN | 3.23 | (0.04) | $5,383,438 | -$734,392 | -12.0% | | 11,585 | -1,410 | -10.8% | $38.73 | -1.3% | 42.7 | -3.0 | 19,598 | $126,046 | -5.8% | $275 |
| 8 | W.L. WELLER | 3.16 | (0.61) | $5,275,147 | -$1,798,509 | -25.4% | | 7,297 | -1,374 | -15.8% | $60.24 | -11.4% | 12.6 | -0.3 | 7,303 | $419,328 | -23.9% | $722 |
| 9 | ANGELS ENVY WSKY | 3.08 | 0.20 | $5,130,985 | -$267,655 | -5.0% | 9.1% | 7,387 | -589 | -7.4% | $57.89 | -2.6% | 34.7 | -4.0 | 13,968 | $147,995 | 6.0% | $367 |
| 10 | KNOB CREEK | 3.00 | (0.33) | $5,004,368 | -$1,232,527 | -19.8% | | 9,750 | -2,146 | -18.0% | $35.64 | -1.6% | 36.9 | -1.8 | 17,775 | $135,510 | -15.6% | $282 |
| 11 | EAGLE RARE | 2.84 | 0.93 | $4,728,485 | $1,276,903 | 37.0% | 0.7% | 6,918 | 1,584 | 30.2% | $57.67 | 5.2% | 23.2 | 2.2 | 13,804 | $203,902 | 24.3% | $342 |
| 12 | COLONEL EH TAYLOR | 2.82 | 1.43 | $4,704,075 | $2,101,532 | 80.7% | 0.7% | 5,429 | 2,612 | 92.7% | $72.21 | -6.2% | 19.8 | 7.4 | 10,317 | $238,060 | 13.2% | $456 |
| 13 | FOUR ROSES | 2.72 | (0.17) | $4,527,702 | -$240,372 | -5.0% | | 8,422 | -607 | -6.7% | $44.80 | 1.8% | 33.4 | -4.2 | 13,490 | $135,682 | 6.8% | $336 |
| 14 | WILD TURKEY | 2.18 | (0.17) | $3,636,411 | -$773,716 | -17.5% | | 9,940 | -1,174 | 10.6% | $30.49 | -7.8% | 34.5 | -1.8 | 19,667 | $105,312 | -13.3% | $195 |
| 15 | JACK DANIEL'S | 2.17 | (0.39) | $3,615,522 | -$1,164,484 | -24.4% | | 8,367 | -2,128 | -20.3% | $36.01 | -5.1% | 37.3 | -4.1 | 20,373 | $97,009 | -16.0% | $177 |
| 16 | WHISTLEPIG WSKY | 2.04 | 0.37 | $3,394,948 | $273,535 | 8.8% | | 4,075 | 305 | 8.1% | $69.41 | 0.6% | 18.3 | 1.2 | 6,423 | $185,975 | 1.7% | $528 |
| 17 | MICHTER'S WHISKEY | 1.92 | 0.14 | $3,198,074 | -$139,037 | -4.2% | | 4,952 | -233 | -4.5% | $53.81 | 0.3% | 26.6 | -0.8 | 9,568 | $120,048 | -1.4% | $334 |
| 18 | OLD FORESTER | 1.68 | (0.38) | $2,804,667 | -$1,053,196 | -27.3% | | 4,626 | -1,276 | -20.8% | $50.53 | -8.2% | 22.6 | -3.2 | 4,840 | $220,147 | -9.3% | $580 |
| 19 | 1792 WHISKEY | 1.53 | (0.29) | $2,558,191 | -$186,775 | 7.0% | | 5,890 | 498 | 8.4% | $36.19 | -1.0% | 21.7 | -2.5 | 11,168 | $87,790 | 16.1% | $229 |
| 20 | SKREWBALL WHISKEY | 1.52 | (0.06) | $2,542,118 | -$417,550 | -14.1% | 0.0% | 7,787 | -950 | -10.3% | $27.20 | -4.3% | 40.8 | -2.9 | 21,021 | $62,322 | -8.1% | $121 |
| 21 | PENELOPE WHISKEY | 1.49 | 0.73 | $2,481,948 | $1,146,286 | 85.8% | | 3,534 | 1,603 | 80.0% | $58.52 | 1.6% | 11.1 | 2.9 | 2,918 | $223,801 | 66.8% | $851 |
| 22 | JEFFERSON'S WSKY | 1.45 | (0.04) | $2,420,133 | -$382,806 | -13.7% | | 4,003 | -444 | -10.0% | $50.38 | -4.1% | 20.9 | -2.4 | 8,289 | $115,651 | -3.8% | $292 |
| 23 | HIGH WEST WSKY | 1.16 | (0.02) | $1,942,448 | -$282,870 | -12.7% | | 3,289 | -372 | -4.5% | $49.22 | 0.8% | 17.9 | -1.1 | 7,077 | $110,397 | -7.2% | $274 |
| 24 | BARDSTOWN BOURBON COMPANY | 0.98 | (0.01) | $1,641,895 | -$219,277 | -11.8% | | 2,355 | -92 | -4.5% | $63.50 | 15.6% | 10.5 | -1.9 | 2,586 | $156,222 | -7.7% | $635 |
| 25 | TRAVELLER WHISKEY | 0.93 | (0.19) | $1,547,907 | -$542,784 | -26.0% | | 3,704 | -928 | -20.0% | $34.83 | -7.4% | 27.3 | -6.4 | 11,768 | $56,700 | -8.7% | $132 |
| 26 | BOOKERS | 0.86 | 0.14 | $1,430,147 | $94,464 | 7.1% | 3.9% | 1,169 | 153 | 15.0% | $101.91 | -6.3% | 9.7 | 0.7 | 4,527 | $146,832 | 22.3% | $315 |
| 27 | RUSSELL'S RESERVE | 0.83 | (0.65) | $1,377,422 | -$1,386,714 | -50.2% | 13.7% | 2,056 | -972 | -32.1% | $55.84 | -26.6% | 17.8 | -3.1 | 6,363 | $77,470 | -41.4% | $216 |
| 28 | **UNCLE NEAREST WHISKEY** | **0.80** | **(0.15)** | **$1,334,550** | **-$451,119** | **-25.3%** | **13.7%** | **2,312** | **-363** | **-13.6%** | **$48.11** | **-13.5%** | **13.1** | **-4.2** | **4,014** | **$102,108** | **-1.2%** | **$332** |

---

## Key observations from this period:

- Uncle Nearest shows a **sharp decline in dollar sales (–25.3%),** materially exceeding the overall category decline (–11.0%).

- **Unit volume declined (–13.6%),** underperforming the broader market (–7.1%), indicating reduced product availability and retailer reordering.

- **Velocity turned negative (–1.2%),** representing a further deterioration from September's moderated but still positive levels.

- Distribution and store count declined further, reflecting continued contraction in retail access during the period.

## Context within the broader timeline:

October reflects a continuation and escalation of the post-Receivership disruption first observed in September. Unlike earlier periods—when consumer demand and sell-through remained resilient despite reduced execution—October shows that sustained distribution contraction and limited retail execution have now materially impacted volume and velocity.

Although broader market conditions remained challenging, similar conditions existed throughout much of the prior year without producing a comparable deterioration in Uncle Nearest's relative performance.

This progression from dollar declines (September) to volume and velocity declines (October) is consistent with operational and commercial constraints compounding over time, rather than a sudden shift in consumer preference or category dynamics.

Case 4:25-cv-00038-CEA-CHS    Document 137    Filed 02/05/26    Page 81 of 107    PageID #: 4036

BRAND FAMILY REPORT: ALL DATA THRU 2025-11-01

| | | | YOUR $ GROWTH | $ -14.8% | YOUR VOL GROWTH | VOL -7.1% | YOUR DISTRO | 14.1 | STORES | 4,150 |
| | | | MARKET $ GROWTH | -7.7% | MARKET VOL GROWTH | -5.2% | MARKET DISTRO | 74.5 | | 48,204 |
| (HOME) | TOTAL US XAOC + LIQUOR OPEN $ | MARKET | YOUR $ SHARE CHANGE | (0.04) | YOUR VOL SHARE CHANGE | (0.0) | | | | |
| | Latest 4 Wks | TIME | | | | | | | | |
| | (All) | CATEGORY | | | | | | | | |
| | | $ SHARE | | | SALES VOLUME | | PRICING/MARGIN | | DISTRIBUTION | VELOCITY |

| $ RANK UNCLE NEAREST | $ SHARE | PTS VS YA | $ SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs YA | $/RETAIL | % vs YA | MAX PTS vs YA | STORES | $/PT CVD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YOUR TOTAL | 0.50 | (0.04) | $1,362,794 | -$226,875 | -14.8% | | 2,330 | -177 | -7.1% | $48.75 | -8.3% | 14.1 -3.1 | 4,150 | $96,789 | 3.9% | $328 |
| 34 UNCLE NEAREST WHISKEY | 0.50 | (0.04) | $1,362,794 | -$226,875 | -14.8% | | 2,330 | -177 | -7.1% | $48.75 | -8.3% | 14.1 -3.1 | 4,150 | $96,789 | 3.9% | $328 |

| $ RANK BRAND FAMILY | $ SHARE | PTS VS YA | $ SALES | vs YA | % vs LY | % INNOV | VOL | vs YA | % vs LY | $/RETAIL | % vs YA | MAX PTS vs YA | STORES | $/PT CVD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SELECTION TOTAL | 100.00 | | $269,967,25 | -$22,423,78 | -7.7% | | 666,27 | -36,4 | -5.2% | $33.77 | -2.5% | 74.5 -1.6 | 48,204 | | | |
| 1 JACK DANIEL'S | 13.74 | 1.25 | $37,085,860 | $562,285 | 1.5% | | 120,056 | 2,693 | 2.3% | $25.74 | -0.7% | 74.5 -1.6 | 48,204 | $497,730 | 3.7% | $769 |
| 2 JIM BEAM BRBN | 7.26 | (0.02) | $19,601,110 | -$1,657,639 | -7.8% | | 86,228 | -3,978 | -4.4% | $18.94 | 2.7% | 56.7 -2.8 | 38,293 | $345,516 | -3.3% | $512 |
| 3 WOODFORD RESERVE | 5.02 | 0.17 | $13,542,260 | -$157,177 | -0.4% | | 28,073 | -46 | -0.2% | $32.36 | -0.3% | 57.6 -1.8 | 27,894 | $235,190 | 2.7% | $485 |
| 4 MAKER'S MARK | 4.89 | 0.03 | $13,210,582 | -$1,087,273 | -7.7% | | 34,095 | -1,597 | -4.3% | $32.36 | -3.6% | 65.6 -0.8 | 36,884 | $200,830 | -3.0% | $358 |
| 5 BUFFALO TRACE | 4.81 | 1.27 | $12,994,444 | $2,601,415 | 23.8% | | 37,169 | 5,499 | 20.5% | $29.13 | -4.4% | 52.7 4.5 | 29,396 | $246,388 | 13.4% | $442 |
| 6 BULLEIT WHISKEY | 4.09 | (0.27) | $10,821,179 | -$712,655 | -6.3% | | 29,117 | -1,869 | -8.0% | $30.57 | 1.9% | 54.6 -3.3 | 29,790 | $191,322 | -4.9% | $364 |
| 7 FOUR ROSES | 2.86 | 0.05 | $7,778,090 | -$288,105 | -4.7% | | 18,219 | -689 | -3.6% | $35.26 | -1.1% | 42.4 -0.4 | 16,395 | $182,114 | -2.9% | $420 |
| 8 BLANTON | 2.72 | 0.33 | $7,345,451 | $869,342 | 5.2% | | 6,927 | 460 | 8.2% | $101.57 | -2.5% | 23.0 1.6 | 12,582 | $318,229 | -2.2% | $584 |
| 9 EVAN WILLIAMS | 2.54 | (0.07) | $6,847,463 | -$773,700 | -10.2% | | 33,291 | -4,047 | -10.8% | $17.14 | 0.7% | 45.2 -1.5 | 26,860 | $151,627 | -7.3% | $237 |
| 10 KNOB CREEK | 2.44 | 0.07 | $6,585,230 | -$243,338 | -5.0% | | 11,345 | -144 | -1.1% | $48.37 | 5.5% | 37.9 -1.5 | 17,718 | $176,359 | -1.0% | $372 |
| 11 BASIL HAYDEN | 2.41 | 0.09 | $6,510,822 | -$1,901,433 | -19.5% | | 12,564 | -1,361 | -10.5% | $43.19 | -1.1% | 46.0 -1.0 | 19,287 | $141,447 | -12.8% | $338 |
| 12 ELIJAH CRAIG BRBN | 2.37 | (0.30) | $6,395,800 | -$1,395,053 | -17.9% | | 13,768 | -1,762 | -11.3% | $38.71 | -7.4% | 44.9 -2.0 | 14,287 | $142,287 | -14.8% | $396 |
| 13 WILD TURKEY | 2.31 | (0.05) | $6,232,399 | -$2,429,154 | -28.0% | | 19,077 | -4,529 | -19.2% | $27.23 | -11.0% | 37.0 -5.0 | 19,870 | $178,669 | -21.4% | $336 |
| 14 ANGELS ENVY VSKY | 2.18 | (0.01) | $5,895,814 | -$521,805 | -8.1% | | 8,543 | -739 | -8.0% | $57.51 | -0.2% | 36.8 -3.0 | 14,476 | $160,212 | -0.8% | $407 |
| 15 COLONEL EH TAYLOR | 2.10 | 0.08 | $5,668,925 | $2,459,690 | 82.4% | | 6,959 | 3,413 | 99.4% | $71.54 | -8.5% | 21.3 6.1 | 15,080 | $252,527 | 7.8% | $531 |
| 16 OLE SMOKY | 1.99 | (0.17) | $5,380,387 | -$931,027 | -14.8% | | 20,108 | -2,558 | -8.1% | $22.27 | -0.4% | 26.8 -2.4 | 12,205 | $200,911 | -7.0% | $441 |
| 17 EAGLE RARE | 1.95 | 0.71 | $5,250,910 | $1,642,798 | 45.5% | | 7,606 | 2,047 | 38.8% | $67.53 | 9.4% | 22.8 3.3 | 13,097 | $230,404 | 37.3% | $401 |
| 18 V.L. VELLER | 1.88 | 0.41 | $5,083,787 | $922,860 | 22.2% | | 7,461 | -1 | 0.0% | $56.78 | -9.6% | 13.1 -0.4 | 7,386 | $388,966 | -7.5% | $709 |
| 19 OLD FORESTER | 1.50 | (0.15) | $4,046,526 | -$784,446 | -16.2% | | 10,941 | -1,107 | -9.2% | $41.84 | -4.6% | 23.3 -2.7 | 10,142 | $173,447 | -8.7% | $399 |
| 20 WHISTLEPIG VSKY | 1.39 | (0.07) | $3,715,582 | -$925,590 | -19.9% | | 4,876 | -224 | -5.3% | $86.50 | -2.0% | 16.9 -1.7 | 7,886 | $189,639 | -12.4% | $599 |
| 21 HIGH WEST VSKY | 1.28 | (0.17) | $3,441,215 | -$771,044 | -18.3% | | 4,347 | -522 | -10.5% | $66.35 | -2.6% | 19.1 -1.8 | 7,341 | $180,911 | -10.2% | $485 |
| 22 SKREVBALL WHISKEY | 1.20 | (0.11) | $3,245,623 | -$559,595 | -15.2% | | 9,392 | -1,578 | -13.7% | $27.24 | -1.7% | 44.3 -1.7 | 22,416 | $73,199 | -12.0% | $145 |
| 23 PENELOPE WHISKEY | 1.20 | 0.49 | $3,234,838 | $1,183,032 | 56.5% | | 6,955 | 1,879 | 12.2% | $61.91 | -3.8% | 11.2 3.1 | 3,893 | $289,341 | 13.4% | $964 |
| 24 1792 WHISKEY | 1.03 | 0.04 | $2,840,868 | $323,325 | 12.8% | | 6,553 | 775 | 13.4% | $36.13 | -0.6% | 18.3 0.7 | 10,983 | $91,376 | 8.9% | $225 |
| 25 JEFFERSON'S VSKY | 1.00 | (0.04) | $2,704,290 | -$329,687 | -11.2% | | 4,499 | -464 | -3.5% | $50.09 | -7.9% | 22.1 -1.9 | 9,398 | $122,421 | -3.5% | $288 |
| 26 BARDSTOWN BOURBON COMPANY | 0.77 | 0.12 | $2,073,185 | $197,119 | 9.2% | | 2,602 | 318 | 13.9% | $79.73 | -5.1% | 9.0 1.7 | 3,036 | $231,007 | -7.7% | $683 |
| 27 RUSSELL'S RESERVE | 0.60 | (0.23) | $1,628,272 | -$886,726 | -37.7% | | 2,441 | -344 | -20.9% | $55.55 | -13.3% | 15.9 -5.0 | 6,511 | $102,373 | -29.2% | $250 |
| 28 BOOKERS | 0.58 | 0.11 | $1,578,601 | $740,953 | -31.9% | | 1,295 | -548 | -29.7% | $100.56 | -3.2% | 3.9 -0.9 | 4,971 | $153,234 | -25.0% | $398 |
| 29 BIRD DOG VSKY | 0.58 | (0.05) | $1,578,297 | -$263,649 | -14.6% | | 6,432 | -1,096 | -14.5% | $20.45 | 0.0% | 13.9 -2.9 | 6,475 | $110,302 | 2.6% | $244 |
| 30 TRAVELLER WHISKEY | 0.56 | 0.00 | $1,523,107 | -$647,790 | -29.8% | | 3,627 | -1,176 | -24.5% | $34.13 | -5.9% | 9.7 -2.9 | 5,710 | $93,163 | -5.8% | $265 |
| 31 TX WHISKEY | 0.54 | (0.00) | $1,462,180 | -$131,192 | -8.2% | | 1,729 | -69 | -4.8% | $70.46 | -3.5% | 15.4 -0.2 | 4,297 | $94,885 | -5.3% | $340 |
| 32 VILLETT VSKY | 0.54 | (0.00) | $1,462,180 | -$131,192 | -8.2% | | 1,729 | -69 | -4.8% | $70.46 | -3.5% | 15.4 -0.2 | 4,297 | $94,885 | -5.3% | $340 |
| 33 GEORGE T. STAGG BRBN | 0.52 | 0.05 | $1,415,279 | -$37,107 | -2.6% | | 1,337 | -70 | -5.9% | $103.72 | 3.5% | 5.8 -0.1 | 3,634 | $244,435 | -0.7% | $389 |
| 34 UNCLE NEAREST WHISKEY | 0.50 | (0.04) | $1,362,794 | -$226,875 | -14.8% | 4.3% | 2,330 | -177 | -7.1% | $48.75 | -8.3% | 14.1 -3.1 | 4,150 | $96,789 | 3.9% | $328 |

**Key observations from this period:**

- Uncle Nearest shows a **continued decline in dollar sales (–14.8%)**, exceeding the overall category decline (–7.7%).

- **Unit volume declined (–7.1%),** underperforming the broader market (–5.2%).

- **Velocity remained positive (+3.9%)** but continued to trail prior-year levels, reflecting constrained retail execution.

- Distribution and store count declined further, indicating continued contraction in retail access.

- **For the first time** since entering the Top 30 ~~Case #2:25-cv-00398-CEA-CRW2,~~ **Uncle Nearest fell outside the Top 30 ranking** during this period.

**Context within the broader timeline:**

November reflects a continuation of the post-Receivership deterioration observed in September and October. Whereas earlier months showed demand resilience despite reduced execution, the cumulative effects of sustained distribution contraction and limited retail support are now reflected not only in sales, volume, and velocity, but also in national brand ranking.

**The loss of Top 30 status underscores the structural nature of the disruption.** Such ranking changes typically occur only after prolonged reductions in distribution, shelf presence, and retailer support, rather than from short-term market fluctuations or seasonal variation.

This period, therefore, reflects the compounding operational and commercial constraints following the Receivership, rather than a demand-driven shift or broader category trend.

Case 4:25-cv-00398-CEA-CRW   Document 187   Filed 02/05/26   Page 82 of 107   PageID #: 9918

**BRAND FAMILY REPORT: ALL DATA THRU 2025-11-29**

| | | $ | | VOL | | | STORES | |
|---|---|---|---|---|---|---|---|---|
| | YOUR $ GROWTH | –23.8% | YOUR VOL GROWTH | –19.9% | YOUR DISTRO | 16.8 | 4,456 | |
| | MARKET $ GROWTH | –9.0% | MARKET VOL GROWTH | –7.6% | MARKET DISTRO | 74.4 | 48,595 | |
| | YOUR $ SHARE CHANGE | (0.10) | YOUR VOL SHARE CHANGE | (0.06) | | | | |

**TOTAL US XAOC + LIQUOR OPEN** — Latest 4 Wks — WHISKEY — MARKET TIME CATEGORY — $ SHARE

| $ RANI UNCLE NEAREST | $ SHARE | PTS vs YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs YA | $/RETAIL | % vs YA | MAX CWD | PTS vs YA | STORES CWD | % vs YA | $/PT CWD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YOUR TOTAL | 0.50 | (0.10) | $1,638,832 | –$512,911 | –23.8% | | 2,790 | –693 | –19.9% | $48.96 | –4.9% | 16.8 | –4.0 | 4,456 | –5.6% | $37,434 | –5.6% | $368 |
| 35 | UNCLE NEAREST WHISKEY | 0.50 | (0.10) | $1,638,832 | –$512,911 | –23.8% | | 2,790 | –693 | –19.9% | $48.96 | –4.9% | 16.8 | –4.0 | 4,456 | –5.6% | $37,434 | –5.6% | $368 |

| $ RANI BRAND FAMILY | $ SHARE | PTS VS YA | $SALES | vs YA | % vs LY | % INNOV | VOL | vs YA | % vs LY | $/RETAIL | % vs YA | MAX CWD | PTS vs YA | STORES CWD | % vs YA | $/PT CWD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SELECTION TOTAL | 100.00 | - | $325,858,97 | +$32,346,00 | –9.0% | | 780,24 | –63.0 | –7.6% | $34.80 | –1.6% | 74.4 | –2.8 | 48,595 | - | - | - | - |
| 1 JACK DANIEL'S | 12.74 | 0.95 | $41,507,513 | –$714,215 | –1.7% | | 133,728 | –3,202 | –2.3% | $25.87 | 0.7% | 74.4 | –2.8 | 48,595 | $557,822 | –2.0% | $854 |
| 2 JIM BEAM BRBN | 6.94 | 0.06 | $21,318,040 | –$1,842,025 | –8.0% | | 34,142 | –3,644 | –9.4% | $18.82 | 1.5% | 59.2 | –3.5 | 36,660 | $366,604 | –2.5% | $553 |
| 3 WOODFORD RESERVE | 5.05 | (0.01) | $16,456,138 | –$1,694,689 | –9.3% | | 34,999 | –3,396 | –8.8% | $39.18 | –0.4% | 49.9 | –4.4 | 29,743 | $276,853 | –3.2% | $568 |
| 4 MAKER'S MARK | 4.96 | (0.03) | $16,160,232 | –$1,716,607 | –9.6% | | 43,236 | –3,881 | –8.2% | $31.15 | –1.5% | 68.5 | –0.3 | 38,446 | $235,882 | –3.3% | $420 |
| 5 BUFFALO TRACE | 4.85 | 0.88 | $15,813,178 | –$1,571,711 | 9.9% | | 45,137 | 5,534 | 16.9% | $23.99 | –8.5% | 57.5 | 2.5 | 30,908 | $274,868 | –2.2% | $512 |
| 6 BULLEIT WHISKEY | 4.00 | 0.02 | $13,024,749 | –$1,298,688 | –8.5% | | 36,316 | –2,675 | –8.1% | $29.89 | –1.8% | 59.3 | –4.4 | 31,314 | $220,385 | –8.8% | $416 |
| 7 BLANTON | 3.23 | 0.91 | $10,522,986 | $2,232,627 | 26.3% | | 8,542 | 1,782 | 26.4% | $102.66 | 0.5% | 27.6 | 3.5 | 14,289 | $380,854 | 10.9% | $736 |
| 8 FOUR ROSES | 2.81 | 0.03 | $9,167,873 | –$795,230 | –8.0% | | 22,042 | –989 | –4.3% | $34.66 | –5.5% | 45.8 | –0.7 | 18,637 | $200,085 | –6.8% | $492 |
| 9 ELIJAH CRAIG BRBN | 2.71 | 0.01 | $8,845,271 | –$701,960 | –8.6% | | 17,549 | –527 | –2.3% | $42.00 | –5.4% | 46.9 | –3.1 | 20,185 | $188,679 | –2.2% | $438 |
| 10 BASIL HAYDEN | 2.47 | (0.27) | $8,041,486 | –$1,750,282 | –17.8% | | 15,600 | –3,151 | –16.8% | $42.96 | –1.1% | 50.0 | –2.8 | 20,643 | $160,701 | –13.8% | $389 |
| 11 COLONEL EH TAYLOR | 2.32 | 1.34 | $7,573,859 | $4,050,238 | 114.3% | | 7,878 | 4,088 | 19.5% | $82.13 | 0.7% | 20.8 | 20.7% | $307,505 | 20.7% | $636 |
| 12 WILD TURKEY | 2.32 | (0.30) | $7,561,409 | –$1,636,944 | –17.8% | | 22,866 | –4,000 | –14.8% | $27.56 | –6.5% | 40.1 | –4.5 | 21,309 | $188,423 | –17.7% | $395 |
| 13 ANGELS ENVY WSKY | 2.30 | 0.06 | $7,500,019 | –$524,733 | –6.5% | | 10,928 | –1,029 | –8.6% | $57.21 | 2.3% | 41.0 | –4.4 | 15,135 | $183,016 | –3.5% | $496 |
| 14 KNOB CREEK | 2.25 | (0.10) | $7,327,430 | –$1,097,272 | –13.0% | | 11,148 | –1,728 | –11.0% | $43.66 | –2.2% | 41.0 | –4.4 | 18,561 | $177,420 | –6.7% | $409 |
| 15 EVAN WILLIAMS | 2.23 | (0.07) | $7,271,006 | –$965,623 | –11.7% | | 35,363 | –4,793 | –11.9% | $17.13 | 0.2% | 58.4 | –3.2 | 28,769 | $152,081 | –8.0% | $253 |
| 16 W.L. WELLER | 2.22 | 0.47 | $7,220,355 | $963,515 | 15.4% | | 9,308 | 1,335 | 16.7% | $84.65 | –1.0% | 16.4 | 2.1 | 9,278 | $440,571 | 6.3% | $778 |
| 17 EAGLE RARE | 2.06 | (0.12) | $6,528,205 | $1,480,629 | 2.9% | | 9,526 | 1,597 | 26.4% | $56.25 | –0.5% | 17.7 | 2.4 | 9,310 | $232,073 | 1.3% | $704 |
| 18 OLE SMOKY | 1.76 | (0.12) | $5,727,862 | –$795,388 | –14.8% | | 21,388 | –4,303 | –16.1% | $22.32 | 1.5% | 30.2 | –1.7 | 13,309 | $189,790 | –11.0% | $430 |
| 19 WHISTLEPIG WSKY | 1.68 | 0.07 | $5,483,783 | –$301,012 | –5.2% | | 6,068 | –98 | –1.6% | $75.31 | –3.7% | 23.3 | –0.3 | 7,502 | $235,659 | –4.2% | $731 |
| 20 MICHTER'S WHISKEY | 1.45 | 0.10 | $4,736,028 | –$395,395 | –2.2% | | 6,320 | –196 | –1.9% | $57.03 | –0.3% | 31.8 | –0.5 | 10,752 | $148,838 | –0.5% | $440 |
| 21 MID WEST WSKY | 1.43 | (0.53) | $4,658,196 | –$2,373,079 | –33.8% | | 5,670 | –1,959 | –26.0% | $68.47 | –10.4% | 21.8 | –4.0 | 7,602 | $213,391 | –25% | $613 |
| 22 OLD FORESTER | 1.37 | (0.26) | $4,461,453 | –$1,462,202 | –24.7% | | 8,978 | –2,114 | –19.1% | $41.41 | –7.0% | 25.1 | –4.0 | 10,969 | $178,102 | –12.7% | $407 |
| 23 SKREWBALL WHISKEY | 1.22 | (0.17) | $3,972,246 | –$995,199 | –20.3% | | 12,248 | –3,208 | –20.8% | $27.03 | –0.1% | 46.7 | –3.6 | 24,076 | $83,223 | –14.5% | $165 |
| 24 PENELOPE WHISKEY | 1.09 | (0.49) | $3,561,449 | –$1,393,815 | –28.2% | | 4,839 | 1,683 | 63.7% | $83.33 | 0.4% | 12.5 | 2.7 | 3,411 | $286,060 | 26.7% | $1044 |
| 25 JEFFERSON'S WSKY | 1.03 | (0.05) | $3,357,939 | –$524,652 | –13.5% | | 5,519 | –543 | –9.4% | $50.70 | –4.5% | 25.0 | –3.3 | 10,052 | $134,210 | 0.0% | $334 |
| 26 1792 WHISKEY | 1.01 | 0.74 | $3,294,653 | $175,193 | 5.6% | | 7,690 | –349 | 7.7% | $35.31 | 5.6% | 22.3 | –1.9 | 12,491 | $147,575 | 11.5% | $264 |
| 27 VAN WINKLE BRBN | 0.88 | 0.44 | $2,871,639 | $1,860,512 | 3.2% | | 612 | –800 | –5.2% | $339.03 | 0.0% | 1.8 | –0.1 | 1,631,613 | 20.7% | $4,126 |
| 28 GEORGE T. STAGG BRBN | 0.77 | (0.07) | $2,519,871 | $504,202 | 16.7% | | 1,889 | 259 | 15.9% | $111.75 | –28.2% | 8.5 | 0.3 | 5,336 | $297,555 | –25.6% | $472 |
| 29 BARDSTOWN BOURBON COMPANY | 0.74 | 0.14 | $2,408,682 | $487,637 | –3.6% | | 3,287 | –196 | 6.3% | $61.07 | –10.7% | 13.5 | 2.2 | 3,416 | $178,818 | –8.8% | $705 |
| 30 RUSSELL'S RESERVE | 0.58 | (0.18) | $1,904,288 | –$880,143 | –30.0% | | 3,237 | –1,070 | –28.0% | $55.72 | –2.6% | 23.3 | –4.1 | 7,541 | $92,768 | –15.8% | $287 |
| 31 BOOKERS | 0.57 | (0.15) | $1,841,434 | –$732,387 | –28.5% | | 1,514 | –511 | –25.2% | $101.35 | –6.3% | 13.2 | –0.9 | 4,702 | $140,033 | –23.8% | $392 |
| 32 TRAVELLER WHISKEY | 0.53 | (0.10) | $1,737,741 | –$611,720 | –19.9% | | 4,089 | –1,623 | 37.8% | $35.33 | 4.9% | 30.8 | –7.3 | 17,550 | $56,733 | –75.8% | $98 |
| 33 BIRD DOG WSKY | 0.53 | (0.07) | $1,736,783 | –$458,786 | –19.8% | | 7,125 | –1,685 | –19.1% | $20.31 | –0.8% | 14.5 | –1.4 | 6,740 | $119,696 | –9.4% | $258 |
| 34 WILLETT WSKY | 0.52 | (0.05) | $1,682,936 | –$931,685 | –16.5% | | 2,043 | –187 | –8.4% | $68.64 | –8.7% | 17.9 | –1.0 | 5,224 | $93,809 | –11.8% | $322 |
| 35 UNCLE NEAREST WHISKEY | 0.50 | (0.10) | $1,638,832 | –$512,911 | –23.8% | 5.6% | 2,790 | –693 | –19.9% | $48.96 | –4.9% | 16.8 | –4.0 | 4,456 | $37,434 | –5.6% | $368 |

*(Data Through November 29, 2025)*

**Key observations from this period:**

- Uncle Nearest shows a **sharp decline in dollar sales (–23.8%)**, materially exceeding the overall category decline (–9.0%).

- Unit **volume declined significantly (–19.9%)**, underperforming the broader market (–7.6%).

- **Velocity declined (–5.6%)**, reflecting further deterioration in retail sell-through following earlier execution and distribution constraints.

- Distribution and store count remained constrained relative to pre-Receivership levels, indicating continued limitations in retail access.

- **Uncle Nearest remained outside the Top 30** in American whiskey, following its first exit from the Top 30 earlier in November.

**Context within the broader timeline:**

This late-November period reflects the cumulative effects of the post-Receivership disruption first observed in September and escalated in October and early November. Unlike earlier months—when consumer demand indicators initially remained resilient—continued contraction in distribution, shelf presence, and retail execution has now materially impacted dollar sales, volume, velocity, and national brand standing.

The magnitude and progression of this decline substantially exceed concurrent market softness and are consistent with compounding operational and commercial constraints over time, rather than a demand-driven shift or seasonal category trend.

BRAND FAMILY REPORT: ALL DATA THRU 2025-12-27

| | | | $ | | VOL | | YOUR DISTRO | STORES | |
|---|---|---|---|---|---|---|---|---|---|
| | | | YOUR $ GROWTH | –26.8% | | YOUR VOL GROWTH | –25.8% | YOUR DISTRO 21.5 | 5,108 |
| HOME | TOTAL US XAOC + LIQUOR OPEN | MARKET | MARKET $ GROWTH | –8.5% | | MARKET VOL GROWTH | –8.6% | MARKET DISTRO 76.2 | 48,864 |
| | Latest 4 Wks | TIME | YOUR $ SHARE CHANGE | (0.12) | | YOUR VOL SHARE CHANGE | (0.03) | | |
| | (All) | CATEGORY | | | | | | | |
| | (ATTRIBUTE FILTERS APPLIED) | | | | | | | | |

| $ RAN UNCLE NEAREST | $ SHARE | PTS vs YA | $SALES | vs YA | % vs YA | SALES VOLUME × INNOV | VOL | vs YA | % vs YA | $ RETAIL | vs YA | MAX CVD | PTS vs YA | M&S STORES SELLING | $/PT CVD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YOUR TOTAL | 0.50 | (0.12) | $2,247,189 | –$821,654 | –26.8% | | 3,685 | –1,284 | –25.8% | $50.83 | –1.3% | 21.5 | –5.9 | 5,108 | $104,375 | –6.8% | $440 |
| 34 UNCLE NEAREST WHISKEY | 0.50 | (0.12) | $2,247,189 | –$821,654 | –26.8% | | 3,685 | –1,284 | –25.8% | $50.83 | –1.3% | 21.5 | –5.9 | 5,108 | $104,375 | –6.8% | $440 |

| | $ RAN BRAND FAMILY | $ SHARE | PTS vs YA | $SALES | vs YA | % vs LY | × INNOV | VOL | vs LY | % vs LY | $ RETAIL | vs YA | MAX CVD | PTS vs YA | M&S STORES SELLING | $/PT CVD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SELECTION TOTAL | 100.00 | | $452,690.25 | –$42,317.85 | –8.5% | | 1,007.65 | –94.40 | –8.6% | $37.44 | 0.0% | 76.2 | –2.2 | 48,864 | | | |
| 1 | JACK DANIEL'S | 11.65 | 0.73 | $52,717,598 | –$1,532,349 | –2.5% | | 168,806 | –4,303 | –2.5% | $26.02 | 0.2% | 76.2 | –3.2 | 48,864 | $691,650 | 0.0% | $1,079 |
| 2 | WOODFORD RESERVE | 5.81 | 0.00 | $26,283,831 | –$2,429,235 | –8.7% | | 52,387 | –5,707 | –9.8% | $40.38 | 1.2% | 38.0 | –3.5 | 30,549 | $395,948 | –3.8% | $860 |
| 3 | JIM BEAM BRBN | 5.24 | 0.04 | $23,736,437 | –$2,010,489 | –7.8% | | 105,489 | –9,890 | –8.5% | $19.75 | 0.9% | 62.4 | –2.4 | 39,109 | $380,697 | –4.9% | $607 |
| 4 | MAKER'S MARK | 4.82 | 0.14 | $21,834,227 | –$3,282,680 | –13.1% | | 57,576 | –7,551 | –11.6% | $31.60 | –1.7% | 73.6 | 0.5 | 39,352 | $296,741 | –13.8% | $555 |
| 5 | BUFFALO TRACE | 4.02 | 0.47 | $18,219,944 | $609,526 | 3.5% | | 52,107 | 3,186 | 6.5% | $29.14 | –2.9% | 58.8 | 2.2 | 31,816 | $309,652 | –0.5% | $573 |
| 6 | BULLEIT WHISKEY | 3.54 | (0.14) | $16,032,253 | –$2,266,443 | –12.4% | | 44,058 | –6,307 | –12.5% | $30.32 | –0.7% | 62.9 | –4.4 | 31,497 | $254,904 | –6.6% | $509 |
| 7 | BLANTON | 3.43 | 0.67 | $15,523,972 | $1,354,989 | 9.6% | | 16,851 | 1,173 | 7.5% | $89.16 | –1.3% | 33.0 | 2.2 | 15,960 | $469,864 | –5.2% | $973 |
| 8 | FOUR ROSES | 2.78 | (0.16) | $12,590,327 | –$1,985,392 | –13.5% | | 29,287 | –3,142 | –9.7% | $35.82 | –4.2% | 51.1 | –1.5 | 20,186 | $246,579 | –11.6% | $624 |
| 9 | ANGELS ENVY VSKY | 2.69 | (0.17) | $12,193,223 | –$1,893,514 | –14.0% | | 17,585 | –2,743 | –13.5% | $57.78 | –0.6% | 49.4 | –4.5 | 17,842 | $246,626 | –15.7% | $683 |
| 10 | BASIL HAYDEN | 2.69 | (0.01) | $12,179,349 | –$2,660,381 | –17.9% | | 23,429 | –4,483 | –16.1% | $34.32 | –2.2% | 57.5 | –3.4 | 22,043 | $211,668 | –13.9% | $553 |
| 11 | COLONEL EH TAYLOR | 2.69 | 0.06 | $12,185,901 | $1,123,840 | 34.7% | | 12,701 | 4,573 | 56.3% | $79.82 | –13.8% | 30.1 | 1.6 | 12,737 | $404,183 | 17.3% | $956 |
| 12 | ELIJAH CRAIG BRBN | 2.61 | 0.00 | $11,804,173 | –$1,093,826 | –8.5% | | 24,659 | –12 | 0.0% | $39.89 | –8.5% | 52.8 | –4.1 | 21,541 | $224,243 | –3.1% | $548 |
| 13 | KNOB CREEK | 2.38 | 0.14 | $10,757,506 | –$305,201 | –2.8% | | 18,284 | –2,815 | –13.3% | $49.03 | 12.2% | 48.5 | –1.9 | 20,135 | $221,804 | 1.3% | $534 |
| 14 | VAN WINKLE BRBN | 2.16 | 0.80 | $9,771,042 | $3,052,540 | 45.4% | | 2,216 | 672 | 54.9% | $367.43 | –11.8% | 6.5 | 0.1 | 2,621 | $1,512,545 | 45.7% | $3,728 |
| 15 | V.L. WELLER | 2.13 | 0.32 | $9,620,525 | $675,510 | 7.5% | | 11,759 | 1,305 | 10.4% | $68.18 | –2.6% | 17.5 | –0.6 | 9,170 | $550,373 | 1.2% | $1,049 |
| 16 | WHISTLEPIG VSKY | 2.03 | 0.00 | $9,207,313 | –$450,785 | –4.7% | | 10,151 | –342 | –3.2% | $75.59 | –1.5% | 31.6 | –0.7 | 8,950 | $291,832 | –2.6% | $1,028 |
| 17 | EAGLE RARE | 2.01 | 0.51 | $9,077,811 | $1,675,893 | 22.6% | | 12,366 | 1,731 | 16.3% | $61.17 | 5.5% | 35.0 | 1.3 | 15,822 | $286,005 | 21.7% | $574 |
| 18 | WILD TURKEY | 1.95 | (0.02) | $8,849,305 | –$923,314 | –9.4% | | 25,652 | –2,426 | –8.6% | $28.75 | –0.8% | 42.9 | 1.0 | 21,545 | $206,229 | –11.6% | $411 |
| 19 | EVAN WILLIAMS | 1.75 | 0.10 | $7,925,796 | –$702,825 | –8.1% | | 38,444 | –3,596 | –8.6% | $17.18 | 0.4% | 50.7 | –1.6 | 29,339 | $156,420 | –1.0% | $270 |
| 20 | OLE SMOKY | 1.57 | (0.10) | $7,094,749 | –$1,243,048 | –14.9% | | 26,603 | –5,125 | –16.2% | $22.19 | 1.5% | 36.5 | –2.6 | 13,890 | $194,156 | –10.3% | $510 |
| 21 | MICHTER'S WHISKEY | 1.50 | (0.00) | $6,772,575 | –$692,040 | –9.3% | | 9,465 | –900 | –9.1% | $59.63 | –0.2% | 38.8 | –1.5 | 12,139 | $170,122 | –5.9% | $558 |
| 22 | OLD FORESTER | 1.33 | (0.16) | $6,012,777 | –$1,338,248 | –18.2% | | 11,449 | –2,188 | –16.0% | $43.77 | –2.6% | 28.8 | –1.4 | 11,192 | $208,849 | –6.2% | $537 |
| 23 | HIGH WEST VSKY | 1.25 | (0.16) | $5,636,585 | –$1,392,820 | –19.1% | | 7,206 | –1,593 | –17.8% | $65.13 | –1.6% | 27.3 | –3.5 | 8,558 | $206,544 | –8.6% | $659 |
| 24 | JEFFERSON'S VSKY | 1.22 | (0.08) | $5,613,086 | –$939,814 | –14.3% | | 7,713 | –1,174 | –13.2% | $63.56 | –4.6% | 25.3 | –3.3 | 10,954 | $174,319 | –11.0% | $576 |
| 25 | SHENVEBALL WHISKEY | 1.22 | (0.00) | $5,512,119 | –$122,333 | –2.8% | | 17,590 | –4,764 | –21.3% | $26.72 | 0.9% | 63.0 | –4.2 | 26,414 | $103,983 | –14.9% | $209 |
| 26 | GEORGE T. STAGG BRBN | 1.12 | 0.27 | $5,049,190 | $893,274 | 20.6% | | 3,265 | 894 | 37.7% | $128.86 | –12.4% | 14.7 | 3.8 | 7,104 | $342,783 | –10.7% | $711 |
| 27 | 1792 WHISKEY | 1.03 | 0.06 | $4,671,748 | –$122,333 | –2.8% | | 10,768 | –9 | –0.1% | $33.36 | –2.5% | 40.8 | –3.4 | 13,245 | $114,448 | 3.2% | $353 |
| 28 | PENELOPE WHISKEY | 0.94 | 0.34 | $4,250,102 | $1,224,071 | 43.2% | | 6,073 | 1,974 | 49.1% | $58.32 | –2.3% | 17.1 | 3.3 | 3,839 | $248,109 | 8.4% | $577 |
| 29 | VILLETT VSKY | 0.89 | 0.22 | $4,018,208 | $890,120 | 39.7% | | 4,827 | 973 | 25.2% | $83.38 | –3.8% | 25.3 | 0.6 | 5,941 | $158,988 | 7.3% | $677 |
| 30 | BOOKERS | 0.75 | (0.02) | $3,377,188 | –$387,646 | –10.5% | | 2,789 | –180 | –6.1% | $100.89 | –4.8% | 21.9 | –1.0 | 7,213 | $153,928 | –14.4% | $468 |
| 31 | RUSSELL'S RESERVE | 0.71 | (0.11) | $3,210,896 | –$829,979 | –20.5% | | 4,625 | –256 | –5.2% | $57.85 | –16.1% | 28.1 | 0.5 | 7,589 | $114,145 | –21.8% | $423 |
| 32 | BARDSTOWN BOURBON COMPANY | 0.67 | 0.03 | $3,013,172 | –$169,624 | –5.5% | | 4,023 | –382 | 7.5% | $62.42 | –10.3% | 18.1 | 0.6 | 3,665 | $166,198 | –13.8% | $848 |
| 33 | REDWOOD EMPIRE WHISKEY | 0.51 | 0.10 | $2,291,245 | $253,814 | 12.5% | | 3,687 | 285 | 8.4% | $51.79 | 4.0% | 15.0 | –1.3 | 4,302 | $153,056 | 2.1% | $553 |
| 34 | UNCLE NEAREST WHISKEY | 0.50 | (0.12) | $2,247,189 | –$821,654 | –26.8% | 9.9% | 3,685 | –1,284 | –25.8% | $50.83 | –1.3% | 21.5 | –5.9 | 5,108 | $104,375 | –6.8% | $440 |

*(Data Through December 27, 2025)*

**Key observations from this period:**

- Uncle Nearest shows a **sharp decline in dollar sales (–26.8%)**, materially exceeding the overall category decline (–9.0%).

- Unit **volume declined significantly (–25.8%)**, underperforming the broader market –8.6%.

- **Velocity declined (–6.8%)**, reflecting post-receivership further deterioration in retail sell-through.

- **Uncle Nearest drops to #34 in** American whiskey brands—its lowest ranking in 4 years.

**Context within the broader timeline:**

This late-November period reflects the cumulative effects of the post-Receivership disruption first observed in September and escalated in October and early November. Unlike earlier months—when consumer demand indicators initially remained resilient—continued contraction in distribution, shelf presence, and retail execution has now materially impacted dollar sales, volume, velocity, and national brand standing. The magnitude and progression of this decline substantially exceed concurrent market

# PENELOPE BOURBON
## (Distributed through RNDC in 40 states during the periods shown on the following pages)

**The Receiver has attributed the rapid decline in Uncle Nearest's retail sales and enterprise value following his appointment to challenges at Republic National Distributing Company ("RNDC"). The following slides present Penelope Bourbon as a directly comparable brand to test that assertion.**

### Purpose of the Following Slides

Penelope Bourbon and Uncle Nearest were both distributed through RNDC during the relevant periods. In 2023, RNDC lost Sazerac (including Buffalo Trace). In 2024, RNDC lost Brown-Forman, which includes Jack Daniel's, Woodford Reserve, and Old Forester. Those departures created substantial and well-documented shelf-space opportunities across RNDC's network.

In response, RNDC publicly committed to prioritizing its two largest remaining bourbon brands—Uncle Nearest and Penelope Bourbon—by expanding shelf placement in accounts previously occupied by those departing suppliers.

At the start of this period, Uncle Nearest was growing at a significantly faster rate than Penelope Bourbon. However, as the data on the following pages demonstrates, Penelope Bourbon materially accelerated its growth during the same period in which Uncle Nearest experienced a sharp decline.

A key difference between the two brands was execution strategy. Penelope Bourbon focused heavily on Limited Time Offers ("LTOs"), rapidly deploying them across RNDC markets. Uncle Nearest planned a similar LTO-driven strategy for the second half of 2025. That strategy was delayed, and ultimately missed, following objections by Farm Credit and the Receiver, despite internal Uncle Nearest data showing that LTOs consistently sold through and generated materially higher revenue per case.

By the time those objections were lifted, Uncle Nearest had missed its primary execution window. Out-of-stocks in key SKUs followed in top markets nationwide.

The slides that follow compare Penelope Bourbon's performance to Uncle Nearest's performance over the same period, within the same distributor network, and across a broader geographic footprint. Penelope Bourbon was distributed in ten more RNDC states than Uncle Nearest during this period, yet did not experience a comparable decline.



BRAND FAMILY REPORT: ALL DATA THRU 2023-12-30

{HOME}

| TOTAL US XAOC + LIQUOR PLUS + CONV | MARKET |
| Latest 52 Wks | TIME |
| (All) | CATEGORY |
| (ATTRIBUTE FILTERS APPLIED) | |

| | $ |
|---|---|
| YOUR $ GROWTH | 27.3% |
| MARKET $ GROWTH | 6.2% |
| YOUR $ SHARE CHANGE | 0.18 |

| | VOL |
|---|---|
| YOUR VOL GROWTH | 23.9% |
| MARKET VOL GROWTH | 0.7% |
| YOUR VOL SHARE CHANGE | 0.21 |

| | |
|---|---|
| YOUR DISTRO | 20.8 |
| MARKET DISTRO | 67.6 |

| STORES | |
|---|---|
| | 6,097 |
| | 23,750 |

| $ RANK | UNCLE NEAREST | $ SHARE | PTS vs YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs YA | $/RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $/PT CWD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YOUR TOTAL | 1.10 | 0.18 | $13,259,754 | $2,844,213 | 27.3% | | 22,004 | 4,237 | 23.9% | $50.22 | 2.8% | 20.8 | 3.1 | 6,097 | $638,655 | 8.2% | $2,175 |
| | UNCLE NEAREST WHISKEY | 1.10 | 0.18 | $13,259,754 | $2,844,213 | 23.9% | | 22,004 | 4,237 | 23.9% | $50.22 | 2.8% | 20.8 | 3.1 | 6,097 | $638,655 | 8.2% | $2,175 |

| $ RANK | BRAND FAMILY | $ SHARE | PTS vs YA | $SALES | vs YA | % vs LY | % INNOV | VOL | vs YA | % vs LY | $/RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $/PT CWD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SELECTION TOTAL | 100.00 | | $1,207,315,72 | $70,278.81 | 6.2% | | 1,986,40 | 14.01 | 0.7% | $50.65 | 5.4% | 67.6 | 1.6 | 23,750 | | | |
| 1 | WOODFORD RESERVE | 10.43 | (0.90) | $125,907,793 | -$2,502,827 | -2.3% | | 276,339 | -9,700 | -3.4% | $37.97 | 1.2% | 67.6 | 1.6 | 23,750 | $1,862,844 | -4.8% | $5,301 |
| 2 | BASIL HAYDEN | 6.30 | (0.55) | $76,114,027 | -$1,577,730 | -2.0% | 1.3% | 147,920 | -6,454 | -4.2% | $42.88 | 2.1% | 57.3 | -1.2 | 19,850 | $1,327,601 | 0.0% | $3,834 |
| 3 | ANGELS ENVY WSKY | 5.23 | (0.29) | $63,134,793 | $361,256 | 0.6% | 9.4% | 94,131 | 2,278 | 2.5% | $55.89 | -1.9% | 50.7 | -1.4 | 16,617 | $1,245,041 | -2.2% | $3,799 |
| 4 | KNOB CREEK | 4.71 | (0.59) | $56,867,639 | -$5,386,811 | -8.6% | 6.2% | 118,128 | -12,690 | -9.7% | $40.12 | 4.6% | 50.0 | -1.7 | 20,806 | $1,138,263 | -2.4% | $2,733 |
| 5 | FOUR ROSES | 4.36 | (0.11) | $52,608,516 | $1,825,780 | 3.6% | 1.4% | 101,259 | 2,395 | 2.6% | $43.30 | 0.9% | 45.9 | 1.5 | 13,633 | $1,147,330 | 0.2% | $3,859 |
| 6 | BLANTON | 3.66 | 1.07 | $44,135,170 | $14,778,978 | 50.3% | 0.3% | 41,945 | 10,507 | 33.4% | $87.68 | 12.7% | 20.1 | 1.8 | 11,699 | $2,190,875 | 36.9% | $3,773 |
| 7 | WHISTLEPIG WSKY | 3.48 | 0.16 | $41,964,745 | $4,281,602 | 11.4% | 9.3% | 46,215 | 6,198 | 15.5% | $75.67 | -3.6% | 23.8 | -2.1 | 8,962 | $1,804,702 | 21.4% | $4,683 |
| 8 | JEFFERSON'S WSKY | 3.15 | (0.04) | $38,060,101 | $1,756,506 | 4.8% | 8.3% | 58,990 | -349 | -0.6% | $53.77 | -5.5% | 34.6 | 0.7 | 12,174 | $1,098,606 | 2.7% | $3,126 |
| 9 | MAKER'S MARK | 3.15 | (0.46) | $38,046,253 | -$3,047,790 | -7.4% | 10.6% | 71,698 | -11,591 | -13.9% | $44.22 | 7.6% | 40.7 | -4.6 | 16,806 | $934,706 | 3.0% | $2,264 |
| 10 | MICHTER'S WHISKEY | 2.57 | (0.02) | $30,993,274 | $1,529,260 | 5.2% | | 50,619 | 842 | 1.7% | $51.02 | 3.4% | 35.3 | 1.1 | 10,101 | $877,251 | 2.0% | $3,068 |
| 11 | HIGH WEST WSKY | 2.23 | (0.09) | $26,922,725 | $494,830 | 1.9% | 2.3% | 45,827 | -3,886 | -7.8% | $48.96 | 10.5% | 26.0 | -1.1 | 11,090 | $1,035,529 | 6.3% | $2,668 |
| 12 | ELIJAH CRAIG BRBN | 2.14 | 0.21 | $25,829,933 | $3,930,442 | 17.9% | 4.0% | 35,637 | 4,638 | 15.0% | $60.40 | 2.6% | 22.0 | -1.2 | 8,422 | $1,173,608 | 24.5% | $3,067 |
| 13 | EAGLE RARE | 1.86 | 0.10 | $22,276,664 | $2,394,297 | 12.0% | | 42,515 | 1,619 | 5.8% | $43.66 | 12.0% | 20.5 | 0.1 | 11,499 | $1,087,993 | 11.8% | $1,937 |
| 14 | RUSSELL'S RESERVE | 1.65 | 0.24 | $20,078,702 | $3,890,499 | 24.0% | 3.5% | 32,282 | 1,612 | 5.3% | $51.83 | 17.8% | 28.4 | 1.1 | 7,528 | $706,972 | 19.1% | $2,667 |
| 15 | JACK DANIEL'S | 1.45 | 0.06 | $17,485,608 | $1,659,999 | 10.5% | 6.7% | 26,860 | 1,765 | 7.0% | $54.25 | -3.2% | 20.2 | -0.5 | 9,856 | $864,469 | 13.5% | $1,774 |
| 16 | COLONEL EH TAYLOR | 1.40 | 0.53 | $16,900,984 | $7,047,759 | 71.5% | | 21,726 | 8,216 | 60.8% | $64.83 | 6.7% | 11.3 | 2.2 | 7,911 | $1,495,265 | 38.7% | $2,136 |
| 17 | WILD TURKEY | 1.31 | 0.04 | $15,755,507 | $1,417,934 | 9.9% | 7.8% | 26,410 | 172 | 0.7% | $49.71 | -9.2% | 20.1 | -2.7 | 6,791 | $783,739 | 24.7% | $2,320 |
| 18 | WILLETT WSKY | 1.17 | 0.16 | $14,163,981 | $2,654,659 | 23.1% | 1.1% | 17,731 | 2,304 | 14.9% | $66.57 | 7.1% | 17.4 | 2.3 | 4,707 | $813,648 | 6.5% | $3,009 |
| 19 | UNCLE NEAREST WHISKEY | 1.10 | 0.18 | $13,259,754 | $2,844,213 | 27.3% | 1.4% | 22,004 | 4,237 | 23.9% | $50.22 | 2.8% | 20.8 | 3.1 | 6,097 | $638,655 | 8.2% | $2,175 |
| 20 | WIDOW JANE WHISKEY | 1.09 | 0.16 | $13,137,923 | $2,576,057 | 24.4% | | 13,175 | 1,723 | 15.0% | $83.10 | 8.1% | 16.7 | -0.1 | 5,381 | $786,890 | 25.5% | $2,442 |
| 21 | YELLOWSTONE BRBN | 1.01 | (0.11) | $12,211,096 | -$580,639 | -4.5% | 14.1% | 24,670 | -1,064 | -4.1% | $41.25 | -0.4% | 27.2 | -1.2 | 12,431 | $449,450 | -0.4% | $982 |
| 22 | CALUMET FARM WSKY | 0.88 | (0.03) | $10,646,518 | $310,804 | 3.0% | | 11,114 | 650 | 6.2% | $79.83 | -3.0% | 10.2 | 0.1 | 2,419 | $1,048,918 | 2.7% | $4,402 |
| 23 | BIB & TUCKER WSKY | 0.82 | 0.08 | $9,877,680 | $1,460,251 | 17.3% | 13.9% | 15,067 | 2,800 | 18.0% | $64.43 | -0.6% | 17.0 | -0.0 | 4,189 | $580,767 | 17.5% | $2,358 |
| 24 | BOOKERS | 0.81 | 0.26 | $9,772,009 | $3,497,269 | 55.7% | 7.0% | 8,005 | 2,652 | 49.6% | $101.73 | 4.1% | 7.7 | 2.3 | 6,084 | $1,268,433 | 9.5% | $1,606 |
| 25 | GARRISON BROTHERS WSKY | 0.80 | (0.02) | $9,625,495 | $584,551 | 3.2% | 2.7% | 7,323 | 181 | 2.5% | $109.53 | 0.6% | 9.7 | -0.1 | 2,029 | $993,753 | 4.0% | $4,744 |
| 26 | RABBIT HOLE WHISKEY | 0.75 | (0.10) | $9,009,940 | -$582,980 | -6.1% | 1.4% | 11,589 | -1,387 | -10.7% | $64.79 | 5.2% | 10.6 | -1.1 | 5,637 | $851,521 | 12.4% | $1,598 |
| 27 | PENELOPE WHISKEY | 0.73 | 0.34 | $8,847,391 | $4,341,164 | 96.3% | 17.0% | 12,321 | 5,826 | 89.7% | $59.84 | 3.5% | 7.3 | 1.8 | 2,713 | $1,216,136 | -49.0% | $3,261 |

**Key observations from this period:**

▪ Uncle Nearest delivered strong mature-brand growth, with dollar sales up **+27.3%** and unit volume up +23.9%, materially outperforming the overall category **+6.2%.**

▪ Penelope Bourbon accelerated rapidly from a smaller base, with dollar sales up **+96.3%** and unit volume up **+89.7%**, reflecting early-stage expansion and aggressive execution.

▪ Despite Penelope's higher growth rate, Uncle Nearest generated materially higher total dollar sales and ranked above Penelope through the period.

## RNDC IMPACT

Both brands achieved strong growth under the same RNDC distribution conditions, indicating distributor support was a tailwind—not a constraint—during 2023.

BRAND FAMILY REPORT: ALL DATA THRU 2025-08-09

| | | | | | $ | | | | | VOL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | YOUR $ GROWTH | 11.3% | | | YOUR VOL GROWTH | 13.7% | | | YOUR DISTRO | 17.7 | | STORES | | |
| | | | | | MARKET $ GROWTH | -1.9% | | | MARKET VOL GROWTH | -3.0% | | | MARKET DISTRO | 65.6 | | 12,660 | | |
| | | | | | YOUR $ SHARE CHANGE | 0.1 | | | YOUR VOL SHARE CHANGE | 0.11 | | | | | | 49,715 | | |

[HOME]

**TOTAL US XAOC + LIQUOR OPEN** — MARKET TIME CATEGORY
Latest 52 Wks
(All)
$ SHARE

| $ RANK UNCLE NEAREST | $ SHARE | PTS vs YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs YA | $RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $/PT CWD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YOUR TOTAL | 0.85 | 0.10 | $22,693,064 | $2,298,501 | 11.3% | | 37,187 | 4,469 | 13.7% | $50.85 | -2.1% | 17.7 | -0.2 | 12,660 | $1,281,370 | 12.6% | $1,793 |
| 29  UNCLE NEAREST WHISKEY | 0.85 | 0.10 | $22,693,064 | $2,298,501 | 11.3% | 7.5% | 37,187 | 4,469 | 13.7% | $50.85 | -2.1% | 17.7 | -0.2 | 12,660 | $1,281,370 | 12.6% | $1,793 |

| $ RANK BRAND FAMILY | $ SHARE | PTS VS YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs LY | $RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $/PT CWD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SELECTION TOTAL | 100.00 | | $2,660,565,59 | -$52,087,53 | -1.9% | | 4,903,74 | -149,74 | -3.0% | $45.21 | 1.1% | 49.71 | -1.0 | 49,715 | | | |
| 1  WOODFORD RESERVE | 6.46 | 0.06 | $171,795,822 | -$1,855,825 | -1.1% | | 361,293 | -3,902 | -1.1% | $39.63 | 0.0% | 53.2 | -1.7 | 39,455 | $2,902,937 | 1.8% | $4,354 |
| 2  MAKER'S MARK | 6.19 | 0.26 | $164,707,276 | $3,915,864 | 2.4% | 2.6% | 426,992 | 1,430 | 0.3% | $32.14 | 2.4% | 65.6 | -1.0 | 49,715 | $2,512,314 | 4.6% | $3,313 |
| 3  BUFFALO TRACE | 5.73 | 0.75 | $152,527,177 | $17,445,546 | 12.9% | 0.2% | 424,646 | 50,533 | 13.5% | $29.93 | -0.5% | 49.7 | 1.1 | 37,835 | $3,067,106 | 10.4% | $4,031 |
| 4  BULLEIT WHISKEY | 4.92 | (0.20) | $130,884,639 | -$8,193,511 | -5.8% | 1.1% | 358,898 | -26,189 | -6.8% | $30.39 | 1.0% | 59.5 | -2.1 | 43,965 | $2,201,592 | -2.5% | $2,977 |
| 5  BLANTON | 3.88 | 0.48 | $103,250,964 | $10,937,763 | 11.8% | | 81,044 | 5,038 | 6.6% | $106.17 | 4.9% | 2.3 | 0.0 | 26,147 | $4,589,152 | 8.5% | $3,951 |
| 6  BASIL HAYDEN | 3.56 | (0.24) | $94,796,674 | -$8,342,988 | -8.1% | | 182,256 | -13,353 | -6.8% | $43.34 | -1.4% | 47.3 | -1.6 | 31,989 | $2,002,465 | -4.5% | $2,963 |
| 7  ELIJAH CRAIG BRBN | 3.42 | (0.33) | $91,059,588 | -$10,612,857 | -10.4% | 2.6% | 178,924 | -20,196 | -10.1% | $42.41 | -0.3% | 46.3 | -2.5 | 31,274 | $1,965,032 | -5.6% | $2,912 |
| 8  ANGELS ENVY WSKY | 3.06 | 0.15 | $81,467,316 | $2,535,231 | 3.2% | 16.7% | 118,489 | 2,314 | 2.0% | $57.30 | 1.2% | 40.2 | -2.2 | 27,011 | $2,028,064 | 8.9% | $3,016 |
| 9  KNOB CREEK | 3.03 | (0.19) | $80,625,697 | -$6,798,201 | -7.8% | 1.7% | 154,202 | -12,189 | -7.3% | $43.57 | -0.5% | 40.2 | -2.6 | 32,776 | $2,004,617 | -1.9% | $2,460 |
| 10  FOUR ROSES | 2.84 | (0.04) | $75,440,279 | -$2,490,375 | -3.2% | | 137,578 | -1,621 | -1.3% | $45.70 | -1.8% | 37.6 | -1.7 | 24,551 | $2,008,527 | 1.1% | $3,073 |
| 11  W.L. WELLER | 2.66 | 0.34 | $70,787,933 | $17,786,399 | 12.4% | | 91,988 | 7,438 | 9.5% | $64.13 | 3.3% | 13.8 | 0.7 | 17,006 | $5,140,736 | 7.0% | $4,163 |
| 12  JACK DANIEL'S | 2.37 | (0.11) | $63,132,170 | -$4,135,420 | -6.1% | 1.8% | 141,397 | -7,318 | -4.8% | $37.21 | -1.3% | 42.0 | -2.3 | 36,302 | $1,502,431 | -1.0% | $1,739 |
| 13  COLONEL EH TAYLOR | 2.31 | 0.89 | $61,434,613 | $22,962,087 | 59.7% | 0.9% | 63,857 | 24,234 | 61.2% | $80.17 | -0.9% | 15.4 | 2.8 | 19,369 | $3,994,448 | 30.5% | $3,172 |
| 14  EAGLE RARE | 2.29 | 0.42 | $60,880,754 | $10,266,289 | 20.3% | 1.5% | 88,018 | 9,281 | 11.8% | $57.64 | 7.6% | 23.5 | 1.7 | 25,969 | $2,592,877 | 19.2% | $2,344 |
| 15  WILD TURKEY | 2.23 | 0.05 | $59,197,673 | $150,171 | 0.3% | | 150,001 | -4,644 | -3.0% | $32.89 | 3.4% | 36.4 | -3.0 | 34,130 | $1,626,310 | 8.5% | $1,734 |
| 16  WHISTLEPIG WSKY | 2.08 | (0.01) | $55,240,247 | -$1,359,893 | -2.3% | 12.8% | 64,210 | 8,197 | 14.6% | $71.63 | -7.1% | 2.0 | -1.4 | 15,160 | $2,741,451 | -9.1% | $3,644 |
| 17  OLD FORESTER | 2.04 | (0.03) | $54,407,967 | -$1,883,240 | -3.3% | 2.6% | 81,322 | -6,646 | -7.6% | $55.75 | 4.6% | 16.3 | -2.0 | 12,101 | $3,346,123 | 8.5% | $4,496 |
| 18  MICHTER'S WSKEY | 1.82 | (0.05) | $48,398,761 | -$2,225,190 | -4.4% | | 72,845 | -4,029 | -5.2% | $55.37 | 0.8% | 29.1 | -1.6 | 18,028 | $1,666,050 | 0.9% | $2,685 |
| 19  SKREWBALL WHISKEY | 1.61 | (0.33) | $42,775,600 | -$9,889,411 | -18.9% | 2.0% | 131,599 | -23,865 | -15.4% | $27.09 | -4.0% | 45.8 | -4.5 | 39,814 | $934,986 | -10.6% | $1,074 |
| 20  HIGH WEST WSKY | 1.60 | 0.07 | $42,578,909 | $1,037,569 | 2.5% | | 59,856 | -2,673 | -4.3% | $59.28 | 7.1% | 20.0 | -1.1 | 17,265 | $2,131,077 | 8.0% | $2,466 |
| 21  JEFFERSON'S WSKY | 1.49 | (0.27) | $39,567,226 | -$9,029,943 | -18.6% | 2.8% | 62,611 | -9,873 | -13.6% | $52.66 | -3.8% | 24.5 | -3.1 | 20,186 | $1,613,014 | -6.5% | $1,959 |
| 22  1792 WHISKEY | 1.34 | 0.07 | $35,524,163 | -$1,754,208 | -4.7% | | 80,859 | 1,472 | 1.8% | $36.61 | 1.7% | 25.0 | -0.2 | 20,783 | $1,420,752 | 1.1% | $1,709 |
| 23  PENELOPE WHISKEY | 1.10 | 0.35 | $29,207,974 | $8,843,312 | 43.4% | | 40,995 | 14,178 | 52.9% | $59.37 | -6.2% | 8.9 | 1.0 | 7,901 | $3,330,442 | 7.7% | $3,697 |
| 24  RUSSELL'S RESERVE | 1.08 | 0.01 | $28,835,281 | -$380,057 | -1.3% | | 38,521 | -4,094 | -9.6% | $62.38 | 9.2% | 22.0 | -1.4 | 14,559 | $1,310,695 | 5.0% | $1,981 |
| 25  TRAVELLER WHISKEY | 1.01 | 0.13 | $26,883,409 | $3,065,278 | 12.9% | | 60,757 | 9,363 | 18.2% | $36.87 | -4.5% | 33.6 | 15.5 | 25,345 | $799,863 | -39.0% | $1,061 |
| 26  LARCENY BOURBON | 0.87 | (0.19) | $23,087,682 | -$5,519,325 | -19.3% | 2.5% | 56,616 | -11,799 | -16.5% | $33.98 | -3.4% | 29.6 | -3.2 | 23,365 | $779,200 | -10.7% | $988 |
| 27  VAN WINKLE BRBN | 0.86 | 0.09 | $22,926,217 | $1,595,647 | 7.5% | 0.3% | 5,602 | 588 | 21.4% | $341.03 | -9.8% | 1.9 | 0.1 | 5,489 | $11,878,869 | 2.2% | $4,177 |
| 28  BARDSTOWN BOURBON COMPANY | 0.86 | 0.33 | $22,773,909 | $8,389,820 | 58.4% | | 30,547 | 14,035 | 85.0% | $62.13 | -14.4% | 10.8 | 4.3 | 5,970 | $2,106,745 | -4.7% | $3,815 |
| 29  UNCLE NEAREST WHISKEY | 0.85 | 0.10 | $22,693,064 | $2,298,501 | 11.3% | 7.5% | 37,187 | 4,469 | 13.7% | $50.85 | -2.1% | 17.7 | -0.2 | 12,660 | $1,281,370 | 12.6% | $1,793 |

**Uncle Nearest vs. Penelope (Pre-Receivership):**

- Uncle Nearest continued to grow despite category contraction, with dollar sales up **+11.3%** and unit volume up **+13.7%**, while the overall category declined **(–1.9%).**

- Penelope Bourbon materially outpaced the category and Uncle Nearest, with dollar sales up **+43.4%** and unit volume up **+52.9%**, reflecting aggressive expansion from a smaller base.

- Uncle Nearest maintained growth at a more mature scale, generating higher absolute dollar sales despite Penelope's faster percentage growth.

## RNDC IMPACT

Both brands grew under the same RNDC distribution environment, reinforcing that distributor conditions did not constrain performance during this period.

Case 4:25-cv-00058-CEA-CHS    Document 137    Filed 02/05/26    Page 87 of 107
PageID #: 4024

**BRAND FAMILY REPORT: ALL DATA THRU 2025-12-27**

[HOME]

| | $ | | YOUR $ GROWTH | -22.3% | YOUR VOL GROWTH | -18.3% | YOUR DISTRO | 17.6 | STORES | |
| | | | MARKET $ GROWTH | -8.1% | MARKET VOL GROWTH | -7.1% | MARKET DISTRO | 75.1 | 7,660 | |
| | | | YOUR $ SHARE CHANGE | (0.09) | YOUR VOL SHARE CHANGE | (0.05) | | | 54,120 | |

TOTAL US XAOC + LIQUOR OPEN S | MARKET TIME CATEGORY
Latest 13 Wks
(All)
(ATTRIBUTE FILTERS APPLIED)

| $ RANK UNCLE NEAREST | $ SHARE | PTS vs YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs YA | $/RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $/PT CWD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YOUR TOTAL | 0.50 | (0.09) | $5,598,035 | -$1,603,205 | -22.3% | | 9,360 | -2,185 | -18.9% | $49.84 | -4.1% | 17.6 | -4.4 | 7,660 | $318,795 | -2.9% | $731 |
| 35 UNCLE NEAREST WHISKEY | 0.50 | (0.09) | $5,598,035 | -$1,603,205 | -22.3% | 7.7% | 9,360 | -2,185 | -18.3% | $49.84 | -4.1% | 17.6 | -4.4 | 7,660 | $318,795 | -2.9% | $731 |

| $ RANK BRAND FAMILY | $ SHARE | PTS vs YA | $SALES | vs YA | % vs YA | % INNOV | VOL | vs YA | % vs YA | $/RETAIL | % vs YA | MAX CWD | PTS vs YA | MAX STORES SELLING | $/PT CWD | % vs YA | $ / STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SELECTION TOTAL | 100.00 | | $1,116,556.36 | -$97,793.71 | -8.1% | | 2,615,14 | -198.83 | -7.1% | $35.58 | -1.1% | 75.1 | -2.1 | 54,120 | | | $2,595 |
| 1 JACK DANIEL'S | 12.58 | 0.33 | $140,419,276 | -$1,069,616 | -0.7% | 3.8% | 451,474 | -3,667 | -0.8% | $25.92 | 0.1% | 75.1 | -2.1 | 54,120 | $1,869,764 | 2.1% | $2,595 |
| 2 JIM BEAM BRBN | 6.22 | 0.03 | $69,441,499 | -$5,765,703 | -7.7% | | 307,183 | -31,295 | -9.2% | $18.84 | 1.7% | 61.1 | -3.1 | 35,319 | $1,171,613 | -3.4% | $1,517 |
| 3 WOODFORD RESERVE | 5.24 | 0.03 | $58,540,345 | -$4,162,743 | -6.6% | | 121,917 | -3,388 | -2.7% | $40.01 | -3.9% | 61.1 | -3.1 | 35,319 | $958,735 | -2.0% | $1,657 |
| 4 MAKER'S MARK | 4.87 | 0.14 | $54,367,681 | -$6,489,665 | -10.7% | 7.5% | 142,725 | -13,628 | -8.7% | $31.74 | -2.1% | 69.2 | 0.2 | 45,539 | $785,436 | -10.9% | $1,194 |
| 5 BUFFALO TRACE | 4.49 | 0.73 | $50,139,350 | $5,207,736 | 11.6% | | 143,293 | 18,364 | 15.3% | $23.16 | -3.2% | 56.3 | 2.9 | 35,626 | $890,100 | 5.8% | $1,407 |
| 6 BULLEIT WHISKEY | 3.79 | (0.06) | $42,321,482 | -$4,375,840 | -9.4% | | 116,131 | -10,829 | -8.5% | $30.37 | -0.9% | 53.5 | -4.1 | 38,109 | $711,644 | -3.2% | $1,111 |
| 7 BLANTON | 3.13 | 0.57 | $34,996,625 | $3,505,638 | 12.6% | 7.1% | 27,774 | 3,483 | 14.3% | $105.01 | -1.5% | 27.9 | 2.2 | 19,667 | $1,253,012 | 5.3% | $1,779 |
| 8 FOUR ROSES | 2.81 | (0.02) | $31,383,119 | -$3,020,175 | -8.8% | | 74,019 | -4,781 | -6.1% | $35.34 | -2.9% | 46.5 | -1.5 | 23,891 | $675,632 | -5.6% | $1,334 |
| 9 ELIJAH CRAIG BRBN | 2.57 | (0.06) | $28,742,684 | -$3,208,543 | -10.0% | | 59,390 | -2,277 | -3.7% | $40.33 | -6.6% | 48.3 | -2.6 | 25,391 | $595,333 | -5.3% | $1,106 |
| 10 BASIL HAYDEN | 2.53 | (0.17) | $28,253,114 | -$5,776,358 | -17.0% | | 54,551 | -10,078 | -15.6% | $43.16 | -1.6% | 51.2 | -2.3 | 26,610 | $551,388 | -13.2% | $1,062 |
| 11 ANGELS ENVY WSKY | 2.42 | (0.07) | $27,010,508 | -$3,183,954 | -10.5% | | 39,048 | -4,713 | -10.8% | $57.64 | 0.3% | 45.7 | -4.0 | 22,433 | $634,795 | -2.2% | $1,204 |
| 12 COLONEL EH TAYLOR | 2.40 | 0.15 | $26,775,655 | $10,415,440 | 63.7% | | 28,739 | 12,561 | 62.4% | $77.64 | -10.3% | 25.8 | 1.0 | 16,398 | $1,039,428 | -6.1% | $1,575 |
| 13 KNOB CREEK | 2.34 | 0.03 | $26,110,379 | -$1,921,172 | -6.9% | | 46,132 | -6,412 | -12.2% | $47.11 | 6.1% | 42.5 | -2.2 | 25,665 | $614,362 | -2.0% | $1,017 |
| 14 WILD TURKEY | 2.20 | (0.24) | $24,532,224 | -$5,046,363 | -17.0% | 5.1% | 72,298 | -11,417 | -13.6% | $28.35 | -3.9% | 39.4 | -0.9 | 27,761 | $624,644 | -15.1% | $886 |
| 15 EVAN WILLIAMS | 2.12 | (0.04) | $23,639,395 | -$2,591,830 | -9.8% | | 115,206 | -13,367 | -10.3% | $17.14 | 0.4% | 47.3 | -3.5 | 35,009 | $494,562 | -4.4% | $677 |
| 16 W.L. WELLER | 2.08 | 0.27 | $23,264,970 | $1,195,019 | 5.4% | | 30,548 | 2,663 | 9.6% | $63.47 | -3.8% | 15.7 | 0.0 | 12,118 | $1,485,630 | 2.7% | $1,920 |
| 17 EAGLE RARE | 1.97 | 0.57 | $22,002,743 | $5,139,649 | 30.5% | | 31,776 | 6,936 | 27.9% | $57.70 | 2.4% | 27.6 | 1.1 | 20,422 | $798,648 | 25.6% | $1,077 |
| 18 WHISTLEPIG WSKY | 1.78 | 0.11 | $19,886,546 | -$366,119 | -1.8% | | 22,042 | -22 | -0.1% | $75.19 | -1.7% | 24.9 | -0.1 | 11,735 | $797,376 | -1.6% | $1,695 |
| 19 OLE SMOKY | 1.74 | (0.11) | $19,487,029 | -$3,308,780 | -14.5% | | 72,337 | -13,542 | -15.5% | $22.25 | 1.1% | 17.7 | -0.5 | 17,260 | $624,212 | -8.7% | $1,128 |
| 20 MICHTER'S WHISKEY | 1.53 | (0.17) | $17,042,073 | -$923,247 | -5.2% | | 23,800 | -734 | -0.6% | $59.67 | 3.9% | 33.4 | -0.6 | 15,295 | $509,306 | 5.1% | $1,114 |
| 21 OLD FORESTER | 1.38 | (0.21) | $15,419,048 | -$3,892,509 | -20.2% | | 30,277 | -5,678 | -15.8% | $42.44 | -5.2% | 25.5 | -3.9 | 15,596 | $605,143 | -8.1% | $589 |
| 22 HIGH WEST WSKY | 1.28 | (0.26) | $14,239,718 | -$4,674,304 | -24.7% | | 18,065 | -4,908 | -21.4% | $65.69 | -4.3% | 22.5 | -2.7 | 11,800 | $632,876 | -15.7% | $1,207 |
| 23 SKREWBALL WHISKEY | 1.21 | (0.16) | $13,496,428 | -$3,144,236 | -19.3% | | 41,688 | -9,357 | -18.3% | $32.37 | 0.6% | 32.5 | -2.7 | 32,560 | $279,258 | -13.6% | $415 |
| 24 VAN WINKLE BRBN | 1.19 | 0.03 | $13,280,709 | -$781,673 | -5.6% | | 2,923 | -444 | -13.2% | $378.67 | 8.0% | 3.0 | -0.9 | 3,137 | $4,471,619 | 2.5% | $4,234 |
| 25 PENELOPE WSKY | 1.11 | 0.34 | $12,338,071 | $4,762,545 | 62.3% | | 16,861 | 6,601 | 64.3% | $60.98 | -0.3% | 13.8 | 3.2 | 5,939 | $892,124 | 25.2% | $2,078 |
| 26 JEFFERSON'S WSKY | 1.10 | (0.07) | $12,293,102 | -$1,674,434 | -13.2% | | 19,742 | -1,753 | -8.2% | $51.89 | -5.5% | 26.6 | -3.7 | 15,326 | $463,017 | -1.1% | $802 |
| 27 1792 WHISKEY | 1.02 | 0.12 | $11,350,007 | $419,634 | 3.8% | | 26,472 | 1,441 | 5.8% | $42.88 | -1.8% | 21.9 | -1.6 | 16,327 | $524,634 | 1.0% | $716 |
| 28 GEORGE T. STAGG BRBN | 0.82 | 0.13 | $9,168,067 | $235,953 | 2.6% | | 6,424 | 1,065 | 19.4% | $118.34 | -13.4% | 3.7 | 1.4 | 9,991 | $949,015 | 1.7% | $918 |
| 29 WILLETT WSKY | 0.75 | 0.15 | $8,376,842 | $1,111,960 | 15.3% | | 9,847 | 1,526 | 18.3% | $70.89 | -2.6% | 9.7 | -0.2 | 8,077 | $426,302 | 16.4% | $1,037 |
| 30 RUSSELL'S RESERVE | 0.72 | (0.14) | $8,027,568 | -$2,400,592 | -23.0% | | 11,096 | -2,078 | -15.8% | $60.29 | -8.6% | 23.7 | -2.1 | 10,864 | $339,432 | -16.3% | $739 |
| 31 BARDSTOWN BOURBON COMPANY | 0.71 | 0.08 | $7,973,864 | -$43,558 | -0.5% | | 10,483 | 851 | 8.0% | $75.40 | 0.0% | 5.1 | 0.6 | 5,569,155 | -13.6% | $1,563 |
| 32 BOOKERS | 0.65 | (0.07) | $7,203,072 | -$1,662,815 | -18.7% | | 5,941 | -1,293 | -17.6% | $101.13 | -4.5% | 9.3 | -0.1 | 9,325 | $471,798 | -22.4% | $773 |
| 33 BIRD DOG WSKY | 0.52 | (0.07) | $5,786,806 | -$1,365,239 | -19.6% | | 23,780 | -5,112 | -17.7% | $20.28 | -0.3% | 15.7 | -3.9 | 10,135 | $369,773 | -7.7% | $571 |
| 34 TRAVELLER WHISKEY | 0.51 | (0.20) | $5,702,886 | -$2,897,962 | -33.7% | | 13,525 | -5,748 | -29.8% | $35.14 | -5.5% | 32.5 | -4.9 | 19,427 | $175,636 | -20.4% | $294 |
| 35 UNCLE NEAREST WHISKEY | 0.50 | (0.09) | $5,598,035 | -$1,603,205 | -22.3% | 7.7% | 9,360 | -2,185 | -18.3% | $49.84 | -4.1% | 17.6 | -4.4 | 7,660 | $318,795 | -2.9% | $731 |

---

**Revenue Delta: Uncle Nearest vs. Penelope (Pre- vs. Post-Receivership):**

- Pre-Receivership, Uncle Nearest delivered strong revenue growth (+27.3%), materially exceeding category growth, while Penelope grew **faster (+96.3%)** from a smaller base—both thriving under the same distributor conditions.

- In the 52 weeks leading up to the Receivership, Uncle Nearest continued to grow revenue **(+11.3%),** while Penelope accelerated further **(+43.4%),** widening but not reversing the competitive gap.

- During this same period, the overall American whiskey category declined approximately **-8.1%,** materially less severe than Uncle Nearest's revenue decline.

**Context within the broader timeline:**

- In the first three months of the Receivership, Uncle Nearest's revenue reversed sharply **(–22.3%),** while Penelope's revenue surged **(+62.3%)** during the same period.

- This late-November period reflects the cumulative effects of the post-Receivership disruption first observed in September and escalated in October and early November. The magnitude and progression of this decline substantially exceed the concurrent market.

# EXHIBIT 7

4896-6231-1817, v. 1

DocuSign Envelope ID: 96FA4DB8-623E-47BD-897E-44559587A01B



Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

# Master Agreement

| Customer: | Uncle Nearest, Inc. |
|---|---|
| Effective Date: | January 18, 2024 |

1. Agreement: This Master Agreement ("Agreement"), dated as of the Effective Date set forth above, is between Advanced Spirits, LLC ("Advanced Spirits") and Customer set forth above (each of Customer and Advanced Spirits is a "Party" and together they are the "Parties"). The term of this Agreement (the "Term") commences on the Effective Date and shall continue until the later of (a) the date all obligations of the Parties with respect to Purchased Barrels have been satisfied, or (b) the date that is three years from the Effective Date, unless sooner terminated in accordance with this Agreement.

2. Purchase: Advanced Spirits may purchase, or make available, barrels of Whiskey (each, a "Barrel") from time-to-time as agreed in a Barrel Program Schedule on the form set forth on Annex A (each such Barrel Program Schedule, a "Schedule"). Each Schedule will include the Aging Facility, Brand Labels, Exclusivity Period, and Supplier applicable to the Purchased Barrels to which such Schedule applies. This Agreement does not obligate either Party to enter into or negotiate any Schedules. Each purchase of Barrels by Advanced Spirits pursuant to a Schedule is a "Purchase" and each Barrel purchased, or made available, by Advanced Spirits pursuant to a Schedule is a "Purchased Barrel". "Whiskey" means potable alcoholic distillate obtained from a mash of cereal grain or cereal grain products saccharified by the diastase of malt or other natural enzyme and fermented by the action of yeast. "Aging Facility" means each facility at which Purchased Barrels will be stored for aging. "Storage Agreement" means an agreement for the storage of Purchased Barrels at an Aging Facility between Advanced Spirits and the owner or operator of such Aging Facility. "Brand Labels" means the labels under which Whiskey from Purchased Barrels will be bottled and sold after such Purchased Barrel becomes a Customer Barrel pursuant to this Agreement. "Exclusivity Period" means the time during which Customer may exercise its exclusive rights to buy the Barrels, which time period is set forth in the applicable Schedule. "Supplier" means the party from whom Advanced Spirits will acquire Purchased Barrels. "New Fill Barrels" means Barrels for which the Barrel Fill Date is within 90 days prior to the date of purchase. "Aged Barrels" means Barrels that are not New Fill Barrels.

3. Fees & Expenses: Advanced Spirits shall pay all fees & expenses, including barreling fees, storage fees, insurance on a value of at least the Forward Price, ad valorem taxes, sales taxes, use taxes, excise taxes, other taxes, put away fees, retrieval fees, moving fees, transportation fees, and sampling fees, associated with each Purchase and the ownership, aging and selling of each Purchased Barrel (together "Fees & Expenses").

4. Exclusivity: Customer shall have the exclusive right to buy the Purchased Barrels until the end of the Exclusivity Period set forth in the applicable Schedule for the applicable Purchased Barrel (as determined from the Barrel Fill Date for the applicable Purchased Barrel) at the applicable Forward Price (such right, the "Exclusivity Rights"). During the Exclusivity Period, Advanced Spirits shall not sell

or otherwise transfer or convey ownership of such Purchased Barrels except as permitted in this Agreement. As consideration for Advanced Spirits' granting Customer the Exclusivity Rights (1) at or prior to each Purchase, Customer shall pay the Upfront Fee for each Purchased Barrel purchased pursuant to such Purchase to Advanced Spirits; (2) Customer shall pay Advanced Spirits an amount equal to all Fees & Expenses plus an administration fee equal to 10% of such Fees & Expenses within 15 days following Customer's receipt of an invoice for such amounts from Advanced Spirits, which shall be sent periodically as Fees & Expenses are incurred; and (3) Customer shall be obligated to comply with the Sales Restrictions described below. All amounts paid pursuant to this section are non-refundable. "Barrel Fill Date" means the date on which the Whiskey was initially filled in wooden barrels for aging. "Upfront Fee" means the upfront fee per Barrel stated in the Schedule for the applicable Purchased Barrel.

5. Aging: Customer shall not have the right to directly or indirectly move, dump, or manipulate (or cause the applicable Supplier or any other person to move, dump, or manipulate) any Purchased Barrels (including the associated barrel or the Whiskey in the Purchased Barrel) without the express written consent of Advanced Spirits; provided, however, Advanced Spirits shall consent to reasonable requests by Customer to sample Purchased Barrels at mutually agreeable times. If, for any reason, aging will no longer occur at the Aging Facility ("Aging Facility Termination"), then Advanced Spirits and Customer shall act in good faith to agree on another Aging Facility (the "Substitute Aging Facility") on or before the date requested by Advanced Spirits, it being understood that Advanced Spirits shall not be obligated to execute or extend any Storage Agreement unless the terms and conditions of such Storage Agreement are acceptable to Advanced Spirits. If no Substitute Aging Facility is agreed upon, then Customer shall buy the Purchased Barrels that are subject to the Aging Facility Termination for the applicable Forward Price(s) at least 20 days prior to the Aging Facility Termination date. In addition, if any Purchased Barrel is discovered to be Empty at any time (each such Purchased Barrel, an "Empty Barrel"), Customer shall buy such Empty Barrel for the Forward Price (determined as of the date of such discovery) within 15 days following receipt of notice from Advanced Spirits to Customer of the discovery of such Empty Barrel. A Barrel is "Empty" if the volume of liquid it contains is less than 5% of the stated barrel size or if it is declared empty by the Aging Facility or Substitute Aging Facility. Advanced Spirits shall arrange and pay for transportation to, from, and at each Aging Facility, each Substitute Aging Facility, and any other locations, in each case as deemed appropriate or necessary by Advanced Spirits, and all transportation-related costs paid by Advanced Spirits will be included in Fees & Expenses.

6. Forward Price: Customer shall buy Purchased Barrels (such Purchased Barrels, "Customer Barrels") from time-to-time during the Exclusivity Period (and in any event, prior to the end of the Exclusivity Period) for the Forward Price for the applicable Purchased Barrels. Prior to buying any Customer Barrels pursuant to this Agreement, Customer shall enter into, and provide Advanced Spirits a copy of, an

Master Agreement – pg. 1

DocuSign Envelope ID: 96FA4DB8-623E-47BD-897E-44559587A01B

agreement with the owner or operator of the applicable Aging Facility for the storage and shipment of the Customer Barrels from and after the time title to such Customer Barrels transfers to Customer hereunder. Upon request by Advanced Spirits, Customer shall execute a Purchase Notice with respect to each purchase pursuant to this Section on the form provided in Annex B (each, a "Purchase Notice"). Customer acknowledges that the applicable Storage Agreement may have minimum notice requirements for transferring or shipping any Customer Barrels and agrees to comply with any reasonable notice and response periods requested by Advanced Spirits in connection with the transferring or shipping of Customer Barrels. Subject to the foregoing and receipt of amounts due pursuant to Section 7, Advanced Spirits will endeavor to comply with the requested delivery date included in the applicable Purchase Notice. "Forward Price" means the Forward Price stated in the Schedule for the applicable Purchased Barrel, determined by its age on the date of purchase by Customer, as measured from the applicable Barrel Fill Date (in months, rounded up to the next whole month). The Forward Price is exclusive of sales, use, excise and other taxes, and Customer will pay Advanced Spirits for all such taxes that are payable by Advanced Spirits with respect to any Customer Barrels.

7. Sale: Customer Barrels shall be shipped EXW Aging Facility (Incoterms 2010) and title will transfer upon receipt by Advanced Spirits of the Forward Price for the applicable Customer Barrels. Customer shall not have the right to directly or indirectly move, dump, or manipulate (or cause the applicable Supplier or any other person to move, dump, or manipulate) any Customer Barrels (including the associated barrel or the Whiskey in the Customer Barrel) until title to such Customer Barrels transfers to Customer under this Agreement. Payment of the Forward Price for all Customer Barrels (and all other amounts owed pursuant to this Agreement in connection with such Customer Barrels) is due at least one business day prior to delivery of such Customer Barrels in accordance with the applicable Incoterm.

8. Sales Restrictions: Customer agrees (1) all Customer Barrels must be bottled by, or at the direction of, Customer solely under the Brand Labels listed on the applicable Schedule (unless otherwise agreed in writing by Advanced Spirits with respect to specific Customer Barrels) and (2) Customer shall not sell or otherwise transfer any Customer Barrels to any third party, except for the purposes of bottling the Whiskey from the Customer Barrels as permitted in (1) (the obligations in (1) and (2) are the "Sales Restrictions"). Customer represents and warrants that Customer owns, and will continue to own for the applicable Exclusivity Period(s), all right, title, and interest in and to, or an exclusive license to use and otherwise exploit, the Brand Labels and any and all logos, trademarks, trade names, or other intellectual property in or to, or that use, display or relate to, the Brand Labels. Customer and Advanced Spirits agree that Advanced Spirits would not agree to the Exclusivity Rights and the Forward Prices without Customer's agreement to the Sales Restrictions. As such, Customer shall pay Advanced Spirits liquidated damages for each breach of a Sales Restriction in an amount equal to three times the Forward Price for each Customer Barrel with respect to which Customer breaches any

Sales Restriction, except such Forward Price shall be determined as of the last day of the Exclusivity Period for the applicable Customer Barrel. The Parties recognize that damages may be difficult to calculate with respect to breaches of a Sales Restriction and have agreed that the calculation above for liquidated damages is a reasonable approximation of Advanced Spirits' expected damages and are not penalties. Payment of the liquidated damages is the sole monetary remedy and are in lieu of recovery of actual damages, except that nothing herein shall limit Advanced Spirits' ability to obtain any injunctive relief if Advanced Spirits determines, in its discretion, that payment of monetary damages will not adequately compensate it for a breach of this Section.

9. Guaranty: If Customer enters into a Schedule, but does not buy all Purchased Barrels of that Schedule prior to the end of the Exclusivity Period for such Purchased Barrels, or on the date required with respect to Empty Barrels or as a result of an Aging Facility Termination, Customer shall pay Advanced Spirits liquidated damages for the failure to buy such Purchased Barrels in an amount equal the applicable Forward Price for each Purchased Barrel not bought as required in this Agreement. If a payment is owed pursuant to the previous sentence as a result of a failure to buy Purchased Barrels prior to the end of the Exclusivity Period for such Purchased Barrels, the applicable Forward Price will be the Forward Price as of the last day of the Exclusivity Period for such Purchased Barrel. The Parties recognize that damages may be difficult to calculate with respect to breaches of this Section and have agreed that the calculation above for liquidated damages is a reasonable approximation of Advanced Spirits' expected damages and are not penalties. Payment of the liquidated damages is the sole monetary remedy and are in lieu of recovery of actual damages, except that nothing herein shall limit Advanced Spirits' ability to obtain any injunctive relief if Advanced Spirits determines, in its discretion, that payment of monetary damages will not adequately compensate it for a breach of this Section.

10. Third-Party Sales; Insurance Proceeds:

a. So long as no Customer Default has occurred, Customer may market any and all Purchased Barrels ("Marketed Barrels") to one or more third parties during the Exclusivity Period, and each sale completed as a result of marketing efforts pursuant to this sentence is an "Approved Third-Party Sale".

b. Unless otherwise agreed in writing by Advanced Spirits, offers from one of more third parties to purchase any or all of the Marketed Barrels will only be acceptable to Advanced Spirits if (and Advanced Spirits shall not be obligated to enter into any Approved Third-Party Sale unless) (1) the Distributable Proceeds from the resulting Approved Third-Party Sale would be more than the applicable Forward Price for such Marketed Barrel at the time of such sale and (2) the resulting Approved Third-Party Sale will be on terms and conditions approved by Advanced Spirits in its discretion.

c. "Distributable Proceeds" are funds received by Advanced Spirits during the Exclusivity Period from (1) (A) a third-party purchaser as payment under an Approved Third-Party Sale or (B) Advanced Spirits' or Supplier's insurance companies as proceeds

DocuSign Envelope ID: 96FA4DB8-623E-47BD-897E-44559587A01B

# A D V A N C E D   S P I R I T S

Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

under an insurance policy insuring losses of any Purchased Barrels *less* (2) any fees or expenses incurred or to be incurred by Advanced Spirits with respect to the applicable Approved Third-Party Sale or event that results in payment of the applicable insurance proceeds (including applicable premiums); provided, however, that the amount of Distributable Proceeds will be determined per barrel sold (in the case of an Approved Third-Party Sale) or lost (in the case of insurance proceeds). Advanced Spirits shall inform Customer of the amount of Distributable Proceeds received by Advanced Spirits within 30 days following receipt by Advanced Spirits of such Distributable Proceeds. If such Distributable Proceeds are greater than the Forward Price for the applicable Marketed Barrel (in the case of an Approved Third-Party Sale) or Purchased Barrel (in the case of insurance proceeds) and no Customer Default has occurred, Advanced Spirits shall pay Customer an amount equal to 50% of such excess above the applicable Forward Price. The applicable Forward Price shall be calculated from the date Advanced Spirits receives the applicable payment under an Approved Third-Party Sale or receives the applicable insurance proceeds.

d. Following receipt by Advanced Spirits of Distributable Proceeds with respect to any Purchased Barrel, such Purchased Barrel will no longer be a "Purchased Barrel" and will no longer be available for purchase by Customer. In addition, if any Purchased Barrel (that is not an Empty Barrel) is lost or damaged so that it is no longer usable such Purchased Barrel will no longer be a "Purchased Barrel" and will no longer be available for purchase by Customer, even if Advanced Spirits does not receive any insurance proceeds with respect to such Purchased Barrel.

11. Updated Schedules: Advanced Spirits may, from time-to-time, update Exhibit A to each Schedule for the purposes approved in such Schedule and also to reflect the barrel serial number for each Purchased Barrel, and to the extent applicable: (1) the date such Purchased Barrel is purchased as a Customer Barrel, (2) all liquidated damages paid by Customer with respect to such Purchased Barrel, (3) the date after which, pursuant to this Agreement, such Purchased Barrel is no longer a "Purchased Barrel" that is available to be bought by Customer under this Agreement, and (4) the amount of any Distributable Proceeds payable to Customer with respect to such Purchased Barrel. In the event of a conflict between (i) any Purchase Notice, invoice or other documents provided by Customer and (ii) the updated Schedule, the updated Schedule will control.

12. Intentionally Omitted.

13. No Warranties: Advanced Spirits does not and will not provide any warranty on quality of, or volume in, any Purchased Barrels or Customer Barrels. ALL CUSTOMER BARRELS WILL BE PROVIDED, "AS-IS" WITH NO WARRANTY, EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, AND ADVANCED SPIRITS SPECIFICALLY DISCLAIMS ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE.

14. Default: A Customer Default (a "Customer Default") shall occur if: (i) Customer does not buy all Purchased Barrels pursuant to any Schedule during the applicable Exclusivity Period or as otherwise required under this Agreement, (ii) Customer does not timely and

completely make a payment owed to Advanced Spirits (each, a "Payment Default") and does not cure such amount within 15 days, (iii) a third Payment Default occurs, or (iv) without limiting (i) – (iii), Customer breaches this Agreement or any Schedule and does not cure such breach within 30 days following notice of such breach from Advanced Spirits. Upon a Customer Default, Advanced Spirits shall have the right, upon notice to Customer, to (1) terminate any obligation for Advanced Spirits to purchase additional barrels under this Agreement or any or all Schedules, (2) terminate the Exclusivity Rights with respect to any or all Purchased Barrels (and any such Purchased Barrels would no longer be a "Purchased Barrel" and would no longer be available to be bought by Customer under this Agreement), (3) terminate all obligations, if any, Advanced Spirits may have to Customer with respect to any existing or future sales to any third parties, including with respect to payment to Customer of any portion of Distributable Proceeds, (4) terminate this Agreement or any or all Schedules, or (5) exercise any combination of the rights in any of (1) through (4) or that are otherwise available at law or in equity.

15. Confidentiality: The Parties agree that certain confidentiality agreement by and between the Parties, dated on or about the date hereof, will apply to disclosures made under this Agreement.

16. Disputes and Governing Law: Except for actions by Advanced Spirits seeking injunctive relief or to collect past due amounts, all disputes, demands, claims and causes of action whether in contract, tort or by statute arising out of, relating to or connected with this Agreement ("Dispute") shall be finally resolved by binding arbitration in accordance with the International Institute for Conflict Prevention and Resolution Rules for Non-Administered Arbitration by a single arbitrator. This Agreement and any Dispute shall in all respects be governed by, interpreted and determined in accordance with the laws of the State of Texas, without regard to conflict of law principles that would require the application of the law of any other jurisdiction. The arbitration shall be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq., and judgment upon the award rendered by the arbitrator may be entered by any court having jurisdiction thereof. The place of the arbitration shall be Houston, Texas. Any Party who fails or refuses to submit to binding arbitration following a demand by the opposing Party shall bear all costs and expenses incurred by the opposing Party in compelling arbitration. The prevailing Party in any legal proceeding (including arbitration) will be entitled to recover its reasonable and necessary attorney fees and costs.

17. Indemnification; Limitation of Liability:

a. Customer shall indemnify, defend, and hold harmless Advanced Spirits and its affiliates, and its and their owners, managers, employees, officers, directors, and representatives from and against any and all claims, damages, losses, liabilities, causes of action, and expenses, including attorneys' fees, (collectively, "Claims") arising out of or relating to (a) the Customer Barrels (including, those arising from the purchase, sale, marketing, transfer, use or ownership of the Customer Barrels) from and after the date such barrels are purchased by Customer under this Agreement, (b) any negligence or other fault of the Customer or any of its affiliates or its or their owners,

Case 4:25-cv-00038-CEA-CHS     Document 137     Filed 02/05/26     Page 92 of 107
PageID #: 4029

## ADVANCED SPIRITS

Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

managers, employees, officers, directors (collectively, "Representatives"), and (c) any failure by Customer or its Representatives to comply with this Agreement or all laws applicable to this Agreement or the purchase, sale, marketing, transfer, use or ownership of Customer Barrels.

b. Advanced Spirits shall indemnify, defend, and hold harmless Customer and its affiliates, and its and their owners, managers, employees, officers, directors, and representatives from and against any and all Claims arising out of or relating to the breach of this Agreement by Advanced Spirits. IN NO EVENT WILL ADVANCED SPIRITS BE LIABLE FOR ANY CONSEQUENTIAL, INCIDENTAL, EXEMPLARY, SPECIAL, OR INDIRECT DAMAGES, OR ANY DAMAGES FOR LOSS OF PROFITS, LOSS OF REVENUE, LOSS OF SALES, DIMUNITION IN VALUE, BUSINESS INTERRUPTION, OR DELAY ARISING OUT OF OR RELATING TO THIS AGREEMENT OR ANY PURCHASED BARRELS OR CUSTOMER BARRELS. IN NO EVENT SHALL ADVANCED SPIRIT'S AGGREGATE LIABILITY FOR ALL CLAIMS ARISING OUT OF OR RELATED TO ANY OR ALL BARRELS RELATED TO THIS AGREEMENT (WHETHER SUCH BARRELS ARE PURCHASED BARRELS, CUSTOMER BARRELS, MARKETED BARRELS OR OTHERWISE AT THE TIME THE CLAIM ARISES) EXCEED THE AMOUNT PAID BY CUSTOMER TO ADVANCED SPIRITS UNDER THIS AGREEEEMENT FOR THE BARRELS GIVING RISE TO THE CLAIM. THE FOREGOING INDEMNIFICATIONS AND LIMITS WILL APPLY TO ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT, INCLUDING IF SUCH CLAIMS ARE CAUSED BY THE NEGLIGENCE, BREACH OF CONTRACT, OR OTHER FAULT OF ANY PARTY, TO THE EXTENT ALLOWABLE UNDER APPLICABLE LAW.

18. Assignment: Advanced Spirits may assign its rights and obligations under this Agreement (a) to its affiliates, subsidiaries, and successors in interest to all or substantially all of its business' assets; and (b) collaterally or otherwise, to its lenders, and Customer agrees that following receipt of written notice from (i) with respect to (a) above, Advanced Spirits of such assignment, or (ii) with respect to (b) above, Advanced Spirits or such lender that an event of default has occurred under the applicable credit facility and such lender has elected to enforce its remedies under such collateral assignment, Customer consents to and will permit the applicable assignee (including such lender or its designee, as applicable) to succeed to the rights and interests of Advanced Spirits under this Agreement in accordance with the terms hereof and continue to be bound by the same. For clarity, the foregoing assignment rights apply to assignments to such lender regardless of if such lender forecloses on its loan or accepts a transfer-in-lieu of foreclosure. Customer shall not assign, transfer or otherwise delegate this Agreement without the prior written consent of Advanced Spirits. For the purposes of this provision, an assignment of this Agreement by Customer includes, in one transaction or a series of related transactions: (1) the sale of any Brand Labels, (2) the sale, transfer or other disposition of all or a significant portion of Customer's assets, or (3) the direct or indirect sale of more than 50% of the direct or indirect equity of Customer. The terms and conditions of this Agreement shall inure to the benefit of and be binding upon the respective successors and assigns of the Parties.

19. Force Majeure: Neither Party shall be liable for any loss,

damage, or consequential damages or in any other way because of any delay in or failure of performance under this Agreement (other than failure to pay amounts as provided in this Agreement) or failure to give notice of any delay due to any of the following (each, a "Force Majeure Event"): (1) all circumstances beyond such Party's control, including fire, flood, accident, riot, war, governmental interference, rationing, epidemic, pandemic, quarantine restrictions, strikes, acts of God, and (2) in the case of Advanced Spirits, acts or omissions of Customer or any Supplier (whether or not allowed under any contract between Advanced Spirits and such Supplier) and interruption of supplies, whatever the reason may be for said inability or delay. In the event Advanced Spirits is unable to perform because of any Force Majeure Event, Advanced Spirits may terminate this Agreement or any applicable Schedule in whole or in part without any further liability.

20. Entire Agreement: This Agreement contains the entire agreement between Customer and Advanced Spirits with respect to the subject matter it contains and supersedes all other written or oral agreements relating to the subject matter it contains. To the extent there is a conflict between this Agreement and any other document, the terms and conditions in this Agreement shall control. The terms of this Agreement cannot be modified unless done so in a writing signed by Customer and Advanced Spirits, and no modification will be effective unless in such a writing. A waiver by a Party of any breach or default by the other Party is not a waiver of any other breach or default, and no course of dealings between the Parties will modify this Agreement. In addition to the provisions that provide obligations that exceed the term of this Agreement, the provisions regarding warranty, payment of amounts owed by Customer, sales restrictions, confidential information, payment of fees, and dispute resolution survive the termination of this Agreement. As used in this Agreement, the term "including" means "including, without limitation."

21. Authority: The individual executing this Agreement on behalf of Customer represents and warrants that it has the actual authority to enter into and bind the Customer to the terms and conditions in this Agreement. Customer represents it has the right to enter into and perform its obligations under this Agreement and entering this Agreement will not breach any obligation Customer has to any third party.

22. Severability: If any provision of this Agreement is invalid, illegal, or unenforceable in any jurisdiction, for any reason, the invalidity, illegality, or unenforceability of that provision will not affect any other provision of this Agreement, but the invalid, illegal, or unenforceable provision will be substituted with a valid provision that most closely approximates the intent and the economic effect of the invalid provision and that would be enforceable to the maximum extent permitted in the jurisdiction.

23. Notices: Notices and other communications between the Parties shall be deemed to be validly given if transmitted in writing, by U.S. certified mail (return receipt requested), overnight courier or personal delivery, or email to the other Party at the addresses set forth on the signature page below. Either Party may change its notice address upon notice to the other Party in the manner provided in this

DocuSign Envelope ID: 96FA4DB8-623E-47BD-897E-44559587A01B

 A D V A N C E D   S P I R I T S

Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

section.

24. <u>Relationship of the Parties</u>: Advanced Spirits is an independent contractor to Customer and nothing in this Agreement shall render or deem Advanced Spirits, or any of its affiliates, employees, officers, managers, or subcontractors, an employee, partner, agent of, or joint venturer with Customer for any purpose whatsoever including, without limitation, those of any applicable law.

25. <u>Headings</u>: The section headings contained in this Agreement are inserted for convenience only and shall not affect in any way the meaning or interpretation of this Agreement.

26. <u>Counterparts; Telefacsimile or Other Electronic Delivery</u>: This Agreement may be executed in any number of counterparts and by different parties on separate counterparts, each of which, when executed and delivered, shall be deemed to be an original, and all of which, when taken together, shall constitute but one and the same agreement. Execution of any such counterpart may be by means of (a) an electronic signature that complies with the federal Electronic Signatures in Global and National Commerce Act, as in effect from time to time, state enactments of the Uniform Electronic Transactions Act, as in effect from time to time, or any other relevant and applicable electronic signatures law; (b) an original manual signature; or (c) a faxed, scanned, or photocopied manual signature. Each electronic signature or faxed, scanned, or photocopied manual signature shall for all purposes have the same validity, legal effect, and admissibility in evidence as an original manual signature.

 A D V A N C E D   S P I R I T S

Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

This Agreement is executed by Customer and Advanced Spirits as of the Effective Date.

Advanced Spirits, LLC

By: *Robert J. Arnold*
68EFBB60D5D0410...
Name: Robert Arnold
Title: President

Notice Address:

Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098
Attn:  Drew Carden and Robert Arnold
Email:  drew@parkpartnersgroup.com;
         rob@advanced-spirits.com

Uncle Nearest, Inc.

By: *keith Weaver*
4E651394F26D40C...
Name: Keith Weaver

Title: President

Notice Address:

Uncle Nearest, Inc.
3125 Hwy 231 N; Shelbyville, TN 37160
Attn:  Keith Weaver
Email: keith.weaver@unclenearest.com

[Signature page to Master Agreement]

DocuSign Envelope ID: 96FA4DB8-623E-47BD-897E-44559587A01B



Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

# Barrel Program Schedule UN-1003

| | |
|---|---|
| **Customer:** | Uncle Nearest, Inc. |
| **Brand Labels:** | 1856 Premium Aged Whiskey, 1884 Small Batch, Master Blend, Single Barrel |
| **Supplier:** | Tennessee Distilling Group, LLC |
| **Original Distiller:** | Tennessee Distilling Group, LLC |
| **Aging Facility:** | Tennessee Distilling Group, LLC |
| **Effective Date:** | 01/18/24 |

| | |
|---|---|
| **Specifications:** | |
| **Description:** | Bourbon whiskey with a mash bill of 84% corn/8% rye/0% wheat/8% malted barley in a new 53-gallon charred oak barrel. |

| | |
|---|---|
| **Est. Number of Barrels:** | 10,000 |
| **Est. Purchase Price:** | $743.04 |
| **Est. Barrel Fill Date:** | CY 2024 |
| **Est. Purchase Age (in months):** | New Fill (0 months) |

| | |
|---|---|
| **Other Terms:** | |
| **Exclusivity Period (from Barrel Fill Date):** | 60 months |
| **Upfront Fee (per barrel):** | $75.00 |
| **Forward Prices:** | See Table Below |

**Schedule:** This Barrel Program Schedule (this "Schedule") is dated as of the Effective Date set forth above and supplements and incorporates the Master Agreement executed between the Parties, effective as of January 18, 2024 (the "Master Agreement"). Terms used, but not defined, in this Schedule, shall have the meanings attributed to them in the Master Agreement.

**Purchase:** Advanced Spirits shall purchase the number of barrels of Whiskey set forth above pursuant to a purchase agreement between Advanced Spirits and the Supplier set forth above (the "Supplier Agreement") and such barrels of Whiskey will be Purchased Barrels under the Master Agreement. The specifications (including description, purchase price, number of barrels, Barrel Fill Date, and purchase age) included in the Supplier Agreement (the "Supplier Specifications") for each Purchased Barrel purchased by Advanced Spirits under this Schedule will be the same as the Specifications provided above unless otherwise adjusted in accordance with this Schedule. Title to Purchased Barrels will transfer to Advanced Spirits in accordance with the Supplier Agreement. Advanced Spirits' obligations under this Schedule are contingent upon execution of the Supplier Agreement and a Storage Agreement, in each case on terms and conditions acceptable to Advanced Spirits in its discretion.

**Changes to Supplier Agreement.** If the Supplier Specifications for the barrels of Whiskey to be delivered pursuant to the Supplier Agreement are modified, Advanced Spirits shall have the right to adjust the Specifications for the Purchased Barrels to be provided under this Agreement, including increasing the Forward Price for Purchased Barrels if the purchase price for such barrels increases.

**Updates to Exhibit A:** Advanced Spirits, may from time-to-time, update Exhibit A attached hereto as contemplated in Section 11 of

the Master Agreement, to reflect any agreed changes to Brand Labels for specific Purchased Barrels, and to reflect adjustments to the Aging Facility, Specifications, and Forward Prices applicable to this Schedule as contemplated herein. In the event of a conflict between the updated Exhibit A to this Schedule and any Purchase Notices or documents provided by Customer, the updated Exhibit A will control.

**Aging:** Purchased Barrels will be stored and aged under this Schedule at the Aging Facility set forth above on behalf of Advanced Spirits unless otherwise contemplated by the Master Agreement.

**Forward Prices:**

| Age from Barrel Fill Date | Forward Price (per barrel) |
|---|---|
| Month 0-24 | $1,025 |
| Month 25 | $1,035 |
| Month 26 | $1,045 |
| Month 27 | $1,050 |
| Month 28 | $1,075 |
| Month 29 | $1,085 |
| Month 30 | $1,100 |
| Month 31 | $1,125 |
| Month 32 | $1,135 |
| Month 33 | $1,150 |
| Month 34 | $1,175 |
| Month 35 | $1,185 |
| Month 36 | $1,200 |
| Month 37 | $1,210 |
| Month 38 | $1,220 |
| Month 39 | $1,225 |
| Month 40 | $1,250 |
| Month 41 | $1,275 |
| Month 42 | $1,285 |
| Month 43 | $1,300 |
| Month 44 | $1,325 |
| Month 45 | $1,350 |
| Month 46 | $1,375 |
| Month 47 | $1,385 |
| Month 48 | $1,400 |
| Month 49 | $1,450 |
| Month 50 | $1,475 |
| Month 51 | $1,500 |
| Month 52 | $1,525 |
| Month 53 | $1,550 |
| Month 54 | $1,575 |
| Month 55 | $1,600 |
| Month 56 | $1,625 |
| Month 57 | $1,650 |
| Month 58 | $1,675 |
| Month 59 | $1,700 |
| Month 60 | $1,725 |

DocuSign Envelope ID: 96FA4DB8-623E-47BD-897E-44559587A01B

 ADVANCED SPIRITS

Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

This Schedule is executed by Customer and Advanced Spirits as of
the Effective Date shown on such Schedule.

Advanced Spirits, LLC

By: _Robert J. Arnold_
    —DocuSigned by:
    68EFBB600SD0418...
Name: Robert Arnold
Title: President


Uncle Nearest, Inc.

By: _keith Weaver_
    —DocuSigned by:
    4E851304F26D43C...
Name: Keith Weaver
Title: President

Barrel Program Schedule – pg. 2

DocuSign Envelope ID: 96FA4DB8-623E-47BD-897E-44559587A01B



Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

# Barrel Program Schedule UN-1002

| | |
|---|---|
| **Customer:** | Uncle Nearest, Inc. |
| **Brand Labels:** | 1856 Premium Aged Whiskey, 1884 Small Batch, Master Blend, Single Barrel |
| **Supplier:** | Tennessee Distilling Group, LLC |
| **Original Distiller:** | Tennessee Distilling Group, LLC |
| **Aging Facility:** | Tennessee Distilling Group, LLC |
| **Effective Date:** | 01/18/24 |

**Specifications:**

**Description:** Bourbon whiskey with a mash bill of 80% corn/10% rye /0% wheat/10% malted barley in a new 53-gallon charred oak barrel.

| | |
|---|---|
| **Est. Number of Barrels:** | 2,850 |
| **Est. Purchase Price:** | $748.64 |
| **Est. Barrel Fill Date:** | Jan 2024 |
| **Est. Purchase Age (in months):** | New Fill (0 months) |

**Other Terms:**

| | |
|---|---|
| **Exclusivity Period (from Barrel Fill Date):** | 60 months |
| **Upfront Fee (per barrel):** | $75.00 |
| **Forward Prices:** | See Table Below |

**Schedule:** This Barrel Program Schedule (this "Schedule") is dated as of the Effective Date set forth above and supplements and incorporates the Master Agreement executed between the Parties, effective as of January 18, 2024 (the "Master Agreement"). Terms used, but not defined, in this Schedule, shall have the meanings attributed to them in the Master Agreement.

**Purchase:** Advanced Spirits shall purchase the number of barrels of Whiskey set forth above pursuant to a purchase agreement between Advanced Spirits and the Supplier set forth above (the "Supplier Agreement") and such barrels of Whiskey will be Purchased Barrels under the Master Agreement. The specifications (including description, purchase price, number of barrels, Barrel Fill Date, and purchase age) included in the Supplier Agreement (the "Supplier Specifications") for each Purchased Barrel purchased by Advanced Spirits under this Schedule will be the same as the Specifications provided above unless otherwise adjusted in accordance with this Schedule. Title to Purchased Barrels will transfer to Advanced Spirits in accordance with the Supplier Agreement. Advanced Spirits' obligations under this Schedule are contingent upon execution of the Supplier Agreement and a Storage Agreement, in each case on terms and conditions acceptable to Advanced Spirits in its discretion.

**Changes to Supplier Agreement.** If the Supplier Specifications for the barrels of Whiskey to be delivered pursuant to the Supplier Agreement are modified, Advanced Spirits shall have the right to adjust the Specifications for the Purchased Barrels to be provided under this Agreement, including increasing the Forward Price for Purchased Barrels if the purchase price for such barrels increases.

**Updates to Exhibit A:** Advanced Spirits, may from time-to-time, update Exhibit A attached hereto as contemplated in Section 11 of

the Master Agreement, to reflect any agreed changes to Brand Labels for specific Purchased Barrels, and to reflect adjustments to the Aging Facility, Specifications, and Forward Prices applicable to this Schedule as contemplated herein. In the event of a conflict between the updated Exhibit A to this Schedule and any Purchase Notices or documents provided by Customer, the updated Exhibit A will control.

**Aging:** Purchased Barrels will be stored and aged under this Schedule at the Aging Facility set forth above on behalf of Advanced Spirits unless otherwise contemplated by the Master Agreement.

**Forward Prices:**

| Age from Barrel Fill Date | Forward Price (per barrel) |
|---|---|
| Month 0-24 | $1,025 |
| Month 25 | $1,035 |
| Month 26 | $1,050 |
| Month 27 | $1,060 |
| Month 28 | $1,075 |
| Month 29 | $1,100 |
| Month 30 | $1,110 |
| Month 31 | $1,125 |
| Month 32 | $1,150 |
| Month 33 | $1,160 |
| Month 34 | $1,175 |
| Month 35 | $1,200 |
| Month 36 | $1,225 |
| Month 37 | $1,235 |
| Month 38 | $1,245 |
| Month 39 | $1,250 |
| Month 40 | $1,260 |
| Month 41 | $1,275 |
| Month 42 | $1,300 |
| Month 43 | $1,325 |
| Month 44 | $1,335 |
| Month 45 | $1,350 |
| Month 46 | $1,375 |
| Month 47 | $1,400 |
| Month 48 | $1,425 |
| Month 49 | $1,475 |
| Month 50 | $1,500 |
| Month 51 | $1,510 |
| Month 52 | $1,525 |
| Month 53 | $1,550 |
| Month 54 | $1,575 |
| Month 55 | $1,600 |
| Month 56 | $1,625 |
| Month 57 | $1,650 |
| Month 58 | $1,675 |
| Month 59 | $1,700 |
| Month 60 | $1,725 |

DocuSign Envelope ID: 96FA4DB8-623E-47BD-897E-44559587A01B



Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

This Schedule is executed by Customer and Advanced Spirits as of the Effective Date shown on such Schedule.

Advanced Spirits, LLC

By: *Robert J. Arnold*
   66EFBB60B5D0418...
Name: Robert Arnold
Title: President

Uncle Nearest, Inc.

By: *Keith Weaver*
   4E851394F26D43C...
Name: Keith Weaver
Title: President

DocuSign Envelope ID: 96FA4DB8-623E-47BD-897E-44559587A01B

 A D V A N C E D   S P I R I T S

Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

# Barrel Program Schedule UN-1001

| | |
|---|---|
| **Customer:** | Uncle Nearest, Inc. |
| **Brand Labels:** | 1856 Premium Aged Whiskey, 1884 Small Batch, Master Blend, Single Barrel |
| **Supplier:** | Tennessee Distilling Group, LLC |
| **Original Distiller:** | Tennessee Distilling Group, LLC |
| **Aging Facility:** | Tennessee Distilling Group, LLC |
| **Effective Date:** | 01/18/24 |

**Specifications:**
Description: Bourbon whiskey with a mash bill of 84% corn/8% rye /0% wheat/8% malted barley in a new 53-gallon charred oak barrel.

| | |
|---|---|
| Est. Number of Barrels: | 2,807 |
| Est. Purchase Price: | $723.49 |
| Est. Barrel Fill Date: | Jan 2024 |
| Est. Purchase Age (in months): | New Fill (0 months) |

**Other Terms:**

| | |
|---|---|
| Exclusivity Period (from Barrel Fill Date): | 60 months |
| Upfront Fee (per barrel): | $51.00 |
| Forward Prices: | See Table Below |

**Schedule:** This Barrel Program Schedule (this "Schedule") is dated as of the Effective Date set forth above and supplements and incorporates the Master Agreement executed between the Parties, effective as of January 18, 2024 (the "Master Agreement"). Terms used, but not defined, in this Schedule, shall have the meanings attributed to them in the Master Agreement.

**Purchase:** Advanced Spirits shall purchase the number of barrels of Whiskey set forth above pursuant to a purchase agreement between Advanced Spirits and the Supplier set forth above (the "Supplier Agreement") and such barrels of Whiskey will be Purchased Barrels under the Master Agreement. The specifications (including description, purchase price, number of barrels, Barrel Fill Date, and purchase age) included in the Supplier Agreement (the "Supplier Specifications") for each Purchased Barrel purchased by Advanced Spirits under this Schedule will be the same as the Specifications provided above unless otherwise adjusted in accordance with this Schedule. Title to Purchased Barrels will transfer to Advanced Spirits in accordance with the Supplier Agreement. Advanced Spirits' obligations under this Schedule are contingent upon execution of the Supplier Agreement and a Storage Agreement, in each case on terms and conditions acceptable to Advanced Spirits in its discretion.

**Changes to Supplier Agreement.** If the Supplier Specifications for the barrels of Whiskey to be delivered pursuant to the Supplier Agreement are modified, Advanced Spirits shall have the right to adjust the Specifications for the Purchased Barrels to be provided under this Agreement, including increasing the Forward Price for Purchased Barrels if the purchase price for such barrels increases.

**Updates to Exhibit A:** Advanced Spirits, may from time-to-time, update Exhibit A attached hereto as contemplated in Section 11 of

the Master Agreement, to reflect any agreed changes to Brand Labels for specific Purchased Barrels, and to reflect adjustments to the Aging Facility, Specifications, and Forward Prices applicable to this Schedule as contemplated herein. In the event of a conflict between the updated Exhibit A to this Schedule and any Purchase Notices or documents provided by Customer, the updated Exhibit A will control.

**Aging:** Purchased Barrels will be stored and aged under this Schedule at the Aging Facility set forth above on behalf of Advanced Spirits unless otherwise contemplated by the Master Agreement.

**Forward Prices:**

| Age from Barrel Fill Date | Forward Price (per barrel) |
|---|---|
| Month 0-24 | $1,025 |
| Month 25 | $1,035 |
| Month 26 | $1,045 |
| Month 27 | $1,050 |
| Month 28 | $1,075 |
| Month 29 | $1,085 |
| Month 30 | $1,100 |
| Month 31 | $1,125 |
| Month 32 | $1,150 |
| Month 33 | $1,160 |
| Month 34 | $1,175 |
| Month 35 | $1,200 |
| Month 36 | $1,225 |
| Month 37 | $1,235 |
| Month 38 | $1,245 |
| Month 39 | $1,250 |
| Month 40 | $1,260 |
| Month 41 | $1,275 |
| Month 42 | $1,300 |
| Month 43 | $1,325 |
| Month 44 | $1,335 |
| Month 45 | $1,350 |
| Month 46 | $1,375 |
| Month 47 | $1,400 |
| Month 48 | $1,425 |
| Month 49 | $1,475 |
| Month 50 | $1,485 |
| Month 51 | $1,500 |
| Month 52 | $1,525 |
| Month 53 | $1,550 |
| Month 54 | $1,575 |
| Month 55 | $1,600 |
| Month 56 | $1,625 |
| Month 57 | $1,650 |
| Month 58 | $1,675 |
| Month 59 | $1,700 |
| Month 60 | $1,725 |

DocuSign Envelope ID: 96FA4DB8-623E-47BD-897E-44559587A01B

 ADVANCED SPIRITS

Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

This Schedule is executed by Customer and Advanced Spirits as of the Effective Date shown on such Schedule.

Advanced Spirits, LLC

By: _Robert J. Arnold_
Name: Robert Arnold
Title: President


Uncle Nearest, Inc.

By: _Keith Weaver_
Name: Keith Weaver
Title: President

DocuSign Envelope ID: 96FA4DB8-623E-47BD-897E-44559587A01B

 **ADVANCED SPIRITS**

Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

# Barrel Program Schedule UN-1004

| | |
|---|---|
| **Customer:** | Uncle Nearest, Inc. |
| **Brand Labels:** | 1856 Premium Aged Whiskey, 1884 Small Batch, Master Blend, Single Barrel |
| **Supplier:** | Tennessee Distilling Group, LLC |
| **Original Distiller:** | Tennessee Distilling Group, LLC |
| **Aging Facility:** | Tennessee Distilling Group, LLC |
| **Effective Date:** | 01/18/24 |

**Specifications:**
**Description:** Bourbon whiskey with a mash bill of 80% corn/10% rye/0% wheat/10% malted barley in a new 53-gallon charred oak barrel.

| | |
|---|---|
| **Est. Number of Barrels:** | 10,000 |
| **Est. Purchase Price:** | $765.63 |
| **Est. Barrel Fill Date:** | CY 2024 |
| **Est. Purchase Age (in months):** | New Fill (0 months) |

**Other Terms:**

| | |
|---|---|
| **Exclusivity Period (from Barrel Fill Date):** | 60 months |
| **Upfront Fee (per barrel):** | $92.00 |
| **Forward Prices:** | See Table Below |

**Schedule:** This Barrel Program Schedule (this "Schedule") is dated as of the Effective Date set forth above and supplements and incorporates the Master Agreement executed between the Parties, effective as of January 18, 2024 (the "Master Agreement"). Terms used, but not defined, in this Schedule, shall have the meanings attributed to them in the Master Agreement.

**Purchase:** Advanced Spirits shall purchase the number of barrels of Whiskey set forth above pursuant to a purchase agreement between Advanced Spirits and the Supplier set forth above (the "Supplier Agreement") and such barrels of Whiskey will be Purchased Barrels under the Master Agreement. The specifications (including description, purchase price, number of barrels, Barrel Fill Date, and purchase age) included in the Supplier Agreement (the "Supplier Specifications") for each Purchased Barrel purchased by Advanced Spirits under this Schedule will be the same as the Specifications provided above unless otherwise adjusted in accordance with this Schedule. Title to Purchased Barrels will transfer to Advanced Spirits in accordance with the Supplier Agreement. Advanced Spirits' obligations under this Schedule are contingent upon execution of the Supplier Agreement and a Storage Agreement, in each case on terms and conditions acceptable to Advanced Spirits in its discretion.

**Changes to Supplier Agreement.** If the Supplier Specifications for the barrels of Whiskey to be delivered pursuant to the Supplier Agreement are modified, Advanced Spirits shall have the right to adjust the Specifications for the Purchased Barrels to be provided under this Agreement, including increasing the Forward Price for Purchased Barrels if the purchase price for such barrels increases.

**Updates to Exhibit A:** Advanced Spirits, may from time-to-time, update Exhibit A attached hereto as contemplated in Section 11 of

the Master Agreement, to reflect any agreed changes to Brand Labels for specific Purchased Barrels, and to reflect adjustments to the Aging Facility, Specifications, and Forward Prices applicable to this Schedule as contemplated herein. In the event of a conflict between the updated Exhibit A to this Schedule and any Purchase Notices or documents provided by Customer, the updated Exhibit A will control.

**Aging:** Purchased Barrels will be stored and aged under this Schedule at the Aging Facility set forth above on behalf of Advanced Spirits unless otherwise contemplated by the Master Agreement.

**Forward Prices:**

| Age from Barrel Fill Date | Forward Price (per barrel) |
|---|---|
| Month 0-24 | $1,025 |
| Month 25 | $1,035 |
| Month 26 | $1,050 |
| Month 27 | $1,060 |
| Month 28 | $1,075 |
| Month 29 | $1,100 |
| Month 30 | $1,110 |
| Month 31 | $1,125 |
| Month 32 | $1,150 |
| Month 33 | $1,160 |
| Month 34 | $1,175 |
| Month 35 | $1,200 |
| Month 36 | $1,225 |
| Month 37 | $1,235 |
| Month 38 | $1,245 |
| Month 39 | $1,250 |
| Month 40 | $1,260 |
| Month 41 | $1,275 |
| Month 42 | $1,300 |
| Month 43 | $1,325 |
| Month 44 | $1,335 |
| Month 45 | $1,350 |
| Month 46 | $1,375 |
| Month 47 | $1,400 |
| Month 48 | $1,425 |
| Month 49 | $1,475 |
| Month 50 | $1,500 |
| Month 51 | $1,510 |
| Month 52 | $1,525 |
| Month 53 | $1,550 |
| Month 54 | $1,575 |
| Month 55 | $1,600 |
| Month 56 | $1,625 |
| Month 57 | $1,650 |
| Month 58 | $1,675 |
| Month 59 | $1,700 |
| Month 60 | $1,725 |

DocuSign Envelope ID: 96FA4DB8-623E-47BD-897E-44559587A01B



Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

This Schedule is executed by Customer and Advanced Spirits as of the Effective Date shown on such Schedule.

Advanced Spirits, LLC

By: _Robert J. Arnold_
Name: Robert Arnold
Title: President

Uncle Nearest, Inc.

By: _Keith Weaver_
Name: Keith Weaver
Title: President

Barrel Program Schedule – pg. 2

# EXHIBIT 8

**Michael Collins**

| | |
|---|---|
| **From:** | Justin Campbell <justin@thompsonburton.com> |
| **Sent:** | Tuesday, January 13, 2026 11:14 AM |
| **To:** | Michael Collins |
| **Cc:** | Phillip Young |
| **Subject:** | Re: Uncle Nearest - Thirteen Week Cash Flow |

Michael,

Thanks for reaching back out. We have discussed your clients' request for the 13 week budget and will agree to share it with your clients upon acceptance of the following below conditions.

First, your clients must sign a NDA agreement confirming that they will not share the budget with any other party, including other employees and shareholders, and will not attach the budget as a part of any pleading with the court. The budget is an internal forecasting tool that offers no benefit to outside parties and only creates further confusion.

Second, given that the 13 week budget is only a forecasting tool for the receivership to use internally, we will not be entertaining comments or critiques of the budget. When we've shared this budget in the past, our team spent a great deal of time, commenting back-and-forth with your clients regarding its contents.

We are only sharing this budget with you for informational purposes only. The sales data is a more accurate representation of the company and your clients already have access to that information.

If they agree to the conditions outlined above, please let me know and we'll get the appropriate documents over to you.

Let me know if you have any questions.

Justin

**Thompson Burton PLLC**
*Redefining the Art of Law.*

_____

Justin Campbell
Phone: (615) 465-6015
1801 West End Avenue, Suite 1550
Nashville, TN 37203
E-mail: justin@thompsonburton.com
Website: www.thompsonburton.com

\*\*Please refer to our email disclaimer page for important disclosures regarding this electronic communication.

On Mon, Jan 12, 2026 at 2:41 PM Michael Collins <mcollins@manierherod.com> wrote:

> Justin – following up on this. If you are not planning on providing the document, please let me know.

Thanks,

Mike

Michael E. Collins

Manier & Herod, P.C.

1201 Demonbreun Street

Suite 900

Nashville, TN  37203

(615) 429-2145

THIS ELECTRONIC MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE REVIEW OF THE PARTY TO WHOM IT IS ADDRESSED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY RETURN IT TO THE SENDER. UNINTENDED TRANSMISSION SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT OR ANY OTHER PRIVILEGE.

**From:** Michael Collins
**Sent:** Thursday, January 8, 2026 2:03 PM
**To:** Justin Campbell <justin@thompsonburton.com>
**Subject:** Uncle Nearest - Thirteen Week Cash Flow

Justin – Please provide the latest 13-week cash flow prepared by Newpoint.  Thanks.

Michael E. Collins

Manier & Herod, P.C.

1201 Demonbreun Street

Suite 900

Nashville, TN  37203

(615) 429-2145


THIS ELECTRONIC MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE REVIEW OF THE PARTY TO WHOM IT IS ADDRESSED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY RETURN IT TO THE SENDER. UNINTENDED TRANSMISSION SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT OR ANY OTHER PRIVILEGE.