IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNCLE NEAREST, INC., NEAREST GREEN DISTILLERY, INC., UNCLE NEAREST REAL ESTATE HOLDINGS, LLC, FAWN WEAVER and KEITH WEAVER, | ) ) ) ) | Case No. 4:25-cv-38 Judge Atchley |
| | ) | Magistrate Judge Steger |
| Defendants. | ) ) | |

**NOTICE OF FILING FARM CREDIT MID-AMERICA, PCA'S KLATT AND LARIN DECLARATIONS WITH REDACTED EXHIBITS**

Plaintiff, Farm Credit Mid-America, PCA ("FCMA") gives notice of the filing of redacted exhibits in connection with the Declaration of Brian Klatt in support of *FCMA's Response to Motion to Reconsider the Memorandum Opinion and Order and Order Appointing Receiver and to Stay Access to Proprietary Information* (the "Klatt Declaration") and the Declaration of Kevin Larin in support of *FCMA's Response to Motion to Reconsider the Memorandum Opinion and Order and Order Appointing Receiver and to Stay Access to Proprietary Information* (the "Larin Declaration") .

On February 3, 2026, FCMA filed its *Exhibit List* [Dkt. No. 129] for the hearing on the *Motion for Clarification of Receivership Order* (the "Additional Entities Clarification Motion") [Dkt. No. 41] and the *Motion to Reconsider the Memorandum Opinion and Order and Order Appointing Receiver and to Stay Access to Proprietary Information* (the "Receivership Reconsideration Motion") [Dkt. No. 91]. In its Exhibit List, FCMA designated both the Klatt

Declaration and the Larin Declaration (the "Declarations") as exhibits, which may be tendered at the combined hearing.  Certain exhibits to the Declarations require the redaction of personal identifying information.  Accordingly, FCMA now files these exhibits with redactions.  A copy of each of the Declarations with the redacted exhibits is attached.

Additionally, on February 3, 2026, FCMA served the (a) *Exhibit List*; (b) the Declarations with unredacted copies of the exhibits and (c) all exhibits admitted into evidence at the Receivership Hearing held on August 7, 2025 on all parties.

>
> Respectfully submitted,
>
> */s/ Erika R. Barnes*
> Erika R. Barnes (TN Bar No. 028628)
> STITES & HARBISON PLLC
> 401 Commerce St., Suite 800
> Nashville, TN 37219
> Telephone: (615) 782-2252
> Email:  ebarnes@stites.com
>
> - and-
>
> Demetra Liggins (admitted *pro hac vice*)
> Dairanetta S. Spain (TN Bar No. 039981)
> MCGUIREWOODS LLP
> Texas Tower
> 845 Texas Ave., Suite 2400
> Houston, TX  77002
> Telephone: (713) 353-6661
> Email:  dliggins@mcguirewoods.com
>         dspain@mcguirewoods.com
>
> M. Alexandra Shipley (admitted *pro hac vice*)
> MCGUIREWOODS LLP
> 77 West Wacker Drive, Suite 4100
> Chicago, IL 60601
> Telephone: (312) 849-8253
> Email:  ashipley@mcguirewoods.com
>
> *Attorneys for Farm Credit Mid-America, PCA*

Dated: February 5, 2026

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Filing* has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure via the Court's CM/ECF system on this the 5th day of February, 2026.

*/s/Erika R. Barnes*
Erika R. Barnes