UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, | |
| Plaintiff, | Case No. 4:25-cv-38 |
| v. | Judge Atchley |
| UNCLE NEAREST, INC., et al., | Magistrate Judge Steger |
| Defendants. | |

### *AMENDED* JOINT WITNESS AND EXHIBIT LIST FOR THE HEARING ON FEBRUARY 9, 2026

Comes now, Grant Sidney, Inc., Fawn Weaver, Keith Weaver, Shelbyville Barrel House BBQ LLC, Humble Baron, Inc., Quill and Cask Owner, LLC, Nashwood, Inc., Shelbyville Grand, LLC, and 4 Front Street LLC (collectively, the "Weavers and Non-Parties"), by and through their undersigned counsel, and hereby file the following combined witness and exhibit list for the hearing scheduled for February 9, 2026, at 10:00 a.m. (the "Hearing").

### **WITNESSES**

1. The Weavers and Non-Parties may, if necessary, call the following witnesses at the Hearing:

   a. Fawn Weaver;

   b. Keith Weaver;

   c. Brian Klatt;

   d. Phillip Young;

   e. Tim Stone;

   f. Scott Schiller;

g. Katherine Jerkens;

h. Victoria Eady Butler;

i. Danny Romano, Romano Beverage;

j. Anthony Severini, Genesis Global;

k. David M. Ozgo, Former Chief Economist, DISCUS

l. Any witness listed by any other party; and

m. Any witness necessary to rebut the testimony of a witness called or designated by any other party.

## **EXHIBITS**

2. The Weavers and Non-Parties may introduce the following exhibits at the Hearing:

(1) Barrel Inventory

(2) NextGen Letter

(3) Declaration of Anthony Severini

(4) December 10, 2025 Bi-Weekly Update

(5) Newpoint Cash Flow Report

(6) Nielsen Data

(7) Advanced Spirits Agreement

(8) Receiver Email re Providing Cash Flow Reports

(9) [Reserved]

(10) Nielsen Delta Chart

(11) Crown Point Letter of Intent

(12) [Reserved]

(13) Barrel Valuation (Combined)

(14) Note Purchase Agreement

(15) Side Letter

(16) Board Resolution re Convertible Promissory Note

(17) Convertible Promissory Note dated February 4, 2025

(18) Convertible Promissory Note dated February 28, 2025

(19) [Reserved]

(20) Subordinated Credit Agreement dated April 15, 2025

(21) EIN Letter for Grant Sidney, Inc.

(22) VR Investments, Inc. Articles of Incorporation dated June 14, 2013

(23) VRI Name Change Amendment to Articles of Incorporation

(24) Grant Sidney California Statement of Information dated January 30, 2025

(25) Tennessee Secretary of State Report for Humble Baron, Inc.

(26) Humble Baron, Inc. Lease Agreement dated March 1, 2023

(27) Humble Baron, Inc. First Amendment to Commercial Lease Agreement dated February 1, 2025

(28) Humble Baron, Inc. Levy Settlement Agreement dated March 18, 2025

(29) [Reserved]

(30) Barrel House II Lease

(31) Barrel House II Franchise Agreement

(32) [Reserved]

(33) [Reserved]

(34) EIN Letter for Quill & Cask Owner, LLC

(35)   Tennessee Secretary of State Report for Quill & Cask Owner, LLC

(36)   [Reserved]

(37)   Tennessee Secretary of State Report for Shelbyville Grand, LLC

(38)   Tennessee Secretary of State Report for 4 Front Street, LLC

(39)   Tennessee Secretary of State Report for Nashwood, Inc.

(40)   Humble Baron Email Addressing Uncle Nearest A/R Balance

(41)   Humble Baron A/R Report for Uncle Nearest Entities

(42)   Levy Invoice Example 1

(43)   Levy Invoice Example 2

(44)   Levy Invoice Example 3

(45)   Levy Invoice Example 4

(46)   Levy Invoice Example 5

(47)   Grant Sidney Account 9881 History

(48)   Fawn Wesaver E-mail to Investors

(49)   Any other exhibit identified on the exhibit lists filed by any other party in this matter.

(50)   Any exhibits required for rebuttal.

## RESERVATION OF RIGHTS

3. The Weavers and the Non-Parties reserve the right (1) to call or to introduce one or more of the witnesses and exhibits listed above, (2) to call additional witnesses and introduce additional exhibits in rebuttal, and (3) the right to supplement this list prior to the Hearing.

Dated: February 8, 2026

>Respectfully submitted,
>
>MANIER & HEROD, P.C.
>
>/s/ *Michael E. Collins*
>Michael E. Collins (admitted *pro hac vice*)
>S. Marc Buchman (admitted *pro hac vice*)
>1201 Demonbreun St., Suite 900
>Nashville, TN 37203
>Telephone: 615-742-9344
>mcollins@manierherod.com
>mbuchman@manierherod.com
>
>*Counsel for the Weavers and Non-Parties*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 8, 2026, a true and correct copy of the foregoing was served via the ECF system.

>/s/ Michael E. Collins
>Michael E. Collins