

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case no.   4:25-cv-38                             Date:  February 9, 2026

      Farm Credit Mid-America, PCA       vs.        Uncle Nearest, Inc. et al

**PROCEEDINGS:**   **Motion Hearing as to Motion for Reconsideration:** Parties stipulate admission to the following exhibits:  Receiver's A-C, E, F, G, Plaintiff's 1-10, 12-16, 20, 22-32, and Defendant's 1, 2, 4-8, 10, 14-18, 20-28, 30, 31, 34, 35, 37-39.  Testimony given.  Order to follow.

---

HONORABLE CHARLES E. ATCHLEY, JR., UNITED STATES DISTRICT JUDGE

---

Julie Norwood                                                                                           Aaron LaDuke
**Deputy Clerk**                                                                                        **Court Reporter**


**Attorney for Plaintiff(s)**                                                 **Attorney for Defendant(s)**
Demetra Liggins                                                               Michael E. Collins
Erika Barnes                                                                  Samuel Buchman
Mary Shipley
Justine Campbell (counsel for Receiver)

10:00 a.m. to 12:05 p.m
1:00 p.m. to 5:10 p.m.