# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

FARM CREDIT MID-AMERICA

V.

UNCLE NEAREST, INC., et al

## EXHIBIT AND WITNESS LIST

Case Number: 4:25-cv-38

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles E. Atchley, Jr. | D. Liggins, E. Barns, J. Campbell | M. Collins, S. Buchman |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Motion Hearing February 9, 2026 | Aaron LaDuke | Julie Norwood |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | D | 2/9/2026 |  |  | Phillip Young |
| A |  | 2/9/2026 | x | x | (Recevier exhibit A) Affidavit of Phillip G. Young Jr. |
| 5 |  | 2/9/2026 | x | x | Keystone Restructuring Plan |
|  | 29 | 2/9/2026 | x | x | Sales Invoice Report |
|  | 10 | 2/9/2026 | x | x | Nielsen Delta Chart |
|  | 6 | 2/9/2026 | X | x | Nielsen Data |
|  | W | 2/9/2026 |  |  | Katherine Jerkins |
|  | 56 | 2/9/2026 | x | x | Park Street Depletion Scorecard |
|  | W | 2/9/2026 |  |  | Daniel Romano |
|  | W | 2/9/2026 |  |  | Anthony Severini |
|  | W | 2/9/2026 |  |  | David M. Ozgo |
|  | W | 2/9/2026 |  |  | Kevin Larin |
| 2 |  | 2/9/2026 | x | x | Declaration of Kevin Larin |
| 4 |  | 2/9/2026 | x | x | Pre-receivership cash flow reported through June 13, 2025 |
| 9 |  | 2/9/2026 | x | x | Post-receivership actual cash flows reported through January 18, 2026 |
| 10 |  | 2/9/2026 | x | x | Post-receivership cash flow forecast through April 19, 2026 |
| 13 |  | 2/9/2026 | x | x | Borrowing Base Certificate dated March 31, 2025 |
|  | W | 2/9/2026 |  |  | Fawn Weaver |
|  | 54 | 2/9/2026 | x | x | Cash Flow Forcast |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages