Honorable Judge Charles Atchley



In a receivership proceeding, the Court does not represent any individual creditor. Rather, the Court's responsibility is to safeguard the collective interests of all creditors while enforcing lawful priority and ensuring due process.

Given the time afforded to the Receiver for due diligence, and in light of the fact that material new information continues to be disclosed as recently as February 9, it is respectfully submitted that the current bid period does not adequately provide for a fully informed and competitive process. Accordingly, we request that the Court extend the bid period by a minimum of thirty (30) days to ensure that due process is preserved and that a fair, unbiased, and value-maximizing bid may be evaluated and approved for the benefit of all creditors.

Our company is evaluating a potential acquisition of the equity interests in the entity, as well as all assets directly or indirectly owned, including those potentially acquired through the use of creditor funds. We are not affiliated with, nor do we represent, any current owner or creditor in this matter. Our sole objective is to make a fully informed business decision based upon complete, truthful, and accurate information as presented through the Court-supervised process.

It is our understanding that the Receiver and his team have had an extensive volume of information to review regarding the lineage, structure, and financial history of the entity, all within meaningful time constraints. Considering these circumstances, we respectfully submit that a reasonable extension of the bid period is consistent with the principles of due process and fully aligned with the fiduciary obligations owed by the Receiver and enforced by this Court.

NexGen 2780

Walter Miles

Mileswl09@gmail.com

NexGen 2780
6470 East Johns Crossing
Ste 160
Johns Creek Ga, 30097

Honorable Charles Atchley Jr
 ern District of TN
 eorgia Ave Room 125
 ooga, TN 37402

