UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| *Plaintiff*, | ) | Case No. 4:25-cv-38 |
| v. | ) | Judge Atchley |
| UNCLE NEAREST, INC., *et al.*, | ) | Magistrate Judge Steger |
| *Defendants*. | ) | |

**ORDER**

On February 25, 2026, the Receiver, Phillip G. Young, Jr., filed an "Expedited Motion to Sell Real and Personal Property in Martha's Vineyard" [Doc. 147] requesting that the Court approve the sale of real property located at 10 Codman Spring Road, Edgartown, Massachusetts and all personal property located therein.[1] The Receiver further requests that the Court rule on this Motion promptly so that, if approved, he may consummate the sale by March 19, 2026 (i.e., the closing date of the proposed sale). [*See id.* at ¶¶ 1–2].

Considering the foregoing, the Court hereby sets the following briefing schedule for the Receiver's Motion [Doc. 147] pursuant to the authority granted to it under Local Rule 7.1(a):

1. Any response to the Receiver's Motion [Doc. 147] **SHALL** be filed **on or before March 5, 2026**. Failure to timely respond will be deemed a waiver of any objection to the relief sought in the Motion;

2. Any reply to the response(s) **SHALL** be filed **on or before March 10, 2026**.

---

[1] The Receiver represents that while he "believes that Paragraphs 4, 5 and 9 of the Receivership Order, along with Tenn. Code Ann. § 29-40-112(b) and 28 U.S.C. §§ 2001, 2002, and 2004 authorize him to consummate [this sale] without further Court order[,]" he filed the instant Motion "out of an abundance of caution and in order to provide the Court with full transparency[.]" [Doc. 147 at ¶ 11].

**SO ORDERED.**

                                                        */s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**