

**Austin L. McMullen**



November 11, 2025

**_By U.S. Mail and email_**
Phillip G. Young, Jr.
Justin Timothy Campbell
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle
Suite #200
Franklin, Tennessee 37067

      Re:    <u>Farm Credit Mid-America, PCA v. Uncle Nearest, Inc., _et al._</u>, United States
              District Court for the Eastern District of Tennessee, case no. 4:25-cv-00038

Gentlemen:

As you know, we represent WhistlePig, LLC ("<u>WhistlePig</u>") in the above-referenced case.
Before the filing of the case, WhistlePig entered into certain agreements with Nearest Green
Distillery, Inc. ("<u>Nearest Green</u>") and/or Uncle Nearest, Inc. ("<u>Uncle Nearest</u>"), including that
certain Bulk Whiskey Purchase, Sale, and Contribution Agreement (as amended and restated, the
"<u>Agreement</u>").  A copy of the Second Amended and Restated Bulk Whiskey Purchase, Sale, and
Contribution Agreement is enclosed.

As provided in the Agreement, WhistlePig is owed in excess of $4 million for certain whiskey
and barrels that were acquired from WhistlePig.  WhistlePig has the option to be paid under a
Cash Payment Option, in which case it must be paid $4,025,671.43, plus interest accruing after
November 10, 2025, and reimbursable expenses, within seven days of notice.   Alternatively,
WhistlePig has an Equity Option to receive equity in Nearest Green or Uncle Nearest totaling
$4,495,017.62, plus interest accruing after November 10, 2025, and to be paid its reimbursable
expenses.  Applicable terms for the exercise of these options are contained in the Agreement.

WhistlePig is also allowed access to the officers, management, agents, books, records, financial
statements, investor materials and presentations, offices and other facilities and properties of
Nearest Green and Uncle Nearest.  Additionally, WhistlePig is allowed information concerning
the business, properties, contracts, assets, liabilities, obligations, equity, personnel and other
aspects of the business of Nearest Green and Uncle Nearest.  WhistlePig has previously
submitted certain requests for access or information, including those set forth in Exhibit E to the
enclosure.  As of the date of this letter, Nearest Green and Uncle Nearest have not provided any
of the access or information that WhistlePig requested.



Farm Credit v Uncle Nearest, et al
**Plaintiff's Exhibit**

**1**

4:25-CV-00038

4921-6528-3193.1

Bradley Arant Boult Cummings LLP | One 22 ONE | 1221 Broadway, Suite 2400 | Nashville, TN 37203 | 615.244.2582 | bradley.com

Calculations contained herein are believed to be correct, but WhistlePig reserves the right to update and correct them. Nothing herein is or should be construed as a waiver, release or limitation of any right, remedy or claim available to WhistlePig, and WhistlePig expressly reserves all rights and remedies. Without limiting the foregoing, no failure to exercise any rights or remedies available to WhistlePig and no delay in exercising any such rights or remedies shall operate as a waiver of any rights or remedies which WhistlePig may have, all of which are expressly reserved.

WhistlePig is aware of the unique challenges you have faced in your role as Receiver. The information contained herein is provided to assist in your understanding of the relationship between WhistlePig, Nearest Green and Uncle Nearest. Should you have questions regarding this information please contact me at your convenience.

Very truly yours,

Austin L. McMullen

ALM/
Enclosure