

SpencerFane®

Mark Bogdanowicz


File No. 5528879.0001

February 10, 2026

**VIA E-MAIL**

Phillip G. Young, as court-appointed receiver of Uncle Nearest, Inc.
Thompson Burton PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, TN 37067

Re:     *Farm Credit Mid-America, PCA v. Uncle Nearest, Inc. et al.*,
        Case No 4:25-cv-38 (E.D. Tenn - Winchester)

Dear Mr. Young:

As you know, we represent Advanced Spirits, LLC ("Advanced Spirits") in the above-captioned matter (the "Receivership Proceeding"), pending in the United States District Court for the Eastern District of Tennessee (the "Court").

On or about January 18, 2024, Uncle Nearest, Inc. ("Uncle Nearest") entered into that certain master agreement with Advanced Spirits (the "Master Agreement"). Under the terms of the Master Agreement, Uncle Nearest had the exclusive right to purchase certain barrels of whiskey (the "Advanced Spirits Barrels") from Advanced Spirits. The schedules to the Master Agreement t (the Master Agreement and the schedules thereto shall be collectively referred as the "Advanced Spirits Agreement"), specified the forward price for the Advanced Spirits Barrels. The Master Agreement provides that title to the Advanced Spirits Barrels does not transfer until Uncle Nearest pays the forward price.

Following your appointment as receiver over Uncle Nearest pursuant to the Order entered by the Court on August 22, 2025 (the "Receivership Order"), we had been in periodic communication with you concerning Uncle Nearest's intentions as to the Advanced Spirits Agreement going forward and the general direction of the Receivership Proceeding.

Advanced Spirits is concerned that you may not have an accurate number for the debt owing to Advanced Spirits. In that regard, you have asked us to calculate the unpaid arrearage as to the invoices issued by Advanced Spirits and the liquidated damages in the event that Uncle Nearest fails to perform under the Advanced Spirits Agreement. Those calculations, detailed in the spreadsheet sent currently herewith, are as follows:

Farm Credit v Uncle Nearest, et al
Plaintiff's Exhibit
**2**
4:25-CV-00038

SpencerFane

| | | |
|---|---|---|
| Delinquent Invoices | $ | 776,367.79 |
| Liquidated Damages: | $ | 44,306,625.00 |

These calculations are sent to you for informational purposes only. This letter is not intended as and should not be construed or interpreted as an attempt by Advanced Spirits to collect the debt owed by Uncle Nearest in contravention of paragraph 12 of the Receivership Order. Moreover, Advanced Spirits reserves all of its rights to amend or supplement these calculations in light of subsequently discovered information, further investigation or otherwise attributable to the passage of time.

Please do not hesitate to contact us if you have any questions or wish to discuss in further detail.

Sincerely,

Spencer Fane LLP

Mark Bogdanowicz

MB