August __22__, 2025

<u>VIA EMAIL</u>

Uncle Nearest, Inc.
3125 US-231
Shelbyville, TN 37160
Attn: Fawn Weaver ████████████████████

      Re: Event of Default under Convertible Promissory Notes

Dear Fawn:

      Reference is made to (i) that certain Convertible Promissory Note dated February 4, 2025 made by Uncle Nearest, Inc. (the "**Company**") in favor of MP-Tenn LLC ("**Holder**") in the original principal amount of US$10,000,000 and (ii) that certain Convertible Promissory Note dated February 28, 2025 made by the Company in favor of Holder in the original principal amount of US$10,000,000 (collectively, the "**Notes**"). Capitalized terms used and not otherwise defined herein shall have the respective meanings ascribed to them in the Notes.

      An Event of Default has occurred under the Notes as a result of the appointment of a receiver with respect to the property of the Company, as ordered by the United States District Court for the Eastern District of Tennessee in Case No. 25-cv-38. As a result of such Event of Default, Holder hereby declares that the entire Conversion Amount under the Notes is immediately due and payable.

      Holder reserves all rights to seek any remedy under the Notes, or at law, or in equity. Nothing contained in this letter, nor any failure by Holder to exercise, or delay by Holder in exercising, any of its rights or remedies at law, in equity, or under the Notes or any related agreement with respect to any existing or future default or breach or any other matters, shall be deemed or construed to constitute, nor is it intended to constitute, (a) a waiver, release, modification, or limitation of, or an estoppel with respect to, (i) any of Holder's rights or remedies at law, in equity, or under the Notes or any related agreement with respect to any such default, breach, or other matters, or (ii) any obligations of the Company under or relating to the Notes or any related agreement, or (b) an agreement by Holder to forebear from exercising or otherwise delay the exercise of any of Holder's aforesaid rights and remedies.

      Sincerely,

      **MP-Tenn, LLC**, a Delaware limited liability company

      By: MarcyPen Capital Partners LLC, it manager



Farm Credit v Uncle Nearest, et al
**Plaintiff's Exhibit**

**3**

4:25-CV-00038