

**From:** Fawn Weaver ███████████████
**Sent:** Monday, February 2, 2026 9:42 PM
**To:** Fawn Weaver ███████████████
**Subject:** A Direct Note From Me on Today's Filing

Sixth Man and Uncle Nearest Team,

I have never sent an email to both of you at the same time, but given what was filed tonight, it was important that you hear from me directly and without delay.

I just reviewed the *Receiver's Affidavit*. We will address **all** of its conclusions point by point at next week's hearing and in additional filings over the coming days. However, there is one issue I could not wait to address because my integrity matters too much to me to let it sit even overnight.

I want to be absolutely clear. ***Neither Keith nor I have ever personally gained anything monetarily from Uncle Nearest***. The Receiver and his team did not ask us about the transactions they have now referenced. Had they asked, we would have provided the same complete explanations and documentation that we are now submitting to the Court.

The $20 million dollars referenced in the Receiver's filing came from me selling my personal shares, with 100% of the proceeds invested directly into Uncle Nearest. Not a single penny was kept by me. That infusion is why the company had substantial cash on hand at the end of Q1 2025.

Although those shares were mine and I could have sold them for personal benefit, I never have. I have never sold a share of Uncle Nearest without immediately putting the proceeds into the company. Not once.

*I also did not want to dilute any of you.* That is why I brought this plan to our Board and to our four major shareholders in advance. I received written approval, and the transaction was done transparently and with full knowledge and consent.

The Receiver knows all of this. He has the bank statements that prove it, statements that were provided directly from the bank to him and his team. And yet, what was filed tonight suggests the opposite.

Because of that, I am sharing with you the entire unredacted transaction history related to the twenty million dollars. Nothing filtered. Nothing omitted.

Farm Credit v Uncle Nearest, et al
**Plaintiff's Exhibit**
**8**
4:25-CV-00038

None of the funds went to Grant Sidney.
None of the funds went to me.
None of the funds went to any entity connected with Keith or me.

Below is the complete list of transactions so you can see for yourself where every dollar went (as well as the direct download from the bank as of tonight).

The $20 million dollars was received into a money market account that was set up solely for this transaction, account ending in 9873 as shown in the attached materials. It had never been used before and has never been used since.

A Grant Sidney, Inc. account number ■9881 was also set up solely for the purpose of these transactions. That account had never been used before and has never been used since. The full lifespan of the account is included below and attached in full.

The sole purpose of setting up the Grant Sidney account was that we were in the midst of intense negotiations with the bank, which had taken a very aggressive posture. Every advisor advised that given that posture, we should not give the bank access to this capital investment while negotiations were ongoing. Accordingly, the account was used only as a temporary pass through to ensure Uncle Nearest could continue operating and paying critical obligations. Once we believed we had reached an agreement, the remaining funds were wired directly to Uncle Nearest.

Here is the full list of payments.

- 2/5/25 Genesis Global for Uncle Nearest payroll $467,852.73

- 2/6/25 Genesis Global for Uncle Nearest payroll $391,145.23

- 2/6/25 Marabou, Inc. for payment related to our Cognac film $600,000

- 2/7/25 Uncle Nearest, Inc. for vendor payments $600,000

- 2/10/25 Uncle Nearest, Inc. for vendor payments $1,000,000

- 2/11/25 Uncle Nearest, Inc. for vendor payments $1,000,000

- 2/20/25 Genesis Global for Uncle Nearest payroll $497,678.27

- 2/20/25 Berlin Packaging for Uncle Nearest bottles $1,000,000

- 2/28/25 Uncle Nearest, Inc. for payment to Farm Credit $4,400,000

- 2/7/25 S1 Organic Vodka for vendor payments for our vodka company $200,000

- 3/7/25 Domaine d'Anatole for vendor payments for our Cognac company $250,000

- 3/27/25 Uncle Nearest, Inc. for vendor payments $500,000

- 3/28/25 Domaine d'Anatole for vendor payments for our Cognac company $500,000

- 4/1/25 Genesis Global for Uncle Nearest payroll payments $386,651.77

- 4/8/25 Uncle Nearest, Inc. for vendor payments $732,637

- 4/14/25 Uncle Nearest, Inc. for barrel purchases $7,395,900

- 4/15/25 Uncle Nearest, Inc. for barrel purchases $103,294.43

- 5/15/25 Nearest Green Distillery, Inc. for deficit funding $8,400

**That is it. _18 transactions total_**. The $20 million dollars came in, and all of it went to Uncle Nearest or Uncle Nearest related entities or vendors between February and May 2025. Every transaction was recorded in the Uncle Nearest accounting system, and every vendor invoice was marked as paid.

Genesis Global appears multiple times because following the departure of our former CFO, we learned that there was a significant payroll balance, approximately $2 million dollars, that had not been reflected in our records. As a result, payments were made weekly to address both current payroll and past due payroll obligations. No one in the company outside of the former CFO, and possibly one or two individuals he hired, was aware of this at the time.

Please also note that anything referenced regarding Keith's non-Uncle Nearest related entities is supported by the same level of documentation described above. The Receiver has been provided with complete records, including bank statements and transaction documentation. In our response filing, and at next week's hearing, those transactions will be addressed in detail and shown to be fully documented and properly disclosed.

Over the next few days, I will contact as many of you as I possibly can, because it is time you hear directly from me. Following the appointment of the Receiver, I intentionally stepped back from direct investor communication out of respect for the process and to avoid interfering with refinancing efforts. I now recognize that doing so created a vacuum of information that only I could fill.

If I do not reach out to you directly, it is only because my understanding is that you may currently be in the midst of the Arlington Capital sale process, and I want to be careful not to interfere in any way. That said, my cell phone number has not changed, and you are always welcome to contact me.

Despite how personally harmful and hurtful tonight's filing was, I remain committed to respecting the legal process as it continues to unfold.

My priority has always been, and will always be, Uncle Nearest, our team, our customers, and our Sixth Man. Even with my name being questioned in public filings, I have not and will not waver from that commitment.

Before the bank first filed its lawsuit, and immediately thereafter, I was advised repeatedly that the most straightforward option would be a Chapter 11 reorganization. That path would have allowed the company to reorganize and move forward, but it also would have wiped out the existing cap table. Every one of you would have lost your investment.

I chose not to take that path.

Instead, I chose the harder road, one that has placed my name, reputation, and personal peace under a microscope, because I believed then and still believe now that protecting our investors and preserving the opportunity for you to be made whole mattered more than taking the easier option.

That conviction is what has kept me engaged and fighting through this process, even when there were moments it would have been far easier to walk away. Unless the Court removes my ability to do so, I will continue to advocate for outcomes that protect our investors and restore the company's strength.

I am deeply grateful to those of you who have committed to remaining on the cap table through this period, and I hold the same sense of responsibility to every investor past, present, and future. My focus in this case remains singular, protecting our investors and working to return Uncle Nearest to the growth trajectory it demonstrated prior to the receivership.

Some of you have also asked how we are continuing to cover the significant legal expenses associated with this process, and how we intend to do so going forward. Keith and I have chosen to fund this personally. To that end, we have placed, or are in the process of placing, all but one of our non Uncle Nearest related real estate assets up for sale, including our personal residence. We have spent more than 25 years building that real estate portfolio, and we are at peace with this decision because finishing the mission we set out to accomplish means more to us than holding on to those assets. I share this not for sympathy, but so you have clarity and transparency.

I am truly sorry that you are having to be part of a journey none of us ever anticipated. Please know that I am committed to transparency. Now that the independent investigation findings are no longer constrained by litigation posture, I am able to speak more openly. When I reach out, I welcome any question you have, and I will answer it directly.

With gratitude and respect,

Fawn

Fawn Weaver | CEO & Co-Founder **| Uncle Nearest, Inc. |** 3125 US-231 North | Shelbyville, TN 37160
Uncle Nearest is the Most-Awarded Bourbon and Tennessee Whiskey of 2019, 2020, 2021, 2022, 2023, 2024 & 2025.