




**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State

For Office Use Only

**-FILED-**

File No.: BA20250210076
Date Filed: 1/30/2025

| Entity Details | |
|---|---|
| Corporation Name | GRANT SIDNEY INC. |
| Entity No. | 3580378 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**
Principal Address: [redacted]

**Mailing Address of Corporation**
Mailing Address: [redacted]
Attention:

**Street Address of California Office of Corporation**
Street Address of California Office: [redacted]

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| FAWN E. WEAVER | [redacted] | Chief Executive Officer, Secretary, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| Fawn E. Weaver | [redacted] |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**
Agent Name: RHONDA DAVIS
Agent Address: [redacted]

**Type of Business**
Type of Business: Holding Company

**Email Notifications**
Opt-in Email Notifications: No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail.

**Labor Judgment**
No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Farm Credit v Uncle Nearest, et al
Plaintiff's Exhibit
10
4:25-CV-00038

**Electronic Signature**

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Fawn Weaver*  *01/30/2025*
Signature  Date

B34403-7048 01/30/2025 8:35 AM Received by California Secretary of State