

Keith Weaver

# Re: Humble Baron Catering and House Charges

**Peter LaFemina**                                                              Fri, Apr 12, 2024 at 12:20 PM
To:
Cc: Nancy Gregory                                                        >, Keith Weaver

Felicia:

I appreciate the thought and allow me to provide some background in response to your recommendation.

Humble Baron executed a Management Agreement with Levy, as Manager, that gives Manager the exclusive right to manage all F&B/retail operations at Humble Baron and Barrel House and to sell all F&B/retail items at those locations, including those items sold as catered services for offsite events (eg.-the distillery property). Gross receipts collected from F&B/retail sales belong to the Manager and Levy therefore is responsible for filing sales tax returns monthly under its business tax ID. Therefore, an affiliate relationship doesn't exist between NGD and Levy to treat the event billings as intercompany transactions.

Additionally, Levy is the employer and pays the HB/BHBBQ employees directly along with all other operating expenses incurred to operate the F&B/retail services. To the extent there is net positive cash available each month, Levy will remit that to HB after deducting its management fee  As Levy has been operating since the winter and into the early-Spring months, combined HB/BHBBQ operations have operated at a deficit during the soft season. That requires Levy to carry the working capital shortfall until it's reimbursed by HB/BHBBQ monthly. I see from Levy's ageing report that there is approximately $100k in NGD catering and event invoices going back to November 2023 that have not been paid to Levy. That unfortunately means that Levy has to shoulder that working capital burden which it's not required to do under our contract.

I'm not aware of any NGD charges for services that are on HB's books that are unpaid, please let me know what you have on your books that you're referring to? If we're alluding to past cash transfers, then I think that's part of a larger discussion that we should engage in with Keith and I'm copying him here to keep him informed.

Thank you, Felicia, can you let me know when NGD can retire the outstanding receivables due to Levy?

With appreciation,
Peter

On Fri, Apr 12, 2024 at 8:56 AM <                                        > wrote:

> Peter,
>
> There should be similar NGD charges on the HB books; so, we can discuss, but I think it is appropriate to treat these as intercompany payables/receivables between companies and reconcile monthly. With intercompany transactions, there is no actual cash that is exchanged.
>
> Regards,
>
> Felicia
>
> ---
>
> Felicia Gallagher | SVP Finance & Planning | Uncle Nearest, Inc. |

**Farm Credit v Uncle Nearest, et al**
**Plaintiff's Exhibit**
**11**
4:25-CV-00038

**From:** Peter LaFemina <​>
**Sent:** Friday, April 5, 2024 5:59 PM
**To:** Felicia Gallagher <​>; Nancy Gregory <​>
: Fwd: Humble Baron Catering and House Charges

Just checking in to see if you have any questions or concerns with these UN/NGD charges due to Levy? Some of them stretch back to November, let me know what I can do to help expedite payment or facilitate any issues.

Thanks,
Peter

---------- Forwarded message ---------
From: **Parfitt, Crystal**
Date: Fri, Apr 5, 2024 at 2:35 PM
Subject: Humble Baron Catering and House Charges
To: Nancy Gregory
Cc: Uncle Nearest Accounting , Nordby, Sarah , Felicia Gallagher , Peter LaFemina <​>, Rutberg, Angela

Good afternoon –

Please see the outstanding Levy aging and catering event invoice back up attached for your review.

Please let me know and if you need assistance with payment details.

Thank you,

**Crystal Parfitt | Area Controller**

*levy*

www.levyrestaurants.com

**From:** Parfitt, Crystal
**Sent:** Tuesday, March 19, 2024 4:27 PM
**To:** Nancy Gregory <​>
**Cc:** Uncle Nearest Accounting <​>; Nordby, Sarah <​>; Felicia Gallagher <​>; Peter LaFemina <​>
**Subject:** RE: [Ext] Re: Humble Baron Catering and House Charges

Good afternoon –

I hope your week is off to a great start.

Please see the outstanding Levy aging and catering event invoice back up attached for your review.

The following billing notes will support the external customer catering invoices:

- 11/01/23 – Young Professional Series Meeting
    - This was paid by check and deposited into the previous Humble Baron account
- 11/02/23 – TN Economic Development Lunch
    - The client pre-paid Ciara prior to Levy/Infor being in place.
- 11/07/23 – Shelbyville-Bedford Partnership Annual Meeting
    - Keith agreed to pay $6,000 for this event.
    - The remaining $2,087 was paid for by Shelbyville Bedford Partnership by check and also deposited into the previous Humble Baron account.

Please let me know if you have any questions or if you would like to schedule a call to review.

Thank you,

Crystal Parfitt | Area Controller

Levy

www.levyrestaurants.com

**From:** Parfitt, Crystal
**Sent:** Thursday, February 8, 2024 3:05 PM
**To:** Nancy Gregory <█>
**Cc:** Uncle Nearest Accounting <█> Nordby, Sarah <█>; Felicia Gallagher <█>
**Subject:** RE: [Ext] Re: Humble Baron Catering and House Charges

Sharon,

I am available at █ if you would like to pay with a credit card or if you have any questions.

Thank you,

**Crystal Parfitt | Area Controller**

█

levy

█

www.levyrestaurants.com

**From:** Nancy Gregory <█>
**Sent:** Thursday, February 8, 2024 2:51 PM
**To:** Parfitt, Crystal <█>
**Cc:** Uncle Nearest Accounting <█>; Nordby, Sarah <█>; Felicia Gallagher <█>
**Subject:** [Ext] Re: Humble Baron Catering and House Charges

***WARNING***: This email originated from an external source and is potentially fraudulent. Do not click on links or attachments unless you are familiar with the sender.

Sharon

Please reconcile excel history. Thank you

On Thu, Feb 8, 2024 at 2:47 PM Parfitt, Crystal <​███████​> wrote:

> Good afternoon –
>
> I hope you are having a great week.
>
> Initial we thought it was the preference to include the House Charge AR on the profit sharing detail. After reviewing the balance sheet with Peter last week he would like us to bill back directly.
>
> Please see the outstanding Levy aging and catering event invoice back up attached for your review.
>
> The following billing notes will support the external customer catering invoices:
>
> - 11/01/23 – Young Professional Series Meeting
>   - This was paid by check and deposited into the previous Humble Baron account
> - 11/02/23 – TN Economic Development Lunch
>   - The client pre-paid Ciara prior to Levy/Infor being in place.
> - 11/07/23 – Shelbyville-Bedford Partnership Annual Meeting
>   - Keith agreed to pay $6,000 for this event.
>   - The remaining $2,087 was paid for by Shelbyville Bedford Partnership by check and also deposited into the previous Humble Baron account.
>
> Please let me know if you have any questions or if you would like to schedule a call to review.
>
> Thank you,
>
> **Crystal Parfitt | Area Controller**



███████████

www.levyrestaurants.com

--

**Nancy Gregory**

**Controller**

**Uncle Nearest, Inc.**

**Nearest Green Distillery**

███████████

███████████████

███████████

█████████████████████