UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNCLE NEAREST, INC., *et al.,* )<br>)<br>Defendants. ) | Case No. 4:25-cv-38<br><br>Judge Atchley<br><br>Magistrate Judge Steger |

**RECEIVER'S RESPONSE BRIEF REGARDING**
**MOTION TO CLARIFY RECEIVERSHIP ORDER**

**COMES NOW** the court-appointed receiver herein, Phillip G. Young, Jr. ("Receiver"), by and through undersigned counsel, and hereby provides this reply brief to responses filed by 4 Front Street, LLC ("4 Front") (Doc. 152), Shelbyville Grand, LLC ("Shelbyville Grand") (Doc. 153), Shelbyville Barrel House BBQ, LLC ("Barrel House") (Doc. 154), Quill & Cask Owner, LLC ("Q&C") (Doc. 155), Nashwood, Inc. ("Nashwood") (Doc. 156), Humble Baron, Inc. ("HB") (Doc. 159), and Grant Sidney, Inc. ("Grant Sidney") (Doc. 160) (4 Front, Shelbyville Grand, Barrel House, Q&C, Nashwood, HB, and Grant Sidney, collectively the "Related Entities") to his Motion for Clarification of Receivership Order (Doc. 41) (the "Motion), and pursuant to the Court's Order of February 10, 2026 providing for supplemental responses/briefing.

The Receiver rests on his prior testimony and pleadings in support of the relief sought in his motion. Indeed, much of the information and argument contained in the Related Entities' responses proves that corporate formalities were not followed, that the entities operated with Uncle Nearest, Inc. as a single enterprise, and that funds were simply moved around within the enterprise as needs dictated. For example, Shelbyville Grand admits in its response that it allowed Nearest Green Distillery to get 20 months in arrears before a $130,000 catch-up payment was made while

this matter was pending; Q&C admits to making over $800,000 of transfers to Uncle Nearest, Inc. in December 2024 and January 2025 in what it deems "equity investments"; Humble Baron admits to paying no rent to Uncle Nearest, Inc. and admits that Uncle Nearest, Inc. financed much of its promotions; and Grant Sidney admits to allowing its bank accounts to be used to avoid Uncle Nearest tax liabilities and the reach of Uncle Nearest creditors. Even the responses of the Related Entities support their inclusion into this receivership action.

WHEREFORE, the Receiver request that the Court grant the Motion.

Dated this 5th day of March, 2026.

By: /s/ Justin T. Campbell
Justin T. Campbell, Tn. Bar No. 31056
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Voice: (615) 465-6015
Fax: (615) 807-3048
Justin@thompsonburton.com

*Counsel for Receiver*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's ECF system.

This 5th day of March 2026.

/s/ Justin T. Campbell
Justin T. Campbell