Uncle Nearest, Inc.
Analysis of Receiver Exhibit A-4

**Analysis of Receiver Exhibit A-4 p. 46**

| | |
|---|---:|
| Total Number of Transactions Listed by Receiver (Five year period) | 434 |
| Less transactions solely between Non-Parties | (173) |
| Less transactions solely between Receivership Entities | (163) |
| Less "Account Not Provided" transactions | (15) |
| Adjusted transactions between Receivership Entities and Non-Parties (Five year period) | 83 |
| Average transactions per month between Receivership Entities and Non-Parties | **1.38** |

**Analysis of Receiver Exhibit A-4 p. 47**

| | |
|---|---:|
| Total Number of Transactions Listed by Receiver (Five year period) | 498 |
| Less transactions solely between Non-Parties | (311) |
| Less transactions solely between Receivership Entities | (96) |
| Less "Account Not Provided" transactions | (7) |
| Adjusted transactions between Receivership Entities and Non-Parties (Five year period) | 84 |
| Average transactions per month between Receivership Entities and Non-Parties | **1.40** |

| Net Cash Received from Transactions by Receivership Entities | Payments to Receivership Entities | Payments from Receivership Entities | Net Receipts by Receivership Entities |
|---|---:|---:|---:|
| 4 Front Street LLC | $ 25,000 | $ 39,000 | $ (14,000) |
| "Account Not Provided" | 1,332,533 | 1,399,904 | $ (67,371) |
| Classic Hops Inc. | - | - | $ - |
| Grant Sidney | - | - | $ - |
| Grant Sidney/UNI | 16,690,231 | - | $ 16,690,231 |
| Humble Baron | 121,250 | 509,943 | $ (388,693) |
| Nashwood | 400 | 212,500 | $ (212,100) |
| Quill and Cask Owner | 1,804,950 | 10,400 | $ 1,794,550 |
| Shelbyville Barrel House | 3,900 | - | $ 3,900 |
| Shelbyville Grand | - | 130,000 | $ (130,000) |
| **Net Cash Received by Uncle Nearest Entities** | **$ 19,978,264** | **$ 2,301,747** | **$ 17,676,517** |

This shows that the aggregate transactions in dollars favored the Receivership Entities by more than $17 million.