Uncle Nearest, Inc.
Reconciliation of Loan Proceeds to Credit Agreement (Grant Sidney, Inc.)

| Date | Payee | Amount Paid By Grant Sidney on Behalf of Uncle Nearest (CalPrivate Acct *881) | Amounts Listed on Sch. 1.1 to Subordinated Credit Agreement (Forbearance Agreement) |
|---|---|---|---|
| 2/4/2026 | Genesis Global | 467,887.73 | 467,887.73 |
| 2/6/2025 | Genesis Global | 391,160.23 | 391,160.23 |
| 2/6/2025 | Marabou, Inc. | 600,015.00 | 600,015.00 |
| 2/7/2025 | Uncle Nearest, Inc. | 600,015.00 | 600,015.00 |
| 2/10/2025 | Uncle Nearest, Inc. | 1,000,015.00 | 1,000,015.00 |
| 2/11/2025 | Uncle Nearest, Inc. | 1,000,015.00 | 1,000,015.00 |
| 2/20/2025 | Genesis Global | 497,693.27 | 497,693.27 |
| 2/20/2025 | Berlin Packaging LLC | 1,000,035.00 | 1,000,035.00 |
| 2/28/2025 | Uncle Nearest, Inc. | 4,400,035.00 | 4,400,035.00 |
| 3/7/2025 | Organic Vodka, LLC | 200,015.00 | 200,015.00 |
| 3/7/2025 | Domaine D'Anatole, Inc. | 250,015.00 | 250,015.00 |
| 3/27/2025 | Uncle Nearest, Inc. | 500,015.00 | 500,015.00 |
| 3/28/2025 | Domaine D'Anatole, Inc. | 500,015.00 | 500,015.00 |
| 4/1/2025 | Genesis Global | 386,666.77 | 386,666.77 |
| 4/8/2025 | Uncle Nearest, Inc. | 732,672.00 | 732,672.00 |
| 4/14/2025 | Uncle Nearest, Inc. | 7,395,900.00 | 7,500,000.00 |
| 4/15/2025 | Uncle Nearest, Inc. | 103,295.00 | - |
| | | 20,025,465.00 | 20,026,270.00 |