```
GRANT SIDNEY INC                          45        Account Number:   *****7512
DBA GRANT SIDNEY PUBLISHING                         Statement Date:    3/15/23
600 N. MAIN ST. #2000                               Page Number:            1
SHELBYVILLE TN 37160                                Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we collect
share, and protect your personal information. You may review our
policy and practices with respect to your personal information at
https://www.fnbmt.com/assets/files/u8tqXw3I/r/Privacy+Policy.pdf
or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
Account #:************7512

```
Previous Balance on    12/15/22                        $              .00
                                                       ---------------
Current Balance on      3/15/23                        $              .00
      Low Balance for Period was                  .00
```

```
GRANT SIDNEY INC                        45      Account Number:   *****7512
DBA GRANT SIDNEY PUBLISHING                     Statement Date:   12/15/22
600 N. MAIN ST. #2000                           Page Number:             1
SHELBYVILLE TN 37160                            Items:                   0
```

Privacy Notice-Federal law requires us to tell you how we collect
share, and protect your personal information. You may review our
policy and practices with respect to your personal information at
https://www.fnbmt.com/assets/files/u8tqXw3I/r/Privacy+Policy.pdf
or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                  Account #: ************7512
Previous Balance on    9/15/22                       $              .00
                                                     ---------------
Current Balance on     12/15/22                      $              .00
        Low Balance for Period was             .00
```

```
GRANT SIDNEY INC                         45        Account Number:   *****7512
DBA GRANT SIDNEY PUBLISHING                        Statement Date:    9/15/22
600 N. MAIN ST. #2000                              Page Number:          1
SHELBYVILLE TN 37160                               Items:                0
```

Privacy Notice-Federal law requires us to tell you how we collect
share, and protect your personal information. You may review our
policy and practices with respect to your personal information at
https://www.fnbmt.com/assets/files/u8tqXw3I/r/Privacy+Policy.pdf
or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
                    Account #:************7512
Previous Balance on    6/30/22                      $              .00
                                                   ---------------
Current Balance on     9/15/22                      $              .00
     Low Balance for Period was                          .00

```
GRANT SIDNEY INC                        45      Account Number:   *****7512
DBA GRANT SIDNEY PUBLISHING                     Statement Date:    6/30/22
600 N. MAIN ST. #2000                           Page Number:            1
SHELBYVILLE TN 37160                            Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we collect
share, and protect your personal information. You may review our
policy and practices with respect to your personal information at
https://www.fnbmt.com/assets/files/u8tqXw3I/r/Privacy+Policy.pdf
or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
          REGULAR CHECKING
                    Account #:************7512
Previous Balance on    5/31/22                        $              .00
                                                     ----------------
Current Balance on     6/30/22                        $              .00
     Low Balance for Period was                   .00
```

```
GRANT SIDNEY INC                            30      Account Number:   *****7512
DBA GRANT SIDNEY PUBLISHING                         Statement Date:    5/31/22
600 N. MAIN ST. #2000                               Page Number:           1
SHELBYVILLE TN 37160                                Items:                 0
```

Privacy Notice-Federal law requires us to tell you how we collect
share, and protect your personal information. You may review our
policy and practices with respect to your personal information at
https://www.fnbmt.com/assets/files/u8tqXw3I/r/Privacy+Policy.pdf
or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                 Account #:************7512
Previous Balance on    4/30/22                       $              .00
                                                     ---------------
Current Balance on     5/31/22                       $              .00
    Low Balance for Period was                  .00
```

```
GRANT SIDNEY INC                           30       Account Number:  *****7512
DBA GRANT SIDNEY PUBLISHING                          Statement Date:    4/30/22
600 N. MAIN ST. #2000                                 Page Number:           1
SHELBYVILLE TN 37160                                        Items:           0
```

Privacy Notice-Federal law requires us to tell you how we collect
share, and protect your personal information. You may review our
policy and practices with respect to your personal information at
https://www.fnbmt.com/assets/files/u8tqXw3I/r/Privacy+Policy.pdf
or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                    Account #:************7512
Previous Balance on    3/31/22                      $              .00
                                                   ----------------
Current Balance on     4/30/22                      $              .00
     Low Balance for Period was                          .00
```

```
GRANT SIDNEY INC                          30        Account Number:   *****7512
DBA GRANT SIDNEY PUBLISHING                          Statement Date:    3/31/22
600 N. MAIN ST. #2000                                Page Number:            1
SHELBYVILLE TN 37160                                 Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                        Account #:************7512
Previous Balance on    2/28/22                               $            .00
                                                             ---------------
Current Balance on     3/31/22                               $            .00
        Low Balance for Period was              .00
```

```
GRANT SIDNEY INC                        30        Account Number:   *****7512
DBA GRANT SIDNEY PUBLISHING                       Statement Date:    2/28/22
600 N. MAIN ST. #2000                             Page Number:            1
SHELBYVILLE TN 37160                              Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                   Account #:************7512
Previous Balance on    1/31/22                        $            .00
                                                     ---------------
Current Balance on     2/28/22                        $            .00
     Low Balance for Period was              .00
```

```
GRANT SIDNEY INC                    30      Account Number:   *****7512
DBA GRANT SIDNEY PUBLISHING                 Statement Date:    1/31/22
600 N. MAIN ST. #2000                       Page Number:            1
SHELBYVILLE TN 37160                        Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
              Account #:************7512
Previous Balance on   12/31/21                           $           .00
                                                         ---------------
Current Balance on     1/31/22                           $           .00
      Low Balance for Period was              .00
```

```
GRANT SIDNEY INC                          30      Account Number:  *****7512
DBA GRANT SIDNEY PUBLISHING                       Statement Date:  12/31/21
600 N. MAIN ST. #2000                             Page Number:            1
SHELBYVILLE TN 37160                              Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                    Account #:************7512
Previous Balance on   11/30/21                            $            .00
                                                          ---------------
Current Balance on    12/31/21                            $            .00
     Low Balance for Period was                  .00
```

```
GRANT SIDNEY INC                        30      Account Number:   *****7512
DBA GRANT SIDNEY PUBLISHING                     Statement Date:    11/30/21
600 N. MAIN ST. #2000                           Page Number:             1
SHELBYVILLE TN 37160                            Items:                   0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
                    Account #:************7512
Previous Balance on   10/31/21                          $            .00
                                                        ---------------
Current Balance on    11/30/21                          $            .00
     Low Balance for Period was                 .00

```
GRANT SIDNEY INC                          30      Account Number:   *****7512
DBA GRANT SIDNEY PUBLISHING                       Statement Date:   10/31/21
600 N. MAIN ST. #2000                             Page Number:            1
SHELBYVILLE TN 37160                              Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                    Account #:************7512
Previous Balance on    9/30/21                      $              .00
                                                      ---------------
Current Balance on    10/31/21                      $              .00
     Low Balance for Period was                .00
```

```
GRANT SIDNEY INC                         30      Account Number:  *****7512
DBA GRANT SIDNEY PUBLISHING                      Statement Date:   9/30/21
600 N. MAIN ST. #2000                            Page Number:         1
SHELBYVILLE TN 37160                             Items:               0
```

        Privacy Notice-Federal law requires us to tell you how we
        collect, share, and protect your personal information. Our
        privacy policy has not changed and you may review our policy
        and practices with respect to your personal information at
        https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
        disclosure/Privacy-Notice.pdf or we will mail you a free copy
        upon request if you call us at 931-473-4402.

        REGULAR CHECKING
                      Account #:************7512
Previous Balance on     8/31/21                          $          .00
                                                         ---------------
Current Balance on      9/30/21                          $          .00
        Low Balance for Period was              .00

```
GRANT SIDNEY INC                          30      Account Number:    *****7512
DBA GRANT SIDNEY PUBLISHING                       Statement Date:     8/31/21
600 N. MAIN ST. #2000                             Page Number:              1
SHELBYVILLE TN 37160                              Items:                    0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
                    Account #:************7512
Previous Balance on    7/31/21                          $              .00
                                                        ---------------
Current Balance on     8/31/21                          $              .00
     Low Balance for Period was                  .00

```
GRANT SIDNEY INC                        30      Account Number:    *****7512
DBA GRANT SIDNEY PUBLISHING                     Statement Date:     7/31/21
600 N. MAIN ST. #2000                           Page Number:             1
SHELBYVILLE TN 37160                            Items:                   0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                    Account #:************7512
Previous Balance on    6/30/21                          $            .00
                                                       ----------------
Current Balance on     7/31/21                          $            .00
    Low Balance for Period was                  .00
```

```
GRANT SIDNEY INC                          30      Account Number:  *****7512
DBA GRANT SIDNEY PUBLISHING                       Statement Date:   6/30/21
600 N. MAIN ST. #2000                             Page Number:         1
SHELBYVILLE TN 37160                              Items:               0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
Account #:************7512

```
Previous Balance on    5/31/21                        $           .00
                                                      ---------------
Current Balance on     6/30/21                        $           .00
     Low Balance for Period was              .00
```

```
GRANT SIDNEY INC                        30      Account Number:    *****7512
DBA GRANT SIDNEY PUBLISHING                     Statement Date:     5/31/21
600 N. MAIN ST. #2000                             Page Number:          1
SHELBYVILLE TN 37160                                    Items:          0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
    REGULAR CHECKING
                   Account #:************7512
Previous Balance on     4/30/21                        $              .00
                                                       ---------------
Current Balance on      5/31/21                        $              .00
    Low Balance for Period was                .00
```

```
GRANT SIDNEY INC                         30      Account Number:   *****7512
DBA GRANT SIDNEY PUBLISHING                      Statement Date:    4/30/21
600 N. MAIN ST. #2000                            Page Number:           1
SHELBYVILLE TN 37160                             Items:                 0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
                    Account #: ***********7512
Previous Balance on    3/31/21                              $              .00
                                                           ---------------
Current Balance on     4/30/21                              $              .00
    Low Balance for Period was                    .00

```
GRANT SIDNEY INC                          30      Account Number:   *****7512
DBA GRANT SIDNEY PUBLISHING                       Statement Date:    3/31/21
600 N. MAIN ST. #2000                             Page Number:            1
SHELBYVILLE TN 37160                              Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
          REGULAR CHECKING
                    Account #:************7512
Previous Balance on      2/28/21                          $            .00
                                                         ---------------
Current Balance on       3/31/21                          $            .00
     Low Balance for Period was              .00
```

```
GRANT SIDNEY INC                          30        Account Number:    *****7512
DBA GRANT SIDNEY PUBLISHING                          Statement Date:     2/28/21
600 N. MAIN ST. #2000                                Page Number:             1
SHELBYVILLE TN 37160                                 Items:                   0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
     REGULAR CHECKING
                    Account #:************7512
Previous Balance on    1/31/21                        $           .00
                                                      ---------------
Current Balance on     2/28/21                        $           .00
     Low Balance for Period was              .00
```

```
GRANT SIDNEY INC                         30      Account Number:   *****7512
DBA GRANT SIDNEY PUBLISHING                      Statement Date:    1/31/21
600 N. MAIN ST. #2000                            Page Number:          1
SHELBYVILLE TN 37160                             Items:                0
```

          Privacy Notice-Federal law requires us to tell you how we
          collect, share, and protect your personal information. Our
          privacy policy has not changed and you may review our policy
          and practices with respect to your personal information at
          https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
          disclosure/Privacy-Notice.pdf or we will mail you a free copy
          upon request if you call us at 931-473-4402.

```
          REGULAR CHECKING
                        Account #:************7512
Previous Balance on   12/31/20                          $            .00
                                                       ----------------
Current Balance on     1/31/21                          $            .00
     Low Balance for Period was                  .00
```

```
GRANT SIDNEY INC                              30        Account Number:   *****7512
DBA GRANT SIDNEY PUBLISHING                             Statement Date:   12/31/20
600 N. MAIN ST. #2000                                   Page Number:             1
SHELBYVILLE TN 37160                                    Items:                   0
```

```
            Privacy Notice-Federal law requires us to tell you how we
            collect, share, and protect your personal information. Our
            privacy policy has not changed and you may review our policy
            and practices with respect to your personal information at
            https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
            disclosure/Privacy-Notice.pdf or we will mail you a free copy
            upon request if you call us at 931-473-4402.
```

```
            REGULAR CHECKING
                         Account #:************7512
Previous Balance on   12/21/20                                   $              .00
                                                                 ---------------
Current Balance on    12/31/20                                   $              .00
      Low Balance for Period was                        .00
```