```
GRANT SIDNEY INC                    30      Account Number:   *****6168
600 N. MAIN ST. #2000                       Statement Date:    5/31/20
SHELBYVILLE TN 37160                        Page Number:            1
                                            Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING

Account #:***********6168

| | |
|---|---|
| Previous Balance on     5/12/20 | $          .00 |
| | --------------- |
| Current Balance on      5/31/20 | $          .00 |
| Low Balance for Period was          .00 | |

```
GRANT SIDNEY INC                          30      Account Number:    *****6168
600 N. MAIN ST. #2000                             Statement Date:     6/30/20
SHELBYVILLE TN 37160                              Page Number:              1
                                                  Items:                    0
```

         Privacy Notice-Federal law requires us to tell you how we
         collect, share, and protect your personal information. Our
         privacy policy has not changed and you may review our policy
         and practices with respect to your personal information at
         https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
         disclosure/Privacy-Notice.pdf or we will mail you a free copy
         upon request if you call us at 931-473-4402.

```
         REGULAR CHECKING
                        Account #:************6168
Previous Balance on    5/31/20                          $              .00
                                                       ---------------
Current Balance on     6/30/20                          $              .00
      Low Balance for Period was                 .00
```

```
GRANT SIDNEY INC                    30        Account Number:    *****6168
600 N. MAIN ST. #2000                         Statement Date:    7/31/20
SHELBYVILLE TN 37160                            Page Number:            1
                                                      Items:            0




        Privacy Notice-Federal law requires us to tell you how we
        collect, share, and protect your personal information. Our
        privacy policy has not changed and you may review our policy
        and practices with respect to your personal information at
        https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
        disclosure/Privacy-Notice.pdf or we will mail you a free copy
        upon request if you call us at 931-473-4402.

        REGULAR CHECKING
                    Account #:************6168
Previous Balance on     6/30/20                        $            .00
                                                      ---------------
Current Balance on      7/31/20                        $            .00
        Low Balance for Period was              .00
```

```
GRANT SIDNEY INC                    30        Account Number:    *****6168
600 N. MAIN ST. #2000                         Statement Date:    8/31/20
SHELBYVILLE TN 37160                          Page Number:             1
                                              Items:                   0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
Account #:************6168

```
Previous Balance on    7/31/20                          $              .00
                                                        ---------------
Current Balance on     8/31/20                          $              .00
    Low Balance for Period was                    .00
```

```
GRANT SIDNEY INC                        30      Account Number:    *****6168
600 N. MAIN ST. #2000                           Statement Date:     9/30/20
SHELBYVILLE TN 37160                            Page Number:              1
                                                Items:                    0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING

Account #:************6168

```
Previous Balance on      8/31/20                          $              .00
  1 Deposits and Other Additions (Credits)               +      10,000.00
                                                         ----------------
Current Balance on       9/30/20                          $      10,000.00
```
--------------------------------------------------------------------------

Deposit and Other Addition Details

```
9/11/20 CREDIT MEMO      02656112430836                         10,000.00 +
                         Transfer from VALUE CHECKING

     Total of   1 Deposits/Other Additions               +      10,000.00
```
_____

```
Low Balance for Period was                        .00
```

```
GRANT SIDNEY INC                          30      Account Number:   *****6168
600 N. MAIN ST. #2000                             Statement Date:   10/31/20
SHELBYVILLE TN 37160                              Page Number:             1
                                                  Items:                   0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                        Account #:************6168
Previous Balance on    9/30/20                         $       10,000.00
                                                       ----------------
Current Balance on    10/31/20                         $       10,000.00
     Low Balance for Period was            10,000.00
```

```
GRANT SIDNEY INC                          30      Account Number:  *****6168
600 N. MAIN ST. #2000                             Statement Date:  11/30/20
SHELBYVILLE TN 37160                              Page Number:            1
                                                  Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING

```
             Account #: ************6168
Previous Balance on   10/31/20                        $      10,000.00
                                                      ----------------
Current Balance on    11/30/20                        $      10,000.00
    Low Balance for Period was              10,000.00
```

```
GRANT SIDNEY INC                      30        Account Number:    *****6168
600 N. MAIN ST. #2000                            Statement Date:    12/31/20
SHELBYVILLE TN 37160                              Page Number:            1
                                                        Items:            0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING

```
                   Account #: ***********6168
Previous Balance on    11/30/20                         $       10,000.00
                                                        ----------------
Current Balance on     12/31/20                         $       10,000.00
    Low Balance for Period was            10,000.00
```

```
GRANT SIDNEY INC                    30      Account Number:  *****6168
600 N. MAIN ST. #2000                       Statement Date:    1/31/21
SHELBYVILLE TN 37160                        Page Number:            1
                                            Items:                  1
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
                    Account #: ************6168

| | | |
|---|---|---|
| Previous Balance on   12/31/20 | $ | 10,000.00 |
| 1 Deposits and Other Additions (Credits) | + | 168,392.00 |
| 2 Checks and Other Charges      (Debits) | - | 150,020.00 |
| | | --------------- |
| Current Balance on    1/31/21 | $ | 28,372.00 |

Deposit and Other Addition Details

| | |
|---|---|
| 1/22/21 REGULAR DEPOSIT | 168,392.00 + |
| Total of   1 Deposits/Other Additions | +    168,392.00 |

Checks and Other Charge Details

| | | |
|---|---|---|
| 1/22/21 OUTGOING WIRE DEBIT INTER | | 20.00 - |
| 1/22/21 OUTGOING WIRE DEBIT INTER | | 150,000.00 - |
| Total of    2 Checks/Other Charges | - | 150,020.00 |
| Low Balance for Period was | 10,000.00 | |

# FIRST NATIONAL BANK







Amount $168,392.00 Date 1/22/2021

Check 0 Amount $20.00 Date 1/22/2021

Check 0 Amount $150,000.00 Date 1/22/2021

```
GRANT SIDNEY INC                    30      Account Number:  *****6168
600 N. MAIN ST. #2000                       Statement Date:   2/28/21
SHELBYVILLE TN 37160                         Page Number:          1
                                                   Items:          0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                Account #:************6168
Previous Balance on    1/31/21                      $      28,372.00
  1 Checks and Other Charges      (Debits)         -      28,000.00
                                                    ---------------
Current Balance on     2/28/21                      $         372.00
```
--------------------------------------------------------------------------------

Checking Account Transactions

Checks and Other Charge Details

```
2/22/21 AUTOMATIC DEBIT 04196152720771 Return of $10K + mistake        28,000.00 -
                Transfer to WEAVER CHECKING
     Total of    1 Checks/Other Charges              -      28,000.00
     Low Balance for Period was              372.00
```

```
GRANT SIDNEY INC                              30      Account Number:   *****6168
600 N. MAIN ST. #2000                                 Statement Date:     3/31/21
SHELBYVILLE TN 37160                                   Page Number:            1
                                                             Items:            0




        Privacy Notice-Federal law requires us to tell you how we
        collect, share, and protect your personal information. Our
        privacy policy has not changed and you may review our policy
        and practices with respect to your personal information at
        https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
        disclosure/Privacy-Notice.pdf or we will mail you a free copy
        upon request if you call us at 931-473-4402.

        REGULAR CHECKING
                   Account #:************6168
Previous Balance on    2/28/21                              $       372.00
                                                           ---------------
Current Balance on     3/31/21                              $       372.00
     Low Balance for Period was              372.00
```

```
GRANT SIDNEY INC                         30      Account Number:    *****6168
600 N. MAIN ST. #2000                            Statement Date:     4/30/21
SHELBYVILLE TN 37160                               Page Number:           1
                                                          Items:           0
```

        Privacy Notice-Federal law requires us to tell you how we
        collect, share, and protect your personal information. Our
        privacy policy has not changed and you may review our policy
        and practices with respect to your personal information at
        https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
        disclosure/Privacy-Notice.pdf or we will mail you a free copy
        upon request if you call us at 931-473-4402.

        REGULAR CHECKING
                        Account #:************6168
Previous Balance on     3/31/21                           $          372.00
                                                          ---------------
Current Balance on      4/30/21                           $          372.00
        Low Balance for Period was                372.00

```
GRANT SIDNEY INC                          30      Account Number:  *****6168
600 N. MAIN ST. #2000                             Statement Date:   5/31/21
SHELBYVILLE TN 37160                              Page Number:            1
                                                  Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                    Account #:************6168
Previous Balance on     4/30/21                          $         372.00
                                                         ---------------
Current Balance on      5/31/21                          $         372.00
        Low Balance for Period was              372.00
```

```
GRANT SIDNEY INC                          30      Account Number:   *****6168
600 N. MAIN ST. #2000                             Statement Date:    6/30/21
SHELBYVILLE TN 37160                              Page Number:            1
                                                  Items:                  0
```

          Privacy Notice-Federal law requires us to tell you how we
          collect, share, and protect your personal information. Our
          privacy policy has not changed and you may review our policy
          and practices with respect to your personal information at
          https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
          disclosure/Privacy-Notice.pdf or we will mail you a free copy
          upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                          Account #:************6168
Previous Balance on     5/31/21                              $        372.00
                                                            ---------------
Current Balance on      6/30/21                              $        372.00
     Low Balance for Period was                    372.00
```

```
GRANT SIDNEY INC                          30        Account Number:   *****6168
600 N. MAIN ST. #2000                              Statement Date:    7/31/21
SHELBYVILLE TN 37160                                 Page Number:         1
                                                          Items:           0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
                    Account #:************6168
Previous Balance on     6/30/21                          $        372.00
                                                        ---------------
Current Balance on      7/31/21                          $        372.00
     Low Balance for Period was              372.00

```
GRANT SIDNEY INC                    30        Account Number:   *****6168
600 N. MAIN ST. #2000                         Statement Date:   8/31/21
SHELBYVILLE TN 37160                          Page Number:          1
                                              Items:                0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
                     Account #:************6168
Previous Balance on    7/31/21                           $        372.00
                                                         ---------------
Current Balance on     8/31/21                           $        372.00
     Low Balance for Period was              372.00

```
GRANT SIDNEY INC                        30      Account Number:    *****6168
600 N. MAIN ST. #2000                           Statement Date:    9/30/21
SHELBYVILLE TN 37160                            Page Number:          1
                                                Items:                0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
Account #:***********6168

| | | |
|---|---|---|
| Previous Balance on | 8/31/21 | $ 372.00 |
| | | --------------- |
| Current Balance on | 9/30/21 | $ 372.00 |
| Low Balance for Period was | 372.00 | |

```
GRANT SIDNEY INC                          30       Account Number:   *****6168
600 N. MAIN ST. #2000                              Statement Date:   10/31/21
SHELBYVILLE TN 37160                               Page Number:             1
                                                   Items:                   0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
                    Account #:************6168
Previous Balance on      9/30/21                          $         372.00
                                                         ---------------
Current Balance on      10/31/21                          $         372.00
    Low Balance for Period was              372.00

```
GRANT SIDNEY INC                        30      Account Number:  *****6168
600 N. MAIN ST. #2000                           Statement Date:   11/30/21
SHELBYVILLE TN 37160                             Page Number:            1
                                                 Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING

Account #:***********6168

```
Previous Balance on    10/31/21                               $         372.00
                                                              ---------------
Current Balance on     11/30/21                               $         372.00
   Low Balance for Period was                       372.00
```

```
GRANT SIDNEY INC                          30      Account Number:   *****6168
600 N. MAIN ST. #2000                             Statement Date:   12/31/21
SHELBYVILLE TN 37160                               Page Number:             1
                                                         Items:             0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                   Account #:************6168
Previous Balance on   11/30/21                          $       372.00
                                                       ---------------
Current Balance on    12/31/21                          $       372.00
      Low Balance for Period was              372.00
```

```
GRANT SIDNEY INC                          30        Account Number:   *****6168
600 N. MAIN ST. #2000                               Statement Date:     1/31/22
SHELBYVILLE TN 37160                                Page Number:              1
                                                    Items:                    0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
          REGULAR CHECKING
                    Account #:************6168
Previous Balance on   12/31/21                            $        372.00
                                                         ---------------
Current Balance on     1/31/22                            $        372.00
     Low Balance for Period was              372.00
```

```
GRANT SIDNEY INC                      30      Account Number:  *****6168
600 N. MAIN ST. #2000                         Statement Date:   2/28/22
SHELBYVILLE TN 37160                           Page Number:        1
                                                     Items:         0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
                    Account #:************6168
Previous Balance on    1/31/22                        $        372.00
                                                      ---------------
Current Balance on     2/28/22                        $        372.00
    Low Balance for Period was               372.00

```
GRANT SIDNEY INC                        30      Account Number:    *****6168
600 N. MAIN ST. #2000                           Statement Date:    3/31/22
SHELBYVILLE TN 37160                            Page Number:             1
                                                Items:                   0
```

Privacy Notice-Federal law requires us to tell you how we
collect, share, and protect your personal information. Our
privacy policy has not changed and you may review our policy
and practices with respect to your personal information at
https://www.fnbmt.com/custom/fi/firstnationalbankmcminnville/fb/
disclosure/Privacy-Notice.pdf or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                    Account #:************6168
Previous Balance on    2/28/22                        $        372.00
                                                      ---------------
Current Balance on     3/31/22                        $        372.00
    Low Balance for Period was              372.00
```

```
GRANT SIDNEY INC                        30      Account Number:   *****6168
600 N. MAIN ST. #2000                           Statement Date:    4/30/22
SHELBYVILLE TN 37160                            Page Number:            1
                                                Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we collect
share, and protect your personal information. You may review our
policy and practices with respect to your personal information at
https://www.fnbmt.com/assets/files/u8tqXw3I/r/Privacy+Policy.pdf
or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
                    Account #:************6168
Previous Balance on     3/31/22                          $        372.00
                                                         ---------------
Current Balance on      4/30/22                          $        372.00
    Low Balance for Period was                   372.00

```
GRANT SIDNEY INC                        30      Account Number:   *****6168
600 N. MAIN ST. #2000                           Statement Date:    5/31/22
SHELBYVILLE TN 37160                            Page Number:            1
                                                Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we collect
share, and protect your personal information. You may review our
policy and practices with respect to your personal information at
https://www.fnbmt.com/assets/files/u8tqXw3I/r/Privacy+Policy.pdf
or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                Account #:************6168
Previous Balance on    4/30/22                        $        372.00
                                                      ---------------
Current Balance on     5/31/22                        $        372.00
    Low Balance for Period was              372.00
```

```
GRANT SIDNEY INC                    30      Account Number:   *****6168
600 N. MAIN ST. #2000                       Statement Date:    6/30/22
SHELBYVILLE TN 37160                        Page Number:           1
                                            Items:                 0
```

Privacy Notice-Federal law requires us to tell you how we collect
share, and protect your personal information. You may review our
policy and practices with respect to your personal information at
https://www.fnbmt.com/assets/files/u8tqXw3I/r/Privacy+Policy.pdf
or we will mail you a free copy
upon request if you call us at 931-473-4402.

REGULAR CHECKING
                    Account #:************6168
Previous Balance on    5/31/22                        $        372.00
                                                     ----------------
Current Balance on     6/30/22                        $        372.00
    Low Balance for Period was                372.00

```
GRANT SIDNEY INC                           30      Account Number:   *****6168
600 N. MAIN ST. #2000                              Statement Date:    7/31/22
SHELBYVILLE TN 37160                               Page Number:          1
                                                   Items:                0
```

Privacy Notice-Federal law requires us to tell you how we collect
share, and protect your personal information. You may review our
policy and practices with respect to your personal information at
https://www.fnbmt.com/assets/files/u8tqXw3I/r/Privacy+Policy.pdf
or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                Account #:************6168
Previous Balance on    6/30/22                          $        372.00
                                                       ----------------
Current Balance on     7/31/22                          $        372.00
    Low Balance for Period was                372.00
```

```
GRANT SIDNEY INC                        45      Account Number:  *****6168
600 N. MAIN ST. #2000                           Statement Date:   8/31/22
SHELBYVILLE TN 37160                             Page Number:            1
                                                 Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we collect
share, and protect your personal information. You may review our
policy and practices with respect to your personal information at
https://www.fnbmt.com/assets/files/u8tqXw3I/r/Privacy+Policy.pdf
or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                Account #:************6168
Previous Balance on    7/31/22                          $        372.00
                                                        ----------------
Current Balance on     8/31/22                          $        372.00
    Low Balance for Period was              372.00
```

```
GRANT SIDNEY INC                        45      Account Number:   *****6168
600 N. MAIN ST. #2000                           Statement Date:   9/15/22
SHELBYVILLE TN 37160                            Page Number:         1
                                                Items:               0
```

Privacy Notice-Federal law requires us to tell you how we collect
share, and protect your personal information. You may review our
policy and practices with respect to your personal information at
https://www.fnbmt.com/assets/files/u8tqXw3I/r/Privacy+Policy.pdf
or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
               Account #:************6168
Previous Balance on    8/31/22                      $        372.00
                                                    ---------------
Current Balance on     9/15/22                      $        372.00
     Low Balance for Period was              372.00
```

```
GRANT SIDNEY INC                        45        Account Number:   *****6168
600 N. MAIN ST. #2000                              Statement Date:   12/15/22
SHELBYVILLE TN 37160                                 Page Number:          1
                                                          Items:           0
```

Privacy Notice-Federal law requires us to tell you how we collect
share, and protect your personal information. You may review our
policy and practices with respect to your personal information at
https://www.fnbmt.com/assets/files/u8tqXw3I/r/Privacy+Policy.pdf
or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                 Account #:************6168
Previous Balance on    9/15/22                          $        372.00
                                                        ---------------
Current Balance on    12/15/22                          $        372.00
    Low Balance for Period was                372.00
```

```
GRANT SIDNEY INC                        45      Account Number:   *****6168
600 N. MAIN ST. #2000                           Statement Date:    3/15/23
SHELBYVILLE TN 37160                            Page Number:            1
                                                Items:                  0
```

Privacy Notice-Federal law requires us to tell you how we collect
share, and protect your personal information. You may review our
policy and practices with respect to your personal information at
https://www.fnbmt.com/assets/files/u8tqXw3I/r/Privacy+Policy.pdf
or we will mail you a free copy
upon request if you call us at 931-473-4402.

```
        REGULAR CHECKING
                    Account #:************6168
Previous Balance on   12/15/22                            $       372.00
                                                         ----------------
Current Balance on     3/15/23                            $       372.00
    Low Balance for Period was                372.00
```

```
GRANT SIDNEY INC                          45      Account Number:    *****6168
600 N. MAIN ST. #2000                             Statement Date:     6/15/23
SHELBYVILLE TN 37160                              Page Number:              1
                                                  Items:                    0
```

Visit us at www.fnbmt.com to open an account online today.

```
          REGULAR CHECKING
                    Account #:************6168
Previous Balance on     3/15/23                           $         372.00
                                                          ----------------
Current Balance on      6/15/23                           $         372.00
     Low Balance for Period was              372.00
```

```
GRANT SIDNEY INC                         45        Account Number:    *****6168
600 N. MAIN ST. #2000                              Statement Date:    9/17/23
SHELBYVILLE TN 37160                               Page Number:           1
                                                   Items:                 0



              Visit us at www.fnbmt.com to open an account online today.

           REGULAR CHECKING
                        Account #: ************6168
Previous Balance on     6/15/23                           $        372.00
                                                          ----------------
Current Balance on      9/17/23                           $        372.00
    Low Balance for Period was                  372.00
```

```
GRANT SIDNEY INC                          45      Account Number:   *****6168
600 N. MAIN ST. #2000                             Statement Date:   12/17/23
SHELBYVILLE TN 37160                              Page Number:            1
                                                  Items:                  0



              Visit us at www.fnbmt.com to open an account online today.

              REGULAR CHECKING
                       Account #:************6168
Previous Balance on     9/17/23                        $         372.00
                                                       ----------------
Current Balance on     12/17/23                        $         372.00
     Low Balance for Period was              372.00
```

```
GRANT SIDNEY INC                        45       Account Number:   *****6168
600 N. MAIN ST. #2000                             Statement Date:    3/17/24
SHELBYVILLE TN 37160                                Page Number:          1
                                                          Items:           0



            Visit us at www.fnbmt.com to open an account online today.

            REGULAR CHECKING
                    Account #: ************6168
Previous Balance on    12/17/23                          $         372.00
                                                         ----------------
Current Balance on     3/17/24                           $         372.00
     Low Balance for Period was              372.00
```

```
GRANT SIDNEY INC                          45      Account Number:   *****6168
600 N. MAIN ST. #2000                             Statement Date:    6/17/24
SHELBYVILLE TN 37160                              Page Number:            1
                                                  Items:                  0



            Visit us at www.fnbmt.com to open an account online today.

            REGULAR CHECKING
                      Account #:************6168
Previous Balance on     3/17/24                         $         372.00
                                                        ----------------
Current Balance on      6/17/24                         $         372.00
     Low Balance for Period was              372.00
```

```
GRANT SIDNEY INC                        45        Account Number:      66168
600 N. MAIN ST. #2000                              Statement Date:    9/16/24
SHELBYVILLE TN 37160                                 Page Number:          1
                                                            Items:          0



              Visit us at www.fnbmt.com to open an account online today.

            REGULAR CHECKING
                          Account #:          66168
Previous Balance on     6/17/24                          $         372.00
                                                         ----------------
Current Balance on      9/16/24                          $         372.00
     Low Balance for Period was                 372.00
```

```
GRANT SIDNEY INC                              45        Account Number:   *****6168
600 N. MAIN ST. #2000                                   Statement Date:   12/16/24
SHELBYVILLE TN 37160                                    Page Number:             1
                                                        Items:                   0



              Visit us at www.fnbmt.com to open an account online today.

              REGULAR CHECKING
                          Account #: ************6168
Previous Balance on     9/16/24                         $          372.00
                                                                 ----------------
Current Balance on      12/16/24                         $          372.00
      Low Balance for Period was                  372.00
```

```
GRANT SIDNEY INC                        45      Account Number:   *****6168
600 N. MAIN ST. #2000                           Statement Date:    3/17/25
SHELBYVILLE TN 37160                            Page Number:            1
                                                Items:                  0
```

First National Bank of Middle Tennessee will never text, email,
or call you asking for personal or account information.
Pressured to act immediately or click on a link from an alarming
phone call, email, or text is a scam/fraud.  Please do not give
any personal or account information or click a link via the above
methods.  If you receive a suspicious call, email, or text,
please contact us at 931-473-4402 or visit a local branch.

```
        REGULAR CHECKING
                  Account #:************6168
Previous Balance on    12/16/24                            $       372.00
                                                          ---------------
Current Balance on      3/17/25                            $       372.00
        Low Balance for Period was              372.00
```

```
GRANT SIDNEY INC                         45      Account Number:   *****6168
600 N. MAIN ST. #2000                            Statement Date:    6/16/25
SHELBYVILLE TN 37160                             Page Number:           1
                                                 Items:                 0


**** ELECTRONIC ****



             Important Notice: Effective July 1, 2025, Regulation CC funds
             availability thresholds have increased. The amount available for
             next-day availability on certain types of deposits has increased
             to $275, and the amount available on the second business day is
             now $6,725. These changes are part of the Federal Reserve's
             periodic adjustments to account for inflation. You will be given
             a notice with all details if a hold is placed.

             REGULAR CHECKING
                        Account #:************6168
Previous Balance on      3/17/25                            $       372.00
                                                           ---------------
Current Balance on       6/16/25                            $       372.00
      Low Balance for Period was                 372.00
```

```
GRANT SIDNEY INC                            45      Account Number:   *****6168
600 N. MAIN ST. #2000                               Statement Date:     9/15/25
SHELBYVILLE TN 37160                               Page Number:             1
                                                   Items:                   0


**** ELECTRONIC ****
```

Important Notice: Effective July 1, 2025, Regulation CC funds
availability thresholds have increased. The amount available for
next-day availability on certain types of deposits has increased
to $275, and the amount available on the second business day is
now $6,725. These changes are part of the Federal Reserve's
periodic adjustments to account for inflation. You will be given
a notice with all details if a hold is placed.

```
     FIRST BUSINESS CHECKING
                  Account #:************6168
Previous Balance on    6/16/25                          $        372.00
                                                        ---------------
Current Balance on     9/15/25                          $        372.00
     Low Balance for Period was                372.00
```

```
GRANT SIDNEY INC                         45        Account Number:  *****6168
600 N. MAIN ST. #2000                              Statement Date:  12/31/25
SHELBYVILLE TN 37160                                 Page Number:          1
                                                            Items:          0


        **** ELECTRONIC ****




         FIRST BUSINESS CHECKING
                  Account #:************6168
Previous Balance on      9/15/25                           $         372.00
                                                          ---------------
Current Balance on      12/31/25                           $         372.00
    Low Balance for Period was                   372.00
```