

3236-0.81-24276I11.p11  126802767  1-3

||II|I|III|I|I|III|I|I|III|I|I|III|I|I|III|I|I|III|I|I|III|

Uncle Nearest, Inc.
ATTN: ▆▆▆▆▆

## ACCOUNT SUMMARY

| ACCOUNT NUMBER | ACCOUNT PURPOSE | PRINCIPAL BALANCE | INTEREST BALANCE | FUNDS HELD BALANCE | INTEREST PAID YTD | INTEREST EARNED YTD |
| --- | --- | --- | --- | --- | --- | --- |
| ▆3900 | WORKING CAPITAL | 65,224,031.96 | 6,879,139.83 | 0.00 | 4,869,282.45 | 0.00 |
| ▆2500 | CONSTRUCTION | 15,000,000.00 | 1,280,724.68 | 0.00 | 473,042.43 | 0.00 |
| ▆0400 | REFI TERM NOTE | 22,045,150.88 | 2,136,375.23 | 0.00 | 1,258,364.51 | 0.00 |
| ▆0900 | PROTECTIVE ADVANCE | 3,800,000.00 | 72,553.02 | 0.00 | 0.00 | 0.00 |
| | TOTAL | 106,069,182.84 | 10,368,792.76 | 0.00 | 6,600,689.39 | 0.00 |

## ACCOUNT DETAIL

→ **Account:** ▆3900      **Account Purpose: WORKING CAPITAL**

| DATE | DESCRIPTION | TRANSACTION AMOUNT | FUNDS HELD | INTEREST | PRINCIPAL | PRINCIPAL BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 01/01 | **Beginning Balance** | | 0.00 | **5,212,170.12** | | **65,224,031.96** |
| 01/02 | Rev Interest Pmt | 1,667,331.67 | | 1,667,331.67 | | |
| 01/02 | Preauth Acct Payment | 1,667,331.67 | | (1,667,331.67) | | |
| | Jpmorgan Chase Bank, Na | | | | | |
| | Fcma Payment To ....3900 | | | | | |
| 02/01 | Interest Rate Change | 10.0000% | | | | |
| 04/15 | Interest Pmt Wire | 4,869,282.45 | | (4,869,282.45) | | |
| | Annual Int Accrual | | | 6,536,252.16 | | |
| 12/31 | **Ending Balance** | | 0.00 | **6,879,139.83** | | **65,224,031.96** |

| INTEREST RATE | MATURITY DATE | MONTHLY ACCOUNT INT ACCRUAL | AVAILABLE COMMITMENT |
| --- | --- | --- | --- |
| 10.0000% | 07/22/25 | 553,957.53 | 0.00 |

→ **Account:** ▆2500      **Account Purpose: CONSTRUCTION**

| DATE | DESCRIPTION | TRANSACTION AMOUNT | FUNDS HELD | INTEREST | PRINCIPAL | PRINCIPAL BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 01/01 | **Beginning Balance** | | 0.00 | **260,034.24** | | **15,000,000.00** |
| 02/01 | Interest Rate Change | 10.0000% | | | | |
| 04/15 | Interest Pmt Wire | 473,042.43 | | (473,042.43) | | |
| 11/01 | Interest Rate Change | 9.7500% | | | | |
| 12/01 | Interest Rate Change | 9.5000% | | | | |
| | Annual Int Accrual | | | 1,493,732.87 | | |

***Continued on next page***

**EXHIBIT 2**


**farmCREDIT**
MID-AMERICA

| STATEMENT DATE | 12/31/25 |
|---|---|
| CUSTOMER NUMBER | ▇5474 |
| CUSTOMER NAME | Uncle Nearest, Inc. |

→ Account: ▇2500      Account Purpose: **CONSTRUCTION**

| DATE | DESCRIPTION | TRANSACTION AMOUNT | FUNDS HELD | INTEREST | PRINCIPAL | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|
| 12/31 | **Ending Balance** | | 0.00 | 1,280,724.68 | | 15,000,000.00 |

| INTEREST RATE | MATURITY DATE | MONTHLY ACCOUNT INT ACCRUAL | AVAILABLE COMMITMENT |
|---|---|---|---|
| 9.5000% | 07/22/27 | 121,027.40 | 0.00 |

→ Account: ▇0400      Account Purpose: **REFI TERM NOTE**

| DATE | DESCRIPTION | TRANSACTION AMOUNT | FUNDS HELD | INTEREST | PRINCIPAL | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|
| 01/01 | **Beginning Balance** | | 0.00 | 1,199,435.35 | | 22,045,150.88 |
| 01/02 | Rev Principal Pmt | 270,623.42 | | | 270,623.42 | 22,315,774.30 |
| 01/02 | Rev Interest Pmt | 611,313.00 | | 611,313.00 | | |
| 01/02 | Preauth Acct Payment | 881,936.42 | | (611,313.00) | (270,623.42) | 22,045,150.88 |
| | Jpmorgan Chase Bank, Na | | | | | |
| | Fcma Payment To ....0400 | | | | | |
| 02/01 | Interest Rate Change | 10.0000% | | | | |
| 04/15 | Interest Pmt Wire | 1,258,364.51 | | (1,258,364.51) | | |
| 11/01 | Interest Rate Change | 9.7500% | | | | |
| 12/01 | Interest Rate Change | 9.5000% | | | | |
| | Annual Int Accrual | | | 2,195,304.39 | | |
| 12/31 | **Ending Balance** | | 0.00 | 2,136,375.23 | | 22,045,150.88 |

| INTEREST RATE | MATURITY DATE | MONTHLY ACCOUNT INT ACCRUAL | AVAILABLE COMMITMENT |
|---|---|---|---|
| 9.5000% | 07/01/27 | 177,871.15 | 0.00 |

→ Account: ▇0900      Account Purpose: **PROTECTIVE ADVANCE**

| DATE | DESCRIPTION | TRANSACTION AMOUNT | FUNDS HELD | INTEREST | PRINCIPAL | PRINCIPAL BALANCE |
|---|---|---|---|---|---|---|
| 09/01 | **Beginning Balance** | | 0.00 | 0.00 | | 0.00 |
| 09/10 | Interest Rate Change | 10.0000% | | | | |
| 09/10 | Prin Disb Wire | 1,700,000.00 | | | 1,700,000.00 | 1,700,000.00 |
| 10/06 | Prin Disb Wire | 600,000.00 | | | 600,000.00 | 2,300,000.00 |
| 11/01 | Interest Rate Change | 9.7500% | | | | |
| 11/21 | Prin Disb Wire | 200,000.00 | | | 200,000.00 | 2,500,000.00 |
| 12/01 | Interest Rate Change | 9.5000% | | | | |
| 12/10 | Prin Disb Wire | 223,805.00 | | | 223,805.00 | 2,723,805.00 |
| 12/19 | Prin Disb Wire | 1,076,195.00 | | | 1,076,195.00 | 3,800,000.00 |
| | Annual Int Accrual | | | 72,553.02 | | |
| 12/31 | **Ending Balance** | | 0.00 | 72,553.02 | | 3,800,000.00 |

| INTEREST RATE | MATURITY DATE | MONTHLY ACCOUNT INT ACCRUAL | AVAILABLE COMMITMENT |
|---|---|---|---|
| 9.5000% | 03/01/26 | 25,094.12 | 0.00 |

***Continued on next page***



| STATEMENT DATE | 12/31/25 |
|---|---|
| CUSTOMER NUMBER | ▉5474 |
| CUSTOMER NAME | Uncle Nearest, Inc. |



| FINANCIAL SERVICES TRANSACTIONS | | |
|---|---|---|
| DATE | DESCRIPTION | TRANSACTION AMOUNT |
| 09/12 | Attorney Fees | 159,211.60 |
| 12/31 | Attorney Fees | 1,392.00 |
| 01/09 | Other Fees | 25.00 |
| 01/09 | Other Fees | 25.00 |
| 01/31 | Attorney Fees | 528.00 |
| 02/28 | Attorney Fees | 336.00 |
| 03/17 | Attorney Fees | 39,768.00 |
| 03/24 | Other Fees | 12,831.17 |
| 03/31 | Attorney Fees | 1,584.00 |
| 03/31 | Attorney Fees | 247,420.50 |
| 04/11 | Attorney Fees | 220,689.00 |
| 04/15 | Attorney Fees | 157,328.80 |
| 04/15 | Pay Other Fees | (12,881.17) |
| 04/15 | Pay Other Fees | (217,333.14) |
| 04/15 | Pay Other Fees | (260,457.00) |
| 04/15 | Pay Other Fees | (50.00) |
| 04/15 | Pay Other Fees | (408,589.30) |
| 04/30 | Attorney Fees | 139,563.50 |
| 04/30 | Attorney Fees | 288.00 |
| 04/30 | Attorney Fees | 136,160.56 |
| 07/03 | Attorney Fees | 106,388.70 |
| 07/03 | Attorney Fees | 193,818.44 |
| 07/17 | Attorney Fees | 171,284.22 |
| 07/17 | Attorney Fees | 187,519.77 |
| 07/31 | Attorney Fees | 1,872.00 |
| 07/31 | Attorney Fees | 131,466.11 |
| 08/07 | Attorney Fees | 80,000.00 |
| 08/07 | Attorney Fees | 128,017.67 |
| 08/22 | Attorney Fees | 16,392.00 |
| 08/22 | Attorney Fees | 121,921.15 |
| 09/25 | Attorney Fees | 34,057.98 |
| 09/25 | Attorney Fees | 37,988.85 |
| 10/23 | Attorney Fees | 80,595.44 |
| 10/23 | Attorney Fees | 188,158.12 |
| 10/23 | Attorney Fees | 602,497.79 |
| 11/20 | Attorney Fees | 2,364.50 |
| 11/20 | Attorney Fees | 4,455.00 |
| 11/20 | Attorney Fees | 56,993.51 |
| 11/20 | Attorney Fees | 116,348.75 |
| 12/18 | Attorney Fees | 1,699.50 |
| 12/18 | Attorney Fees | 30,654.34 |
| 12/18 | Attorney Fees | 45,437.65 |

***Continued on next page***

3236-0.81-24276I11.p11  126802767  2-3



| STATEMENT DATE | 12/31/25 |
|---|---|
| CUSTOMER NUMBER | ■5474 |
| CUSTOMER NAME | Uncle Nearest, Inc. |

| DATE | DESCRIPTION | TRANSACTION AMOUNT |
|---|---|---|
| 12/22 | Attorney Fees | 2,729.50 |
| 12/31 | Ending Balance | 2,777,884.65 |

GLOSSARY



---

### SUMMARY DEFINITIONS

This section summarizes key information from the accounts reported on the detailed section of this statement.

**Principal Balance:** This is the amount of principal owed on your account(s) as of the statement date. This balance also includes any amount you borrowed for the purchase of stock.

**Interest Balance:** This is the amount of interest you have outstanding as of the statement date.

**Funds Held Balance:** This is the amount of funds you have available which you may apply to future account payments.

**Interest You Paid YTD (Year-to-Date):** This is the amount of interest you have paid to FCS on your account(s). If you have paid over $600 in interest and your account is secured with real estate, an IRS tax form 1098 will be mailed to you by January 31.

**Interest You Earned YTD (Year-to-Date):** This is the amount of interest FCS has credited to your account. This interest was earned from your Funds Held account, tax and insurance escrows, other escrows or investment account. IRS tax form 1099 will be mailed to you by January 31 If the interest you have earned exceeds $10.

**Investment Balance:** This is the balance in your Farm Cash Management Money Market Investment account(s) at the beginning and end of the statement period.

**Additional Investments:** This is the sum of your investment purchase transactions (increase) in your Farm Cash Management Money Market Investment account.

**Redemptions:** This is the sum of your investment redemption transactions (decrease) in your Farm Cash Management Money Market Investment account.

### TRANSACTION ABBREVIATIONS

The commonly used abbreviations used in transaction descriptions include:

| | |
|---|---|
| Disb - Disbursement | Pmt - Payment |
| Esc - Escrow | Pymt - Payment |
| FH - Funds Held | Rev - Reversal |
| Ins - Insurance | RS - Related Services |
| Int - Interest | Spec - Special |
| Part Cert - Participation Certificate | T&I - Tax and Insurance Escrows |
| Prin - Principal | W/d - Withdrawal |

---

### ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call us at the phone number or write us at the address shown on the front of this statement as soon as you can, if you think your statement is wrong or if you need more information about a transfer on the statement. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.

    -Tell us your name and account number.
    -Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it
     is an error or why you need more information.
    -Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.