| | |
|---|---|
| **From:** | Robert Clark |
| **To:** | Hayley Hutchison |
| **Subject:** | FW: [EXTERNAL] Re: Preliminary 13-Week Cash Flow Forecast |
| **Date:** | Thursday, February 19, 2026 9:15:26 AM |
| **Attachments:** | CF_Forecast (13-week).xlsx |

**From:** Carlos Flores
**Sent:** Monday, May 12, 2025 9:53 PM
**To:** Robert Clark
**Subject:** [EXTERNAL] Re: Preliminary 13-Week Cash Flow Forecast

Hi Robert,

Attached is the 13-week cash flow forecast.

As we move through the early stages of our cost-cutting initiative, departmental targets will remain fluid and will likely shift as negotiations progress. Some areas will inevitably take on a heavier reduction load than others.

In the interim, we're aligning execution with the colored line items in the forecast—these represent firm, non-negotiable targets that will guide our decision-making until the final plan is locked in.

I am also attaching the AP Aging showing vendors in each of the categories - active, payment plan, inactive.

Best,
Carlos

**From:** Robert Clark
**Sent:** Monday, May 12, 2025 6:52 PM
**To:** Carlos Flores
**Cc:** Keith Weaver; Kevin Larin; Hayley Hutchison
**Subject:** RE: [EXTERNAL] Preliminary 13-Week Cash Flow Forecast

**EXHIBIT 4**

Carlos,

As an additional follow up, we want to note that the **bank will need time to review** the proposed budget **and resolve any questions** they have prior to their approval. Please submit the revised budget at your earliest convenience.

Thank you,

Robert

Robert Clark
Manager

Complexity and Urgency: **Simplified.™**

**From:** Robert Clark
**Sent:** Monday, May 12, 2025 4:04 PM
**To:** Carlos Flores
**Cc:** Keith Weaver                                         Kevin Larin
Hayley Hutchison
**Subject:** FW: [EXTERNAL] Preliminary 13-Week Cash Flow Forecast

Carlos,

Thank you for the update. As you work into the evening, please advise on any changed to the expected timing so we can communicate expectations to the bank.

Thank you,

Robert

Robert Clark
Manager

Complexity and Urgency: **Simplified.™**

**From:** Carlos Flores
**Sent:** Monday, May 12, 2025 3:58 PM
**To:** Robert Clark
**Subject:** Fw: [EXTERNAL] Preliminary 13-Week Cash Flow Forecast

We are updating the starting points since we are now including April. We had discussions on cost cuts on and Sales on Saturday, so some fine tuning is needed.

I am aiming to have it ready this evening.

Carlos

**From:** Robert Clark
**Sent:** Monday, May 12, 2025 3:41 PM
**To:** Carlos Flores
**Cc:** Keith Weaver ; Kevin Larin ; Hayley Hutchison
**Subject:** RE: [EXTERNAL] Preliminary 13-Week Cash Flow Forecast

Caros,

As you are aware, the **updated budget is due today**. When we talked last **you were going to provide an updated budget** that included more detailed **disbursement categories** as well as **payables detail**. You had also indicated there may be some updates to the forecast based on your meetings with the department heads you were having at the end of last week and over the weekend.

Please **let us know when you expect to provide** the updated budget and if you have any questions.

Thank you,

Robert

Robert Clark
Manager



Complexity and Urgency: **Simplified.™**

---

**From:** Carlos Flores
**Sent:** Wednesday, May 7, 2025 10:53 AM
**To:** Hayley Hutchison                              Robert Clark
**Cc:** Kevin Larin                        Keith Weaver
**Subject:** [EXTERNAL] Preliminary 13-Week Cash Flow Forecast

Team,

Attached is a **very preliminary** 13-week Cash Flow forecast. The upcoming period will be dynamic, with several concurrent initiatives impacting both cash inflows and outflows.

**Key Highlights:**

- **Revenue Growth**: Sales activity is expanding beyond the current 20 states, with a corresponding increase in expected cash inflows.

- **Cost Reduction**: Aggressive cost-cutting measures are underway across all departments, targeting both personnel and non-personnel expenses.

- **Payables Management**:
  - A number of active payables will be shifted into payment plans.
  - Select payables already under payment plans will be reclassified as inactive.
  - A dedicated contractor team will be managing this process.

**Next Steps:**

- In the next 7–10 days, Keith and I will meet with all department heads to define their specific cost-cutting actions. Targets have already been set.

**Guiding Objective:**

- Maintain a minimum cash balance of **$1.5 million**.

- Gradually reduce total accounts payable.

Please treat this plan as a working document. Expect internal adjustments as operational dynamics evolve.

Best,

Carlos Flores

*Interim CFO - Uncle Nearest*

---

**From:** Hayley Hutchison
**Sent:** Tuesday, May 6, 2025 5:37 PM
**To:** Keith Weaver; Carlos Flores
**Cc:** Fawn Weaver ███████████████████████; Kevin Larin; Robert Clark
**Subject:** Cash Flow preview / agendas for tomorrow

Keith, Carlos,

Please see your weekly cash flows compiled in the pdf attached. Also attached is the agenda for the weekly cash flow call AND monthly transaction call, which will take place at the same time tomorrow. Some questions we anticipate that we're hoping you can get ahead of are listed below. As we discussed, the expectation is you all will present your cash flows on the call tomorrow. Can you also share what you plan on distributing for the transaction update? Thank you and please let us know if you have any questions!

1. Please provide an update on getting access to the **Banco Populaire account** and daily transaction activity. Without this, the cash flow reports remain incomplete.

2. Ending cash balance of $889k is below the $1.5mm minimum liquidity required, per the FB agreement. Please confirm **when and how much additional capital will be deposited** into the UN accounts to cure this.

3. **Park Street collections: 3wk variance is -32%**. What is driving this? Is UN experiencing difficulty collecting A/R or increased chargeback costs to vendors? Are sales below expectations?

4. We noted that the planned <u>payroll payment was not made last week.</u> Can you confirm whether this has had any impact on employees (e.g., delayed wages) or triggered additional fees from the payroll processor? Additionally, when do you anticipate making this payment?

5. <u>Credit card spending is 124% above forecast</u>. We understand that UN previously aimed to limit credit card use to $350K per month, but the 3wk spend totals $392K. What is driving the increased usage, and what types of expenses are typically charged to the cards?
    1. Please also provide the last three months of credit card statements so we can properly categorize the expenses (instead of having a "credit card" line item).

6. Bottling and Supply Chain: is the favorable variance <u>temporary or permanent</u>?

7. Corporate expenses have **exceeded forecast by >1000%**. Please provide additional detail on the key drivers behind these variances.

8.

Thank you,

Hayley Hutchison
Senior Director
Restructuring & Turnaround Services



Complexity and Urgency: **Simplified.™**

NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this e-mail is prohibited. If you have received this message in error, please contact the sender and destroy all copies (and attachments) of the original message.

NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this e-mail is prohibited. If you have received this message in error, please contact the sender and destroy all copies (and attachments) of the

original message.

NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this e-mail is prohibited. If you have received this message in error, please contact the sender and destroy all copies (and attachments) of the original message.