| | |
|---|---|
| **From:** | Robert Clark |
| **To:** | Hayley Hutchison |
| **Subject:** | FW: [EXTERNAL] Updated 13 Week Cash Flow Forecast, Last Week"s Activity |
| **Date:** | Thursday, February 19, 2026 9:16:58 AM |
| **Attachments:** | CF_Forecast_(13-week)_(5_21_25).xlsx |
| | Variance_Reports.xlsx |
| | ~WRD0003.jpg |

**From:** Carlos Flores
**Sent:** Wednesday, May 21, 2025 9:05 AM
**To:** Kevin Larin                                    Robert Clark                                    Hayley Hutchison
**Cc:** Fawn Weaver                                    Keith Weaver
**Subject:** [EXTERNAL] Updated 13 Week Cash Flow Forecast, Last Week's Activity

Hi Kevin,

Please find attached:

1. Updated 13-Week Cash Flow Forecast, including:

    - Corrected starting cash balance ($688K). Grace will separately email an explanation regarding the discrepancy ($301K vs. $688K), along with bank activity screenshots for your review.

    - RAMP cash outflows consolidated on their actual occurrence date (29th of each month).

    - For the first time, DASH funding cash outflows were added per Hayley's recommendation. These outflows take place weekly.

2. Variance Analysis for the Week Ending 5/16:

    - Only actual figures provided, as no forecast was established for this period due to significant changes from cost-cutting measures implemented on Friday, 5/16.

From the week ending 5/23 onward, the 13-Week Cash Flow Forecast will serve as our baseline.

Let me know if you have any questions.

Best,

**EXHIBIT 5**

Carlos Flores



**From:** Kevin Larin
**Sent:** Wednesday, May 21, 2025 9:18 AM
**To:** Alexandra Shipley
**Cc:** Fawn Weaver                                        Brian Klatt
Cooper Robertson                                   Rollin Richey
Keith Weaver                                       Carlos Flores
                                  ; Hayley Hutchison
Robert Clark                            Fauzan Muhammed
                                      Dan Strayer                          Pam Leech
                          David Kupetz                                Sean Feener
                                Demetra Liggins
**Subject:** Re: [EXTERNAL] Re: UN Weekly Reporting (Sent on Behalf of Riveron/FCMA to Move to Webex - MW will not be joining)

Fawn -

If you want to give an update on the transaction, we welcome anything substantive that would provide an achievable and near-term path to repayment for the bank. I would just insist that if bank counsel is invited, your counsel should be present.

However, on today's call we are most interested in establishing:
(a) your cash balance as of COB 5/16, which remains unknown;
(b) funding for the shortfall in $1.5m min cash, which as of COB Tuesday does not appear to have occurred;
(c) a finalized and defensible 13WCF, which we have been told by Carlos needs to be recast but have not yet received;
(d) missing forbearance deliverables (DACAs, perfection certificates, etc), which still have not been delivered; and
(e) reconciliation of activity from last week, which we have been told will not be provided.

**KEVIN L. LARIN**  *Managing Director*
Riveron | riveron.com

Sent from my iPhone

On May 21, 2025, at 6:25 AM, Shipley, Alexandra <██████████████████████████> wrote:

Fawn- Copying in your counsel for visibility. I sent the invite on behalf of FCMA and Riveron because Webex is the preferred platform for FCMA and we are the ones with access to that platform. Note, the invite says MW will not be joining.

**Alexandra Shipley**
Partner
McGuireWoods LLP



Bio   VCard   www.mcguirewoods.com

On May 21, 2025, at 12:21 AM, Fawn Weaver <██████████████████████████> wrote:

**EXTERNAL EMAIL; use caution with links and attachments**

Understood. Thank you, Kevin. Since the invite came from MW, I assumed counsel had been included.

In that case, perhaps we set this point aside for now and schedule a separate meeting with counsel?

As I'm on the road daily building Uncle Nearest—meeting with new and existing investors and handling press—my hope is to make the process as efficient as possible.

Fawn

I'm on the move while typing…please excuse any typos.

> On May 20, 2025, at 11:48 PM, Kevin Larin ███████████████ wrote:
>
> Fawn -
>
> I'll leave it up to MW to respond / refine, but these weekly meetings are held without counsel. That's both in house and external counsel for FCMA and UN.
>
> **KEVIN L. LARIN**  *Managing Director*
> Riveron | riveron.com
> ███████████
>
> *Sent from my iPhone*
>
>> On May 20, 2025, at 10:42 PM, Fawn Weaver ██████████████████████ wrote:
>>
>> Alexandra—
>>
>> If the team is open to it, I'd like to personally present the following after my second meeting with ██ leadership today, as I believe the progress on this front will be well received (at least, that's my hope):
>>
>> 3. Soft Update on Transaction Process

A. Private Capital Raise (█)

B. Owners' Equity Raise / Sale of Owner Shares

That said, I'll be in makeup tomorrow at this time for a press interview, and I'd also like to find a time when Demetra can join. She's uniquely positioned to understand the proposal, as it involves the Boule and Divine 9—two groups that may be unfamiliar to others on this chain.

I'm in New York this week with back-to-back events and press, so would it be possible to move this section to next week's meeting?

And if so, could we start next week's meeting an hour later? I'll be back in New York at Goldman Sachs at that time for "Talks at GS: A Conversation with Fawn Weaver, moderated by Susie Scher." I can head straight to the hotel afterward to join the meeting.

Thank you all in advance for the consideration.

Fawn

I'm on the move while typing...please excuse any typos.

> On May 20, 2025, at 11:29 PM, Shipley, Alexandra  wrote:
>
> **3.** Soft Update on Transaction Process
>
> A. Private Capital Raise (███)
>
> B. Owners' Equity Raise / Sale of Owner Shares

> NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this e-mail is prohibited. If you have received this message in error, please contact the sender and destroy all copies (and attachments) of the original message.

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this e-mail is prohibited. If you have received this message in error, please contact the sender and destroy all copies (and attachments) of the original message.

|  | April Start | 1<br>5/17/2025 | 2<br>5/24/2025 | 3<br>5/31/2025 | 4<br>6/7/2025 | 5<br>6/14/2025 | 6<br>6/21/2025 | 7<br>6/28/2025 | 8<br>7/5/2025 | 9<br>7/12/2025 | 10<br>7/19/2025 | 11<br>7/26/2025 | 12<br>8/2/2025 | 13<br>8/9/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Cash In** | $271,188 | $956,000 | $271,188 | $271,188 | $271,188 | $280,000 | $280,000 | $280,000 | $280,000 | $290,000 | $290,000 | $290,000 | $290,000 | $300,000 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Payroll (Genesis)** | $204,474 |  | $341,096 |  | $358,687 |  | $329,087 |  | $344,242 |  | $335,948 |  | $335,948 |  |
| **Ramp** | $78,648 |  | $388,744 |  |  |  |  | $363,093 |  |  |  | $269,674 | $68,419 | $68,419 |
| **Invoices Paid** | $311,067 | $143,251 | $143,251 | $143,251 | $150,000 | $143,251 | $143,251 | $143,251 | $150,000 | $143,251 | $143,251 | $143,251 | $150,000 | $143,251 |
| NGD_Production | $114,605 | $8,488 | $8,488 | $8,488 | $8,488 | $8,488 | $8,488 | $8,488 | $8,488 | $8,488 | $8,488 | $8,488 | $8,488 | $8,488 |
| UN_S&M | $119,240 | $57,541 | $57,541 | $57,541 | $57,541 | $57,541 | $57,541 | $57,541 | $57,541 | $57,541 | $57,541 | $57,541 | $57,541 | $57,541 |
| UN_Corporate | $17,052 | $17,052 | $17,052 | $17,052 | $17,052 | $17,052 | $17,052 | $17,052 | $17,052 | $17,052 | $17,052 | $17,052 | $17,052 | $17,052 |
| NGD_Corporate | $23,087 | $23,087 | $23,087 | $23,087 | $23,087 | $23,087 | $23,087 | $23,087 | $23,087 | $23,087 | $23,087 | $23,087 | $23,087 | $23,087 |
| Finance | $3,540 | $3,540 | $3,540 | $3,540 | $3,540 | $3,540 | $3,540 | $3,540 | $3,540 | $3,540 | $3,540 | $3,540 | $3,540 | $3,540 |
| NGD_S&M | $10,642 | $10,642 | $10,642 | $10,642 | $10,642 | $10,642 | $10,642 | $10,642 | $10,642 | $10,642 | $10,642 | $10,642 | $10,642 | $10,642 |
| NGD_Facilities | $3,155 | $3,155 | $3,155 | $3,155 | $3,155 | $3,155 | $3,155 | $3,155 | $3,155 | $3,155 | $3,155 | $3,155 | $3,155 | $3,155 |
| NGD_Retail | $18,229 | $18,229 | $18,229 | $18,229 | $18,229 | $18,229 | $18,229 | $18,229 | $18,229 | $18,229 | $18,229 | $18,229 | $18,229 | $18,229 |
| Security | $1,517 | $1,517 | $1,517 | $1,517 | $1,517 | $1,517 | $1,517 | $1,517 | $1,517 | $1,517 | $1,517 | $1,517 | $1,517 | $1,517 |
| **Total Cash Out** | $594,190 | $143,251 | $873,092 | $143,251 | $508,687 | $143,251 | $472,339 | $506,344 | $494,242 | $143,251 | $479,199 | $412,926 | $554,367 | $211,670 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Operating Cash Flow** |  | $812,749 | ($601,904) | $127,937 | ($237,499) | $136,749 | ($192,339) | ($226,344) | ($214,242) | $146,749 | ($189,199) | ($122,926) | ($264,367) | $88,330 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Non Operating Cash Flow (e.g., Dash Funding)** |  | ($69,500) | ($69,500) | ($69,500) | ($69,500) | ($69,500) | ($69,500) | ($69,500) | ($69,500) | ($69,500) | ($69,500) | ($69,500) | ($69,500) | ($69,500) |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Cash Balance (bef. Injection) |  | $1,431,175 | $828,596 | $1,558,437 | $1,251,438 | $1,567,249 | $1,305,410 | $1,204,156 | $1,216,258 | $1,577,249 | $1,318,549 | $1,307,574 | $1,166,133 | $1,518,830 |
| **Cash Injection** |  | $68,825 | $671,404 | $0 | $248,562 | $0 | $194,590 | $295,844 | $283,742 | $0 | $181,451 | $192,426 | $333,867 | $0 |
| *Cum Injection* |  | *$68,825* | *$740,228* | *$740,228* | *$988,791* | *$988,791* | *$1,183,381* | *$1,479,225* | *$1,762,967* | *$1,762,967* | *$1,944,418* | *$2,136,843* | *$2,470,710* | *$2,470,710* |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Cash Balance (actual)** | $687,927 | $1,500,000 | $1,500,000 | $1,558,437 | $1,500,000 | $1,567,249 | $1,500,000 | $1,500,000 | $1,500,000 | $1,577,249 | $1,500,000 | $1,500,000 | $1,500,000 | $1,518,830 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **AP (exc. Payroll)** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Active (inc AutoPay)** | $1,554,765 | $1,477,846 | $1,402,427 | $1,349,889 | $1,411,387 | $1,334,968 | $1,317,710 | $1,252,574 | $1,315,059 | $1,238,640 | $1,178,771 | $1,108,552 | $1,170,051 | $1,096,632 |
| New Invoices | $264,000 | $63,333 | $63,333 | $63,333 | $63,333 | $63,333 | $63,333 | $63,333 | $63,333 | $63,333 | $63,333 | $63,333 | $63,333 | $63,333 |
| Payments |  | $140,251 | $138,751 | $115,871 | $1,834 | $139,751 | $80,591 | $128,468 | $848 | $139,751 | $123,201 | $133,551 | $1,834 | $136,751 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Payment Plans (6 mo.)** | $963,078 | $963,078 | $963,078 | $963,078 | $814,912 | $814,912 | $814,912 | $814,912 | $666,746 | $666,746 | $666,746 | $666,746 | $518,580 | $518,580 |
| Payment (6 mo.) |  |  |  |  | $148,166 |  |  |  | $148,166 |  |  |  | $148,166 |  |
| **Payment Plans (Other)** | $285,334 | $282,334 | $277,834 | $250,453 | $250,453 | $246,953 | $184,293 | $169,510 | $168,524 | $165,024 | $144,974 | $135,274 | $135,274 | $128,774 |
| Payment (Other) |  | $3,000 | $4,500 | $27,381 | $0 | $3,500 | $62,660 | $14,783 | $986 | $3,500 | $20,050 | $9,700 | $0 | 6500 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Inactive** | $8,149,593 | $8,149,593 | $8,149,593 | $8,149,593 | $8,149,593 | $8,149,593 | $8,149,593 | $8,149,593 | $8,149,593 | $8,149,593 | $8,149,593 | $8,149,593 | $8,149,593 | $8,149,593 |
| **Total** | $10,952,770 | $10,590,517 | $10,515,098 | $10,462,560 | $10,375,893 | $10,299,474 | $10,282,215 | $10,217,080 | $10,131,398 | $10,054,979 | $9,995,111 | $9,924,892 | $9,838,224 | $9,764,806 |