| From: | Fawn Weaver |
|---|---|
| To: | Robert Clark |
| Cc: | Keith Weaver; Carlos Flores; Kevin Larin; Hayley Hutchison |
| Subject: | [EXTERNAL] Re: UN Deposits |
| Date: | Wednesday, May 28, 2025 6:08:07 PM |

Hi Robert,

Per our conversation last week, I wanted to reconfirm that none of the accounts listed fall under the Forbearance Agreement, nor are they connected to any businesses included in the forbearance terms.

Keith had intended to help by transferring funds from our personal accounts at this bank, since a wire from another bank would not show up immediately, but that inadvertently caused some confusion. As a result, the funds were immediately removed. The only transfer that remained was from one account: Fawn and Keith Weaver, which is the first account listed.

Please let me know if any further clarification is needed.

Fawn

I'm on the move while typing…please excuse any typos.

> On May 28, 2025, at 3:21 PM, Robert Clark ▮▮▮▮▮▮▮▮▮▮ wrote:
>
> Fawn,
>
> Following up on this request from last week. Please provide the account owners for each of the accounts below.
>
> Thank you,

EXHIBIT 6

Robert

Robert Clark
Manager                                                                 <image001.png>

---

**From:** Robert Clark
**Sent:** Tuesday, May 20, 2025 11:01 AM
**To:** Fawn Weaver ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; Keith Weaver ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>
**Cc:** Carlos Flores ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; Kevin Larin ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; Hayley Hutchison ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Subject:** UN Deposits

Fawn and Keith,

We note the following accounts deposited funds into Uncle Nearest accounts last week. Please specify which individuals or entities own these accounts in the highlighted cells in the table below.

| Account Number | Account Owner | Deposits WE 5/16 | Deposited into UN Account |
|---|---|---|---|
| ▉3472 | | 559,500.00 | First National xx6079 |
| ▉7610 | | 20,000.00 | First National xx6079 |
| ▉881 | | 8,400.00 | CalPrivate xx5267 |
| ▉7636 | | 3,900.00 | First National xx6079 |
| ▉7504 | [Unlce Nearest, Inc.] | 2,200.00 | First National xx6079 |
| ▉5297 | | 1,033.01 | First National xx6079 |
| ▉2584 | | 950.00 | First National xx6079 |
| ▉6052 | | 400.00 | First National xx6079 |
| **Total** | | **596,383.01** | |

Thank you,
Robert

Robert Clark
Manager                                                                 <image001.png>

▉▉▉▉▉▉▉▉▉▉▉

<image002.png><image003.png><image004.png>

NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this e-mail is prohibited. If you have received this message in error, please contact the sender and destroy all copies (and attachments) of the original message.