| From: | Carlos Flores |
|---|---|
| To: | Robert Clark |
| Subject: | [EXTERNAL] Fw: Fw: Uncle Nearest Bank Account List |
| Date: | Friday, May 9, 2025 4:29:20 PM |

FYI

**From:** Grace Overstreet
**Sent:** Friday, May 9, 2025 4:05 PM
**To:** Carlos Flores
**Subject:** Re: Fw: Uncle Nearest Bank Account List

Hi, Carlos,

Here is what I can add.
First Bank 0979 Nearest Green Distillery account 0979
First Bank 1189 Uncle Nearest Inc account 1189
First National Bank 6079 Nearest Green Distillery 6079
First National Bank 5307 Nearest Green Historical 5307

I don't have information on the rest. The other two First Bank accounts I can see however, I cannot view the account #'s and the accounts are not named. The only transactions in them appear to be from wires from Grant Sidney.

Hope this helps

> On Fri, May 9, 2025 at 3:21 PM Carlos Flores wrote:
> Hi Grace,
> Can you help with these?
> Thanks
>
> Carlos
>
>> **From:** Robert Clark <​>
>> **Sent:** Friday, May 9, 2025 2:48 PM
>> **To:** Keith Weaver ; Carlos Flores
>> **Cc:** Kevin Larin ; Hayley Hutchison
>> **Subject:** Uncle Nearest Bank Account List
>>
>> Keith and Carlos,
>>
>> **Troutman requested** we work with you to confirm the full list of bank accounts, including which entities own each of the bank accounts. Please review the list below and **confirm we have the correct bank and Debtor entity listed**. We have included all accounts we have previously identified. We will remove from the list any accounts that are outside the

Case 4:25-cv-00038-CEA-CHS   Document 174-2   Filed 03/05/26   PageID #: 7203

EXHIBIT 7

universe of Debtors. If any of the accounts have been closed, please **indicate when the account was closed**. Please **fill in any of the unknown items** on the table.

| Bank | Entity | Last 4 Digits | Account Number |
|---|---|---|---|
| First Bank | **Unknown** | ****0979 | **Unknown** |
| First Bank | **Unknown** | ****1189 | **Unknown** |
| First Bank | **Unknown** | ****4007 | **Unknown** |
| First Bank | **Unknown** | ****5152 | **Unknown** |
| First National Bank of Middle Tennessee | **Unknown** | ****6079 | **Unknown** |
| First National Bank of Middle Tennessee | **Unknown** | ****5307 | **Unknown** |
| Chase | Uncle Nearest, Inc | ****5507 | █████5507 |
| Chase | Uncle Nearest, Inc | ****9730 | █████9730 |
| Chase | Uncle Nearest, Inc | ****1065 | █████1065 |
| Chase | S1 Organic Vodka, LLC | ****2373 | █████2373 |
| Chase | DOMAINE D'ANATOLE | ****0880 | █████0880 |
| CalPrivate Bank | Uncle Nearest, Inc | ****5267 | ██5267 |
| CalPrivate Bank | Uncle Nearest, Inc | ****1266 | ██1266 |
| CalPrivate Bank | Uncle Nearest, Inc | ****7099 | ██7099 |
| Banque Populaire | Domaine D'Anatole, S.A.S | ****0338 | █████0338 |
| NATIXIS | **[Domaine D'Anatole, S.A.S]** | **Unknown** | **Unknown** |
| **Unknown** | **[Grant Sidney Inc]** | ****█881 | **Unknown** |

Additionally, please provide **any other bank accounts** not already on this list that belong to **any of the Debtors below**:

- Uncle Nearest, Inc.
- Nearest Green Distillery, Inc.
- Uncle Nearest Real Estate Holdings, LLC
- S1 Organic Vodka, LLC
- UN House MV LLC
- Dan Call Farm, Inc.
- Domaine D'Anatole, S.A.S
- Domaine D'Anatole, Inc.
- Uncle Nearest Ventures, LLC

Let us know if you have any questions as you work through this. We would like to have this bank account list finalized today.

Thank you,
Robert

Robert Clark
Manager

Complexity and Urgency: **Simplified.™**

NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this e-mail is prohibited. If you have received this message in error, please contact the sender and destroy all copies (and attachments) of the original message.

--
Grace Overstreet
Finance Operations Manager
Uncle Nearest, Inc