| From: | Emily Harig |
|---|---|
| To: | Shipley, Alexandra; Liggins, Demetra; Ritchie, Steven; Brian Klatt; Derrick Waggoner; Cooper Robertson |
| Cc: | Brian Stewart; Kurt Gutwein; Jared Pavlick; Keith Weaver; Fawn Weaver; Kupetz, David; Felicia Gallagher; Feener, Sean |
| Subject: | RE: UN / FCMA Update |
| Date: | Tuesday, February 11, 2025 2:19:57 PM |
| Attachments: | image001.png<br>QandCFinal.pdf |

====EXTERNAL EMAIL====

All,

Please see attached the final agreement of the barrel sales to Q&Cask. Note that Keith is still working on finding an executed version; however, given that the transaction was intended to be completed in 2024 and was not fulfilled, it will be necessary to restructure the terms of the agreement. Keith is waiting on our discussions between FCMA / UN to update those terms.

We can discuss further on our call today.

Thanks,
Emily

**Emily K. Harig**
☐The Keystone Group | ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
www.thekeystonegroup.com

**From:** Emily Harig
**Sent:** Tuesday, February 11, 2025 10:41 AM
**To:** 'Shipley, Alexandra' ; Liggins, Demetra ; Ritchie, Steven ; Brian Klatt ; Derrick Waggoner ; Cooper Robertson
**Cc:** Brian Stewart ; Kurt Gutwein ; Jared Pavlick ; Keith Weaver ; Fawn Weaver ; Kupetz, David ; Felicia Gallagher ; Feener, Sean
**Subject:** RE: UN / FCMA Update

All,

Please see attached the presentation of the restructuring plan for today's discussion. Look forward to speaking with everyone.

Thanks,
Emily

**Emily K. Harig**
☐The Keystone Group | ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
www.thekeystonegroup.com

EXHIBIT 8

# PURCHASE AND SALE AGREEMENT

THIS PURCHASE AND SALE AGREEMENT (the "Agreement") is made as of April 17, 2024, by and between Uncle Nearest, Inc., a Delaware corporation ("Seller"), and Q and Cask, Inc. ("Buyer").

RECITALS: (1) Seller is the owner of certain barrels of whiskey and desires to sell such barrels to Buyer, and Buyer desires to purchase such barrels from Seller, on the terms and conditions of this Agreement.

NOW, THEREFORE, in consideration of the mutual covenants and agreements contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by each Party, the Parties agree as follows:

1. SALE AND PURCHASE OF BARRELS (a) Seller agrees to sell, and Buyer agrees to purchase a total of 21,000 barrels of whiskey at a purchase price of $1,800 per barrel. (b) The transfer of all barrels shall occur on December 31, 2024. (c) The inventory purchased is as follows:

    2023: 3,000 barrels of (84/8/8)

    2023: 3,000 barrels of (80/10/10)

    2022: 5,000 barrels of (84/8/8)

    2022: 5,000 barrels of (80/10/10)

    2020: 5,000 barrels of (84/8/8)

2. TITLE AND RISK OF LOSS (a) Title to all purchased barrels, together with the risk of loss and the rewards of ownership, shall vest in Buyer no later than December 31, 2024 (b) All barrels shall be stored by Seller at its facility or Tennessee Distilling Group until delivered to Buyer in accordance with an agreed-upon schedule.

3. DELIVERY TERMS (a) Seller shall facilitate the orderly transfer of the barrels to Buyer or Buyer's designated storage facility. (b) Buyer shall be responsible for all shipping, handling, and storage charges after transfer of ownership.

4. REPRESENTATIONS AND WARRANTIES (a) Seller represents that it has good and marketable title to the barrels, free and clear of any liens or encumbrances. (b) Seller further represents that the barrels meet industry standards for quality and storage conditions.

5. INDEMNIFICATION (a) Each Party agrees to indemnify, defend, and hold harmless the other from and against any losses, claims, damages, liabilities, or expenses arising from any breach of this Agreement or any negligence or misconduct.

6. CONFIDENTIALITY (a) The terms and conditions of this Agreement shall remain confidential and shall not be disclosed to third parties without the prior written consent of both Parties, except as required by law.

7. TERMINATION (a) This Agreement shall terminate upon completion of the sale and transfer of all barrels on December 31, 2024, or by mutual written agreement of the Parties.

8. GOVERNING LAW (a) This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware, without regard to conflicts of law principles.

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as of the date first written above.

Q and Cask, Inc.

By: _____ Name: _____

Title: _____

Uncle Nearest, Inc.

By: _____ Name: _____

Title: _____