| From: | Robert Clark |
| --- | --- |
| To: | Carlos Flores |
| Cc: | Fawn Weaver; Keith Weaver; Kevin Larin; Hayley Hutchison; Fauzan Muhammed |
| Subject: | Missing CalPrivate Account Activity |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | Bank Activity 5.17.2025 - 5.23.2025.xlsx |
| | Bank Activity 5.24.2025 - 5.30.2025.xlsx |

Carlos,

**\*\*Including Fawn in the CC for visibility/tracking**

I wanted to follow up on the **CalPrivate account activity** for the period from **5/16 – 5/30**. I **understand these accounts have been closed**, however we do not have the **activity for the period from 5/16 until the accounts were closed** with a $0 remaining balance. For reference, we have received the attached reports for the 2 weeks after 5/16. In these 2 weeks we only have commentary that the accounts are now closed, but not the activity from 5/16 until closure. The latest balance we have for these accounts at of 5/16 is below.

| Bank | Account | WE 5/16 Balance | WE 5/23 Balance | WE 5/30 Balance |
| --- | --- | --- | --- | --- |
| CalPrivate | ****9873 | 804.69 | 0 | 0 |
| CalPrivate | ****5267 | 3,417.97 | 0 | 0 |
| CalPrivate | ****1266 | (2,601.63) | 0 | 0 |

Please upload the missing bank transaction activity to the shared drive. Please also upload the **monthly statements for these accounts for Mar-May** onto the shared drive.

Let us know if you have any questions.

Thank you,
Robert

Robert Clark
Manager



EXHIBIT
9

Case 4:25-cv-00038-CEA-CHS    Document 174-4    Filed 03/05/26    Page 1 of 1
PageID #: 7209