| | |
|---|---|
| **From:** | Fawn Weaver |
| **To:** | Robert Clark |
| **Cc:** | Keith Weaver; Carlos Flores; Grace Overstreet; Kevin Larin; Hayley Hutchison; Fauzan Muhammed |
| **Subject:** | RE: [EXTERNAL] Re: UN Weekly Reporting |
| **Date:** | Saturday, May 31, 2025 1:29:36 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

Hi Robert,

I'll connect with Grace and have her upload the files for you. I'm not sure why only six were provided, but that should be a quick fix.

The closure of the CalPrivate accounts occurred just a couple of weeks ago—not months—and I notified you shortly after, once Kevin flagged the DACA issue and I received clarification from Keith on the delay. All CalPrivate accounts are now closed, and we're actively working through the FNBMT transition. Given the number of autodebits and autodeposits that must be rerouted to accounts with active DACAs, we expect the process to take two bank cycles. I've updated the Google Sheet to reflect this timeline. We'll assess progress after the first statement cycle and follow up with any vendors who haven't made the necessary updates to ensure completion by the second cycle.

As I mentioned previously, once the month closed, we'd receive the statements and upload them accordingly. That process is underway. That said, I agree the historicals should have already been provided, so I'll work with Grace to identify where the disconnect occurred. She should be able to address that before Wednesday, June 4th, and I've updated the Google Sheet with this request and the expected delivery date.

Carlos also mentioned from your recent call that you had questions regarding the Park Street cash balance. To clarify, the account functions as a demand deposit and aligns with GAAP code ASC 230-10-20. We have full control over the funds, and the only delay is due to processing time—not availability. Additionally, we typically wait until the balance reaches at least $50K before initiating a wire, as both Park Street and the bank impose transfer fees. Since control states often purchase only a few cases at a time, individual deposit amounts can be relatively small. At times, we also receive back-to-back deposits, as we did this past week—where we initiated a wire after the initial deposits, but additional distributor A/R came in shortly after. As a result, there was still a cash balance of approximately $128,000 on Friday, which will be wired on Monday. We consistently maintain a $2,500 buffer in the account to cover any small Park Street fees we approve, but that balance is also fully demandable.

Carlos also noted your request for historical bank statements for the French account. As mentioned, it took some effort to gain access following Felicia's departure, as she was the only French speaker on our team. However, with the help of our local property manager in Cognac, we

now have access and will upload the information. Grace will ensure this is completed by the same June 4th delivery date.

Make it a great weekend!

Fawn

**From:** Robert Clark
**Sent:** Friday, May 30, 2025 3:28 PM
**To:** Fawn Weaver
**Cc:** Keith Weaver                                      Carlos Flores                                                          ; Grace Overstreet                                                                       Kevin Larin                                     Hayley Hutchison                                                        ; Fauzan Muhammed
**Subject:** RE: [EXTERNAL] Re: UN Weekly Reporting

Fawn,

After review of the Bank Statements folder on the shared drive, it appears historic bank statements have only been uploaded for 6 of 17 known UN bank accounts. Please see the table below.

| Bank | Entity | Acc Number | Statements Uploaded | Notes |
|---|---|---|---|---|
| First National Bank of Mid. TN | Nearest Green Distillery, Inc. | ****6079 | No | |
| First National Bank of Mid. TN | Uncle Nearest, Inc. | ****7504 | No | |
| First National Bank of Mid. TN | Nearest Green Historical | (5307) | No | |
| Chase | Uncle Nearest, Inc | ****9730 | Yes | |
| Chase | Uncle Nearest, Inc | ****1065 | Yes | |
| Chase | Uncle Nearest, Inc | ****5507 | Yes | |
| Chase | S1 Organic Vodka, LLC | ****2373 | No | |

| Bank | Entity | Account | Provided | Notes |
|---|---|---|---|---|
| Chase | DOMAINE D'ANATOLE | ****0880 | No | |
| First Bank | Nearest Green Distillery, Inc. | ****0979 | Yes | |
| First Bank | Uncle Nearest, Inc | ****1189 | Yes | |
| First Bank | DOMAINE D'ANATOLE | ****4007 | No | |
| First Bank | S1 Organic Vodka, LLC | ****5152 | No | |
| CalPrivate Bank | Uncle Nearest, Inc | ****9873 | No | Understood account was closed WE 5/23. We would like to see documentation of the account closure, historic bank statements and last week of activity |
| CalPrivate Bank | Uncle Nearest, Inc | ****5267 | No | Understood account was closed WE 5/23. We would like to see documentation of the account closure, historic bank statements and last week of activity |
| CalPrivate Bank | Uncle Nearest, Inc | ****1266 | No | Understood account was closed WE 5/23. We would like to see documentation of the account closure, historic bank statements and last week of activity |
| CalPrivate Bank | Uncle Nearest, Inc | ****7099 | No | Understood this account was closed a few months ago. Documentation was to be provided |

| | | | | showing last bank statement and of account closure |
|---|---|---|---|---|
| Banque Populaire | SAS Domaine D'Anatole | ****0338 | Yes | Statements previously provided and uploaded by Riveron |

Please provide a timeline on when the remaining statements will be uploaded.

Thank you,
Robert

Robert Clark
Manager
M: (804) 931-4188

**From:** Grace Overstreet
**Sent:** Wednesday, May 28, 2025 4:22 PM
**To:** Robert Clark
**Cc:** Carlos Flores  Fawn Weaver ; Keith Weaver ; Kevin Larin >; Hayley Hutchison 
**Subject:** Re: [EXTERNAL] Re: UN Weekly Reporting

Hi Robert,

We will get the bank statements loaded into the drive in the next 24 hours.

Have a great day!

On Wed, May 28, 2025 at 1:43 PM Robert Clark  wrote:
> Carlos,
>
> Please **advise when you expect her review will be complete** and these documents will be provided.
>
> Note that the French **Banque Populaire activity should be included** in the weekly cash reporting, bank balances and variance report. Please **advise on the current status of**

**your access** to this account and confirm it will be included in the cash activity going forward. We only have activity for this account through the week-ended 5/9.

Additionally, please **provide the monthly bank statements going forward** when they are available. I have created a "Bank Statement" folder in the Google Drive where these can be uploaded. Please upload the March and April **statements for all accounts**, as well as the May statements once available. This is a **monthly request, and is in addition to the weekly cash balances** that are provided with screenshots supporting the weekly bank activity. Please confirm this request will be added to the running list and let me know if you have any questions.

Thank you,
Robert

Robert Clark
Manager

---

**From:** Carlos Flores
**Sent:** Wednesday, May 28, 2025 11:06 AM
**To:** Robert Clark
**Subject:** [EXTERNAL] Re: UN Weekly Reporting

Robert,

We've already provided Fawn with all the reports we previously shared. She needs to review them before they're released to the Riveron team. As outlined in her email, all communications and interactions are to go through her directly.

Regards,
Carlos

---

**From:** Robert Clark
**Sent:** Wednesday, May 28, 2025 11:49 AM
**To:** Carlos Flores <
**Cc:** Fawn Weaver                              ; Keith Weaver
                                           ; Grace Overstreet                                         ;
Kevin Larin                                 ; Hayley Hutchison
**Subject:** UN Weekly Reporting

Carlos,

In previous weeks, **UN had provided weekly reports** showing bank activity, AP/AR data, Park Street balances, etc. These reports are **yet to be provided for the WE 5/23**. **When do you expect UN will provide the weekly reports**?

Regarding weekly cash flow reporting, Fawn's notes on her google sheets tracker that: "This requirement has now expired as the 13WCF will be used moving forward". This is incorrect, as this **weekly reporting is required per the forbearance** and is **not impacted by UN's delivery of a 13-wk cash forecast**.

Thank you,

Robert

Robert Clark
Manager

**From:** Grace Overstreet
**Sent:** Tuesday, May 27, 2025 5:02 PM
**To:** Robert Clark
**Cc:** Carlos Flores ; Hayley Hutchison
**Subject:** Re: [EXTERNAL] Re: UN Google Drive

Hi, Robert,

Fawn has asked that all reports go to her so that she can streamline the process. Carlos has reached out to her. Once we hear back we will advise.

Have a great day!

On Tue, May 27, 2025 at 5:35 PM Robert Clark ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

> Hi Grace,
>
> Following up on this. Do you expect to provide the typical weekly reports today?
>
> Thank you,
>
> Robert
>
> Robert Clark
> Manager
> ▮▮▮▮▮▮▮▮▮▮
>
> ---
>
> **From:** Robert Clark
> **Sent:** Tuesday, May 27, 2025 2:20 PM
> **To:** Grace Overstreet ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> **Subject:** RE: [EXTERNAL] Re: UN Google Drive
>
> Hi Grace,
>
> I don't see any new reports for last week on the Google Drive, I just wanted to confirm those have not yet been uploaded and there isn't a syncing issue.

Please advise when you will have the cash activity uploaded.

Thanks,

Robert

**Robert Clark**
Manager

---

**From:** Grace Overstreet
**Sent:** Tuesday, May 27, 2025 10:48 AM
**To:** Robert Clark
**Subject:** Re: [EXTERNAL] Re: UN Google Drive

Wonderful. Thank you for confirming.

On Tue, May 27, 2025 at 11:06 AM Robert Clark <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:

> Thank you Grace, confirming I have access again.
>
> **Robert Clark**
> Manager

---

**From:** Grace Overstreet
**Sent:** Tuesday, May 27, 2025 9:52 AM
**To:** Robert Clark
**Subject:** [EXTERNAL] Re: UN Google Drive

Hi, Robert,

I did. Thank you. I hope you did as well.

Re-added your access.

Have a great day!

On Tue, May 27, 2025 at 9:01 AM Robert Clark ███████████████ wrote:

> Hi Grace,
>
> Hope you had a good Memorial Day weekend. Could you please add my email to the Google Drive again. I think because I had to create a new google account to access a sheet that Fawn shared it removed my access from the drive. Please add my email again and send me a separate email confirming I have been added, as Riveron IT may block some automated emails.
>
> Thank you,
>
> Robert
>
> Robert Clark
> Manager
> ███████████████

NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this e-mail is prohibited. If you have received this message in error, please contact the sender and destroy all copies (and attachments) of the original message.

--

Grace Overstreet

Finance Operations Manager

Uncle Nearest, Inc

NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this e-mail is prohibited. If you have received this message in error, please contact the sender and destroy all copies (and attachments) of the original message.

--

Grace Overstreet

Finance Operations Manager

Uncle Nearest, Inc

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this e-mail is prohibited. If you have received this message in error, please contact the sender and destroy all copies (and attachments) of the original message.

--

Grace Overstreet

Finance Operations Manager

Uncle Nearest, Inc

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this e-mail is prohibited. If you have received this message in error, please contact the sender and destroy all copies (and attachments) of the original message.

NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this e-mail is prohibited. If you have received this message in error, please contact the sender and destroy all copies (and attachments) of the original message.

--
Grace Overstreet
Finance Operations Manager
Uncle Nearest, Inc

██████████████████████

NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution of this e-mail is prohibited. If you have received this message in error, please contact the sender and destroy all copies (and attachments) of the original message.