# NUBIAN SAGE ENTERPRISES, LLC

1659 E. Sharon Drive
Phoenix, AZ 85022

March 8, 2026

UN House MV, LLC
c/o Keith Weaver

**Re: Offer to Acquire 100% Membership Interest in UN House MV, LLC with attendant ownership rights in the real property located at 471 West Tisbury Road, Edgartown, Massachusetts**

Dear Mr. Weaver:

Nubian Sage Enterprises, LLC ("Nubian Sage") hereby submits this written offer to acquire 100% of the membership interest in UN House MV, LLC, subject to it retaining full ownership of the real property commonly known as 471 West Tisbury Road, Edgartown, Massachusetts (formerly identified in certain filings as 10 Codman Springs Road) (the "Property").

Subject to approval by the United States District Court for the Eastern District of Tennessee in the matter presently pending involving Uncle Nearest, Inc., Nubian Sage offers the following terms:

**Purchased Property:**

Nubian Sage will acquire 100% of the membership interests in UN House MV, LLC (the "Membership Interests").

**Purchase Consideration:**

Nubian Sage will provide $900,000 in cash consideration to the Receivership Estate of Uncle Nearest, Inc., which represents the same amount the Receiver has identified as the net proceeds to be received by the estate under the currently proposed third-party sale. *Subject to release of all claims by Uncle Nearest Receivership estate re UN House MV, LLC.* This offer is intended to provide the Receivership Estate with the same economic benefit contemplated by the Receiver's proposed transaction while allowing the Property to continue serving its established community and cultural role.

**Existing Obligations Unimpaired:**

All obligations of UN House MV, LLC, including the existing debt and mortgage of Planet Home Lending, LLC ("PHL"), shall be unimpaired and shall remain obligations of UN House MV, LLC after closing of the sale. The transfer of the Membership Interests, and the closing of this proposed sale, shall be subject to PHL approval if required.

Un House MV, LLC shall retain responsibility for all future costs, taxes, insurance, maintenance, and other expenses associated with ownership and operation of the Property following closing.

**Closing**

The transaction will close promptly following:

1. Approval of the transaction by the Court overseeing the receivership proceedings, and
2. Completion of customary documentation necessary to effectuate transfer of the Membership Interests.

**Financial Capacity**

Nubian Sage has the financial capacity to consummate this transaction and can provide proof of funds demonstrating its ability to fund the $900,000 payment contemplated herein upon request.

**Purpose and Stewardship of the Property**

Nubian Sage recognizes the cultural and community significance the Property has developed over time in connection with private, invitation-only gatherings held during August on Martha's Vineyard. Nubian Sage intends to preserve the Property's role as a private residence used for community-oriented gatherings consistent with its historical use.

**Non-Binding Nature**

This letter reflects Nubian Sage's firm's good faith offer to acquire the Membership Interests on the terms described above. This offer is subject to the execution of a definitive purchase agreement to be negotiated and executed following Court approval.

**Nubian Sage stands ready to proceed promptly toward closing upon such approval.**

We appreciate the opportunity to submit this offer and look forward to working cooperatively to complete the transaction.

Sincerely,

Kevin Johnson
Member
Nubian Sage Enterprises, LLC