**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Uncle Nearest, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4265348** |

4.  **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3125 US-231 North**<br>**Shelbyville, TN 37160**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Bedford**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)   **www.unclenearest.com**

6.  **Type of debtor**

 ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Uncle Nearest, Inc.**                                    Case number (*if known*)
         Name

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____**2085**____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Case 4:25-cv-00038-CEA-CHS   Document 178-1   Filed 03/17/26   Page 2 of 99
PageID #: 7248

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor    **Uncle Nearest, Inc.** _____    Case number (*if known*) _____
Name

List all cases. If more than 1,
attach a separate list

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other    _____

**Where is the property?**    _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**        *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ■ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 3

Debtor   **Uncle Nearest, Inc.**                                          Case number (*if known*)
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2026**
              MM / DD / YYYY

**X** **/s/ Fawn Weaver**                                    **Fawn Weaver**
Signature of authorized representative of debtor            Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Lynn Tarpy TN**                          Date   **March 17, 2026**
Signature of attorney for debtor                           MM / DD / YYYY

**Lynn Tarpy TN 006017**
Printed name

**Tarpy, Cox, Fleishman & Leveille, PLLC**
Firm name

**1111 N Northshore Dr**
**Suite N-290**
**Knoxville, TN 37919**
Number, Street, City, State & ZIP Code

Contact phone   **(865) 588-1096**        Email address   **ltarpy@tcflattorneys.com**

**TN 006017 TN**
Bar number and State

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 4

**Fill in this information to identify the case:**

Debtor name   **Uncle Nearest, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* Amount of claim. Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **Farm Credit Mid-America, PCA** | **Describe debtor's property that is subject to a lien** **Farm Credit is believed to assert a lien on all of the Debtor's assets and property.** | **$108,245,828.22** | **$528,745,000.00** |
| Creditor's Name c/o Mcguire Woods, LLP 845 Texas Ave., Ste 2400 Houston, TX 77002 Creditor's mailing address | **Describe the lien** | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?** ■ No ☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?** ■ No ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ■ Disputed | | |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$108,245,828.22** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Demetra Liggins** **McGuire Woods, LLP** **845 Texas Avenue, Ste 2400** **Houston, TX 77002** | Line **2.1** | |

Debtor    **Uncle Nearest, Inc.**
                    Name
                                                              Case number (if known) _____

**Karen E. Sieg, Esq.**
**7878 Patriots Landon Place**                                        Line __**2.1**__
**Quinton, VA 23141**

---

**Mary Alexandra Shipley, Esq.**
**77 W. Wacker Drive**                                                Line __**2.1**__
**Suite 4100**
**Chicago, IL 60601**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name   **Uncle Nearest, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
|  |  | **$0.00** | **$0.00** |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|
|  | **Bedford County Trustee**<br>**100 Public Square W**<br>**Suite 102**<br>**Shelbyville, TN 37160** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notice** |
|  | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) |  |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**3 Tier Beverages**<br>**3302 North Lincoln Avenue #153**<br>**Chicago, IL 60657**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,750.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**360 Marketing & Events**<br>**PO Box 422**<br>**Westbrook, CT 06498**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |

Debtor    **Uncle Nearest, Inc.**                                      Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | **$1,000.00** |

**5475 Days LLC**
**900 Michigan St. NE #1**
**Grand Rapids, MI 49503**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | **$4,674.24** |

**580 Graphics**
**205 N. Thompson St.**
**Shelbyville, TN 37160**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | **$5,000.00** |

**90 Proof, LLC**
**11700 W. Charleston Blvd.**
**Suite 170-210**
**Las Vegas, NV 89135**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | **$31,000.00** |

**Accuxel CPA**
**553 Hunters Run Blvd.**
**Lakeland, FL 33809**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | **$3,886.56** |

**Adams & Reese, LLP**
**Dept. 5208**
**PO Box 2153**
**Birmingham, AL 35287**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | **$576.20** |

**Adenus Technologies**
**849 Aviation Parkway**
**Smyrna, TN 37167**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | **$595,350.35** |

**Advanced Spirits, LLC**
**2803 Buffalo Speedway**
**Houston, TX 77098**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Uncle Nearest, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$229,210.47**

**Affinity Technology Partners**
**278 Franklin Rd.**
**Bldg. 4 Ste 350**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**AG&E Associates**
**901 Main St.**
**Ste 5020**
**Dallas, TX 75202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,000.00**

**Agency 21 Consulting, LLC**
**114 NW 25th St.**
**Miami, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00**

**Alchemy Merch**
**19924 E. Vallejo St.**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,100.00**

**Alicia Cole**
**16325 Clifton Park Ave.**
**Markham, IL 60428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,362.00**

**All Star Fire Protection, Inc.**
**Po Box 711**
**Madison, TN 37116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00**

**Altura Leadership Consulting Group**
**646 Daniel Freeman Circle**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Uncle Nearest, Inc.**                                      Case number (if known) _____
          Name

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,030.38 |
|---|---|---|---|

**American Marketing & Publishing, LLC**
**915 E. Lincoln Hwy**
**PO Box 801**
**DeKalb, IL 60115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Another Round Another Rally**
**14626 N. 37th Way**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.53 |
|---|---|---|---|

**Aquapoint 3, LLC**
**39 Tarkiln PL**
**New Bedford, MA 02745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40,500.00 |
|---|---|---|---|

**Arrow Utility Resources, LLC**
**PO Box 233**
**Watertown, TN 37184**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,962.87 |
|---|---|---|---|

**AT&T**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,120.00 |
|---|---|---|---|

**Austin Gray Design Group**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,187.69 |
|---|---|---|---|

**Auto-Chlor Sytstem**
**1518 Antioch Pike**
**Antioch, TN 37013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page  4 of 39

Debtor   **Uncle Nearest, Inc.**                                    Case number (if known) _____
         Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,021.19 |
|---|---|---|---|

**Avid Marketing Group**
**100 Corporate Place**
**Suite 200**
**Rocky Hill, CT 06067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,140.00 |
|---|---|---|---|

**Axper USA, Inc.**
**2915 Ogletwon Rd**
**Newark, DE 19713-1927**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,501.24 |
|---|---|---|---|

**BCI Buckeye Corrugated**
**PO Box 744624**
**Atlanta, GA 30384**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,435.28 |
|---|---|---|---|

**Beaver Engineering, Inc.**
**7378 Cockrill Bend Blvd.**
**Nashville, TN 37209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,592.00 |
|---|---|---|---|

**Belmark Inc.**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.48 |
|---|---|---|---|

**Benchmark Beverage**
**31690 Glendale**
**Livonia, MI 48150**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,139.36 |
|---|---|---|---|

**Berlin Packaging, LLC**
**525 West Monroe St.**
**14th Floor**
**Chicago, IL 60661**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Uncle Nearest, Inc.**
Name

Case number (if known)

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$286,258.19** |
|---|---|---|---|

**Billups, LLC**
**PO Box 22012**
**New York, NY 10087-2012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Black Sheep LLC**
**6230 Oakdale Ave.**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$67,084.50** |
|---|---|---|---|

**BLC Communications, LLC**
**13 Delwood Drive**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170,345.86** |
|---|---|---|---|

**Blue Label Packaging Co.**
**3750 Lancaster New Lexington Rd SE**
**Lancaster, OH 43130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$110,132.36** |
|---|---|---|---|

**BME Services LLC**
**1030 SE Tater Peeler Road**
**Lebanon, TN 37087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,962.72** |
|---|---|---|---|

**Boelter**
**N22W23685 Ridgeview Pkwy W**
**Waukesha, WI 53188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,361.12** |
|---|---|---|---|

**Brewing & Distilling Analytical Services**
**1141 Red Mile Road**
**Lexington, KY 40504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 6 of 39

Debtor   **Uncle Nearest, Inc.**                                             Case number (if known) _____
         Name

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,026.00** |

**Butler Snow LLC**
**PO Box 6010**
**Ridgeland, MS 39158-6010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$240.00** |

**Cabinet Lex & G**
**32 Rue Herge sur Cylex et trouve**
**1600 Angouleme France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,500.00** |

**Cape Cod & Islands Appraisal Group**
**3311 Main Street**
**Barnstable, MA 02630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35,128.08** |

**Carlson Insurance Group LLC-AFCO**
**3311 Main Street**
**Barnstable, MA 02630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,422.00** |

**Cass Services, LLC**
**2524 Hwy 231 N**
**Shelbyville, TN 37160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,600.00** |

**Catalyst Design Group**
**5100 Tennessee Avenue**
**Nashville, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,627.12** |

**Center Stage Merchandising**
**1201 4th Ave. South**
**Ste 201**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor    **Uncle Nearest, Inc.**                                    Case number (if known) _____
          Name

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$266.26** |
|------|------|------|------|

**Charles Ann Enterprises, Inc.**
**dba Units of Nashville**
**5207 Linbar Drive**
**Ste 702**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,500.00** |
|------|------|------|------|

**Chris Cabrera Culture**
**310 East 2nd St. 6L**
**Apt. 31**
**New York, NY 10009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41,092.00** |
|------|------|------|------|

**Cincinnati Insurance**
**P.O. Box 145496**
**Cincinnati, OH 45250-5496**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,250.00** |
|------|------|------|------|

**Cincy Black Travel**
**1776 Mentor Avenue**
**Ste. 312**
**Cincinnati, OH 45212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$95.00** |
|------|------|------|------|

**Clark's Garage Door Company**
**835 North Jefferson St.**
**Shelbyville, TN 37160**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$271,821.21** |
|------|------|------|------|

**Clear Channel Outdoor**
**4830 N. Loop 1604 W**
**Ste 111**
**San Antonio, TX 78249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$255.00** |
|------|------|------|------|

**Comcast/Effectv**
**755 Business Center Drive**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Uncle Nearest, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,200.00**

**Conceptual Concrete Design LLC**
**106 Jamestown PL**
**Hendersonville, TN 37075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,316.32**

**Concur Technologies, Inc.**
**62157 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Contemporary Media, Inc.**
**PO Box 1738**
**Memphis, TN 38101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$415,165.09**

**Convesant**
**30501 Agoura Road**
**Suite 200**
**Agoura Hills, CA 91301-4386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**CORE (Children of Restaurant Employees)**
**3550 George Busbee Parkway NW**
**Ste. 190**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Core Bar Consulting, LLC**
**3544 S. Utah Street**
**Arlington, VA 22206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,168.77**

**Corkcicle**
**1300 Brookhaven Drive**
**Ste 2**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case 4:25-cv-00038-CEA-CHS     Document 178-1     Filed 03/17/26     Page 15 of 99
PageID #: 7261

Debtor  **Uncle Nearest, Inc.**                                     Case number (if known) _____
              Name

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$108,191.84** |

**Cursive Solutions, Inc.**
**8467 Duke Blvd.**
**Mason, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **$2,000.00** |
|---|---|---|

**Daisy's Po'Boy & Tavern**
**5215 S. Harper Ave.**
**Chicago, IL 60615**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **$5,196.38** |
|---|---|---|

**Datasite**
**733 Marquette Ave.**
**Ste 600**
**Minneapolis, MN 55402**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **$72,222.50** |
|---|---|---|

**DC Arena LP**
**dba Monumental Sports and Entertainment**
**PO Box 418610**
**Boston, MA 02241**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **$11,954.30** |
|---|---|---|

**De Lage Landen Financial Services, Inc.**
**111 Old Eagle School Road**
**Wayne, PA 19087**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **$193,077.40** |
|---|---|---|

**Deluxe**
**PO Box 645635**
**Cincinnati, OH 45264**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **$859,695.49** |
|---|---|---|

**Deluxe - 20UNCNEA**
**3680 Victoria Street North**
**Saint Paul, MN 55126**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Uncle Nearest, Inc.**                                   Case number (if known) _____
_____
Name

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$136,594.05** |
|---|---|---|---|

**Distilled Resources, Inc.**
**134 N. 3300 E.**
**Rigby, ID 83422**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Distilled Spirits Council of the US**
**101 Constitution Avenue NW Ste 350 West**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,189.32** |
|---|---|---|---|

**Dragon Spirits Marketing, Inc.**
**15700 S. Delavan Cove**
**Austin, TX 78717**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,763.50** |
|---|---|---|---|

**DTALS Incorporated**
**PO Box 633**
**Oak Bluffs, MA 02557**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,550.00** |
|---|---|---|---|

**DWR Enterprises**
**2066 Old Georgian Terrace**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,514.36** |
|---|---|---|---|

**Ecolab Pest Elimination**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$144.99** |
|---|---|---|---|

**Elaborate Images**
**995 Longview Road**
**Shelbyville, TN 37160**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Uncle Nearest, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Eli Brown**
**825 Hazel St. Apt. 3**
**Missoula, MT 59018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Elyse V. Ruinn**
**2/1 11 Connal Street**
**Glasgow Selkirkshire G4O 3HF**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,822.84 |
|---|---|---|---|

**Epic Packaging Group**
**26252 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Epsilon Lambda Charitable Foundation**
**3615 N. 19th St.**
**Saint Louis, MO 63178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,304.00 |
|---|---|---|---|

**ESP Fire Protection, LLC**
**50 Owens Path**
**Senoia, GA 30276**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,923.42 |
|---|---|---|---|

**Eversource**
**PO Box 56007**
**Boston, MA 02205-6007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,024.00 |
|---|---|---|---|

**Exchange Media Group, LLC**
**PO Box 490**
**Fayetteville, TN 37334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   Page 12 of 39

Debtor   **Uncle Nearest, Inc.**                                         Case number (if known)  _____
          _____
          Name

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$38.19** |

**FedEx**
**3620 Hacks Cross Road**
**Bldg B 3rd Floor**
**Memphis, TN 38125-8800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500.00** |

**Firebirds International, LLC**
**8700 Red Oak Boulevard, Suite J**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,153.00** |

**Fogel & Potamianos, LLP**
**4100 W. Alameda Ave.**
**Ste 300**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,677.99** |

**Ford Motor Credit**
**P.O. Box 650575**
**Dallas, TX 75265-0575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$607.98** |

**Forklift Systems, Inc.**
**P.O. Box 305172 Dept. 138**
**Nashville, TN 37230-5172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |

**Franklin Chamber of Commerce**
**44 Chamber Way**
**Winchester, TN 37398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,646.00** |

**Freshworks**
**2950 S. Delaware St.**
**Ste. 201**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Uncle Nearest, Inc.**

Name

Case number (if known)

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,333.00 |
|---|---|---|---|

**FT Publications, Inc.**
**330 Hudson Street**
**8th Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,872.90 |
|---|---|---|---|

**Gan Assurance**
**8-10 Rue d'Astorg Paris**
**75008 France**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,418,759.53 |
|---|---|---|---|

**Genesis Global Recruiting**
**3000 SW 148 Ave.**
**Ste 116**
**Hollywood, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,728.16 |
|---|---|---|---|

**Goo Goo Cluster**
**116 Third Avenue South**
**Nashville, TN 37201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,127.00 |
|---|---|---|---|

**Gradus Inc.**
**dba Mickey's Popcorn**
**3127 Stonebrook Cir.**
**Memphis, TN 38116-1823**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,807.50 |
|---|---|---|---|

**Greenberg Traurig, LLC**
**333 SE 2nd Ave**
**Ste 4400**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,162.50 |
|---|---|---|---|

**Growth Ledge Agency**
**1020 B St.**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 14 of 39

Debtor   **Uncle Nearest, Inc.**                                   Case number (if known) _____
         _____
         Name

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$268,739.00** |
|------|---|---|---|

**Gunderson Dettmer**
**550 Allerton St.**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85,657.00** |
|------|---|---|---|

**Herring Technology**
**2139-A Canady Avenue**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,196.26** |
|------|---|---|---|

**Himmels Architectural Door and Hardware**
**16491 Airline Hwy**
**Prairieville, LA 70769**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,642.78** |
|------|---|---|---|

**Hire Dragons**
**13117 Coriander Drive**
**Austin, TX 78729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
|------|---|---|---|

**Hopkins Farms Broadcasting, Inc.**
**3563 HWY 231 North**
**Shelbyville, TN 37160**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,000.00** |
|------|---|---|---|

**Hudson Group (HG) Retail LLC**
**One Meadowlands Plaza**
**Floor 11**
**East Rutherford, NJ 07073**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,416.47** |
|-------|---|---|---|

**Hue & Cry Limited**
**20-24 Emerald St.**
**London, UK WC1 N3QA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Uncle Nearest, Inc.**                                          Case number (if known) _____
           Name

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,125.28** |
|---|---|---|---|

**Huntingtown Auto Spa**
**2266 Solomons Island Rd.**
**Huntingtown, MD 20639**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$900.00** |
|---|---|---|---|

**Hyatt**
**150 N. Riverside Plaza**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,333.33** |
|---|---|---|---|

**iGo Marketing & Entertainment**
**85 Broadstreet 16th Floor**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$177,799.84** |
|---|---|---|---|

**iHeartMedia, Inc.**
**3400 W Olive Ave.**
**Ste 550**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  6107**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42,105.00** |
|---|---|---|---|

**Imbibe Media, Inc.**
**1001 SE Water Ave.**
**Ste. 285**
**Portland, OR 97214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,461.32** |
|---|---|---|---|

**Incorporating Services, Ltd.**
**3500 S. Dupont Hwy.**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,975.00** |
|---|---|---|---|

**Industrial Logistics Group**
**2900 S. 7th Street Rd.**
**Portland, OR 97214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Uncle Nearest, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,244.80** |
|---|---|---|---|

**Intelligent Office of Nashville**
**315 Deaderick Street**
**Ste 1550**
**Nashville, TN 37238**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Notice**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57,194.09** |
|---|---|---|---|

**Irell & Manella LLP**
**PO Box 516563**
**Los Angeles, CA 90051-9860**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$47,010.60** |
|---|---|---|---|

**Isabelle Couprie**
**93 rue des bois**
**La Gachere, Rouillac, France**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,478.80** |
|---|---|---|---|

**IST Services & Communications**
**P.O. Box 815**
**Tullahoma, TN 37388**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,357.00** |
|---|---|---|---|

**ITNOLAP Pallet & Crafting, Inc.**
**1142 Haley Rd.**
**Murfreesboro, TN 37129**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Ivy Mix**
**169 Whitney Hill Rd.**
**Tunbridge, VT 05077**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| Debtor | **Uncle Nearest, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.115** | Nonpriority creditor's name and mailing address

**Jasmin Gardner**
**3285 Ocean View Blvd.**
**#19**
**San Diego, CA 92113**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,316.25**

---

**3.116** | Nonpriority creditor's name and mailing address

**Jonas Velarde**
**12142 Burbank Blvd.**
**Valley Village, CA 91607**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$517.50**

---

**3.117** | Nonpriority creditor's name and mailing address

**Jones Distribution**
**1300 Brookhaven Dr.**
**Orlando, FL 32803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,453.04**

---

**3.118** | Nonpriority creditor's name and mailing address

**Journey for Good Foundation**
**6905 Rockledge Drive**
**Bethesda, MD 20817**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$12,250.00**

---

**3.119** | Nonpriority creditor's name and mailing address

**JPM Chase**
**PO Box 4475**
**Carol Stream, IL 60197-4475**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,731.34**

---

**3.120** | Nonpriority creditor's name and mailing address

**Jump Crew LLC**
**PO Box 23475**
**New York, NY 10087-3475**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.121** | Nonpriority creditor's name and mailing address

**Katsy Korins LLP**
**605 Third Ave.**
**New York, NY 10158**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30,468.00**

---

Debtor    **Uncle Nearest, Inc.**
<u>Name</u>    Case number (if known) _____

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$407.44** |
|---|---|---|---|

**Kentfield Marketing Group, LLC**
**10520 Calnick Lane**
**Auburn, CA 95603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,500.00** |
|---|---|---|---|

**Koorsen Fire & Security**
**698 Myatt Dr.**
**Madison, TN 37115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,845.00** |
|---|---|---|---|

**KPMG LLP**
**Two Manhattan West**
**375 Ninth Avenue**
**New York, NY 10001-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2.00** |
|---|---|---|---|

**Lakeway Publishers**
**PO Box 400**
**Tullahoma, TN 37388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44,531.25** |
|---|---|---|---|

**Lamar Companies**
**PO Box 746966**
**Atlanta, GA 30374-6966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,645.22** |
|---|---|---|---|

**Landreau Agro**
**Clement Bertrand**
**10 route des vignes**
**17500 Leoville, Leoville, France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$318.10** |
|---|---|---|---|

**Lease Direct**
**PO Box 825736**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor      **Uncle Nearest, Inc.**_____     Case number (if known) _____
            <small>Name</small>

---

3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,428.11**

**Lee Company**
**PO Box 306053**
**Nashville, TN 37230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,160.10**

**Levi Gotsman**
**18820 Mandan St**
**Apt. 404**
**Canyon Country, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,056.97**

**Levy / Humble Barons, Inc.**
**100 Public Square S**
**2nd Floor**
**Nashville, TN 37201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,147.83**

**Liquor Bottling Packaging International**
**305 Madison Ave.**
**Ste 1357**
**New York, NY 10165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,178.60**

**LocaliQ USA Today Network**
**PO Box 630791**
**Cincinnati, OH 45263-1340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **2698**

Is the claim subject to offset? ■ No ☐ Yes

---

3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,845.89**

**Logo Brands - Retail**
**235 Noah Drive**
**Ste 100**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,393.82**

**Loomis Armored US, LLC**
**Dept. 0757**
**PO Box 120757**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Uncle Nearest, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$1,086.00** |

**Louisville Seventh 3PL**
**2900 7th St Rd**
**Louisville, KY 40216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$3,500.00** |

**Lush Tastings LLC**
**4406 Alabama Ave.**
**Chattanooga, TN 37409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$20,430.00** |

**Lymion Group dba Overproof**
**425 NW 26th St.**
**Miami, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$3,000.00** |

**Main Street Murfreesboro**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$1,233.75** |

**Mandlik & Rhodes**
**223 Applebee Street**
**Barrington, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$20,612.21** |

**Maplebear, Inc dba Instacart**
**PO Box 103272**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$2,600.00** |

**MarkeTeam, Inc.**
**26012 Pala**
**Ste 100**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 21 of 39

Debtor   **Uncle Nearest, Inc.**
Name

Case number (if known) _____

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,100.00** |

**Marshall's Haute Sauce**
**5397 SE Malden Dr**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$77,496.98** |

**Matanguy SAS**
**7 Route de la Mairie**
**16130 Gente, Gente, France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,500.00** |

**MCC Magazines, LLC**
**735 Brad Street**
**Augusta, GA 30901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$312.00** |

**Melisa Morales Velazquez**
**112 Burt St.**
**Shelbyville, TN 37160**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,500.00** |

**Mercury Design Studio**
**175 Kenbrook Drive**
**Columbus, OH 43085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00** |

**Michael George**
**403 Inner Circle Drive**
**Bolingbrook, IL 60490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,344.19** |

**Midwest Promotional Models, Inc.**
**13991 Zanzibar Lane**
**Dayton, MN 55327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Uncle Nearest, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$554.29**

**Milano Promotional Services, Inc.**
**2615 River Road #1**
**Riverton, NJ 08077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$91,529.13**

**Miller Barondess, LLP**
**2121 Avenue of the Stars**
**26th Floor**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$121.74**

**Minutemen Press**
**110 N Jackson St.**
**Tullahoma, TN 37388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,207,126.30**

**Monalto Corporate Events, Inc.**
**11720 Amber Park Dr.**
**Ste No. 160**
**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$459.50**

**Mora Chagoya**
**1360 S. Beeler Ct**
**Denver, CO 80247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$287,999.92**

**Morgan, Lewis & Bockius, LLP**
**101 Park Ave.**
**New York, NY 10178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00**

**Mustard Seed Restaurant 2, LLC**
**dba Daisy's Po'Boy & Tacos**
**5215 S. Harper Ave**
**Chicago, IL 60615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor    **Uncle Nearest, Inc.**                                Case number (if known) _____
          Name

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,252.35** |
|---|---|---|---|

**Nashville Communications**
**330 Plus Park Blvd**
**Nashville, TN 37217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Nashwood**
**100 Public Square S**
**2nd Floor**
**Nashville, TN 37201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|

**National Museum of African American Musi**
**510 Broadway**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41,021.87** |
|---|---|---|---|

**Nationwide Distribution Services, Inc.**
**Po Box 1800**
**Shelbyville, TN 37162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,049.00** |
|---|---|---|---|

**Nicholas A. Sensley**
**PO Box 87**
**Lebanon, TN 37088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,500.00** |
|---|---|---|---|

**Nichole Rush**
**7036 S. La Tijera Blvd.**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Ninety Proof Media**
**1700 W. Charleston Blvd.**
**#170-210**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Uncle Nearest, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,004.29** |
|---|---|---|---|
| | **North Mill Equipment Finance**<br>**601 Merritt 7 #5**<br>**Norwalk, CT 06851** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,450.86** |
|---|---|---|---|
| | **Nuso, LLC**<br>**PO Box 95781**<br>**Chicago, IL 60694-5781** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,600.00** |
|---|---|---|---|
| | **Oakdale Golf & Country Club**<br>**243 N. Stearns Rd.**<br>**Oakdale, CA 95361** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$43.62** |
|---|---|---|---|
| | **Oasis W & S, LLC**<br>**3103 Phoenixville Pike**<br>**Malvern, PA 19355-8643** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$114.92** |
|---|---|---|---|
| | **Odom NW Beverages**<br>**20421 84th Ave South**<br>**Kent, WA 98032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,234.00** |
|---|---|---|---|
| | **Optima Program**<br>**PO Box 5028**<br>**Troy, MI 48007-5028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$581,000.33** |
|---|---|---|---|
| | **Oracle America Inc.**<br>**5612 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Uncle Nearest, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,832.25** |
|---|---|---|---|

**Oracle Netsuite**
**5612 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,500.00** |
|---|---|---|---|

**OS3D Visualize & Design Inc.**
**235 Ave. B.**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,068.00** |
|---|---|---|---|

**Pacers Basketball LLC**
**PO Box 713646**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59,841.66** |
|---|---|---|---|

**Packaging Corporation of America**
**PO Box 532058**
**Atlanta, GA 30353-2058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Patrick Henry Creative Promotions**
**1177 West Loope South**
**Ste 800**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,880.00** |
|---|---|---|---|

**PayBev LLC**
**3550 George Busbee Pkwy NW**
**Ste 190**
**Kennesaw, GA 30144-5429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Pendleton Group, LLC**
**2221 S. Gaines St.**
**Little Rock, AR 72206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Uncle Nearest, Inc.**                                    Case number (if known) _____
_____
Name

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Phillip G. Young**
**Thompson Burton, PLLC**
**6100 Tower Cir. #200**
**Franklin, TN 37067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Federal Court Receiver__
__Notice Only__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,346.00** |

**PJ's HVAC and Repair**
**4703 Alsup Mill Rd**
**Lascassas, TN 37085**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,334.04** |

**PKF Arsilon / Marie Malitourne**
**4 Rue de Segonzac**
**16100 Cognac**
**Cognac France**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,068.85** |

**PLCS Premier Luxury Car Service**
**3495 Buckhead Lp NE**
**Ste 18530**
**Atlanta, GA 30326**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$660,706.95** |

**Pollinate, Inc.**
**315 SW 11th Ave.**
**Ste 200**
**Portland, OR 97205**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,700.00** |

**Poppy & Peep**
**953 Esther Lane**
**Murfreesboro, TN 37129**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,500.00** |

**Possessed by Spirits, Inc.**
**4472 Copeland Ave**
**San Diego, CA 92116**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Uncle Nearest, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$277,691.10** |

**Pratt Corrugated Holdings, Inc.**
**PO Box 933949**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.186 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$17,287.51**

**Pride Home Solutions**
**PO Box 725**
**Edgartown, MA 02539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.187 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$145,338.68**

**Procopio Cory Hargreaves**
**PO Box 511480**
**Los Angeles, CA 90051-8035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.188 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$6,362.00**

**Pye Barker Fire & Safety**
**14500 Lochbridge Blvd**
**Ste H**
**Covington, GA 30014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.189 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$41,510.96**

**Questex LLC**
**PO Box 959635**
**Saint Louis, MO 63195-9635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.190 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$2,500.00**

**R&S Flooring, LLC**
**8105 Moores Lane**
**Ste F**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3.191 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$525.24**

**Ranger Station**
**1 Willow Ste.**
**Ste 11**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Uncle Nearest, Inc.**                                   Case number (if known) _____
        Name

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$91,269.55** |

**Ranstand**
**PO Box 742689**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,800.00** |

**ReservBar Holdings Corp.**
**426 Main Street**
**Suite F**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,400.11** |

**Rose Construction**
**126 Highway 51 South**
**Covington, TN 38019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,500.00** |

**Roy & Associates CPA PC**
**39159 Donner Way**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,874.25** |

**Rusken Packaging**
**374 Volunteer Parkway**
**Manchester, TN 37355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00** |

**Rutherford County Chamber of Commerce**
**3050 Medical Center Parkway**
**Murfreesboro, TN 37129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,999.00** |

**Salary.com LLC**
**PO Box 844048**
**Boston, MA 02284-4048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Uncle Nearest, Inc.**                                                    Case number (if known) _____
         Name

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,560.00** |
|---|---|---|---|

**San Diego Spirits Festival**
**5580 La Jolla Blvd.**
**#436**
**La Jolla, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,965.12** |
|---|---|---|---|

**Sarl eta Pierra Baudin**
**5 D chemin De la Tour**
**16130 Gimeux France**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,697.89** |
|---|---|---|---|

**Savariau**
**39 rourte de Nercillac**
**16100 Saint Brice**
**Saint Brice, France**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,803.28** |
|---|---|---|---|

**Scorp Promo, Inc.**
**1953 N. Clybourn Ave.**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$675.00** |
|---|---|---|---|

**Sean Carr**
**11 Monte Vista Dr.**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,840.24** |
|---|---|---|---|

**Selas FTPA**
**50 rue Ampere**
**75017 Paris**
**Paris, France**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$800.00** |
|---|---|---|---|

**SevenFifty**
**PO Box 73618**
**Chicago, IL 60673-6128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Uncle Nearest, Inc.**
_____
    Name

Case number (if known) _____

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,225.00** |

**Shared Spirits, LLC**
**412 English Ivy Drive**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |

**Shedd Aquarium Society**
**1200 S. DuSable Lake Shore Drive**
**Chicago, IL 60605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,000.00** |

**Shelbyville Grand**
**100 Public Square WS**
**Ste 210**
**Shelbyville, TN 37160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$650.00** |

**Shelbyville Lions Club**
**PO Box 202**
**Shelbyville, TN 37160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00** |

**Shelbyville-Bedford Partnership**
**100 Public Square S**
**2nd Floor**
**Shelbyville, TN 37160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,597.23** |

**Sigma Supply of North America**
**PO Box 20980**
**Hot Springs National Park, AR 71903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$58,704.97** |

**Slicker Beverage Insights**
**411 Country FL**
**Colleyville, TX 76034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Uncle Nearest, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.213** | Nonpriority creditor's name and mailing address
**Social Coast Mobile Beverage Co.**
**40 Barnes Rd**
**Oak Bluffs, MA 02557**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,851.00**

---

**3.214** | Nonpriority creditor's name and mailing address
**Southern Smoke Foundation**
**1302 Waugh Drive**
**#970**
**Houston, TX 77019**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.215** | Nonpriority creditor's name and mailing address
**Spector**
**100 Walnut Street**
**Champlain, NY 12919**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$797.46**

---

**3.216** | Nonpriority creditor's name and mailing address
**Speed Rack Inc.**
**3060 S. Industrial Dr. NW**
**Walker, MI 49544**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$48,000.00**

---

**3.217** | Nonpriority creditor's name and mailing address
**SquareWorks Consulting**
**PO Box 960928**
**Boston, MA 02196**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,518.00**

---

**3.218** | Nonpriority creditor's name and mailing address
**Straight Up Collective, LLC**
**2151 Consulate Drive**
**Ste 4**
**Orlando, FL 32837**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,400.00**

---

**3.219** | Nonpriority creditor's name and mailing address
**Stratus of Nashville**
**1976 Innerbelt Business Center Drive**
**Saint Louis, MO 63114**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,125.00**

---

Debtor **Uncle Nearest, Inc.**                                              Case number (if known) _____

Name

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$437.22** |

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,355.06** |

**Sysco**
**One Hermitage Plaza**
**Nashville, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,239.00** |

**Systems Scales Corp. Construction**
**1420 Donelson Pike Ste B7**
**Nashville, TN 37217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$107,128.00** |

**Tennessee Distilling Group**
**1929 Ridgecrest Dr.**
**Columbia, TN 38401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,373.00** |

**Tennessee Logos, LLC**
**1993 Southerland Drive**
**Nashville, TN 37207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130,617.88** |

**Terracon Consultants, Inc.**
**PO Box 959673**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$246,296.81** |

**The Brand Guild**
**1056 Thomas Jefferson St. NW**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          **Page 33 of 39**

Debtor    **Uncle Nearest, Inc.**                                    Case number (if known) _____
          Name

---

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90,000.00** |
|---|---|---|---|

**The Celebration**
**PO Box 1010**
**Shelbyville, TN 37162**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65,379.00** |
|---|---|---|---|

**The Cincinnati Insurance Companies**
**PO Box 14560**
**Cincinnati, OH 45250**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$274.38** |
|---|---|---|---|

**The Express - Retail**
**408 Madison St.**
**Shelbyville, TN 37160**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,000.00** |
|---|---|---|---|

**The Formulation Group**
**1195 Spalding Drive**
**Atlanta, GA 30350**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |
|---|---|---|---|

**The Impact Magazine, LLC**
**1421 Prince St.**
**Ste 300**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,084.00** |
|---|---|---|---|

**The Keystone Group, LLC**
**311 S Wacker Dr**
**Ste 5000**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**The Mather Group, LLC**
**411 Center Street North**
**Vienna, VA 22180**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Uncle Nearest, Inc.**                                          Case number (if known) _____
_____
Name

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**The Monroe Companies, LLC**
**925 5th Ave**
**Newark, NJ 07112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,499.32 |
|---|---|---|---|

**The UPS Store**
**55 Glenlake Pkwy NE**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,417.95 |
|---|---|---|---|

**Thousand Oaks Barrel Co.**
**9113 Euclid Ave.**
**Manassas, VA 20110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,061.42 |
|---|---|---|---|

**Threds Inc.**
**10529 Lexington Dr.**
**Knoxville, TN 37932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,425.00 |
|---|---|---|---|

**Threestone Solutions, LLC**
**19836 Beverly Park Road**
**Estero, FL 33928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,747.48 |
|---|---|---|---|

**Top Shelf Promotions, Inc.**
**14 Emsley Drive**
**Wilmington, DE 19810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,342.26 |
|---|---|---|---|

**Total Quality Logistics**
**PO Box 634558**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Uncle Nearest, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,405.68**

**Town of Edgartown**
**Department 2350**
**PO Box 986500**
**Boston, MA 02298-6500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,325.46**

**TQL**
**4289 Ivy Pointe Blvd.**
**Cincinnati, OH 45245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Tri Star Outdoors**
**1341 Whiteside Hill Road**
**Wartrace, TN 37183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$357,374.00**

**Tricorbraun Inc.**
**6 CityPlace Drive**
**Ste 1000**
**Saint Louis, MO 63141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$528.06**

**Triple Seat Software**
**300 Baker Ave.**
**Ste 160**
**Concord, MA 01742-2124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116,066.50**

**Troutman Pepper Locke LLP**
**300 S. Grand Avenue**
**Ste 2600**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170,750.00**

**True North Consulting, LLC**
**844 Queen Annes Court**
**Nolensville, TN 37135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Uncle Nearest, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.248** | **Nonpriority creditor's name and mailing address**
**U.S. Attorney**
**800 Market Street, Suite 211**
**Knoxville, TN 37902**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.249** | **Nonpriority creditor's name and mailing address**
**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,296.33**

---

**3.250** | **Nonpriority creditor's name and mailing address**
**Unifirst Corporation**
**PO Box 650481**
**Dallas, TX 75265-0481**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,246.30**

---

**3.251** | **Nonpriority creditor's name and mailing address**
**United States Bartenders' Guild Inc.**
**2654 W. Horizon Ridge Parkway Suite**
**Henderson, NV 89052**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

**3.252** | **Nonpriority creditor's name and mailing address**
**US Event Management**
**720 N. 10th St.**
**Ste A #338**
**Renton, WA 98057**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,172.34**

---

**3.253** | **Nonpriority creditor's name and mailing address**
**US Standard Products Corp.**
**PO Box 5509**
**Englewood, NJ 07631**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,560.90**

---

**3.254** | **Nonpriority creditor's name and mailing address**
**VentraOps**
**1578 W San Bernardino Rd. Ste E**
**Covina, CA 91722**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$199,120.00**

---

Debtor    **Uncle Nearest, Inc.**                                       Case number (if known) _____
          Name

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,814.12** |
|---|---|---|---|

**Verizon Business**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,993.22** |
|---|---|---|---|

**Vermont Information Processing, Inc.**
**402 Water Tower Circle**
**Colchester, VT 05446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Villela CPA PLLC**
**10256 Chiltern Garden Drive**
**Orlando, FL 32827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,828.82** |
|---|---|---|---|

**Vokent LLC**
**3921 Alton Road**
**#137**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$289,308.20** |
|---|---|---|---|

**Wedland Group**
**1601 Corporate Cir. #5807**
**Petaluma, CA 94955-8810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,713.05** |
|---|---|---|---|

**Whistle Pig Rye**
**PO Box 21270**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31,805.35** |
|---|---|---|---|

**WhistlePig, LLC**
**PO Box 21270**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Uncle Nearest, Inc.**                                    Case number (if known) _____
_____Name_____

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,168.98** |

**White Door Events**
**4116 BF Goodrich Blvd.**
**Memphis, TN 38118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,031.47** |

**Willscot Mobile Mini**
**PO Box 91975**
**Chicago, IL 60696-1975**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,500.00** |

**Zucconi Idea Agency Inc.**
**1345 Route 38**
**Hainesport, NJ 08036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Hire Dragons**<br>**15700 S. Delavan Cv**<br>**Austin, TX 78717** | Line  **3.97**<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 13,355,441.76 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 13,355,441.76 |

Case 4:25-cv-00038-CEA-CHS     Document 178-1     Filed 03/17/26     Page 45 of 99
PageID #: 7291

**Fill in this information to identify the case:**

Debtor name   **Uncle Nearest, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases      **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 1 of 2

Debtor 1    **Uncle Nearest, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Pending contract for purchase of Martha's Vineyard Property and all the furnishings contained therein (collectively, the "Propperty"_ , that is titled in the name of UN House MV, LLC and affiliated entity that it wholly owned by the Debtor.  The address of the property is 10 Codman Spring Road, Edgarton, Massachusetts.  Planet Home Lending, LLC is believed to hold a first mortgage on the real property in the amount of $1,500,000.00 with Farm Credit Mid-America, PCA holding a second mortgage.** | |
| | | **According to Phillip G. Young, Jr., the Federal Court Appointed Receiver (the "Receiver"), the purchase price for the property is $2,595,000.00 which the Debtor believes to be below market value. Accordingly, the Debtor intends on rejecting this contract.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jennifer Kaalund and Sekou Kaalund** |

Official Form 206G        **Schedule G: Executory Contracts and Unexpired Leases**        Page 2 of 2

**Fill in this information to identify the case:**

Debtor name     **Uncle Nearest, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                  12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| **2.1 Nearest Green Distillery, Inc.** | **600 Main Street Shelbyville, TN 38106** | **Farm Credit Mid-America, PCA** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| **2.2 Uncle Nearest Real Estate Holdings, LLC** | **3125 Highway 231 N Shelbyville, TN 37160** | **Farm Credit Mid-America, PCA** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 1 of 1

Lynn Tarpy TN
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N Northshore Dr
Suite N-290
Knoxville, TN 37919

3 Tier Beverages
3302 North Lincoln Avenue #153
Chicago, IL 60657

360 Marketing & Events
PO Box 422
Westbrook, CT 06498

5475 Days LLC
900 Michigan St. NE #1
Grand Rapids, MI 49503

580 Graphics
205 N. Thompson St.
Shelbyville, TN 37160

90 Proof, LLC
11700 W. Charleston Blvd.
Suite 170-210
Las Vegas, NV 89135

Accuxel CPA
553 Hunters Run Blvd.
Lakeland, FL 33809

Adams & Reese, LLP
Dept. 5208
PO Box 2153
Birmingham, AL 35287

Adenus Technologies
849 Aviation Parkway
Smyrna, TN 37167

Advanced Spirits, LLC
2803 Buffalo Speedway
Houston, TX 77098

Affinity Technology Partners
278 Franklin Rd.
Bldg. 4 Ste 350
Brentwood, TN 37027

AG&E Associates
901 Main St.
Ste 5020
Dallas, TX 75202

Agency 21 Consulting, LLC
114 NW 25th St.
Miami, FL 33127

Alchemy Merch
19924 E. Vallejo St.
Queen Creek, AZ 85142

Alicia Cole
16325 Clifton Park Ave.
Markham, IL 60428

All Star Fire Protection, Inc.
Po Box 711
Madison, TN 37116

Altura Leadership Consulting Group
646 Daniel Freeman Circle
Inglewood, CA 90301

American Marketing & Publishing, LLC
915 E. Lincoln Hwy
PO Box 801
DeKalb, IL 60115

Another Round Another Rally
14626 N. 37th Way
Phoenix, AZ 85032

Aquapoint 3, LLC
39 Tarkiln PL
New Bedford, MA 02745

Arrow Utility Resources, LLC
PO Box 233
Watertown, TN 37184

AT&T
PO Box 5019
Carol Stream, IL 60197-5019

Austin Gray Design Group

Auto-Chlor Sytstem
1518 Antioch Pike
Antioch, TN 37013

Avid Marketing Group
100 Corporate Place
Suite 200
Rocky Hill, CT 06067

Axper USA, Inc.
2915 Ogletwon Rd
Newark, DE 19713-1927

BCI Buckeye Corrugated
PO Box 744624
Atlanta, GA 30384

Beaver Engineering, Inc.
7378 Cockrill Bend Blvd.
Nashville, TN 37209

Bedford County Trustee
100 Public Square W
Suite 102
Shelbyville, TN 37160

Belmark Inc.

Benchmark Beverage
31690 Glendale
Livonia, MI 48150

Berlin Packaging, LLC
525 West Monroe St.
14th Floor
Chicago, IL 60661

Billups, LLC
PO Box 22012
New York, NY 10087-2012

Black Sheep LLC
6230 Oakdale Ave.
Oakland, CA 94605

BLC Communications, LLC
13 Delwood Drive

Blue Label Packaging Co.
3750 Lancaster New Lexington Rd SE
Lancaster, OH 43130

BME Services LLC
1030 SE Tater Peeler Road
Lebanon, TN 37087

Boelter
N22W23685 Ridgeview Pkwy W
Waukesha, WI 53188

Brewing & Distilling Analytical Services
1141 Red Mile Road
Lexington, KY 40504

Butler Snow LLC
PO Box 6010
Ridgeland, MS 39158-6010

Cabinet Lex & G
32 Rue Herge sur Cylex et trouve
1600 Angouleme France

Cape Cod & Islands Appraisal Group
3311 Main Street
Barnstable, MA 02630

Carlson Insurance Group LLC-AFCO
3311 Main Street
Barnstable, MA 02630

Cass Services, LLC
2524 Hwy 231 N
Shelbyville, TN 37160

Catalyst Design Group
5100 Tennessee Avenue
Nashville, TN 37209

Center Stage Merchandising
1201 4th Ave. South
Ste 201
Nashville, TN 37210

Charles Ann Enterprises, Inc.
dba Units of Nashville
5207 Linbar Drive
Ste 702
Nashville, TN 37211

Chris Cabrera Culture
310 East 2nd St. 6L
Apt. 31
New York, NY 10009

Cincinnati Insurance
P.O. Box 145496
Cincinnati, OH 45250-5496

Cincy Black Travel
1776 Mentor Avenue
Ste. 312
Cincinnati, OH 45212

Clark's Garage Door Company
835 North Jefferson St.
Shelbyville, TN 37160

Clear Channel Outdoor
4830 N. Loop 1604 W
Ste 111
San Antonio, TX 78249

Comcast/Effectv
755 Business Center Drive
Horsham, PA 19044

Conceptual Concrete Design LLC
106 Jamestown PL
Hendersonville, TN 37075

Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693

Contemporary Media, Inc.
PO Box 1738
Memphis, TN 38101

Convesant
30501 Agoura Road
Suite 200
Agoura Hills, CA 91301-4386

CORE (Children of Restaurant Employees)
3550 George Busbee Parkway NW
Ste. 190
Kennesaw, GA 30144

Core Bar Consulting, LLC
3544 S. Utah Street
Arlington, VA 22206

Corkcicle
1300 Brookhaven Drive
Ste 2
Orlando, FL 32803

Cursive Solutions, Inc.
8467 Duke Blvd.
Mason, OH 45040

Daisy's Po'Boy & Tavern
5215 S. Harper Ave.
Chicago, IL 60615

Datasite
733 Marquette Ave.
Ste 600
Minneapolis, MN 55402

DC Arena LP
dba Monumental Sports and Entertainment
PO Box 418610
Boston, MA 02241

De Lage Landen Financial Services, Inc.
111 Old Eagle School Road
Wayne, PA 19087

Deluxe
PO Box 645635
Cincinnati, OH 45264

Deluxe - 20UNCNEA
3680 Victoria Street North
Saint Paul, MN 55126

Demetra Liggins
McGuire Woods, LLP
845 Texas Avenue, Ste 2400
Houston, TX 77002

Distilled Resources, Inc.
134 N. 3300 E.
Rigby, ID 83422

Distilled Spirits Council of the US
101 Constitution Avenue NW Ste 350 West
Washington, DC 20001

Dragon Spirits Marketing, Inc.
15700 S. Delavan Cove
Austin, TX 78717

DTALS Incorporated
PO Box 633
Oak Bluffs, MA 02557

DWR Enterprises
2066 Old Georgian Terrace
Atlanta, GA 30318

Ecolab Pest Elimination

Elaborate Images
995 Longview Road
Shelbyville, TN 37160

Eli Brown
825 Hazel St. Apt. 3
Missoula, MT 59018

Elyse V. Ruinn
2/1 11 Connal Street
Glasgow Selkirkshire G4O 3HF

Epic Packaging Group
26252 Network Place
Chicago, IL 60673

Epsilon Lambda Charitable Foundation
3615 N. 19th St.
Saint Louis, MO 63178

ESP Fire Protection, LLC
50 Owens Path
Senoia, GA 30276

Eversource
PO Box 56007
Boston, MA 02205-6007

Exchange Media Group, LLC
PO Box 490
Fayetteville, TN 37334

Farm Credit Mid-America, PCA
c/o Mcguire Woods, LLP
845 Texas Ave., Ste 2400
Houston, TX 77002

FedEx
3620 Hacks Cross Road
Bldg B 3rd Floor
Memphis, TN 38125-8800

Firebirds International, LLC
8700 Red Oak Boulevard, Suite J
Charlotte, NC 28217

Fogel & Potamianos, LLP
4100 W. Alameda Ave.
Ste 300
Burbank, CA 91505

Ford Motor Credit
P.O. Box 650575
Dallas, TX 75265-0575

Forklift Systems, Inc.
P.O. Box 305172 Dept. 138
Nashville, TN 37230-5172

Franklin Chamber of Commerce
44 Chamber Way
Winchester, TN 37398

```
Freshworks
2950 S. Delaware St.
Ste. 201
San Mateo, CA 94403

FT Publications, Inc.
330 Hudson Street
8th Floor
New York, NY 10013

Gan Assurance
8-10 Rue d'Astorg Paris
75008 France

Genesis Global Recruiting
3000 SW 148 Ave.
Ste 116
Hollywood, FL 33027

Goo Goo Cluster
116 Third Avenue South
Nashville, TN 37201

Gradus Inc.
dba Mickey's Popcorn
3127 Stonebrook Cir.
Memphis, TN 38116-1823

Grant Sidney, Inc.
3715 Northside Parkway NW
Building 100-Suite 500
Atlanta, GA 30327

Greenberg Traurig, LLC
333 SE 2nd Ave
Ste 4400
Miami, FL 33131

Growth Ledge Agency
1020 B St.
San Rafael, CA 94901

Gunderson Dettmer
550 Allerton St.
Redwood City, CA 94063

Herring Technology
2139-A Canady Avenue
Nashville, TN 37211

Himmels Architectural Door and Hardware
16491 Airline Hwy
Prairieville, LA 70769
```

Hire Dragons
13117 Coriander Drive
Austin, TX 78729

Hire Dragons
15700 S. Delavan Cv
Austin, TX 78717

Hopkins Farms Broadcasting, Inc.
3563 HWY 231 North
Shelbyville, TN 37160

Hudson Group (HG) Retail LLC
One Meadowlands Plaza
Floor 11
East Rutherford, NJ 07073

Hue & Cry Limited
20-24 Emerald St.
London, UK WC1 N3QA

Huntingtown Auto Spa
2266 Solomons Island Rd.
Huntingtown, MD 20639

Hyatt
150 N. Riverside Plaza
Chicago, IL 60606

iGo Marketing & Entertainment
85 Broadstreet 16th Floor
New York, NY 10004

iHeartMedia, Inc.
3400 W Olive Ave.
Ste 550
Burbank, CA 91505

Imbibe Media, Inc.
1001 SE Water Ave.
Ste. 285
Portland, OR 97214

Incorporating Services, Ltd.
3500 S. Dupont Hwy.
Dover, DE 19901

Industrial Logistics Group
2900 S. 7th Street Rd.
Portland, OR 97214

Intelligent Office of Nashville
315 Deaderick Street
Ste 1550
Nashville, TN 37238

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Irell & Manella LLP
PO Box 516563
Los Angeles, CA 90051-9860

Isabelle Couprie
93 rue des bois
La Gachere, Rouillac, France

IST Services & Communications
P.O. Box 815
Tullahoma, TN 37388

ITNOLAP Pallet & Crafting, Inc.
1142 Haley Rd.
Murfreesboro, TN 37129

Ivy Mix
169 Whitney Hill Rd.
Tunbridge, VT 05077

Jasmin Gardner
3285 Ocean View Blvd.
#19
San Diego, CA 92113

Jennifer Kaalund and Sekou Kaalund

Jonas Velarde
12142 Burbank Blvd.
Valley Village, CA 91607

Jones Distribution
1300 Brookhaven Dr.
Orlando, FL 32803

Journey for Good Foundation
6905 Rockledge Drive
Bethesda, MD 20817

JPM Chase
PO Box 4475
Carol Stream, IL 60197-4475

Jump Crew LLC
PO Box 23475
New York, NY 10087-3475

Karen E. Sieg, Esq.
7878 Patriots Landon Place
Quinton, VA 23141

Katsy Korins LLP
605 Third Ave.
New York, NY 10158

Kentfield Marketing Group, LLC
10520 Calnick Lane
Auburn, CA 95603

Koorsen Fire & Security
698 Myatt Dr.
Madison, TN 37115

KPMG LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001-1000

Lakeway Publishers
PO Box 400
Tullahoma, TN 37388

Lamar Companies
PO Box 746966
Atlanta, GA 30374-6966

Landreau Agro
Clement Bertrand
10 route des vignes
17500 Leoville, Leoville, France

Lease Direct
PO Box 825736
Philadelphia, PA 19182

Lee Company
PO Box 306053
Nashville, TN 37230

Levi Gotsman
18820 Mandan St
Apt. 404
Canyon Country, CA 91351

Levy / Humble Barons, Inc.
100 Public Square S
2nd Floor
Nashville, TN 37201

Liquor Bottling Packaging International
305 Madison Ave.
Ste 1357
New York, NY 10165

LocaliQ USA Today Network
PO Box 630791
Cincinnati, OH 45263-1340

Logo Brands - Retail
235 Noah Drive
Ste 100
Franklin, TN 37064

Loomis Armored US, LLC
Dept. 0757
PO Box 120757
Dallas, TX 75312

Louisville Seventh 3PL
2900 7th St Rd
Louisville, KY 40216

Lush Tastings LLC
4406 Alabama Ave.
Chattanooga, TN 37409

Lymion Group dba Overproof
425 NW 26th St.
Miami, FL 33127

Main Street Murfreesboro

Mandlik & Rhodes
223 Applebee Street
Barrington, IL 60010

Maplebear, Inc dba Instacart
PO Box 103272
Pasadena, CA 91189

MarkeTeam, Inc.
26012 Pala
Ste 100
Mission Viejo, CA 92691

Marshall's Haute Sauce
5397 SE Malden Dr
Portland, OR 97206

Mary Alexandra Shipley, Esq.
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601

Matanguy SAS
7 Route de la Mairie
16130 Gente, Gente, France

MCC Magazines, LLC
735 Brad Street
Augusta, GA 30901

Melisa Morales Velazquez
112 Burt St.
Shelbyville, TN 37160

Mercury Design Studio
175 Kenbrook Drive
Columbus, OH 43085

Michael George
403 Inner Circle Drive
Bolingbrook, IL 60490

Midwest Promotional Models, Inc.
13991 Zanzibar Lane
Dayton, MN 55327

Milano Promotional Services, Inc.
2615 River Road #1
Riverton, NJ 08077

Miller Barondess, LLP
2121 Avenue of the Stars
26th Floor
Los Angeles, CA 90067

Minutemen Press
110 N Jackson St.
Tullahoma, TN 37388

Monalto Corporate Events, Inc.
11720 Amber Park Dr.
Ste No. 160
Alpharetta, GA 30009

Mora Chagoya
1360 S. Beeler Ct
Denver, CO 80247

Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178

Mustard Seed Restaurant 2, LLC
dba Daisy's Po'Boy & Tacos
5215 S. Harper Ave
Chicago, IL 60615

Nashville Communications
330 Plus Park Blvd
Nashville, TN 37217

Nashwood
100 Public Square S
2nd Floor
Nashville, TN 37201

National Museum of African American Musi
510 Broadway
Nashville, TN 37203

Nationwide Distribution Services, Inc.
Po Box 1800
Shelbyville, TN 37162

Nearest Green Distillery, Inc.
600 Main Street
Shelbyville, TN 38106

Nicholas A. Sensley
PO Box 87
Lebanon, TN 37088

Nichole Rush
7036 S. La Tijera Blvd.
Los Angeles, CA 90045

Ninety Proof Media
1700 W. Charleston Blvd.
#170-210
Las Vegas, NV 89135

North Mill Equipment Finance
601 Merritt 7 #5
Norwalk, CT 06851

Nuso, LLC
PO Box 95781
Chicago, IL 60694-5781

Oakdale Golf & Country Club
243 N. Stearns Rd.
Oakdale, CA 95361

Oasis W & S, LLC
3103 Phoenixville Pike
Malvern, PA 19355-8643

Odom NW Beverages
20421 84th Ave South
Kent, WA 98032

Optima Program
PO Box 5028
Troy, MI 48007-5028

Oracle America Inc.
5612 Collections Center Drive
Chicago, IL 60693

Oracle Netsuite
5612 Collections Center Drive
Chicago, IL 60693

OS3D Visualize & Design Inc.
235 Ave. B.
Ronkonkoma, NY 11779

Pacers Basketball LLC
PO Box 713646
Cincinnati, OH 45271

Packaging Corporation of America
PO Box 532058
Atlanta, GA 30353-2058

Patrick Henry Creative Promotions
1177 West Loope South
Ste 800
Houston, TX 77027

PayBev LLC
3550 George Busbee Pkwy NW
Ste 190
Kennesaw, GA 30144-5429

Pendleton Group, LLC
2221 S. Gaines St.
Little Rock, AR 72206

Phillip G. Young
Thompson Burton, PLLC
6100 Tower Cir. #200
Franklin, TN 37067

PJ's HVAC and Repair
4703 Alsup Mill Rd
Lascassas, TN 37085

PKF Arsilon / Marie Malitourne
4 Rue de Segonzac
16100 Cognac
Cognac France

PLCS Premier Luxury Car Service
3495 Buckhead Lp NE
Ste 18530
Atlanta, GA 30326

Pollinate, Inc.
315 SW 11th Ave.
Ste 200
Portland, OR 97205

Poppy & Peep
953 Esther Lane
Murfreesboro, TN 37129

Possessed by Spirits, Inc.
4472 Copeland Ave
San Diego, CA 92116

Pratt Corrugated Holdings, Inc.
PO Box 933949
Atlanta, GA 31193

Pride Home Solutions
PO Box 725
Edgartown, MA 02539

Procopio Cory Hargreaves
PO Box 511480
Los Angeles, CA 90051-8035

Pye Barker Fire & Safety
14500 Lochbridge Blvd
Ste H
Covington, GA 30014

Questex LLC
PO Box 959635
Saint Louis, MO 63195-9635

R&S Flooring, LLC
8105 Moores Lane
Ste F
Ridgefield, CT 06877

Ranger Station
1 Willow Ste.
Ste 11
Nashville, TN 37210

Ranstand
PO Box 742689
Atlanta, GA 30374

ReservBar Holdings Corp.
426 Main Street
Suite F
Ridgefield, CT 06877

Rose Construction
126 Highway 51 South
Covington, TN 38019

Roy & Associates CPA PC
39159 Donner Way
Fremont, CA 94538

Rusken Packaging
374 Volunteer Parkway
Manchester, TN 37355

Rutherford County Chamber of Commerce
3050 Medical Center Parkway
Murfreesboro, TN 37129

Salary.com LLC
PO Box 844048
Boston, MA 02284-4048

San Diego Spirits Festival
5580 La Jolla Blvd.
#436
La Jolla, CA 92037

Sarl eta Pierra Baudin
5 D chemin De la Tour
16130 Gimeux France

Savariau
39 rourte de Nercillac
16100 Saint Brice
Saint Brice, France

Scorp Promo, Inc.
1953 N. Clybourn Ave.
Chicago, IL 60614

Sean Carr
11 Monte Vista Dr.
Monterey, CA 93940

Selas FTPA
50 rue Ampere
75017 Paris
Paris, France

SevenFifty
PO Box 73618
Chicago, IL 60673-6128

Shared Spirits, LLC
412 English Ivy Drive
Nashville, TN 37211

Shedd Aquarium Society
1200 S. DuSable Lake Shore Drive
Chicago, IL 60605

Shelbyville Grand
100 Public Square WS
Ste 210
Shelbyville, TN 37160

Shelbyville Lions Club
PO Box 202
Shelbyville, TN 37160

Shelbyville-Bedford Partnership
100 Public Square S
2nd Floor
Shelbyville, TN 37160

Sigma Supply of North America
PO Box 20980
Hot Springs National Park, AR 71903

Single Cube, LLC
1852 Jefferson Street
San Francisco, CA 94123

Slicker Beverage Insights
411 Country FL
Colleyville, TX 76034

Social Coast Mobile Beverage Co.
40 Barnes Rd
Oak Bluffs, MA 02557

Southern Smoke Foundation
1302 Waugh Drive
#970
Houston, TX 77019

Spector
100 Walnut Street
Champlain, NY 12919

Speed Rack Inc.
3060 S. Industrial Dr. NW
Walker, MI 49544

SquareWorks Consulting
PO Box 960928
Boston, MA 02196

Straight Up Collective, LLC
2151 Consulate Drive
Ste 4
Orlando, FL 32837

Stratus of Nashville
1976 Innerbelt Business Center Drive
Saint Louis, MO 63114

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

Sysco
One Hermitage Plaza
Nashville, TN 37209

Systems Scales Corp. Construction
1420 Donelson Pike Ste B7
Nashville, TN 37217

Tennessee Distilling Group
1929 Ridgecrest Dr.
Columbia, TN 38401

Tennessee Logos, LLC
1993 Southerland Drive
Nashville, TN 37207

Terracon Consultants, Inc.
PO Box 959673
Saint Louis, MO 63195

The Brand Guild
1056 Thomas Jefferson St. NW
Washington, DC 20007

The Celebration
PO Box 1010
Shelbyville, TN 37162

The Cincinnati Insurance Companies
PO Box 14560
Cincinnati, OH 45250

The Express - Retail
408 Madison St.
Shelbyville, TN 37160

The Formulation Group
1195 Spalding Drive
Atlanta, GA 30350

The Impact Magazine, LLC
1421 Prince St.
Ste 300
Alexandria, VA 22314

The Keystone Group, LLC
311 S Wacker Dr
Ste 5000
Chicago, IL 60606

The Mather Group, LLC
411 Center Street North
Vienna, VA 22180

The Monroe Companies, LLC
925 5th Ave
Newark, NJ 07112

The UPS Store
55 Glenlake Pkwy NE
Atlanta, GA 30328

Thousand Oaks Barrel Co.
9113 Euclid Ave.
Manassas, VA 20110

Threds Inc.
10529 Lexington Dr.
Knoxville, TN 37932

Threestone Solutions, LLC
19836 Beverly Park Road
Estero, FL 33928

Top Shelf Promotions, Inc.
14 Emsley Drive
Wilmington, DE 19810

Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263

Town of Edgartown
Department 2350
PO Box 986500
Boston, MA 02298-6500

TQL
4289 Ivy Pointe Blvd.
Cincinnati, OH 45245

Tri Star Outdoors
1341 Whiteside Hill Road
Wartrace, TN 37183

Tricorbraun Inc.
6 CityPlace Drive
Ste 1000
Saint Louis, MO 63141

Triple Seat Software
300 Baker Ave.
Ste 160
Concord, MA 01742-2124

Troutman Pepper Locke LLP
300 S. Grand Avenue
Ste 2600
Los Angeles, CA 90071

True North Consulting, LLC
844 Queen Annes Court
Nolensville, TN 37135

U.S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902

Uline
PO Box 88741
Chicago, IL 60680-1741

UN 1856, LLC
1852 Jefferson Street
San Francisco, CA 94123

Uncle Nearest Real Estate Holdings, LLC
3125 Highway 231 N
Shelbyville, TN 37160

Unifirst Corporation
PO Box 650481
Dallas, TX 75265-0481

United States Bartenders' Guild Inc.
2654 W. Horizon Ridge Parkway Suite
Henderson, NV 89052

US Event Management
720 N. 10th St.
Ste A #338
Renton, WA 98057

US Standard Products Corp.
PO Box 5509
Englewood, NJ 07631

VentraOps
1578 W San Bernardino Rd. Ste E
Covina, CA 91722

Verizon Business
PO Box 660108
Dallas, TX 75266-0108

Vermont Information Processing, Inc.
402 Water Tower Circle
Colchester, VT 05446

Villela CPA PLLC
10256 Chiltern Garden Drive
Orlando, FL 32827

Vokent LLC
3921 Alton Road
#137
Miami Beach, FL 33140

Wedland Group
1601 Corporate Cir. #5807
Petaluma, CA 94955-8810

Whistle Pig Rye
PO Box 21270
New York, NY 10087

WhistlePig, LLC
PO Box 21270
New York, NY 10087

White Door Events
4116 BF Goodrich Blvd.
Memphis, TN 38118

Willscot Mobile Mini
PO Box 91975
Chicago, IL 60696-1975

Zucconi Idea Agency Inc.
1345 Route 38
Hainesport, NJ 08036

# United States Bankruptcy Court
### Eastern District of Tennessee

In re    **Uncle Nearest, Inc.**
_____
                                    Debtor(s)

Case No. _____

Chapter    **11**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Uncle Nearest, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Grant Sidney, Inc.**
**3715 Northside Parkway NW**
**Building 100-Suite 500**
**Atlanta, GA 30327**

**Single Cube, LLC**
**1852 Jefferson Street**
**San Francisco, CA 94123**

**UN 1856, LLC**
**1852 Jefferson Street**
**San Francisco, CA 94123**

☐ None [*Check if applicable*]

**March 17, 2026**
_____
Date

**/s/ Lynn Tarpy TN**
_____
**Lynn Tarpy TN 006017**
Signature of Attorney or Litigant
Counsel for   **Uncle Nearest, Inc.**
**Tarpy, Cox, Fleishman & Leveille, PLLC**
**1111 N Northshore Dr**
**Suite N-290**
**Knoxville, TN 37919**
**(865) 588-1096 Fax:(865) 588-1171**
**ltarpy@tcflattorneys.com**

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Nearest Green Distillery Inc.** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **84-2510853** |

| | | |
|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** |

**3125 Hwy US-231**
**Shelbyville, TN 37160**
Number, Street, City, State & ZIP Code

**Bedford**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.unclenearest.com** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Case 4:25-cv-00038-CEA-CHS   Document 178-1   Filed 03/17/26   Page 73 of 99
PageID #: 7319

Debtor __Nearest Green Distillery Inc.__    Case number (*if known*) _____

Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2085__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**  If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor    **Nearest Green Distillery Inc.**                              Case number (*if known*) _____
          Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor District | _____ | Relationship | _____ |
| | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name    _____

          Phone    _____

---

| | Statistical and administrative information |
|---|---|

**13. Debtor's estimation of available funds**

.    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor   **Nearest Green Distillery Inc.**                                    Case number (*if known*) _____
            Name

| | |
|---|---|
| **Request for Relief, Declaration, and Signatures** | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 17, 2026**
                      MM / DD / YYYY

**X** **/s/ Fawn Weaver**                                          **Fawn Weaver**
     Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Lynn Tarpy TN**                              Date **March 17, 2026**
     Signature of attorney for debtor                             MM / DD / YYYY

**Lynn Tarpy TN 006017**
Printed name

**Tarpy, Cox, Fleishman & Leveille, PLLC**
Firm name

**1111 N Northshore Dr**
**Suite N-290**
**Knoxville, TN 37919**
Number, Street, City, State & ZIP Code

Contact phone   **(865) 588-1096**        Email address   **ltarpy@tcflattorneys.com**

**TN 006017 TN**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

**Fill in this information to identify the case:**

Debtor name   **Nearest Green Distillery Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** <br><br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1 Farm Credit Mid-America, PCA**
Creditor's Name

c/o Mcguire Woods, LLP
845 Texas Ave., Ste 2400
Houston, TX 77002
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
**Nearest Green Distillery**
**3125 US-231 N**
**Shelbyville, TN 37160**
**Distillery building, including any all furniture, equipment and fixtures contained therein and/or attached thereto.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Amount of claim: **$35,000,000.00**    Value of collateral: **$63,800,000.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$35,000,000.00**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Demetra Liggins**<br>**McGuire Woods, LLP**<br>**845 Texas Avenue, Ste 2400**<br>**Houston, TX 77002** | Line **2.1** | |

Official Form 206D            **Schedule D: Creditors Who Have Claims Secured by Property**            page 1 of 2

Debtor   **Nearest Green Distillery Inc.**
         Name

Case number (if known)

| | |
|---|---|
| **Erica Barnes, Esquire**<br>**401 Commerce Street**<br>**Suite 800**<br>**Nashville, TN 37219** | Line __2.1__ |
| **Karen E. Sieg, Esq.**<br>**7878 Patriots Landon Place**<br>**Quinton, VA 23141** | Line __2.1__ |
| **Mary Alexandra Shipley, Esq.**<br>**77 W. Wacker Drive**<br>**Suite 4100**<br>**Chicago, IL 60601** | Line __2.1__ |

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 2

**Fill in this information to identify the case:**

Debtor name    **Nearest Green Distillery Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and
Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
     out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**Amount of claim**  **$0.00**

---

**3.2**

**Nonpriority creditor's name and mailing address**
**Phillip G. Young, Jr.**
**Thompson Burton PLLC**
**1801 West End Avenue, Ste 1550**
**Nashville, TN 37203**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Notice only**

Is the claim subject to offset?  ■ No  ☐ Yes

**Amount of claim**  **Unknown**

---

**3.3**

**Nonpriority creditor's name and mailing address**
**U.S. Attorney**
**800 Market Street, Suite 211**
**Knoxville, TN 37902**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**Amount of claim**  **$0.00**

---

**Part 3:**     **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:**     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   **Add the amounts of priority and nonpriority unsecured claims.**

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 1 of 2

Debtor     **Nearest Green Distillery Inc.**

Name

Case number (if known) _____

| | | | Total of claim amounts | |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | | 0.00 |

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**                              **Page 2 of 2**

**Fill in this information to identify the case:**

Debtor name      **Nearest Green Distillery Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**                Page 1 of 1

**Fill in this information to identify the case:**

Debtor name        **Nearest Green Distillery Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Uncle Nearest Real Estate Holdings, LLC** | **3125 Highway 231 N Shelbyville, TN 37160** | **Farm Credit Mid-America, PCA** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Uncle Nearest, Inc.** | **c/o Fawn Weaver, CEO 3125 US-231 North Shelbyville, TN 37160** | **Farm Credit Mid-America, PCA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 1 of 1

Lynn Tarpy TN
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N Northshore Dr
Suite N-290
Knoxville, TN 37919

Demetra Liggins
McGuire Woods, LLP
845 Texas Avenue, Ste 2400
Houston, TX 77002

Erica Barnes, Esquire
401 Commerce Street
Suite 800
Nashville, TN 37219

Farm Credit Mid-America, PCA
c/o Mcguire Woods, LLP
845 Texas Ave., Ste 2400
Houston, TX 77002

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Karen E. Sieg, Esq.
7878 Patriots Landon Place
Quinton, VA 23141

Mary Alexandra Shipley, Esq.
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601

Phillip G. Young, Jr.
Thompson Burton PLLC
1801 West End Avenue, Ste 1550
Nashville, TN 37203

U.S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902

Uncle Nearest Real Estate Holdings, LLC
3125 Highway 231 N
Shelbyville, TN 37160

Uncle Nearest, Inc.
c/o Fawn Weaver, CEO
3125 US-231 North
Shelbyville, TN 37160

```
Uncle Nearest, Inc.
Attention:  Fawn Weaver, CEO
3125 US-231 North
Shelbyville, TN 37160
```

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **Nearest Green Distillery Inc.**
                                    Debtor(s)

Case No. _____

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Nearest Green Distillery Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Uncle Nearest, Inc.**
**Attention:  Fawn Weaver, CEO**
**3125 US-231 North**
**Shelbyville, TN 37160**

☐ None [*Check if applicable*]

**March 17, 2026**
_____
Date

**/s/ Lynn Tarpy TN**
_____
**Lynn Tarpy TN 006017**
Signature of Attorney or Litigant
Counsel for   **Nearest Green Distillery Inc.**
**Tarpy, Cox, Fleishman & Leveille, PLLC**
**1111 N Northshore Dr**
**Suite N-290**
**Knoxville, TN 37919**
**(865) 588-1096 Fax:(865) 588-1171**
**ltarpy@tcflattorneys.com**

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____    Chapter     **11**

☐ Check if this is an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Uncle Nearest Real Estate Holdings, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **84-3413208** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3125 Highway 231 N**<br>**Shelbyville, TN 37160-7333**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Bedford**<br>County | **Location of principal assets, if different from principal place of business**<br>**3125 US-231 Shelbyville, TN 37160**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.unclenearest.com** |

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Uncle Nearest Real Estate Holdings, LLC**                    Case number (*if known*) _____
    Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **2085**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor   **Uncle Nearest Real Estate Holdings, LLC**          Case number (*if known*) _____
         Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

       Contact name _____

       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Uncle Nearest Real Estate Holdings, LLC**                     Case number (*if known*) _____
         Name

| | |
|---|---|
| **Request for Relief, Declaration, and Signatures** | |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 17, 2026**
              MM / DD / YYYY

**X** **/s/ Fawn Weaver**                                   **Fawn Weaver**
Signature of authorized representative of debtor            Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Lynn Tarpy TN**                          Date **March 17, 2026**
Signature of attorney for debtor                          MM / DD / YYYY

**Lynn Tarpy TN 006017**
Printed name

**Tarpy, Cox, Fleishman & Leveille, PLLC**
Firm name

**1111 N Northshore Dr**
**Suite N-290**
**Knoxville, TN 37919**
Number, Street, City, State & ZIP Code

Contact phone   **(865) 588-1096**     Email address   **ltarpy@tcflattorneys.com**

**TN 006017 TN**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Uncle Nearest Real Estate Holdings, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Bedford County Tax Assessor**<br>Creditor's Name<br><br>**100 Public Square W. Ste. 301 Shelbyville, TN 37160**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**Notice Only**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Farm Credit Mid-America, PCA**<br>**2. Bedford County Tax Assessor** | **Describe debtor's property that is subject to a lien**<br>**Nearest Green Distillery**<br>**3125 US-231 N**<br>**Shelbyville, TN 37160**<br>**Distillery building, including any all furniture, equipment and fixtures contained therein and/or attached thereto.**<br><br>**Describe the lien**<br>_____<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$63,800,000.00** |
| **2.2 Farm Credit Mid-America, PCA**<br>Creditor's Name<br><br>**c/o Mcguire Woods, LLP 845 Texas Ave., Ste 2400 Houston, TX 77002**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Nearest Green Distillery**<br>**3125 US-231 N**<br>**Shelbyville, TN 37160**<br>**Distillery building, including any all furniture, equipment and fixtures contained therein and/or attached thereto.**<br><br>**Describe the lien** | **$35,000,000.00** | **$63,800,000.00** |

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          page 1 of 3

Debtor   **Uncle Nearest Real Estate Holdings, LLC**

Name

Case number (if known) _____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 | **Farm Credit Mid-America, PCA** | | **$0.00** | **$3,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Mcguire Woods, LLP
845 Texas Ave., Ste 2400
Houston, TX 77002**

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Eady Road
Shelbyville, TN 37160**

**Describe the lien**
**Part of entire Farm Credit lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 | **Farm Credit Mid-America, PCA** | | **$0.00** | **$3,200,000.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Mcguire Woods, LLP
845 Texas Ave., Ste 2400
Houston, TX 77002**

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Sand Creek Farm**

**Describe the lien**
**Part of entire Farm Credit lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Uncle Nearest Real Estate Holdings, LLC**                     Case number (if known) _____
         Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent

☐ Unliquidated

■ Disputed

_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $35,000,000.00 |

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Demetra Liggins**<br>**McGuire Woods, LLP**<br>**845 Texas Avenue, Ste 2400**<br>**Houston, TX 77002** | Line __2.2__ | |
| **Karen E. Sieg, Esq.**<br>**7878 Patriots Landon Place**<br>**Quinton, VA 23141** | Line __2.2__ | |
| **Mary Alexandra Shipley, Esq.**<br>**77 W. Wacker Drive**<br>**Suite 4100**<br>**Chicago, IL 60601** | Line __2.2__ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                     page 3 of 3

**Fill in this information to identify the case:**

Debtor name    **Uncle Nearest Real Estate Holdings, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|

**Phillip G. Young, Jr.
Thompson Burton PLLC
1801 West End Avenue, Ste 1550
Nashville, TN 37203**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset?  ■ No  ☐ Yes

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**U.S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 1 of 2

Debtor   **Uncle Nearest Real Estate Holdings, LLC**
_____
Name

Case number (if known) _____

| | | | | Total of claim amounts |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ | 0.00 |

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page 2 of 2**

**Fill in this information to identify the case:**

Debtor name   **Uncle Nearest Real Estate Holdings, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract _____ | _____ |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract _____ | _____ |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract _____ | _____ |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract _____ | _____ |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 1 of 1

**Fill in this information to identify the case:**

Debtor name   **Uncle Nearest Real Estate Holdings, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        **12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Nearest Green Distillery, Inc.** | **c/o Fawn Weaver** **315 Deaderick St. Ste 1550** **Nashville, TN 37238** | **Farm Credit Mid-America, PCA** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 **Uncle Nearest, Inc.** | **c/o Fawn Weaver, CEO** **3125 US-231 North** **Shelbyville, TN 37160** | **Farm Credit Mid-America, PCA** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Official Form 206H                        Schedule H: Your Codebtors                        Page 1 of 1

Lynn Tarpy TN
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N Northshore Dr
Suite N-290
Knoxville, TN 37919

Bedford County Tax Assessor
100 Public Square W.
Ste. 301
Shelbyville, TN 37160

Demetra Liggins
McGuire Woods, LLP
845 Texas Avenue, Ste 2400
Houston, TX 77002

Farm Credit Mid-America, PCA
c/o Mcguire Woods, LLP
845 Texas Ave., Ste 2400
Houston, TX 77002

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Karen E. Sieg, Esq.
7878 Patriots Landon Place
Quinton, VA 23141

Mary Alexandra Shipley, Esq.
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601

Nearest Green Distillery, Inc.
c/o Fawn Weaver
315 Deaderick St. Ste 1550
Nashville, TN 37238

Phillip G. Young, Jr.
Thompson Burton PLLC
1801 West End Avenue, Ste 1550
Nashville, TN 37203

U.S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902

Uncle Nearest, Inc.
c/o Fawn Weaver, CEO
3125 US-231 North
Shelbyville, TN 37160

Uncle Nearest, Inc.
Attention:  Fawn Weaver, CEO
3125 US-231 North
Shelbyville, TN 37160

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **Uncle Nearest Real Estate Holdings, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Uncle Nearest Real Estate Holdings, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 17, 2026**

Date

**/s/ Lynn Tarpy TN**

**Lynn Tarpy TN 006017**

Signature of Attorney or Litigant
Counsel for   **Uncle Nearest Real Estate Holdings, LLC**

**Tarpy, Cox, Fleishman & Leveille, PLLC**

**1111 N Northshore Dr**
**Suite N-290**
**Knoxville, TN 37919**
**(865) 588-1096 Fax:(865) 588-1171**
**ltarpy@tcflattorneys.com**