# Uncle Nearest Founders, CEO and Largest Shareholder Sue Farm Credit Over Alleged Smear Campaign Against Fast-Growing Whiskey Brand



NEWS PROVIDED BY
**Grant Sidney, Inc.** →
Mar 17, 2026, 12:05 ET

Complaint alleges lender spread false accusations about founders to protect bankers and deflect scrutiny from failures in a $102M credit facility

NEW YORK, March 17, 2026 /PRNewswire/ -- The founders, CEO and largest shareholder of Uncle Nearest have filed a lawsuit against Farm Credit Mid-America in the Supreme Court of the State of New York, alleging the lender engaged in a smear campaign against the fast-growing whiskey brand by knowingly circulating false accusations, including claims of missing inventory, financial misconduct, negative cash flow, and insolvency.

Continue Reading
ᐯ



Uncle Nearest is the world's Most-Awarded Bourbon of 2019, 2020, 2021, 2022, 2023, 2024 & 2025.

According to the complaint, the accusations were made to protect the lender's own bankers and deflect scrutiny from failures in the administration of the credit facility supporting one of the fastest-growing whiskey brands in U.S. history.

"The accusations circulated about us were not only false. The bank knew they were false when they made them, and they knew those accusations would strike directly at the credibility that allowed this brand to grow against all odds in this industry," said Uncle Nearest CEO Fawn Weaver.

The lawsuit arises from a dispute over the administration of a $102 million lending facility that helped finance the company's rapid expansion. According to the complaint, the lender circulated accusations of missing inventory, financial misconduct, negative cash flow and insolvency despite possessing documentation contradicting those claims. The accusations were later repeated by national and industry media outlets.

"False accusations can travel quickly, especially when they involve the founders of a nationally recognized brand," said James Williams, chief litigator at Chehardy Sherman Williams, who is leading this litigation with James L. Walker, Jr. as New York counsel. "But when accusations are contradicted by the very records already in the accuser's possession, there must be accountability," Williams added.

Prior to the alleged smear campaign, Uncle Nearest had become one of the fastest-growing American whiskey brands in the United States, rising into the Top 20 super-premium American whiskey brands in Nielsen rankings within five years.

Nearest Green Distillery is the seventh most visited distillery in the world out of roughly 4,000. It welcomes more than 200,000 visitors annually and ranks No. 1 worldwide on Google, Yelp and TripAdvisor. Uncle Nearest is also the most awarded bourbon and American whiskey in the world for the seventh consecutive year.

**Uncle Nearest: New court filing ends receivership**

Weaver said the company filed for Chapter 11 protection earlier today, bringing the court-appointed receivership to an end.

Through the Chapter 11 proceeding and related litigation, Uncle Nearest, Inc. will pursue claims and counterclaims against its lender arising from the administration of the credit facility.

The filing allows the company to protect the interests of all creditors and shareholders, continue normal operations, and address claims and counterclaims related to the secured lending relationship in the proper forum.

Court filings associated with the Chapter 11 proceeding reflect approximately $13,188,927 in unsecured obligations. The loan at issue with Farm Credit reflects a stated principal balance of approximately $102,521,326, which the company disputes and will address through claims and counterclaims against the lender. These liabilities stand against enterprise assets estimated at approximately $529 million.

Operations at Nearest Green Distillery and national distribution of Uncle Nearest Premium Whiskey will continue as normal during the reorganization process.

"Uncle Nearest did not become the seven-time most-awarded bourbon in the world by accident," said Victoria Eady Butler, fifth-generation descendant of Nearest Green and four-time Master Blender of the Year. "This brand honors the legacy of my great-great-grandfather, the first known African American master distiller, the teacher and mentor to Jack Daniel, and the only known master distiller of Distillery No. 7. In 2017, we set out to ensure his name would be spoken worldwide in the same vein as Jack Daniel, Jim Beam, and Johnnie Walker. No obstacle placed in our path will prevent that."

**About Grant Sidney, Inc.**

Grant Sidney is an investment holding company wholly owned by Fawn Weaver, cofounder, owner, and CEO of Uncle Nearest, Inc. It is the largest shareholder of Uncle Nearest, Inc., the world's most-awarded bourbon and American whiskey for seven consecutive years, from 2019 through 2025. Uncle Nearest is available in all 50 states and 12 countries, with a presence in more than 50,000 stores, bars, hotels, and

restaurants. Its 458-acre Nearest Green Distillery in Shelbyville, Tennessee, is the seventh most-visited distillery in the world, out of nearly 4,000, welcoming more than 200,000 guests annually, and is ranked No. 1 on Google, Yelp, and TripAdvisor.

Media Contacts
Grant Sidney, Inc.
Richard Byrd
404.387.4768
**media@grantsidney.com**

SOURCE Grant Sidney, Inc.



more press release
views with
**Amplify**™

Request a Demo

