**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | § | |
| | § | |
| Plaintiff, | § | Case No. 4:25-cv-38 |
| | § | |
| v. | § | Judge Atchley |
| | § | |
| UNCLE NEAREST, INC., *et al.*, | § | Magistrate Judge Steger |
| | § | |
| Defendants. | § | |

**SUGGESTION OF BANKRUPTCY**

Comes Uncle Nearest, Inc., Nearest Green Distillery, Inc., and Uncle Nearest Real Estate

Holdings, LLC, by counsel, and files this Suggestion of Bankruptcy. A true and correct copy of

the Debtor's Notice of Bankruptcy Filing is attached hereto as Collective Exhibit 1.

> */s/Kelli D. Holmes*
> Kelli D. Holmes (042256)
> Lynn Tarpy (006017)
> Tarpy, Cox, Fleishman & Leveille, PLLC
> 1111 N. Northshore Drive, Suite N-290
> Knoxville, TN 37919
> (865) 588-1096
> kholmes@tcflattorneys.com
> ltarpy@tcflattorneys.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2026, I have served a copy of this Suggestion of Bankruptcy and corresponding exhibit via U.S. First Class Mail on the following:

> Justin Campbell
> 1801 West End Avenue, Suite 1550
> Nashville, Tennessee 37203

> Erika R Barnes
> Stites & Harbison, PLLC (Nashville)
> SunTrust Plaza
> 401 Commerce Street
> Suite 800
> Nashville, TN 37219-2449

Demetra Liggins
McGuire Woods, LLP (TX)
Texas Tower
845 Texas Avenue, Suite 2400
Houston, TX 77002

Mary Alexandra Shipley
McGuireWoods LLP
Restructuring & Insolvency
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601

Karen E Sieg
7878 Patriots Landing Place
Quinton, VA 23141

*/s/Kelli D. Holmes*
Kelli D. Holmes