# Collective Exhibit 1

United States Bankruptcy Court
Eastern District of Tennessee



## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 03/17/2026 at 12:43 PM and filed on 03/17/2026.

**Uncle Nearest, Inc.**
3125 US-231 North
Shelbyville, TN 37160
Tax ID / EIN: 81-4265348

The case was filed by the debtor's attorney:

**Kelli Danielle Holmes**
Tarpy, Cox, Fleishmann, & Leveille, PLLC
1111 N. Northshore Dr
Ste N-290
Knoxville, TN 37919
865-588-1096

The case was assigned case number 3:26-bk-30470-SHB to Judge Suzanne H. Bauknight.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.tneb.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, Howard H. Baker Jr. U.S. Courthouse, Suite 330, 800 Market Street, Knoxville, TN 37902.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Christopher Call
Clerk, United States
Bankruptcy Court**

| **Transaction Receipt** | | | |
|---|---|---|---|
| 03/18/2026 18:09:35 | | | |
| **PACER Login:** | kholmes6411 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 3:26-bk-30470-SHB |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

United States Bankruptcy Court
Eastern District of Tennessee

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 03/17/2026 at 12:49 PM and filed on 03/17/2026.

**Nearest Green Distillery Inc.**
3125 Hwy US-231
Shelbyville, TN 37160
Tax ID / EIN: 84-2510853

The case was filed by the debtor's attorney:

**Kelli Danielle Holmes**
Tarpy, Cox, Fleishmann, & Leveille, PLLC
1111 N. Northshore Dr
Ste N-290
Knoxville, TN 37919
865-588-1096

The case was assigned case number 3:26-bk-30471-SHB to Judge Suzanne H. Bauknight.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.tneb.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, Howard H. Baker Jr. U.S. Courthouse, Suite 330, 800 Market Street, Knoxville, TN 37902.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Christopher Call**
**Clerk, United States**
**Bankruptcy Court**

---

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 03/18/2026 18:10:22 | | | |
| **PACER Login:** | kholmes6411 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 3:26-bk-30471-SHB |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

United States Bankruptcy Court
Eastern District of Tennessee

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 03/17/2026 at 12:54 PM and filed on 03/17/2026.

**Uncle Nearest Real Estate Holdings, LLC**
3125 Highway 231 N
Shelbyville, TN 37160-7333
Tax ID / EIN: 84-3413208

The case was filed by the debtor's attorney:

**Kelli Danielle Holmes**
Tarpy, Cox, Fleishmann, & Leveille, PLLC
1111 N. Northshore Dr
Ste N-290
Knoxville, TN 37919
865-588-1096

The case was assigned case number 3:26-bk-30472-SHB to Judge Suzanne H. Bauknight.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.tneb.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, Howard H. Baker Jr. U.S. Courthouse, Suite 330, 800 Market Street, Knoxville, TN 37902.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Christopher Call**
**Clerk, United States**
**Bankruptcy Court**

| **Transaction Receipt** | | | |
|---|---|---|---|
| 03/18/2026 18:10:49 | | | |
| **PACER Login:** | kholmes6411 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 3:26-bk-30472-SHB |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |