# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## WINCHESTER DIVISION

FARM CREDIT MID-AMERICA, PCA,      )

     )

     Plaintiff,      )      Case No. 4:25-cv-38

     )

v.      )      Judge Atchley

     )

UNCLE NEAREST, INC., *et al.,*      )      Magistrate Judge Steger

     )

     Defendants.      )

## NOTICE OF BANKRUPTCY COURT ORDERS
## <u>DISMISSING UNAUTHORIZED FILINGS</u>

Please take notice that, on March 19, 2026, the United States Bankruptcy Court for the Eastern District of Tennessee (the "Bankruptcy Court") dismissed the attempted bankruptcy filings on behalf of Uncle Nearest, Inc., Nearest Green Distiller, Inc. and Uncle Nearest Real Estate Holdings, LLC. Attached hereto as collective <u>Exhibit 1</u> are the Orders of the Bankruptcy Court.

Dated this 19th day of March, 2026.

By:      /s/ Justin T. Campbell
           Justin T. Campbell, Bar No. 31056
           Thompson Burton PLLC
           1801 West End Avenue, Suite 1550
           Nashville, Tennessee 37203
           Voice: (615) 465-6015
           Fax:   (615) 807-3048
           Justin@thompsonburton.com

           *Counsel for Receiver*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: March 19, 2026.

/s/ Justin T. Campbell
Justin T. Campbell