| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

**RECEIVER'S NOTICE OF MARTHA'S VINEYARD APPRAISERS**

Comes now Phillip G. Young, Jr., the Court-appointed receiver herein ("Receiver"), by and through undersigned counsel, and hereby gives notice of five (5) real estate appraisers for the this estate's property in Martha's Vineyard, pursuant to this Court's Order (Doc. 177) dated March 16, 2026.

Upon receipt of the Court's Order, the Receiver asked his real estate professional, Jennifer DaSilva of Compass Realtors in Edgartown, Massachusetts to provide the information requested by the Court. Ms. DaSilva reported that it would be difficult to identify five real estate appraisers that routinely operated on Martha's Vineyard, because the majority of the work is done by two or three appraisers. Ms. DaSilva has provided a list of five appraisers, but one has recently retired. Below is the list of appraisers and the information about those appraisers Ms. DaSilva was able to gather for this Court.

1) Jeffrey Ciciora; Munsell Appraisal Service – Mr. Ciciora was born on the island and has been a full-time appraiser on Martha's Vineyard since 1998. Ms. DaSilva reports that he and Bill Cleary (below) perform approximately 90% of the appraisals on Martha's Vineyard collectively. When asked for a timeline, Ms. Ciciora asked

whether this was the property "with the lawsuits". He then declined to give a timeline, indicating that he might be unwilling to perform an appraisal.

2) Bill Cleary; Martha's Vineyard Real Estate Appraisers – Martha's Vineyard Appraisers was the first real estate appraisal company established on Martha's Vineyard. Mr. Cleary has been performing appraisals in Martha's Vineyard since 2004. He specializes in appraisals of residential, commercial, and land use. When asked for a timeline, he indicated that he could perform an appraisal in 21-28 days.

3) Matthew Bellas; Bellas Appraisal Service – Mr. Bellas is a certified residential appraiser who has been appraising property for 23 years, 10 of which has been on Martha's Vineyard. Mr. Bellas has appraised this property within the last month for the lender for the proposed buyers. Because of that, he indicated that he could provide an updated appraisal within 14 days.

4) Harlan Gibbs; Martha's Vineyard Real Estate Appraisals – Mr. Gibbs is a certified appraiser who has appraised real estate on Martha's Vineyard since 1975. When contacted about a proposed timeline for this appraisal, he did not return the telephone call.

5) Shirley Medeiros; Medeiros Appraisal Services – Ms. Medeiros is a long-time appraiser on Martha's Vineyard. However, Ms. DaSilva reports that she has recently retired. It is unclear whether she would be willing to appraise this property for the Court.

Dated this 23rd day of March, 2026.

Respectfully submitted,

/s/ Justin T. Campbell
Justin T. Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
(615) 465-6015 (phone)
justin@thompsonburton.com

Counsel for the Receiver

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: March 23, 2026.

/s/ Justin T. Campbell
Justin T. Campbell