# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **FARM CREDIT MID-AMERICA, PCA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNCLE NEAREST, INC., NEAREST** | ) | **Case No. 4:25-cv-38** |
| **GREEN DISTILLERY, INC., UNCLE** | ) | |
| **NEAREST REAL ESTATE HOLDINGS,** | ) | **Judge Atchley** |
| **LLC, FAWN WEAVER and KEITH** | ) | |
| **WEAVER,** | ) | **Magistrate Judge Steger** |
| | ) | |
| **Defendants.** | ) | |

## FARM CREDIT MID-AMERICA, PCA'S NOTICE OF NO OBJECTION REGARDING THE RECEIVER'S NOTICE OF MARTHA'S VINEYARD APPRAISERS
[Relates to Dkt. No. 182]

Pursuant to this Court's Order[1] regarding the *Receiver's Expedited Motion to Sell Real and Personal Property in Martha's Vineyard*,[2] Farm Credit Mid-America, PCA submits this notice that it has no objection to any of the proposed appraisers set forth in the *Receiver's Notice of Martha's Vineyard Appraisers*.[3]

Respectfully submitted,

*/s/ Erika R. Barnes*
Erika R. Barnes (TN Bar No. 028628)
STITES & HARBISON PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Email: ebarnes@stites.com

- and-

---

[1] Dkt. No. 177.
[2] Dkt. No. 147.
[3] Dkt. No. 182.

1

219616290_2

Demetra Liggins (admitted *pro hac vice*)
Dairanetta S. Spain (TN Bar No. 039981)
McGUIREWOODS LLP
Texas Tower
845 Texas Ave., Suite 2400
Houston, TX  77002
Telephone: (713) 353-6661
Email:  dliggins@mcguirewoods.com
      dspain@mcguirewoods.com

M. Alexandra Shipley (admitted *pro hac vice*)
McGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 849-8253
Email:  ashipley@mcguirewoods.com

*Attorneys for Farm Credit Mid-America, PCA*

Dated: March 25, 2026

2

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on March 25, 2026, a true and correct copy of the foregoing was served on all parties entitled to service via this Court's ECF/CMF system, via U.S. Mail and electronic mail upon the following:

Michael E. Collins
S. Marc Buchman
Manier & Herod, P.C.
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
mcollins@manierherod.com
mbuchman@manierherod.com

Uncle Nearest, Inc.
600 N. Main St.
Shelbyville, TN 38106

Uncle Nearest Real Estate Holdings, LLC
3125 Highway 231 N.
Shelbyville, TN 37160

Phillip G. Young, Jr.
Justin T. Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
phillip@thompsonburton.com
justin@thompsonburton.com

Lucas A. Davidson, Esq.
Oren Bitan
Tennessee Distilling Group, LLC
1 Music Circle South, Suite 300
Nashville, TN 37203
ldavidson@buchalter.com
obitan@buchalter.com

/s/ Erika R. Barnes
Erika R. Barnes

3