# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., et al., | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION OF FAWN WEAVER FOR LEAVE TO FILE SUR-REPLY TO RECEIVER'S EXPEDITED MOTION FOR SANCTIONS

Fawn Weaver, by and through her undersigned counsel, hereby requests leave to file a sur-reply to the Receiver's Expedited Motion for Sanctions (the "Motion"). In support of this motion, Ms. Weaver asserts and alleges as follows:

1.       As has become the norm in this case, the Receiver has sought relief in an initial motion with little to no factual support or legal analysis, then has sought to make new legal and factual assertions in his filed reply in an apparent effort to deprive the respondent of an ability to provide a meaningful response.  With respect to the current pleadings, as noted in the Response filed by Ms. Weaver, the Receiver's Motion makes generalized allegations with little or no specific factual assertions or legal analysis to support the requested imposition of sanctions.  In his Reply, he then proceeds to make a series of factual allegations that were not included in his initial Motion.

2.       Since Ms. Weaver has not had an opportunity to address these new assertions and allegations, Ms. Weaver requests leave to file a sur-reply to address the same. As a matter of Due Process, especially where the Receiver seeks imposition of extreme relief in the form of sanctions

and injunctive relief, Ms. Weaver should be allowed an opportunity to rebut the additional allegations and arguments that have now been raised in the Receiver's Reply.

WHEREFORE, Ms. Weaver respectfully requests that the Court authorize her to file a sur-reply with respect to the Receiver's Expedited Motion for Sanctions and grant such other and further relief as is appropriate.

Respectfully submitted,

**MANIER & HEROD, P.C.**

/s/ Michael E. Collins

Michael E. Collins (TN Bar No. 16036)
S. Marc Buchman (TN Bar No. 41598)
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
Telephone: 615-244-0030
mcollins@manierherod.com
mbuchman@manierherod.com

*Counsel for Fawn Weaver*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2026, the foregoing document was served on all parties registered to receive electronic notice via the Court's CM/ECF system and by U.S. Mail and electronic mail on the following:

Justin Campbell
Thompson Burton, PLLC
1801 West End Ave., Suite 1550
Nashville, TN 37203
justin@thompsonburton.com

*/s/ Michael E. Collins*

Michael E. Collins