**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.*, | ) | Magistrate Judge Steger |
| | ) | |
| *Defendants.* | ) | |

## <u>ORDER</u>

In recent filings, the Receiver, Phillip G. Young, Jr., has accused Defendant Fawn Weaver

of disregarding this Court's directives. [*See* Doc. 148 at 6 n.23; Doc. 161 at 1–2; Doc. 178; Doc.

183 at 2 n.2, 4–5]. This has culminated in the currently pending Expedited Motion for Sanctions

[Doc. 178] wherein the Receiver requests that the Court fine Ms. Weaver and/or her legal counsel

for (1) filing unauthorized Chapter 11 bankruptcy petitions on behalf of Defendants Uncle Nearest,

Inc., Nearest Green Distillery, Inc., and Uncle Nearest Real Estate Holdings, LLC and (2) Ms.

Weaver going on a "media blitz" regarding these petitions in continuation of "a troubling

pattern…of…ignoring this Court's orders to refrain from trying this case in the media and/or social

media."

The Court's Orders are not suggestions, and the Court takes any accusation that a party has

failed to abide by its directives seriously. Accordingly, the Court hereby **ORDERS** the Receiver

to file and serve upon all parties **<u>all</u>** materials he believes show Ms. Weaver has violated one or

more Orders of the Court. The Receiver **SHALL** file and serve these materials **on or before April**

**9, 2026**. Because Ms. Weaver has not yet had the opportunity to respond to this forthcoming

evidence, and because the Receiver requested an injunctive sanction for the first time in his reply

brief, [*see* Doc. 183 at 4–6], the Court will permit Ms. Weaver to file a sur-reply addressing these matters **on or before April 16, 2026**. Ms. Weaver's Motion for Leave to File Sur-Reply [Doc. 185] is therefore **GRANTED**.

      **SO ORDERED.**

                    */s/ Charles E. Atchley, Jr.*
                    **CHARLES E. ATCHLEY, JR.**
                    **UNITED STATES DISTRICT JUDGE**