# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., et al., | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |
| | ) | |

## LIMITED OBJECTION BY FAWN WEAVER AND KEITH WEAVER TO RECEIVER'S NOTICE OF MARTHA'S VINEYARD APPRAISERS [Dkt. 182]

Fawn Weaver and Keith Weaver, by and through their undersigned counsel, hereby provide this limited objection to the Receiver's Notice of Martha's Vineyard Appraisers:

1. Ms. Weaver asserts that Matthew Bellas and Bellas Appraisal Services is not disinterested because, as indicated in the Receiver's Notice, Mr. Bellas and his firm have been engaged by the proposed buyers' lender to appraise the Martha's Vineyard Property at issue and performed such appraisal on its behalf in conjunction with this proposed sale. Clearly, Mr. Bellas and Bellas Appraisal Service have a connection to the buyers that creates a conflict of interest or renders those entities non-disinterested with respect to engagement on behalf of the Receivership Estate.

2. The Weavers further question whether the Receiver's effort to identify appraisers that can appraise the Martha's Vineyard Property was comprehensive. Of the five appraisers listed by the Receiver, only one appears to be a valid option by the Receiver's own comments. A simple and quick "Yelp" search for "residential real estate appraisals" in Martha's Vineyard yielded numerous other potential appraisal firms, including:

1

a. Cullen Real Estate and Appraisal Company;

b. Cape Cod & Islands Appraisal Group, LLP;

c. Clancy Appraisal Company;

d. MV Appraisal;

e. Appraisal Company of Cape Cod;

f. Jeff Pennini Appraisals.

3.      Although there may be a small number of appraisers that the Receiver's real estate agent uses, the reality is that a lot of the real estate work on Martha's Vineyard comes from professionals from off of the island, in Boston, Falmouth, MA, and the greater Cape Cod area. The Weavers assert that finding appraisers to handle appraisals on Martha's Vineyard is not as difficult as the Receiver has indicated.

Respectfully submitted,

**MANIER & HEROD, P.C.**

/s/ Michael E. Collins

Michael E. Collins      (TN Bar No. 16036)
S. Marc Buchman       (TN Bar No. 41598)
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
Telephone: 615-244-0030
mcollins@manierherod.com
mbuchman@manierherod.com

*Counsel for Fawn Weaver and Keith Weaver*

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2026, the foregoing document was served on all parties registered to receive electronic notice via the Court's CM/ECF system and by U.S. Mail and electronic mail on the following:

Justin Campbell
Thompson Burton, PLLC
1801 West End Ave., Suite 1550
Nashville, TN 37203
justin@thompsonburton.com

Erika R. Barnes
Stites & Harbison, PLLC
401 Commerce St., Suite 800
Nashville, TN 37219
ebarnes@stites.com

Demetra Liggins
McGuire Woods, LLP
845 Texas Ave., Suite 2400
Houston, TX 77002
dliggins@mcguirewoods.com

Lucas A. Davidson
Tennessee Distilling Group, LLC
1 Music Circle South, Suite 300
Nashville, TN  37203
ldavidson@buchalter.com

*/s/ Michael E. Collins*
Michael E. Collins