**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

## RECEIVER'S SUPPLEMENTAL NOTICE OF MARTHA'S VINEYARD APPRAISERS

Comes now Phillip G. Young, Jr., the Court-appointed receiver herein ("Receiver"), by and through undersigned counsel, and hereby provides additional information regarding real estate appraisers for this estate's property in Martha's Vineyard, as required by and pursuant to this Court's Order (Doc. 188) dated March 31, 2026.

Upon receipt of the Court's Order, the Receiver asked his real estate professional, Jennifer DaSilva of Compass Realtors in Edgartown, Massachusetts to provide additional information regarding the willingness and availability of Harlan Gibbs, Jeffrey Ciciora, and Shelly Medeiros. Ms. DaSilva reported that Mr. Ciciora was unwilling to participate given the nature of the related lawsuit and that Mr. Gibbs and Ms. Medeiros have now retired. The Receiver submits that Mr. Bill Cleary was provided in the Receiver's initial list of Appraisers, was unopposed by the Defendants, and remains available to perform the work. His current turnaround time is twenty-one (21) days from order date. Given the recent retirement of Mr. Gibbs and Ms. Medeiros and the Defendants' objection to Mr. Bellas, the Receiver submits the below additional appraisers and information for this Court.

1) Bill Cleary; Martha's Vineyard Real Estate Appraisers (*Previously Provided*) – Martha's Vineyard Appraisers was the first real estate appraisal company established on Martha's Vineyard.  Mr. Cleary has been performing appraisals in Martha's Vineyard since 2004.  He specializes in appraisals of residential, commercial, and land use.  When asked for a timeline, he indicated that he could perform an appraisal in approximately 21-28 days.

2) Nick Fernandez; Network Realty Service – Mr. Fernandez is the owner of Network Realty Service and is located in Sandwich, Massachusetts on Cape Cod. When asked for a timeline, he indicated that he could perform an appraisal in approximately 7-10 days.

3) Tom Garrahan; Thomas Garrahan Appraisals of Cape Cod – Mr. Garrahan is a certified appraiser who has appraised real estate on Cape Cod and the islands since 1991 and has experience with residential and commercial properties.  Mr. Garrahan is located in Sandwich, Massachusetts on Cape Cod. When asked for a timeline, he indicated that he could perform an appraisal in approximately 2 weeks.

4) Neil Maloney; Hartel Realty – Mr. Maloney is a certified appraiser and is associated with Hartel Realty, which is located in Falmouth, Massachusetts on Cape Cod. When asked for a timeline, he indicated that he could perform an appraisal in approximately 21 days.

Dated this 8th day of April, 2026.

Respectfully submitted,

/s/ Justin T. Campbell
Justin T. Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
(615) 465-6015 (phone)
justin@thompsonburton.com

Counsel for the Receiver

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: April 8, 2026.

/s/ Justin T. Campbell
Justin T. Campbell