

| | |
|---|---|
| Document title: | Video by fawn \| TurboScribe |
| Capture URL: | https://turboscribe.ai/transcript/576460752401577077/video-by-fawn |
| Page loaded at (UTC): | Thu, 02 Apr 2026 15:43:04 GMT |
| Capture timestamp (UTC): | Thu, 02 Apr 2026 15:44:16 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 65.31.7.192 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Darwin (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | mnhyQveNBpzhXsDz9U2RTE |
| Display Name: | elyse |

PDF REFERENCE #: hwehtSgZ4BcKDb7WkUHYiP



EXHIBIT
1


2 of 3 daily transcriptions used

∞  GO UNLIMITED

**Shortcuts**

▦  Recent Files

**Folders**

⊞  New Folder

# Video by fawn

Apr 2, 2026, 11:43 AM

(0:00) Fam, God is so good. First of all, y'all are blowing up my DMs and my emails and just letting me know (0:10) how much you have my back, my text messages saying y'all are praying, all the rest of that stuff. I (0:15) love you.

You should know something about me though. I have no idea what y'all are talking (0:20) about a little bit, but I've never been one to believe my own press. So I've never read it when (0:25) it was good.

I don't read it when it's bad. So the only way I know when it's been like a wild (0:30) week of press is that y'all will blow me up to tell me you got my back. So I love you for that.

(0:36) But just know I started this process unbothered, unmoved. I remain unbothered, unmoved. I set out (0:44) to do something and I was very clear that I was setting out to build the next great American (0:51) brand.

Hard stop, not spirit brand, next great American brand, period. And I also said I would (0:59) be the first person to build, lead and own a spirit conglomerate that had not been founded (1:08) by, led by, owned by a white male. The moment I did that, it put a target on my back.

I already (1:13) knew that. And that's okay. When you're coming into an industry that has been gatekept since (1:19) literally before the founding of our country, you come in and you can walk through the gate (1:26) or you can let the whole world know, I'm just going to tear down the gate and everybody else (1:32) is going to come in through without a gate.

And I was real clear in saying that. So I knew what was (1:39) going to happen at some point, but make no mistake about it. And most of you have already seen this.

(1:43) What we're witnessing is literally an attempt to robbery in broad daylight. Rest assured, (1:49) it is not going to happen. You can file whatever you want.

You can say whatever you want. (1:54) But when it comes to the court, you got to get on the stand and you got to go into cross (1:59) examination. And that's when the details come out.

So this is what I will tell you. (2:05) The court, the hearing, it's on Monday, 10 a.m. in Knoxville. It's open to the public.

(2:11) So those who have such a huge interest in this, show up. I think you would be really (2:16) amazed to see the difference between what is true and what has been filed. And I've been (2:22) waiting for this day to go in the court before this judge.

Be clear. This judge is a very fair (2:28) judge. He will deal with no shenanigans.

And I've been waiting to get before him for (2:34) about five months. And I'm so excited and I'm so grateful. And I love y'all.

(2:38) Let me tell you something. Uncle Nearest Team, y'all are the truth. The way that you have stayed (2:44) focused and just keep pushing.

I love you. We started this mission together. We will finish (2:50) it together to the very end.

Love y'all. Cheers.

**Export**

🗎  Download PDF

🗎  Download DOCX

🗎  Download TXT

CC  Download SRT

⬇  Advanced Export
Export with timestamps and in more formats

**More**

☑  Show Timestamps

Ⓢ  ChatGPT
Summarize and chat with this transcript

Ⓖ  Translate
Translate this transcript to 134+ languages

🔗  Share Transcript

✏  Edit Transcript

⬇  Download Audio
1.4 MB

✏  Rename File

🗑  Delete File

**Ready to Go Unlimited?**

Video by fawn

▶  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬  02:55  🔊 ▬▬▬▬  ⚙



2 of 3 daily transcriptions used

**∞ GO UNLIMITED**

**Shortcuts**

▦ Recent Files

**Folders**

⊕ New Folder

the first person to build, lead and own a spirit conglomerate that had not been founded (1:08) by, led by, owned by a white male. The moment I did that, it put a target on my back.

I already (1:13) knew that. And that's okay. When you're coming into an industry that has been gatekept since (1:19) literally before the founding of our country, you come in and you can walk through the gate (1:26) or you can let the whole world know, I'm just going to tear down the gate and everybody else (1:32) is going to come in through without a gate.

And I was real clear in saying that. So I knew what was (1:39) going to happen at some point, but make no mistake about it. And most of you have already seen this.

(1:43) What we're witnessing is literally an attempt to robbery in broad daylight. Rest assured, (1:49) it is not going to happen. You can file whatever you want.

You can say whatever you want. (1:54) But when it comes to the court, you got to get on the stand and you got to go into cross (1:59) examination. And that's when the details come out.

So this is what I will tell you. (2:05) The court, the hearing, it's on Monday, 10 a.m. in Knoxville. It's open to the public.

(2:11) So those who have such a huge interest in this, show up. I think you would be really (2:16) amazed to see the difference between what is true and what has been filed. And I've been (2:22) waiting for this day to go in the court before this judge.

Be clear. This judge is a very fair (2:28) judge. He will deal with no shenanigans.

And I've been waiting to get before him for (2:34) about five months. And I'm so excited and I'm so grateful. And I love y'all.

(2:38) Let me tell you something. Uncle Nearest Team, y'all are the truth. The way that you have stayed (2:44) focused and just keep pushing.

I love you. We started this mission together. We will finish (2:50) it together to the very end.

Love y'all. Cheers.

**Export**

 Download PDF

 Download DOCX

Download TXT

CC Download SRT

Advanced Export
↓ Export with timestamps and in more formats

**More**

☑ Show Timestamps

 ChatGPT
Summarize and chat with this transcript

 Translate
Translate this transcript to 134+ languages

 Share Transcript

✎ Edit Transcript

⤓ Download Audio
1.4 MB

▨ Rename File

🗑 Delete File



Document title: Video by fawn | TurboScribe
Capture URL: https://turboscribe.ai/transcript/576460752401577077/video-by-fawn
Capture timestamp (UTC): Thu, 02 Apr 2026 15:44:16 GMT



Document title:     Instagram

Capture URL:     https://www.instagram.com/p/DUYgQNXjXRj/

Page loaded at (UTC):     Thu, 02 Apr 2026 05:26:11 GMT

Capture timestamp (UTC):     Thu, 02 Apr 2026 05:26:15 GMT

Capture tool:     3.20.3

Collection server IP:     100.26.230.173

Browser engine:     Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36

Operating system:     linux x64 (Node v20.18.0)

PDF length:     21

Capture ID:     w6WZqyYGWtPKfeP8KB9DBk

Display Name:     abhi

PDF REFERENCE #:     wFaMwcvjx9cRbTbFvWxTJn





**fawn.weaver** ✓
Original audio

Follow ···

**fawn.weaver** ✓ Edited · 6w
UPDATE: Oh, how good it felt to be on that stand on Monday! Finally! 🙌🏾 I received the full 6-hour hearing transcripts tonight (Wed) and will make them available in their entirety as soon as the Court clears us to do so. The judge has given both sides an opportunity to request redactions. We intend to make no such requests. We want everything made available to the public.

It's not over yet. We have a lot more filings due over the next 3 weeks. But if you read the transcripts, I believe you will be hopeful that we're about to move out of this court system we've been in for more than 6 months. Thank you for all of your prayers! Because you never gave up on us, we are confident the truth is finally about to see the light...

———

I LOVE y'all!! I'm SO excited for Monday! Feels like I've been holding my peace for forever! And it's finally time. SO grateful!

**unclenearest** ✓ 7w
🙏🏾🙏🏾🙏🏾
33 likes  Reply  ♡

**egyptsherrod** ✓ 7w
🙏🏾
16 likes  Reply  ♡

▽ **Messages**

Document title: Instagram
Capture URL: https://www.instagram.com/p/DUYgQNXjXRj/
Capture timestamp (UTC): Thu, 02 Apr 2026 05:26:15 GMT



**unclenearest** ✓ 7w
33 likes   Reply

**egyptsherrod** ✓ 7w
16 likes   Reply

**purnoire** 7w
4 likes   Reply

**portiafox5** ✓ 7w
Keep on building and leading, Sister!
4 likes   Reply

  Hide all replies

  **fawn.weaver** ✓ 7w
  @portiafox5 Thank you, Sis!
  Reply

**lilbityaya** 7w
1 like   Reply

**chez_dougs_journey** ✓ 7w
We love the @unclenearest brand and the story behind the brand! Sharing your whiskey
with family and friends at every opportunity. Asking for it at bars, restaurants, and hotels.
5 likes   Reply

  Hide all replies

  **fawn.weaver** ✓ 7w
  @chez_dougs_journey Thank you, thank you, thank you! Please continue to do that
  as it makes a difference.
  1 like   Reply

**carringtonmcarter** 7w
Godspeed! We're rooting for you!
1 like   Reply

  Hide all replies

  **fawn.weaver** ✓ 7w
  @carringtonmcarter Thank you!
  Reply

**soulchoicetheatre** 7w
Very proud of you Fawn
2 likes   Reply

**christiaanmcc_** 6w
1 like   Reply

**ronalds.coffin** 7w
ABSOLUTELY AMEN
1 like   Reply

**ronalds.coffin** 7w
HALLELUJAH, GOD!
1 like   Reply

**justcallme_qui** 7w
Totally off subject, but can we keep this lash look?! your artist did an amazing job!
2 likes   Reply

  Hide all replies

  **fawn.weaver** ✓ 7w
  @justcallme_qui Not an artist. I do my own lashes and they are always Naked
  Lashes #424. I actually glued them on facing upward a bit more than normal, total
  accident, but I think I'll do that every time moving forward.
  5 likes   Reply

  **justcallme_qui** 7w
  @fawn.weaver wow! They look professionally done and fit your eyes perfectly.
  Beautiful
  1 like   Reply

  **amazing_narava** 7w
  @fawn.weaver victory lashes
  1 like   Reply

**imcourtneyjean** 7w
I'm not sure what has recently happened, but I wanted to say that as JD enthusiast, my
husband bought your book for Christmas for me to read and omg I am LOVING not just the
history of JD and Uncle Nearest, but your story as well! So inspiring and I'm glad I came and
followed you on instagram as well. You rock
2 likes   Reply

**Messages**

Document title: Instagram
Capture URL: https://www.instagram.com/p/DUYgQNXjXRj/
Capture timestamp (UTC): Thu, 02 Apr 2026 05:26:15 GMT



@fawn.weaver victory lashes

1 like   Reply

**imcourtneyjean** 7w
I'm not sure what has recently happened, but I wanted to say that as JD enthusiast, my husband bought your book for Christmas for me to read and omg I am LOVING not just the history of JD and Uncle Nearest, but your story as well! So inspiring and I'm glad I came and followed you on instagram as well. You rock

2 likes   Reply

Hide all replies

**fawn.weaver** ● 7w
@imcourtneyjean I appreciate you!

1 like   Reply

**the_eventfullife** 7w
Sending prayers. God's got this and you.

1 like   Reply

**the1goldenboy** ● 7w
Let's Go Fawn 🙏 Keep Inspiring Through It All

2 likes   Reply

**cherylbrehmofficial** 7w
You've built an INCREDIBLE brand, one that all ethnicities can honor and appreciate! We're proud of you, keep up the good work! ❤

49 likes   Reply

View all 8 replies

**nontraditionalmommy** 7w
They have to understand the story to understand this chapter! Unbothered and excited. Can't wait to crack open my cognac cask in celebration.

2 likes   Reply

View all 1 replies

**iamnellg** 7w
Greater is he that is in me @fawn.weaver keep pushing. . #WeRideAtDawn #WRAD

7 likes   Reply

View all 1 replies

**raggstooriches** 6w

Reply

**donnamariaceo** ● 7w
See you in Knoxville. (Though my hair will not look as good as your tresses in your stories!) As per usual, getting a master class in entrepreneurship by watching and learning from your experience. Travel safely, and good luck!!

4 likes   Reply

View all 1 replies

**mearsolivia** 7w
I am currently sitting at the light on Camp Creek ,Uncle Nearest Truck is pulling the parking lot of the liquor store . Amazing

2 likes   Reply

View all 1 replies

**ajsimmons3** 7w
We support you.

2 likes   Reply

**feliciabewell** 7w
Praying for you. I would take a trip just to be in that courtroom what an amazing case study.

1 like   Reply

**rpierce_nc** 7w
Tear down the gate. May God continue to be with you

1 like   Reply

**dreabespoke** 7w
This level of confidence in where God placed you. . .seems to anger many and frightens others. I will never understand that. However, neither of which is any of our concern. I'm always praying and supporting The Weaver family and the uncle Nearest brand. That's it & That's all

22 likes   Reply

View all 2 replies

**augiethegem** 7w
I promise yall, the grace and determination should be studied

1 like   Reply

View all 1 replies

**only_one_cassidy** 7w
🥃 sipping a glass of unc as I watch this

2 likes   Reply

View all 1 replies

▽ Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/DUYgQNXjXRj/
Capture timestamp (UTC): Thu, 02 Apr 2026 05:26:15 GMT

Page 3 of 20



I promise yall, the grace and determination should be studied

1 like    Reply

View all 1 replies

**only_one_cassidy** 7w
🥃 sipping a glass of unc as I watch this

2 likes    Reply

View all 1 replies

**adnawellehcim** 7w
We have your back! Your skin looks great!

2 likes    Reply

View all 1 replies

**the_brimologist** 7w
Still making black history!

2 likes    Reply

**michelle_prov1816** 7w
... is #unclenearest still open for tours? Im out the loop

1 like    Reply

View all 1 replies

**liquiddesigns** 7w
You have much faith in a broken justice system. I pray this works out in your favor.

3 likes    Reply

View all 2 replies

**_____britt_____** 7w
I ain't hear a word you said. Your beautiful skin and teeth are distracting me.

1 like    Reply

**newprecedence** 7w
The (UN) factor; UNbothered . UNmoved. UNstoppable. It's Uncle Nearest if it's UNclear.

129 likes    Reply

View all 10 replies

**soybernardobrito** 7w
Would Ms. Weaver please explain how it is financially prudent or responsible to NOT file federal income taxes since 2018?

Reply

View all 2 replies

**richiefaus** 7w
It's not a robbery when you don't pay the damn Bills. Doesn't matter who you are. Please stop with the massive ego & blame game. In life, doesn't matter if your white, brown, Blue, or Yellow. If you don't pay business expenses, Bills etc you typically lose that privilege to own something or operate it. It's really frustrating seeing you blame everyone else.

12 likes    Reply

View all 1 replies

**stanburger67** 7w
How did court go?

Reply

View all 1 replies

**robertfstevens** 7w
Whatever. "I don't read my own press". You live to read your own press.

Reply

View all 2 replies

**stanburger67** 7w
That's not an update.

1 like    Reply

View all 2 replies

**feliciabewell** 7w
As a corporate banker, I endorse this message. This is robbery.

1 like    Reply

**stanburger67** 7w
Delusional

2 likes    Reply

**justbjessie** 7w
We LOVE guys sooo much! Keep being an inspiration! Press forward ❤

1 like    Reply

**kmack_g** 7w
Great work building the Uncle Nearest brand! Please make a stop to the Tampa/Clearwater area soon! ❤

1 like    Reply

**fjax21** 7w
Praying

Case 4:25-cv-00038-CEA-CHS    Document 190-1    Filed 04/09/26    Page 8 of 24
PageID #: 7433



1 like  Reply

**kmack_g** 7w
Great work building the Uncle Nearest brand! Please make a stop to the Tampa/Clearwater area soon! ❤️
1 like  Reply

**fjax21** 7w
Praying
1 like  Reply

**nickeymartin** 7w
Soror, we all stand with you!!! ❤❤❤
1 like  Reply

View all 1 replies

**fjax21** 7w
❤
1 like  Reply

**wvmorning_glory** 7w
Update.....please.
1 like  Reply

View all 1 replies

**doc_jdb** 7w
❤❤
1 like  Reply

**fleetwoodtizzle** 7w
Hello
1 like  Reply

**kowboy314** 7w
1 like  Reply

**_theeverydaypour** 7w
"Til the very end." That seems like it isn't that far away. The numbers don't lie. Quit making this about something it isn't. You are doing a disservice to those who are actually discriminated against. Maybe the next time you start a business, have a plan to actually pay the bills. This was an attempted robbery in broad daylight, but you aren't the victim.
5 likes  Reply

**mikethomas8845** 7w
I'm praying that you are able to recover your brand control and continue the success you started. If it's a matter of financial difficulties that must be taken care if I hope one of the Black Billionaires are able to step in and partner with you to cover the cost and invest with you as a partner. I believe the Brand has immense value, so Jay Z, Oprah, etc. look at the opportunity to partner and make a huge profit.
1 like  Reply

**bourbon_hunt** ✔ 7w
This is complete lunacy, but I would expect nothing less from a con artist. I sure hope you stay this unbothered in prison.
9 likes  Reply

**udo_okonjo** ✔ 7w
We honestly just need more courageous women. love that you are so courageous and confident. Comes from being purpose driven. ❤❤❤
46 likes  Reply

View all 1 replies

**trae_alford76** 7w
I don't know the ins and outs of your ordeal at the present moment, but to see the fight is what is commendable and will be denoted for years to come. So much has been taken from our people and your actions are indicative of strength and resilience. We live in a country that has always taken from us, and they continue to take and operate on ambiguous intentions through red tape to keep their foot on our necks!!! Well, keep fighting Queen!! CHEERS!!!!!!
2 likes  Reply

**dlist3** 7w
Great Leadership! This is impressive
3 likes  Reply

View all 1 replies

**shalenasmith** ✔ 7w
Idk what inspires me more... your confidence or your skin!!
24 likes  Reply

View all 1 replies

**anonymousjerel** 7w
This is fine sh*t on another level. Can I say that? Can I say fine sh*t here?
7 likes  Reply

View all 2 replies

**dr.elizabeth.joy** ✔ 7w

▽ Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/DUYgQNXjXRj/
Capture timestamp (UTC): Thu, 02 Apr 2026 05:26:15 GMT



**anonymousjerel** 7w
This is fine sh*t on another level. 🍷 Can I say that? Can I say fine sh*t here? 😂
7 likes    Reply

View all 2 replies

**dr.elizabeth.joy** ✓ 7w
Proud investor in you and the company. 10 toes down🙌🏾
2 likes    Reply

View all 2 replies

**richrelationshipsrefuge** ✓ 7w
I would love to meet you in person this year. The very first marriage conference that we ever went to was with your parents. Now Gil & I have served in marriage ministry for 20 years..
4 likes    Reply

View all 1 replies

**bishopmichaelbarrett** 7w
Bishop and I both are coming to Tennessee from the 17th - 20th for a conference. We would love to pay you a visit 🙂
4 likes    Reply

View all 2 replies

**lbeasley06** 7w
🙌🙌🙌
1 like    Reply

**shishib4u** 7w
#LoveYou #BayAreaBabe #DenaPride #FawnWeaver #Unbothered #Unmoved #UncleNearest #TheTruthShallPrevail #GodDontLikeUgly
1 like    Reply

**shishib4u** 7w
#IamWithYou and The Lord shall favor you in Jesus mighty name 🙏🙏
1 like    Reply

**dawifeyishere** 7w
Can't wait until your ULTIMATE VICTORY! 🙌🏾🙌🏾🙌🏾🙌🏾
1 like    Reply

**lazenmal** 7w
💜💜💜
1 like    Reply

**jamels5oh** 7w
🙏❤
1 like    Reply

**elenecelentano** 7w
Keep going Sis! ❤Cheers!🥂 Having mine today!
1 like    Reply

**sojazziehomegirl** 7w
🙌🙌🙌🙌🙌
1 like    Reply

**sojazziehomegirl** 7w
🙌 why do I feel like I am on the team? CAUSE when one of us rises we all do!!!!!!
1 like    Reply

**mylifedoula** 7w
#crossexamination
1 like    Reply

**allwayz_chillin** 7w
🙏
1 like    Reply

**sold_buy_shannon** 7w
Have your fireplace & chimney cleaned & checked out, it's backdrafting.
1 like    Reply

**betterwithbanks** 7w
You have already won Sis! Amen! 🙌🙌🙌🙌
1 like    Reply

**fhm1260** 7w
❤🙏🙏🙏
1 like    Reply

**niellzphibmba** 7w
🙏🙏
1 like    Reply

**iamlaurenpowers** 7w

▽ Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/DUYgQNXjXRj/
Capture timestamp (UTC): Thu, 02 Apr 2026 05:26:15 GMT



❤️🔥🔥🔥
1 like   Reply

**niellzphibmba** 7w
🔥🔥
1 like   Reply

**iamlaurenpowers** 7w
So well said. Lifting you up tomorrow during court! Cheers! 🥂
1 like   Reply

**amazing_narava** 7w
I want to be on those steps tomorrow before you go in. I'm training new travel advisors in the morning. But I'll be there blessing the stones in spirit. I would love to be there for the after party. God's got you. Just like every other time. Keep going! Keep going!❤️
1 like   Reply

**worlee_glover** 7w
It has been written for centuries that African Americans are the creators of wine and spirits. Read the bible
1 like   Reply

**richardmaurice** 7w
Proud 6th man! Keep going!!!
1 like   Reply

View all 1 replies

**itsbrittneycarter** 7w
We love you sis! Always got your back 🙌🏽❤️
3 likes   Reply

**doubleoobourbon** 7w
UN worth a billion when 4 Roses just sold for a mere $775 million? Nope ...
2 likes   Reply

View all 3 replies

**chaniviielle** 7w
Good to see you on my TL Auntie! 🥂Cheers im Behind you a Milllllllion Percent!🙌
2 likes   Reply

View all 1 replies

**batter_n_bowl_bakery** 7w
God is with you Soror! Praying that God will complete what you started!❤️
2 likes   Reply

View all 1 replies

**mikini_williams** 7w
Sending you love and prayers my sweet Soror! You've got this and God's got you as always! Everything is ALWAYS working out for YOU!
4 likes   Reply

View all 1 replies

**dino4thewin** 7w
We're Standing 10 Toes Down With You, Keith & Uncle Nearest!!!🥃🥃
2 likes   Reply

View all 1 replies

**paperpeacocks** 7w
Today was the first time in a few weeks you've appeared on my timeline. One thing is for sure they can't stop what God has set forth and ordained; no matter how hard they try! They don't understand who you serve and whose daughter you are. I can't wait for God to get this victory! We love you over here in the A!🖤🍷🥃 🫶 Miriam
8 likes   Reply

View all 1 replies

**alblev** 7w
You are light! Bright as the morning sun.
1 like   Reply

**winechef56** 7w
Love you back..🥰🥰🥂
1 like   Reply

**tamiejohnson** 7w
🙌🙌 let's GO! Cheers 🥂🥂
1 like   Reply

**butter___scotch11** 7w
🙌
1 like   Reply

**dawndenice_** 7w
Yaaaaasss friend 🙌🏽🙌🏽
1 like   Reply

**asunkidd** 7w

Case 4:25-cv-00038-CEA-CHS   Document 190-1   Filed 04/09/26   Page 11 of 24
PageID #: 7436



**butter___scotch11** 7w
🔥

1 like   Reply

**dawndenice_** 7w
Yaaaaasss friend 🙌🙌

1 like   Reply

**asunkidd** 7w
Still hoping you guys get your journals...

1 like   Reply

**worthy412** 7w
🔥🔥🔥🔥

1 like   Reply

**rebakelsy** 7w
🙌🙌🙌🙌🙌🙌

1 like   Reply

**americanbeauties626** 7w
Yessssss queen!! Beautiful smile. We already know what it is! Love the positive vibes, I will be there in spirit

1 like   Reply

**blackhomesandlifestyles** ✓ 7w
Yes Lord!!!

5 likes   Reply

**crprince** 7w
No idea what we're talking about? This is about the company you built — one many of us genuinely wanted to see succeed. Saying you don't know the details of what's happening in court right now is honestly mind-boggling, and it's not a great look for a CEO. I work in commercial lending and live in Shelbyville, so this hits closer to home for me than it might for others. From a financial perspective, the discrepancies being discussed are serious. Why would a court-appointed receiver risk credibility by misrepresenting factual values, especially when they're pointing out previously inflated numbers? Publicly reported revenue for 2024 was around $75M, yet actual reporting suggests closer to $41M, with projections for 2025 potentially falling below $25M. On top of that, tax returns reportedly haven't been filed since 2018. This isn't the Chuck E. Cheese ball pit where it's a game or some harmless misunderstanding — these are real financial and legal consequences affecting real people.

31 likes   Reply

  View all 15 replies

**lillyuklife_1** 7w
I will only stop buying UNC when you say so 🙌💯 Stand with you ☝

18 likes   Reply

  View all 1 replies

**akgdispatchservice** 3w
🙏🙏

Reply

**tennbamachic11** 4w
The race is not won by the swift, but he/she who endures to the end! Keep the faith and fight on!!!

Reply

**mr_chess__not_checkerz** 5w
🙌🙌🙌🙌🙌

Reply

**poshpit_bbq** 6w
Team Unc will not be moved, You will overcome every obstacle 🙌🙌🙌🙌

Reply

**sagemariecoffee** 6w
🙌🙌❤

Reply

**mojazz4u** 6w
I am tons Proud!!!! Thank You so much Sis for your transparency!!!❤🙌🙌

Reply

**selinadjoneslive** 6w
Your God is bigger! 🙌🙌

Reply

**samsunightsoul** 6w
Bad publicity is good publicity. All they're doing is building the brands identity. Every house I've walked into over the holidays has Uncle Nearest in their house. I actually feel left out not having a bottle on display in my bar. I'm definitely going to purchase tomorrow then every time I pour it for my guests, there's going to be an outstanding story about what they're drinking. Cheers!🥃

Reply

**monmyagame** 6w
Sis that's what's up

Reply

⌂  ▷  ▽  🔍  ♡  +  🧑

≡  🔲

▽ Messages

I've walked into over the holidays has Uncle Nearest in their house. I actually feel left out not having a bottle on display in my bar. I'm definitely going to purchase tomorrow then every time I pour it for my guests, there's going to be an outstanding story about what they're drinking. Cheers!

Reply

**monmyagame** 6w
Sis that's what's up

Reply

**pclhsghro** 6w
🔥🔥🔥🔥

Reply

**_nenejaiwakanda** 6w
🔥🔥🔥🔥

Reply

**luvnewmexico3** 6w
I love you !!! You deserve the best

Reply

**1_keylime** 6w
🔥🔥🔥🔥

Reply

**alisabaileycreations** 6w
I. Adore. You...and ALL of you hard work & determination.

Reply

**yaya1582** 6w
Could someone on the board of directors at Farm Credit Mid-America (who is owed money) possibly have ownership in a competing brand and is forcing a hostile takeover.. to make you sell UN? I'm sorry you are going through this. I would like to dig into the power players behind the scenes putting you in this position with a Receivership.

Reply

**mz_red_velvetpriss** 6w
🔥🔥

Reply

**hugharrington** ● 6w
🔥🔥🔥🔥🔥

Reply

**velvetsmokcigarsandent** 6w
🔥🔥🔥🔥🔥 you got this

Reply

**madmoney3535** 6w
M

Reply

**iam_taneshad** 6w
❤❤ love your confidence, your spirit, and your wonderful ability to be unbothered and unmoved! sleep well! 🙏

Reply

**bigbluebabe** 6w
🔥🔥🔥🔥🔥🔥🔥🔥

Reply

**drobins13** 6w
🙌🙌🙌🙌 in the name of Jesus. Mom and Dad are watching you 🙏🙏

Reply

**kingamun0** 6w
So we good??? Ignore the noise?

Reply

**soulciti9** 6w
You Got This @fawn.weaver

Reply

**iculook** 6w
Yes he is 🙌🙌❤

Reply

**pantheroptikonz** 6w
🙏❤🙏

Reply

**kweenafua** 6w
I have prayed for and about this situation. And I believe that God will make you victorious! In Jesus name! 🙏

Reply

**dr_jmbianda** ● 7w
As someone who is building a brand and will one day be on a national level   You are



Reply

**kweenafua** 6w
I have prayed for and about this situation. And I believe that God will make you victorious! In Jesus name! 🙏

Reply

**dr_jmbianda** ✓ 7w
As someone who is building a brand and will one day be on a national level . You are amazing ; we are learning and watching thank you .

Reply

**missremedi** 7w
🙌🙌🙌🙌🙌

Reply

**whiskey_and_woof** 7w
👏👏

Reply

**mmmc_1314** 7w
We love the brand and thankful for the outcome. As my daddy taught us growing up, pray about it and give God the Praise, for it is already done. Amen! Please let us know your tour schedule. We recently moved back home to Tennessee and want to visit when you are present. As I say to others, this is Black History. You are Black History. Thank you!

Reply

**whatasillynegro** 7w
WASN

Reply

**robertfstevens** 7w
Blame your problems on other people as if they are out to get you. This is all on your watch.

Reply

**shejustbeliving** 7w
🙏

Reply

**petworthcigars** 7w
Standing with you! 🙌 Barrell #4202 @petworthcigars WD C
1 like  Reply

View all 1 replies

**shufflinalongllc** 7w
🙌🙌🙌🙌🙌
1 like  Reply

**derrickl.solomon** ✓ 7w
#A1Day1 here…. Shoutout to the OG #meangreen team! #LetHerLive
2 likes  Reply

View all 1 replies

**littlestemacademy** 7w
Put It All On God: 1 Peter 5-7
1 like  Reply

**baddawgent** 7w
Great radio voice .
1 like  Reply

**drkeith3** 7w
We stand with you. Keep winning.
1 like  Reply

**wkizzie** 7w
Praying for you... would love some guidance whenever you get some time about my patent pending new consumer coverage in the trillion dollar a year auto industry(4yrs in the making-launched 2026). There hasn't been any consumer financial benefit innovation in the industry since the 20th century. Our stories have the same beginnings and will more than likely face similar struggles. We @yourcoprotects are in a position to create hundreds of new millionaires with our new multi-state consumer protection with just minimal success, but as you know... the road is never straight forward with us. I have reached out before in your DM's and through mutual friends. I hope to meet you soon. You are right not to be bothered. What god has for you, is yours 🙌 I'm just up the street... 2nd generation Fisk Grad, 3rd generation Nashvillian, 3rd generation Nupe 💙 and 1st generation serial entrepreneur. -Continued Blessings 🙏
YOURCO INNOVATIONS INC (Click link to see DPIC 🙏 and see how YourCo will Revolutionize the way cars are bought and sold in America)
https://www.yourcoinnovations.com/

Reply

**reshema_mountain** 7w
And she's doing it with flawless skin 🙌🙌
1 like  Reply

**kennylewis238** 7w
May prayers be with you and your team 🙏
1 like  Reply

◁ Messages



**reshema_mountain** 7w
And she's doing it with flawless skin 🙌
1 like  Reply

**kennylewis238** 7w
May prayers be with you and your team 🙏
1 like  Reply

**hellagoodwater1** 7w
Amen 🙏🙏🙏🙏🙏
1 like  Reply

**theslappymcdougallguy** 7w
🙏🙏🙏🙏👏
1 like  Reply

**naturalfeelings92** 7w
❤️❤️❤️
1 like  Reply

**latoyasgiftbaskets** 7w
🙏🙏🙏🙏
1 like  Reply

**cabralmiller** 7w
🙏🙏
1 like  Reply

**jenkinssr.steven** 7w
🙏🙏❤️❤️🙏🙏 You got All of this I've been here from the beginning and have been pushing your brand from the beginning since I sea the article in the whiskey magazine ❤️❤️100 percent behind you and your brand ❤️❤️🙏🙏🙏🙏🙏🙏🙏🙏🙏
1 like  Reply

View all 1 replies

**ljnewton5** 7w
You don't know how you motivated me to keep pushing on when I was down. I still have dreams and goals to be met but I am back on track! Reading your story, buying your book and not only supporting the business but spreading the word about Uncle Nearest. Taste speaks for itself 🙌🙌🙌
1 like  Reply

View all 1 replies

**1b.nicole** 7w
You are so inspiring!
1 like  Reply

**jessiehatch** 7w
🙏
1 like  Reply

**smswinner** 7w
❤️❤️❤️
1 like  Reply

**stephmeyers24** 7w
Still so proud to be selling your product in Indiana with RNDC and best of luck to you on Monday! You got this girl!!❤️🙌
1 like  Reply

View all 1 replies

**itsonlyro_** 7w
Standing With You Sis!!!!! 🙌🙌🙌🙌🙌
1 like  Reply

**gentle.livity** 7w
For I know the plans I have for you," declares the Lord, "plans to prosper you and not to harm you, plans to give you hope and a future.
1 like  Reply

**whitelivescare** 7w
🙏🙏🙏🙏🙏
1 like  Reply

**campcreekworldofbeverage** 7w
Amen!
1 like  Reply

**tsmart.official** 7w
I'm rooting for Fawn. You'll be back on Monday to share your victories
1 like  Reply

**georgie203** 7w
This is great news! But @fawn.weaver did you ever drop that skin routine because WOW... flawless 🙌
1 like  Reply

Document title: Instagram
Capture URL: https://www.instagram.com/p/DUYgQNXjXRj/
Capture timestamp (UTC): Thu, 02 Apr 2026 05:26:15 GMT



**tsmart.official** 7w
I'm rooting for Fawn. You'll be back on Monday to share your victories
1 like  Reply

**georgie203** 7w
This is great news! But @fawn.weaver did you ever drop that skin routine because WOW... flawless 😊
1 like  Reply

View all 2 replies

**sweet_ts_physique** 7w
True Boss ❤
1 like  Reply

**ali_jr25** 7w
❤always with you!!!
1 like  Reply

**thereaper_1760** 7w
I rock with you
1 like  Reply

**crystalnewble1908** 7w
1 like  Reply

**queenzahrah94** 7w
1 like  Reply

**ndanjadavis** 7w
Peace of mind in the middle of a storm is a different kind of collateral beauty — like the courage of Mamie Till-Mobley, who chose to open the casket of her son, Emmett Till, so the world could finally see what was done to her baby.
1 like  Reply

View all 1 replies

**shalamoor_bey** 7w
C'mon Fawn Weaver!!! You GOT THIS AND WE, your customers, KNOW YOU GOT THIS!!! GO GET'EM!!!!!!!!!
1 like  Reply

View all 1 replies

**vbp06believe** 7w
Proverbs 3:5-6
It is well
1 like  Reply

**bmines82** 7w
Yes you kicked the door off the hinges. Now we have a blueprint on how to get in the game. THANK YOU
1 like  Reply

View all 1 replies

**pz1933** 7w
Thanks for bringing you back to my FYP
1 like  Reply

**mr_coffeefasho** 7w
Press on Queen
1 like  Reply

**B.pcg** 7w
❤
1 like  Reply

**littlelulupate** 7w
❤
1 like  Reply

**tonythecarguyla** 7w
1 like  Reply

**edouardojordan** ✓ 7w
Power to the people. Respect to you.
2 likes  Reply

**firegirl25_** 7w
Preach!!!
1 like  Reply

**ugotgod** 7w
#WontHeDoIt
1 like  Reply

Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/DUYgQNXjXRj/
Capture timestamp (UTC): Thu, 02 Apr 2026 05:26:15 GMT

Page 12 of 20

Case 4:25-cv-00038-CEA-CHS    Document 190-1    Filed 04/09/26    Page 16 of 24
PageID #: 7441



**firegirl25_** 7w
🔥🔥🔥 Preach!!!
1 like  Reply

**ugotgod** 7w
🙌 #WontHeDoIt 🙏🏾🙏🏾 ⚡ 🔥🔥🔥🔥🔥🔥
1 like  Reply

**lynn.field.313** 7w
We stand by Uncle Nearest team 🔥🔥🔥🔥🔥
1 like  Reply

View all 1 replies

**mr_larryc** 7w
Keep smashing down these barriers they are trying to put up 🔥🔥🔥🔥🔥
1 like  Reply

**dubinfinite** 7w
🔥🔥🔥🔥🔥🔥🔥
1 like  Reply

**theatrain2323** 7w
🔥🔥🔥🔥🔥
1 like  Reply

**18tiki** 7w
🥂cheers / I have some in my cabinet! We ain't stressed- We blessed! Amen 🙏🏾🙏🏾🙏🏾
1 like  Reply

**tasha_luv3** 7w
Standing on business 💪🏾 "Ain't gone let nobody turn me around." ❤️💪🏾❤️
1 like  Reply

**shelleemendes** 7w
🔥
1 like  Reply

**fiftyshadesofsmoke** 7w
🔥❤️🔥
1 like  Reply

**natasha.holmes.1232** 7w
Praying for you and love you madly. I know you got this!
1 like  Reply

**myst3rice** 7w
🙏🏾 God be with you and your company
1 like  Reply

**graffitivintage** 7w
That skin and smile is FLAWLESSSSSSSS.....
1 like  Reply

**alexandra_w_page** 7w
"Unbothered and Unmoved" let your light shine and let your character stand in the face of adversity! 🙌🏾
1 like  Reply

**bowmanbond** 7w
🔥🔥🔥
1 like  Reply

**regking21** 7w
🔥🔥🔥🔥🔥🔥🔥
1 like  Reply

**thetwixconnoisseur** 7w
This post must be right on cue. Just saw an article by the Independent....Iconic whiskey brand set to declare Chapter 7 liquidation
Reply

View all 3 replies

**toniluempire** 7w
God bless and much success
1 like  Reply

**relentlessaaron** 7w
Love the smile. The fireplace has competitin🔥
1 like  Reply

**adixon9178** 7w
Love you Soror!
1 like  Reply

View all 1 replies

**francineaustin_** ✅ 7w
🔥🔥🔥

Document title: Instagram
Capture URL: https://www.instagram.com/p/DUYgQNXjXRj/
Capture timestamp (UTC): Thu, 02 Apr 2026 05:26:15 GMT



1 like  Reply

**adixon9178** 7w
Love you Soror!
1 like  Reply

View all 1 replies

**francineaustin_** ✔ 7w
🤍🤍
1 like  Reply

**svg_empress** 7w
I love Uncle Nearest. We keep it in stock. Wishing you the best in everything.
5 likes  Reply

View all 1 replies

**emosley002** 7w
Good luck 🙏
1 like  Reply

**thereal312tj** ✔ 7w
❤️🙏❤️
1 like  Reply

**vincent7848** 7w
I am on board, be blessed.
1 like  Reply

**memehinton14** 7w
🙌🙏🙏🙏
1 like  Reply

**chastay35** 7w
❤️🙏❤️🙏🙏
1 like  Reply

**nicolblakewright** 7w
Let's gooooo Soror! Prayers on top of prayers.
1 like  Reply

View all 1 replies

**hoopsdiva68** 7w
🙏
1 like  Reply

**yvonnegly** 7w
We Love ,Love you and your Hubby ❤️❤️❤️🙏🙏🙏
1 like  Reply

**paulsturkey** 7w
Thank you for this clarification post!
1 like  Reply

**lydelb** 7w
My God! Continue to operate in the spirit! I rock with you in prayer 🙏🙏
1 like  Reply

**velvetishere** 7w
❤️
1 like  Reply

**chip_bbs_boy** 7w
We got your back
1 like  Reply

**craigontap** 7w
😶 delulu
Reply  See translation

**iamsoniabooker** 7w
Unbothered and Unmoved 🙌a whole word we all can use - keep going 🙌
2 likes  Reply

**urbynbella** ✔ 7w
So glad my algorithm found its way back to you. Your light and your smile...never, ever let it fade!! ❤️🙏
1 like  Reply

View all 1 replies

**cookiefacecosmetics** 7w
Is there any Uncle Nearest in stock in my town? H-town (Houston, Texas)? I don't usually drink, but when I do, it's gonna be a brand with some 🙏 in it's belly!!! Keep pushing! Keep pushing! 🙏 @cookiefacecosmetics is praying for you!
1 like  Reply

View all 1 replies

Messages



**cookiefacecosmetics** 7w
Is there any Uncle Nearest in stock in my town? H-town (Houston, Texas)? I don't usually drink, but when I do, it's gonna be a brand with some 🥃 in it's belly!!! Keep pushing! Keep pushing! 🙌 @cookiefacecosmetics is praying for you!
1 like Reply

View all 1 replies

**momzonamissionglobal** 7w
@thebookacademy got your back, holding you up Sis!
1 like Reply

**iambayyanna** 7w
❤️🙏
1 like Reply

**penney_girl** 7w
🙏🏾🙏🏾
1 like Reply

**mrsbmw007** 7w
Finally seeing your posts again! Praying for you Monday!! 🙏
1 like Reply

View all 1 replies

**naturegirl10** 7w
#YouGotThis, Fawn!! #UncleNearest!!! 🥃🥃❤️❤️🙏🏾#Love&Whiskey🥃🥃
1 like Reply

**mrsbmw007** 7w
🙏🏾🙏🏾🙏❤️❤️
1 like Reply

**sharieharris_** 7w
Ase ase ase
1 like Reply See translation

**msdianaagu** ✓ 7w
You already won! And we remain proud of you 🙌🏾🙌🏾. Keep smiling! That annoys them 😂😂
God is forever on your side! 🙏🏾❤️
1 like Reply

**mischainspires** ✓ 7w
We love you, Fawn! Your spirit and focus is second to none.
5 likes Reply

View all 2 replies

**abantebeauty** 7w
❤️❤️❤️❤️❤️❤️🙏🏾🙏🏾🙏🏾
1 like Reply

**mysticvirgomoon25** 7w
🙏❤️
1 like Reply

**drgretagf** 7w
🙏🏾🙏🏾
1 like Reply

**laticia.rolle** ✓ 7w
Lashes🙏beauty!
1 like Reply

View all 1 replies

**auntiemortgagegroup** 7w
🙏🏾
1 like Reply

**thecalebminter** 7w
🙏🏾🙏🏾
1 like Reply

**queendc908** 7w
🙏🏾🙏🏾🙏🏾
1 like Reply

**therealycdadon** ✓ 7w
🙏🏾🙏🏾🙏🏾
1 like Reply

**quantumkreator** 7w
🙏🏾🙏🏾🙏🏾
1 like Reply

**sandradorsey450** 7w
🙏🏾🙏❤️

🔖 Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/DUYgQNXjXRj/
Capture timestamp (UTC): Thu, 02 Apr 2026 05:26:15 GMT



1 like   Reply

**quantumkreator** 7w
🙌🏾🙌🏾🙌🏾🙌🏾
1 like   Reply

**sandradorsey450** 7w
🙌🏾🙌🏾❤️
1 like   Reply

**zonneb** 7w
🙏🏾🙏🏾🙏🏾🙌🏾❤️❤️🙏🏾🙌🏾
1 like   Reply

**denisesaidit7** 7w
We support you fully Soror!
1 like   Reply

**aiden_burrows** 7w
❤️🫶
1 like   Reply

**arainamonet** 7w
🙌🏾🙌🏾🙌🏾
1 like   Reply

**terencedhunter** 7w
🙏🏾🙏🏾
2 likes   Reply

**sippie_writer** 7w
🙏🏾❤️🙌🏾🙌🏾
1 like   Reply

**onjeinika.richardson** 7w
Prayers up for you and the team❤️
1 like   Reply

**mack.james2** 7w
Love you back lady and Uncle Nearest!!!!
1 like   Reply

View all 1 replies

**alexmutambudzi** 7w
Rooting for you ❤️
1 like   Reply

**cecgram100** 7w
With You All Always…
F All The Other Bullshhhheeeeet!
Reply

**bishopmichaelbarrett** 7w
That's right and we're praying for you. 🙏🏾
1 like   Reply

**darrylbledsoejr** 7w
We are still here, and will always be. 🙏
1 like   Reply

**jhmoorebbqandcatering** 7w
I haven't forgot your bread!!!
1 like   Reply

**plentyofvino** 7w
🙏🏾🙏🏾🙏🏾🙏🏾🙏🏾🙏🏾🙏🏾🙏🏾🙏🏾🙏🏾🙏🏾🙏🏾🙏🏾🙏🏾
1 like   Reply

**odunjocopeland** 7w
We've got you mam! 🙏
1 like   Reply

**mlarkin1009** 7w
🙌🏾🙌🏾🙌🏾
1 like   Reply

**bey_and_el** 7w
@harrismaurice014
1 like   Reply

**allthingscelebritychefkymmis** 7w
❤️🫶
1 like   Reply

Messages

**f_myles** 7w
STAND on BUSINESS 🫡
Reply

Document title: Instagram
Capture URL: https://www.instagram.com/p/DUYgQNXjXRj/
Capture timestamp (UTC): Thu, 02 Apr 2026 05:26:15 GMT



1 like  Reply

allthingscelebritychefkymmis 7w
❤️
1 like  Reply

f_myles 7w
STAND on BUSINESS
Reply

lahhnee 7w
Do the damn thang Fawn. We know God don't play when it come to you.
1 like  Reply

View all 1 replies

iam_drnikki 7w
❤️❤️❤️❤️❤️
1 like  Reply

chelseapava20 7w
1 like  Reply

nicholeaustion 7w
❤️❤️
1 like  Reply

justpearl_1221 7w
These folks really don't like that you're as successful as you are!!! They will do and say
anything to tear you down. It's not going to work not now not ever!!!
1 like  Reply

alovely_aquarius 7w
1 like  Reply

alfred22781 7w
1 like  Reply

befanessed 7w
I keep seeing men come for you especially white men. It bothers them when you know how
to go toe to toe! Once you cross the finish line the silence will be louder than all the noise.
1 like  Reply

jr.oscarpete 7w
POWER  PLAY
1 like  Reply

flemingsheryl 7w
You're like family to us and know that we will continue to have your back. We've seen this
movie before and we're going to just let God and the true facts cook!!
1 like  Reply

britbrat_cole 7w
Till the wheels fall off and then we will still make moves
1 like  Reply

mrhealthcare 7w
1 like  Reply

hugginsdg 7w
Keep up the good fight lady.
1 like  Reply

kuriakos 7w
loving the journey
1 like  Reply

divaduke1922 7w
White People Love Stealing! It's unfortunate but TRUE! Stay Strong and Continue Fighting
❤️
Reply

iamtiff_tenae 7w
❤️
1 like  Reply

wokeandwilling 7w
In Fawn, we trust!
1 like  Reply

gregimitchjr 7w
We love you @fawn.weaver !!
1 like  Reply

threaded_designs ✓ 7w

Messages

1 like   Reply

**greglmitchjr** 7w
We love you @fawn.weaver !!

1 like   Reply

**threaded_designs** ✓ 7w
You've done so well with the negative press. I'm praying it works out in your favor! May no weapon formed against you prosper!❤

1 like   Reply

**stuckey7165** 7w
‼️❤🥂

1 like   Reply

**r.brown42080** 7w
Before you started talking I was moved by your big confident smile, then you spoke and it was evident you are confident in what is about to happen in your favor in the courts. The very best to you and your team. I have my Uncle Nearest on the rocks.

1 like   Reply

**guitardave504** 7w
We got you!!! 🙏❤

1 like   Reply

**dr_intrinsicqualities1906** 7w
@fawn.weaver
Keep pressing forward, your continuous momentum in the spirit industry has them angry and your ordination of being chosen to raise the bar in the market can't be denied because of he who's blessed you for this task.
#Ayyyyyyye🥂

1 like   Reply

**blackexcellist** 7w
This was very inspirational. May God continue to bless Uncle Nearest and the leadership team.

3 likes   Reply

**toniaisley** 7w
We are with you 🤎🤎

1 like   Reply

**traceedst**



Reply

**mhd.realtor** 7w
Thank you gracing us 🤎
Bought a bottle Monday night 🥃🥃 looks like it time to #cleartheshelves ....🥃AGAIN, JUST in time for Monday's victory lap 🥃🥃🥃

3 likes   Reply

View all 1 replies

**wendycb** 7w
Sis 👏🏾👏🏾👏🏾👏🏾👏🏾👏🏾

Document title: Instagram
Capture URL: https://www.instagram.com/p/DUYgQNXjXRj/
Capture timestamp (UTC): Thu, 02 Apr 2026 05:26:15 GMT



Thank you gracing us 🙏
Bought a bottle Monday night ..... looks like it time to #cleartheshelves .....🙌AGAIN, JUST in time for Monday's victory lap 🥂🥃🍸

3 likes  Reply

View all 1 replies

wendycb 7w
Sis 🤎🤎🤎🤎🤎🤎
1 like  Reply

flemink1 7w
You got this, Soror!❤
1 like  Reply

cynthia_nevels 7w
Today was the first you appeared on my timeline in a long time and I am happy to see you. Your case study offers a masterclass in resilience and focus. I just said yesterday I hope you all fight tooth and nail for what YOU built and God gave you. 🙏 We know what this is and we aren't blind nor stupid. I wish we could have a holiday just for UNCLE NEAREST 🥃🥃🥃
61 likes  Reply

View all 4 replies

ari_eluz 7w
We ain't going nowhere 🤎🤎🤎
1 like  Reply

_qjones 7w
We love you sis!! 🤎🤎❤
1 like  Reply

legacypourpromotions 7w
🤎🤎
1 like  Reply

sirryankineriii 7w
🙌🙌🙌🙌🙌🤎🤎
1 like  Reply

yholbrook1 7w
🙌 your due season is here🙌
1 like  Reply

helpmademillionaire 7w
🤎🤎🤎
1 like  Reply

coffeerendezbrew 7w
We love you @fawn.weaver ❤❤❤ the People's CEO!!!
2 likes  Reply

View all 1 replies

smokeasyblog 7w
She said unbothered and unmoved - and I will add unfuckwitable....🤎🤎🤎🤎🤎
Reply

rainiki1 7w
No weapon formed against me shall prosper / Isaiah 54:17 🙌❤🙏
1 like  Reply

2klickz 7w
I wish I was there!!!
1 like  Reply

cavinrw 7w
🤎🤎🤎🤎
1 like  Reply

mzjordan_8 7w
That's right Fawn. No weapon formed against you will prosper......✨✨
1 like  Reply

anthonymichaelsbrand ✓ 7w
🤎🤎🤎🤎🤎
1 like  Reply

jn_western 7w
🤎🤎🤎
1 like  Reply

fromthekamp 7w
I'll be going to get more this weekend 🍸
3 likes  Reply

View all 2 replies

ronniekk1 7w
Still, 10 toes down 🖤

Messages



**fromthekamp** 7w
I'll be going to get more this weekend 🙌
3 likes   Reply

View all 2 replies

**ronniekk1** 7w
Still, 10 toes down 🖤
1 like   Reply

View all 1 replies

**kjsunday** 7w
Riding with @fawn.weaver and @unclenearest til the wheels fall off 🙌🏾
1 like   Reply

View all 2 replies

**queen_amun_ra** ✔ 7w
We love your amazing spirit❤
2 likes   Reply

**peicy37** 7w
Stand Strong Fawn. God Be with you. Weapons may form but shall not Prosper
Reply

**flaverytm** 7w
🙏🙏🙏
2 likes   Reply

**coachlawanna_lifelaunch** 7w
Monday. 10am. Got it. On it.🙌🏾 #thepeoplesceo
1 like   Reply

**gabreena30** 7w
🙏🏾🙏🏾🙏🏾❤❤❤️
1 like   Reply

**wrecked2001** 7w
We will be back soon!
2 likes   Reply

View all 1 replies

**datdamnleo818** 7w
For some reason, you weren't coming up on my timeline; and I thought "what happened to fawn"? Then I went onto your page and saw that you posted a few videos. They trying to keep us separated. I was ready to go to war about Mrs fawn and uncle nearest. Somebody tell them algorithms to stop playing 'for it become a problem! Glad you're good Mrs Weaver. 🙏
5 likes   Reply

View all 1 replies

**sonnythebarber** 7w
I ain't switching up! EVER! Rolling with you sis! 🙌🏾
3 likes   Reply

View all 1 replies

**ghinius__** ✔ 7w
Love you, Fawn! Confidently standing in truth & staying focused. Got your back, sis! ♥🏾
3 likes   Reply

View all 1 replies

**truebulldog1924** 7w
No weapons formed against you shall prosper. We stand with you.
1 like   Reply

**missroyal_bynature** 7w
I hear you.
And, also, your lashes!
You really are God's favorite; your face is perfection. Teeth, brows... 🙌🏾
🙏 ALL THE BEST TO YOU, Sis.
7 likes   Reply

View all 3 replies

**blueoneder13** 7w
No weapon formed against you shall prosper 🙏
1 like   Reply

**tscottfinancials** 7w
First of all!!! You look great! And, I'm glad you don't consume social media news! I know that this too shall pass for you, and victory is yours!!
1 like   Reply

**jaygee50** 7w
The court spoke My Dear. I can't see how you sleep at night. But keep being you. If you are the leader you say you are then you should have known everything that was going on in your company. Why are you blaming your CFO? Didn't he report to you? Hello Netflix and American Greed! Going to be some good television

☑ Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/DUYgQNXjXRj/
Capture timestamp (UTC): Thu, 02 Apr 2026 05:26:15 GMT