**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

## RECEIVER'S NOTICE OF MANUAL FILING OF VIDEO EXHIBITS

**COMES NOW** the court-appointed receiver herein, Phillip G. Young, Jr. ("Receiver"), by and through undersigned counsel, and provides this Notice of Manual Filing of Exhibits (the "Manual Notice") related to the Receiver's Notice of Exhibits to the Receiver's Expedited Motion for Sanctions and Other Violations of the Court's Orders (Notice of Exhibits)(Docket No. 190) filed concurrently with this Manual Notice. The Manual Notice contains seven (7) video files that are to be included with the Notice of Exhibits but cannot be uploaded into the Court's CM/ECF system. A description of the manual filed exhibits are as follows:

Exhibit 8[1] – Video file of February 5, 2026 Instagram Video posted by Fawn Weaver (@fawn.weaver)

Exhibit 9 – Video file of February 12, 2026 Instagram Video posted by Fawn Weaver (@fawn.weaver). Video 1 of 3 of Mrs. Weaver's "Heist of Uncle Nearest series"

Exhibit 10 – Video file of February 12, 2026 Instagram Video posted by Fawn Weaver (@fawn.weaver). Video 2 of 3 of Mrs. Weaver's "Heist of Uncle Nearest series"

---

[1] The exhibit numbering herein is a continuation of the exhibit numbers associated with the Notice of Exhibits filed with the Court (Docket No. 190).

Exhibit 11 – Video file of February 13, 2026 Instagram Video posted by Fawn Weaver (@fawn.weaver). Video 3 of 3 of Mrs. Weaver's "Heist of Uncle Nearest series"

Exhibit 12 - Video file of March 17, 2026 Instagram Video posted by Fawn Weaver (@fawn.weaver).

Exhibit 13 – Video file of Sonjie D TikTok post of Mrs. Weaver speaking at CIAA conference in Baltimore, Maryland. Video 1 of 2.

Exhibit 14 – Video file of Sonjie D TikTok post of Mrs. Weaver speaking at CIAA conference in Baltimore, Maryland. Video 2 of 2.

Dated this 9th day of April, 2026.

By:     /s/ Justin T. Campbell
        Justin T. Campbell, Tn. Bar No. 31056
        Thompson Burton PLLC
        1801 West End Avenue, Suite 1550
        Nashville, Tennessee 37203
        Voice: (615) 465-6015
        Fax:    (615) 807-3048
        Justin@thompsonburton.com

        *Counsel for Receiver*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's ECF system and the foregoing document, and the related video file exhibits, were served via electronic mail on the following parties:

Michael E. Collins
Manier & Herod
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
mcollins@manierherod.com

Lynn Tarpy
Kelli D. Holmes
Tarpy, Cox, Fleishman & Leveille, PLLC
Landmark Center North Tower
1111 N. Northshore Drive, Suite N-290
Knoxville, TN 37919
ltarpy@tclfattorneys.com
kholmes@tcflattorneys.com

M. Alexandra Shipley
MCGUIRE WOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
ashipley@mcguirewoods.com

Erika R. Barnes
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
ebarnes@stites.com

Demetra Liggins
Dairanetta S. Spain
MCGUIREWOODS LLP
Texas Tower
845 Texas Avenue, Suite 2400
Houston, TX 77002
dliggins@mcguirewoods.com
dspain@mcguirewoods.com

I further certify that a true and correct copy of the foregoing video file exhibits was provided to the U.S. District Court Clerk via Federal Express overnight mail to:

U.S. District Court Clerk
900 Georgia Avenue
Chattanooga, Tennessee 37402

This 9th day of April 2026.

/s/ Justin T. Campbell
Justin T. Campbell