| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| *Defendants.* | ) | |

## ORDER

On April 8, 2026, the Receiver, Phillip G. Young, Jr., filed a Supplemental Notice of Martha's Vineyard Appraisers [Doc. 189] proposing four candidates to appraise the real property located at 10 Codman Spring Road, Edgartown, Massachusetts and all personal property located therein (collectively the "Martha's Vineyard Property"). Plaintiff Farm Credit Mid-America, PCA, Defendant Fawn Weaver, and Defendant Keith Weaver had until April 13, 2026, to object to any of these proposed candidates. [*See* Doc. 188 at 2]. That date has passed, and no objections have been filed.[1] Accordingly, the Court hereby **ORDERS** the following:

1. In accordance with 28 U.S.C. §2001(b), Bill Cleary of Martha's Vineyard Real Estate Appraisers is hereby **APPOINTED** to appraise the Martha's Vineyard Property;

2. In accordance with 28 U.S.C. § 2001(b), Tom Garrahan of Thomas Garrahan Appraisals of Cape Cod is hereby **APPOINTED** to appraise the Martha's Vineyard Property;

---

[1] Defendants Fawn and Keith Weaver previously objected to one of the potential appraisers originally proposed by the Receiver, Matthew Bellas of Bellas Appraisal Services. [Doc. 187]. However, it is unnecessary for the Court to rule on the merits of this objection as there are now a sufficient number of unobjected to appraiser candidates for the Court to appoint three appraisers as required by statute. Accordingly, the Objection [Doc. 187] is **OVERRULED AS MOOT**.

3. In accordance with 28 U.S.C. § 2001(b), Neil Maloney of Hartel Realty is hereby **APPOINTED** to appraise the Martha's Vineyard Property;

4. The appraisers listed *supra* Paragraphs 1 through 3 (collectively the "Appraisers") shall be deemed "Receiver Representatives" as that term is defined in Paragraph 10(c) of the Order Appointing Receiver [Doc. 39] and shall be entitled to all the rights, powers, and protections afforded to Receiver Representatives under the Order Appointing Receiver. The Appraisers shall be compensated in accordance with Paragraph 21 of the Order Appointing Receiver;

5. **On or before May 12, 2026**, the Appraisers shall submit written reports detailing their appraisals of the Martha's Vineyard Property to the Receiver. The Receiver shall file these reports with the Court **on or before May 13, 2026**.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

2