**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

**RECEIVER'S NOTICE OF APPRAISALS**

Comes now Phillip G. Young, Jr., the Court-appointed receiver herein ("Receiver"), by and through undersigned counsel, and hereby attaches copies of appraisals performed by the three Court-appointed appraisers of property located at 10 Codman Spring Road, Edgartown, Massachusetts (the "Property").

On February 25, 2026, the Receiver filed an Expedited Motion to Sell Real and Personal Property in Martha's Vineyard (Doc. 147) (the "Sale Motion"), in which the Receiver sought permission to sell the Property and its furnishings to a third party for $2,595,000. On March 5, 2026, Grant Sidney, Inc., Fawn Weaver, and Keith Weaver (collectively the "Respondents") objected to the relief sought in the Sale Motion by filing their Response in Opposition to the Receiver's Expedite Motion to Sell Real and Personal Property in Martha's Vineyard (Doc. 163) (the "Objection"). On March 16, 2026, the Court entered an Order (Doc. 177) which cited 28 U.S.C. § 2001(b) and prescribed a process by which it would appoint three disinterested real estate appraisers to appraise the Property to ensure that the proposed sale price is at least 2/3 of the appraised value of the Property. After a series of filings by the Receiver and the Respondents concerning the identification of the three independent appraisers (*see* Doc. 182, 187, and 189),

the Court entered an Order (Doc. 193) on April 14, 2026, appointing three appraisers to appraise the Property: Bill Cleary of Martha's Vineyard Real Estate Appraisers; Tom Garrahan of Thomas Garrahan Appraisals of Cape Cod; and Neil Maloney of Hartel Realty. The Court directed the Receiver to gather the three appraisals and to submit them to the Court on or before May 13, 2026.

Attached hereto as collective <u>Exhibit A</u> are the three Court-ordered appraisals. As the Court will see, all three appraisals valued the Property at $2,600,000. Therefore, the proposed sale price of $2,595,000 is 99.8% of the appraised value reached by all three Court-appointed appraisers.

WHEREFORE, the Receiver renews his request that the Court grant his Sale Motion and approve the sale of the Property.

Dated this 11th day of May, 2026.

Respectfully submitted,


/s/ Justin T. Campbell
Justin T. Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
(615) 465-6015 (phone)
justin@thompsonburton.com

Counsel for the Receiver

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: May 11, 2026.

/s/ Justin T. Campbell
Justin T. Campbell