**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

### NOTICE OF ADDITIONAL PROFESSIONAL RETAINED BY RECEIVER

Comes now Phillip G. Young, Jr. (the "Receiver"), the court-appointed receiver in this matter, by and through counsel, and hereby submits this Notice of Additional Professional Retained by Receiver pursuant to Paragraph 10(c) of the Order Appointing Receiver. The Receiver hereby states that he has retained Sims Funk PLC to advise the Receiver on responding to a federal investigation.

Respectfully Submitted,

/s Justin T. Campbell
Justin T. Campbell, Tn Bar No. 031056
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Voice: (615) 465-6015
Fax:   (615) 807-3048
Email: justin@thompsonburton.com

*Counsel for Receiver*

### CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: May 26, 2026.

/s/ Justin T. Campbell
Justin T. Campbell