# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:25-cv-38 |
| | ) |
| v. | ) Judge Atchley |
| | ) |
| UNCLE NEAREST, INC., et al., | ) Magistrate Judge Steger |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEAL

Grant Sidney, Inc., Fawn Weaver and Keith Weaver, by and through their undersigned

counsel, hereby appeal to the United States Court of Appeals for the Sixth Circuit this Court's Order

entered May 26, 2026 (Dkt. 198)(copy attached as Exhibit A).

The parties to the Order appealed from and the names of their respective attorneys are:

| Party | Counsel |
|---|---|
| Farm Credit Mid-America, PCA (Plaintiff) | Demetra Liggins<br>MCGUIREWOODS, LLP<br>Texas Tower<br>845 Texas Ave.<br>24th Floor<br>Houston, TX 77002-2906<br>(713) 353-6661 |
| Fawn Weaver (Defendant) | Michael E. Collins<br>MANIER & HEROD, P.C.<br>1201 Demonbreun St, Suite 900<br>Nashville, TN 37205<br>(615) 429-2145 |
| Keith Weaver (Defendant) | Michael E. Collins<br>MANIER & HEROD, P.C.<br>1201 Demonbreun St, Suite 900<br>Nashville, TN 37205<br>(615) 429-2145 |
| Grant Sidney, Inc. (Third-Party) | Michael E. Collins<br>MANIER & HEROD, P.C.<br>1201 Demonbreun St, Suite 900<br>Nashville, TN 37205 |

|  | (615) 429-2145 |
|---|---|
| Humble Baron, Inc. (Third-Party) | Michael E. Collins<br>MANIER & HEROD, P.C.<br>1201 Demonbreun St, Suite 900<br>Nashville, TN  37205<br>(615) 429-2145 |
| Shelbyville Barrel House BBQ, LLC (Third-Party) | Michael E. Collins<br>MANIER & HEROD, P.C.<br>1201 Demonbreun St, Suite 900<br>Nashville, TN  37205<br>(615) 429-2145 |
| Nashwood, Inc. (Third-Party) | Michael E. Collins<br>MANIER & HEROD, P.C.<br>1201 Demonbreun St, Suite 900<br>Nashville, TN  37205<br>(615) 429-2145 |
| Shelbyville Grand, LLC (Third-Party) | Michael E. Collins<br>MANIER & HEROD, P.C.<br>1201 Demonbreun St, Suite 900<br>Nashville, TN  37205<br>(615) 429-2145 |
| Quill & Cask Owner, LLC (Third-Party) | Michael E. Collins<br>MANIER & HEROD, P.C.<br>1201 Demonbreun St, Suite 900<br>Nashville, TN  37205<br>(615) 429-2145 |
| 4 Front Street, LLC (Third-Party) | Michael E. Collins<br>MANIER & HEROD, P.C.<br>1201 Demonbreun St, Suite 900<br>Nashville, TN  37205<br>(615) 429-2145 |
| Phillip G. Young, Jr., Receiver | Justin Campbell<br>THOMPSON BURTON PLLC<br>1801 West End Avenue, Suite 1550<br>Nashville, TN 37203<br>(615) 465-6015 |

Respectfully submitted,

/s/ Michael E. Collins
Michael E. Collins BPR No.16036
MANIER & HEROD
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
(615) 244-0030-phone
(615) 242-4203-facsimile
mcollins@manierherod.com

Counsel for Grant Sidney, Inc., Fawn Weaver, and Keith Weaver

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served through the ECF system on all parties registered to receive electronic notices and by U.S. Mail as follows on May 27, 2026:

Demetra Liggins
McGuireWoods, LLP
Texas Tower
845 Texas Ave.
24th Floor
Houston, TX 77002-2906


Justin Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203

/s/ Michael E. Collins
Michael E. Collins