| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

**RECEIVER'S REPORT OF COMPLIANCE WITH COURT ORDER ON
PUBLICATION AND OVERBID**

Comes now Phillip G. Young, Jr., the Court-appointed receiver herein ("Receiver"), by and through undersigned counsel, and hereby provides the following report to the Court pursuant to the Order[1] outlining the Court's publication and overbid requirements associated with the Receiver's sale of the property located at 10 Codman Spring Road, Edgartown, Massachusetts (the "Property").

The Order required the Receiver to publish a notice of the proposed sale in the Vineyard Gazette (the "Gazette"). That notice was to be posted on the website for the Gazette (for at least ten consecutive days) and published in the May 22, 2026 and May 29, 2026 print editions of the Gazette. The Order further required the Receiver to receive any submitted overbids for the Property that were submitted to him on or before Friday, June 5, 2026.

The Receiver provides this Report to the Court outlining his compliance with the Order. As outlined in the Gazette tearsheets, attached as Exhibit A[2], the Court's notice was published in the print edition of the Gazette on May 22, 2026 and May 29, 2026. Additionally, the notice was

---

[1] Doc No. 197

posted on the Gazette website on, or before, May 22, 2026 and remained there through June 5, 2026. Finally, the Receiver reports to this Court that he did not receive any over-bids for the Property by the June 5, 2026 deadline.

Given the Receiver's compliance with the Order, the Receiver renews his request that the Court approve the Receiver's proposed sale of the real property as outlined in the Receiver's Expedited Motion to Sell Real and Personal Property in Martha's Vineyard[3] (the "Sale Motion") for the proposed sale price of $2,595,000.

WHEREFORE, the Receiver respectfully represents to the Court that the publication and overbid requirements set forth in the Court's Order have been completed and the Receiver renews his request that this Court grant his Sale Motion and approve the sale of the Property.

Dated this 7th day of June, 2026.

Respectfully submitted,

/s/ Justin T. Campbell
Justin T. Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
(615) 465-6015 (phone)
justin@thompsonburton.com

Counsel for the Receiver

---

[2] The attached Exhibit A includes the tearsheet for both the May 22 and May 29 print editions of the Vineyard Gazette.

[3] Doc. No. 147

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: June 7, 2026.

/s/ Justin T. Campbell
Justin T. Campbell