## DOCK
### SPACE & MOORAGE

**VINEYARD HAVEN MOORING**
Rare opportunity to purchase a transferable, deeded Lagoon Pond parcel, allowing you to have your own mooring. Parcel is not buildable. $299,900. MV Sales & Rentals. (508)423-1443.

## YARD SALES

**CHILMARK WHOLE HOUSE SALE**
132 South Road, Chilmark. May 23rd, 9:00AM–2:00PM. Prints, mirrors, kitchenware, fabric, CDs, books, bunk beds, furniture and more. (508)314-0041.



**ESTATE SALE**
Lifelong collection of antiques, primitives, art, collectibles, MV glass, china, silver, crystal, furniture, kitchenware, rugs, tools, decor. Something for everyone.
651 State Road, West Tisbury. Saturday/Sunday, 5/23 and 5/24, 10:00AM–2:00PM.
No early birds please. Limited on site parking. No parking on State Road. (850)293-4345.

**FINE ESTATE SALE WITH ANTIQUES**
57 Hines Point, Vineyard Haven
Friday/Saturday, May 22 and 23 from 9:00AM–4:00PM and Sunday, May 24 9:00AM to noon.
Gorgeous home with many antiques. Art including Capt. Ivory paintings, period slant lid desk, cupboard and bureaus, Victorian and cottage furniture, lamps, skylights new in box, cellar items, household goods and more.

## INSTRUCTIONS



**TUTORING**
The Center for New Learning MV offers fun, impactful tutoring.
We do the research to hire top Vineyard talent among summer and year-round tutors:

* Math (elementary through Calculus)
* Test Prep (SSAT, SAT, ACT)
* Reading (Orton-Gillingham, Wilson)
* Writing (K-12+, Hochman)
* ADHD, Autism, Dyslexia Specialists
* Study Skills for rising high schoolers
* College Application Essay Support
* Foreign Languages (all ages)

Contact Alice at: info@cnlmv.org, (920)410-4577, www.cnlmv.org



**THIS SUMMER WRITE YOUR COLLEGE APP ESSAYS**
Work with bestselling, award-winning author Liz Benedict, former Princeton writing prof: A compassionate coach with top results: Harvard, Yale, MIT, NYU, Brown, Barnard, Bates. Private/Zoom. sessions on/off-Island.

DontSweatTheEssay.com
1-855-99-ESSAY
Liz@DontSweatTheEssay.com



**GERMAN LESSONS? WHY NOT?**
I'm offering German classes for everyone. Complete beginner? Prior experience? No problem. Group and private lessons available at affordable rates. Email:gsaganenko@gmail.com or for more info. Bis gleich!

## LOST AND FOUND

**THE VINEYARD GAZETTE'S LOST & FOUND CATEGORY**

Lost something important? Want to see if someone has found it? ....or....found something of value and want to do the right thing? Let the Gazette help you.

The Lost & Found category is a free service. Deadline for publication is 3:00PM, Tuesdays. 25 words or less, please. Ads will be published for 4 consecutive editions. Email - classifieds@vineyardgazette.com

**LOST WATCH**
Lost Cartier tank watch in Hollywood Nails or on Circuit Avenue, Oak Bluffs. Small, red leather band. Reward. (508)627-0809.

## AQUINNAH
### LEGAL NOTICES

**AQUINNAH CONSERVATION COMMISSION**
On May 26, 2026 at 4:15PM a public hearing will be held in the Aquinnah town offices under the Town of Aquinnah Wetlands Water Resource Bylaw to act on a Request for Determination of Applicability filed by the Wampanoag Tribe of Gay Head Aquinnah to install playground equipment on open grass area adjacent to the Tribal community center.

Location: 1 Community Center Way Map 11 Parcel 23
Site Visit: May 26, 2026 at 3:15PM
may22,1-t

## CHILMARK
### LEGAL NOTICES

**CHILMARK CONSERVATION COMMISSION**
Will hold a ZOOM Public Hearing on **Thursday, June 4, 2026 at 9:00AM**, under the MA Wetlands Protection Act, M.G.L.c.131, Section 40 and the Chilmark Wetlands Protection By-law, on a request for an Amendment of SE12-938 filed by the Sourati Engineering Group on behalf of SWB Limited Partnership. The applicant is proposing to remove the shore protection project from 8 Greenhouse Lane and all associated plans and Special Conditions at 8 Greenhouse Lane (AP 33-30)

Plan requests and questions via email to chilmarkconservation@gmail.com. Zoom meeting access will be posted 48 hours in advance of the meeting at: https://www.chilmarkma.gov/conservation-commission.
may22,1-t

## EDGARTOWN
### LEGAL NOTICES

**NOTICE OF PUBLIC HEARING EDGARTOWN CONSERVATION COMMISSION**
On Wednesday May 27, 2026 at 4:35PM the Edgartown Conservation Commission will hold a public hearing via Zoom on a Notice of Intent filed by MV Engineering & Design on behalf of John Reilly under the Edgartown Wetlands Protection Bylaw and the Massachusetts Wetlands Protection Act. The applicant is seeking permission to build a new retaining wall (removing an existing one), add fill on 13 Pierce Lane to raise the grade, renovate the existing dwelling on 13 Pierce Ln, and various landscaping elements.

The property is located at 9 & 13 Pierce Lane (AP Map 20D Lots 78 & 79)

For a copy of the application or for questions related to observing the meeting via Zoom, please contact: conservation@edgartown-ma.us
may22,1-t

**NOTICE OF PUBLIC HEARING EDGARTOWN CONSERVATION COMMISSION**
On Wednesday May 27, 2026 at 4:30PM the Edgartown Conservation Commission will hold a public hearing via Zoom on a Request for Determination of Applicability filed by Sourati Engineering Group on behalf of Pickles Place LLC under the Edgartown Wetlands Protection Bylaw and the Massachusetts Wetlands Protection Act. The applicant is seeking a determination regarding the planting and maintenance of twelve (12) Eastern Red Cedars within the buffer of a coastal bank and within the FEMA flood zone.

The property is located at 93 Edgartown Bay Road (AP Map 51-41)

For a copy of the application or for questions related to observing the meeting via Zoom, please contact: conservation@edgartown-ma.us
may22,1-t

**NOTICE OF PUBLIC HEARING EDGARTOWN CONSERVATION COMMISSION**
On Wednesday May 27, 2026 at 4:40PM the Edgartown Conservation Commission will hold a public hearing via Zoom on a Notice of Intent filed by Vineyard Land Surveying & Engineering on behalf of Peter and Joan Kumpitch under the Edgartown Wetlands Protection Bylaw and the Massachusetts Wetlands Protection Act. The applicant is seeking approval for proposed restoration plantings in response to an Enforcement Order issued as a result of unpermitted cutting in the buffer to wetlands.

The property is located at 64 Harbor View Ave (AP Map 47-82)

For a copy of the application or for questions related to observing the meeting via Zoom, please contact: conservation@edgartown-ma.us
may22,1-t

**EDGARTOWN PLANNING BOARD NOTICE OF PUBLIC HEARING**
In accordance with Section 8.4.B.4 of the Edgartown Zoning Bylaw, the Edgartown Planning Board will hold a public hearing on Tuesday, June 2, 2026 at 4:30PM, at the request of Doug Hoehn, SBH, Inc., on behalf of 30 Crackatuxet Cove Nominee Trust to construct 100ft long elevated walkway and associated moved right.
The subject property is located at 30 Crackatuxet Cove Road, Assessors Parcel #44-34.
This public hearing will be conducted using Remote Conference technology, in accordance with Chapter 2 of the Acts of 2023. Interested parties may 'attend' the meeting online by visiting: https://us02web.zoom.us/j/81275647103, or voice phone call to (646) 558-8656 (when prompted, enter Meeting ID #8127 564 7103
Application Materials may be reviewed online on the Edgartown Planning Board page on the town's website - https://www.edgartown-ma.us -- or at the Edgartown Planning Board Offices, PO Box 5130, Edgartown, during regular business hours. Please direct questions or comments to Brae Eddleston, Administrator, planningboard@edgartown-ma.us
Edgartown Planning Board
may15,22,22-t

**TOWN OF EDGARTOWN NOTICE OF PUBLIC HEARING**
Notice is hereby given in accordance with the provisions of Chapter 87, Section 3 of the Massachusetts General Laws and amendments thereto, that Brent Brown, agent for Ian & Jamie Roach Murray has requested permission to remove the following public shade tree. The tree is a Sycamore Maple Tree with 18" inch DBH and 28' foot height. The tree is located at 24 Cottage Street. Assessors map 20D, parcel 260.

A public hearing will be held upon said request at 4:00PM on Monday June 8, 2026 in the Fred B. Morgan meeting room of the Town Hall, 70 Main Street, Edgartown, Massachusetts.

Select Board / Tree Warden
may22,29,2-t

**EDGARTOWN ZONING BOARD OF APPEALS NOTICE OF PUBLIC HEARING**
On **Wednesday, June 3, 2026 at 4:30PM** the Edgartown Zoning Board of Appeals will hold a remote public hearing via ZOOM on the request by **Edward B. Self, Jr.** for an appeal under Massachusetts General Law Chap. 40A, Section 8 to **appeal the decision of the Building Inspector to require a Special Permit for solar panel array.** The property in relation to the appeal is located at **15 Shear Pin Lane** (Assr. Pcl. 3-13.13) in the R-120 Residential District. Written comments should be received no later than noon on June 2, 2026. For information on how to use Zoom or to view the plans please contact: zba@edgartown-ma.us or check the town's website.

To Join Zoom Meeting:
https://us02web.zoom.us/j/83465955879

Or Join by Phone:
646 558 8656
Meeting ID: 834 6595 5879
may15,22,2-t

**EDGARTOWN ZONING BOARD OF APPEALS NOTICE OF PUBLIC HEARING**
On **Wednesday, June 3, 2026 at 4:00PM** the Edgartown Zoning Board of Appeals will hold a remote public hearing via ZOOM on the request by **Judy Murphy** for an appeal under Massachusetts General Law Chap. 40A, Section 8 to **appeal the decision of the Building Inspector to require a Special Permit for solar panel array.** The property in relation to the appeal is located at **25 Shear Pin Lane** (Assr. Pcl. 3-6) in the R-120 Residential District. Written comments should be received no later than noon on June 2, 2026. For information on how to use Zoom or to view the plans please contact: zba@edgartown-ma.us or check the town's website.

To Join Zoom Meeting:
https://us02web.zoom.us/j/83465955879

Or Join by Phone:
646 558 8656
Meeting ID: 834 6595 5879
may15,22,2-t

**EDGARTOWN ZONING BOARD OF APPEALS NOTICE OF PUBLIC HEARING**
On **Wednesday, June 3, 2026 at 4:45PM** the Edgartown Zoning Board of Appeals will hold a remote public hearing via ZOOM on the request by **Boyd & Karen Osler** for an appeal under Massachusetts General Law Chap. 40A, Section 8 to **appeal the decision of the Building Inspector to require a Special Permit for solar panel array.** The property in relation to the appeal is located at **19 Shear Pin Lane** (Assr. Pcl. 3-13.15) in the R-120 Residential District. Written comments should be received no later than noon on June 2, 2026. For information on how to use Zoom or to view the plans please contact: zba@edgartown-ma.us or check the town's website.

To Join Zoom Meeting:
https://us02web.zoom.us/j/83465955879

Or Join by Phone:
646 558 8656
Meeting ID: 834 6595 5879
may15,22,2-t

**EDGARTOWN ZONING BOARD OF APPEALS NOTICE OF PUBLIC HEARING**
On **Wednesday, June 3, 2026 at 4:15PM** the Edgartown Zoning Board of Appeals will hold a remote public hearing via ZOOM on the request by **Rachel Self** for an appeal under Massachusetts General Law Chap. 40A, Section 8 to **appeal the decision of the Building Inspector to require a Special Permit for solar panel array.** The property in relation to the appeal is located at **9 Shear Pin Lane** (Assr. Pcl. 3-13.12) in the R-120 Residential District. Written comments should be received no later than noon on June 2, 2026. For information on how to use Zoom or to view the plans please contact: zba@edgartown-ma.us or check the town's website.

To Join Zoom Meeting:
https://us02web.zoom.us/j/83465955879

Or Join by Phone:
646 558 8656
Meeting ID: 834 6595 5879
may15,22,2-t

## GOSNOLD
### LEGAL NOTICES

**UNITED STATES OF AMERICA FEDERAL ENERGY REGULATORY COMMISSION**

**MARINE RENEWABLE ENERGY COLLABORATIVE OF NEW ENGLAND, INC.**

**PROJECT NO. 15426-000**

**NOTICE OF PRELIMINARY PERMIT APPLICATION ACCEPTED FOR FILING AND SOLICITING COMMENTS, MOTIONS TO INTERVENE, AND COMPETING APPLICATIONS**

**(APRIL 29, 2026)**

On April 3, 2026, Marine Renewable Energy Collaborative of New England, Inc., filed an application for a preliminary permit, pursuant to section 4(f) of the Federal Power Act, proposing to study the feasibility of the Cuttyhunk Test Range Project (Cuttyhunk Project or project), to be located in Vineyard Sound, approximately 2,000 feet off the south coast of Cuttyhunk Island, near the Town of Gosnold, Dukes County, Massachusetts. The sole purpose of a preliminary permit, if issued, is to grant the permit holder priority to file a license application during the permit term. A preliminary permit does not authorize the permit holder to perform any land-disturbing activities or otherwise enter upon lands or waters owned by others without the owners' express permission.

The proposed Cuttyhunk Project would consist of the following new features: (1) a wave energy converter structure with buoy; (2) a second buoy for a data acquisition system; (3) a three-anchored catenary mooring system; (4) a 5,280 foot buried submarine cable; (5) a communications hub on Cuttyhunk Island for monitoring the test range and receiving data; (6) a small solar photovoltaic system and battery; and (7) a cellular and satellite communications system for receiving data from the monitoring system. The proposed project would have an estimated average annual generation of 200 megawatt-hours.

Applicant Contact: Stephen Barrett, Barrett Energy Resources Group, 10 River Run, Williamstown, MA 01267; phone: (339)234-2696; email: steve@barrettenergygroup.com.

FERC Contact: Robert Haltner; phone: (202)502-8612, or by email at: robert.haltner@ferc.gov.

Deadline for filing comments, motions to intervene, competing applications (without notices of intent), or notices of intent to file competing applications: on or before 5:00PM Eastern Time on June 29, 2026. Competing applications and notices of intent must meet the requirements of 18 CFR § 4.36.

The Commission strongly encourages electronic filing. Please file comments, motions to intervene, notices of intent, and competing applications using the Commission's eFiling system at: https://ferconline.ferc.gov/eFiling.aspx. Commenters can submit brief comments up to 10,000 characters, without prior registration, using the eComment system at https://ferconline.ferc.gov/QuickComment.aspx. For assistance, please contact FERC Online Support at: FERCOnlineSupport@ferc.gov, (866)208-3676 (toll free), or (202)502-8659 (TTY). In lieu of electronic filing, you may submit a paper copy. Submissions sent via the U.S. Postal Service must be addressed to: DebbieAnne A. Reese, Secretary, Federal Energy Regulatory Commission, 888 First Street NE, Room 1A, Washington, DC 20426. Submissions sent via any other carrier must be addressed to: Debbie-Anne A. Reese, Secretary, Federal Energy Regulatory Commission, 12225 Wilkins Avenue, Rockville, Maryland 20852. The first page of any filing should include docket number P-15426-000.

For public inquiries and assistance with intervening or participating, contact the Office of Public Participation at (202)502-6595 or OPP@ferc.gov.

More information about this project, including a copy of the application, can be viewed on the Commission's website (http://www.ferc.gov) using the "eLibrary" link. Enter the docket number (15426), in the docket number field to access the document. For assistance, contact FERC Online Support.

**(Authority: 18 CFR 2.1)**

Debbie-Anne A. Reese, Secretary.
may8,15,22,29.4-t

## TISBURY
### LEGAL NOTICES

**TISBURY CONSERVATION COMMISSION NOTICE OF PUBLIC HEARING**
The Tisbury Conservation Commission will meet to review the Request for Determination under M.G.L., C. 131. S.40, the Massachusetts Wetlands Protection Act and Tisbury Wetlands By-law, on June 2, 2026, at 4:00PM at the Tisbury Town Hall Annex, 66 High Point Lane. The proposed project is filed for Harbormaster Michael Gately to install a biochar swale (i.e. underground trench) on a beach as an infiltration system designed to harvest water, manage stormwater runoff and improve coastal sandy soils. The project is located at 19 Owen Park Way (Assessor Parcel 6C35) in the R25 Zoning District. The application and project plans are available for public review at the Tisbury Conservation.
may22,1-t

**TISBURY CONSERVATION COMMISSION NOTICE OF PUBLIC HEARING**
The Tisbury Conservation Commission will meet to review the Request for Determination under M.G.L., C. 131. S.40, the Massachusetts Wetlands Protection Act and Tisbury Wetlands By-law, on June 2, 2026, at 4:00PM at the Tisbury Town Hall Annex, 66 High Point Lane. The proposed project is filed for Ali Baird to upgrade an existing sewage disposal system comprised of two cesspools located as close as 5± from the top of a coastal bank. The new sewage disposal system will incorporate NitROE Technology. The project is located at 57 Hines Point (Assessor Parcel 11A52) in the R20 Zoning District. The application and project plans are available for public review at the Tisbury Conservation and Souriati Engineering Group LLC.
may22,1-t

**TISBURY CONSERVATION COMMISSION NOTICE OF PUBLIC HEARING**
The Tisbury Conservation Commission will meet to review the Request for Determination under M.G.L., C. 131. S.40, the Massachusetts Wetlands Protection Act and Tisbury Wetlands By-law, on June 2, 2026, at 4:00PM at the Tisbury Town Hall Annex, 66 High Point Lane. The proposed project is filed for Seven Wells LLC for the revegetation of a coastal bank. The project is located at 797 Main Street (Assessor Parcel 2H9) in the R25 Zoning District. The application and project plans are available for public review at the Tisbury Conservation and Contemporary Landscapes MV LLC.
may22,1-t

**TISBURY PUBLIC HEARING NOTICE**
The Tisbury Select Board will hold a public hearing on Tuesday, June 09, 2026 at 4:45PM to discuss and consider proposed amendments to the Tisbury Shellfish Regulations. This hearing will be held in a Hybrid Format. The Public can attend and participate in the hearing by joining a scheduled Zoom meeting via https://us06web.zoom.us/j/81837767334 Meeting ID: 818 3776 7334 Passcode: 330297 One tap mobile +1 301 715 8592 US (New York) and in person at **Emergency Services Facility, 215 Spring Street, Tisbury.**
Copy of the proposed regulations is available for public inspection at the Department of Public Works; Select Board Office, 115 High Point Lane; Natural Resource Office, 19 Owen Park, during regular business hours and online at: https://www.tisburyma.gov/880/Public-Hearings. If you are unable to attend the hearing, please feel free to address your comments and/or concerns regarding the proposed petition to the Tisbury Select Board, Box 1239, Vineyard Haven, MA 02568 or via email to: nrife@tisburyma.gov.
may22,1-t

## TISBURY
### LEGAL NOTICES

**TISBURY WATER WORKS NOTICE OF PUBLIC HEARING**
The Tisbury Water Works will hold a public hearing Tuesday May 26, 2026, at 4:00 PM via Zoom to discuss a proposed change from a semiannual to a quarterly billing schedule. The public may attend and participate in the hearing.
Meeting Link:
https://us06web.zoom.us/j/87452065801
Meeting ID: 874 5206 5801
Passcode: water
If you are unable to attend the hearing, please address your comments and/or concerns to: Tisbury Water Works P.O. Box 84 Vineyard Haven, MA. 02568 or email: mthornton@tisburyma.gov
may15,22,2-t

**TOWN OF TISBURY OFFICE OF BOARD OF APPEALS NOTICE OF PUBLIC HEARING CASE 2575**
The Tisbury Zoning Board of Appeals will hold a public hearing on Thursday, June 11th, 2026, at 4:30PM at the Tisbury Town Hall Annex, located at 66 Highpoint Lane. The purpose of the hearing is to review the application submitted by Samuel Hurd, requesting a special permit for an expansion/alteration on a pre-existing/non-conforming lot that includes the construction of an accessory dwelling unit. The application is filed under the Tisbury Zoning Bylaw 07.01.03. The project is located at 51 Lagoon Pond Road (Assessor's Parcel 9A18.1) in the commercial zoning district. The application and plans are available for review at the Tisbury Zoning Board of Appeals office and Vineyard Land Surveying & Engineering Inc.
may22,29,2-t

**TOWN OF TISBURY OFFICE OF BOARD OF APPEALS NOTICE OF PUBLIC HEARING CASE 2576**
The Tisbury Zoning Board of Appeals will hold a public hearing on Thursday, June 11th, 2026, at 4:30PM at the Tisbury Town Hall Annex, located at 66 Highpoint Lane. The purpose of the hearing is to review the application submitted by Philip Smallwood, requesting a special permit for an inground swimming pool. The application is filed under the Tisbury Zoning Bylaw 04.03.10. The project is located at 6 Red Buoy Road (Assessor's Parcel 14B2.1) in the R20 Zoning District. The application and plans are available for review at the Tisbury Zoning Board of Appeals office and Maurice O'Connor Architect.
may22,29,2-t

## GENERAL
### LEGAL NOTICES

**COMMONWEALTH OF MASSACHUSETTS LAND COURT DEPARTMENT OF THE TRIAL COURT (SEAL)**

**26 SM 001424**

**ORDER OF NOTICE**

To:
Susan R. Hughes, Trustee of the Hughes Family Realty Trust Trustee; Robert D. Hughes, as Trustee of the Hughes Family Realty Trust Trustee

and to all persons entitled to the benefit of the Servicemembers Civil Relief Act, 50 U.S.C. c. 50 §3901 (et seq):

Santander Bank, N.A. F/K/A Compass Bank for Savings,

claiming to have an interest in a Mortgage covering real property in Edgartown, numbered 10 Great Plains Way, given by Hughes Family Realty Trust, Robert D. Hughes, Trustee and Susan R. Hughes, Trustee to Compass Bank for Savings, dated February 27, 2003, and recorded in Dukes County Registry of Deeds in Book 929, Page 711,has/have filed with this court a complaint for determination of Defendant's/Defendants' Servicemembers status.

If you now are, or recently have been, in the active military service of the United States of America, then you may be entitled to the benefits of the Servicemembers Civil Relief Act. If you object to a foreclosure of the above mentioned property on that basis, then you or your attorney must file a written appearance and answer in this court at Three Pemberton Square, Boston, MA 02108 on or before June 15, 2026 or you may lose the opportunity to challenge the foreclosure on the ground of noncompliance with the Act.

Witness, Gordon H. Piper, Chief Justice of this Court on April 30, 2026.

Attest:
Deborah J. Patterson
Recorder
may22,1-t

**MARTHA'S VINEYARD REGIONAL HIGH SCHOOL DISTRICT INVITATION FOR BIDS SURPLUS SCHOOL VEHICLES (#26-36)**
Martha's Vineyard Regional High School District invites bids for the sale of four (4) surplus vehicles: one (1) 2012 Ford Econoline Van, one (1) 2012 Ford Escape Hybrid, one (1) 2015 Ford Expedition, and one (1) 2015 GMC Savcut. All vehicles are being sold as is and all sales are final. Vehicles must be removed from the property by Wednesday, June 17, 2026. Vehicles can be inspected by appointment only through Troy Vanderhoop, Transportation Manager by calling (508)560-2003 or tvanderhoop@mvyps.org. Bid documents can be obtained by emailing Jocelyn Broadley at jbroadley@mvyps.org. Bids will need to be per vehicle and must be submitted in a sealed envelope addressed to Mark Friedman, School Business Administrator, and be received at 4 Pine Street, Vineyard Haven, MA 02568 by Wednesday, June 3, 2026, before 4:00PM (Eastern Standard Time).
If Bids are being delivered in person, bids must be placed in secure drop box at front door at 4 Pine Street, Vineyard Haven, MA 02568. Bids will be opened on Wednesday, June 3, 2026 at 4:00PM. The Martha's Vineyard Regional High School District reserves the right to reject any or all bids.
may15,22,29,3-t

**ELECTION WARRANT THE COMMONWEALTH OF MASSACHUSETTS MARTHA'S VINEYARD REGIONAL SCHOOL DISTRICT**

Dukes, ss.

To the registered voters of the Towns of Aquinnah, Chilmark, Edgartown, Oak Bluffs, Tisbury and West Tisbury, Massachusetts,

GREETINGS:

## GENERAL
### LEGAL NOTICES

You are hereby notified and warned that the inhabitants of the Towns of Aquinnah, Chilmark, Edgartown, Oak Bluffs, Tisbury and West Tisbury, Massachusetts registered to vote in any of said Towns being the members of the Martha's Vineyard Regional District, are to meet at their respective polling places, to wit,

In the TOWN OF AQUINNAH, at TOWN HALL, located at 955 STATE ROAD, AQUINNAH, MA 02535, in the TOWN OF CHILMARK, at THE CHILMARK COMMUNITY CENTER, located at 520 SOUTH ROAD, CHILMARK, MA 02535, in the TOWN OF EDGARTOWN, at TOWN HALL, located at 70 MAIN STREET, EDGARTOWN, MA 02539, in the TOWN OF OAK BLUFFS, at THE LIBRARY, located at 56R SCHOOL STREET, OAK BLUFFS, MA 02557, in the TOWN OF TISBURY, at THE EMERGENCY SERVICES FACILITY, located at 215 SPRING STREET, TISBURY, MA 02568, in the TOWN OF WEST TISBURY, at THE PUBLIC SAFETY BUILDING (STATION 2), located at 454 STATE ROAD, WEST TISBURY, MA 02575,

on Tuesday, June 2, 2026 at 11:00 a.m., to vote by BALLOT on the following question:

"Do you approve of the vote of the Regional District School Committee of the Martha's Vineyard Regional School District adopted on March 9th, 2026, to authorize the borrowing of $333,490,457 to pay costs of designing, constructing, originally equipping and furnishing a new District high school and related athletic facilities to be located at 100 Edgartown Road, Oak Bluffs, Massachusetts, which vote provides, in relevant part, as follows:

"VOTED: That the Martha's Vineyard Regional School District (the "District") hereby appropriates the amount of $333,490,457 for the purpose of paying costs of designing, constructing, originally equipping and furnishing a new District high school and including the rehabilitation of the running track and grass fields on the west side of Sanderson Avenue, located at 100 Edgartown Road, Oak Bluffs, Massachusetts, including the payment of all costs incidental and related thereto (the "Project"), which school facility shall have an anticipated useful life as an educational facility for the instruction of school children of at least 50 years, and for which the District may be eligible for a school construction grant from the Massachusetts School Building Authority ("MSBA"), said amount to be expended at the direction of the School Building Committee. To meet this appropriation the District is authorized to borrow said amount, under and pursuant to G.L. c. 71, §16(n), and the District Agreement, as amended, or pursuant to any other enabling authority. The District acknowledges that the MSBA's grant program is a non-entitlement, discretionary program based on need as determined by the MSBA, and any Project costs the District incurs in excess of any grant approved by and received from the MSBA shall be the sole responsibility of the District; provided further that any grant that the District may receive from the MSBA shall not exceed the lesser of (1) forty-six and thirty-one hundredths percent (46.31%) of eligible, approved Project costs, as determined by the MSBA, and (2) the total maximum grant amount determined by the MSBA, and that the amount of borrowing authorized pursuant to this vote shall be reduced by any grant amount set forth in the Project Funding Agreement that may be executed between the District and the MSBA. The debt authorized by this vote of the Committee shall be submitted to the registered voters of the District's member communities for approval at a District-wide election to be held on Tuesday, June 2nd, 2026 in accordance with the provisions of G.L. c. 71, §16(n) and the District Agreement."

Yes _____ No _____

The polls will be open from 11:00 a.m. to 7:00p.m.

The District Secretary is hereby directed to serve this Warrant by posting an attested copy thereof in at least one public place in each of the Aquinnah, Chilmark, Edgartown, Oak Bluffs, Tisbury and West Tisbury, Massachusetts, and by publishing a copy thereof at least once in a newspaper of general circulation in the District, said posting and publication to occur at least ten days before the day of election as aforesaid.

The District Secretary shall make due return of this Warrant with his or her doings thereon to the District Secretary, on or before the day of the aforesaid election.

[The balance of this page is intentionally blank.]

Given under our hands and the seal of the Martha's Vineyard Regional School District as of this 9th of March, 2026.

School Committee Signatures:

_/s/Jeffrey Manter_____
_/s/Rizwan Malik_____
_/s/Marsha Shufrin_____
_/s/ Kathryn Shertzer_____
_/s/Kelly Scott_____
_/s/Robert Lionette_____
_/s/Amy Houghton_____
_/s/Jennifer Cutrer_____
_/s/Sarah Murphy_____

may15,22,2-t

**NOTICE OF RECEIVERSHIP SALE**
The Receiver for UN House MV, LLC, Phillip G. Young, Jr., has entered into a sale contract with respect to the real property located at 471 West Tisbury Road, Edgartown, MA 02539 (f/k/a 10 Codman Spring Road, Edgartown, MA 02539) and all personal property located therein.
The proposed sale price for the property is $2,595,000.00.
Any party wishing to submit an overbid for the property should contact the Receiver in writing at 6100 Tower Circle, Suite 200, Franklin, TN 37067 (615-465-6000) or at unclenearest@thompsonburton.com. Any overbid must be accompanied by proof of the bidder's financial ability to purchase the property at the overbid price.
The deadline to submit an overbid is June 5, 2026. Overbids received after June 5, 2026, will not be considered.
may22,29,2-t

## GENERAL
### LEGAL NOTICES

**MORTGAGEE'S SALE OF REAL ESTATE**

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Mavis M. Francis and Ralston Francis to "MERS", Mortgage Electronic Registration Systems, Inc., a separate corporation that is acting solely as nominee for "Lender", NP, Inc. and its successors and assigns dated July 18, 2022 and recorded with the Dukes County Registry of Deeds, in Book 1631, Page 594, as assigned by Assignment of Mortgage dated February 15, 2024, recorded in Dukes County Registry of Deeds, Book 1674, Page 980, and by Assignment dated January 8, 2026; recorded in Dukes County Registry of Deeds, Book 1728, Page 274, of which mortgage the undersigned is the present holder, for breach of the conditions of said mortgage and for the purpose of foreclosing the same will be sold at **Public Auction at 12:00 PM, on June 5, 2026,** on the premises known as **32 Norton Orchard Road, Edgartown, Massachusetts,** the premises described in said mortgage, together with all the rights, easements, and appurtenances thereto, to wit:

The land with any buildings thereon situated in Edgartown, Dukes County, Commonwealth of Massachusetts, bounded and described as follows:

Being shown as Lot #2A on plan land entitled "Plan of Land in Edgartown, Mass., Prepared for Margaret A. Chirgwin, et al, scale: 1"=20', Prepared by Smith & Dowling, Inc., Engineers, Surveyors, Planners, and Construction Management, 480 State Road, P.O. Box 1087, Vineyard Haven, Mass 02568" dated April 4, 2006 and filed with Dukes County Registry of Deeds in Plan Book 15, Page 99, to which reference may be had for a more particular description.

Containing 12,800 square feet, more or less.

Together with a permanent easement to pass and repass over "Norton Orchard Road" so-called comprised of the former Martha's Vineyard Railroad Co. roadbed and a connecting road to Pine Street, said easement to be used in common with all those lawfully entitled thereto for all purposes, including utilities, for which public streets and ways are used in the Town of Edgartown, Dukes County, Commonwealth of Massachusetts as set forth in an instrument dated October 21, 1982 and recorded in the Dukes County Registry of Deeds in Book 395, Page 656.

Said easement shall be appurtenant to Lots #2 and #3 on plan of land entitled "Plan of Land in Edgartown, Mass., Surveyed for Bruce L. & Deborah I. Levett, scale: 1"=30', Prepared by Dean R. Swift, Reg'd. Land Surveyor, Vineyard Haven, Mass" dated March 31, 1982 and filed with the Dukes County Registry of Deeds as Edgartown Case File No. 259.

Terms of Sale: These premises are being sold subject to any and all unpaid real estate taxes, water rates, municipal charges and assessments, condominium charges, expenses, costs, and assessments, if applicable, federal tax liens, partition wall rights, statutes, regulations, zoning, subdivision control, or other municipal ordinances or bylaws respecting land use, configuration, building or approval, or bylaws, statutes or ordinances regarding the presence of lead paint, asbestos or other toxic substances, sanitary codes, housing codes, tenancy, and , to the extent that they are recorded prior to the above mortgage, any easements, rights of way, restrictions, confirmation or other matters of record.

The purchaser shall also bear all state and county deeds excise tax. The deposit of $10,000.00 is to be paid in cash or bank or certified check at the time and place of the sale, with the balance of the purchase price to be paid by bank or certified check within forty-five (45) days after the date of the sale, to be deposited in escrow with Guaetta and Benson, LLC, at 73 Princeton Street, Suite 208, North Chelmsford, Massachusetts.

In the event that the successful bidder at the foreclosure sale shall default in purchasing the within described property according to the terms of this Notice of Sale and/or the terms of the Memorandum of Sale executed at the time of the foreclosure, the Mortgagee reserves the right to sell the property by foreclosure deed to the second highest bidder or, thereafter, to the next highest bidders, providing that said bidder shall deposit with said attorney, the amount of the required deposit as set forth herein within five (5) business days after written notice of the default of the previous highest bidder.

Other terms, if any, are to be announced at the sale.
Dated: May 7, 2026
Present holder of said mortgage
MCLP Asset Company, Inc.
by its Attorneys
Guaetta and Benson, LLC
Peter V. Guaetta, Esquire
P.O. Box 519
Chelmsford, MA 01824
may15,22,29,3-t


**LOOKING FOR SOMETHING TO DO THIS WEEKEND?**
Check our events calendar online at
**calendar.vineyardgazette.com**


**LOOKING FOR A PLACE TO CALL HOME?**
Visit our Real Estate page to find in-depth real estate news.
**VINEYARDGAZETTE.COM**



# CLASSIFIED  SECTION

Real Estate
For Sale/Rent
Help Wanted
Articles for Sale



FOUR-A     VINEYARD GAZETTE, MARTHA'S VINEYARD, MASS.     FRIDAY, MAY 29, 2026

## REAL ESTATE
### Real Estate, For Sale



**SEE WHAT YOU CAN BUILD FOR 33% LESS**
You can afford to build on Martha's Vineyard. Save 1/3 off conventional building methods. High-end home shells are custom-designed, constructed in a controlled environment, and delivered for about $135/sq.ft.
(Estimated price for finished house: about $550/sq.ft.)
Packages include: Custom design, posts, beams, roof, walls, doors, windows, siding, trim, insulation, floors.
Schedule on-site or video tour.
MVPostAndBeam.com, (508)645-3572, Posner@MVPostAndBeam.com

## REAL ESTATE
### For Sale, Commercial

**INCREDIBLE COMMERCIAL/ RESIDENTIAL SPACE FOR SALE**
In West Tisbury off the road across from Cronig's. $3,000,000. Nothing else like it on the market - take a look. Ready to move in. Beautiful 2 bedroom apartment above. Text Lisa (310)213-5472.

## LAND FOR SALE

**EDGARTOWN LAND**
Beautiful wooded 1/2 acre with septic and town water available. $699,000. Owner (508)627-2044.

## REAL ESTATE
### For Rent, Chappaquiddick



**CHAPPAQUIDDICK SPECTACULAR WATERFRONT VACATION RENTAL**
Secluded summer vacation getaway. The Outermost House Complex. Six bedrooms, 5 1/2 baths. Spectacular 360 water views, sailboats, kayaks, paddle boards, swim platform and boat mooring. Very private. Perfect for family gatherings or corporate retreat. 4 x 4 Jeep available for use on Chappy as well as some SSA tickets available.
Book your unforgettable summer vacation at VRBO.com, Property ID # 5048002.

## REAL ESTATE
### For Rent, Chilmark

**REDUCED RATE CHILMARK RENTAL**
Loft-style, sleeps up to 6, 2 full bathrooms. Private pass to Lucy Vincent, outdoor shower, new grill and more.
Available 9/1-9/15. $1,800 a week.
CLpena74@gmail.com

## REAL ESTATE
### For Rent, Edgartown



**THE CAPTAIN MORSE HOUSE**
Vacations, weddings, retreats, reunions. Open year-round - locals save 10%
www.captainmorsehouse.com
(508)693-0809

## REAL ESTATE
### For Rent, Aquinnah

**CONDO COTTAGE SUMMER RENTAL NEAR THE GAY HEAD LIGHTHOUSE**
June 15 - October 1, 2026. Two bedroom, 1 bath condo cottage with deck with a breathtaking view of the Gay Head Lighthouse. Comforts of home with a fully equipped kitchen, W/D on-site. Walk to the beach, the Aquinnah Cliffs, and shops. Short drive to Menemsha Village, Chilmark.
Week minimum (flexible stays of 3-4 days considered). For more information, please contact: gayheadlight26@gmail.com



**PUBLISHER'S NOTICE:** All real estate advertised herein is subject to the Federal Fair Housing Act, which makes it illegal to advertise "any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial status, or national origin, or intention to make any such preference, limitation, or discrimination." We will not knowingly accept any advertising for real estate which is in violation of the law. All persons are hereby informed that all dwellings advertised are available on an equal opportunity basis.

**VINEYARD GAZETTE**

## REAL ESTATE
### For Rent, Aquinnah

**HOME FOR RENT**
June-October 2026, 3 bedrooms, 3 baths, water view. Big decks. Great kitchen. Private master. Whirlpool. Week minimum.
Aquinnahome@gmail.com

## REAL ESTATE
### For Rent, Commercial

**STUNNING COMMERCIAL/MEDICAL OFFICE SPACE FOR RENT**
$6,500 (under priced) entire first floor with possible basement storage, parking for 15 cars, koi pond, porches, 3 entrances, kitchenette, 2 baths. Apartment upstairs for additional rent as well. Text Lisa (310)213-5472.

**OFFICE SPACE FOR RENT**
One room 1,200 sq. ft. office space for rent. Unique building on Beach Rd in Vineyard Haven. Office space only use. Call Stephen at (508)627-2750.

## HELP WANTED

**CAMP COUNSELOR**
Counselor needed for culturally and environmentally conscious creative arts camp.
Must love children, be spontaneous, kind and creative. For more information please call (508)693-3142.

**CIRCULATION ASSISTANT AT THE WEST TISBURY LIBRARY**
The West Tisbury Free Public Library is hiring. We are looking for a full time (40 hours) Library Circulation Assistant. This position will have hours that will include weekends and some holidays.
The ideal candidate will have excellent customer service skills, an enthusiasm for learning, and strong knowledge of computers and new technologies. Work involves standing, stooping, carrying, lifting up to 30 lbs. Previous library experience and Associate's degree or higher strongly preferred. Starting wage is $27.69 an hour.
Submit resume and Town of West Tisbury application (available at the library or on the Town of West Tisbury website) to Alexandra Pratt, Library Director, West Tisbury Free Public Library, 1042 State Road, Vineyard Haven MA 02568 or by email at apratt@clamsnet.org by June 5th, 2025. Equal Opportunity Employer.

**TOWN OF EDGARTOWN SHELLFISH DEPARTMENT**
The Town of Edgartown Shellfish Department is looking to fill the following temporary part-time position for the 2026 Summer Season:
Deputy Shellfish Warden – $15.40-$18.71/hour
Applications, position requirements, and full job descriptions are available at (508)627-7570 or in the Human Resource Office. Please send completed applications to HR@edgartown-ma.us or P.O. Box 5130 attn: Human Resources, Edgartown, MA 02539. The Town of Edgartown is an equal opportunity employer. Positions are open until filled.

**DISHWASHER NEEDED**
Beetlebung Farm is looking for a reliable, hardworking dishwasher to join our kitchen team. Daytime position supporting a busy kitchen in Chilmark. Competitive hourly pay. To apply, email: jobs@beetlebungfarm.org.

**POLICE OFFICER TOWN OF OAK BLUFFS**
Serve the town and Island that you love and join the Oak Bluffs Police Department. We are recruiting for a full-time Police Officer through a rolling application process. We anticipate hiring one full-time police officer by July 1st 2026. We offer competitive pay and benefits, a workout on duty option, education incentives, an excellent work schedule consisting of 4 days on and 3 days off, a robust employee wellness program and we are fully accredited through the Massachusetts Accreditation Commission.
Full list of requirements and application process can be found on the Oak Bluffs website under employment opportunities: oakbluffsma.gov/jobs.
Oak Bluffs is an EOE/AAE.



### We are looking for a Human Resources Generalist

The Human Resources Generalist will perform the daily functions of the Human Resources (HR) department including interviewing and hiring staff, administering pay, benefits, and leave, and enforcing company policies and practices.

Under the Direction of the Director of Human Resources, key responsibilities include:
- HR Administration & Compliance
- Onboarding
- Payroll & Recordkeeping

Bachelor's degree in Human Resources, Business Administration, or a related field required; equivalent related experience may be considered. This position is full-time, 40 hours/week, with a salary range of $65,000 - $75,000/year.

For full job responsibilities and to apply please check our website or scan the QR code:
mvcommunityservices.org/employment

## HELP WANTED



**DRIVERS AND LABORERS WANTED**
Bruno's Rolloff, Inc. is looking for full-time and part-time CDL and NON-CDL drivers as well as Laborers for year-round and seasonal work. Applicants must be able to work seasonal overtime and early morning hours. Competitive wages, excellent benefits, and yearly bonuses are offered.
Applications can be picked up at our office at 11 East Line Road, Edgartown, or emailed upon request. (508)693-5454.



**MVCS DISABILITY SERVICES EMPLOYMENT OPPORTUNITIES**

Family Support Center Program Manager ($63,000-$78,000 per year)
We're looking for a compassionate, culturally responsive leader who honors families lived experiences, diversity, and cultural values. In this role, you'll direct programming and support families in navigating complex systems, accessing resources, and exploring self-directed options across the lifespan. Experience preferred but paid on the job training may be provided. Apply at: mvcommunityservices.org/employment

Family Support Center Service Navigator ($23.07-$27.40 per hour)
Do you love helping families thrive? We're seeking a compassionate and resourceful Service Navigator to support families in identifying resources, solving problems, and building strong community connections. Join a team that values family strengths, diversity, and self-direction across the lifespan. Experience preferred but paid on the job training may be provided. Apply at: mvcommunityservices.org/employment

**ROSEWATER MARKET IS HIRING**
Come join our amazing team. Rosewater Market & Takeaway in Edgartown is accepting applications for a full-time year-round front-of-house position.
For consideration, please e-mail jared@rosewatermv.com with a resumé and availability.



**GRAPHIC DESIGNER**
The Vineyard Gazette is seeking a creative, organized, and detail-oriented Graphic Designer to join our production team. This role supports the layout and design of award-winning publications, as well as the creation of print and digital advertisements in a fast-paced publishing environment. Responsibilities include layout and design for recurring publications, creating print and digital ads across all publications, preparing files for print, coordinating with printers, and managing prepress.
Apply to publisher@vineyardgazette.com

**TOWN OF EDGARTOWN HIGHWAY DEPARTMENT**
The Town of Edgartown Highway Department is looking to fill the following temporary position for the Summer 2026 season:
Highway/Cemetery Laborer – $22.00-$26.77/hour
Applications, position requirements, and full job descriptions are available at edgartown-ma.us or in the Human Resource Office. Please send completed applications to HR@edgartown-ma.us or P.O. Box 5130 Attn: Human Resources, Edgartown, MA 02539. The Town of Edgartown is an equal opportunity employer.
Positions are open until filled.

## HELP WANTED

**ISLAND AUTISM GROUP**
Is hiring for several seasonal and year-round positions in West Tisbury. We are looking for motivated, compassionate individuals to join us in the following roles: Direct Support Professionals (including Substitutes), Farm Workers, Administrative Support, and Farmer's Market Sales.
Whether you enjoy hands-on outdoor work, community engagement, or behind-the-scenes office operations, we have an opportunity for you to make a meaningful impact.
To view full job descriptions and apply, please visit islandautism.org or email lena@islandautism.org.



### VINEYARD GAZETTE

**JUNIOR SALES ASSOCIATE**
The Vineyard Gazette is seeking a motivated and organized Junior Sales Associate to join our advertising team. This position helps build client relationships, generate advertising revenue, and support the daily operations of our print and digital advertising department. The position also works closely with advertisers, sales staff, and production teams to ensure accurate ad placement, timely campaign execution, and excellent customer service.
publisher@vineyardgazette.com

**MARTHA'S VINEYARD REGIONAL HIGH SCHOOL**
Seeking applicants for the following coaching position
JV Girls Soccer
To submit an application visit www.mvyps.org under Employment; forms or at the Office of the Superintendent of Schools, 4 Pine Street, Vineyard Haven, 02568, (508)693-2009
Return completed application to the Superintendent's Office
No person shall be excluded or discriminated against on the basis of race, color, sex, age, religion, national origin, sexual orientation, gender identity, or disability. EOE



### VINEYARD GARDENS

**LANDSCAPE AND NURSERY POSITIONS**
Love plants, design, and working with a great crew? Vineyard Gardens is looking for positive, friendly, energetic, and motivated people to join our landscape and nursery teams this year. Openings for: Cashier, Landscape Foreman, Garden Designer, Irrigation Specialist, Stone Mason, and Nursery Groundskeeper. Eligible positions may include health and pension.
Email mv@vineyardgardens.net or fill out the application online at: www.vineyardgardens.net



**MARTHA'S VINEYARD TRANSIT AUTHORITY (VTA) EMPLOYMENT OPPORTUNITY**
Mobility Manager / Transportation Coordinator – Full Time
Salary Negotiable
The Martha's Vineyard Transit Authority (VTA) is seeking a motivated, community-focused individual to assist with transportation education and outreach services for the Island community, older adults, and people with disabilities.
The ideal candidate must enjoy talking to people and have strong problem-solving skills.
Applicants should be comfortable with technology and Microsoft Office, able to work both independently and collaboratively, and demonstrate strong communication and interpersonal skills. Experience in training, travel training, outreach, customer service, education, or human services is preferred.
VTA is willing to consider splitting the role into two part-time positions if a full-time candidate cannot be secured.
Please send resume and cover letter to: Lauren Thomas, Deputy Administrator, info@vineyardtransit.com

## HELP WANTED



**NOW HIRING**
Transit Connection, Inc., the private operating contractor for the Martha's Vineyard Transit Authority (VTA), has the following openings. All applicants will be subject to driving and criminal record checks, as well as alcohol and controlled substance pre-employment and random testing. Vehicle operators must also pass a DOT standard physical. Work schedules can vary and will include weekends and holidays. The VTA/Transit Connection is an equal opportunity employer.

Paratransit Coordinator
FT year-round position receiving client requests and scheduling trips for The Lift. The Lift provides ADA paratransit van transportation for people with disabilities. Service is shared-ride, door-to-door for individuals whose disabilities prevent them from using the bus system. Computer literacy and a good knowledge of Martha's Vineyard required. Pay starts at $28/hour.

Paratransit Driver
FT and PT/Year-Round position in system serving a medically qualified passenger group. Exemplary driving, customer service and communication skills required. Pay starts at $28/hour.

Vehicle Operator, Fixed-Route
FT/PT Seasonal and Year-Round. Safely operate a variety of commercial transit vehicles on a scheduled basis, providing excellent customer service to passengers, obeying all DOT and traffic regulations. Work time varies, early morning to late night. Knowledge of Martha's Vineyard is very helpful. Commercial Driver License training is available. Pay starts at $28/hour.
Please apply at:
11 A Street
Edgartown, MA 02539
Or download application at www.vineyardtransit.com

**MARTHA'S VINEYARD REGIONAL HIGH SCHOOL**
Performing Arts Center Assistant
Part-time (.4) Year Round Position
Assist in all aspects of running the PAC; Be able to work flexible work hours as needed; Work alongside and fill in for PAC Director as needed; Knowledge of lighting; sound mixing, and carpentry. Ability to lift and move heavy objects, Ability to work in high places; Strong technical theater background a plus.
Application of Support Staff can be found at: www.mvyps.org under "Employment forms" or at the Office of the Superintendent of Schools, 4 Pine Street, Vineyard Haven, 02568, (508)693-2009
Return completed application to the Superintendent's Office
Deadline: June 1, 2026
Starting immediately
No person shall be excluded or discriminated against on the basis of race, color, sex, age, religion, national origin, sexual orientation, gender identity, or disability. EOE

**PROGRAM COORDINATOR**
The West Tisbury Free Public Library seeks organized, technology-savvy, creative and charismatic candidates for our Program Coordinator position. This position is responsible for all development, planning, coordinating, promoting and execution of adult library programs and use of the library's social media accounts.
High School Degree required, Associate's or Bachelor's Degree preferred; 2 - 4 years of experience in event planning; experience working with computers; experience working with the public and responding to customer service requests or any equivalent combination of education and experience.
The ideal candidate would have strong familiarity with public event planning, building and maintaining local relationships, confidence with social media, Google Suites, Canva etc, and excellent customer service and communication skills. Nights and weekends required. This is a benefited full time position (35 hours/week, $33.50/hour), beginning July 1, 2026.
Submit Town of West Tisbury application and resume to Alexandra, Library Director, West Tisbury Free Public Library at apratt@clamsnet.org by June 5th. Applications and job description are available at the Library or online at the town of West Tisbury website: https://www.westtisbury-ma.org/391/Employment-Committee-Openings. EOE.



# Supply
### NEW ENGLAND
*Where the pros go*

## FULL TIME WAREHOUSE SPECIALIST
## $25-$27/hr.

**COMPANY PAID Medical/Dental Benefits and Long-Term Disability**

Paid Holidays • Paid Time Off • Free Boot Program •
Life Insurance • 401K • Many more benefits •
Load product for delivery • Unload and receive product •
Back up Driver • Lift up to 50 lbs. • Must live on the island

Apply at Supply New England, 25 East Line Road, Edgartown
OR Call Matt Brown at (508)779-1031
OR Apply online at: www.supplynewengland.com

## CLASSIFIED ADVERTISING RATES
### (774)549-9711

email: classifieds@vineyardgazette.com

| | Up to 15 words | 16-30 words | 31-45 words | per word over 45 words |
|---|---|---|---|---|
| *One Time:* | $18.00 | $22.00 | $30.00 | $0.55 |

Ads will continue to run until you notify us or specify the number of weeks in the "Additional Instructions" section.

### CUSTOMIZE YOUR AD:
- Add a border: $2 per insertion
- Add a photo: $7 per insertion

### CLASSIFIED ADVERTISING DEADLINE:
Tuesday at 3:00p.m. for the Friday edition

All ads are published on our website at no additional charge.
Place your classified ad online at vineyardgazette.com

## HELP WANTED



**MARTHA'S VINEYARD COMMUNITY SERVICES IS SEEKING THE FOLLOWING POSITION:**
Program Director – Island Wide Youth. Collaborative (IWYC)
($73,000 - $88,000/year).
The Program Director will lead the IWYC, a Massachusetts Family Resource Center. Responsibilities include program oversight, designing and planning the IWYC program, supervising staff, working with Leadership to develop program budgets, managing state and federal contract compliance, and collaborating with community partners. Some evening and weekend hours are required.
Qualifications: Bachelor's degree required (relevant field preferred) and 1–3 years of nonprofit program management or leadership experience. Strong communication, leadership, and organizational skills required. Passionate about helping families thrive? We encourage you to apply at: mvcommunityservices.org/employment

**HELP WANTED - MOBIL/XTRA MART**
Hiring cashiers. 5 Corners, Vineyard Haven, (508)693-9316. Stop by, ask for Joe. Good starting rate.



### SAFE HARBOR
EDGARTOWN

**MARINE SERVICE ADVISOR**
We are seeking a driven and qualified person to help lead our service team. If you have experience on or around recreational or smaller commercial boats, love working with people, then this may be a great opportunity to join our growing team. Work along side our Service Manager to assist in daily tasks, customer requests, workflow and billing. Great pay and benefits. Full time, year round. Please email a cover letter and resume to Chris Scott cscott@shmarinas.com

## HELP WANTED



# south mountain
## COMPANY
ARCHITECTURE • CONSTRUCTION • SOLAR

**PROJECT FINANCE MANAGER**
Support the financial coordination of construction projects at South Mountain Company.
You'll ensure project finances are accurate, organized, and aligned from early estimating through billing and closeout.
Working closely with our Director of Construction, Director of Finance and Project Leads, you'll maintain clear records, support decision-making, and keep projects financially on track.
We offer an exceptional, family-friendly compensation package, including medical/dental/vision insurance (SMco covers the full deductible), profit sharing, 401k, and the potential for ownership.
Learn more about this position, how to apply, our compensation policy, and our culture at:
https://southmountain.com/meet/

**LAW FIRM**
Seeks individual for full-time secretarial or paralegal position. Will train and promote qualified Island resident. Email letter and resume to: info@bfmlegal.com.



**VINEYARD HAVEN YACHT CLUB TAKEOUT KITCHEN HELP**
Fun work with the best view of Vineyard Haven Harbor. Breakfast/lunch takeout counter kitchen help needed. Experience in food prep preferable, but not required. Competitive pay.
Contact galley@vhyc.com

 

## JOHN KEENE
### EXCAVATION

**We are looking to add to our team!**
The following three positions available are:
- Site Supervisor / Experienced Machine Operator – CDL license a plus
- Laborer
- CDL Class A or B Truck Driver

These positions are year-round with excellent benefits!
Please call our office at (508)693-5975 or email us at office@johnkeene.com

## JOHN KEENE
### EXCAVATION

**Office Staff Position**
John Keene Excavation, Inc. is looking for a motivated individual to join our office staff. The role includes clerical work, assisting customers, and other office-related tasks.
This is a year-round position with excellent benefits. Please stop by our office or email us at office@johnkeene.com for an application.

  

**MARTHA'S VINEYARD BANK**

### Join the Martha's Vineyard Bank Team!
### Office Coordinator

Martha's Vineyard Bank, a local community bank, has an exciting opportunity available for an Office Coordinator. This role facilitates HR administrative processes, assists with MV Bank Charitable Foundation initiatives, coordinates internal/external events, and handles general clerical operations.

Please visit www.mvbank.com for detailed information or to apply. We offer an exceptional benefits package, growth opportunities, and a competitive compensation package based on experience.

Equal Opportunity Employer: Vets/Disabled

## Help Wanted



**ADMINISTRATIVE ASSISTANT / BOOKKEEPER**
Rosbeck Builders is seeking a detailed-driven bookkeeper to join our administrative team. Provide supporting coordination on various projects, A/P and A/R, bank/credit card reconciliation, basic financial reports, light payroll support. Year-round position, competitive pay and benefits.
Email: resume@rosbeck.com

**ART TEACHER, ELEMENTARY GRADES MVPCS**
The Martha's Vineyard Public Charter School has an opening for a 3 days-per-week (.60 FTE) Art Teacher for grades K to 6 to start September 1, 2026. Must hold a BA/BS; teaching experience preferred. Competitive salary and full benefits provided. Please email a resume and letter of interest to Peter Steedman, School Director, at psteedman@mvpcs.org and complete an application on our website, www.MVPCS.org.



**BAKER / CONFEITAIRA**
Sweet Bites is hiring a cake maker. Flexible weekday/weekend hours. Portuguese-English bilingual is a plus. Email: info@sweetbitesmv.com
Sweet Bites está contratando confeitaira! Horários flexíveis durante a semana e fins de semana. Português-inglês bilíngue é um diferencial. Envie e-mail: info@sweetbitesmv.com

**CHRISTMAS COTTAGE THE ISLANDS ONLY CHRISTMAS SHOP**
Santa is looking for a couple of part time elves to help out this summer.
We're celebrating our 54th anniversary of spreading Christmas cheer to Islanders and visitors alike. If you would like to join us this summer we'd love to talk with you. Add something a little different to your week and make some $ at the same time. Perfect for retirees or anyone else who loves Christmas. We're located overlooking Oak Bluffs harbor (best view in town). If you're interested please give us a call at (508)509-5974 or (800)227-8444.

**VINEYARD DECORATORS**
INTERIORS & OUTDOOR LIVING

**DELIVERY TEAM**
Vineyard Decorators is hiring for our Warehouse and Delivery Team. We are offering $25–$33 per hour, depending on experience and whether the position is seasonal or year-round. This role requires assembly work and heavy lifting, and a valid driver's license is required. Immediate start available. Please apply in person at 35 Airport Road and ask for a manager.

**DENTAL ASSISTANT**
Edgartown (full-time). Looking for a stable, long-term position in a supportive dental practice? Experience is preferred, but we are willing to train the right candidate. If you are motivated, dependable, a quick learner, and have a positive attitude, please apply at dental.mvineyard@gmail.com

**INDIGO FARM**
Landscape Design • Build • Maintenance

**GARDENER WANTED**
We're looking for an experienced gardener. Knowledge of organic methods helpful. Must speak fluent English and have valid working papers. Please reply to: info@indigofarm.com

**BOOK A BOAT**
Seeking full time and part time seasonal positions. Duties include boat cleaning, kayak rentals, deliveries, rental check outs. Small boat experience, drivers license helpful. (508)645-2400

## Help Wanted



**CB STARK JEWELERS IS HIRING**
Friendly, detail oriented and energetic salespeople for the 2026 season. Retail experience is a plus but not required. We offer a generous end of season bonus and provide ongoing training.
Full-time and part-time, night and weekend shifts are available in Vineyard Haven and Edgartown. We give a great employee discount.
Email resume to: cbstark@cbstark.com



**JOIN THE ALEX MILL TEAM ON MARTHA'S VINEYARD**
We're opening on Main Street in Edgartown and looking for friendly people to join us for the summer season.
If you've got an eye for style, care about the little things, and enjoy helping people find the pieces they'll actually wear, you'll be in good company.
Interested? Please email your resume and a short introduction to: lori@alexmill.com

**INDIGO FARM**
Landscape Design • Build • Maintenance

**LAWN MAINTENANCE**
Established landscape company looking for experienced mowers with lawn maintenance knowledge. Must have a valid driver's license, speak fluent English and have legal working papers. Please email office@indigofarm.com


The Terrace at the Charlotte Inn

**LINE COOK**
We are looking for a line cook for the 2026 summer season at The Terrace, located at The Charlotte Inn. We are seeking someone with 1-2 years' experience as a line cook who can work in an intimate setting with a fine-dining menu.
Inquiries to: info@theterracemv.com or call us at (508)627-6227 or (508)627-4751.


THE POLLY HILL ARBORETUM

**SEASONAL GARDENER**
PHA seeks a full time seasonal gardener who enjoys working outdoors, appreciates plants and values being part of a collaborative team. Responsibilities include planting, maintaining garden beds, pruning, watering and engaging with garden visitors. $25/hour. Great opportunity to learn and build horticultural skills. Application instructions and job description found at: pollyhillarboretum.org/get-involved/employmentopportunities.

**MVPCS SPECIAL EDUCATION TEACHER**
The Martha's Vineyard Public Charter School has a part-time opening for a Special Education Teacher. Applicants should hold a MA teaching license in Moderate Disabilities or have a degree in special education. Please email resume, letter of interest, and completed application to Peter Steedman, Director, psteedman@mvpcs.org. Applications can be found on the school website at MVPCS.org.


SAFE HARBOR VINEYARD HAVEN MARINE

**TECHNICIAN WANTED**
Do you love fixing things? Want to work near the water and on boats? Must be driven and motivated by learning and growing. Join our team and get paid manufacturer training and certifications, tool purchase assistance, full benefits and great pay.
Email Chris at cscott@shmarinas.com.

## Help Wanted


MARTHA'S VINEYARD HEBREW CENTER

**PART-TIME OFFICE MANAGER NEEDED MVHC**
MVHC seeks a skilled part-time Office Manager to support daily operations, manage communications and calendars, and serve as a welcoming point of contact. Ideal candidates are organized, tech-savvy, and comfortable juggling multiple priorities. Flexible schedule and competitive pay. Apply with a resume to: info@mvhebrewcenter.org.



**DUKES COUNTY SHERIFF'S OFFICE PUBLIC SAFETY TELE-COMMUNICATIONS OFFICERS**
** $500 Monthly Housing Stipend for Full Time Island Resident Tele-communicators**
Are you looking to kick-start your career, while helping the Island Community?
Duties include, but not limited to receiving, processing, transmitting and/or dispatching emergency and non-emergency calls for police, fire, emergency medical, and other public safety services via telephone and other communication devices.
Effective oral and written communications skills, sensitivity to working with confidential material; flexibility and willingness to adapt to changing environment and priorities; positive attitude, integrity and, excellent judgment.
Work schedule includes assignments to the day, evening and night, weekend, and holiday shifts. Paid on-site training, as well as off-island Academy training upon completion of probationary period.
Full-time position with a generous benefit package, including paid leave, insurance and retirement. Full time Tele-Communicator-In-Training pay range is $71,140.94-$78,545.22 annually, plus $500 monthly stipend.
Applications and job description available at dukescountysheriff.com/careers

**RELIABLE HELP WANTED**
Seeking dependable, energetic individual for mid-August through end of September. Outdoor estate work including grounds, pool, dock, and general maintenance. Great opportunity for someone who enjoys physical work and teamwork. Competitive pay. Must have reliable transportation to the work location.
Send resume to hr@ludwigfam.com


BRUNO'S

**TRANSFER STATION LABORER**
Bruno's Rolloff Inc. is looking for a reliable, safety-conscious individual to join our team as a Transfer Station Laborer. This role is essential to maintaining an organized, clean, and efficient facility. This job requires the ability to work outdoors on your feet for extended hours each day. This is a seasonal position spring through mid-November. Requests for applications can be sent to job@brunosmv.com


BARTLETT TREE EXPERTS
SCIENTIFIC TREE CARE SINCE 1907

**JOIN OUR LOCAL MARTHA'S VINEYARD TURF CARE DIVISION**
We are seeking a full-time, career-oriented individual who enjoys working outdoors in a professional and safe working environment.
We offer full benefits, including 401K, paid holidays, vacation, and uniforms. Wages starting at $30 to $35 based on experience and incremental wage increases based on performance. Contact us at (508)693-4846 or (508)404-4912.

## Volunteer Opportunities

**VOLUNTEER OPPORTUNITIES**
Non-profit organizations looking for volunteer help can advertise their openings for free in the Vineyard Gazette. Volunteer Opportunities appears in both the print edition of the newspaper and online. Any tax-exempt charitable or arts organization wishing to advertise for unpaid help may do so without charge. Email classifieds@vineyardgazette.com.

## Help Wanted

**TEACHER'S ASSISTANT MVPCS**
The Martha's Vineyard Public Charter School has an opening for a full-time Elementary Teacher's Assistant to start September 1, 2026. We are looking for a creative, enthusiastic individual wishing to explore or advance a career in education within our project-based learning curriculum. Competitive salary and full benefits provided. Please email a resume and letter of interest to Peter Steedman, School Director, at psteedman@mvpcs.org and complete an application on our website, www.MVPCS.org.


SavATree
We Care For What You Love

**TREE CLIMBERS NEEDED**
SavATree is hiring for Tree Climbers. The Tree Care Team is involved in all aspects of pruning, removals, cable bracing and other concepts related to tree care. This position pays a range of $25 - $35 an hour depending on experience plus paid PTO plus paid benefits, 401K. We offer housing for rent and a $1,800 sign on bonus.
Please contact lchabot@savatree.com if interested.


SavATree
We Care For What You Love

**TREE CREW FOREMAN NEEDED**
SavATree is hiring for a Tree Crew Foreman. We are looking for someone with 2-5 years of tree care/tree climbing experience. Leadership experience in directing and guiding a tree care team on daily routines will be a plus.
This role pays up to $40/hour based on experience and includes benefits, PTO, and 401K. We are offering a $1,800 sign on bonus and have housing available to rent.
Please contact lchabot@savatree.com if interested.

**THE BOATHOUSE & FIELD CLUB**
Join our team this summer. Seasonal positions – June through Labor Day
**Swim Instructor**
We are seeking a certified Water Safety Instructor (WSI) to lead swimming lessons and aquatic programming for our members. WSI certification is required.
**Lifeguard**
Current lifeguard certification required.
**Membership Front Desk**
A welcoming presence at the heart of our member experience. Responsibilities include greeting and assisting members, managing inquiries, and supporting day-to-day operations. Prior customer service or hospitality experience preferred.
To apply, at boathousemv.com or emailing Davina.webb@boathousemv.com. We look forward to welcoming you to the team.



**TRANSFER STATION LABORER**
Bruno's Rolloff Inc. is looking for a reliable, safety-conscious individual to join our team as a Transfer Station Laborer. This role is essential to maintaining an organized, clean, and efficient facility. This job requires the ability to work outdoors on your feet for extended hours each day. This is a seasonal position spring through mid-November. Requests for applications can be sent to job@brunosmv.com



**JOIN OUR LOCAL MARTHA'S VINEYARD TURF CARE DIVISION**
We are seeking a full-time, career-oriented individual who enjoys working outdoors in a professional and safe working environment.
We offer full benefits, including 401K, paid holidays, vacation, and uniforms. Wages starting at $30 to $35 based on experience and incremental wage increases based on performance. Contact us at (508)693-4846 or (508)404-4912.

## Volunteer Opportunities

**VOLUNTEER OPPORTUNITIES**
Non-profit organizations looking for volunteer help can advertise their openings for free in the Vineyard Gazette. Volunteer Opportunities appears in both the print edition of the newspaper and online. Any tax-exempt charitable or arts organization wishing to advertise for unpaid help may do so without charge. Email classifieds@vineyardgazette.com.

---

## WEEKLY SUDOKU AND CROSSWORD ANSWERS – May 29, 2026

| 9 | 6 | 4 | 1 | 2 | 7 | 8 | 5 | 3 |
|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 2 | 3 | 8 | 9 | 6 | 7 | 4 |
| 3 | 8 | 7 | 6 | 4 | 5 | 2 | 9 | 1 |
| 2 | 7 | 3 | 4 | 5 | 1 | 9 | 8 | 6 |
| 4 | 1 | 8 | 9 | 7 | 6 | 3 | 2 | 5 |
| 6 | 9 | 5 | 2 | 3 | 8 | 4 | 1 | 7 |
| 5 | 4 | 1 | 7 | 6 | 3 | 1 | 8 | 9 |
| 7 | 2 | 1 | 8 | 9 | 4 | 3 | 6 | 5 |
| 8 | 3 | 6 | 5 | 1 | 2 | 7 | 4 | 9 |

## Volunteer Opportunities

**MARTHA'S VINEYARD 4H IS LOOKING FOR LEADERS**
Martha's Vineyard 4H is back, and we're looking for adults interested in sharing hands-on extracurricular activities with Island youth.
4H is a national organization offering place-based programming for youth ages 5-18 in 3 program areas: STEM and agriculture, healthy living, and civic engagement. Past Martha's Vineyard 4H programs have focused on nature crafts, goats, and farm chores, but the sky's the limit.
If you are interested in leading a group or in finding a group for your kid, please email 4h@mvagsoc.org.

**AFRICAN ARTISTS' COMMUNITY DEVELOPMENT PROJECT**
African non profit needs help with social media and marketing, website and newsletters. Accompanying on fundraising tours to Italy and Zambia could be a perk. We work with disabled children, provide scholarship money for individuals, create women's income projects and market crafts for Zambian artisans and their families.
Very interesting work for the right person. www.aacdpafrica.org, info@aacdpafrica.org or (508)560 2620

**AMERICAN RED CROSS OF MARTHA'S VINEYARD**
Help our community here on MV. ARC on MV is looking for volunteers for our Disaster Action Team, Sheltering Team, Homefires Campaign and more. For more information: ilona.metell@redcross.org.

**ANGELS HELPING ANIMALS**
Seeking volunteers and foster homes. Please call (508)274-2604.

**BIODIVERSITYWORKS**
BiodiversityWorks is a non-profit that promotes biodiversity conservation across Martha's Vineyard through wildlife research and monitoring and community outreach. Our spring and summer initiatives include monitoring beach-nesting birds, tracking northern long-eared bats, spotted turtle research, and invasive-clearing at our headquarters. More information is at www.biodiversityworksmv.org/work-with-us. We are restarting our volunteer program while still observing COVID precautions, and generally welcome volunteers ages 15 and up. Please contact volunteers@biodiversityworksmv.org.

**CHICKEN ALLEY THRIFT SHOP**
Make new friends. Learn something new. Support your community. Be environmentally friendly. Volunteer at Chicken Alley. Send email to: chickenalleyvolunteers@gmail.com

**EDGARTOWN ENERGY COMMITTEE**
The Edgartown Energy Committee is seeking a volunteer to run its Facebook page, providing news and information from the Committee to FaceBook friends. Learn new things about the town's use of energy and how residents can save energy and lower costs. Email or text Alan Strahler, Chair, alan@bu.edu, (617)791-8959, for details.

**GOT WHEELS?**
Elder Services of Cape Cod and the Islands are in need of Meals-on-Wheels drivers on Martha's Vineyard. For just 1 to 2 hours per week you can make a huge impact on a home-bound seniors life.
Please call Michelle Dupon, (508)693-4393 ext. 192 for further information.

**FELIX NECK WILDLIFE SANCTUARY**
Love nature and wildlife? Want to learn more and share your knowledge with others? Come volunteer at Mass Audubon's Felix Neck Wildlife Sanctuary and help to maintain the property, assist with education programming, monitor wildlife, or be the warm welcome for everyone that comes to the sanctuary.
Learn more at phone: (508)627-4850, Email: felixneck@massaudubon.org, or Website: www.massaudubon.org/felixneck

**HABITAT FOR HUMANITY OF MV**
Do you have building experience? Are you a building professional willing to lend your expertise? We are looking for people to join our building committee to plan and execute our next project. We are also looking for a materials donations expediter to help us gather and organize building materials and appliances donated to us. The commitment can be as large or small as you like. Join our team! Contact us at houses@habitatmv.org or (508)939-4573.

**HEALTHY AGING MV SEEKING DRIVERS**
MV Connect, our program to help older adults maintain their independence, is looking for volunteer drivers.
Sign up online at www.hamv.org or call or text (508)240-4929.

**HOSPICE & PALLIATIVE CARE OF MARTHA'S VINEYARD**
Hospice & Palliative Care of Martha's Vineyard (HPCMV) welcomes new volunteers to help out with the following:
- Patient Care
- Administrative Tasks
- Fundraising and Events
- Camp by the Sea
No prior experience required; just a desire to be a member of the HPCMV team.
Call and ask for Jennifer Angell, Volunteer Coordinator, or email jangell@hospiceofmv.org (508)693-0189 | hospiceofmv.org 459 State Rd., Unit 18, Vineyard Haven, MA 02568

**ISLAND GROWN INITIATIVE**
Sign up for a stocking or sorting shift at the food pantry, come out to an island farm to glean produce, join us in the kitchen to prepare and pack meals to share with Islanders in need.
If you enjoy working with food and want to connect with community, visit www.igimv.org to sign up to volunteer.

## Volunteer Opportunities

**LAGOON POND ASSOCIATION**
Help protect and preserve Lagoon Pond through community events, shoreline cleanups, water-quality initiatives, and environmental stewardship. All ages and experience levels are welcome. Great opportunity to support local waters and connect with others who care about the Island's environment.
For more information or to get involved, please contact: info@lagoonpondassoc.org or visit www.lagoonpondassoc.org

**MEDIA VOICES FOR CHILDREN**
Media Voices for Children is an online 501(C)3, tax exempt educational charity that reports on the welfare of children in the U.S. and around the world.
Media Voices needs volunteers who are computer literate, have a compelling interest in children's welfare and are willing to research and work with our team on the keeping the site up to date. We also welcome seasoned grant writers.
For more information, please visit mediavoicesforchildren.org. Contact: mediavoicesforchildren@gmail.com

**MISTY MEADOWS EQUINE LEARNING CENTER**
We're looking for passionate, kind-hearted volunteers to help care for our horses, support our programs, assist with feedings and barn chores. Whether you love horses, nature, or giving back to the community, there's a place for you at Misty. No experience necessary, training is provided.
Email volunteer@mistymeadowsmv.org to get started.

**MARTHA'S VINEYARD BOYS & GIRLS CLUB**
The Martha's Vineyard Boys & Girls Club is looking for volunteers to make a positive impact on the lives of Island children. We need volunteers to help with our after school and summer programs, coaching, fundraising events, facility maintenance, and gardening.
Contact Meghan (508)627-3303, office@mvbgclub.org

**MV CENTER FOR LIVING**
Brighten someone's day, help us provide our services to Island elders and have fun doing it. We are looking for program help, administrative assistance and volunteer drivers for our small van.
For more information please call Mary Holmes at (508)939-9440 or email to maryh@mvcenter4living.org

**MV HOSPITAL**
MV Hospital is looking for volunteers for several positions within our organization. For more information, please visit our website at: https://mvhospital.org/charitable-giving/volunteer/

**MV MEDIATION**
MV Mediation Center (MVMC) is an opportunity to serve with a group of dynamic individuals dedicated to providing essential services and promoting the vision of creating an Island of competent, capable, and effective conflict resolvers. MVMC provides mediation for a wide variety of matters. In addition to board opportunities, volunteers are welcome to support any one of these programs. Contact us for more information. info@mvmediation.org, (508)693-2999.

**THE TRUSTEES OF RESERVATIONS**
The Trustees of Reservations is Massachusetts' largest conservation and preservation organization and is home to seven unique properties on island including Cape Poge Wildlife Refuge, the Farm Institute, Long Point Wildlife Refuge, Menemsha Hills, Mytoi Gardens and Wasque. That totals 1,900 acres, 22 miles of shoreline, and over 200,000 visitors every year.
There are plenty of ways to get involved including walking trails and alerting staff of blocked pathways or down trees, beach clean-up, garden planting and maintenance, and livestock help.
To volunteer, call our Vineyard Haven office at (508)693-7662.

**VINEYARD COMMITTEE ON HUNGER**
VCOH supports food insecurity programs on-Island. We're looking for help with our once a month food distributions and truck deliveries, holiday food distributions and truck deliveries, and various committee work such as events and fundraising.
For more information: Anicholson@mvcommunityservices.org.

**VCS VOLUNTEER OPPORTUNITIES**
Mailings: Meet new people and chat while sealing envelopes
Office Help: Light office work, 2-4 hours/week. Must have own laptop and basic computer skills.
Events: Helping to set up and break down, serve food, etc. for the Annual Beach Cleanup after party in April, Climate Fair in May, and other, smaller events throughout the year.
Beach BeFrienders: Join our monthly beach cleanup. Each month on the 4th Saturday we meet at a different location. We also need help with making DIY cleanup kits for the Libraries. Materials provided.
Community organizer: Help us convey a messaging campaign for a new environmental regulation or educational initiative.
Photography: Do you have skills snapping photos? We can always use great photos at our events, or for our website and social media. With credit of course.
If you are interested in any of the above, email signe@vineyardconservation.org, call (508)693-9588, or fill out this online form.

## Volunteer Opportunities

**VINEYARD VILLAGE AT HOME**
Our mission is to help older residents maintain their independence. We need volunteer drivers to take our members to social and cultural events, medical appointments, shopping and errands, and the like. We also would like volunteers for friendly visits or taking our members on outings. The volunteers and members usually enjoy each other's company, and it is fun and rewarding for both.
Contact Polly Brown, President, (508)693-3038, www.vineyardvillage.org vineyardvillage@gmail.com

## Child Care Wanted

**SUMMER MOTHER'S HELPER/ BABYSITTER**
In Chilmark (Late July–August). Family with 2.5 year old and newborn seeking a fun sitter for the toddler (pool, beach, games); occasional newborn support; light household help. Monday–Friday, flexible hours, $25/hour.
Please text Nora, (202)288-8362.

## Services



**BUSINESS WEBSITES**
$300 builds. $20/month. 48-hour turnaround. aquinnahdigital.com

**SENIORS**
Need a helping hand with errands, groceries, light meal prep, gardening? Offering reliable and friendly support. (774)563-0660 Call or text.

## Home Services

**SCREENS REPAIRED**
People, animals, weather messed up your screens? Time to repair/replace/refresh. Free pickup/delivery. Sylvester, The Screenman. Call/text (914)263-8029. syl_albert@hotmail.com

**WALLPAPER, PAINTING FINISHING TOUCHES**
Wallpaper and painting. High quality and professional. Great results and advice please call (508)680-6379 and leave message or text.

## Articles Wanted to Buy

**SHIP MODELS AND OLD NAUTICAL ITEMS**
Paying cash for ship models and old nautical items. (202)812-1144.

**TOP $$$ PAID**
For antiques, jewelry, silver, Oriental carpets, fine art, Chinese works of art, etc. From one item to entire estates. References available. Island property owner. (617)803-5145


AMERICANA AUCTIONS ANTIQUES

**WANTED ANTIQUES, GOLD JEWELRY, STERLING, APPRAISALS**
Highest prices paid for fine antiques, gold jewelry, sterling silver. Call for safe appointment, 28 years serving MV. Ed Tessier. Call (508)939-0556. Americana-auction.com

## Goodies & Giveaways

**THE GAZETTE'S GOODIES AND GIVEAWAYS CATEGORY**
The Goodies and Giveaways category is for free items or items for sale under $100. Each item must include a price. Ads will be published free of charge for 4 consecutive editions. Commercial businesses may list free items only. Deadline for Goodies and Giveaways is 3:00PM, Tuesdays. 25 words or less, please. One ad per customer.

---

## Help Wanted (continued)


SAFE HARBOR VINEYARD HAVEN MARINE

**FORKLIFT OPERATOR**
We are looking for an operator to run our valet in/out rack service forklift. Must be good with people, driven and energetic. Must have experience on boats to 40' and able to work weekends. Will train and certify the right person. Email Chris cscott@shmarinas.com with why you would fit.



---


E C B C SUMMER STAFF

**SUMMER STAFF**
East Chop Beach Club is seeking a dedicated supervisor, activities director/senior beach staff, and lifeguards for the summer of 2026.
Contact GeneralManager@EastChop-BeachClub.com.

## Goodies & Giveaways



# GOODIES & GIVEAWAYS

Move your unused items out of your space by reaching thousands of readers in the Goodies & Giveaways category in the Gazette's classified advertising section.
Items for sale priced *under $100* run free in four consecutive editions of the Vineyard Gazette, and online at **vineyardgazette.com**
Just email classifeds@vineyardgazette.com

---



# They're like gymnastics for your brain.

*Give your mind a healthy workout and test your word and logic knowledge every week with the Gazette's crossword and Sudoku puzzles.*

## ARTICLES
### FOR SALE OR SWAP

**MV AGRICULTURAL SOCIETY FAIR POSTERS**
1991 Thomas Hart Benton, mint from original tube, professionally-framed. Additional vintage posters, some out-of-print, framed/unframed. Email for photos, prices and appointment. islandsky99@gmail.com

## STORAGE

**SUN SELF-STORAGE**
Monthly rentals. Paved, lighted, fenced. On-site management. State Road, behind Cronig's Market. (508)693-1036 and Old Colony Edgartown.

## AUTO
### SALES & ACCESSORIES



**1963 LAND ROVER SERIES 2A 88**
Located in Edgartown. Galvanized frame. All of the original series running gear, original 2.25L gas engine and 4-speed, runs strong. Needs new brake lines, tires and rust attention on springs, floors, and axle housings. $14,000. Call or text for details: (508)627-0705.



**1999 LAND ROVER DEFENDER 110**
$67,000. Great price for solid, classic, well-maintained Defender, ready for another 20+ years of adventure. New tires, AC, rebuilt 300 TDI engine. (774)310-6216. mvlandrover@gmail.com

## BOATS
### SALES & ACCESSORIES



**JOEL WHITE POODUCK SKIFF**
12'-10" wooden sailing skiff with tan bark sails. Natural finish interior and dark blue hull. Trailer included. $6,800. Contact Brian: bpodonnell43@gmail.com



**PAC-18 KAYAK**
Chesapeake Light Craft wooden kayak with natural topsides and dark blue hull. 18' long and 40 lbs. Max paddler weight 175 lbs. $2,700.
Contact: Brian bpodonnell43@gmail.com

**SAILBOATS FOR SALE
FAST LASER AND CLASSIC LUGGER**
Laser Sailboat – Fast, race-ready boat in excellent condition. $4,200.
Drascombe Lugger – Classic, versatile boat. Stable and seaworthy with a centerboard that pulls up for easy beach access. $4,000.
Contact Noah: (718)360-3062

**NEW BOAT TRAILERS - IN STOCK**
New Venture boat trailers, in stock, on-Island. sizes for boats up to 27'. Email Chris Scott for pricing. cscott@shmarinas.com



**SLOOP REPAIR AND MOVE TO MOORING NEEDED**
My 34 foot Tartan sloop Pegasus resting on a salt marsh needs repair. She lies adjacent to Safe Harbor Marina. Frank Brunelle, frankbrunelle@yahoo.com, (508)221-7618.

## DOCK
### SPACE & MOORAGE

**VINEYARD HAVEN MOORING**
Rare opportunity to purchase a transferable, deeded Lagoon Pond parcel, allowing you to have your own mooring. Parcel is not buildable. $299,900. MV Sales & Rentals. (508)423-1443.

## YARD SALES

**MULTI FAMILY YARD SALE 5/30**
18 Metells Way, Katama. Tons of new, like new, and antique items. No junk. Clothing, housewares, linens, garden, pet, furniture, rugs. Saturday,5/30, 9:00AM-1:00PM. Rain date Sunday, 5/31. Cash only. Please park responsibly. No early birds.

## INSTRUCTIONS



**THIS SUMMER WRITE YOUR COLLEGE APP ESSAYS**
Work with bestselling, award-winning author Liz Benedict, former Princeton writing prof: A compassionate coach with top results: Harvard, Yale, MIT, NYU, Brown, Barnard, Bates. Private/Zoom. sessions on/off-Island.

DontSweatTheEssay.com
1-855-99-ESSAY
Liz@DontSweatTheEssay.com





The Center for New Learning MV - cnlmv.org

**TUTORING**
The Center for New Learning MV offers fun, impactful tutoring.
We do the research to hire top Vineyard talent among summer and year-round tutors:
* Math (elementary through Calculus)
* Test Prep (SSAT, SAT, ACT)
* Reading (Orton-Gillingham, Wilson)
* Writing (K-12+, Hochman)
* ADHD, Autism, Dyslexia Specialists
* Study Skills for rising high schoolers
* College Application Essay Support
* Foreign Languages (all ages)

Contact Alice at: info@cnlmv.org, (920)410-4577, www.cnlmv.org

## LOST AND FOUND

**THE VINEYARD GAZETTE'S LOST & FOUND CATEGORY**

Lost something important? Want to see if someone has found it? ...or....found something of value and want to do the right thing? Let the Gazette help you.

The Lost & Found category is a free service. Deadline for publication is 3:00PM, Tuesdays. 25 words or less, please. Ads will be published for 4 consecutive editions. Email - classifieds@vineyardgazette.com

**LOST WATCH**
Lost Cartier tank watch in Hollywood Nails or on Circuit Avenue, Oak Bluffs. Small, red leather band. Reward. (508)627-0809.

## BEST WISHES

**CONGRATULATIONS TO JACOB AND LILY**
[Editor's Note: Significant content deleted to avoid libel charges]
Despite not being invited to your <expletive deleted> wedding, I offer my sincerest congratulations and best <expletive deleted> wishes for a long and happy marriage.
Drunkle Keith

## AQUINNAH
### LEGAL NOTICES

**THE AQUINNAH PLANNING BOARD PLAN REVIEW COMMITTEE**
Will hold a Public Hearing at the Aquinnah Town Offices and via Zoom on Wednesday June 17, 2026, at 6:40PM to act upon a request from Bruce MacNelly, MacNelly Cohen Architects P.C. (applicant) of 343 Lighthouse Road Map 5 Lot 58 under sections 3.2-1, 3.4-1, 3.9-1, 13.4-1, 13.4-7, 13.4-11 of the Aquinnah Zoning Bylaw for the siting of a 3-bedroom dwelling and utilities on a pre-existing non-conforming lot located in the Roadside District where the total footprint on the lot will exceed 2,000 sf. Site Visit at 5:40PM.
Join Zoom meeting:
https://us02web.zoom.us/j/82849623453 - or dial 1 929 205 6099 - Meeting ID: 828 4962 3453 - Passcode: 500452
Inquiries can be emailed to: adminassistant@aquinnah-ma.gov.
may29,jun5,2-t

## EDGARTOWN
### LEGAL NOTICES

**EDGARTOWN PLANNING BOARD NOTICE OF PUBLIC HEARING**
In accordance with Section 5.1.D.e of the Edgartown Zoning Bylaw, the Edgartown Planning Board will hold a public hearing on Tuesday, June 16, 2026 at 4:40PM, at the request of Doug Hoehn, SBH, Inc., on behalf of Mimis House LLC to construct alterations and additions to existing dwelling in the Shore Zone of the Coastal District.
The subject property is located at 144 Plantingfield Way, Assessors Parcel #13-16.3.
This public hearing will be conducted using Remote Conference technology, in accordance with Chapter 2 of the Acts of 2023. Interested parties may 'attend' the meeting online by visiting: https://us02web.zoom.us/j/87110257189, or voice phone call to (646) 558-8656 (when prompted, enter Meeting ID #8711 025 7189
Application Materials may be reviewed online on the Edgartown Planning Board page on the town's website -- https://www.edgartown-ma.us -- or at the Edgartown Planning Board Offices, PO Box 5130, Edgartown, during regular business hours. Please direct questions or comments to Brae. Eddleston, Administrator, planningboard@edgartown-ma.us
Edgartown Planning Board
may29,jun5,2-t

**EDGARTOWN PLANNING BOARD NOTICE OF PUBLIC HEARING**
In accordance with Section 5.5.D.2 of the Edgartown Zoning Bylaw, the Edgartown Planning Board will hold a public hearing on Tuesday, June 16, 2026 at 4:30PM, at the request of Reid Silva, Vineyard Land Surveying & Engineering, on behalf of Maria Ann Roglieri to construct a 16x35' pool, 7.5'x7.5' hot tub, and pool equipment shed. The subject property is located at 4 Plains Head Lane, Assessors Parcel #45-16.56.
This public hearing will be conducted using Remote Conference technology, in accordance with Chapter 2 of the Acts of 2023. Interested parties may 'attend' the meeting online by visiting: https://us02web.zoom.us/j/87110257189, or voice phone call to (646) 558-8656 (when prompted, enter Meeting ID #8711 025 7189
Application Materials may be reviewed online on the Edgartown Planning Board page on the town's website -- https://www.edgartown-ma.us -- or at the Edgartown Planning Board Offices, PO Box 5130, Edgartown, during regular business hours. Please direct questions or comments to Brae. Eddleston, Administrator, planningboard@edgartown-ma.us
Edgartown Planning Board
may29,jun5,2-t

**TOWN OF EDGARTOWN NOTICE OF PUBLIC HEARING**
Notice is hereby given in accordance with the provisions of Chapter 87, Section 3 of the Massachusetts General Laws and amendments thereto, that Brent Brown, agent for Ian & Jamie Roach Murray has requested permission to remove the following public shade tree. The tree is a Sycamore Maple Tree with 18" inch DBH and 28' foot height. The tree is located at 24 Cottage Street. Assessors map 20D, parcel 260.

A public hearing will be held upon said request at 4:00PM on Monday June 8, 2026 in the Fred B. Morgan meeting room of the Town Hall, 70 Main Street, Edgartown, Massachusetts.

Select Board / Tree Warden
may22,29,2-t

**EDGARTOWN ZONING BOARD OF APPEALS NOTICE OF PUBLIC HEARING**
On **Wednesday, June 17, 2026 at 4:45PM** the Edgartown Zoning Board of Appeals will hold a remote public hearing via ZOOM on the request by **R. Paul Achin & Paula J. Achin** for a special permit under section 10.1.G of the zoning bylaw to **construct a renovation/addition to an existing single family residence.** The property is located on a pre-existing, nonconforming .5-acre lot at **21 Briarwood Drive** (Assr. Pcl. 11-45) in the R-60 Residential District. Written comments should be received no later than noon on June 16, 2026. For information on how to use Zoom or to view the plans please contact Brae Eddleston, Administrator: zba@edgartown-ma.us or check the town's website.

To Join Zoom Meeting:
https://us02web.zoom.us/j/88666724579
Or Join by Phone:
646 558 8656
Meeting ID: 886 6672 4579
may29,jun5,2-t

**EDGARTOWN ZONING BOARD OF APPEALS NOTICE OF PUBLIC HEARING**
On **Wednesday, June 17, 2026 at 4:00PM** the Edgartown Zoning Board of Appeals will hold a remote public hearing via ZOOM on the request by **G. Drew & Kim G. Conway** for a special permit under section 10.1.G of the zoning bylaw to **expand an existing non-conforming one-car garage 8 feet closer to the street with utility and storage space.** The property is located on a conforming .31-acre lot at **71 No Water St** (Assr. Pcl. 20D-292.1) in the R-5 Residential District. Written comments should be received no later than noon on June 16, 2026. For information on how to use Zoom or to view the plans please contact Brae Eddleston, Administrator: zba@edgartown-ma.us or check the town's website.

To Join Zoom Meeting:
https://us02web.zoom.us/j/88666724579
Or Join by Phone:
646 558 8656
Meeting ID: 886 6672 4579
may29,jun5,2-t

**EDGARTOWN ZONING BOARD OF APPEALS NOTICE OF PUBLIC HEARING**
On **Wednesday, June 17, 2026 at 4:30PM** the Edgartown Zoning Board of Appeals will hold a remote public hearing via ZOOM on the request by **Andrew Herzig** for a special permit under section 10.1.G of the zoning bylaw to **construct a renovation/addition to an existing single family residence.** The property is located on a pre-existing, nonconforming .89-acre lot at **8 Old Dunhams Corner Way** (Assr. Pcl. 36-157.9) in the R-60 Residential District. Written comments should be received no later than noon on June 16, 2026. For information on how to use Zoom or to view the plans please contact Brae Eddleston, Administrator: zba@edgartown-ma.us or check the town's website.

To Join Zoom Meeting:
https://us02web.zoom.us/j/88666724579
Or Join by Phone:
646 558 8656
Meeting ID: 886 6672 4579
may29,jun5,2-t

**EDGARTOWN ZONING BOARD OF APPEALS NOTICE OF PUBLIC HEARING**
On **Wednesday, June 17, 2026 at 4:15PM** the Edgartown Zoning Board of Appeals will hold a remote public hearing via ZOOM on the request by **Kayla M. Montambault** for a special permit under section 10.1.G of the zoning bylaw to **construct a 320 sq ft addition to the existing dwelling.** The property is located on a pre-existing, nonconforming .33-acre lot at **66 Fourteenth St South** (Assr. Pcl. 11B-102) in the R-20 Residential District. Written comments should be received no later than noon on June 16, 2026. For information on how to

use Zoom or to view the plans please contact Brae Eddleston, Administrator: zba@edgartown-ma.us or check the town's website.

To Join Zoom Meeting:
https://us02web.zoom.us/j/88666724579
Or Join by Phone:
646 558 8656
Meeting ID: 886 6672 4579
may29,jun5,2-t

## GOSNOLD
### LEGAL NOTICES

**UNITED STATES OF AMERICA FEDERAL ENERGY REGULATORY COMMISSION**

**MARINE RENEWABLE ENERGY COLLABORATIVE OF NEW ENGLAND, INC.**

**PROJECT NO. 15426-000**

**NOTICE OF PRELIMINARY PERMIT APPLICATION ACCEPTED FOR FILING AND SOLICITING COMMENTS, MOTIONS TO INTERVENE, AND COMPETING APPLICATIONS**

**(APRIL 29, 2026)**

On April 3, 2026, Marine Renewable Energy Collaborative of New England, Inc., filed an application for a preliminary permit, pursuant to section 4(f) of the Federal Power Act, proposing to study the feasibility of the Cuttyhunk Test Range Project (Cuttyhunk Project or project), to be located in Vineyard Sound, approximately 2,000 feet off the south coast of Cuttyhunk Island, near the Town of Gosnold, Dukes County, Massachusetts. The sole purpose of a preliminary permit, if issued, is to grant the permit holder priority to file a license application during the permit term. A preliminary permit does not authorize the permit holder to perform any land-disturbing activities or otherwise enter upon lands or waters owned by others without the owners' express permission.

The proposed Cuttyhunk Project would consist of the following new features: (1) a wave energy converter structure with buoy; (2) a second buoy for a data acquisition system; (3) a three-anchored catenary mooring system; (4) a 5,280 foot buried submarine cable; (5) a communications hub on Cuttyhunk Island for monitoring the test range and receiving data; (6) a small solar photovoltaic system and battery; and (7) a cellular and satellite communications system for receiving data from the data acquisition system. The proposed project would have an estimated average annual generation of 200 megawatt-hours.

Applicant Contact: Stephen Barrett, Barrett Energy Resources Group, 10 River Run, Williamstown, MA 01267; phone: (339)234-2696; email: steve@barrettenergygroup.com.

FERC Contact: Robert Haltner; phone: (202)502-8612, or by email at: robert.haltner@ferc.gov.

Deadline for filing comments, motions to intervene, competing applications (without notices of intent), or notices of intent to file competing applications: on or before 5:00PM Eastern Time on June 29, 2026. Competing applications and notices of intent must meet the requirements of 18 CFR § 4.36.

The Commission strongly encourages electronic filing. Please file comments, motions to intervene, notices of intent, and competing applications using the Commission's eFiling system at: https://ferconline.ferc.gov/eFiling.aspx. Commenters can submit brief comments up to 10,000 characters, without prior registration, using the eComment system at https://ferconline.ferc.gov/QuickComment.aspx. For assistance, please contact FERC Online Support at: FERCOnlineSupport@ferc.gov, (866)208-3676 (toll free), or (202)502-8659 (TTY). In lieu of electronic filing, you may submit a paper copy. Submissions sent via the U.S. Postal Service must be addressed to: DebbieAnne A. Reese, Secretary, Federal Energy Regulatory Commission, 888 First Street NE, Room 1A, Washington, DC 20426. Submissions sent via any other carrier must be addressed to: Debbie-Anne A. Reese, Secretary, Federal Energy Regulatory Commission, 12225 Wilkins Avenue, Rockville, Maryland 20852. The first page of any filing should include docket number P-15426-000.

For public inquiries and assistance with intervening or participating, contact the Office of Public Participation at (202)502-6595 or OPP@ferc.gov.

More information about this project, including a copy of the application, can be viewed on the Commission's website (http://www.ferc.gov) using the "eLibrary" link. Enter the docket number, excluding the last three digits (P-15426), in the docket number field to access the document. For assistance, contact FERC Online Support.

**(Authority: 18 CFR 2.1)**

Debbie-Anne A. Reese, Secretary.
may8,15,22,29,4-t

## OAK BLUFFS
### LEGAL NOTICES

**TOWN OF OAK BLUFFS**
The Town of Oak Bluffs is seeking new members for several important committees.
• Affordable Housing Committee
• Board of Assessors
• Cape Light Compact
• Cape & Vineyard Electric Cooperative (CVEC)
• Capital Improvement Committee
• Climate and Energy Committee
• Community Preservation Committee
• Conservation Committee
• Council on Aging - Alternate
• Library Board of Trustees
• Personnel Board
• Shellfish Committee
• Zoning Board of Appeals

Interested residents should send a letter of interest/qualifications to Debra Alley, Executive Assistant - Select Board, bosadmin@oakbluffsma.gov
P.O. Box 1327, Oak Bluffs, MA 02557 by June 5, 2026
may29,1-t

## TISBURY
### LEGAL NOTICES

**TOWN OF TISBURY OFFICE OF BOARD OF APPEALS NOTICE OF PUBLIC HEARING CASE 2575**
The Tisbury Zoning Board of Appeals will hold a public hearing on Thursday, June 11th, 2026, at 4:30PM at the Tisbury Town Hall Annex, located at 66 Highpoint Lane. The purpose of the hearing is to review the application submitted by Samuel Hurd, requesting a special permit for an expansion/alteration on a pre-existing/non-conforming lot that includes the construction of an accessory dwelling unit. The application is filed under the Tisbury Zoning Bylaw 07.01.03. The project is located at 51 Lagoon Pond Road (Assessor's Parcel 9A18.1) in the commercial zoning district. The application and plans are available for review at the Tisbury Zoning Board of Appeals office and Vineyard Land Surveying & Engineering Inc.
may22,29,2-t

**TOWN OF TISBURY OFFICE OF BOARD OF APPEALS NOTICE OF PUBLIC HEARING CASE 2576**
The Tisbury Zoning Board of Appeals will hold a public hearing on Thursday, June 11th, 2026, at 4:30PM at the Tisbury Town Hall Annex, located at 66 Highpoint Lane. The purpose of the hearing is to review the application submitted by Philip Smallwood, requesting a special permit for an inground swimming pool. The application is filed under the Tisbury Zoning Bylaw 04.03.10. The project is located at 0 Red Buoy Road (Assessor's Parcel 14B2.1) in the R20 Zoning District. The application and plans are available for review at the Tisbury Zoning Board of Appeals office and Maurice O'Connor Architect.
may22,29,2-t

## GENERAL
### LEGAL NOTICES

**COMMONWEALTH OF MASSACHUSETTS LAND COURT DEPARTMENT OF THE TRIAL COURT (SEAL)**

**26 SM 001546**

**ORDER OF NOTICE**

To:
Alicia J. Batts; Constance J. Batty; Judith N. Batty

and to all persons entitled to the benefit of the Servicemembers Civil Relief Act, 50 U.S.C. c. 50 §3901 (et seq):

CitiMortgage, Inc.

claiming to have an interest in a Mortgage covering real property in Oak Bluffs, numbered 8 Narragansett Avenue, given by Alicia J. Batts, Constance J. Batty, Judith N. Batty to Mortgage Electronic Registrations Systems, Inc., as nominee for Citibank, N.A., dated November 5, 2021, and recorded in the Dukes County Registry of Deeds in Book 1602, Page 613, and now held by plaintiff by assignment, has/have filed with this court a complaint for determination of Defendant's/Defendants' Servicemembers status.

If you now are, or recently have been, in the active military service of the United States of America, then you may be entitled to the benefits of the Servicemembers Civil Relief Act. If you object to a foreclosure of the above mentioned property on that basis, then you or your attorney must file a written appearance and answer in this court at Three Pemberton Square, Boston, MA 02108 on or before June 29, 2026 or you may lose the opportunity to challenge the foreclosure on the ground of noncompliance with the Act.

Witness, Gordon H. Piper, Chief Justice of this Court on May 12 2026.

Attest:
Deborah J. Patterson
Recorder
28938
may29,1-t

**COMMONWEALTH OF MASSACHUSETTS THE TRIAL COURT PROBATE AND FAMILY COURT DOCKET NO. DU26P0065EA ESTATE OF: ROBERT ADDISON DAY DATE OF DEATH: 09/14/2023**

**CITATION ON PETITION FOR FORMAL ADJUDICATION**

To all interested persons:

A Petition for Formal Probate of Will with Appointment of Personal Representative has been filed by
Ronald P. Spogli of Los Angeles, CA and Peter Carlton of Los Angeles, CA requesting that the Court enter a formal Decree and Order and for such other relief as requested in the Petition.
The Petitioner requests that:
Ronald P. Spogli of Los Angeles, CA and Peter Carlton of Los Angeles, CA be appointed as Personal Representative(s) of said estate to serve Without Surety on the bond in unsupervised administration.

**IMPORTANT NOTICE**
You have the right to obtain a copy of the Petition from the Petitioner or at the Court. You have a right to object to this proceeding. To do so, you or your attorney must file a written appearance and objection at this Court before: 10:00 a.m. on the return day of 06/23/2026.

This is NOT a hearing date, but a deadline by which you must file a written appearance and objection if you object to this proceeding. If you fail to file a timely written appearance and objection followed by an affidavit of objections within thirty (30) days of the return day, action may be taken without further notice to you.

UNSUPERVISED ADMINISTRATION UNDER THE MASSACHUSETTS UNIFORM PROBATE CODE (MUPC)
A Personal Representative appointed under the MUPC in an unsupervised administration is not required to file an inventory or annual accounts with the Court. Persons interested in the estate are entitled to notice regarding the administration directly from the Personal Representative and may petition the Court in any matter relating to the estate, including the distribution of assets and expenses of administration.

WITNESS, Hon. Susan L. Jacobs, First Justice of this Court.
Date: May 19, 2026
Daphne DeVries
Register of Probate
Dukes County Probate and Family Court
PO Box 237
81 Main Street
Edgartown, MA 02539
(508)627-4703
may29,1-t

**COMMONWEALTH OF MASSACHUSETTS THE TRIAL COURT PROBATE AND FAMILY COURT DOCKET NO. DU26P0068EA ESTATE OF: JOHN EDWARD FORTE DATE OF DEATH: 01/12/2026**

**CITATION ON PETITION FOR FORMAL ADJUDICATION**

To all interested persons:

A Petition for Formal Appointment of Personal Representative has been filed by:
Lara T. Fuller of Chilmark, MA requesting that the Court enter a formal Decree and Order and for such other relief as requested in the Petition.
The Petitioner requests that:
Lara T. Fuller of Chilmark, MA be appointed as Personal Representative(s) of said estate to serve Without Surety on the bond in unsupervised administration.

**IMPORTANT NOTICE**
You have the right to obtain a copy of the Petition from the Petitioner or at the Court. You have a right to object to this proceeding. To do so, you or your attorney must file a written appearance and objection at this Court before: 10:00 a.m. on the return day of 06/23/2026.

This is NOT a hearing date, but a deadline by which you must file a written appearance and objection if you object to this proceeding. If you fail to file a timely written appearance and objection followed by an affidavit of objections within thirty (30) days of the return day, action may be taken without further notice to you.

UNSUPERVISED ADMINISTRATION UNDER THE MASSACHUSETTS UNIFORM PROBATE CODE (MUPC)
A Personal Representative appointed under the MUPC in an unsupervised administration is not required to file an inventory or annual accounts with the Court. Persons interested in the estate are entitled to notice regarding the administration directly from the Personal Representative and may petition the Court in any matter relating to the estate, including the distribution of assets and expenses of administration.

WITNESS, Hon. Susan L. Jacobs, First Justice of this Court.
Date: May 26, 2026
Daphne DeVries
Register of Probate
Dukes County Probate and Family Court
PO Box 237
81 Main Street
Edgartown, MA 02539
(508)627-4703
may29,1-t

**COMMONWEALTH OF MASSACHUSETTS THE TRIAL COURT PROBATE AND FAMILY COURT DOCKET NO. DU14P0093GD**

**IN THE INTERESTS OF: DIAMOND VANDERHOOP OF AQUINNAH, MA RESPONDENT, INCAPACITATED PERSON/PROTECTED PERSON**

**CITATION GIVING NOTICE OF PETITION FOR RESIGNATION OF A GUARDIAN OF AN INCAPACITATED PERSON**

To the named Respondent and all other interested persons, a petition has been filed by John Cartwright, Esq. of Barnstable, MA in the above captioned matter requesting that the court:
Accept the Resignation of the Guardian

The petition asks the court to make a determination that the Guardian and/or Conservator should be allowed to resign; or should be removed for good cause; or that the Guardianship and/or Conservatorship is no longer necessary and therefore should be terminated. The original petition is on file with the court.

You have the right to object to this proceeding. If you wish to do so, you or your attorney must file a written appearance at this court on or before 10:00 A.M. on the return date of 6/23/26 . This day is NOT a hearing date, but a deadline date by which you have to file the written appearance if you object to the petition. If you fail to file the written appearance by the return date, action may be taken in this matter without further notice to you. In addition to filing the written appearance, you or your attorney must file a written affidavit stating the specific facts and grounds of your objection within 30 days after the return date.

**IMPORTANT NOTICE**
The outcome of this proceeding may limit or completely take away the above-named person's right to make decisions about personal affairs or financial affairs or both. The above-named person has the right to ask for a lawyer. Anyone may make this request on behalf of the above-named person. If the above-named person cannot afford a lawyer, one may be appointed at State expense.

Witness, Hon. Susan L. Jacobs, First Justice of this Court.
Date: May 19, 2026
Daphne DeVries
Register of Probate
Dukes County Probate and Family Court
PO Box 237
81 Main Street
Edgartown, MA 02539
(508)627-4703
may29,1-t

**MARTHA'S VINEYARD REGIONAL HIGH SCHOOL DISTRICT INVITATION FOR BIDS SURPLUS SCHOOL VEHICLES (#26-36)**
Martha's Vineyard Regional High School District invites bids for the sale of four (4) surplus vehicles: one (1) 2012 Ford Econoline Van, one (1) 2012 Ford Escape Hybrid, one (1) 2015 Ford Expedition, and one (1) 2015 GMC Savcut. All vehicles are being sold as is and all sales are final. Vehicles must be removed from the property by Wednesday, June 17, 2026. Vehicles can be inspected by appointment only through Troy Vanderhoop, Transportation Manager by calling (508)560-2003 or troy.vanderhoop@mvyps.org. Bid documents can be obtained by emailing Jocelyn Broadley at jbroadley@mvyps.org. Bids will need to be per vehicle and must be submitted in a sealed envelope addressed to Mark Friedman, School Business Administrator, and be received at 4 Pine Street, Vineyard Haven, MA 02568 by Wednesday, June 3, 2026, before 4:00PM (Eastern Standard Time).
If Bids are being delivered in person, bids must be placed in secure drop box at front door at 4 Pine Street, Vineyard Haven, MA 02568. Bids will be opened on Wednesday, June 3, 2026 at 4:00PM. The Martha's Vineyard Regional High School District reserves the right to reject any or all bids.
may15,22,29,3-t

## GENERAL
### LEGAL NOTICES

**MORTGAGEE'S SALE OF REAL ESTATE**

By virtue and in execution of the Power of Sale contained in a certain mortgage given by Mavis M. Francis and Ralston Francis to "MERS", Mortgage Electronic Registration Systems, Inc., a separate corporation that is acting solely as nominee for "Lender", NP, Inc. and its successors and assigns dated July 18, 2022 and recorded with the Dukes County Registry of Deeds, in Book 1631, Page 594, as assigned by Assignment of Mortgage dated February 15, 2024; recorded in Dukes County Registry of Deeds, Book 1674, Page 980, and by Assignment dated January 8, 2026; recorded in Dukes County Registry of Deeds, Book 1728, Page 274, of which mortgage the undersigned is the present holder, for breach of the conditions of said mortgage and for the purpose of foreclosing the same will be sold at **Public Auction at 12:00 PM, on June 5, 2026,** on the premises known as **32 Norton Orchard Road, Edgartown, Massachusetts,** the premises described in said mortgage, together with all the rights, easements, and appurtenances thereto, to wit:

The land with any buildings thereon situated in Edgartown, Dukes County, Commonwealth of Massachusetts, bounded and described as follows:
Being shown as Lot #2A on plan land entitled "Plan of Land in Edgartown, Mass., Prepared for Margaret A. Chirgwin, et al, scale: 1"=20', Prepared by Smith & Dowling, Inc., Engineers, Surveyors, Planners, and Construction Management, 480 State Road, P.O. Box 1087, Vineyard Haven, Mass 02568" dated April 4, 2006 and filed with Dukes County Registry of Deeds in Plan Book 15, Page 99, to which reference may be had for a more particular description.
Containing 12,800 square feet, more or less.
Together with a permanent easement to pass and repass over "Norton Orchard Road" so-called comprised of the former Martha's Vineyard Railroad Co. roadbed and a connecting road to Pine Street, said easement to be used in common with all those lawfully entitled thereto for all purposes, including utilities, for which public streets and ways are used in the Town of Edgartown, Dukes County, Commonwealth of Massachusetts as set forth in an instrument dated October 21, 1982 and recorded in the Dukes County Registry of Deeds in Book 395, Page 656.
Said easement shall be appurtenant to Lots #2 and #3 on plan of land entitled "Plan of Land in Edgartown, Mass., Surveyed for Bruce L. & Deborah I. Levett, scale: 1"=30', Prepared by Dean R. Swift, Reg'd. Land Surveyor, Vineyard Haven, Mass" dated March 31, 1982 and filed with Dukes County Registry of Deeds as Edgartown Case File No. 259.
Terms of Sale: These premises are being sold subject to any and all unpaid real estate taxes, water rates, municipal charges and assessments, condominium charges, expenses, costs, and assessments, if applicable, federal tax liens, partition wall rights, statutes, regulations, zoning, subdivision control, or other municipal ordinances or bylaws respecting land use, configuration, building or approval, or bylaws, statutes or ordinances regarding the presence of lead paint, asbestos or other toxic substances, sanitary codes, housing codes, tenancy, and , to the extent that they are recorded prior to the above mortgage, any easements, rights of way, restrictions, confirmation or other matters of record.
The purchaser shall also bear all state and county deeds excise tax. The deposit of $10,000.00 is to be paid in cash or bank or certified check at the time and place of the sale, with the balance of the purchase price to be paid by bank or certified check within forty-five (45) days after the date of the sale, to be deposited in escrow with Guaetta and Benson, LLC, at 73 Princeton Street, Suite 208, North Chelmsford, Massachusetts.
In the event that the successful bidder at the foreclosure sale shall default in purchasing the within described property according to the terms of this Notice of Sale and/or the terms of the Memorandum of Sale executed at the time of the foreclosure, the Mortgagee reserves the right to sell the property by foreclosure deed to the second highest bidder or, thereafter, to the next highest bidders, providing that said bidder shall deposit with said attorney, the amount of the required deposit as set forth herein within five (5) business days after written notice of the default of the previous highest bidder.
Other terms, if any, are to be announced at the sale.
Dated: May 7, 2026
Present holder of said mortgage
MCLP Asset Company, Inc.
by its Attorneys
Guaetta and Benson, LLC
Peter V. Guaetta, Esquire
P.O. Box 519
Chelmsford, MA 01824
may15,22,29,3-t

**MARTHA'S VINEYARD COMMISSION PUBLIC HEARING**
The public is invited to a public hearing concerning the following Development of Regional Impact #784 Aquinnah Headwaters
Applicant: Northeast Native Network of Kinship & Healing; Matt Coffey (Agent)
Location: 759 State Road, Aquinnah. Map 9, Lot 50 (approximately 2 acres)
Proposal: Development of a safe living facility comprised of three participant residences, a caretaker residence, a food hub building and a healing center building.
Date & Time: Thursday, June 4, 2026 at 6:35PM
Place: Hybrid Meeting MVC Office - 1st Floor, 33 New York Ave, Oak Bluffs, MA and Zoom Meeting ID: 893 9473 5318; Password: 581566
The application and plans are available on the MVC website. Written testimony may be submitted prior to or during the hearing. Check for updates on the online calendar.
may29,1-t

**NOTICE OF RECEIVERSHIP SALE**
The Receiver for UN House MV, LLC, Phillip G. Young, Jr., has entered into a sale agreement with respect to the real property located at 471 West Tisbury Road, Edgartown, MA 02539 (f/k/a 10 Codman Spring Road, Edgartown, MA 02539) and all personal property located therein.
The proposed sale price for the property is $2,595,000.00.
Any party wishing to submit an overbid for the property should contact the Receiver in writing at 6100 Tower Circle, Suite 200, Franklin, TN 37067 (615-465-6000) or at uncleneareast@thompsonburton.com. Any overbid must be accompanied by proof of the bidder's financial ability to purchase the property at the overbid price.
The deadline to submit an overbid is June 5, 2026. Overbids received after June 5, 2026, will not be considered.
may22,29,2-t