**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that John P. Nefflen of Thompson Burton PLLC hereby enters his appearance as counsel of record for the Receiver, Phillip G. Young, Jr., in this matter along with Justin T. Campbell. Mr. Nefflen's address is Thompson Burton PLLC, 1801 West End Avenue, Suite 1550, Nashville, Tennessee 37203. His phone number is (615) 988-1628, and his email address is john.nefflen@thompsonburton.com.

Respectfully Submitted,

/s John P. Nefflen
John P. Nefflen, Tn Bar No. 020226
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
T:  (615) 988-1628
Email: john.nefflen@thompsonburton.com

*Counsel for Receiver*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: June 10, 2026.

/s/ John P. Nefflen
John P. Nefflen