

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE

Case #:  4:25-cv-38                           Date:  June 11, 2026

Farm Credit Mid-America, PCA        vs.        Uncle Nearest, Inc., et al

**PROCEEDINGS:  Motion Hearing – Receiver's Expedited Motion to Sell (Doc. 147)**

HONORABLE CHARLES E. ATCHLEY, JR., UNITED STATES DISTRICT JUDGE

Allison Laster                                                      Dianne Bryden
**Deputy Clerk**                                                   **Court Reporter**

**Attorney for Plaintiffs**                                        **Attorney for Defendant**
Demetra Liggins                                                    Curtis Johnson, Jr.
Erika Barnes                                                       Florence Johnson

**Attorney for Receiver**
John Nefflen for Phillip Young, Jr.

Hearing held on Receiver's Motion to Sell Real and Personal Property in Martha's Vineyard – Document 147 in the record. Court will take this matter under advisement, and an Order shall enter.

2:00 P.M. to 2:34 P.M.