UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Farm Credit Mid-America, PCA

        Plaintiff,

v.                                   Case No. 4:25-cv-38

Uncle Nearest, Inc. et al.

        Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Farm Credit Mid-America, PCA        ,

moves for admission to appear in this action *pro hac vice.*

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

New York

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## [ OR ]

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/8/2026

_____
(Signature—hand signed)

Name: Jeffrey J. Chapman

Firm: McGuireWoods LLP

Address:

    1251 Avenue of the Americas, 20th Floor, New York, NY 10020

Email address: jchapman@mcguirewoods.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.