# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

JEFFREY   J   CHAPMAN , Bar # JC1813

was duly admitted to practice in the Court on

November 09, 1999

and is in good standing as a member of the Bar of this Court

Dated at
500 Pearl St.
New York, New York

On

July 8, 2026

Tammi M. Hellwig
Clerk of Court

By

s/B. Cong
Deputy Clerk