# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

___DOUGLAS   HORN___ , Bar # ___6123194___

was duly admitted to practice in the Court on

___November 04, 2025___

and is in good standing as a member of the Bar of this Court

Dated at      500 Pearl St.          On
              New York, New York               ___July 8, 2026___

___Tammi M. Hellwig___          By          ___s/B. Cong___
Clerk of Court                                Deputy Clerk