UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

**<u>NOTICE OF DEFICIENCY – PRO HAC MOTION</u>**

To:        Dairanetta S Spain

Case No.:  4:25-cv-00038

☑ Attorney is not admitted (See LR 83.5).   This matter will be referred to a magistrate judge if a pro hac motion is not filed within 15 days of this Notice.   A form motion can be found here: https://www.tned.uscourts.gov/forms/motion-admission-pro-hac-vice.

☐ Pro hac motion has been filed.   However, the following action is required in order for the motion to be considered.

   ☐ The Clerk's Office has been unable to confirm your good standing in the following state(s).   Accordingly, a certificate(s) of good standing must be submitted:

   ☐ A certificate of good standing from another district court must be submitted.

   ☐ The $150.00 filing fee must be paid.

   If the required certificates or filing fee are not submitted within 15 days of this Notice, your motion may be summarily denied.