| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

## RECEIVER'S NOTICE OF FINALITY OF SALE ORDER

Comes now Phillip G. Young, Jr., the Court-appointed receiver herein ("Receiver"), by and through undersigned counsel, and hereby gives notice of the following:

On February 25, 2026, the Receiver filed his Expedited Motion to Sell Real and Personal Property in Martha's Vineyard (Doc. 147) (the "Sale Motion"). The Sale Motion was granted by the Court in its Order dated June 15, 2026 (Doc. 212) (the "Sale Order").

On July 1, 2026, Defendants Fawn Weaver and Keith Weaver filed their Motion to Stay Order Granting Receiver's Expedited Motion to Sell Real and Personal Property in Martha's Vineyard Pending Reconsideration and/or Appeal (Doc. 215) (the "Motion to Stay"). The very first substantive representation made in the Motion to Stay is as follows: "Defendants are in need of an order staying this sale *as they intend to appeal this order*. . . ." Motion to Stay, p.2 (emphasis added). The Receiver filed an opposition to the Motion to Stay on July 6, 2026 (Doc. 216) (the "Opposition"). In the Opposition, the Receiver repeatedly points out that the Sale Order had not been appealed, and that a stay is inappropriate unless and until the order at issue has been appealed.

The Sale Order became final and unappealable on July 15, 2026.  The finality of the Sale Order is determinative of the Motion to Stay.

As indicated in the Receiver's Fourth Quarterly Status Report (Doc. 223), the estate has already lost a buyer for the Martha's Vineyard property due to the continued litigation by the Defendants.  The new buyer has now informed the Receiver that it does not intend to close until the Motion to Stay has been resolved by this Court.

Because the Sale Order is now final and the basis for all arguments in the Motion to Stay have now been mooted, the Receiver respectfully requests that the Court deny the Motion to Stay as expeditiously as possible to avoid losing its current buyer for the Martha's Vineyard property. Should the Court wish to hear argument on this matter, the Receiver's counsel will make themselves available at the Court's convenience in order to resolve this matter expediently.

Dated this 16th day of July, 2026.

Respectfully submitted,

/s/ Justin T. Campbell
Justin T. Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
(615) 465-6015 (phone)
justin@thompsonburton.com

Counsel for the Receiver

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: July 16, 2026.

/s/ Justin T. Campbell

Justin T. Campbell