| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

**RECEIVER'S REPORT REGARDING**
**GRANT SIDNEY, INC.**

Comes now Phillip G. Young, Jr. (the "Receiver"), the court-appointed receiver in this matter, by and through counsel, and offers this report regarding the business affairs of Grant Sidney, Inc. ("Grant Sidney") pursuant to the terms of the Court's Order (Doc. 198) (the "Order") entered on May 26, 2026.

Within two weeks after entry of the Order, the Receiver served a written demand for records on eight (8) parties. To date, only four (4) of those parties have produced the requested records, or affirmatively stated that the requested records do not exist. The Receiver has followed up with the four parties who have yet to comply with the request. If compliance is not accomplished soon, the Receiver anticipates filing subpoenas for the records of some of these entities.

Without access to all relevant records, the Receiver is not in a position to state whether or not Grant Sidney currently possesses assets of any of the other receivership entities, nor is he in a position to recommend whether a permanent receivership of Grant Sidney is an appropriate remedy. Accordingly, the Receiver respectfully requests that the Court grant him a sixty (60) day extension to provide a more fulsome report to the Court.

Dated this 20th day of July, 2026.

Respectfully submitted,

/s/ Justin T. Campbell
Justin T. Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
(615) 465-6015 (phone)
justin@thompsonburton.com

Counsel for the Receiver

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all parties having made an appearance herein, via the Court's CM/ECF system.

This 20th day of July, 2026.

/s/ Justin T. Campbell
Justin T. Campbell

2