# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

FARM CREDIT MID-AMERICA, PCA, )
 )
 *Plaintiff*, )  Case No. 4:25-cv-38
 )
v. )  Judge Atchley
 )
UNCLE NEAREST, INC., *et al.*, )  Magistrate Judge Steger
 )
 *Defendants*. )

## ORDER

On May 26, 2026, the Court expanded the receivership in this matter to include Grant Sidney, Inc. [Doc. 198]. The Court further directed the Receiver to: (1) "promptly investigate whether and to what extent Grant Sidney, Inc. holds any assets that rightly belong to Uncle Nearest, Inc., Nearest Green Distillery, Inc., Uncle Nearest Real Estate Holdings, LLC, or any of the 'Subject Entities' as that term is defined in Paragraph 2 of the Order Appointing Receiver" and (2) file a status report regarding the same. [*id.* at 61–62].

The Receiver has now filed a status report as ordered. [Doc. 231]. In this report, the Receiver represents he has been working to compile records related to Grant Sidney's business affairs but has not yet received records or an affirmative statement that the requested records do not exist from four parties. [*See id.*]. The Receiver further states that he anticipates filing subpoenas for these outstanding records soon, and he asks the Court to grant him an extension of time in which to file a more fulsome report. [*Id.*].

Considering the foregoing, the Court hereby **EXTENDS** the Receiver's deadline to file the status report described in the Court's May 26, 2026, Memorandum Opinion and Order, [*see* Doc. 198 at 61–62], until **September 23, 2026**.

**SO ORDERED.**

/s/ Charles E. Atchley, Jr.
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**