**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SALE OF MARTHA'S VINEYARD PROPERTY

Comes now Phillip G. Young, Jr., the Court-appointed receiver herein ("Receiver"), by and through undersigned counsel, and hereby gives notice of the following:

On February 25, 2026, the Receiver filed his Expedited Motion to Sell Real and Personal Property in Martha's Vineyard (Doc. 147) (the "Sale Motion").  The Sale Motion was granted by the Court in its Order dated June 15, 2026 (Doc. 212) (the "Sale Order").

Pursuant to the authority granted by the Sale Order, on July 24, 2026, the Receiver closed on the sale of the property located at 10 Codman Spring Road, Edgartown, Massachusetts (also known as 471 West Tisbury Road, Edgartown, Massachusetts) (the "Martha's Vineyard Property").  The Martha's Vineyard Property was sold to Ivery Hill Property, LLC, an arm's-length third party buyer, for $2,595,000.  After satisfaction of the mortgage, closing costs, taxes, and real estate commissions, this receivership estate netted $818,356.39 from the sale.  The Martha's Vineyard Property has been transferred and the proceeds have been distributed.  Those proceeds are being held by the Receiver for satisfaction of receivership costs, and will not be distributed to any creditor absent further order of this Court.

As a result of the sale, the Receiver respectfully represents that any motion to stay the Sale Order is now moot.

Dated this 24th day of July, 2026.

Respectfully submitted,

/s/ Justin T. Campbell
Justin T. Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
(615) 465-6015 (phone)
justin@thompsonburton.com

Counsel for the Receiver

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date noted below, a true and correct copy of the foregoing listed below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: July 24, 2026.

/s/ Justin T. Campbell
Justin T. Campbell