# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

FARM CREDIT MID-AMERICA, PCA, )
)
    *Plaintiff*, )      Case No. 4:25-cv-38
)
v. )      Judge Atchley
)
UNCLE NEAREST, INC., *et al.*, )      Magistrate Judge Steger
)
    *Defendants*. )

## ORDER

Before the Court is Defendant Fawn Weaver and Defendant Keith Weaver's "Motion to Stay Order Granting Receiver's Expedited Motion to Sell Real and Personal Property in Martha's Vineyard Pending Reconsideration and/or Appeal" [Doc. 215], asking the Court to stay its Order [Doc. 212] granting the Receiver's "Expedited Motion to Sell Real and Personal Property in Martha's Vineyard." As the Martha's Vineyard Property—as defined by the Court, [Doc. 212 at 1]—has already been sold, [*see* Doc. 234], the Weavers' Motion is moot. Accordingly, Defendant Fawn Weaver and Defendant Keith Weaver's "Motion to Stay Order Granting Receiver's Expedited Motion to Sell Real and Personal Property in Martha's Vineyard Pending Reconsideration and/or Appeal" [Doc. 215] is **DENIED AS MOOT**.

    **SO ORDERED.**

                     */s/ Charles E. Atchley, Jr.*
                     **CHARLES E. ATCHLEY, JR.**
                     **UNITED STATES DISTRICT JUDGE**