| | |
|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) )  ) |
| Plaintiff, | ) ) ) ) ) ) ) ) ) ) ) |
| v. | |
| UNCLE NEAREST, INC., et al., | |
| Defendants. | |

Case No. 4:25-cv-38
**Judge Atchley**
**Magistrate Judge Steger**

**PARTIES' JOINT REPORT OF STATUS CONFERENCE
AND REQUEST FOR ENTRY OF A
SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 26(f)**

COME NOW, the parties for the Plaintiff, Farm Credit Mid America, PCA, (hereinafter "Farm Credit") and the Defendants, Fawn Weaver, Keith Weaver and Uncle Nearest, Inc., Nearest Green Distillery, Inc., and Uncle Nearest Real Estate Holdings, LLC (hereinafter, "the Defendants") by and through the counsel of record, with the parties' Report of its meeting to establish deadlines for the entry of a Scheduling Order. This matter was filed on or about July 28, 2025 with an emergency request to appoint a receiver. (Dkt. Ent. 1). On August 22, 2025, the Court appointed Phillip G. Young, Jr. to serve as Receiver (the "Receiver") over Uncle Nearest, Inc., Nearest Green Distillery, Inc., and Uncle Nearest Real Estate Holdings, LLC, among other related entities (the "Receivership Entities") (Dkt. Ent. 39). The Receiver participates in this Joint Report as the authorized representative for the Receivership Entities. The Court ordered the parties to meet and confer on a schedule for discovery in this cause no later than January 30, 2026. (Dkt. Ent. 90). The parties did not establish a Scheduling Order at that time, and the matter was

1

postponed until certain Motions were ruled on.

The Court has now ruled on those Motions and Ordered the parties to file responsive pleadings and conduct a Rule 26(f) conference to establish deadlines in this Cause. (Dkt. Ent. 214). The Receiver filed his answer and counterclaim on behalf of the Receivership Entities on July 7, 2026 (Dkt. Ent. 217). Defendants Fawn and Keith Weaver filed their answer to the complaint on July 7, 2026. (Dkt. Ent. 218). The parties conferred on or about July 8, 2026 via ZOOM. The Receiver was represented by Justin Campbell of Thompson Burton, PLLC. Farm Credit was represented by Demetra Liggins and Jeffrey Chapman of McGuireWoods LLP. Defendants were represented by Florence M. Johnson of Johnson and Johnson, PC.

The June 16, 2026 Order directed the parties to confer on the following items: a discovery plan, deadlines for the Scheduling Order, the possibility of settlement, three possible dates for the trial to be Set within 14-17 months from the date of the June 16, 2026 Order, and the estimated number of days for trial. Accordingly, the parties submit the following:

1. The parties considered the nature of their respective claims and defenses and the possibility of settling the case. While the parties are open to further discussions following a ruling on Farm Credit's motion to dismiss the counterclaim and some fact discovery, settlement is unlikely at this time.

2. The parties anticipate filing a stipulated protective order governing the exchange of discovery. This stipulated protective order will address the confidentiality of certain discovery materials and an agreed method of dealing with inadvertent production of potentially privileged materials.

3. The parties will make initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before September 1, 2026.

2

4. As far as other aspects of the discovery plan, the parties will prioritize document discovery first, followed by depositions. The parties will designate and withhold or redact information protected by any privilege from disclosure in accord with Rule 26(b)(5) and will provide a privilege log after production. The parties do not believe that there needs to be phased discovery at this point.

5. The parties estimate that 5 to 7 days will be needed to complete trial.

6. The parties opt for a bench trial.

7. The parties do not consent to trial by the Magistrate Judge.

8. The parties propose the following trial dates and respective case management deadlines related thereto in accordance with the Court's Judicial Preference No. 10:

**Proposed Trial Date: October 19, 2027**

| Deadline | Time Before Trial | Proposed Date |
|---|---|---|
| Initial Rule 26(a)(1) Disclosures | Stipulated | September 1, 2026 |
| Initial Motions to Dismiss under Rule 12(c) | Stipulated | September 15, 2026 |
| Joinder / Amendment Deadline | 37 weeks | February 2, 2027 |
| Plaintiff's Expert Disclosures | 37 weeks | February 2, 2027 |
| Defendants' Expert Disclosures | 33 weeks | March 2, 2027 |
| Final Witness List | 31 weeks | March 16, 2027 |
| Close of Discovery | 27 weeks | April 13, 2027 |
| Dispositive Motions | 23 weeks | May 11, 2027 |
| *Daubert* Motions | 23 weeks | May 11, 2027 |
| Pretrial Disclosures | 7 weeks | August 31, 2027 |
| Motions in Limine | 6 weeks | September 7, 2027 |
| Proposed Jury Instructions or Findings of Fact and Conclusions of Law | 3 weeks | September 28, 2027 |
| Final Pretrial Conference | 15 days | October 4, 2027 |

**Proposed Trial Date: October 26, 2027**

| Deadline | Time Before Trial | Proposed Date |
|---|---|---|
| Initial Rule 26(a)(1) Disclosures | Stipulated | September 1, 2026 |
| Initial Motions to Dismiss under Rule 12(c) | Stipulated | September 15, 2026 |
| Joinder / Amendment Deadline | 37 weeks | February 9, 2027 |
| Plaintiff's Expert Disclosures | 37 weeks | February 9, 2027 |
| Defendants' Expert Disclosures | 33 weeks | March 9, 2027 |
| Final Witness List | 31 weeks | March 23, 2027 |
| Close of Discovery | 27 weeks | April 20, 2027 |
| Dispositive Motions | 23 weeks | May 18, 2027 |
| *Daubert* Motions | 23 weeks | May 18, 2027 |
| Pretrial Disclosures | 7 weeks | September 7, 2027 |
| Motions in Limine | 6 weeks | September 14, 2027 |
| Proposed Jury Instructions or Findings of Fact and Conclusions of Law | 3 weeks | October 5, 2027 |
| Final Pretrial Conference | 15 days | October 11, 2027 |

**Proposed Trial Date: November 2, 2027**

| Deadline | Time Before Trial | Proposed Date |
|---|---|---|
| Initial Rule 26(a)(1) Disclosures | Stipulated | September 1, 2026 |
| Initial Motions to Dismiss under Rule 12(c) | Stipulated | September 15, 2026 |
| Joinder / Amendment Deadline | 37 weeks | February 16, 2027 |
| Plaintiff's Expert Disclosures | 37 weeks | February 16, 2027 |
| Defendants' Expert Disclosures | 33 weeks | March 16, 2027 |
| Final Witness List | 31 weeks | March 30, 2027 |
| Close of Discovery | 27 weeks | April 27, 2027 |
| Dispositive Motions | 23 weeks | May 25, 2027 |
| *Daubert* Motions | 23 weeks | May 25, 2027 |
| Pretrial Disclosures | 7 weeks | September 14, 2027 |
| Motions in Limine | 6 weeks | September 21, 2027 |
| Proposed Jury Instructions or Findings of Fact and Conclusions of Law | 3 weeks | October 12, 2027 |

| Final Pretrial Conference | 15 days | October 18, 2027 |
|---|---|---|

Respectfully Submitted,

*/s/ Erika R. Barnes*
Erika R. Barnes
Stites & Harbison PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
ebarnes@stites.com

*Counsel for Farm Credit Mid-America, PCA*

*/s/ Demetra Liggins*
Demetra Liggins
McGuire Woods LLP
Texas Tower
845 Texas Avenue, Suite 2400
Houston, TX 77002
Phone: 713-353-6661
Email: dliggins@mcguirewoods.com

- and -

*/s/ Jeffrey J. Chapman*
Jeffrey J. Chapman
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Phone: (212) 548-2100
Fax: (212) 715-6284
jchapman@mcguirewoods.com

*Counsel for Farm Credit Mid-America, PCA*

**JOHNSON & JOHNSON, P.C.**

*/s/ Florence M. Johnson*
Curtis Johnson (TN BPR No. 015518)
Florence Johnson (TN BPR No. 015499)
1407 Union Avenue, Suite 1002
Memphis, TN 38104
Telephone: (901) 725-7520
cjohnson@johnsonandjohnsonattys.com

5

fjohnson@johnsonandjohnsonattys.com

*Counsel for Defendants, Fawn Weaver and Keith Weaver*

*/s/ Justin T. Campbell*
Justin T. Campbell (TN BPR No. 31056)
THOMPSON BURTON PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Telephone: (615) 465-6015
Facsimile: (615) 807-3048
justin@thompsonburton.com

*Counsel for Receiver*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of July 2026, a copy of the foregoing was served via this Court's CM/ECF system on all counsel and parties consenting to receive electronic service.

*/s/ Erika R. Barnes*
Erika R. Barnes

6