| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

**RECEIVER'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM**

**COMES NOW** the court-appointed receiver herein, Phillip G. Young, Jr. ("Receiver"), by and through undersigned counsel, and hereby respectfully moves this Court for an extension of time to respond to Plaintiff Farm Credit Mid-America, PCA's Motion to Dismiss the Counterclaim (Doc. 229) (the "Motion to Dismiss"), and in support thereof states as follows:

On July 17, 2026, Plaintiff filed its Motion to Dismiss the Counterclaim brought by Defendants/Counter-Plaintiffs Uncle Nearest, Inc., Nearest Green Distillery, Inc., and Uncle Nearest Real Estate Holdings, LLC (collectively "Uncle Nearest" or "the Company"), by and through the Receiver. Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the Receiver's response to the Motion to Dismiss is currently due on August 7, 2026.

The Receiver respectfully requests that the Court extend the deadline to respond to the Motion to Dismiss from August 7, 2026, to September 11, 2026. This extension will afford the Receiver and his counsel additional time to thoroughly review the Motion to Dismiss and prepare a comprehensive response.

Page 1 of 3

The Receiver's counsel has conferred with counsel for Plaintiff Farm Credit Mid-America, PCA regarding this Motion. Counsel for Plaintiff has advised counsel for the Receiver that Plaintiff does not oppose the relief requested in this Motion.

WHEREFORE, the Receiver respectfully requests that the Court grant this Motion and extend the deadline to respond to Plaintiff's Motion to Dismiss the Counterclaim (Doc. 229) from August 7, 2026, to September 11, 2026.

Dated this 7th day of August, 2026.

By:  /s/ John P. Nefflen
     Justin T. Campbell, Tn. Bar No. 31056
     John P. Nefflen, TN Bar No. 20226
     Thompson Burton PLLC
     1801 West End Avenue, Suite 1550
     Nashville, Tennessee 37203
     Voice: (615) 465-6015
     Fax:   (615) 807-3048
     Justin@thompsonburton.com

     *Counsel for Receiver*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date noted below, a true and correct copy of the foregoing *RECEIVER'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM* below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: August 7, 2026

/s/ John P. Nefflen
John P. Nefflen

Page 3 of 3