# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT WINCHESTER

FARM CREDIT MID-AMERICA, PCA,    )
    )
    *Plaintiff*,    )    Case No. 4:25-cv-38
    )
v.    )    Judge Atchley
    )
UNCLE NEAREST, INC., *et al.*,    )    Magistrate Judge Steger
    )
    *Defendants*.    )

## ORDER

Before the Court is the Receiver's "Unopposed Motion to Extend Deadline to Respond to Plaintiff's Motion to Dismiss Counterclaim" [Doc. 238], requesting the Court grant him until September 11, 2026, to respond to Plaintiff/Counter-Defendant Farm Credit Mid-America, PCA's "Motion to Dismiss the Counterclaim."

For good cause shown and considering the lack of opposition, the Motion [Doc. 238] is **GRANTED**. The Receiver's deadline to respond to Plaintiff/Counter-Defendant Farm Credit Mid-America, PCA's "Motion to Dismiss the Counterclaim" on behalf of Defendants/Counter-Plaintiffs Uncle Nearest, Inc., Nearest Green Distillery, Inc., and Uncle Nearest Real Estate Holdings, LLC is hereby **EXTENDED** to **September 11, 2026**.

    **SO ORDERED.**

                    */s/ Charles E. Atchley, Jr.*
                    **CHARLES E. ATCHLEY, JR.**
                    **UNITED STATES DISTRICT JUDGE**