FARM CREDIT MID-AMERICA PCA

        Plaintiff,

v.                                      Case No. **4:25-cv-00038**

UNCLE NEAREST, INC., ET AL.

        Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Fawn Weaver and Keith Weaver** ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    **New York and District of Columbia**

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **7/31/2026**

_____
(Signature–hand signed)

Name: **Michael J. Bowe**

Firm: **Brithem LLP**

Address:

    **565 Fifth Avenue, New York, NY 10017**

Email address: **mbowe@brithem.com**

<span style="color:red">Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.</span>