# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

MICHAEL   JOSEPH   BOWE       , Bar #        MB7205

was duly admitted to practice in the Court on

September 13, 1996

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.          On
             New York, New York                July 31, 2026

Tammi M. Hellwig                By      s/ R. Juliano
Clerk of Court                          Deputy Clerk