**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | Case No. 4:25-cv-38 |
| | ) | |
| UNCLE NEAREST, INC., *et al.*, | ) | Judge Atchley |
| | ) | |
| Defendants. | ) | Magistrate Judge Steger |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

The undersigned, Michael J. Bowe, esq., Brithem LLP, files his appearance in this case and gives notice that he will appear and represent the interests of defendants Fawn Weaver and Keith Weaver, and requests he be served with copies of all filings and notice in this case accordance with the Federal Rules of Civil Procedure, and the Local Rules for the Eastern District of Tennessee. Service may be made as follows:

Michael J. Bowe
BRITHEM LLP
565 Fifth Avenue
New York, NY 10017
Phone: (646) 653-9173
E-mail: mbowe@brithem.com

Dated this 17th Day of August, 2026.

Respectfully submitted,

*/s/ Michael J. Bowe*

Michael J. Bowe (admitted *Pro Hac Vice*)
BRITHEM LLP
565 Fifth Avenue
New York, NY 10017
Telephone: (646) 653-9173
Email: mbowe@brithem.com

Curtis D. Johnson, Jr. (admitted *Pro Hac Vice*)
Florence M. Johnson (admitted *Pro Hac Vice*)
JOHNSON AND JOHNSON PC
1407 Union Ave.
Suite 1002
Memphis, TN 38104
Telephone: (901) 725-7520
Email: cjohnson@johnsonandjohnsonattys.com
Email: fjohnson@johnsonandjohnsonattys.com

*Attorneys for*
*Fawn Weaver*
*and Keith Weaver*

## CERTIFICATE OF SERVICE

I, Michael J. Bowe, do hereby certify that a copy of the foregoing pleading has been filed and served through the Court's CM/ECF system upon all parties listed as requesting service in this case on this, the 17th day of August, 2026.

*/s/ Michael J. Bowe__*
Michael J. Bowe

*Attorney for Fawn Weaver*
*and Keith Weaver*