EASTERN DISTRICT OF TENNESSEE
OFFICE OF
UNITED STATES DISTRICT COURT
800 MARKET ST., SUITE 130
KNOXVILLE, TENNESSEE 37902

OFFICIAL BUSINESS

KNOXVILLE TN 377
13 AUG 2026AM 4 L

$0.78 0
US POSTAGE IMI
FIRST-CLASS
063S0002218755
FROM 37902
S99509.087

RECEIVED
SEP 2 2026
INSPECTED

AM

NIE 100 FE 1 0008/28/26

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 37902230330 *2259-04314-13-16

Michael J Bowe
Brithem LLP
565 Fifth Avenue
New York, NY 10017

## Notice of Electronic Filing

The following transaction was entered on 8/11/2026 at 3:04 PM EDT and filed on 8/11/2026

**Case Name:** Farm Credit Mid-America, PCA v. Uncle Nearest, Inc. et al
**Case Number:** 4:25-cv-00038-CEA-CHS
**Filer:**
**Document Number:** 241(No document attached)

**Docket Text:**
**ORDER granting [240] Motion for Leave to Appear Pro Hac Vice. You MUST register as an E-Filer here: https://pacer.psc.uscourts.gov/pscof/regWizard.jsf. This entry is the complete order of the Court. No document is attached. Signed by Magistrate Judge Christopher H Steger on 8/11/2026. (JDC)**