**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA,<br><br>Plaintiff,<br><br>v.<br><br>UNCLE NEAREST, INC., *et al.,*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:25-cv-38<br><br>Judge Atchley<br><br>Magistrate Judge Steger |

**RECEIVER'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM**

**COMES NOW** the court-appointed receiver herein, Phillip G. Young, Jr. ("Receiver"), by and through undersigned counsel, and respectfully moves this Court for an additional extension of time to respond to Plaintiff Farm Credit Mid-America, PCA's Motion to Dismiss the Counterclaim (Doc. 229) (the "Motion to Dismiss") from September 11, 2026, to October 15, 2026, and in support thereof states as follows:

On July 17, 2026, Plaintiff filed its Motion to Dismiss the Counterclaim brought by Defendants/Counter-Plaintiffs Uncle Nearest, Inc., Nearest Green Distillery, Inc., and Uncle Nearest Real Estate Holdings, LLC (collectively "Uncle Nearest" or "the Company"), by and through the Receiver. On August 10, 2026, the Court granted the Receiver's *Unopposed Motion to Extend Deadline to Respond to Plaintiff's Motion to Dismiss Counterclaim* extending the deadline to respond to Plaintiff's Motion through September 11, 2026, [Doc. 239].

The Receiver respectfully requests that the Court grant an additional extension to respond to Plaintiff's Motion from September 11, 2026, to October 15, 2026. This extension will afford the Receiver and his counsel additional time to thoroughly review the Motion to Dismiss and prepare

a comprehensive response and to continue to work with Plaintiff towards a potential resolution of this case.

The Receiver's counsel has conferred with counsel for Plaintiff Farm Credit Mid-America, PCA regarding this Motion. Counsel for Plaintiff has advised counsel for the Receiver that Plaintiff does not oppose the relief requested in this Motion.

WHEREFORE, the Receiver respectfully requests that the Court grant this Motion and extend the deadline to respond to Plaintiff's Motion to Dismiss the Counterclaim (Doc. 229) from September 11, 2026, to October 15, 2026.

Dated this 11th day of September, 2026.

By: /s/ John P. Nefflen

Justin T. Campbell, Tn. Bar No. 31056
John P. Nefflen, TN Bar No. 20226
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
Voice: (615) 465-6015
Fax: (615) 807-3048
Justin@thompsonburton.com

*Counsel for Receiver*



Case 4:25-cv-00038-CEA-CHS Document 244 Filed 09/11/26 Page 2 of 3 PageID #: 8390

## CERTIFICATE OF SERVICE

I hereby certify that on the date noted below, a true and correct copy of the foregoing *RECEIVER'S SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM* below was filed and served via the Court's CM/ECF system upon all parties requesting service in the above-listed case.

Dated: September 11, 2026

/s/ John P. Nefflen
John P. Nefflen