**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.*, | ) | Magistrate Judge Steger |
| | ) | |
| *Defendants*. | ) | |

**ORDER**

Before the Court is the Receiver's "Second Unopposed Motion to Extend Deadline to Respond to Plaintiff's Motion to Dismiss Counterclaim" [Doc. 244]. Receiver asks the Court to grant him until October 15, 2026, to respond to Plaintiff/Counter-Defendant Farm Credit Mid-America, PCA's "Motion to Dismiss the Counterclaim."

For good cause shown and considering the lack of opposition from opposing counsel, the Motion [Doc. 244] is **GRANTED**. The Receiver's deadline to respond to Plaintiff/Counter-Defendant Farm Credit Mid-America, PCA's "Motion to Dismiss the Counterclaim" on behalf of Defendants/Counter-Plaintiffs Uncle Nearest, Inc., Nearest Green Distillery, Inc., and Uncle Nearest Real Estate Holdings, LLC is hereby **EXTENDED** to **October 15, 2026**. However, all parties are **CAUTIONED** that further motions to extend briefing deadlines will be disfavored and should only be filed upon a showing of good cause based on circumstances that the parties or their counsel could not have reasonably anticipated.

**SO ORDERED.**

*<u>/s/ Charles E. Atchley, Jr.</u>*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**