**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

**RECEIVER'S SECOND REPORT REGARDING GRANT SIDNEY, INC.**

Comes now Phillip G. Young, Jr. (the "Receiver"), the court-appointed receiver in this matter, by and through counsel, and offers this second report regarding the business affairs of Grant Sidney, Inc. ("Grant Sidney") pursuant to the terms of the Court's Order (Doc. 198) (the "Order") entered on May 26, 2026. This report follows the Receiver's prior report regarding Grant Sidney to this Court filed on July 20, 2026 (Docket No. 231)(the "First Grant Sidney Report"). At that time, the Receiver requested additional time to review and provide a more fulsome report to the Court. The Court granted the Receiver's request and issued a deadline of September 23, 2026 to provide an additional report to the Court (Docket No. 232).

Following additional review of information and documents related to Grant Sidney, the Receiver believes that it is unlikely that significant or substantial assets exist that could provide a recovery or benefit to the Uncle Nearest Receivership estate. This is not to say that no assets exist in Grant Sidney, however, the Receiver believes, at this time, that no assets rise to the level of an overall benefit to the receivership estate.

As the Receiver stated in the First Grant Sidney Report, the Receiver has worked to obtain access to all relevant records. While the Receiver has obtained the majority of the records sought,

the Receiver is still working to obtain certain Quickbooks accounts from Intuit. Upon information and belief, the Quickbooks accounts for several of the Uncle Nearest receivership entities reside in an account held by Grant Sidney. The Receiver has tried to obtain these records through correspondence and certified letters but has had no success as of the date of this report. The Receiver has now issued a subpoena to Intuit for access to the Quickbooks accounts held under Grant Sidney. While at this time, the Receiver does not believe that a permanent receivership for Grant Sidney is necessary, the Receiver does respectfully request that this Court grant the Receiver an additional extension to obtain and review the relevant Quickbook accounts.

Dated: September 23, 2026.

Respectfully submitted,

/s/ Justin T. Campbell

Justin T. Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
(615) 465-6015 (phone)
justin@thompsonburton.com

Counsel for the Receiver

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all parties having made an appearance herein, via the Court's CM/ECF system.

This 23rd day of September, 2026.

/s/ Justin T. Campbell
Justin T. Campbell