**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **FARM CREDIT MID-AMERICA, PCA,** | ) | |
| **Plaintiff,** | ) | **Case No. 4:25-cv-38** |
| **v.** | ) | **Judge Atchley** |
| **UNCLE NEAREST, INC., et al.,** | ) | **Magistrate Judge Steger** |
| **Defendants.** | ) | |

**DEFENDANT, FAWN WEAVER'S MOTION TO WITHDRAW MOTION TO DISMISS FILED ON SEPTEMBER 15, 2026**

Comes now the Defendant, Fawn Weaver by and through counsel of record with her Motion to Withdraw her Motion to Dismiss filed on the docket on September 15, 2026. (See, Dkt. Ent. 245). In support of this brief Motion, Weaver advises that no response or reply is yet due under Fed. R. Civ. Pro. 12 or the Local Rules and no responsive pleading has been filed by any party. There is no prejudice or delay that will occur by the Defendant's request to withdraw the instant pleading. Therefore, Defendant Weaver requests that the Court direct the Clerk of Court to strike the pleading from the docket.

Further the movant sayeth not.

Respectfully Submitted,

**JOHNSON & JOHNSON, P.C.**

*/s/ Florence M. Johnson*

Curtis Johnson (TN BPR No. 015518)
Florence Johnson (TN BPR No. 015499)
1407 Union Avenue, Suite 1002
Memphis, TN 38104
Telephone: (901) 725-7520

cjohnson@johnsonandjohnsonattys.com
fjohnson@johnsonandjohnsonattys.com

*Counsel for Defendants, Fawn Weaver and Keith Weaver*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 24th day of September, a copy of the foregoing was served via this Court's CM/ECF system on all counsel and parties consenting to receive electronic service.

*/s/ Florence M. Johnson*
Florence M. Johnson