**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.*, | ) | Magistrate Judge Steger |
| | ) | |
| *Defendants*. | ) | |

**ORDER**

Before the Court is the Receiver's "Third Unopposed Motion to Extend Deadline to Respond to Plaintiff's Motion to Dismiss Counterclaim" [Doc. 257]. Previously, the Court gave Receiver until October 15, 2026, to respond to Plaintiff/Counter-Defendant Farm Credit Mid-America, PCA's "Motion to Dismiss the Counterclaim." [Doc. 247]. Receiver now asks the Court to allow until November 16, 2026, to respond. [Doc. 257].

The Court is inclined to deny this request, however, because Receiver's time to respond has expired and opposing counsel does not object to the extension, the Court will **GRANT IN PART** Receiver's motion [Doc. 257]. Receiver is **ORDERED** to respond to Plaintiff/Counter-Defendant's motion to dismiss [Doc. 247] **on or before Friday, October 23, 2026.** Again, all parties are **CAUTIONED** that further motions to extend briefing deadlines will be disfavored and should only be filed upon a showing of good cause based on circumstances that the parties or their counsel could not have reasonably anticipated.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**