UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| **FARM CREDIT MID-AMERICA, PCA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 4:25-cv-38** |
| | ) | **Judge Atchley** |
| | ) | **Magistrate Judge Steger** |
| **v.** | ) | |
| | ) | |
| **UNCLE NEAREST, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING EXHIBIT

COMES NOW THE DEFENDANT, FAWN WEAVER, by and through undersigned counsel of record, who gives notice of the filing of Exhibit A to ECF No 261. This Exhibit was not attached to the original filing and is submitted as it was referenced in the Defendant's Reply to the Response to the Motion for Injunction.

Respectfully submitted,

/s/ Curtis D. Johnson, Jr.

CURTIS D. JOHNSON, JR., #015518
Attorney for Debtor
Suite 1002, 1407 Union Avenue
Memphis, TN 38104
(901) 725-7520
Fax (901) 725-7570
Email:
cjohnson@johnsonandjohnsonattys.com

RESPECTFULLY SUBMITTED,

**JOHNSON & JOHNSON, P.C.**

/s/ Curtis D. Johnson, Jr.
Curtis D. Johnson, Jr. (TN BPR No. 015518)
Florence M. Johnson (TN BPR No. 015499)
1407 Union Avenue, Suite 1002
Memphis, TN 38104
Telephone: (901) 725-7520
cjohnson@johnsonandjohnsonattys.com
fjohnson@johnsonandjohnsonattys.com

*Counsel for Defendant Fawn Weaver*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system and served upon all counsel of record.

/s/ Curtis D. Johnson, Jr.
Curtis D. Johnson, Jr.