UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | **Judge Atchley** |
| | ) | **Magistrate Judge Steger** |
| v. | ) | |
| UNCLE NEAREST, INC., et al., | ) | |
| Defendants. | ) | |

# EXHIBIT A

**TO DEFENDANT FAWN WEAVER'S REPLY TO RECEIVER'S RESPONSE IN OPPOSITION TO MOTION FOR INJUNCTION PENDING APPEAL**

Doc. 261, filed October 19, 2026

*Love & Whiskey*

**Afterword: "The Lost Chapter"**

Fawn Weaver

Original printed pages 3–10

Referenced in paragraphs 18 and 30 of Doc. 261.
Original printed pagination is retained.

# AFTERWORD: THE LOST CHAPTER

**LOVE & WHISKEY** is the true story of Nearest Green, the man who taught Jack Daniel how to make whiskey, and Uncle Nearest Premium Whiskey, the company I founded to honor and amplify his legacy. But it's not the *whole* story. That was never meant to be revealed in my lifetime.

For decades, visitors to Jack Daniel Distillery were told that Jack was taught to make whiskey as a young boy by a local preacher and distiller named Dan Call. It wasn't until 2016 that I, and much of the world, found out that Jack actually learned his craft from Nearest Green, an enslaved man he worked alongside on Call's farm. Nearest is the first known African American master distiller in the world. After the Civil War, as a free man, Nearest continued his work with Jack. Nearest's sons did too, and his descendants have gone on to work at Jack Daniel Distillery for generations. While most of the world outside of Lynchburg, Tennessee, had never heard the name Nearest Green until recently, the Green family has passed down his story of mentorship and friendship for generations.

From the very moment I learned about Nearest, I knew that this period of my life would be dedicated to a new calling. My husband Keith and I relocated to Lynchburg to uncover the story of Nearest and Jack, and I spent countless hours researching Nearest's life and meeting his descendants along the way. We purchased the farm where Nearest first taught Jack how to distill whiskey using the Lincoln County Process, and later launched Nearest Green Distillery from the neighboring town of Shelbyville. It was work that I had to do to the highest degree of excellence, without ever having an idea about what tomorrow might bring. As my mother would put it, "With God, you are



Case 4:25-cv-00038-CEA-CHS Document 264-1 Filed 10/21/26 Page 2 of 9
PageID #: 8596

on a need-to-know basis." Her wisdom—as it often does—turned out to be true, with God exchanging bits of his plan for mine as the years have gone on.

The legacy of Nearest and his descendants guides every decision I make for the company. It isn't just about being a successful whiskey brand—it's about restoring what could have been, making amends for the opportunities that Nearest Green and his descendants were denied, and honoring a legacy that had been almost erased.

I've often wondered what Nearest would have done if he'd been given the same opportunities as Jack. Would he have built a distillery that could rival his student's? Would Nearest have created a legacy that would carry on for generations?

These are questions no archive or historical record can answer, though I have no doubt Jack would've been Nearest's biggest cheerleader and confidant as he entered the entrepreneurial world.

Late at night in December 2019, just a few months after our opening day at the distillery, I pondered these questions in the silence of my office. My job that night was to write a succession plan for this business we'd built against all odds. We had a growing number of employees, and both the Green family and our investors had put their trust and faith in me. It was my responsibility to put a plan in place in case anything happened to me and Keith.

I'd always known this wasn't just about building a successful company. But now I began to see things more clearly. The scholarships for college-age descendants, the jobs for those ready to work in the family business, the generational wealth that could change the course of a family's future—these all meant that Nearest's story wasn't over. It meant I had a chance to change the course of the narrative.

It wasn't long before I knew: I needed to create a plan to ensure the descendants of Nearest Green would benefit from Uncle Nearest in perpetuity. We were building it for them. It was a burden and a blessing, a destiny that was laid out before me, but one that I accepted with an open heart.

I would turn over ownership of the company to the Greens—all non-investor shares of the company would be theirs. A future CEO would



Case 4:25-cv-00038-CEA-CHS Document 264-1 Filed 10/21/26 Page 3 of 9
PageID #: 8597

need to be, in addition to the strongest and most experienced of leaders, someone who understood and shared the vision of what that meant for future generations of Greens. If something happened to us, our leadership team and board of directors needed to know how to carry the torch forward in a way that wasn't just business. It was about rewriting history, creating a future in which the Greens would have the opportunities that Nearest himself might have dreamed of but never got to experience.

That night, I wrote the first draft of the succession plan. It was straightforward: If Keith, my husband and business partner, and I were to die, the senior vice president of sales and marketing at Uncle Nearest, Katharine Jerkens, would step in as interim CEO to find the right person to lead the company and safeguard it for the Greens. Throughout my career and as we built Uncle Nearest, Katharine was the person I called on when I needed to make things happen. I knew I could trust her to shepherd Uncle Nearest into a new era. We took out a $3 million "key person" insurance policy to cover the costs, knowing full well that the $90,000 annual salary I'd paid myself from the start of Uncle Nearest, Inc., even to this day, would not be sufficient to replace me.

As I wrote, I paused several times, questioning if this was the right move. But the more I thought about the future of the Greens, the more I knew I had to do this.

This was just the beginning of the plan, one that would evolve as the company grew, and as God's purpose became clearer to me. The succession plan became not just a necessity, but also a guiding light that reached back through history and stretched forward into a future that wasn't mine to keep.

Keith—always more grounded, more practical—was skeptical at first. We had a long conversation about it one night.

"Why would you give away something this valuable?" he asked, his voice edged with disbelief. "What about reaping the benefit of all our hard work? What about the sacrifices we've made?"

I knew exactly what he meant. We'd changed the trajectory of our lives and sacrificed a lot, including selling our dream home, to build Uncle Nearest.



Case 4:25-cv-00038-CEA-CHS Document 264-1 Filed 10/21/26 Page 4 of 9
PageID #: 8598

Keith's questions were valid, each one a reminder of the significant responsibility we'd taken on.

But as we prayed and listened to God, it became clear: This was our mission.

It wouldn't be long before Uncle Nearest, Inc., was valued at over $1 billion, and I could clearly see the path toward it becoming a spirit conglomerate worth tens of billions. I updated the succession plan document to include those who would assist Katharine in finding the next CEO. Among them was Mark McCallum, the former president of Jack Daniel's and executive vice president at Brown-Forman, its parent company, committed to making sure Nearest's role during the earliest days of Jack Daniel's was known. Mark has since become a trusted advisor and a member of our Grant Sidney, Inc. board, which owns Uncle Nearest, Inc.

Over time, the way to make sure the Greens would benefit in perpetuity became clearer: We'd create a purpose trust structure that would allow the company to grow for generations to come. It would be a true family business, with many jobs and roles filled by Nearest's descendants. "There are going to be Greens everywhere," I told a colleague.

Hardly anyone knew of my plans. They were a closely guarded secret. Victoria Eady Butler, the master blender at Uncle Nearest and Nearest's great-great-granddaughter, was the only Green family member I initially confided in, and that wasn't until 2023.

Victoria heartily agreed that if Nearest could have opened his distillery, he would have. It's why she came on board—and why she is the person I shared my vision for the future with. One of the things I love about Victoria is how emotive she is, so when I shared this with her, I expected her to have a big reaction. This was huge news, after all.

"I already know," she said instead. "God told me a while ago that you were building this company for my family."

On this particular issue, Victoria clearly had as much of a need-to-know connection with the Almighty as I did.

As the pieces fell into place, Keith realized this was bigger than both of



Case 4:25-cv-00038-CEA-CHS Document 264-1 Filed 10/21/26 Page 5 of 9
PageID #: 8599

us. Though the idea of creating a multi-billion-dollar company to benefit a family that was not ours still sat strangely with him, he knew that this company wasn't about our own financial success—it was about setting things right, about a legacy that would outlive us both.

And I knew I'd take the plan to my grave. I'd always been adamant that I planned never to sell the company, but many start-up founders claim this until a sufficiently large offer gets presented. As we continued to raise additional capital, investors clearly expected me to be one of those founders. One of the first questions they'd ask was, "What's the exit strategy?" I knew no number, no matter how large, would ever be large enough to change my mind. But building a company for another family was unprecedented. It would create more questions than I could answer.

It was simpler for me to tell them I'd built a strong secondary market within the company. When they were ready to sell their stake in it, I'd do my best to make sure there were other investors in line to buy from them. "There is no other exit," I'd say, and leave it at that.

I also wanted to know Uncle Nearest had the full support of the Greens, even before they knew I was building this for their benefit. I was putting in hard work and sacrifice, and I wanted our connection to be genuine rather than because they would financially benefit from it. Watching them cheer me on, check in on me, and support this company as their own over the years has been enormously encouraging.

Then, in the spring of 2024, the matter was taken out of my hands. Chloe Sorvino of *Forbes* spent three days shadowing me that April, observing my every move. She was thorough, digging deep to understand the heart of the company. When she asked her final question, I felt the air shift, as if the universe held its breath.

"So, let's talk about succession," she said, her eyes narrowing as she leaned forward. She asked if I'd be turning Uncle Nearest over to the Greens.

I couldn't believe it. I took a deep breath and let it out slowly.

Then I shared the story, my voice steady but my heart racing. This wasn't just about succession planning; it was about redemption, about righting the



Case 4:25-cv-00038-CEA-CHS Document 264-1 Filed 10/21/26 Page 6 of 9
PageID #: 8600

wrongs of history, and about creating a legacy that would endure.

In my heart of hearts, I'd known for some time that the question was coming; I just didn't know from where, or how. Sometime before, on the kind of quiet night that makes your skin prickle with anticipation, I'd felt like the world was holding its breath. I waited for something to break the stillness. And then I heard it. A voice, clear and unmistakable, resonated through the still air.

"Fawn, I am going to have you tell the full story about Uncle Nearest."

The words struck me like a hammer, jolting me out of my calm. My heart raced as if it knew something that my mind hadn't yet grasped. I knew the truth would eventually come to light, but I had always imagined it would be after I was beyond the reach of questions and judgments.

But God doesn't bargain. He just speaks, and you're left to follow.

"I want people to watch you build this for someone else," He said, His voice as firm as the earth beneath my feet.

God and I have a unique relationship. I talk to Him like I did with my earthly father, challenging, questioning, and always asking for proof.

"If you want this to come out," I said, "then lead the reporter to ask the question in such a way that the only way for me to avoid answering would be to lie."

And then He did.

After the interview with Chloe, one by one, I called Victoria and the few people on my leadership team who were aware of the plan. "That story I was taking to my grave? It's coming out in *Forbes*," I told them. It was time for the world to know that we were growing this company—Nearest's company—for the sole benefit of the Greens. "Uncle Nearest is about to become the people's champion, and the entire world will cheer us on as they watch us build this company as a redemption story for the Greens."

Victoria's always been adamant that I'm part of her family—and that family doesn't have to mean blood. But given that this was a matter of lineage, I asked if she'd like to be the one to share the news with the elders of the family. She enthusiastically agreed.

"It is my prayer," Victoria said, "that when you are done, there will be members of the family already on board, and they will continue to follow your lead—that they will continue the good work you have started, and the good work that I have done, in that same vein. I think we've laid a beautiful groundwork for the next generation. My family will look at that as the blueprint and the example."

The family elders immediately saw the way the path before us linked future generations and the ancestral past. Melisa Green, Nearest's great-great-granddaughter, traced her lineage through the family tree research she worked on with her late father, William Curtis Green, and shares his pride in Nearest's role at the roots of Jack Daniel's whiskey-making. "He got me into it," she said. "He would be excited" to see the way Uncle Nearest has been able to honor its namesake. "I wish he was here."

As Melisa sees it, the Green family had preserved the knowledge needed to cement Nearest's legacy all along but didn't have the resources and know-how to make his name known around the world. Now that the company is up and running so successfully, she sees a wealth of potential in the younger generation of Greens to work together as a team toward keeping the whiskey flowing at Nearest Green Distillery and Nearest's legacy going strong.

When Theresa McGilberry, whom I call Aunt Tee, heard the news, she told her grandchildren to start taking business classes and learning the spirits industry now. She is Nearest's great-great-great-granddaughter. "I won't be around to see this happening," she said, but she wanted the next generation "ready to step up to the plate when the time comes."

It's striking to stop and think of how much has changed over the four or five generations since Nearest was making whiskey in Lynchburg, during the Civil War and shortly afterward. His world couldn't be more different from ours. It's hard to envision what the world might look like four or five generations from now, but it's very easy for me to see Uncle Nearest going stronger than ever.

"That's what I want to see," Aunt Tee said. "That would be amazing to see in the history books."



Case 4:25-cv-00038-CEA-CHS Document 264-1 Filed 10/21/26 Page 8 of 9
PageID #: 8602

The stakes are high, but the reward is greater. The journey ahead is uncertain, but I'm ready to face it, one step at a time, knowing that I'm part of something much larger than myself. The journey has just begun, but I've given myself 25 years of additional commitment to make it happen, and I'm prepared to see it through until I reach my ultimate goal: fulfilling this mission for which I am perfectly equipped.

Uncle Nearest has never been "just" a whiskey brand. It always stood for something larger. But now it is a symbol of what can happen when people choose to give without expecting anything in return. It is a living promise to give a family back the dream that was denied them in a place and time where dreams were not permitted for all. Above all, Uncle Nearest is a testimony to hope, resilience, and the power of dreams.



Case 4:25-cv-00038-CEA-CHS Document 264-1 Filed 10/21/26 Page 9 of 9
PageID #: 8603