**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**WINCHESTER DIVISION**

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-cv-38 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNCLE NEAREST, INC., *et al.,* | ) | Magistrate Judge Steger |
| | ) | |
| Defendants. | ) | |

**RECEIVER'S RESPONSE REGARDING DEFENDANT FAWN WEAVER'S MOTION TO TERMINATE THE RECEIVERSHIP AS TO GRANT SIDNEY, INC.**

Comes now Phillip G. Young, Jr. (the "Receiver"), the court-appointed receiver in this matter, by and through counsel, and offers this response to *Defendant Fawn Weaver's Motion to Terminate the Receivership As to Grant Sidney, Inc. and in the Alternative, for Stay Pending Appeal* (the "Grant Sidney Motion")(Doc. No. 254) seeking the termination of the receivership as to Grant Sidney, Inc.("Grant Sidney") and/or a stay pending appeal. In support of his response, the Receiver states as follows:

On September 23, 2026, the Receiver filed his *Receiver's Second Report Regarding Grant Sidney, Inc.* (the "Second Grant Sidney Report")(Doc. No. 248) providing the court with information and updates related to Grant Sidney pursuant to the Court order filed on May 26, 2026 (Doc. No. 198). The Receiver reiterates and incorporates his Second Grant Sidney Report herein. More specifically, the Second Grant Sidney Report stated;

> Following additional review of information and documents related to Grant Sidney, the Receiver believes that it is unlikely that significant or substantial assets exist that could provide a recovery or benefit to the Uncle Nearest Receivership estate. This is not to say that no assets exist in Grant Sidney, however, the Receiver believes, at this time, that no assets rise to the level of an overall benefit to the receivership estate.

> While at this time, the Receiver does not believe that a permanent receivership for Grant Sidney is necessary…

*Receiver's Second Report Regarding Grant Sidney, Inc.*, pg. 1-2 (Doc. No. 248).

The Receiver states that the Second Grant Sidney Report remains an accurate report and statement of the receivership of Grant Sidney, and as such, does not oppose the relief sought in the Grant Sidney Motion.

Dated: October 28, 2026.

Respectfully submitted,

/s/ Justin T. Campbell
Justin T. Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, Tennessee 37203
(615) 465-6015 (phone)
justin@thompsonburton.com

Counsel for the Receiver

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all parties having made an appearance herein, via the Court's CM/ECF system.

This 28th day of October, 2026.

/s/ Justin T. Campbell
Justin T. Campbell