UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| FARM CREDIT MID-AMERICA, PCA,<br><br>Plaintiff,<br><br>v.<br><br>UNCLE NEAREST, INC., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:25-cv-38<br>**Judge Atchley**<br>**Magistrate Judge Steger** |

# NOTICE OF SERVICE OF FAWN WEAVER AND KEITH WEAVER'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF, FARM CREDIT MID-AMERICA, PCA

COMES NOW, the Defendants, Fawn Weaver and Keith Weaver by and through their counsel of record, Florence M. Johnson of Johnson and Johnson, PC and files this Notice of Service of the First Set of Interrogatories and Request for Production of Documents to the Plaintiff, Farm Credit Mid America, PCA in this cause. Plaintiffs are being served by and through their counsel of record with same via electronic mail and U.S. Mail postage prepaid this the 12h day of November 2026.

**RESPECTFULLY SUBMITTED,**

**JOHNSON & JOHNSON, P.C.**
*/s/ Florence M. Johnson*
Florence Johnson (TN BPR No. 015499)
Curtis Johnson (TN BPR No. 015518)
1407 Union Avenue, Suite 1002
Memphis, TN 38104
Telephone: (901) 725-7520

fjohnson@johnsonandjohnsonattys.com
cjohnson@johnsonandjohnsonattys.com

*Counsel for Defendant, Fawn Weaver and Keith Weaver*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system and served upon all counsel of record.

/s/ Florence M. Johnson
Florence M. Johnson